**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DIANE OWENS, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 2:20-cv-03785-ALM-KAJ |
| Plaintiff, | |
| vs. | |
| FIRSTENERGY CORP., CHARLES E. JONES, JAMES F. PEARSON, STEVEN E. STRAH and K. JON TAYLOR, | |
| Defendants. | |
| CHANA FRAND, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 2:20-cv-04287-JLG-EPD |
| Plaintiff, | |
| v. | |
| FIRSTENERGY CORP., CHARLES E. JONES, JAMES F. PEARSON, STEVEN E. STRAH and K. JON TAYLOR, | |
| Defendants. | |

**JAMES J. DURRETT JR.'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Proposed lead plaintiff James J. Durrett Jr. ("Movant") hereby move this Court for an order: (1) consolidating the above captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff in the Actions pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4; (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel and Cummins Law LLC as Liaison Counsel; and (4) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits herewith a Memorandum of Law, the Declaration of James R. Cummins, and a proposed Order.

1

DATED: September 28, 2020          **CUMMINS LAW LLC**

/s/ *James R. Cummins*_____
James R. Cummins (0000861)
312 Walnut Street, Suite 1530
Cincinnati, Ohio 45202
Tel: 513.721.9000
Fax: 513.721.9001
jcummins@cumminslaw.us

*Liaison Counsel for Movant and Proposed Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (*pro hac vice* forthcoming)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Attorneys for Movant and Proposed Lead Counsel for the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

*/s/ James R. Cummins*
James R. Cummins
