# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| DIANE OWENS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FIRSTENERGY CORP., CHARLES E. JONES, JAMES F. PEARSON, STEVEN E. STRAH and K. JON TAYLOR,<br><br>    Defendants. | No. 2:20-cv-03785<br><br>Hon. Algenon L. Marbley<br><br><u>CLASS ACTION</u> |
| CHANA FRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FIRSTENERGY CORP., CHARLES E. JONES, JAMES F. PEARSON, STEVEN E. STRAH and K. JON TAYLOR,<br><br>    Defendants. | No. 2:20-cv-04287<br><br>Hon. James L. Graham<br><br><u>CLASS ACTION</u> |

**DECLARATION OF VICTORIA L. SERANNI FERRISE ESQ. IN SUPPORT OF MOVANT THE CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD <u>PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

 I, Victoria L.Serrani Ferrise, declare as follows:

 1. I am a member in good standing of the bar of the State of Ohio and am admitted to practice before this Court. I am a member of the law firm of Brennan, Manna & Diamond, LLC. I submit this declaration in support of the motion filed by Proposed Lead Plaintiff The City of Philadelphia Board of Pensions and Retirement ("Movant") for the entry of an Order: (i)

consolidating the actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC ("Berger Montague") as Lead Counsel for the Class and Brennan, Manna & Diamond, LLC ("Brennan Manna") as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A: Signed Certification of The City of Philadelphia Board of Pensions and Retirement pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B: Notice of pendency of class action lawsuit against FirstEnergy Corp., published on July 28, 2020;

EXHIBIT C: Chart reflecting calculations of financial losses sustained by Movant on its Class Period transactions in FirstEnergy Corp. securities;

EXHIBIT D: Firm resume of Berger Montague PC; and

EXHIBIT E: Firm resume of Brennan, Manna & Diamond, LLC.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of September, 2020.

/s/ Victoria L. Serrani Ferrise
Victoria L. Serrani Ferrise (#0085012)