**FirstEnergy Corp. (FE)**
**Class Period: February 21, 2017 and July 21, 2020**
**Ironworkers Locals 40, 361 & 417 Union Security Funds ("Ironworkers")**

| Account | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 65-Day Mean Price $28.9033 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 7/11/2019 | 681 | $43.3425 | ($29,516) | 7/21/2020 | (5,672) | $37.6507 | $213,555 | | | |
| Account 1 | 7/12/2019 | 1,165 | $43.4085 | ($50,571) | 7/21/2020 | (353) | $38.4796 | $13,583 | | | |
| Account 1 | 7/12/2019 | 294 | $43.4100 | ($12,763) | | | | | | | |
| Account 1 | 7/15/2019 | 268 | $43.8600 | ($11,754) | | | | | | | |
| Account 1 | 7/15/2019 | 727 | $43.7113 | ($31,778) | | | | | | | |
| Account 1 | 7/16/2019 | 521 | $43.5014 | ($22,664) | | | | | | | |
| Account 1 | 7/18/2019 | 76 | $43.6522 | ($3,318) | | | | | | | |
| Account 1 | 7/24/2019 | 522 | $43.5194 | ($22,717) | | | | | | | |
| Account 1 | 7/24/2019 | 90 | $43.3604 | ($3,902) | | | | | | | |
| Account 1 | 7/24/2019 | 110 | $43.3043 | ($4,763) | | | | | | | |
| Account 1 | 7/25/2019 | 1,347 | $43.8420 | ($59,055) | | | | | | | |
| Account 1 | 7/25/2019 | 383 | $43.8412 | ($16,791) | | | | | | | |
| Account 1 | 7/26/2019 | 97 | $44.0653 | ($4,274) | | | | | | | |
| Account 1 | 7/30/2019 | 548 | $44.2352 | ($24,241) | | | | | | | |
| Account 1 | 7/31/2019 | 537 | $44.2891 | ($23,783) | | | | | | | |
| Account 1 | 9/12/2019 | 98 | $47.8469 | ($4,689) | | | | | | | |
| Account 1 | 10/2/2019 | 162 | $47.3860 | ($7,677) | | | | | | | |
| Account 1 | 10/31/2019 | 97 | $48.2557 | ($4,681) | | | | | | | |
| Account 1 | 11/18/2019 | 1,068 | $46.7733 | ($49,954) | | | | | | | |
| Account 1 | 11/18/2019 | 679 | $46.8917 | ($31,839) | | | | | | | |
| Account 1 | 11/21/2019 | 142 | $46.5882 | ($6,616) | | | | | | | |
| Account 1 | 1/29/2020 | 124 | $50.9307 | ($6,315) | | | | | | | |
| Account 1 | 2/13/2020 | 138 | $51.9748 | ($7,173) | | | | | | | |
| Account 1 | 4/20/2020 | 788 | $44.5501 | ($35,105) | | | | | | | |
| Account 1 | 4/21/2020 | 666 | $43.1689 | ($28,750) | | | | | | | |
| Account 1 | 5/18/2020 | 268 | $41.1474 | ($11,027) | | | | | | | |
| Account 1 | 5/19/2020 | 295 | $40.6980 | ($12,006) | | | | | | | |
| Account 1 | 6/4/2020 | 89 | $42.2969 | ($3,764) | | | | | | | |
| Account 1 | 7/15/2020 | 118 | $41.0587 | ($4,845) | | | | | | | |
| **Account 1** | | **12,098** | | **(536,334)** | | **(6,025)** | | **$227,138** | **6,073** | **$175,530** | **($133,666)** |
| **Account 2** | **3/31/2020** | **3,730** | **$40.3409** | **($150,472)** | | | | | **3,730** | **$107,809** | **($42,662)** |
| Account 3 | 7/11/2019 | 560 | $43.3425 | ($24,272) | 7/21/2020 | (4,665) | $37.6507 | $175,641 | | | |
| Account 3 | 7/12/2019 | 242 | $43.4100 | ($10,505) | 7/21/2020 | (290) | $38.4796 | $11,159 | | | |
| Account 3 | 7/12/2019 | 958 | $43.4085 | ($41,585) | | | | | | | |
| Account 3 | 7/15/2019 | 220 | $43.8600 | ($9,649) | | | | | | | |
| Account 3 | 7/15/2019 | 598 | $43.7113 | ($26,139) | | | | | | | |
| Account 3 | 7/16/2019 | 428 | $43.5014 | ($18,619) | | | | | | | |
| Account 3 | 7/18/2019 | 62 | $43.6523 | ($2,706) | | | | | | | |
| Account 3 | 7/24/2019 | 91 | $43.3043 | ($3,941) | | | | | | | |
| Account 3 | 7/24/2019 | 73 | $43.3604 | ($3,165) | | | | | | | |
| Account 3 | 7/24/2019 | 430 | $43.5194 | ($18,713) | | | | | | | |
| Account 3 | 7/25/2019 | 315 | $43.8412 | ($13,810) | | | | | | | |
| Account 3 | 7/25/2019 | 1,108 | $43.8420 | ($48,577) | | | | | | | |
| Account 3 | 7/26/2019 | 79 | $44.0653 | ($3,481) | | | | | | | |
| Account 3 | 7/30/2019 | 450 | $44.2352 | ($19,906) | | | | | | | |

