# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| DIANE OWENS, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>FIRSTENERGY CORP., et al.<br><br>               Defendants. | No. 2:20-cv-03785-ALM-KAJ<br><br>Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |
| CHANA FRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>vs.<br><br>FIRSTENERGY CORP., et al.<br><br>               Defendants. | No. 2:20-cv-04287-JLG-EPD<br><br>Judge James L. Graham<br>Magistrate Judge Elizabeth Preston Deavers |

### PROPOSED LEAD PLAINTIFF LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | |
|---|---|
| MURRAY MURPHY MOUL + BASIL LLP<br>JOSEPH F. MURRAY (0063373)<br>BRIAN K. MURPHY (0070654)<br>1114 Dublin Road<br>Columbus, OH 43215<br>Telephone: 614/488-0400<br>614/488-0401 (fax) | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DARREN J. ROBBINS<br>MARK SOLOMON<br>JASON A. FORGE<br>TOR GRONBORG<br>DANIELLE S. MYERS<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
| Liaison Counsel | [Proposed] Lead Counsel for [Proposed] Lead Plaintiff |

4825-7489-8636.v1

PLEASE TAKE NOTICE that Los Angeles County Employees Retirement Association ("LACERA") hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995 for an order consolidating the above-captioned related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, appointing LACERA as Lead Plaintiff, and approving its selection of Robbins Geller Rudman & Dowd as Lead Counsel for the class.  This Motion is based upon the Memorandum of Law and Declaration of Joseph F. Murray filed concurrently herewith.

DATED:  September 28, 2020

MURRAY MURPHY MOUL + BASIL LLP

s/ Joseph F. Murray
JOSEPH F. MURRAY (0063373)
  murray@mmmb.com
BRIAN K. MURPHY (0070654)
  murphy@mmmb.com
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (darrenr@rgrdlaw.com)
MARK SOLOMON (marks@rgrdlaw.com)
JASON A. FORGE (jforge@rgrdlaw.com)
TOR GRONBORG (torg@rgrdlaw.com)
DANIELLE S. MYERS (danim@rgrdlaw.com)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

- 1 -

4825-7489-8636.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 28, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Joseph F Murray
JOSEPH F. MURRAY

MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)

E-mail:  murray@mmmb.com

4825-7489-8636.v1

# Mailing Information for a Case 2:20-cv-03785-ALM-KAJ Owens v. FirstEnergy Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **James Rubin Cummins**
  jcummins@cumminslaw.us,docket@cumminslaw.us

- **Marjorie P Duffy**
  mpduffy@jonesday.com,rfargabrite@jonesday.com

- **Daniel Richard Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com

- **Albert Grant Lin**
  alin@bakerlaw.com,phubbard@bakerlaw.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com

- **Carole Schwartz Rendon**
  crendon@bakerlaw.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com

- **Victoria Lynn Serrani**
  vlserrani@bmdllc.com

- **Robert J Wagoner**
  Lainie@wagonerlawoffice.com,bob@wagonerlawoffice.com

- **Daniel Rubin Warren**
  dwarren@bakerlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`