THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Diane Owens

v.

FirstEnergy Corp., et al.

Case No. 2:20-cv-03785
Judge: Algenon L. Marbley
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

FirstEnergy Corp.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

    ___ YES    ✓ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   _____
   _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ✓ YES    ___ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest. Please see attached amended addendum.
   _____
   _____

s/ Geoffrey J. Ritts
Signature of Counsel

September 30, 2020
Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIANE OWENS, <br><br> Plaintiff, <br><br> v. <br><br> FIRSTENERGY CORP., *et al.*, <br><br> Defendants. | Case No. 2:20-cv-03785-ALM-KAJ <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Kimberly A. Jolson |

**AMENDED ADDENDUM TO CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1(b), Defendant FirstEnergy Corp. identifies the following companies, each of which has issued a primary or excess policy as part of the D&O insurance program of FirstEnergy Corp., that would have a potential financial interest if and to the extent an obligation for payment were to become triggered:  Arch Capital Group Ltd. (Arch Insurance Company); American International Group, Inc. (Illinois National Insurance Company); AXIS Capital Holdings Limited (AXIS Insurance Company); Berkshire Hathaway Inc. (Berkshire Hathaway Specialty Insurance Company); The Chubb Corporation (Federal Insurance Company); CNA Financial Corporation (Continental Casualty Company); QBE Insurance Group Limited (QBE Insurance Corporation); Sompo Holdings (Endurance American Insurance Company); Tokio Marine Holdings, Inc. (U.S. Specialty Insurance Company; XL Group plc (XL Specialty Insurance Company); and Zurich Insurance Group Ltd. (Zurich American Insurance Company).

In addition, as of February 4, 2020, BlackRock Inc. owned more than 10% of the outstanding shares of common stock of FirstEnergy.

Dated: September 30, 2020

Respectfully submitted,

s/ Geoffrey J. Ritts
Geoffrey J. Ritts, Trial Attorney (0062603)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
E-mail: gjritts@jonesday.com

*Attorney for Defendants*
*FirstEnergy Corp., James F. Pearson,*
*Steven E. Strah, and K. Jon Taylor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

s/ Geoffrey J. Ritts
Geoffrey J. Ritts (0062603)

*One of the Attorneys for Defendants
FirstEnergy Corp., James F. Pearson,
Steven E. Strah, and K. Jon Taylor*
