United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 OCT -8  PM 12:00

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## Related Case Memorandum
## Civil Cases

**TO:** District Judge Morrison, District Judge Marbley, District Judge Sargus, Magistrate Judge Jolson, Magistrate Judge Vascura

**FROM:** Kristen Keppler, Case Administrator

**DATE:** October 6, 2020

**SUBJECT:** Case Caption: Massachusetts Laborers Pension Fund v. Charles E Jones, et al.

**CASE:** Case Number: 2:20-cv-5237

**DISTRICT JUDGE:** Morrison (referred to Magistrate Judge Vascura)

File Date: October 5, 2020

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Diane Owens v. FirstEnergy Corp, et al.**

Case Number: **2:20-cv-3785**        District Judge: **Marbley**

File Date: **July 28, 2020**        Magistrate Judge: **Jolson**


**Related Case(s):**

Case Caption: **Roberta Bloom v. Michael J Anderson, et al.**

Case Number: **2:20-cv-4534**        District Judge: **Marbley**

File Date: **September 1, 2020**        Magistrate Judge: **Jolson**

Memo Re: Related Civil Cases
Page 2

**Related Case(s):**

Case Caption: Nancy G Staveley v. Michael J Anderson, et al.

Case Number: 2:20-cv-4598   District Judge: Sargus

File Date: September 3, 2020   Magistrate Judge: Vascura

**Related Case(s):**

Case Caption: Employee Retirement System of the City of St Louis v. Charles E Jones, et al.

Case Number: 2:20-cv-4813   District Judge: Marbley

File Date: September 9, 2020   Magistrate Judge: Vascura

**Related Case(s):**

Case Caption: Alan Beck v. Michael J Anderson, et al.

Case Number: 2:20-cv-5020   District Judge: Marbley

File Date: September 24, 2020   Magistrate Judge: Jolson

**Related Case(s):**

Case Caption: Electrical Workers Pension Fund, Local 103, IBEW v. Michael J Anderson, et al.

Case Number: 2:20-cv-5128   District Judge: Marbley

File Date: September 30, 2020   Magistrate Judge: Jolson

Revised 7/19/2012

Memo Re: Related Civil Cases
Page 3

The District Judges having conferred, we respond to Case Administrator __**Kristen Keppler**__ as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Marbley___

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

___/s/ Edmund A. Sargus, Jr___
United States District Judge

Cc: Courtroom Deputies