United States District Court
Southern District of Ohio

# Related Case Memorandum
## Civil Cases

TO: Judge Marbley, Judge Sargus, Magistrate Judge Jolson, and Magistrate Judge Vascura.

FROM: Jodi L. Keener, Deputy Clerk

DATE: 10/29/2020

SUBJECT: Case Caption: Atherton v. Dowling, et al.

CASE: Case Number: 2:20-cv-5610

DISTRICT JUDGE: Chief Judge Marbley and Magistrate Judge Chelsey M. Vascura

File Date: 10/27/2020

This memorandum is to notify you that the following cases are possibly related:

**Related Case(s):**

Case Caption: **Bloom et al v. Anderson et al**

Case Number: **2:20-cv-4534**   District Judge: **Marbley**

File Date: **9/1/2020**   Magistrate Judge: **Jolson**

Case Caption: **Stavely v. Anderson et al**

Case Number: **2:20-cv-4598**   District Judge: **Marbley**

File Date: **9/3/2020**   Magistrate Judge: **Jolson**

Case Caption: **Employees Retirement System of the City of St. Louis v. Jones et al**

Case Number: **2:20-cv-4813**   District Judge: **Marbley**

File Date: **9/9/2020**   Magistrate Judge: **Jolson**

Case Caption: **Beck v. Anderson et al**

Memo Re: Related Civil Cases
Page 2

| | | | |
|---|---|---|---|
| Case Number: | **2:20-cv-5020** | District Judge: | **Marbley** |
| File Date: | **9/24/2020** | Magistrate Judge: | **Jolson** |
| Case Caption: | **Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Anderson et al** | | |
| Case Number: | **2:20-cv-5128** | District Judge: | **Marbley** |
| File Date: | **9/30/2020** | Magistrate Judge: | **Jolson** |
| Case Caption: | **Sarnelli v. Anderson et al** | | |
| Case Number: | **2:20-cv-5192** | District Judge: | **Marbley** |
| File Date: | **10/2/2020** | Magistrate Judge: | **Jolson** |
| Case Caption: | **Massachusetts Laborers Pension Fund v. Jones et al** | | |
| Case Number: | **2:20-cv-5237** | District Judge: | **Marbley** |
| File Date: | **10/5/2020** | Magistrate Judge: | **Jolson** |
| Case Caption: | **Owens v. FirstEnergy Corp. et al** | | |
| Case Number: | **2:20-cv-3785** | District Judge: | **Marbley** |
| File Date: | **7/28/2020** | Magistrate Judge: | **Jolson** |

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Jodi Keener** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge **Marbley**

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

Other Direction of Judge: _____

_____  [signature]
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*