# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIANE OWENS,<br><br>      Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>      Defendants. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |
| CHANA FRAND,<br><br>      Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>      Defendants. | Case No. 2:20-cv-04287-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

## JOINT MOTION AND STIPULATION
## REGARDING INITIAL CASE SCHEDULE

WHEREAS, on November 23, 2020, the Court entered an order consolidating the above-captioned *Owens* and *Frand* actions and appointing LACERA as lead plaintiff and Robbins Geller Rudman & Dowd LLP as lead counsel;

WHEREAS, the Parties have been conferring regarding initial case-related matters, including scheduling; and

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

    1.    Lead Plaintiff shall file a consolidated complaint (the "Complaint") no later than 60 days from the entry of this Order;

2. No later than 60 days after the filing of the Complaint, Defendants shall answer, move to dismiss, or otherwise respond to the Complaint;

3. If Defendants file a motion to dismiss the Complaint, Lead Plaintiff shall file their response no later than 45 days after the filing of the motion to dismiss;

4. Defendants shall file their reply in support of any motion to dismiss no later than 30 days after the filing of Lead Plaintiff's opposition.

5. If the last day of any period set forth above is a Saturday, Sunday, or legal holiday, then the period shall extend until the end of the next day that is not a Saturday, Sunday, or legal holiday.

6. No later than 7 days before the deadline for filing any motion to dismiss, answer, or other response, the parties will file a stipulation regarding page limitations.

7. The parties will submit all future filings in these consolidated cases under the caption *In re FirstEnergy Corp. Securities Litigation*, No. 2:20-cv-03785.

IT IS SO STIPULATED.

The parties have submitted a proposed order for the Court's consideration.

Dated: December 10, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Joseph F. Murray (with permission) | s/ Geoffrey J. Ritts |
| Joseph F. Murray, Trial Attorney (0063373) | Geoffrey J. Ritts, Trial Attorney (0062603) |
| MURRAY MURPHY MOUL  + BASIL LLP | Robert S. Faxon (0059678) |
| Brian K. Murphy (0070654) | JONES DAY |
| 1114 Dublin Road | North Point |
| Columbus, OH  43215 | 901 Lakeside Avenue |
| Telephone:   614.488.0400 | Cleveland, OH  44114.1190 |
| Facsimile:   614.488.0401 | Telephone:   216.586.3939 |
| Email:  murray@mmmb.com | Facsimile:   216.579.0212 |
| Email:  murphy@mmmb.com | Email:  gjritts@jonesday.com |
|  | Email:  rfaxon@jonesday.com |

DARREN J. ROBBINS
Darren J. Robbins
Mark Solomon
Jason A. Forge
Tor Gronborg
Danielle S. Myers
ROBBINS GELLER RUDMAN
   &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619.231.1058
Facsimile: 619.231.7423
Email: darrenr@rgrdlaw.com
Email: marks@rgrdlaw.com
Email: jforge@rgrdlaw.com
Email: torg@rgrdlaw.com
Email: danim@rgrdlaw.com

*Attorneys for Lead Plaintiff*

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215-2673
Telephone: 614.469.3939
Facsimile: 614.461.4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com

*Attorneys for Defendants*
*FirstEnergy Corp., James F. Pearson,*
*Steven E. Strah, and K. Jon Taylor*


s/ Carole S. Rendon (with permission)
Daniel R. Warren (0054595)
Carole S. Rendon, Trial Attorney (0070345)
BAKERHOSTETLER
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: dwarren@bakerlaw.com
Email: crendon @bakerlaw.com

Albert G. Lin (0076888)
BAKERHOSTETLER
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: 614.228.1541
Facsimile: 614.462.2616
Email: alin@bakerlaw.com

*Attorneys for Defendant Charles E. Jones*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

                                            s/ Geoffrey J. Ritts
                                            Geoffrey J. Ritts, Trial Attorney (0062603)

                                            *One of the Attorneys for Defendants*
                                            *FirstEnergy Corp., James F. Pearson,*
                                            *Steven E. Strah, and K. Jon Taylor*