**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DIANE OWENS, | |
| Plaintiff, | Case No. 2:20-cv-03785-ALM-KAJ |
| v. | Chief Judge Algenon L. Marbley |
| FIRSTENERGY CORP., *et al.*, | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |
| CHANA FRAND, | |
| Plaintiff, | Case No. 2:20-cv-04287-ALM-KAJ |
| v. | Chief Judge Algenon L. Marbley |
| FIRSTENERGY CORP., *et al.*, | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## ORDER

Before the Court is the parties' Joint Motion and Stipulation Regarding Initial Case Schedule. Having reviewed the joint motion and stipulation and finding good cause, the Court **GRANTS** the joint motion.

It is therefore **ORDERED** that the schedule for filing any consolidated complaint or designation of an operative complaint and briefing thereon will be as follows:

1.      Lead Plaintiff shall file a consolidated complaint (the "Complaint") no later than 60 days from the entry of this Order;

2.      No later than 60 days after the filing of the Complaint, Defendants shall answer,

move to dismiss, or otherwise respond to the Complaint;

3.      If Defendants file a motion to dismiss the Complaint, Lead Plaintiff shall file their response no later than 45 days after the filing of the motion to dismiss;

4.      Defendants shall file their reply in support of any motion to dismiss no later than 30 days after the filing of Lead Plaintiff's opposition.

5.      If the last day of any period set forth above is a Saturday, Sunday, or legal holiday, then the period shall extend until the end of the next day that is not a Saturday, Sunday, or legal holiday.

It is further **ORDERED** that the parties will submit all future filings in these consolidated cases under the caption *In re FirstEnergy Corp. Securities Litigation*, No. 2:20-cv-03785.

**SO ORDERED** this 14th day of December, 2020.

s/Kimberly A. Jolson
UNITED STATES MAGISTRATE JUDGE