# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

### DECLARATION OF VERONICA E. CALLAHAN IN SUPPORT OF DEFENDANT LEILA VESPOLI'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT AND JOINDER IN THE MOTION TO DISMISS OF THE FIRSTENERGY DEFENDANTS

I, Veronica E. Callahan, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of New York and admitted *pro hac vice* in this action. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and counsel of record for Defendant Leila L. Vespoli.

2. I submit this declaration to authenticate copies of materials to be considered in connection with Defendant Leila Vespoli's Motion to Dismiss the Consolidated Complaint and Joinder in the Motion to Dismiss of the FirstEnergy Defendants filed by Defendants FirstEnergy Corp. ("FirstEnergy"), James F. Pearson, Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner.

3. Attached as Exhibit 1 is a true and correct copy of FirstEnergy's Form 8-K dated as of July 17, 2018 and filed on July 23, 2018.

4. Attached as Exhibit 2 is a true and correct copy of a press release from the State of Ohio dated February 4, 2019, entitled "Governor DeWine Selects Randazzo Next Chairman of the Public Utilities Commission of Ohio," available at https://ohio.gov/wps/portal/gov/site/media-center/news-and-events/020419.

5. Attached as Exhibit 3 is a true and correct copy of a Form 4 filing for Leila L. Vespoli dated March 5, 2018, reporting transactions made on March 1, 2018.

6. Attached as Exhibit 4 is a true and correct copy of a Form 4 filing for Leila L. Vespoli dated March 5, 2019, reporting transactions made on March 1, 2019.

7. Attached as Exhibit 5 is a true and correct copy of a Form 4 filing for Leila L. Vespoli dated February 22, 2017, reporting transactions made on February 21, 2017.

I declare under penalty of perjury that the foregoing is true and correct, based on my knowledge, information, and belief.

Dated: May 18, 2021
       New York, New York

                                                /s/ *Veronica E. Callahan*
                                           Veronica E. Callahan (admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on May 18, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Veronica E. Callahan
Veronica E. Callahan (admitted *pro hac vice*)

*Counsel for Defendant Leila L. Vespoli*