**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION, | Case No. 2:20-cv-03785-ALM-KAJ |
| This document relates to: | Chief Judge Algenon L. Marbley |
| ALL ACTIONS. | Magistrate Judge Kimberly A. Jolson |

**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD FOR
DEFENDANT JAMES F. PEARSON**

Pursuant to Local Rule 83.4(c)(3), defendant James F. Pearson hereby gives notice that

he will substitute counsel of record as set forth below, in place of Geoffrey J. Ritts, Robert S.

Faxon, Marjorie P. Duffy, and Jordan M. Baumann of Jones Day.

New counsel for Mr. Pearson will be:

> Jeremy R. Teaberry (0082870)
> Timothy D. Katsiff (*pro hac vice* motion forthcoming)
> David L. Axelrod (*pro hac vice* motion forthcoming)
> Emilia McKee Vassallo (*pro hac vice* motion forthcoming)
> BALLARD SPAHR LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103-7599
> Telephone: (215) 665-8500
> Facsimile: (215) 864-8999
> Email: teaberryj@ballardspahr.com
> Email: katsifft@ballardspahr.com
> Email: axelrodd@ballardspahr.com
> Email: mckeevassalloe@ballardspahr.com

Mr. Teaberry is admitted to practice in Ohio and in this District.  Messrs. Katsiff and

Axelrod and Ms. McKee Vassallo will be filing motions for admission *pro hac vice* separately.

Messrs. Ritts and Faxon and Mses. Duffy and Baumann will continue to represent the other

defendants on behalf of whom they have entered appearances.

Mr. Pearson certifies below that he has consented to the withdrawal of Messrs. Ritts and

Faxon, Mses. Duffy and Baumann, and Jones Day, and to the substitution of new counsel.  Mr.

Pearson's new counsel certify that all other counsel of record and parties are, by virtue of service

of this motion, also so notified.  A proposed order accompanies this notice.


Dated:  July 9, 2021

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts, Trial Attorney (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com

*Withdrawing Attorneys for Defendant*
*James F. Pearson*

-3-

Dated:  July 9, 2021

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff  (*pro hac vice* motion forthcoming)
David L. Axelrod (*pro hac vice* motion forthcoming)
Emilia McKee Vassallo (*pro hac vice* motion forthcoming)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8111
Facsimile: (215) 864-8999
Email: teaberryj@ballardspahr.com
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com

*Attorneys for James F. Pearson*

/s/ James F. Pearson (with permission)
James F. Pearson

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2021, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will notify all counsel of record.  The foregoing was

also served on the following:

> Jeremy R. Teaberry (0082870)
> Timothy D. Katsiff (*pro hac vice* motion forthcoming)
> David L. Axelrod (*pro hac vice* motion forthcoming)
> Emilia McKee Vassallo (*pro hac vice* motion forthcoming)
> BALLARD SPAHR LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103-7599
> Telephone: (215) 665-8500
> Facsimile: (215) 864-8999
> Email: teaberryj@ballardspahr.com
> Email: katsifft@ballardspahr.com
> Email: axelrodd@ballardspahr.com
> Email: mckeevassalloe@ballardspahr.com

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts (0062603)

*One of the Withdrawing Attorneys for*
*Defendant James F. Pearson*