### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

### MOTION FOR EXTENSION OF TIME
### TO FILE ANSWERS TO COMPLAINT UNTIL APRIL 6, 2022

Defendants hereby respectfully request that this Court grant them a modest extension of time—16 days, until April 6, 2022—to answer the Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint"), in light of the fact that the Complaint spans 113 pages and contains 322 paragraphs. (*See* Doc. #72.)

As noted below, Plaintiffs' own proposed case schedule reflects an answer date of April 6, 2022. However, when Defendants met and conferred with Plaintiffs regarding a motion to memorialize that agreement, Plaintiffs declined to agree to a joint stipulation. They also refused to allow Defendants to file this as an unopposed motion. As purported justification for this refusal, Plaintiffs stated that they "are opposed to the pre-trial dates being entered in piecemeal fashion." (Ex. A at 1.)

\*   \*   \*

On March 7, 2022, this Court entered an order granting in part and denying in part the Defendants' motions to dismiss the Complaint. The next day, on March 8, 2022, counsel for FirstEnergy Corp. and several of the individual defendants requested an extension of time for all Defendants to file answers to the Complaint, in light of its length. Plaintiffs responded that they

wished to discuss the requested extension during a meet and confer regarding the pretrial schedule and proposed a call for the following week, on March 14, 2022.

Counsel for FirstEnergy and several of the individual defendants participated in that call on March 14, after which Plaintiffs sent a proposed schedule that included an answer deadline of March 28, 2022, among other pretrial dates. (*See* Ex. A at 3.) On March 16, 2022, Defendants sent a revised proposed schedule that included an answer deadline of April 11, 2022, among other pretrial dates. (*See id.* at 3-4.)

On the evening of March 17, 2022, Plaintiffs sent a further revised proposed schedule that included an answer deadline of April 6, 2022, among other pretrial dates. (*Id.* at 3.) On March 20, 2022, Defendants sent to Plaintiffs a draft joint stipulation reflecting an answer date of April 6, 2022, and noted that they expected to respond to Plaintiffs' other dates soon. (*See id.* at 2-3.)

On March 21, 2022, Plaintiffs expressed their preference for not having a pretrial schedule entered in "piecemeal fashion." (*Id.* at 2.) Defendants explained that, due to the large number of defendants—approximately 40 individuals and entities—it was not likely feasible to finalize the entire pretrial schedule on March 21, 2022, though the parties had made progress on the schedule, which is not due until March 28, 2022 pursuant to this Court's order, Doc. #142. (Ex. A at 2; *see also id.* at 1.) Given the parties' agreement as to the answer date (April 6), Defendants stated their desire to file with the Court a joint stipulation or an unopposed motion to reflect that agreement. (*Id.* at 2.)

In response, Plaintiffs stated: "Plaintiffs will not agree to the stipulation or to the filing of the motion as unopposed. You can note that we have met and conferred and Plaintiffs are opposed to the pre-trial dates being entered in piecemeal fashion." (*Id.* at 1.)

That response necessitated this motion, whereby Defendants ask for a modest extension of time—16 days, until April 6, 2022—to answer the 113-page-long Complaint and its 322 paragraphs of allegations.  *See* Fed. R. Civ. P. 12(a)(4)(A).  With this motion, Defendants seek only the same extension of time as to which the parties had agreed in their ongoing case scheduling discussions.

Accordingly, Defendants respectfully request that the Court grant them an extension of time, until **April 6, 2022**, to file their answers to the Complaint.

Dated: March 21, 2022

Respectfully submitted,

s/ Geoffrey J. Ritts
Geoffrey J. Ritts, Trial Attorney (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114.1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email:  gjritts@jonesday.com
Email:  rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH  43215-2673
Telephone:  (614) 469-3939
Facsimile:  (614) 461-4198
Email:  mpduffy@jonesday.com
Email:  jbaumann@jonesday.com

*Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

s/ Daniel R. Warren (with permission)
Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Jeremy Steven Dunnaback (0098129)
Baker & Hostetler LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH  44114
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
Email:  crendon @bakerlaw.com
Email:  dshively@bakerlaw.com
Email:  dwarren@bakerlaw.com
Email:  jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH  43215
Telephone:  (614) 228-1541
Facsimile:  (614) 462-2616
Email:  alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4211
Facsimile:  (212) 589-4201
Email:  gstamboulidis@bakerlaw.com

