IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) | No. 2:20-cv-03785-ALM-KAJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | Judge Algenon L. Marbley |
| ALL ACTIONS. | ) ) ) | Magistrate Judge Kimberly A. Jolson |

## MOTION OF ATTORNEY DAVID S. ROSENBLOOM TO WITHDRAW AS COUNSEL FOR DEFENDANT ROBERT REFFNER

Pursuant to Rule 83.4(d) of the Local Rules for the Southern District of Ohio, Attorney David S. Rosenbloom moves to withdraw as counsel for Defendant Robert Reffner. Attorney Rosenbloom is leaving the law firm of McDermott Will & Emery LLP to assume an in-house position; and, as a result, it will no longer be possible for him to continue to represent Mr. Reffner in this matter. Mr. Reffner has been notified of Attorney Rosenbloom's withdrawal. No delay will result from the withdrawal as Mr. Reffner will continue to be represented by Steven Scholes and Paul Helms of McDermott Will & Emery LLP who have been admitted *pro hac vice* in this matter, and John Fairweather and Lisa DelGrosso of Brouse McDowell LPA.

Respectfully submitted,

/s/ John C. Fairweather
John C. Fairweather (0018216)
jfairweather@brouse.com
Lisa S. DelGrosso (0064938)
ldelgrosso@brouse.com
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601

2

Steven S. Scholes (admitted *pro hac vice*)
sscholes@mwe.com
David S. Rosenbloom (admitted *pro hac vice*)
drosenbloom@mwe.com
Paul Helms (admitted *pro hac vice*)
phelms@mwe.com
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel for Defendant Robert P. Reffner*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on April 11, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John C. Fairweather
John C. Fairweather (0018216)

[1432918]