**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,

This document relates to:  Civil Action 2:20-cv-3785
　　　　　　　　　　　　　　　　　　Chief Judge Algenon L. Marbley
　　　　　　　　　　　　　　　　　　Magistrate Judge Jolson
ALL ACTIONS.

## SCHEDULING ORDER

This matter is before the Court on the parties' proposed case schedule. (Doc. 230). Where the parties disagree as to deadlines, the Court finds it prudent to allows Defendants the additional time requested, so that they may coordinate their defense to the extent possible. Additionally, the Court agrees that a deadline for substantial completion of document production can be set after the parties have exchanged requests for production and better understand the scope of production.

Given the adoption of this additional time into the scheduling order, the Court emphasizes that it intends to grant **no further extensions** to the case schedule. Because it is incumbent on the parties to adhere to these deadlines, the Court orders regular joint status reports reflecting the progress of discovery. Accordingly, the parties are **ORDERED** to file a joint status report on or before May 13, 2022, setting forth a proposed deadline for substantial completion of document production. After the filing of this initial joint status report, the parties are **ORDERED** to file a joint status report every forty-five (45) days thereafter, updating the Court on the progress of discovery.

The Court adopts deadlines as follows:

| EVENT | DEADLINE |
|---|---|
| Plaintiff's motion for class certification | June 6, 2022 |
| Opposition to Plaintiff's motion for class certification | August 10, 2022 |

| | |
|---|---|
| Reply in support of Plaintiff's motion for class certification | September 21, 2022 |
| Motions to amend pleadings | September 30, 2022 |
| Fact discovery cutoff | April 28, 2023 |
| Primary expert reports | May 29, 2023 |
| Rebuttal expert reports | July 28, 2023 |
| Reply expert reports | September 1, 2023 |
| Expert discovery cutoff | October 6, 2023 |
| Dispositive motions | November 21, 2023 |

IT IS SO ORDERED.

Date:  April 14, 2022                              /s/ Kimberly A. Jolson
                                                   KIMBERLY A. JOLSON
                                                   UNITED STATES MAGISTRATE JUDGE