IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,

This document relates to:

DIANE OWENS, et al.,

Plaintiffs

v.

FIRSTENERGY CORP., et al.,

Defendants

Civil Action 2:20-cv-3785
Chief Judge Algenon L. Marbley
Magistrate Judge Jolson

## ORDER

This matter is before the Court on Lead Plaintiff's request for a telephonic discovery conference. On April 13, 2022, Lead Plaintiff emailed the Court to request a conference, informing the Court that there was a dispute about scheduling a deposition. The Court responded that the Parties should make every effort to resolve the dispute on their own, and the Court expected that the Parties would confer on April 14, 2022. The Court set a telephonic conference for April 15, 2022 at 2:00 p.m. to be held in the event that the Parties were unable to reach agreement through the conferral process.

Based upon the communication received from Defendant FirstEnergy on April 14, 2022, the Court understands that the Parties did not confer. That was contrary to the Court's expectations. Accordingly, the Parties are **ORDERED** to meet and confer by April 20, 2022, and file a joint status report regarding their efforts by that date.

The telephonic discovery conference set for April 15, 2022 is **VACATED**.

IT IS SO ORDERED.

Date: April 15, 2022	/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE