# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE FIRSTENERGY CORP.**
**SECURITIES LITIGATION,**

This document relates to:          Civil Action 2:20-cv-3785
         Chief Judge Algenon L. Marbley
         Magistrate Judge Jolson

    ALL ACTIONS.

## ORDER

    This matter is before the Court on the joint status report submitted by Lead Plaintiff Los Angeles County Employees Retirement Association, Defendant FirstEnergy Corp. ("FirstEnergy"), and Defendants Charles E. Jones and Michael J. Dowling.  (Doc. 259).  On April 5, 2022, Lead Plaintiff noticed an April 27 deposition of FirstEnergy's corporate representative, pursuant to Federal Rule of Civil Procedure 30(b)(6).  (*Id.* at 2).  On April 12, 2022, Defendants Jones and Dowling also noticed their intention to take a Rule 30(b)(6) deposition of FirstEnergy's corporate representative.  (*Id.* at 5).  Now, the parties are "unable to reach agreement as to date, duration, location, or mode of deposition."  (*Id.* at 1).

    Broadly, Lead Plaintiff wants its deposition to proceed without delay.  FirstEnergy wants to consolidate the depositions into a two-day period and collapse the time for questioning (rather than affording each noticing party the seven-hour maximum contemplated by Rule 30).  Defendants Jones and Dowling are amenable to the two-day period for depositions, so long as they are afforded their own seven-hour period for questioning.  Bearing in mind these interests, and in order to promote efficiency while minimizing delay, the Court adopts the following parameters: The depositions shall occur on May 19 and 20, 2022 in Cleveland, Ohio with the option for counsel to participate remotely or in-person.  Over those two days, Lead Plaintiff will conduct a one-day

deposition, not to exceed seven hours, and Defendants Jones and Dowling will conduct a one-day deposition, not to exceed seven hours.

IT IS SO ORDERED.

Date: April 21, 2022                    /s/ Kimberly A. Jolson
                                        KIMBERLY A. JOLSON
                                        UNITED STATES MAGISTRATE JUDGE