# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,

This document relates to:           Civil Action 2:20-cv-3785
         Chief Judge Algenon L. Marbley
         Magistrate Judge Jolson

ALL ACTIONS.

## ORDER

This matter is before the Court on Defendant Steven E. Strah's Motion for Protective Order (Doc. 266). Briefing on the motion is hereby STAYED. The parties are reminded of their obligations under the Local Rules to meaningfully confer to resolve disputes. In the interest of the parties fulfilling those obligations, the Court ORDERS the parties to further meet and confer to resolve their dispute and file a joint status report on or before May 9, 2022, updating the Court on the outcome of those efforts. Should the parties be unable to reach a resolution on their own, the Court SETS a telephonic status conference for May 11, 2022 at 11:00am. Counsel shall call 1-888-684-8852 to participate in the telephone conference with Magistrate Judge Kimberly A. Jolson. The conference access code is 3189690 and the security code is 3785.

IT IS SO ORDERED.

Date:  May 4, 2022          /s/ Kimberly A. Jolson
         KIMBERLY A. JOLSON
         UNITED STATES MAGISTRATE JUDGE