# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE FIRSTENERGY CORP.**
**SECURITIES LITIGATION,**

**This document relates to:**    Civil Action 2:20-cv-3785
                                 Chief Judge Algenon L. Marbley
                                 Magistrate Judge Jolson

    **ALL ACTIONS.**

## ORDER

This matter is before the Court on the recently submitted joint status report (Doc. 272). Because the parties were able to resolve their dispute regarding the deposition of Defendant Steven E. Strah, the telephonic status conference set for May 11, 2022 at 11:00am is **VACATED**. Further, because the parties have agreed that deposition will not occur on May 25, 2022, Defendant Strah's Motion for Protective Order (Doc. 266) is **DENIED as moot**. The Court notes that the parties have also resolved other disputes and are in contemplation of how to best coordinate discovery moving forward. To the extent Defendant FirstEnergy Corp. represents that it is interested in coordinating discovery among this action and two pending related actions, the Court encourages all parties to continue to meet and confer to arrive at creative solutions which will promote the efficiency of discovery in all actions. That being said, the 30(b)(6) depositions already scheduled in this action must proceed within the bounds of the Court's previous orders. The Court will not revisit either of its prior rulings on the 30(b)(6) depositions.

IT IS SO ORDERED.

Date:  May 11, 2022                        /s/ Kimberly A. Jolson
                                           KIMBERLY A. JOLSON
                                           UNITED STATES MAGISTRATE JUDGE