# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>    ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

## JOINT STATUS REPORT REGARDING
## SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION

    Pursuant to the Scheduling Order (Doc. #255), the parties jointly submit a status report setting forth proposed deadlines for the substantial completion of document production.

    The parties propose a deadline of August 15, 2022 for the substantial completion of document productions by a majority of the Defendants, based on their respective responses and subject to their respective objections to Lead Plaintiff's requests for production served to date. Plaintiffs expressly recognize that this proposed date is subject to adjustment as needed based on each Defendant's respective ongoing meet and confers with Plaintiffs regarding all aspects of Plaintiffs' discovery requests, and Plaintiffs agree to work cooperatively with Defendants regarding potential adjustments to this proposed deadline.

    The parties propose a deadline of June 22, 2022 for the substantial completion of the Plaintiffs' production of documents responsive to FirstEnergy's first requests for production, based on their respective responses and objections, subject to adjustment as needed based on the parties' meet and confers.

    The parties will update the Court regarding any such potential adjustments in their periodic status reports, and agree to work cooperatively on any such adjustments and related matters.

Dated: May 13, 2022                                          Respectfully submitted,

| | |
|---|---|
| /s/ Joseph F. Murray (with permission) | /s/ Geoffrey J. Ritts |
| Joseph F. Murray, Trial Attorney (0063373) | Geoffrey J. Ritts (0062603) |
| MURRAY MURPHY MOUL | Robert S. Faxon (0059678) |
|    + BASIL LLP | Corey A. Lee (99866) |
| 1114 Dublin Road | JONES DAY |
| Columbus, OH 43215 | North Point |
| Telephone: (614) 488-0400 | 901 Lakeside Avenue |
| Facsimile: (614) 488-0401 | Cleveland, Ohio 44114-1190 |
| Email: murray@mmmb.com | Telephone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| *Liaison Counsel* | Email: gjritts@jonesday.com |
| | Email: rfaxon@jonesday.com |
| | Email: calee@jonesday.com |
| Darren J. Robbins (admitted *pro hac vice*) | Marjorie P. Duffy (0083452) |
| Mark Solomon (admitted *pro hac vice*) | Jordan M. Baumann (0093844) |
| ROBBINS GELLER RUDMAN | JONES DAY |
|    & DOWD LLP | 325 John H. McConnell Boulevard, Suite 600 |
| 655 West Broadway, Suite 1900 | Columbus, Ohio 43215 |
| San Diego, CA 92101 | Telephone: (614) 469-3939 |
| Telephone: (619) 231-1058 | Facsimile: (614) 461-4198 |
| Facsimile: (619) 231-7423 | Email: mpduffy@jonesday.com |
| Email: darrenr@rgrdlaw.com | Email: jbaumann@jonesday.com |
| Email: marks@rgrdlaw.com | |
| | *Attorneys for Defendants FirstEnergy Corp.,* |
| *Attorneys for Lead Plaintiff* | *Steven E. Strah, K. Jon Taylor, Jason J.* |
| | *Lisowski, George M. Smart, Paul T. Addison,* |
| | *Michael J. Anderson, Steven J. Demetriou,* |
| /s/ Albert G. Lin (with permission) | *Julia L. Johnson, Donald T. Misheff, Thomas* |
| Carole S. Rendon, Trial Attorney (0070345) | *N. Mitchell, James F. O'Neil III, Christopher* |
| Douglas L. Shively (0094065) | *D. Pappas, Sandra Pianalto, Luis A. Reyes,* |
| Daniel R. Warren (0054595) | *Jerry Sue Thornton, and Leslie M. Turner* |
| Jeremy Steven Dunnaback (0098129) | |
| Baker & Hostetler LLP | |
| Key Tower, 127 Public Square, Suite 2000 | |
| Cleveland, OH 44114 | |
| Telephone: (216) 621-0200 | |
| Facsimile: (216) 696-0740 | |
| Email: crendon@bakerlaw.com | |
| Email: dshively@bakerlaw.com | |
| Email: dwarren@bakerlaw.com | |
| Email: jdunnaback@bakerlaw.com | |

Albert G. Lin (0076888)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211
Facsimile: (212) 589-4201
Email: gstamboulidis@bakerlaw.com

William S. Scherman (admitted *pro hac vice*)
Jason J. Mendro (admitted *pro hac vice*)
Jason R. Meltzer (admitted *pro hac vice*)
Robert K. Hur (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: wscherman@gibsondunn.com
Email: jmendro@gibsondunn.com
Email: jmeltzer@gibsondunn.com
Email: rhur@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

s/ John R. Mitchell (with permission)
John R. Mitchell (0066759)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 706-3909
Facsimile: (216) 241-3707
Email: jmitchell@taftlaw.com

*Attorneys for Defendant Ty R. Pine*

/s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

Steve Grimes (*pro hac vice* pending)
Dan K. Webb (*pro hac vice* pending)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: SGrimes@winston.com
Email: DWebb@winston.com

*Attorneys for Defendant Michael J. Dowling*

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
Brittany M. Wilson (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: teaberryj@ballardspahr.com
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com
Email: wilsonbm@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

/s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
Lape Mansfield Nakasian & Gibson, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
Facsimile: (614) 467-3704
Email: dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: michael.kichline@morganlewis.com
Email: laura.mcnally@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*


/s/ Kari K. Hall (with permission)
Kari K. Hall (0076442)
Preston Burton (admitted *pro hac vice*)
Adam Miller (admitted *pro hac vice*)
Bree Murphy (admitted *pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: khall@buckleyfirm.com
Email: pburton@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: bmurphy@buckleyfirm.com

*Attorneys for Defendant Donald R. Schneider*

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Stephen S. Scholes (admitted *pro hac vice*)
Paul M.G. Helms (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: sscholes@mwe.com
Email: phelms@mwe.com

*Attorneys for Defendant Robert P. Reffner*


/s/ Victor A. Walton, Jr. (with permission)
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 723-4056
Email: vawalton@vorys.com
Email: jmbrunner@vorys.com

Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP
106 South Main Street, Suite 1100
Akron, OH 44308-1471
Telephone: (330) 208-1000
Facsimile: (330) 208-1001
Email: apguran@vorys.com

*Attorneys for Defendant John Judge*

/s/ James E. Arnold (with permission)
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, OH 43215
Telephone:  (614) 460-1600
Facsimile:  (614) 469-1093
Email:  jarnold@arnlaw.com
Email:  ggosnell@arnlaw.com

Veronica E. Callahan (admitted *pro hac vice*)
Aaron F. Miner (admitted *pro hac vice*)
Zheng (Jane) He (admitted *pro hac vice*)
ARNOLD & PORTER KAYE
   SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
Email:  aaron.miner@arnoldporter.com
Email:  veronica.callahan@arnoldporter.com
Email:  jane.he@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*

/s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215-6194
Telephone:  (614) 227-2000
Facsimile:  (614) 227-2100
Email:  rtrafford@porterwright.com
Email:  dbloomfield@porterwright.com

Brian S. Weinstein (admitted *pro hac vice*)
Eric M. Kim (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (202) 450-4000
Email:  brian.weinstein@davispolk.com
Email:  eric.kim@davispolk.com

*Attorneys for the Underwriter Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on May 13, 2022.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Marjorie P. Duffy
Marjorie P. Duffy (0083452)

*One of the Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*