**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) ) | No. 2:20-cv-03785-ALM-KAJ <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS | ) ) ) ) ) ) ) | Judge Algenon L. Marbley <br> Magistrate Judge Kimberly A. Jolson <br> Special Master Shawn K. Judge |
| MFS Series Trust I, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FirstEnergy Corp., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:21-cv-05839-ALM-KAJ |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FirstEnergy Corp., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:22-cv-00865-ALM-KAJ |

**FIRSTENERGY CORP.'S MOTION FOR RECONSIDERATION OF THE
SPECIAL MASTER'S NOVEMBER 29 AND 30 ORDERS**

PLEASE TAKE NOTICE that Defendant FirstEnergy Corp. ("FirstEnergy") hereby requests that the Special Master reconsider (i) Order by Special Master on Motion to Compel dated November 29, 2023 (ECF No. 571), and (ii) Order denying FirstEnergy leave to file an amended declaration, dated November 30, 2023 (ECF No. 575).

The motion is based upon the accompanying memorandum of law in support thereof, the declaration of Hilary M. Williams dated December 13, 2023, and such evidence and argument as the Court may consider.

Dated: December 13, 2023

Respectfully,

*/s/ Thomas D. Warren*
Thomas D. Warren, Trial Attorney (0077541)
WARREN TERZIAN LLP
30799 Pinetree Road, Suite 345
Pepper Pike, OH 44124
Telephone: (213) 410-2620
tom.warren@warrenterzian.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
Tasha N. Thompson (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7040

*Counsel for Defendant FirstEnergy Corp.*

## DECLARATION OF SERVICE

I certify that the foregoing was filed electronically on December 13, 2023. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Thomas D. Warren*
Thomas D. Warren (0077541)

*Counsel for Defendant FirstEnergy Corp.*