UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | No. 2:20-cv-03785-ALM-KAJ<br><br>CLASS ACTION<br><br>Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

DECLARATION OF HILLARY B. STAKEM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | |
|---|---|
| MURRAY MURPHY MOUL<br>  + BASIL LLP<br>JOSEPH F. MURRAY (0063373)<br>1114 Dublin Road<br>Columbus, OH  43215<br>Telephone:  614/488-0400<br>614/488-0401 (fax)<br>murray@mmmb.com<br><br>Liaison Counsel | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>DARREN J. ROBBINS (*pro hac vice*)<br>MARK SOLOMON (*pro hac vice*)<br>HILLARY B. STAKEM (*pro hac vice*)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>darrenr@rgrdlaw.com<br>marks@rgrdlaw.com<br>hstakem@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund |

I, HILLARY B. STAKEM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel of record for Lead Plaintiff Los Angeles County Employees Retirement Association, together with Plaintiffs Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs") in the above-entitled action.[1] I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Declaration of Esmeralda Del Bosque in Support of Plaintiffs' Motion for Class Certification, dated June 6, 2022;

Exhibit B: Declaration of Mandy Tenner in Support of Plaintiffs' Motion for Class Certification, dated June 6, 2022;

Exhibit C: Declaration of Brad Duff in Support of Plaintiffs' Motion for Class Certification, dated June 2, 2022;

Exhibit D: Declaration of John Schmitt in Support of Plaintiffs' Motion for Class Certification, dated June 6, 2022;

Exhibit E: Expert Report of W. Scott Dalrymple, CFA, dated June 6, 2022;

Exhibit F: Expert Report of Cynthia L. Jones, CFA, dated June 6, 2022; and

Exhibit G: Firm Resume of Robbins Geller Rudman & Dowd LLP.

---

[1] Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund ("Amalgamated Bank").

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2022, at Penzance, England.

*Hillary B Stakem*

HILLARY B. STAKEM

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 6, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

            s/ JOSEPH F. MURRAY
            JOSEPH F. MURRAY

            1114 Dublin Road
            Columbus, OH  43215
            Telephone:  614/488-0400
            614/488-0401 (fax)

            Email:  murray@mmmb.com

# Mailing Information for a Case 2:20-cv-03785-ALM-KAJ Owens v. FirstEnergy Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **X. Jay Alvarez**
  jaya@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James Edward Arnold**
  jarnold@arnlaw.com,7489829420@filings.docketbird.com,tashby@arnlaw.com,ablosser@arnlaw.com

- **David L. Axelrod**
  axelrodd@ballardspahr.com,mangiaracinaj@ballardspahr.com

- **Daniel E. Barenbaum**
  dbarenbaum@bermantabacco.com,sfservice@bermantabacco.com

- **Jordan M. Baumann**
  jbaumann@jonesday.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **David S Bloomfield , Jr**
  dbloomfield@porterwright.com,mruyf@porterwright.com

- **Joseph Michael Brunner**
  jmbrunner@vorys.com,tlschwarz@vorys.com

- **Preston Burton**
  pburton@buckleyfirm.com,lschwartz@buckleyfirm.com

- **Veronica E. Callahan**
  veronica.callahan@arnoldporter.com,edocketscalendaring@arnoldporter.com,veronica-callahan-1417@ecf.pacerpro.com,maosdoh@arnoldporter.com

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,mlydon@rgrdlaw.com,e_file_sd@rgrdlaw.com,kjohnson@rgrdlaw.com

- **Desiree Cummings**
  dcummings@rgrdlaw.com

- **James Rubin Cummins**
  jcummins@cumminslaw.us,hpoindexter@cumminslaw.us,docket@cumminslaw.us

- **Lisa S Del Grosso**
  ldelgrosso@brouse.com,sslabaugh@brouse.com

- **Marjorie P Duffy**
  mpduffy@jonesday.com,rfargabrite@jonesday.com,erector@jonesday.com

- **Jeremy Steven Dunnaback**
  jdunnaback@bakerlaw.com,jlazanich@bakerlaw.com

- **John C Fairweather**
  jcf@brouse.com,sgibson@brouse.com

- **John A Favret , III**
  jfavret@tuckerellis.com,darlene.hudeck@tuckerellis.com,Chelsea.croy@tuckerellis.com

- **Robert Stephen Faxon**
  rfaxon@jonesday.com

- **Jason A. Forge**
  JForge@rgrdlaw.com

- **Gerhardt A Gosnell , II**
  ggosnell@arnlaw.com,1524359420@filings.docketbird.com,tashby@arnlaw.com

- **Steven Grimes**
  SGrimes@winston.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com,ckopko@rgrdlaw.com

- **Andrew Paul Guran**
  apguran@vorys.com,ramurphy@vorys.com

- **Zheng (Jane) He**
  Jane.He@arnoldporter.com

- **Paul Helms**
  phelms@mwe.com

- **Kelsey Hughes-Blaum**
  khughesblaum@taftlaw.com

- **Robert K. Hur**
  rhur@gibsondunn.com

- **Steve Michael Jodlowski**
  sjodlowski@rgrdlaw.com,E_File_SD@rgrdlaw.com,SusanM@rgrdlaw.com