**FirstEnergy Corp. (FE)**
**Class Period: February 21, 2017 and July 21, 2020**
**Ironworkers Locals 40, 361 & 417 Union Security Funds ("Ironworkers")**

| Account | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 65-Day Mean Price $28.9033 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 3 | 7/31/2019 | 442 | $44.2891 | ($19,576) | | | | | | | |
| Account 3 | 9/12/2019 | 80 | $47.8469 | ($3,828) | | | | | | | |
| Account 3 | 10/2/2019 | 134 | $47.3860 | ($6,350) | | | | | | | |
| Account 3 | 10/31/2019 | 79 | $48.2557 | ($3,812) | | | | | | | |
| Account 3 | 11/18/2019 | 558 | $46.8917 | ($26,166) | | | | | | | |
| Account 3 | 11/18/2019 | 879 | $46.7733 | ($41,114) | | | | | | | |
| Account 3 | 11/21/2019 | 116 | $46.5882 | ($5,404) | | | | | | | |
| Account 3 | 1/29/2020 | 102 | $50.9307 | ($5,195) | | | | | | | |
| Account 3 | 2/13/2020 | 114 | $51.9748 | ($5,925) | | | | | | | |
| Account 3 | 4/20/2020 | 647 | $44.5501 | ($28,824) | | | | | | | |
| Account 3 | 4/21/2020 | 548 | $43.1689 | ($23,657) | | | | | | | |
| Account 3 | 5/18/2020 | 221 | $41.1474 | ($9,094) | | | | | | | |
| Account 3 | 5/19/2020 | 243 | $40.6980 | ($9,890) | | | | | | | |
| Account 3 | 6/4/2020 | 74 | $42.2969 | ($3,130) | | | | | | | |
| Account 3 | 7/15/2020 | 97 | $41.0587 | ($3,983) | | | | | | | |
| **Account 3** | | **9,948** | | **(441,015)** | | **(4,955)** | | **$186,800** | **4,993** | **$144,314** | **($109,901)** |

*Avg Closing Prices from July 22 to July 28

**FirstEnergy Corp. (FE)**
**Class Period: February 21, 2017 and July 21, 2020**
**Ironworkers Locals 40, 361 & 417 Union Security Funds ("Ironworkers")**

| Account | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 65-Day Mean Price $28.9033 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 4 | 10/1/2019 | 7,841 | $47.9053 | ($375,625) | 11/27/2019 | (1,920) | $47.6864 | $91,558 | | | |
| Account 4 | 10/7/2019 | 65 | $48.0300 | ($3,122) | 11/29/2019 | (2,030) | $47.7804 | $96,994 | | | |
| Account 4 | 11/8/2019 | 40 | $46.4853 | ($1,859) | 12/2/2019 | (2,060) | $47.4756 | $97,800 | | | |
| Account 4 | | | | | 12/3/2019 | (1,936) | $47.7838 | $92,509 | | | |
| **Account 4** | | **7,946** | | **($380,607)** | | **(7,946)** | | **$378,861** | **0** | | **($1,746)** |
| Summary | | | | | | | | | | | |
| Account 1 | | 12,098 | | ($536,334) | | (6,025) | | $227,138 | 6,073 | | ($133,666) |
| Account 2 | | 3,730 | | ($150,472) | | 0 | | $0 | 3,730 | | ($42,662) |
| Account 3 | | 9,948 | | ($441,015) | | (4,955) | | $186,800 | 4,993 | | ($109,901) |
| Account 4 | | 7,946 | | ($380,607) | | (7,946) | | $378,861 | 0 | | ($1,746) |
| **Ironworkers** | | **33,722** | | **($1,508,427)** | | **(18,926)** | | **$792,799** | **14,796** | | **($287,975)** |

*Avg Closing Prices from July 22 to July 28        Page 3 of 3