William S. Scherman (admitted *pro hac vice*)
Jason J. Mendro (admitted *pro hac vice*)
Jason R. Meltzer (admitted *pro hac vice*)
Robert K. Hur (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email:  wscherman@gibsondunn.com
Email:  jmendro@gibsondunn.com
Email:  jmeltzer@gibsondunn.com
Email: rhur@gibsondunn.com

-5-

*Attorneys for Defendant Charles E. Jones*

s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH  44113
Telephone:  (216) 592-5000
Facsimile:  (216) 592-5009
E-mail:  john.mccaffrey@tuckerellis.com
E-mail:  john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
Email:  teaberryj@ballardspahr.com
Email:  katsifft@ballardspahr.com
Email:  axelrodd@ballardspahr.com
Email:  mckeevassalloe@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

<u>s/ Wendy West Feinstein (with permission)</u>
Wendy West Feinstein (0064973)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-3300
Facsimile: (412) 560-7001
Email: wendy.feinstein@morganlewis.com

Douglas M. Mansfield (0063443)
Lape Mansfield Nakasian & Gibson, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
Facsimile: (614) 467-3704
Email: dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: michael.kichline@morganlewis.com
Email: laura.mcnally@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*


<u>s/ John R. Mitchell (with permission)</u>
John R. Mitchell (0066759), Trial Attorney
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 706-3909
Facsimile: (216) 241-3707
Email: jmitchell@taftlaw.com

*Attorneys for Defendant Ty R. Pine*

        <u>s/ John C. Fairweather (with permission)</u>
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH  44311
Telephone:  (330) 535-5711
Facsimile:  (330) 253-8601
Email:  jfairweather@brouse.com
Email:  ldelgrosso@brouse.com

Stephen S. Scholes (admitted *pro hac vice*)
David S. Rosenbloom (admitted *pro hac vice*)
Paul M.G. Helms (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL  60606-0029
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  sscholes@mwe.com
Email:  drosenbloom@mwe.com
Email:  phelms@mwe.com

*Attorneys for Defendant Robert P. Reffner*

        s/ David H. Wallace (with permission)
David H. Wallace (0037210)
TAFT STETTINIUS & HOLLISTER, LLP
200 Public Square, Suite 3500
Cleveland, OH  44118
Telephone:  (216) 241-2838
Facsimile:  (216) 241-3707
Email:  dwallace@taftlaw.com

Veronica E. Callahan (admitted *pro hac vice*)
Aaron F. Miner (admitted *pro hac vice*)
Zheng (Jane) He (admitted *pro hac vice*)
ARNOLD & PORTER KAYE
   SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
Email:  aaron.miner@arnoldporter.com
Email:  veronica.callahan@arnoldporter.com
Email:  jane.he@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*

        s/ Victor A. Walton, Jr. (with permission)
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR &
   PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH  45202
Telephone:  (513) 723-4000
Facsimile:  (513) 723-4056
Email:  vawalton@vorys.com
Email:  jmbrunner@vorys.com

Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP
106 South Main Street, Suite 1100
Akron, OH  44308-1471
Telephone:  (330) 208-1000
Facsimile:  (330) 208-1001
Email:  apguran@vorys.com

*Attorneys for Defendant John Judge*

s/ Kari K. Hall (with permission)
Kari K. Hall (0076442)
Preston Burton (admitted *pro hac vice*)
Adam Miller (admitted *pro hac vice*)
Bree Murphy (admitted *pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC  20036
Telephone:  (202) 349-8000
Facsimile:  (202) 349-8080
Email:  khall@buckleyfirm.com
Email:  pburton@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  bmurphy@buckleyfirm.com

*Attorneys for Defendant Donald R. Schneider*


s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215-6194
Telephone:  (614) 227-2000
Facsimile:  (614) 227-2100
Email:  rtrafford@porterwright.com

Brian S. Weinstein (admitted *pro hac vice*)
Daniel S. Magy (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (202) 450-4000
Email:  brian.weinstein@davispolk.com
Email:  daniel.magy@davispolk.com

*Attorneys for the Underwriter Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

    s/ Geoffrey J. Ritts
    Geoffrey J. Ritts (0062603)

*One of the Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*