- **C. Chad Johnson**
  chadj@rgrdlaw.com

- **Daniel Richard Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com

- **Timothy D. Katsiff**
  katsifft@ballardspahr.com

- **Ashley M. Kelly**
  akelly@rgrdlaw.com,E_File_SD@rgrdlaw.com,AKellyRGRD@ecf.courtdrive.com

- **Michael L. Kichline**
  michael.kichline@morganlewis.com

- **Eric Kim**
  eric.kim@davispolk.com

- **Nicole Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Corey Anthony Lee**
  calee@jonesday.com

- **Albert Grant Lin**
  alin@bakerlaw.com,phubbard@bakerlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com

- **Douglas M Mansfield**
  dmansfield@lmng-law.com

- **John F McCaffrey**
  John.McCaffrey@tuckerellis.com,christen.wilk@tuckerellis.com

- **Laura Hughes McNally**
  laura.mcnally@morganlewis.com,carole.griffin@morganlewis.com

- **Francisco J Mejia**
  FMejia@rgrdlaw.com

- **Jason R. Meltzer**
  jmeltzer@gibsondunn.com

- **Jason J Mendro**
  JMendro@gibsondunn.com

- **Adam B. Miller**
  amiller@buckleyfirm.com,testad@buckleyfirm.com,autodocket@buckleyfirm.com,docket@buckleyfirm.com

- **Aaron F. Miner**
  aaron.miner@arnoldporter.com

- **Jonathan P. Misny**
  misny@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,misny@ecf.courtdrive.com

- **David W Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John R Mitchell**
  jmitchell@taftlaw.com,LUdovicic@taftlaw.com,ewerner@taftlaw.com,CLE_Docket_Assist@taftlaw.com

- **Thomas N Mitchell**
  mpduffy@jonesday.com

- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,moul@ecf.courtdrive.com

- **Bree Murphy**
  bmurphy@buckleyfirm.com,wbusch@buckleyfirm.com

- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com,murphy@ecf.courtdrive.com,tiffany@ecf.courtdrive.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com

- **Danielle S. Myers**
  DMyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Brian Patrick O'Connor**
  bpo@santen-hughes.com,sla@santen-hughes.com

- **Lucas Freeman Olts**
  lolts@rgrdlaw.com,E_File_SD@rgrdlaw.com,lolts@ecf.courtdrive.com

- **Steven Wayne Pepich**
  stevep@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Sara B. Polychron**
  spolychron@rgrdlaw.com

- **Carole Schwartz Rendon**
  crendon@bakerlaw.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com

- **Darren J Robbins**
  tedp@rgrdlaw.com

- **William Scherman**
  wscherman@gibsondunn.com

- **Steven S. Scholes**
  sscholes@mwe.com

- **Kevin Shen Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,E_File_SD@rgrdlaw.com,tdevries@rgrdlaw.com

- **Victoria Lynn Serrani**
  vlserrani@bmdllc.com

- **Joshua N. Shinbrot**
  joshua.shinbrot@davispolk.com

- **Jessica Tally Shinnefield**
  jshinnefield@rgrdlaw.com,E_File_SD@rgrdlaw.com,ChristC@rgrdlaw.com,JShinnefield@ecf.courtdrive.com

- **Douglas L. Shively**
  dshively@bakerlaw.com

- **Hannah M. Smith**
  hannah.smith@tuckerellis.com,christen.wilk@tuckerellis.com

- **Mark Soloman**
  marks@rgrdlaw.com

- **Stephen G Sozio**
  sgsozio@jonesday.com

- **Hillary Bryn Stakem**
  hstakem@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **George A. Stamboulidis**
  gstamboulidis@bakerlaw.com

- **Joseph J. Tabacco, Jr.**
  jtabacco@bermantabacco.com

- **Jeremy R Teaberry**
  teaberryj@ballardspahr.com

- **Robert Ward Trafford**
  rtrafford@porterwright.com,tmagley@porterwright.com

- **Emilia McKee Vassallo**
  mckeevassalloe@ballardspahr.com

- **Robert J. Wagoner**
  bob@dwslaw.com,bob@wagonerlawoffice.com

- **Victor A Walton , Jr**
  vawalton@vorys.com,kjwooldridge@vorys.com

- **Daniel Rubin Warren**
  dwarren@bakerlaw.com

- **Lesley Weaver**
  lweaver@bfalaw.com

- **Dan K Webb**
  dwebb@winston.com

- **Brian S. Weinstein**
  brian.weinstein@davispolk.com

- **Brittany Marie Wilson**
  wilsonbm@ballardspahr.com

- **Jill Winter**
  jwinter@buckleyfirm.com,wbusch@buckleyfirm.com

- **Michael J. Zbiegien , Jr**
  mzbiegien@taftlaw.com,aoverly@taftlaw.com,cle_docket_assist@taftlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`