# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| **In re FIRSTENERGY CORP. SECURITIES** | ) | **Civil Action No. 2:20-cv-03785-ALM-KAJ** |
| **LITIGATION** | ) |  |
|  | ) |  |
|  | ) |  |

---

**EXPERT REPORT OF**
**W. SCOTT DALRYMPLE, CFA**
**JUNE 6, 2022**

---



**TABLE OF CONTENTS**

<u>Page</u>

I. Scope of the Engagement ........................................................................................ 1

II. Credentials and Compensation ............................................................................... 1

III. Information Considered ........................................................................................... 2

IV. Summary of Opinions .............................................................................................. 3

V. Background .............................................................................................................. 3

    A. The Class ......................................................................................................... 3

    B. FirstEnergy ...................................................................................................... 3

    C. Allegations ....................................................................................................... 4

        1) Bankruptcy Proceedings ........................................................................ 4

        2) Pursuit of "Legislative or Regulatory Solutions" .................................... 5

        3) Investigation into FirstEnergy and Aftermath ......................................... 6

        4) Summary ................................................................................................. 8

VI. Assessment of Market Efficiency ............................................................................ 9

    A. *Cammer* Factors ............................................................................................ 10

        1) *Cammer* Factor 1: Average Weekly Trading Volume ........................... 10

        2) *Cammer* Factor 2: Analyst Coverage .................................................. 12

        3) *Cammer* Factor 3: Existence of Market Makers/Institutional Investors and Arbitrageurs .......................................................................................... 13

        4) *Cammer* Factor 4: Eligibility to File an S-3 Registration Statement ..................... 15

        5) *Cammer* Factor 5: Empirical Evidence of Cause-and-Effect Relationship Between Events and Stock Price Movements ...................................... 16

    B. *Krogman* Factors ......................................................................................... 20

        1) Market Capitalization and Public Float ................................................ 20

        2) Bid-Ask Spread .................................................................................... 21

    C. Additional Indicators of Market Efficiency ..................................................... 21

        1) Statistical Properties of Stock Returns (Autocorrelation) ..................... 21

        2) Lack of Constraints on Short Selling .................................................... 22

    D. Conclusion ..................................................................................................... 24

VII. Measuring Damages to Shareholders on a Class-wide Basis ............................... 26

VIII. Further Work ......................................................................................................... 27





| 7250 Dallas Parkway | 1000 Louisiana Street | 405 Lexington Avenue |
|---|---|---|
| Suite 200 | Suite 1150 | Floor 9 |
| Plano, Texas 75024 | Houston, Texas 77002 | New York, New York 10174 |
| +1.972.377.0300 | +1.713.457.3125 | +1.212.364.1926 |

Re: *In re* FirstEnergy Corporation Securities Litigation, U.S. District Court, Southern District of Ohio, No. 2:20-cv-03785-ALM-KAJ.

## I.  Scope of the Engagement

1.    I have been retained by Robbins Geller Rudman & Dowd LLP, counsel for Los Angeles County Employees Retirement Association ("LACERA"), Amalgamated Bank, Wisconsin Laborers' Pension Fund, and City of Irving Supplemental Benefit Plan, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), in the above-styled case to analyze whether common stock in FirstEnergy Corporation, Inc. ("FirstEnergy" or "FE") traded in an efficient market during the period between February 21, 2017 and July 21, 2020 (the "Class Period").  I have also been retained to determine whether damages in this matter can be calculated using a common methodology for all Class members pursuant to their claims.

2.    Generally, I understand Plaintiffs allege that throughout the Class Period, "FirstEnergy and its most senior executives bankrolled one of the largest corruption and bribery schemes in U.S. history" in an attempt to promote legislation that would benefit FirstEnergy at the expense of ratepayers.[1]

3.    Generally, I further understand Plaintiffs allege that Defendants made numerous materially misleading statements and omissions regarding FirstEnergy's business and operations and kept the corruption and bribery scheme concealed from investors.[2]  These statements include alleged misrepresentations and omissions associated with FirstEnergy's improper political contributions and political activities, as well as alleged misrepresentations and omissions regarding FirstEnergy's compliance with regulatory requirements such as anti-corruption policies and FE's own internal policies and code of conduct.

4.    Defendants' scheme to defraud and their materially misleading statements and omissions, according to Plaintiffs, caused the price of FirstEnergy stock to be artificially inflated during the Class Period.

## II.  Credentials and Compensation

5.    I, W. Scott Dalrymple, am a Partner at BVA Group LLC ("BVA Group").  I am an economist and a CFA charter holder with extensive experience in economic, financial, and statistical analyses.  During my career, I have worked on issues relating to the analysis of economic damages involving securities litigation,

---

[1]    Consolidated Complaint for Violations of the Federal Securities Laws, dated Feb. 26, 2021 ("Consolidated Complaint"), ¶ 3.

[2]    The "Defendants," "Exchange Act Defendants," and the "Securities Act Defendants" are set forth and defined in the Consolidated Complaint at ¶¶ 27-39 and 277-284.



business valuation, structured finance, financial derivatives, antitrust, intellectual property, and breach of contract. I have advised companies, investors, financial institutions, and government agencies in the U.S., Europe, and Australia on a range of matters, including valuation and securities analysis, market structure, capital restructurings, financial and economic modeling, and quantitative methods.

6. I have been retained as a consulting and testifying expert in a wide range of matters involving financial markets and securities, including equities, fixed income, structured products, and derivatives. I have been involved in shareholder class action matters in the U.S. and Australia on issues related to share price inflation, market efficiency, and shareholder damages. I have provided expertise on numerous litigation matters involving financial, economic, statistical, and valuation analysis.

7. I hold a Master of Science in economics with a concentration in Industrial Organization from the London School of Economics and Political Science and a Bachelor of Business Administration in the Business Honors Program and Finance from the University of Texas at Austin. I have written about and presented on economic and financial topics, including financial markets and securities analysis, and have provided expert opinions on these topics in a number of federal court, state court, and arbitration proceedings. My full curriculum vitae, including testimony history and publications, is attached as **Appendix A**.

8. BVA Group is being compensated at the rate of $750 per hour for my work in this matter. As part of performing my analysis, I utilized a team of BVA Group personnel who worked under my direction and supervision. BVA Group is being compensated for time incurred by other professionals who have supported my analysis in this matter at rates of $275 to $675 per hour. Neither BVA Group's nor my compensation depends on opinions provided herein or on the outcome of this litigation.

### III.  Information Considered

9. I have prepared this report to state my expert opinions; to describe the bases for those opinions; to disclose the facts and data I considered in reaching my opinions; and to make other appropriate disclosures.[3] The work that I conducted in this matter has been informed by my education, knowledge, and experience in economics and finance. The information in this report is based upon discovery to date and the information that is currently available. A listing of the materials I have considered in my work for this matter as of the date of this report is contained in **Appendix B**, as well as the citations presented in this report.[4]

10. I may review, evaluate, and analyze additional data, facts, or information as they become available. I reserve the right to amend or supplement my opinions based upon further information learned,

---

[3]  Use of the first person "I" in my report refers either to me or to those working under my direct supervision.

[4]  In addition to documents referenced in this report and attached appendices, I relied on my education, background, skills, and experience, including a body of knowledge derived from numerous other treatises and case law not specifically identified herein.



produced, or provided to me. Therefore, the analyses and opinions described herein may be subject to change based upon additional information that becomes available or other developments that occur.

### IV. Summary of Opinions

11.   It is my opinion that shares of FirstEnergy traded during the Class Period in a semi-strong-form efficient market in which new information was reflected in the share price.

12.   In a semi-strong form efficient market, one may apply widely accepted financial, economic, and valuation techniques to estimate share price inflation, if any, that was attributable to, or was maintained by, Defendants' alleged scheme and/or misrepresentations and omissions throughout the Class Period. The share price inflation, if any, that was present in the stock on each day of the Class Period may be used to arrive at damages for every member of the proposed class using a common method that is grounded in Plaintiffs' theory of liability.

### V. Background

#### A. The Class

13.   I understand that the proposed Class in this matter are persons or entities who acquired FirstEnergy securities between February 21, 2017 and July 21, 2020.[5]

#### B. FirstEnergy

14.   FirstEnergy is a for-profit, publicly-traded power company based in Akron, Ohio.[6] FirstEnergy trades under the ticker symbol "FE" on the New York Stock Exchange.[7] FirstEnergy and its subsidiaries "are involved in the generation, transmission, and distribution of electricity."[8]

15.   FirstEnergy owned and operated nuclear power generation plants, including the Perry Nuclear Generating Station and the Davis-Besse Nuclear Power Station (the "Nuclear Plants") through their wholly owned subsidiaries, FES and FENOC.[9] It also owned and operated fossil fuel generation plants.[10]

---

[5]   Consolidated Complaint, ¶ 1. Excluded from the Class are Defendants, the officers and directors of FirstEnergy, FirstEnergy Solutions Corp. ("FES"), FirstEnergy Nuclear Operating Company ("FENOC") and Energy Harbor LLC, Energy Harbor Corp, and Energy Harbor Nuclear Corp. (collectively, "Energy Harbor"), at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest. *See* Consolidated Complaint, ¶ 17.

[6]   FirstEnergy Form 10-K for period ending Dec. 31, 2019, pp. 1, 10.

[7]   FirstEnergy Form 10-K for period ending Dec. 31, 2019, p. 33.

[8]   FirstEnergy Form 10-K for period ending Dec. 31, 2019, p. 10.

[9]   Consolidated Complaint, ¶¶ 5, 42.

[10]   Consolidated Complaint, ¶¶ 41, 45.



### C.  Allegations

16.  The following is a general summary of the allegations set forth in the Consolidated Complaint. It is not meant to be inclusive of all of Plaintiffs' allegations.

17.  I understand Plaintiffs allege that by 2016, FE decided to exit the competitive energy-generation market in order to transition wholly to the regulated energy transmission market.[11]  According to Plaintiffs, FE's Nuclear Plants, which were unprofitable to operate and which posed billions of dollars in direct expenses and future environmental liabilities,[12] became an obstacle of this transition and a focal point for investors' concerns.[13]  FE allegedly attempted to shed these costs, both through the bankruptcy proceedings and also through the pursuit of favorable legislation through corruption and bribery.[14]

#### 1)  Bankruptcy Proceedings

18.  Plaintiffs claim that FE attempted to use the bankruptcy process to rid itself of the liabilities from the Nuclear Plants and certain fossil fuel plants.[15]  On March 28, 2018, FE announced its intention to shut down the Nuclear Plants.[16]  Three days later, on March 31, 2018, FirstEnergy Solutions Corporation, FENOC, and related entities (collectively, "FES and Related Entities")[17] filed for relief under Chapter 11 in the United States Bankruptcy Court for the Northern District of Ohio.[18]  After entering FES and Related Entities into bankruptcy, FE allegedly deconsolidated FES and Related Entities from its financial statements, resulting in a $1.2 billion gain for FE on FE's financial statements, even as FE and FES and Related Entities allegedly remained operationally intertwined.[19]

19.  As part of this process, FE allegedly sought a bankruptcy settlement wherein (i) FE would contribute cash, assets, and debt forgiveness, (ii) FES and Related Entities' creditors would release FirstEnergy from liability for FES and Related Entities' debts; and (iii) the bankruptcy court would grant FirstEnergy "sweeping" releases from any and all future claims asserted against FES and Related Entities by parties not involved in the bankruptcy.[20]  The proposed settlement allegedly was resisted by multiple stakeholders, including the Department of Justice ("DOJ") on behalf of the Environmental Protection Agency ("EPA"), which stated on March 12, 2019 that "[t]his scheme is an abuse of the bankruptcy system."[21]

---

11  Consolidated Complaint, ¶ 43-44.
12  Opinion & Order, dated Mar. 7, 2022 ("Opinion & Order"), p. 2.
13  Consolidated Complaint, ¶ 44.
14  Opinion & Order, p. 2-3.
15  Consolidated Complaint, ¶ 50-51.
16  Consolidated Complaint, ¶ 45.
17  Following a March 2018 bankruptcy and later reorganization, FES and FENOC were renamed Energy Harbor LLC (a subsidiary of Energy Harbor Corp.) and Energy Harbor Nuclear Corp., respectively.  See Consolidated Complaint, note 1.
18  Consolidated Complaint, ¶ 45.
19  Consolidated Complaint, ¶ 46.
20  Consolidated Complaint, ¶ 51.
21  Consolidated Complaint, ¶¶ 52-56.



20.     On April 4, 2019, the bankruptcy court denied the motion to approve FES and Related Entities' disclosure statement, effectively halting the bankruptcy process.[22]

### 2)  Pursuit of "Legislative or Regulatory Solutions"

21.     At the same time that FirstEnergy pursued bankruptcy for FES and Related Entities, it allegedly pursued political influence in pursuit of what it identified as "legislative or regulatory solutions" in its 2016 Annual Report filed on February 21, 2017.[23]  Plaintiffs contend that FE's actions contributed to the passage of Ohio House Bill 6 ("HB6"), which Plaintiffs describe as follows:

> [HB6 was] a purported "clean energy" bill designed to incentivize low carbon dioxide emitting power production, in particular nuclear power generation.  In addition to a ratepayer-funded $1.3 billion bailout of the Nuclear Plants, HB6 also included a ratepayer-funded "decoupling" provision worth some $700 million in subsidized revenues for FirstEnergy.  "Decoupling" in this context means that FirstEnergy could charge higher rates for electricity than supply-and-demand principles would otherwise justify, allowing FirstEnergy to lock-in hefty profits regardless of how much electricity ratepayers actually used.[24]

22.     As alleged, by early 2017, FirstEnergy began courting State Representative and future Speaker of the Ohio House of Representatives Larry Householder.[25]  Shortly thereafter, FirstEnergy allegedly established and began making payments to two new 501(c)(4) organizations (the "501(c)(4) Organizations") that would serve as the covert vehicles for funneling money to Mr. Householder and affiliates.[26]

23.     Plaintiffs claim that Defendants "used FirstEnergy money for primary and general elections, successfully placing in office candidates who supported Mr. Householder's bid to become Ohio's Speaker of the House and, ultimately, pass HB6."[27]  Externally, the company used its political action committee ("FirstEnergy PAC") to make disclosed corporate contributions.[28]  However, Plaintiffs claim that FE contributed and concealed significant amounts of additional payments through the 501(c)(4) Organizations to Mr. Householder, other Ohio politicians, and other parties.[29]

24.     I understand Mr. Householder introduced HB6 on April 12, 2019,[30] and on May 29, 2019, the bill passed the Ohio House.[31]  Plaintiffs claim that in the months that followed, FirstEnergy paid over $7

---

22   Consolidated Complaint, ¶ 62.
23   Consolidated Complaint, ¶ 44.
24   Consolidated Complaint, ¶ 5.
25   Opinion & Order, p. 3; Consolidated Complaint, ¶ 65.
26   Opinion & Order, p. 3; Consolidated Complaint, ¶ 65.
27   Consolidated Complaint, ¶ 70.
28   Consolidated Complaint, ¶¶ 64, 67.
29   Consolidated Complaint, ¶¶ 67-70.
30   Consolidated Complaint, ¶ 73.
31   Consolidated Complaint, ¶ 74.



million for support in the Ohio Senate, where it was amended to be more lucrative to FirstEnergy.[32]  On July 23, 2019, the amended version of HB6 passed, and Ohio's governor signed it into law the same day.[33]

25.    I understand that a referendum movement to repeal HB6 began following its passage.[34] FirstEnergy allegedly concealed payments of over $38 million during the Class Period to defeat the repeal.[35] The repeal effort ultimately failed to meet an October 21, 2019 deadline to obtain enough signatures to appear on the ballot.[36]

### 3)  Investigation into FirstEnergy and Aftermath

26.    On July 21, 2020, the U.S. Attorney's Office for the Southern District of Ohio and the Federal Bureau of Investigation ("FBI") announced the arrests of Mr. Householder and several accomplices, and publicly filed a criminal complaint which described how FirstEnergy and its top executives illegally funneled $60 million into the hands of politicians to get HB6 passed into law and avoid its repeal.[37]  After close of business on July 21, 2020, FirstEnergy issued a statement announcing that it had received subpoenas in connection with the government's investigation into HB6.[38]  The Consolidated Complaint describes news coverage and downgrades by stock analysts following these announcements.[39]

27.    On July 21, 2020, the day after these disclosures, FirstEnergy's closing share price declined from $41.26 the previous day to $34.25, a decline of $7.01 per share (17.0 percent decline).[40]  The following day, FirstEnergy's share price continued to decline, closing at $27.09, a two-day decline of $14.17 (34.3 percent decline).[41]

28.    I understand Plaintiffs allege that other disclosures followed, including on October 29, 2020, when FirstEnergy announced that it had terminated its Chief Executive Officer, Charles Jones, and other executives, stating that:

> Such former members of senior management did not maintain and promote a control environment with an appropriate tone of compliance in certain areas of FirstEnergy's

---

[32]  Consolidated Complaint, ¶ 75 (emphasis in original).  According to the Consolidated Complaint, "decoupling" measures for regulated utilities are generally intended to promote environmental interests by paying utility companies to promote various energy-saving initiatives, breaking the utilities' incentive to increase profits by encouraging wasteful excess energy consumption. *See* Consolidated Complaint, ¶ 76.  In the case of HB6, the amended bill added a "decoupling" provision that legally entitled FirstEnergy to additional revenue *without* standard mandates to require energy-saving initiatives and programs.  "For FirstEnergy, it was money for nothing."  *See* Consolidated Complaint, ¶ 77.

[33]  Consolidated Complaint, ¶ 78.

[34]  Consolidated Complaint, ¶ 81.

[35]  Consolidated Complaint, ¶¶ 82-85.

[36]  Consolidated Complaint, ¶¶ 86.

[37]  Consolidated Complaint, ¶ 8.  According to the court, although the criminal complaint did not mention FirstEnergy by name, prosecutors announced that "[e]veryone in this room knows who [the company discussed in the complaint] is."  *See* Opinion and Order, p. 5.

[38]  Consolidated Complaint, ¶ 144; "FirstEnergy Corp. Statement on HB 6 Investigation," *PR Newswire*, Jul. 21, 2020.

[39]  Consolidated Complaint, ¶¶ 145-147

[40]  Bloomberg data.

[41]  Bloomberg data.



> business, nor sufficiently promote, monitor or enforce adherence to certain FirstEnergy policies and its code of conduct. Furthermore, certain former members of senior management did not reasonably ensure that relevant information was communicated within our organization and not withheld from our independent directors, our Audit Committee, and our independent auditor.[42]

29.     Following this announcement, FirstEnergy common stock fell 6.6 percent from a closing price of $31.81 on October 29, 2020 to a closing price of $29.72 on October 30, 2020.[43]

30.     Among the other alleged disclosures, on November 19, 2020, I understand the WFMJ website posted a story which reported that Public Utilities Commission of Ohio ("PUCO") Chairman Samuel Randazzo was the recipient of a $4 million illicit payment from FirstEnergy.[44]  On November 20, 2020, I understand Mr. Randazzo announced his resignation as PUCO chairman,[45] and bond rating agency Fitch announced it was downgrading the ratings of FirstEnergy and FirstEnergy Transmissions LLC due to the "regulatory, political, legal and liquidity risks already heighted by investigations underway at the Department of Justice (DOJ) and [Securities and Exchange Commission ("SEC")]."[46]

31.     On November 24, 2020, FirstEnergy announced that it and its subsidiary, FirstEnergy Transmission, LLC, had drawn down nearly $2 billion under their respective credit facilities, which according to Plaintiffs, was widely viewed as preparation for a large fine or penalty.[47]  On the news, Moody's and S&P ratings agencies downgraded FirstEnergy's debt to below investment grade status.[48]  Moody's noted at the time that:

> The disclosure of a payment by FirstEnergy to a government official who directly regulated the company's Ohio utilities is likely to increase both regulatory risk and financial uncertainty for both FirstEnergy and its Ohio utility subsidiaries...

> The rating actions reflect our view that regulatory scrutiny in Ohio is likely to increase, potentially resulting [in] negative financial implications for both FirstEnergy and its Ohio utility subsidiaries. The rating actions reflect higher corporate governance risk, resulting from FirstEnergy's lack of oversight of internal controls…[49]

32.     Between November 19, 2020 and November 24, 2020, the closing price of FirstEnergy declined from $29.04 to $26.66, an 8.2 percent decline.[50]

---

[42]  Consolidated Complaint, ¶ 190.
[43]  Bloomberg data.
[44]  Consolidated Complaint, ¶ 193.
[45]  Consolidated Complaint, ¶ 194.
[46]  Consolidated Complaint, ¶ 194.
[47]  Consolidated Complaint, ¶ 196.
[48]  Consolidated Complaint, ¶ 197-199; "Moody's downgrades FirstEnergy to Ba1, assigns Ba1 CFR, outlook negative; changes outlooks of Ohio utilities and FirstEnergy Transmission to negative," *Moody's Investors Service*, Nov. 24, 2020.
[49]  Consolidated Complaint, ¶ 197; "Moody's downgrades FirstEnergy to Ba1, assigns Ba1 CFR, outlook negative; changes outlooks of Ohio utilities and FirstEnergy Transmission to negative," *Moody's Investors Service*, Nov. 24, 2020.
[50]  Bloomberg data.



### 4) Summary

33.    I understand the Consolidated Complaint sets forth five counts against the Defendants in this matter:

      a.    Count I for violation of Section 10(b) of the Exchange Act and SEC Rule 10b–5, against the Exchange Act Defendants;[51]

      b.    Count II for violation of Section 20(a) of the Exchange Act, against the Exchange Act Defendants;[52]

      c.    Count III for violation of Section 11 of the Securities Act against the Securities Act Defendants;[53]

      d.    Count IV for violation of Section 12(a)(2) of the Securities Act against the Securities Act Defendants;[54] and

      e.    Count V for violation of Section 15 of the Securities Act, against FirstEnergy and the Individual Defendants.[55]

34.    In denying the Defendants' motions to dismiss, the Court noted that FirstEnergy "allegedly misled its shareholders about the nature of its political activity," citing the example of the company's Political Activity Policy that stated that the company "complies with all federal and state lobbying registration and disclosure requirements."[56]  It also noted that "[w]hen the Court accepts Plaintiffs' well-pled scheme liability claims, Defendants' '[a]spirational statements' and '[g]eneric statements of legal compliance' would be less than a full and fair disclosure of the facts actually known to the Company."[57]

35.    The Court also noted that FirstEnergy's SEC filings disclosed the company's pursuit of "[l]egislative or regulatory solutions" without mentioning the legal, financial or reputational risks involved in their pursuit.[58]    According to the Court, multiple Defendants' statements about HB6 allegedly misrepresented the law as beneficial to FirstEnergy rather than harmful because of the risks to the company associated with the alleged bribery and corruption scheme: "[i]f HB6 was the ill-gotten gain of an intentional corrupt scheme, then Defendants had no honest basis to hail the benefits of the legislation; on net, it was a grave risk to the Company."[59]

---

[51]    Consolidated Complaint, ¶¶ 268-271.
[52]    Consolidated Complaint, ¶¶ 272-275.
[53]    Consolidated Complaint, ¶¶ 302-309.
[54]    Consolidated Complaint, ¶¶ 310-317.
[55]    Consolidated Complaint, ¶¶ 318-322.
[56]    Opinion & Order, pp. 3-4.
[57]    Opinion & Order, p. 20 (citations omitted).
[58]    Opinion & Order, p. 4.
[59]    Opinion & Order, p. 19.  *See also,* Opinion & Order, pp. 20-23.



## VI. Assessment of Market Efficiency

36.     It is my understanding that, in order to invoke the "fraud on the market" presumption of reliance, courts have required (among other things) that the plaintiff establish that the security was traded in an efficient market during the relevant period.[60]

37.     It is widely accepted that prices of shares traded on major exchanges such as the New York Stock Exchange respond to new value-relevant information; that is, such markets are informationally efficient with respect to publicly available information.  As prominent academics have noted, "economists generally agree that material information—whether truthful or fraudulent—will generally affect the price of a stock and that the effect will be in a predictable direction."[61]

38.     According to the efficient market hypothesis ("<u>EMH</u>"), in an efficient market, the price of an investment reflects all available information in the market.  The economic literature identifies three forms of the EMH:[62]

   a.    The weak form suggests that all information contained in past prices is incorporated in the current price of a traded asset;

   b.    The semi-strong form of the EMH states that all publicly available information is reflected in the price of a traded asset;

   c.    The strong form of market efficiency suggests that all public and private information is incorporated in the price of a traded asset.

39.     A finding that shares trade in a semi-strong-form efficient market indicates that the prices of those shares incorporate new, value-relevant public information about the issuer.[63]  Consistent with this principle, I understand that courts have considered evidence that a security traded in a market characterized by the semi-strong form of the EMH as a basis to invoke the "fraud on the market" presumption with respect to that security in the context of securities litigation.[64]

40.     Practitioners and courts have found that shares of large companies traded on major exchanges generally trade in semi-strong form efficient markets.[65]  Throughout the Class Period, FirstEnergy traded on the New York Stock Exchange, self-described as "the world's largest stock exchange."[66]  Throughout

---

[60]   *Basic Inc. v. Levinson*, 485 U.S. 224, 245-46 (1988) ("<u>Basic</u>"); *Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258, 277-78 (2014) ("<u>Halliburton II</u>").

[61]   Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton II*, 2014 WL 526436, at *13-14 (U.S. Feb 5, 2014).

[62]   Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, 25(2), May, 1970; Papers and Proceedings of the Twenty-Eighth Annual Meeting of the American Finance Association New York, N.Y., Dec., 28-30, 1969, pp. 383-417.  *See also*, John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 22.

[63]   For the purposes of this discussion, general references to market efficiency refer to the semi-strong form unless otherwise noted.

[64]   *Basic*, 485 U.S. at 245-46; John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 22.

[65]   *See, e.g.*, *Freeman v. Laventhol & Horwath*, 915 F.2d 193, 199 (6th Cir. 1990); Brief of Testifying Economists as Amici Curiae in Support of Respondent, *Halliburton II*, 2014 WL 507164, at *7-8 (U.S. Feb. 5, 2014).

[66]   NYSE, https://www.nyse.com/index.



the Class Period, FirstEnergy was a part of the S&P 500, Russell 1000, and S&P 1500 indices.[67] Inclusion in such indices is based on a firm's shares meeting certain criteria with regard to market capitalization, public float, liquidity, and "reasonable" prices, similar to those typically used to evaluate whether a stock trades in semi-strong form efficient markets.[68]

41. I understand that courts regularly consider the five factors set forth in *Cammer v. Bloom* in assessing market efficiency.[69] These five factors are:

    a.    average weekly trading volume relative to outstanding shares;

    b.    number of analysts following the stock;

    c.    market maker and arbitrage activity;

    d.    ability to issue new securities through an S-3 registration statement; and

    e.    empirical facts showing a cause-and-effect relation between unexpected corporate events or financial releases and stock price movement.

42. In addition to the factors outlined in *Cammer*, I understand that courts have considered additional factors relevant in demonstrating the efficiency of a market for stock, including:

    a.    market capitalization and float;[70]

    b.    bid-ask spread;[71]

    c.    presence of autocorrelation in stock price returns;[72] and

    d.    constraints on short selling.[73]

43. Each of these factors is considered below.

### A. *Cammer* Factors

#### 1) *Cammer* Factor 1: Average Weekly Trading Volume

44. In *Cammer*, the court observed that an actively traded security is indicative of market efficiency "because it implies significant investor interest in the company," which, "in turn, implies a likelihood that

---

[67]   Bloomberg data.

[68]   "S&P 500 Factsheet," *S&P Dow Jones Indices,* as of Mar. 31, 2022*;* "Index factsheet: Russell 1000 Index," *FTSE Russell,* as of Nov. 30, 2021; "S&P Composite 1500 Factsheet," *S&P Dow Jones Indices,* as of Mar. 31, 2022.

[69]   *Cammer v. Bloom* ("<u>*Cammer*</u>"), 711 F. Supp. 1264 (D.N.J. 1989).

[70]   *Krogman v. Sterritt* ("<u>*Krogman*</u>"), 202 F.R.D. 467, 477-78 (N.D. Tex. 2001); *Freeman v. Laventhol & Horwath*, 915 F.2d 193, 199 (6th Cir. 1990).

[71]   *Krogman*, 202 F.R.D. 467, 477-78 (N.D. Tex. 2001); *Unger v. Amedys Inc* ("<u>*Unger*</u>"), 401 F.3d 316, 323 (5th Cir. 2005).

[72]   *In re DVI Inc. Sec. Litig.*, 249 F.R.D. 196 (E.D. Pa. 2008).

[73]   *Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC*, 310 F.R.D. 69, 81 n.77 (S.D.N.Y. 2015).



many investors are executing trades on the basis of newly available or disseminated corporate information."[74] The court identified weekly turnover (average weekly trading volume relative to the shares outstanding) as a relevant indicator of active trading, concluding that "[t]urnover measured by average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption."[75] The following chart shows weekly turnover in FE stock throughout the Class Period.

**Chart 1.   FE Weekly Stock Turnover[76]**



45.     Weekly turnover (expressed in terms of shares outstanding) averaged 4.4 percent per week (on average, 21.7 million shares traded out of an average of 496.4 million shares outstanding) throughout

---

[74] *Cammer*, 711 F. Supp. at 1286.

[75] *Cammer*, 711 F. Supp. at 1286 (citing Bromberg, Alan R. & Lowenfels, Lewis D., 4 *Securities Fraud and Commodities Fraud*, § 8.6 (Aug. 1988) ("Bromberg")).

[76] Weekly trading volume and total shares outstanding for FE as reported by Bloomberg and S&P Capital IQ. I note that the spike in trading volume on January 22, 2018 appears to relate to FirstEnergy's issuance of $1.62 billion in mandatorily convertible preferred shares and $850 million in common stock on that day. *See* Consolidated Complaint, ¶ 242; "FirstEnergy Announces Transformational $2.5 Billion Equity Investment," *PR Newswire*, Jan. 22, 2018.



the Class Period, exceeding the 2 percent threshold for a strong presumption of efficiency.[77]  These facts support an inference of an efficient market for FE common stock throughout the Class Period.

### 2)  *Cammer* Factor 2: Analyst Coverage

46.    Widespread dissemination and discussion of company developments facilitates the incorporation of information into stock prices.  *Cammer* stated that a "significant" number of securities analysts following a stock would be indicative of market efficiency, because "[t]he existence of such analysts would imply, for example, [relevant financial reports] were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors."[78]

47.    Securities analysts from major financial institutions who follow FirstEnergy make buy and sell recommendations about FirstEnergy to their investors on a regular basis.  Bloomberg, L.P. ("Bloomberg") reports the number of such analyst recommendations, which I have compiled over the Class Period.[79] Bloomberg compiled buy/sell recommendations on FirstEnergy stock for at least 18 analysts in each month of the Class Period, with an average of 19.9 analysts per month during the Class Period.

48.    I identified over 450 individual analyst reports discussing FirstEnergy during the Class Period. These reports include detailed analyses of FirstEnergy's business and operations from analysts at major financial institutions including Deutsche Bank, Credit Suisse, UBS, JPMorgan, Barclays, Bank of America Merrill Lynch, RBC Capital Markets, and Morningstar.[80]  In addition to supporting analysts' buy/sell recommendations and price targets for FirstEnergy, these reports also reflected analysts' responses, from both a quantitative and qualitative perspective, to new, value-relevant information.

49.    I also identified over 1,000 reports from financial media, wire services, and general media discussing FirstEnergy during the Class Period in publications including the *Wall Street Journal*, *Crain's Cleveland Business*, the *Plain Dealer*, and the *Akron Beacon-Journal*.[81]  These reports included discussion and dissemination of value-relevant information regarding FirstEnergy's strategy, acquisitions, financial disclosures, and other events, making such information widely distributed to general audiences.  This news media coverage facilitated the flow of information to the market related to FirstEnergy, thereby promoting market efficiency.

50.    The breadth and depth of analyst and media coverage during the Class Period demonstrates that newly available, value-relevant financial information was actively monitored and scrutinized by a network of investment professionals and media outlets, who quickly digested new information and

---

[77]    Average daily volume during the Class Period was approximately 4.5 million shares.

[78]    *Cammer*, 711 F. Supp 1264 (D.N.J. 1989), at 1286.

[79]    Total analyst recommendations for FE as of the last trading day of each quarter as reported in Bloomberg.

[80]    *See* **Appendix B.**  I understand analyst reports were accessed through Thomson Reuters.

[81]    *See* **Appendix B**.  I understand media reports were accessed through LexisNexis.



disseminated the information to FirstEnergy investors. Such coverage supports the proposition that FirstEnergy's shares traded in an efficient market.

### 3) *Cammer* Factor 3: Existence of Market Makers/Institutional Investors and Arbitrageurs

51.     The court in *Cammer* found that "[t]he existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level."[82]

52.     The SEC defines a market maker as "a firm that stands ready to buy and sell a particular stock on a regular and continuous basis at a publicly quoted price."[83]  Market makers hold shares of securities to fill buy or sell orders on demand, thereby offering investors liquidity.  The presence of market makers ensures that buyers and sellers of a stock have a ready counterparty available for the "completion of the market mechanism" as new value-relevant information becomes available.[84]

53.     At least 11 financial institutions disclose they made a market in FirstEnergy common stock during the Class Period.[85]  Furthermore, throughout the Class Period, FE was listed on the NYSE, which allocates a designated market maker ("<u>DMM</u>") to each listed security.[86]  According to the NYSE:

> The cornerstone of the NYSE market model is the Designated Market Maker (DMM). DMMs have obligations to maintain fair and orderly markets for their assigned securities. They operate both manually and electronically to facilitate price discovery during market opens, closes and during periods of trading imbalances or instability. This high-touch approach is crucial for offering the best prices, dampening volatility, adding liquidity and enhancing value.
>
> DMMs apply their market experience and judgment of dynamic trading conditions, macroeconomic news and industry-specific intelligence, to inform their decisions. A valuable resource for our listed-company community, DMMs offer insights, while making capital commitments, maintaining market integrity, and supporting price discovery.[87]

54.     DMMs are subject to various responsibilities and duties which compel them to maintain an orderly market and provide liquidity for covered securities.[88]  DMMs are also subject to financial

---

[82] *Cammer*, 711 F. Supp. at 1286-87.

[83] "Fast Answers: Market Maker," *SEC*, https://www.sec.gov/fast-answers/answersmktmakerhtm.html.

[84] *Cammer*, 711 F. Supp. at 1286-87; "Fast Answers: Market Maker," https://www.sec.gov/fast-answers/answersmkt makerhtm.html.

[85] **Exhibit 1**.  *See, for example,* Morgan Stanley, "Ohio Investigation: FE Subpoena Increases Prospects for More Bearish Performance," Jul. 22, 2020; Wells Fargo, "FE: OH Lobbying-Related Arrests Inject Uncertainty-- We Think Share Reaction Overdone," Jul. 21, 2020; Deutsche Bank, "Buckeye growth surprise," Feb. 21, 2018; J.P. Morgan, "Still Not Seeing Value Even After Equity Raise," Feb. 15, 2018.

[86] NYSE Rule 106.02, https://nyseguide.srorules.com/listed-company-manual.  *See also*, "The NYSE Market Model," https://www.nyse.com/market-model.

[87] "The NYSE Market Model," *NYSE*, https://www.nyse.com/market-model.

[88] *See* NYSE Rule 104(a), https://nyseguide.srorules.com/rules.



requirements, which provide assurance of their ability to function on a continuous basis.[89]  In addition, I understand DMMs must meet certain trading obligations that serve to increase liquidity, reduce volatility, improve price discovery, and reduce trading costs for FE investors.[90]

55.   The presence of market makers ensures that buyers and sellers were able to routinely exchange shares at market-clearing prices, which ensures prices are reflective of information known by market participants.  Throughout the Class Period, multiple large financial institutions made a market for FE's common stock.[91]

56.   *Cammer* also points to the presence of arbitrageurs, who "react swiftly to company news and reported financial results," as another indication of market efficiency.[92]  Arbitrageurs maintain market efficiency by identifying opportunities to buy/sell securities that are under/over-priced.  This ensures prevailing prices reflect available value-relevant information.

57.   One way to measure the extent to which a security is owned by the type of well-informed investors that typically act as arbitrageurs is to examine the percentage of shares owned by institutional investors such as mutual funds or money managers.  Institutional investors or the investment advisors they rely on are presumed to be generally well-informed about the securities markets and have the capital, information, and resources required to take advantage of even relatively small arbitrage opportunities, ensuring that share prices reflect value-relevant information.[93]

58.   During the Class Period, more than 1,400 institutions reported holdings in FirstEnergy and institutional investors owned at least 79 percent of FirstEnergy's public float.[94]  This is broadly consistent with the level of institutional ownership of stocks included in major indices such as the S&P 500.[95]  This suggests that FirstEnergy's stock was primarily held by sophisticated, well-informed investors who were in a position to consider and react to new, value-relevant information during the Class Period.

59.   The level of institutional ownership of FirstEnergy stock, coupled with the participation of multiple market makers and the fact that FirstEnergy traded on the New York Stock Exchange, indicates that FirstEnergy traded in an efficient market.

---

[89]   *See* NYSE Rule 103, https://nyseguide.srorules.com/rules.

[90]   "Designated Market Makers," *NYSE*, https://www.nyse.com/publicdocs/nyse/markets/nyse/designated_market_makers.pdf.

[91]   The NYSE lists, for instance, Citadel Securities LLC, GTS Securities LLC, and Virtu Americas LLC as its DMMs.  *See*, "Trading Information," *NYSE*, https://www.nyse.com/markets/nyse/trading-info.

[92]   *Cammer*, 711 F. Supp. at 1286-87.

[93]   Brad M. Barber, et al., "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, Winter 1994, p. 292.

[94]   S&P Capital IQ Data and SEC Filings.  I note that S&P Capital IQ lists FE's institutional ownership as over 100% of public float for one quarter during the Class Period.  I understand that this is due to timing discrepancies in SEC Form 13F filings (from which this data is gathered), institutional lending of shares, and other technical issues.  Despite these discrepancies, this data is properly read as a directional indication that a significant portion of FE shares are owned by institutional investors.

[95]   *See, e.g.,* Charles McGrath, "80% of equity market cap held by institutions," *Pensions & Investments,* Apr. 25, 2017; "S&P Global," *CNN Business*, https://money.cnn.com/quote/shareholders/shareholders.html?symb=SPGI&subView=institutional.



### 4) *Cammer* Factor 4: Eligibility to File an S-3 Registration Statement

60.    The SEC allows "more seasoned" companies to file a Form S-3 to register securities.[96]  The court in *Cammer* found "the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient" as "it is the largest and most well known companies which register equity securities on Form S-3."[97]

61.    The Form S-3 provides for an expedited registration of public securities by a company that already has registered a class of securities under the Exchange Act and which has been in compliance with the reporting requirements under the Exchange Act without defaulting on debts during the previous year.[98] A company is eligible to register an equity offering with an expedited Form S-3 when its common equity held by non-affiliates (its "public float") is worth at least $75 million.[99] According to *Cammer*, "[t]he 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed [prospectus]. . . . It is this aspect of the Form S-3 requirements that calls into play the efficient market hypothesis."[100]

62.    Due to its history as a public stock, FirstEnergy had already been subject to the Securities Exchange Act reporting requirements for at least twelve calendar months by the beginning of the Class Period, as is required for companies to be eligible to file a Form S-3.[101]  In addition, FirstEnergy had three S-3 registrations during the Class Period, which is further evidence that its shares traded in an efficient market.[102]

63.    Furthermore, I understand that throughout the Class Period FirstEnergy traded on the New York Stock Exchange and met the principal requirements to file a Form S-3: it had sufficient public float and I have seen no evidence that it had defaulted on its debt or failed to file any required reports with the SEC.

---

[96]    *Cammer*, 711 F. Supp. at 1284.

[97]    "As stated by the SEC: . . . Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. . . . Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."  *Cammer*, 711 F. Supp. at 1284-85.  *See also, Krogman*, 202 F.R.D. at 476 (finding that the SEC permits the filing of a Form S-3 "only on the premise that the stock is already traded on an open and efficient market, such that further disclosure is unnecessary").

[98]    Form S-3 Registration Statement Under the Securities Act of 1933, pp. 2-3, https://www.sec.gov/files/forms-3.pdf.

[99]    Alternatively, companies that do not have a public float of at least $75 million can file an S-3 if they meet all other S-3 requirements, are not a shell company, have their stock listed and registered on a national securities exchange, and limit their offerings to no more than 1/3 of the market value of stock held by non-affiliates.  *See id.*, pp. 3, 5.

[100]    *Cammer*, 711 F. Supp. at 1285 & n. 33.

[101]    Form S-3 Registration Statement Under the Securities Act of 1933, p. 2, https://www.sec.gov/files/forms-3.pdf.

[102]    *See* FirstEnergy Corp. Forms S-3, dated March 6, 2018, March 7, 2018,  and August 16, 2019.



**5)** ***Cammer* Factor 5: Empirical Evidence of Cause-and-Effect Relationship Between Events and Stock Price Movements**

64.     The fifth *Cammer* factor relates to a cause-and-effect relationship between the release of unexpected company news and stock price movements.  As the court explained:

> [I]t would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price.  This, after all, is the essence of an efficient market and the foundation for the fraud on the market theory.[103]

65.     The fifth *Cammer* factor implies that on days when new information that is relevant to the value of a company whose stock trades in an efficient market becomes available, price movements (both positive and negative) tend to be larger than price movements on days without such information.[104]  Since information has the potential to change expectations about a company and, therefore, the value of its shares, on average one would expect days on which new information was released to be associated with a relatively higher frequency of significant abnormal returns in an efficient market in which shares react to new information.

**a)     Release Days**

66.     In order to analyze the fifth *Cammer* factor with regard to FirstEnergy, I identify a subset of days on which FirstEnergy released value-relevant information through earnings announcements or changes to dividends ("Release Days").  The Release Days are therefore days on which one would expect value-relevant (though not necessarily unexpected) information to have become available to the market.  I compare the frequency of statistically significant abnormal returns on Release Days (the treatment group) to that of other days in the Class Period (the control group) to test whether Release Days tended to be accompanied by significant changes in FirstEnergy's share price.

67.     For the purpose of this analysis, I consider Release Days to be days on which FirstEnergy issued quarterly/annual financial results or announced a change to its quarterly dividend, which is a set of days that one would expect, *ex ante,* to be value-relevant.[105]  Academic articles and treatises explain

---

[103]   *Cammer*, 711 F. Supp. at 1287.

[104]   An abnormal price movement on all days when information is released is not necessary for a finding of market efficiency because information included in certain releases may have been small relative to the size of the firm or expected by market participants.

[105]   Limiting my Release Days to earnings releases and dividend changes does not mean that there are no other days within the Class Period on which new, value-relevant information was released.  By its nature, the selection of a limited number of Release Days when news was released, if anything, biases my results toward a finding of no cause-and-effect relationship (as my Release Days exclude additional days on which value-relevant information may have become available, thereby decreasing the likelihood of observing a difference in the frequency of statistically significant abnormal returns across Release days and others).  By only considering earnings releases and dividend changes, therefore, I ensure that the manner in which I identified Release Days is consistent with the principles of economic hypothesis testing and was performed using a replicable process.



theoretically and demonstrate empirically that information disclosed in conjunction with earnings announcements can cause investors to significantly reevaluate the worth of a particular security.[106]

68.    I identified 16 Release Days during the Class Period, each of which is associated with an earnings release or change in dividend by FirstEnergy.  The earnings information included in each Release Day originated from FirstEnergy and was released to the public market via press release or public filing.[107]

### b)    Event Study

69.    In order to examine the extent to which FirstEnergy's share price responded to information disclosed on Release Days, I apply a widely accepted technique known as an event study.[108]  Event studies examine share price returns corresponding to a particular *event window*, based on when the event in question occurred.  An event study may be used to isolate the impact of an announcement corresponding to a particular event from other factors that would have affected the share price at that time, such as macroeconomic news affecting broad market indices.

70.    A widely used application of the event study is known as the market model.[109]  The market model is based on regression analysis, which provides a statistical framework for examining the nature and form of the relationship between two or more variables.  In this case, a market model may be used to explain or predict changes in the dependent variable, in this case FirstEnergy's share price returns, as a function of changes in the values of the independent variables, such as returns to the overall U.S. stock market and a comparable index.

71.    The market model works by predicting what the share price return would have been based on movements in market indices on a particular day.[110]  By subtracting predicted returns from the actual returns, we can estimate the change in the company's share price that is not explained by wider market phenomena, which is known as the *abnormal return*.  Thus, the abnormal return is the difference between the return predicted by the market model and the actual return associated with the event at issue.  In cases where the abnormal return is statistically significant, it may be reasonable to conclude that it was caused

---

[106]  *See, e.g.*, William H. Beaver, "The Information Content of Annual Earnings Announcements," *Journal of Accounting Research* 6, 1968, pp. 67-92; William H. Beaver, *Financial Reporting: An Accounting Revolution* (3rd ed. 1998), p. 38 ("No other figure in the financial statements receives more attention by the investment community than earnings per share. The relationship between accounting earnings and security prices is probably the single most important relationship in security analysis, and its prominence is reflected in the attention given to price-earnings ratios."); Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research* 9, 1971, pp. 119-163; Joseph Aharony and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance* 35(1), 1980, pp. 1-12.

[107]  *See* **Exhibit 2**.

[108]  John Campbell, et al., *The Econometrics of Financial Markets* (1997), Chapter 4.  *See also*, *Halliburton II*, 573 U.S. at 280-81.

[109]  John Campbell, et al., *The Econometrics of Financial Markets* (1997), Chapters 4-6.  *See also*, A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35. No. 1, Mar. 1997.

[110]  Share price returns are computed as the percentage movements in the security price.  For the purposes of estimating the market model, share price returns are typically expressed as logarithmic returns, or log returns.  Specifically, a log return is the natural logarithm of the ratio of two daily closing security prices:  ln $(P_t/P_{t-1})$, where 'ln' is the natural logarithm, '$P_t$' refers to the security price on day $t$ and '$P_{t-1}$' refers to the security price one trading day prior to day $t$.



by the event in question, provided the news became available to the market at the time of (or just prior to) the abnormal movement.[111]

72.     The market model can control for broad market movements as well as industry-specific information that is not specific to the company.  In addition, market models may also include indicator variables to control for other events, such as earnings announcements, that one would expect to affect share price returns on days outside the event window.

73.     I apply a market model to estimate FirstEnergy abnormal returns for the Class Period using the following independent variables:[112]

   a.   An independent variable representing the daily log return of the S&P 500 Total Return Index (the "Market Index"), calculated as the natural logarithm of the ratio of its consecutive daily closing prices, or $\ln(P(MRKT)_t / P(MRKT)_{t-1})$.[113]

   b.   An independent variable representing the daily log return of the S&P 500 Utilities Sector GICS Level 1 Index (the "Industry Index"), calculated as the natural logarithm of the ratio of its consecutive daily closing prices, or $\ln(P(IND)_t / P(IND)_{t-1})$.[114]

   c.   Indicator, or dummy, variables that have a value of one on Release Days and zero on all other days.

74.     I use the market model to predict FirstEnergy's expected share price return on each day of the Class Period using a set number of other days' returns, or *estimation window*.  For each trading day in the Class Period, I use an estimation window consisting of all trading days in the Class Period other than the one predicted.  This ensures that FirstEnergy's operational structure is consistent during my estimation window and the Release Days.[115]

75.     I then compare the frequency of statistically significant abnormal returns on the Release Days to abnormal returns on all other trading days during the Class Period.

---

[111]   Statistical significance represents the likelihood that a result or observed relationship between two variables is unlikely under a specific hypothesis.  Hypothesis testing is traditionally employed to determine if a result is statistically significant or not.  This provides a "p-value" representing the probability of observing data as extreme as that which was measured if the null hypothesis is indeed true.  A statistically significant result at the one percent significance level is one in which there is a less than one percent probability of observing this data if the null hypothesis were true.  Such p-values are also often described in terms of confidence levels by subtracting the p-value from 100 percent.  *See, for instance*, Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach* (6th ed. 2016), p. 119.

[112]   As set forth in my reliance materials, the results of my analysis are not sensitive to the selection of a particular index.  Applying alternative market and industry indices yields similar results.

[113]   "S&P 500," *S&P Dow Jones Indices*, https://www.spglobal.com/spdji/en/indices/equity/sp-500/#overview.

[114]   "S&P 500 Utilities," *S&P Dow Jones Indices*, https://www.spglobal.com/spdji/en/indices/equity/sp-500-utilities-sector/#overview.

[115]   As set forth in my reliance materials, the results of my analysis are not sensitive to the estimation window.



### c) Analysis of Abnormal Returns

76.     The market model ensures that the abnormal return on any Release Day is indicative of a stock's reaction to new information, after controlling for returns that may be predicted from broader market movements.   When statistically significant abnormal returns systematically follow the release of new information, one can infer that the value-relevant information is causing returns.[116]

77.     When an event related to firm value (such as an information release) takes place on a specific day and the return following that event is significantly different from the prediction, it can be inferred that the stock price responded to the event or release of information on that day.  If the return following such an event is statistically significant at some level (*e.g.,* at the 5 or 10 percent level), then this implies that there is less than a 5 or 10 percent chance one would observe such an abnormal return under the null hypothesis that the market model fully explains FE's returns.[117]

78.     I evaluate evidence of a cause-and-effect relationship between the release of value-relevant information and stock price movements by testing a hypothesis that the frequency of statistically significant abnormal returns differs between Release Days and other trading days.  If FE trades in an efficient market, I expect a higher frequency of statistically significant abnormal returns on days in which news is released to the market relative to other trading days.  I do not expect statistically significant returns to occur on all Release Days, since not all information released to the market is necessarily material or differs from expectations (*e.g.*, market prices may already reflect the information if the event it was previously expected).

79.     The set of Release Days that I identify in the Class Period provide sufficient statistical power from which to draw reliable inferences as to the responsiveness of FE stock to new, value-relevant information.

a.     I find a significantly higher frequency of statistically significant abnormal returns on Release Days compared to other days, with 5 of 16 days (approximately 31 percent) having abnormal returns that are significant at the 5 percent level (as well as the 10 percent level).[118]

---

[116] The absence of a statistically significant abnormal return does not necessarily imply that a company's stock did not react to a particular set of information since, for instance, significant positive and negative news released at the same time can have offsetting effects, resulting in an abnormal return that is not statistically significant.  Accordingly, although a statistically significant share price reaction to news is indicative of market efficiency, a finding of non-significance does not necessarily indicate that the market for a stock is inefficient, because a non-significant reaction may be expected depending on the circumstances.

[117] Although p-values of 0.05 and 0.10 are often applied as thresholds for statistical significance, the American Statistical Association ("ASA") has cautioned against relying on bright-line thresholds without considering the  broader context of the analysis, explaining that "[p]ractices that reduce data analysis or scientific inference to mechanical 'bright-line' rules (such as 'p < 0.05') for justifying scientific claims or conclusions can lead to erroneous beliefs and poor decision making.  A conclusion does not immediately become 'true' on one side of the divide and 'false' on the other."  *See,* Ronald L. Wasserstein and Nicole A. Lazar, "The ASA Statement on p-Values: Context, Process, and Purpose," *The American Statistician*, 2016, 70:2, 129-133.

[118] *See* **Exhibit 2**.  In addition, of the 14 Release Days corresponding to earnings announcements, 4 of 14 days (approximately 29 percent) have abnormal returns that are significant at the 5 percent level.



b.   In contrast, for the remaining 844 days in the Class Period, only 44 days (approximately 5 percent) have abnormal returns that are significant at the 5 percent level.

80.   Chi-squared and Fisher's exact tests confirm the statistical significance of the difference in the frequency of significant abnormal returns on Release Days as compared to non-Release Days.[119]

81.   My results are consistent with the hypothesis that there is a cause-and-effect relationship between information revealed on Release Days and FE's stock price movements.  The results indicate that large abnormal returns are much more common on Release Days (when financial results were announced) than on non-Release Days, as would be expected in an efficient market.

### d)   Conclusion

82.   My analysis of FirstEnergy's abnormal returns during the Class Period demonstrates that FirstEnergy's shares responded systematically to new information about the company, which directly supports a conclusion that FirstEnergy's common stock traded in an efficient market during the Class Period in a manner that can be considered as having arisen from a cause-and-effect relationship.

## B.   *Krogman* Factors

83.   In addition to those factors identified in *Cammer*, I understand courts have considered the three factors identified in *Krogman* when assessing market efficiency.[120]

### 1)   Market Capitalization and Public Float

84.   The first two *Krogman* factors are market capitalization and public float.  The size of a stock's market capitalization and public float have been found to be indicators of market efficiency, as larger companies are more likely to be traded and a larger public float may represent greater trading opportunities for sophisticated investors.[121]

85.   On every day throughout the Class Period, FirstEnergy's market capitalization exceeded $12 billion with no less than 442 million shares outstanding on every trading day during the class period.[122] During the Class Period, FirstEnergy's public float was over 99 percent of total shares outstanding.[123]

---

[119]   Under both tests, the null hypothesis is that Release Days are *not* more likely than non-Release Days to have abnormally large price returns.  The null hypothesis is rejected at the 1 percent significance level under both tests.

[120]   *Krogman*, 202 F.R.D. 467, 477-78 (N.D. Tex. 2001).

[121]   *Krogman*, 202 F.R.D. at 477-78; *Unger*, 401 F.3d at 323; *Cheney v. Cyberguard Corp.* ("Cheney"), 213 F.R.D. 484, 502 (S.D. Fla. 2003).

[122]   FE historical market capitalization and shares outstanding as reported by Bloomberg and S&P Capital IQ.  Market capitalization represents the market value of a company's issued and outstanding stock." *See* "Market Capitalization," *Investor.gov* (available at https://www.investor.gov/introduction-investing/investing-basics/glossary/market-capitalization).

[123]   S&P Capital IQ.



86.    FirstEnergy's market capitalization and public float throughout the Class Period is further evidence that FirstEnergy stock traded in an efficient market during the Class Period.

### 2)  Bid-Ask Spread

87.    The third *Krogman* factor, the bid-ask spread for a security, is the difference between the price that a buyer is willing to pay and the price that a seller is willing to accept.[124]  Stocks trading at high volumes with multiple market makers tend to have many ready buyers and sellers, such that bid-ask spreads are smaller than those of more thinly traded stocks, which tend to have fewer market participants and larger bid-ask spreads.

88.    Certain courts have established threshold values for bid-ask spreads that are deemed to weigh in favor of market efficiency.  For instance, the court in *Cheney* found that a bid-ask spread of 2.44 percent weighed in favor of market efficiency.[125]

89.    Bloomberg reports that the average bid-ask spread for FE stock for each trading day during the Class Period averaged 0.03 percent, well below the 2.44 percent spread found in *Cheney*.[126]  FE's narrow bid-ask spread is consistent with evidence that its shares traded in an efficient market during the Class Period.

### C.    Additional Indicators of Market Efficiency

90.    In addition to the factors identified in *Cammer* and *Krogman*, I understand courts have considered other factors when assessing the efficiency of markets for stock.

### 1)  Statistical Properties of Stock Returns (Autocorrelation)

91.    Econometric techniques can be used to evaluate market efficiency by assessing whether lagged price returns are predictors of future price returns (*i.e.*, whether price returns are autocorrelated).  If share price returns systematically predict returns on the next day, then investors could, in theory, profitably trade on past market data, implying that the market for that stock is not efficient.[127]

92.    I first test for autocorrelation in FE returns by examining the relationship between each day's share price return and the return on the previous day using regression analysis.  I find a statistically significant relationship, which could be indicative of autocorrelation.

---

[124]    "CFA Program Curriculum Level I Volume 5: Equity and Fixed Income, *CFA Institute* (2019), p. 44.
[125]    *Cheney*, 213 F.R.D. at 501.
[126]    FE bid-ask spread percent as reported by Bloomberg.
[127]    *See*, *e.g.*, John Campbell, et al., *The Econometrics of Financial Markets* (1997), at p. 22.



93.    The Class Period in this matter includes the beginning of the COVID-19 pandemic, which corresponded to an increase in volatility in financial markets; for instance, the S&P 500 and Dow Jones Industrial Average indices lost roughly one third of their value in the five-week period from February 14 to March 20, 2020, and then rebounded in the spring and summer of 2020.[128]  Limiting my autocorrelation analysis to the period from February 21, 2017 to January 31, 2020 (before the impact of COVID-19) eliminates the observed autocorrelation.  More generally, I have seen no evidence that FE price returns could have been predicted from previous days' returns, which is consistent with a stock that traded in an efficient market.

94.    When news released into the market affects the stock price unpredictably over time and in a non-systematic manner—that is, when returns respond to new information—the price series is said to have what is known as a "unit root."  The presence of a unit root in prices suggests that historical information does not have a persistent effect on returns.[129]  The Augmented Dickey-Fuller test evaluates the presence of a "unit root" in a time-series.[130]  Performing the Augmented Dickey-Fuller on FE stock price during the Class Period indicates that FE's price series has a unit root.  These results are consistent with the evidence that FirstEnergy's stock traded in an efficient market.[131]

95.    On balance, these tests do not provide evidence to indicate that lagged returns could be used to predict future returns.  In addition, the direct evidence from the event study that FE responds to new value-relevant information is evidence that returns are not predictable from historical prices.

### 2)  Lack of Constraints on Short Selling

96.    I understand that the presence of short sellers is another factor that courts have considered as evidence of market efficiency.[132]  Short sellers increase trading volumes and enhance the ability of a market to adjust for new information (*e.g.*, as a check on share prices).

97.    Constraints on short sellers, all else equal, would reduce market participation and potentially affect market efficiency.  To assess whether short-selling constraints exist, regulatory agencies rely on certain factors, including "fails-to-deliver" in a short transaction.  The SEC requires self-regulating

---

[128]  Based on data from S&P Capital IQ.

[129]  *See, e.g.*, John Campbell, et al., *The Econometrics of Financial Markets,* (1997), p. 30.

[130]  David Dickey and Wayne Fuller, "Distribution of the Estimators for Autoregressive Time Series with a Unit Root," *Journal of the American Statistical Association*, Vol. 74, Issue 366, Jun. 1979, pp. 427-431; "Augmented Dickey-Fuller unit root test," *Stata Time Series Reference Manual* (Release 15, 2017), p. 157.

[131]  The Augmented Dickey Fuller test evaluates the presence of a unit root in a time-series.  The null hypothesis being tested is that a unit root exists.  In this case, the test suggests the presence of a unit root in FE's stock price *series* and rejects the premise a unit root exists in FE's stock price *returns*.

[132]  *See, e.g., Schleicher v. Wendt*, 618 F.3d 679, 685 (7th Cir. 2010); *Barclays*, 310 F.R.D. at 81 n.77.



organizations (like the New York Stock Exchange) to maintain lists of "threshold securities" that may have heightened risk of short sale constraints.[133] A threshold security is one that meets the following criteria:

    a. there is an aggregate fail to deliver position at a registered clearing agency for five consecutive settlement days;[134]

    b. there are aggregate fails to deliver at a registered clearing agency of 10,000 shares or more per security;[135] and

    c. the level of fails is equal to at least one-half of one percent of the issuer's total shares outstanding.[136]

98. The SEC tracks the total fails-to-deliver shares for each security. While some level of delivery failures is common, the SEC tracks securities with delivery failures exceeding one-half of one percent for more than five consecutive settlement dates.[137] The SEC also notes that securities designated as "threshold securities" tend to have higher fees.[138] High fees can also limit short selling by consuming profits and deterring investors who might otherwise engage in short transactions.

99. As shown in the chart below, FE was below the threshold established by the SEC on all trading days during the Class Period and I have seen no evidence that FE ever met the SEC definition of a threshold security at any time during that Class Period.

---

[133] *See, e.g.*, "NYSE Regulation Threshold Securities," *Intercontinental Exchange*, https://www.nyse.com/regulation/threshold-securities; "Nasdaq Threshold List," *Nasdaq Trader*, https://www.nasdaqtrader.com/trader.aspx?id=RegSHOThreshold.

[134] In the context of short selling, fails-to-deliver shares "represent the aggregate net balance of shares that failed to be delivered as of a particular settlement date." "Fails-to-Deliver Data," *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm; "Threshold Securities," *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/threshold-securities.

[135] "Threshold Securities," *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/threshold-securities.

[136] SEC Rule 203(c)(6).

[137] SEC Rule 203(c)(6).

[138] *In the Matter of Gary S. Bell*, SEC Release No. 65941, Dec. 13, 2011 (noting that "threshold securities are hard-to-borrow and therefore command large fees in the stock loan market").



**Chart 2.   FE Failed-to-Deliver Shares[139]**



100.   The lack of evidence of persistent short sale constraints for FE common stock further supports the inference that FE stock traded in an efficient market during the Class Period.

**D.    Conclusion**

101.   I understand courts have not established a single test to determine whether a security trades in an efficient market; rather, a finding of market efficiency is based on multiple factors.[140]  The following table summarizes my findings for each of the factors I examined.

---

[139]  Fails-to-Deliver Data, *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm; shares outstanding as reported by Bloomberg.

[140]  *Cammer*, 711 F. Supp. at 1287.



**Table 1.   Summary of Market Efficiency Findings**

| Factor | Results | Supports EMH |
|---|---|---|
| ***Cammer* Factors** | | |
| Stock trading volume | 4.4 percent average weekly turnover during Class Period | Yes |
| Number of analysts and news outlets following and reporting on stock | At least 18 analysts covering FE in average month; over 450 analyst reports and 1,000 general media reports during the Class Period | Yes |
| Market makers and institutional investors | At least 11 market makers and high proportion of institutional ownership | Yes |
| Eligibility to file an S-3 registration statement | Eligible during Class Period | Yes |
| Cause-and-effect relationship between events and stock price movements | Statistically significant differences between Release Days and non-Release Days | Yes |
| ***Krogman* Factors** | | |
| Market capitalization | Greater than $12.5 billion | Yes |
| Public Float | 99 percent of shares publicly floated | Yes |
| Bid-ask spread | Average spread of 0.03 percent | Yes |
| **Additional Factors** | | |
| Financial market | Traded on the NYSE | Yes |
| Statistical properties | Tests indicate that historical information does not predict returns | Yes |
| Constraints on short selling | No constraints | Yes |

102.  Shares that trade in an efficient market do not necessarily have to meet each of the above criteria.  Shares of FirstEnergy's common stock, however, met each of these criteria throughout the Class Period.  In my opinion, FirstEnergy's stock traded in an efficient market, which is supported by my analysis of the *Cammer*, *Krogman*, and other factors.



## VII.  Measuring Damages to Shareholders on a Class-wide Basis

103.  Under Plaintiffs' liability theory, Defendants' alleged violations of the federal securities laws caused FirstEnergy common stock to trade at artificially inflated prices during the Class Period by inducing artificial inflation in the price of FirstEnergy common stock and maintaining existing artificial inflation. According to Plaintiffs, individual shareholders were harmed to the extent they experienced losses arising from such artificial inflation.

104.  The inflation in FirstEnergy's common stock, if any, can be measured using widely accepted valuation and economic techniques.  Estimating share price inflation often begins by analyzing the impact of the curative events.  When previously withheld information was disclosed to the market, artificial price inflation was removed from FirstEnergy's stock price.  Curative events therefore indicate the extent to which the share price had been inflated by alleged material misrepresentations or omissions and, as a result, may be used to estimate share price inflation in semi-strong form efficient markets.

105.  Given that FirstEnergy's shares traded in a semi-strong form efficient market, the share price reactions to new, value-relevant information appropriately reflected the effects of such events on the share price.  Therefore, one can measure the impact of a curative event on FirstEnergy's share price using the abnormal returns, if any, following such disclosure using an event study approach.

106.  In cases where the abnormal return following a curative event is statistically significant, it may be reasonable to conclude that the return was caused by the event in question provided the news became available and was disseminated to the market at the time of (or just prior to) the abnormal movement.  Under these circumstances, and as discussed further below, the abnormal return may be used as an estimate of the event's effect on the value of the company's shares.

107.  To the extent that there are issues complicating the quantification of artificial inflation at the time of a curative event, standard financial analysis and valuation tools can be applied to measure inflation and damages in accordance with Plaintiffs' theory of liability.  For instance, practitioners routinely measure the value of expected earnings using income and market approaches, which may be used to quantify the impact of changes in expectations and perceived risk associated with a business or earnings stream.[141] These techniques may be used to measure the share price impact of alleged misrepresentations directly or to corroborate the observed share price impact of a curative event, as well as to quantify the impact of confounding information, if any, that may have coincided with a curative event.

108.  By measuring the impact of allegedly false information (after removing the effects of confounding information, if any) on FirstEnergy's share price, one can estimate the extent (if any) to which

---

[141]  *See, for instance*, Shannon P. Pratt, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies* (5th ed. 2008), Chapters 3, 9 and 11.  Under the income approach, value today equals future cash flows discounted at the opportunity cost of capital, which reflects the risk associated with those cash flows.  The market approach generally applies a multiple to a measure of future income, such as earnings.



FirstEnergy's share price was inflated due to the alleged violations of the federal securities laws. On this basis, share price inflation can be estimated for any day in the Class Period based on the impact that the alleged violations had on the share price at the time, using standard economic, financial, and valuation techniques to account for any changes in share price inflation levels over time, if appropriate.

109. Once any share price inflation has been estimated for each day of the Class Period, an individual plaintiff's recoverable damages are based on the difference between: (a) share price inflation associated with shares purchased at the time they were purchased; and (b) share price inflation associated with shares sold at the time they were sold after one or more curative events or held through the last of the curative events. Under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a "plaintiff's damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."[142] Additionally, "if the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period," then "damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."[143]

110. The methods and techniques I describe are widely accepted and may be applied to any and all members of the proposed Class.

### VIII. Further Work

111. My analysis is ongoing, and I reserve the right to supplement my opinions as additional information is made available to me.

W. Scott Dalrymple, CFA
BVA Group
Partner

---

[142] 15 U.S.C. § 78u-4 (2011).
[143] 15 U.S.C. § 78u-4 (2011).





**Appendix A**

### SCOTT DALRYMPLE, CFA

PARTNER

| | |
|---|---|
| Direct | +1.214.619.4960 |
| Mobile | +1.214.842.0078 |
| Email | sdalrymple@bvagroup.com |

Scott Dalrymple is an economist specializing in quantitative valuation, econometrics, statistics, securities analysis, antitrust, financial markets, and intellectual property.

Mr. Dalrymple has led numerous consulting, commercial litigation, and restructuring engagements on behalf of multinational companies, investors, financial institutions, and government agencies in the U.S., Europe, and Australia. He has testified in federal and state court and has advised clients in areas including:

- Application of economic, statistical, and quantitative methods used in business interruption matters, securities analysis, financial forecasting, valuation, and antitrust analyses;

- Construction of event studies, market efficiency tests, and other financial econometric models to assess share price artificiality associated with alleged misrepresentations and non-disclosures;

- Quantification of multibillion-dollar claims related to the securitization of residential mortgage-backed assets;

- Estimation of price artificiality arising from alleged manipulations in crude oil futures and options markets through monopolization of cash forward contracts;

- Valuation of residual interests in mortgage-backed securitizations based on loan-level econometric models and simulations;

- Analysis of reasonable royalty and lost profits damages arising from patent infringement claims;

- Development of economic and financial forecast models for purposes of capital restructurings, evaluating investment opportunities, and managing working capital; and

- Design of sampling procedures and statistical inferences drawn from samples used in fraud investigations, product evaluations, accounting reviews, and class certification analyses.

Mr. Dalrymple holds a Master of Science in Economics with a concentration in Industrial Organization from the London School of Economics and Political Science and a Bachelor of Business Administration in Finance and Business Honors from the University of Texas at Austin. He has presented to chapters of the American Bar Association, the Licensing Executives Society, and other organizations on topics including patent infringement damages, quantitative analysis, and macroeconomic trends. Mr. Dalrymple also contributed to the AICPA Practice Aid on Intellectual Property Infringement Damages and has been published in Law360. He is a member of the CFA Society of Dallas – Fort Worth.

Prior to joining BVA, Mr. Dalrymple was with AlixPartners and was an economist in the London office of a global economics consulting firm. Mr. Dalrymple began his career at PricewaterhouseCoopers and also worked in corporate finance and transaction advisory roles for a publicly-traded technology company.



## SCOTT DALRYMPLE, CFA

Appendix A

PARTNER

## TESTIMONY AND PUBLICATIONS

**DEPOSITION:**

*Robert Strougo, Individually and on behalf of All Others Similarly Situated v. Tivity Health, Inc., et al.*
Civil Action No. 3:20-cv-00165
United States District Court, Middle District of Tennessee, Nashville Division

*Indiana Public Retirement System v. Michael T. Cartwright, et al.*
Civil Action No. 3:19-cv-00407
United States District Court, Middle District of Tennessee, Nashville Division

*St. Clair County Employees' Retirement System, Individually and on Behalf of All Others Similarly Situated v. Acadia Healthcare Company, Inc. et al.*
Civil Action No. 3:18-cv-00988
United States District Court, Middle District of Tennessee, Nashville Division

*Highfields Capital I LP, et al. v. SeaWorld Entertainment, Inc., et al.*
Civil Action No. 3:18-cv-01276
United States District Court, Southern District of California, San Diego

*Farmland Partners Inc., v. Rota Fortunae a/k/a David Quinton Mathews, QKM, L.L.C., et al.*
Civil Action No. 1:18-cv-02351
United States District Court, District of Colorado

*Nikki Bollinger Grae, individually and on Behalf of All Others Similarly Situated, v. Corrections Corporation of America, et al.*
Civil Action No. 3:16-cv-02267
United States District Court, Middle District of Tennessee

*Leaf Trading Cards, LLC v. The Upper Deck Company*
Civil Action No. 3:17-CV-03200-N
United States District Court, Northern District of Texas, Dallas Division

*Samsung Electronics America, Inc., v. All Pro Distributing, Inc., et al.*
Civil Action No. 3:15-CV-04108-D
United States District Court, Northern District of Texas, Dallas Division

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. The Bank of New York Mellon, as Trustee*
Cause No. 14-CV-6502
United States District Court, Southern District of New York



# SCOTT DALRYMPLE, CFA

**Appendix A**

PARTNER

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. HSBC Bank USA, National Association, as Trustee*
Cause No. 14-CV-08175
United States District Court, Southern District of New York

*Avaya Inc., v. Interactive Intelligence, Inc.*
Cause No. 01-16-0004-7193
AAA Commercial Arbitration

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. Wells Fargo Bank, N.A., as Trustee*
Cause No. 14-CV-9764
United States District Court, Southern District of New York

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. U.S. Bank National Association, as Trustee*
Cause No. 14-CV-2590
United States District Court, Southern District of New York

*Galt Strategies, LLC v. Critter Control, Inc., Kevin Clark, ABCN Services Corp., et al.*
Cause No. DC-15-05281
162nd Judicial District Court, Dallas County, Texas

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. Deutsche Bank National Trust Company, as Trustee*
Cause No. 14-CV-4394
United States District Court, Southern District of New York

*Maxus Healthcare Partners, LLC ("Maxus"), v. Texas RHH, LLC d/b/a Renew Home Health, et al.*
Cause No. 017-275219-14
17th Judicial District Court, Tarrant County, Texas

*GTG Holdings, Inc. v. Amvensys Capital Group, LLC, ACG Telecom, LLC, and Z. Edward Lateef*
Case No. 3:13-cv-03107-M
United States District Court, Northern District of Texas, Dallas Division

*In The Matter of the Marriage of Jessica L. Jones and David E. Jones and in the Interest of David E. Jones, Jr., Jackson H. Jones and William A. Jones, Children*
Case No. D-1-FM-13-001139
250th Judicial District Court, Travis County, Texas



## SCOTT DALRYMPLE, CFA

**Appendix A**

PARTNER

**TRIAL AND HEARING:**

*James JN-Marie, Individually and on behalf of all others similarly situated, v. Spartan Concrete Products, LLC and Heavy Materials, LLC*
Civil Action No. ST-2017-CV-486
Superior Court of the Virgin Islands, Division of St. Thomas & St. John

*Robert Strougo, Individually and on behalf of All Others Similarly Situated v. Tivity Health, Inc., et al.*
Civil Action No. 3:20-cv-00165
United States District Court, Middle District of Tennessee, Nashville Division

*Shirley Jones, Individually and on Behalf of Her IRAs, et al., v. WFG Investments, Inc., WFG Advisors, LP, Wilson H. Williams, and David W. Williams*
Case No. 16-03743
Financial Industry Regulatory Authority

*Smith Walker v. E\*Trade Securities LLC and E\*Trade Clearing LLC*
Case No. 16-03022
Financial Industry Regulatory Authority

*Avaya Inc., v. Interactive Intelligence, Inc.*
Cause No. 01-16-0004-7193
AAA Commercial Arbitration

*Maxus Healthcare Partners, LLC ("Maxus"), v. Texas RHH, LLC d/b/a Renew Home Health, et al.*
Cause No. 017-275219-14
17th Judicial District Court, Tarrant County, Texas

*Galt Strategies, LLC v. Critter Control, Inc., Kevin Clark, ABCN Services Corp., et al.*
Cause No. DC-15-05281
162nd Judicial District Court, Dallas County, Texas

*Edward Kennard Andrew and Mark L. Hepworth v. Southwest Securities, Inc.*
Case No. 14-02566
Financial Industry Regulatory Authority

*In the Matter of the Marriage of Jessica L. Jones and David E. Jones and in the Interest of David E. Jones, Jr., Jackson H. Jones and William A. Jones, Children*
Case No. D-1-FM-13-001139
250th Judicial District Court, Travis County, Texas



# SCOTT DALRYMPLE, CFA

**Appendix A**

PARTNER

---

**PRESENTATIONS AND PUBLICATIONS:**

Co-Author (with Jody Bland and Todd Goldwasser), "The SEC's Modernized Marketing Rule and Performance Measurement Issues for Investment Advisers," *Securities Regulation Law Journal*, Vol. 49 No. 3, Fall 2021.

Co-Author (with Joseph R. Mason and Jody Bland), "Collateralized Loan Obligations: Overview and Challenges," *BVA Group*, May 14, 2020.

Co-Author (with Robert Manz and Emily Chiu), "COVID-19 Business Interruption Claims: Causation May be Key," *BVA Group*, April 24, 2020.

Co-Author (with Joseph R. Mason and Jeffrey D. Balcombe), "Financial Supervision and Regulation in the US: Dodd-Frank Reform," *European Parliament*, December 2018.

Contributing Author, Hitchner, James R., *Financial Valuation: Applications and Models*, Fourth Edition, April 2017.

*Series N and Super Priority Preferred: The Unintended Consequences of Increasing Complexity in Today's Capital Markets*, Houston Bar Association Securities Litigation and Arbitration Section, April 11, 2017.

Co-Author, "Don't Shoot the Methodology: Use and (Mostly) Misuse of the Nash Bargaining Solution," *Law360*, March 2014.

*Economic Factors That Influence Royalties: Application of Game Theory*, LES Seattle Chapter Presentation, November 14, 2013.

*Bargaining Power in Licensing Negotiations*, LES San Diego Chapter Presentation, March 12, 2013.

*Bargaining Theory in Reasonable Royalty Calculations,* ABA Webinar, December 14, 2012.

Contributing Author, "Calculating Intellectual Property Infringement Damages," AICPA Practice Aid 06-1, 2012.

**AFFILIATIONS:**

The Economic Club of Washington D.C., panelist judge for the Philip M. Dearborn and Vernon E. Jordan fellowships for graduate students pursuing doctoral degrees in the fields of economics, finance, and business, 2014 to 2020.

CFA Institute and CFA Society of Dallas–Fort Worth.

CONFIDENTIAL | DO NOT DISTRIBUTE WITHOUT CONSENT



# SCOTT DALRYMPLE, CFA

**Appendix A**

PARTNER

## PARTIAL LIST OF CASES

Mr. Dalrymple has been involved with the following types of cases in a consulting and/or testifying capacity:

**VALUATION AND SECURITIES ANALYSIS**

- Provided expert and rebuttal opinions on share price inflation and aggregate damages on behalf of a former Australian electronics retail chain.

- Provided expert testimony on damages and losses on behalf of a broker/dealer arising from a series of private placement investments and offerings.

- Quantified the impact of trustees' alleged failures to repurchase loans on behalf of a residential mortgage backed securitization (RMBS) investor.

- Developed a class-wide damage model arising from suitability claims against an investment bank.

- Provided expert testimony in support of class certification on behalf of residential mortgage backed securitization (RMBS) holders.

- Analyzed market efficiency in support of fairness and solvency opinions related to shares of publicly traded companies in the energy sector.

- Prepared event studies and damages analyses based on various share matching (LIFO, FIFO, offsets) and account consolidation conventions on behalf of security holders evaluating class action opt outs.

- Analyzed trading activity and valuations of restricted and unrestricted shares associated with an alleged pump-and-dump scheme following a reverse merger.

- Provided expert opinions and rebuttal of opposing expert analysis regarding share price inflation damages on behalf of an Australian industrial conglomerate involved in a shareholder class action lawsuit.

- Served as a testifying expert in an arbitration matter involving the liquidation of margin positions.

- Provided economic and statistical analysis of loan collateral characteristics, performance, and alleged misrepresentations associated with residential and commercial mortgage-backed securities on behalf of multinational financial institutions and investors.

- Developed econometric models to establish relationships between crude oil futures and options prices and numerous industrial, financial, and macroeconomic variables in a securities class action lawsuit.

- Provided expert testimony on the valuation of a healthcare services company.

- Served as a consulting expert for government agencies in negotiations of multibillion-dollar settlements involving the origination, sale, and securitization of residential mortgages.

- Negotiated the value of residual interests in Canadian mortgage-backed securities on behalf of the bankrupt sponsor based on econometric models and Monte Carlo simulations used to predict future cash flows from individual mortgages.

CONFIDENTIAL  |  DO NOT DISTRIBUTE WITHOUT CONSENT



# SCOTT DALRYMPLE, CFA

**Appendix A**

## PARTNER

- Provided expert opinions the solvency of a debtor subsidiary in the telecom industry facing fraudulent transfer allegations.

- Analyzed the economic merits of civil penalties assessed by the U.S. SEC related to the sale of restricted stock.

- Assessed the appropriateness of certain private equity investments related to the investment policy statement of a family limited partnership.

- Evaluated the economic merits of breach of fiduciary duty claims related to options trading strategies in a jointly-held investment account.

- Quantified share price inflation damages on behalf of an Australian contracting and development company involved in a shareholder class action lawsuit.

- Evaluated share price inflation allegations against an Australian real estate investment trust and quantified damages based on multiple share purchase matching approaches and detailed trading data in a shareholder class action lawsuit.

- Analyzed plaintiff and defendant shareholder damages models related to claims against an Australian commodities company in a shareholder class action lawsuit.

- Investigated quantitative methods used to value the structured credit portfolios of a global investment and insurance company.

- Advised a major U.S. bank on the write-down of its structured finance portfolio.

- Quantified share price inflation and corresponding damages based on allegations against an Australian gaming corporation in a shareholder class action lawsuit.

- Analyzed the effects of management representations on a U.S. technology firm's share price in a shareholder class action lawsuit.

- Examined the impact of accounting scandal revelations on the share price of a U.S. media firm in a shareholder class action lawsuit.

- Constructed a Monte Carlo simulation to estimate the value of performance-based incentives in the UK media industry.

## ANTITRUST AND REGULATION

- Provided expert testimony on relevant market definitions, market power, and vertical restraints of competition on behalf of a manufacturer in a case involving allegations of market foreclosure.

- Quantified damages on behalf of a plaintiff class alleging overcharges on purchases of accessory items.

- Provided expert opinions in support of class certification in a case involving alleged overcharges of building materials.

- Quantified the impact of price artificiality associated with alleged market manipulations in crude oil futures and options markets.

- Assessed the impact of monopolization claims on prices in the European automobile parts market.

CONFIDENTIAL | DO NOT DISTRIBUTE WITHOUT CONSENT



## SCOTT DALRYMPLE, CFA

**Appendix A**

### PARTNER

- Evaluated monopolization claims in the market for remanufactured printer cartridges.

- Analyzed the price impact of alleged false advertising claims in the market for fruit juices.

- Assisted a European competition authority in a review of its financial services sector based on event studies used to estimate the effect of firm entry on lending rates.

- Examined the impact of competition policies on the personal banking sector in a national European market based on quantitative analysis of current account activity associated with major banks.

- Analyzed the impact of a UK pharmaceutical firm's alleged predatory pricing behavior on sales of its primary competitor.

- Quantified the impact of regulatory and commercial changes on a portfolio of media and gambling rights in the UK.

- Developed an industrial analysis framework used to evaluate competitive drivers across several manufacturing sectors for purposes of valuing a European manufacturing firm.

### INTELLECTUAL PROPERTY

- Provided testimony rebutting an opposing expert's lost profits calculations arising from claims of intellectual property infringement, trade secret misappropriations, tortious interference and other allegations.

- Led the analysis of reasonable royalty damages on behalf of more than 150 defendants alleged to infringe a single patent covering widely-used website features related to geographic location services.

- Provided expert testimony regarding the economics of contractual royalty calculations on behalf of a U.S. communications company.

- Served as a testifying expert on behalf of a consulting firm seeking damages arising from alleged misappropriations of trade secrets.

- Assessed the merits of trade secret misappropriation claims against a global energy services company.

- Evaluated reasonable royalty claims associated with alleged U.S. patent infringements related to numerous technologies, including:

  o Telephony and cellular network;

  o Network architecture;

  o Hardware and software technology;

  o Digital media;

  o Remote access technologies;

  o Power converter architectures;

  o E-commerce;

  o Garments and apparel;

  o Automotive parts;

CONFIDENTIAL | DO NOT DISTRIBUTE WITHOUT CONSENT



# SCOTT DALRYMPLE, CFA

**Appendix A**

### PARTNER

- o Food processing;
- o Methods for check payment processing;
- o Geographic location services; and
- o Oil and gas exploration.

- Advised patent holders on strategic opportunities and licensing strategy for purposes of monetizing patent portfolios in the network technology and electronic storage industries.

- Computed lost profits, unjust enrichment, and reasonable royalty damages arising from theft of trade secrets claims brought by a specialized provider of electronic components against former employees.

- Assessed damages associated with contingency fee agreements between a law firm and former client arising from the settlement of a patent litigation lawsuit.

- Analyzed lost profits damages arising from patent infringement claims covering a wide range of network, software, and industrial applications.

- Composed a series of intellectual property valuations submitted to European tax authorities on behalf of a global steel manufacturer.

- Assessed the economic merits of an injunction claims against a major provider of rail track inspection services.

- Evaluated price erosion claims on behalf of defendants accused of patent infringement in industrial applications.

- Assessed damages arising from trade secret claims involving tens of millions of transactions in the freight industry.

- Evaluated damages arising from trademark infringement claims against companies in the financial services, technology, and automotive industries.

## COMMERCIAL LITIGATION AND INVESTIGATIONS

- Designed sampling procedures and advised on statistical inferences drawn from samples used in numerous fraud investigations, accounting reviews, and class certification analyses.

- Provided expert opinions based on statistical and econometric models used to evaluate employee allegations of discrimination under U.S. Title VII.

- Led the sampling, investigation, and extrapolation of results from transaction data retrieved from various accounting systems for purposes of identifying unreported IT costs in a breach of contract dispute involving a major U.S. hospital network.

- Provided expert opinions on lost wages associated with an alleged wrongful termination of a public services officer.

- Assessed damages associated with contingency fee agreements between a law firm and former client arising from the settlement of a patent litigation lawsuit.

- Constructed a series of econometric and financial models used to evaluate breach of contract claims in the freight and shipping industry based on the analysis of tens of millions of individual shipping records.

CONFIDENTIAL | DO NOT DISTRIBUTE WITHOUT CONSENT



# SCOTT DALRYMPLE, CFA

**Appendix A**

## PARTNER

- Quantified the effects of a U.S. publicity scandal on Japanese sales of celebrity-sponsored products based on a quantitative analysis of sales data, controlling for numerous macroeconomic factors.

- Analyzed the forgone acquisition value of a UK retailer due to an alleged breach of fiduciary duty.

### TURNAROUND AND RESTRUCTURING

- Assisted a regional hospital in preparing for Chapter 11 proceedings.

- Implemented a weekly cash projection process and advised on working capital strategies that enabled a U.S. manufacturer to operate within its asset-based facility.

- Managed the implementation of financial models and weekly cash management processes on behalf of a U.S. metals distributor.

- Developed a series of integrated financial models that enabled a public U.S. technology firm to evaluate restructuring opportunities and secure long-term and short-term funding.

- Implemented a short-term cash management tool and monthly strategic model for a private equity portfolio company

- Developed cash forecast and liquidation models on behalf of creditors of a U.S. metal fabricator.

- Assisted a U.S. hospital operator in developing financial plans used to secure additional funding.

- Estimated the impact of an audit firm's alleged misrepresentations on the unsecured claims against a U.S. company's bankrupt estate.

- Quantified the value of life insurance and executive benefit claims against a U.S. bankruptcy estate based on various actuarial assumptions.

- Advised on the reliability of a U.S. distributor's financial model and business plan based on a series of financial and statistical tests.

- Negotiated the settlement of numerous claims on behalf of a U.S. bankruptcy estate.

- Managed bankruptcy proceedings on behalf of a regional U.S. electronics chain.

### BUSINESS ADVISORY AND CORPORATE FINANCE

- Designed econometric models to measure revenue impacts of product placements for a global consumer product company.

- Advised a U.S. freight company on the design and implementation of financial and economic forecasting tools.

- Designed sampling procedures to optimize new sporting goods product tests given limited access to college-level athletes.

- Identified demand drivers for an equipment manufacturer based on econometric analyses of distribution channels and inventory levels.

CONFIDENTIAL | DO NOT DISTRIBUTE WITHOUT CONSENT



## SCOTT DALRYMPLE, CFA

**Appendix A**

PARTNER

- Developed a comprehensive IT framework that enabled a U.S. manufacturer to project short-term borrowing requirements in a consolidated database/ERP system.

- Designed weekly cash management and monthly financial reporting tools for multiple private equity portfolio companies in the marketing and broadcast industries.

- Managed numerous projects for a public U.S. technology firm, including: product pricing and bundling analysis, development of operational metrics, and the redesign of the commission structure.

- Designed and implemented automation tools used in numerous business planning and reporting applications for clients in the retail, shipping, and manufacturing sectors.

- Advised a commercial real estate client on the sale of a major U.S. shopping mall.

CONFIDENTIAL  |  DO NOT DISTRIBUTE WITHOUT CONSENT



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

**Court Documents:**

    (1) Consolidated Complaint for Violations of the Federal Securities Laws, dated Feb. 26, 2021
    (2) Opinion & Order, dated Mar. 7, 2022

**Analyst Reports:**

    (1) RBC Capital Markets, "In-Line 2016; 2017 Guidance Raised at CES to Reflect Asset Impairment Impact," Feb. 21, 2017
    (2) Bank of America Merrill Lynch, "Hand Holding FES With Credit Causes Consternation on 4Q16 Call," Feb. 22, 2017
    (3) Barclays, "Progress Toward Regulated Only," Feb. 22, 2017
    (4) Deutsche Bank, "Ripping Off a Band-Aid," Feb. 22, 2017
    (5) Guggenheim, "Writing Assets Down Brings the Outlook Up," Feb. 22, 2017
    (6) JP Morgan, "Model Update," Feb. 22, 2017
    (7) KeyBanc Capital Markets, "4Q16 Earnings Results Modestly Below Views, Exit Merchant Business by Mid-2018," Feb. 22, 2017
    (8) KeyBanc Capital Markets, "Raising 2017 Estimate After Generation Impairment," Feb. 22, 2017
    (9) Morningstar, "FirstEnergy Recognizes Huge Asset Impairment and Plant Exit Costs," Feb. 22, 2017
    (10) Wells Fargo Securities, "Valuation Intriguing - But (Potential) Tax Reform Troublesome," Feb. 22, 2017
    (11) Wolfe Research, "Fully Regulated Story Might Need a ZEN Master in OH," Feb. 22, 2017
    (12) Bank of America Merrill Lynch, "Utilities and Transcos Show Progress But CES Remains the Markets' Primary Interest," Feb. 23, 2017
    (13) Hilliard Lyons, "Company Posts Fourth Quarter Results and Revises 2017 Guidance," Feb. 23, 2017
    (14) Jefferies, "Wait a ZEC," Feb. 23, 2017
    (15) Morgan Stanley, "Overweight View Intact; Addressing the Bearish Concerns," Feb. 23, 2017
    (16) UBS, "Fine Tuning the Credit Claims," Feb. 23, 2017
    (17) RBC Capital Markets, "Still Early Innings of Transformation," Feb. 24, 2017
    (18) Evercore, "Risk-Reward Looks a Bit Less Attractive But Is Still Favorable," Feb. 26, 2017
    (19) Wolfe Research, "Extra Credit with Moody's," Feb. 27, 2017
    (20) Jefferies, "Not So ZEN-Like," Mar. 23, 2017
    (21) Argus, "Analyst's Notes," Mar. 28, 2017
    (22) Morningstar, "Executive Order Reviewing Clean Power Plan Has Little Effect on Utilities," Mar. 28, 2017
    (23) Deutsche Bank, "Wouldn't It Be Nice If This Were Easy," Apr. 3, 2017
    (24) Morningstar, "FirstEnergy Reaffirms Guidance, but Increases Support for FES Again," Apr. 5, 2017
    (25) Morningstar, "Trump's Announcement to Exit Paris Agreement Has Little Effect on Utilities," Apr. 5, 2017
    (26) Morningstar, "We Expect FirstEnergy to Divest Its Unregulated Businesses by the End of 2018," Apr. 5, 2017
    (27) Jefferies, "Chapter ZEN," Apr. 7, 2017
    (28) Morningstar, "Power Conference Takeaways - No End to Renewable Energy and Infrastructure Growth," Apr. 19, 2017
    (29) Evercore, "FES Reaches Settlement in Coal Transportation Dispute," Apr. 26, 2017
    (30) KeyBanc Capital Markets, "Strong 1Q17; Overhand Remains at FES and for CLE Browns," Apr. 27, 2017
    (31) RBC Capital Markets, "1Q17 Beat on Better Expenses Management," Apr. 27, 2017
    (32) UBS, "A Coal Contract, Guaranteed," Apr. 27, 2017
    (33) Guggenheim, "Strong Quarter But No Shortage of Questions Around Merchant Exit Strategy," Apr. 28, 2017
    (34) Morningstar, "FirstEnergy Reaffirms Guidance, But Increases Support for FES Again," Apr. 28, 2017
    (35) Wells Fargo Securities, "Wind-Downs Are Always a (Lengthy) Process," Apr. 28, 2017
    (36) BMO Capital Markets, "FES Bankruptcy Deferred," Apr. 30, 2017
    (37) Wolfe Research, "Family Problems Are Hard to Fix," Apr. 30, 2017
    (38) Bank of America Merrill Lynch, "Focused on Executing Plans to Exit Commodity - Exposed Generation Business," May 1, 2017
    (39) Barclays, "Raising to Overweight," May 1, 2017
    (40) Evercore, "Downgrading to In Line Rating," May 1, 2017
    (41) Hilliard Lyons, "Company Posts Solid First Quarter Results," May 1, 2017
    (42) Jefferies, "Study Period," May 1, 2017
    (43) JP Morgan, "No End in Sight, Moving to the Sidelines Pending Another Subsidy Long-Shot," May 1, 2017
    (44) Morgan Stanley, "30% Discount to Peers Compels Us to Look Past Near-Term Issues," May 1, 2017
    (45) UBS, "Let's Be Clear - FE Has No Plans to Keep FES," May 1, 2017
    (46) Argus, "Analyst's Notes," May 16, 2017
    (47) BMO Capital Markets, "House Suspends Hearings - Vote on Nuclear Credits Bill," May 18, 2017
    (48) Jefferies, "House Broken," May 18, 2017
    (49) Guggenheim, "PJM Capacity Auction," May 24, 2017
    (50) Morningstar, "Trump's Announcement to Exit Paris Agreement Has Little Effect on Utilities," Jun. 2, 2017
    (51) Barclays, "The Merchant Nuclear Backdrop Improves," Jun. 16, 2017



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(52) Barclays, "Time to Buy," Jun. 19, 2017
(53) Wolfe Research, "Let It Go, Let It Go," Jun. 25, 2017
(54) Sadif, "Will FirstEnergy Corp Build Long-Term Returns," Jun. 26, 2017
(55) Morgan Stanley, "Nuclear Liability Risk Overblown," Jun. 30, 2017
(56) KeyBanc Capital Markets, "2Q17 Update; Futures of Nuclear Legislation and Kyrie Unknown," Jul. 27, 2017
(57) Morningstar, "US Nuclear - Down But Not Out," Jul. 27, 2017
(58) RBC Capital Markets, "In-Line 2Q17, 2017 Guided Reiterated," Jul. 27, 2017
(59) BMO Capital Markets, "Progressing on De-Risking Strategy," Jul. 28, 2017
(60) Deutsche Bank, "Cleaning Up the Message," Jul. 28, 2017
(61) Guggenheim, "Who Is Kicking the Can Down the Road," Jul. 28, 2017
(62) Morningstar, "FirstEnergy Reports Solid Regulated Results," Jul. 28, 2017
(63) Wells Fargo Securities, "Ruminations On Friday's Earnings Report," Jul. 30, 2017
(64) Wolfe Research, "The Waiting Is the Hardest Part," Jul. 30, 2017
(65) Bank of America Merrill Lynch, "Questions Around CES Overshadow Utilities' Progress," Jul. 31, 2017
(66) Jefferies, "Meeting of the Minds," Jul. 31, 2017
(67) Hilliard Lyons, "Company Posts Solid Second Quarter Results," Aug. 1, 2017
(68) Evercore, "Upgrading to Outperform, Target $35," Aug. 14, 2017
(69) BMO Capital Markets, "Coverage Discontinued," Sep. 1, 2017
(70) Evercore, "FE Enters Revised Power Plant Sale Agreement With LS Power for $825m," Sep. 6, 2017
(71) Barclays, "Closer to a Decision," Sep. 13, 2017
(72) Morningstar, "Utilities' Valuations Reach Another Peak, But Yield Paradox Persists," Sep. 14, 2017
(73) Argus, "Analyst's Notes," Sep. 18, 2017
(74) JP Morgan, "Model Update," Sep. 25, 2017
(75) RBC Capital Markets, "FE States Negotiations With Creditors Still Ongoing," Oct. 2, 2017
(76) Morningstar, "Market Underappreciates FirstEnergy's Growing Moaty Businesses," Oct. 6, 2017
(77) Morningstar, "EPA's Proposed Repeal of Clean Power Plan Has Little Effect on Utility Growth Outlook," Oct. 11, 2017
(78) Jefferies, "Zen 2_0," Oct. 13, 2017
(79) Deutsche Bank, "Raising Regulated Values," Oct. 17, 2017
(80) Bank of America Merrill Lynch, "Not Quite FEeling It," Oct. 23, 2017
(81) RBC Capital Markets, "3Q17 Beat on Better Regulated Earnings and Lower Taxes," Oct. 26, 2017
(82) Bank of America Merrill Lynch, "Regulated Segments Deliver Strong 3Q Results But Remain in Shadow of CES Exit," Oct. 27, 2017
(83) Guggenheim, "CES Drives the Beat, Guidance Raise," Oct. 27, 2017
(84) JP Morgan, "Model Update," Oct. 27, 2017
(85) Morningstar, "FirstEnergy Reports Solid Regulated Results," Oct. 27, 2017
(86) Wells Fargo Securities, "March Towards CES Exit Continues," Oct. 27, 2017
(87) Evercore, "Increased EPS Outlook for '17 Mainly Comes from CES," Oct. 29, 2017
(88) Wolfe Research, "Trying to Turn the Corner," Oct. 29, 2017
(89) Bank of America Merrill Lynch, "Looking for Some Nuclear Love," Oct. 30, 2017
(90) Deutsche Bank, "Moving Forward," Oct. 30, 2017
(91) RBC Capital Markets, "Day 3 Recap of Edison Electric Institute Conference," Nov. 8, 2017
(92) Morningstar, "FirstEnergy CEO Confident Agreement Can Be Reached With FES Creditors," Nov. 9, 2017
(93) Wolfe Research, "The PJM Price Reformation," Nov. 15, 2017
(94) Bank of America Merrill Lynch, "Running the Math on the Core Utility ROEs," Nov. 30, 2017
(95) Argus, "Analyst's Notes," Dec. 1, 2017
(96) Deutsche Bank, "Tax, FERC Dominate FE Lunch Talk," Dec. 7, 2017
(97) Morningstar, "FirstEnergy Offers Attractive Upside When Market Revalues Company As Regulated Narrow-Moat Utility," Dec. 7, 2017
(98) Morningstar, "FirstEnergy Returns to Its Regulated Past - Increasing Fair Value Estimate to $40," Dec. 7, 2017
(99) Morningstar, "FirstEnergy Returns to Its Regulated Past," Dec. 7, 2017
(100) Morningstar, "FirstEnergy Is One of Our Top Utilities Pick," Dec. 28, 2017
(101) Bank of America Merrill Lynch, "Still Waiting for a Brighter Day," Jan. 8, 2018
(102) Plunkett Research, "Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies," Jan. 9, 2018
(103) Deutsche Bank, "De-Risking FE's Transition (corrected)," Jan. 22, 2018
(104) Deutsche Bank, "De-Risking FE's Transition," Jan. 22, 2018
(105) Guggenheim, "FE-NT Equity Overhang Eased," Jan. 22, 2018
(106) JP Morgan, "Equity Overhang Eliminated, But Risks Remain," Jan. 22, 2018
(107) Morningstar, "Investor Group Plows $2.5 Billion Into FirstEnergy," Jan. 22, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(108) RBC Capital Markets, "Issues $2.5 Billion in Preferred-Common Equity, Forms Strategic Working Group with Investors," Jan. 22, 2018
(109) Wells Fargo Securities, "Equity Investment De-Risks the Story," Jan. 22, 2018
(110) Wolfe Research, "Three Buck Chuck," Jan. 22, 2018
(111) Bank of America Merrill Lynch, "Is This the Solution - A Good Start," Jan. 23, 2018
(112) Evercore, "FE Raises $2.5bn of Equity, Using Proceeds to De-Lever & Fund the Pension," Jan. 23, 2018
(113) Morgan Stanley, "$2.5b Private Placement and Progress Toward Merchant Exit Address Several Overhangs," Jan. 23, 2018
(114) Sadif, "Will FirstEnergy Corp Deliver Top-Shelf Performance," Jan. 23, 2018
(115) Morgan Stanley, "2020 Earnings Power and Upside Opportunities Underappreciated by Investors," Jan. 25, 2018
(116) Bank of America Merrill Lynch, "Upgrading to Buy - Gaining the Requisite Comfort to Get Involved," Jan. 26, 2018
(117) Wolfe Research, "Three Bucks Up Chuck," Jan. 28, 2018
(118) UBS, "Finally, Staring at Fully Regulated," Feb. 1, 2018
(119) Morningstar, "Utilities' Sell-Off Presents Attractive Entry Point for Long-Term Investors," Feb. 7, 2018
(120) JP Morgan, "Still Not Seeing Value Even After Equity Raise," Feb. 15, 2018
(121) RBC Capital Markets, "In-Line 2017; 2018 Regulated Earnings Guidance Above Our Estimates," Feb. 20, 2018
(122) UBS, "A Constructive Fully-Regulated Outlook," Feb. 20, 2018
(123) Bank of America Merrill Lynch, "Reconciling Bottoms -Up Utility View Against the Update Guidance," Feb. 21, 2018
(124) Deutsche Bank, "Buckeye Growth Surprise," Feb. 21, 2018
(125) Evercore, "Street Estimates Well Below FE's 'Clean' Earnings Targets Through 2021," Feb. 21, 2018
(126) Guggenheim, "Coming Out Party With a Step-Up in Earnings Growth to Boot," Feb. 21, 2018
(127) JP Morgan, "Model Update," Feb. 21, 2018
(128) Morningstar, "FirstEnergy's CEO Says He Would Be Shocked if FES Doesn't File for Bankruptcy by End of March," Feb. 21, 2018
(129) Wells Fargo Securities, "Attractive Regulated Growth Strategy Unfolds," Feb. 21, 2018
(130) Wolfe Research, "It's the Final Countdown," Feb. 21, 2018
(131) Deutsche Bank, "Getting Closer," Feb. 22, 2018
(132) Hilliard Lyons, "Company Reports Solid 2017 Results," Feb. 22, 2018
(133) Morgan Stanley, "Constructive Earnings Growth Forecast Largely In-Line With Our Expectations," Feb. 22, 2018
(134) Morningstar, "FirstEnergy's Unregulated Merchant Unit Expected to Declare Bankruptcy," Mar. 9, 2018
(135) Vermilion Research, "Vital Signs," Mar. 23, 2018
(136) Wolfe Research, "Final Energy Solution," Mar. 26, 2018
(137) RBC Capital Markets, "FES Announces Deactivation of Its Nuclear Fleet," Mar. 28, 2018
(138) Bank of America Merrill Lynch, "Opening a New Front on Saving Nuclear," Mar. 29, 2018
(139) Evercore, "FES Filed for Bankruptcy, As Expected," Apr. 1, 2018
(140) UBS, "FES Files for Bankruptcy as Expected," Apr. 1, 2018
(141) Morningstar, "FirstEnergy's Merchant Unit Files for Bankruptcy," Apr. 2, 2018
(142) JP Morgan, "Clock is Running and Options May Be Limited for FES," Apr. 3, 2018
(143) RBC Capital Markets, "Waiting for the FES Saga to Conclude," Apr. 4, 2018
(144) Vermilion Research, "Booster Shots," Apr. 18, 2018
(145) Argus, "Analyst's Notes," Apr. 23, 2018
(146) Bank of America Merrill Lynch, "Actional Items - Our Quick Thoughts," Apr. 23, 2018
(147) Deutsche Bank, "Another Step Towards Clarity," Apr. 23, 2018
(148) Evercore, "Settlement with FES Creditors A 'Clean Break' With Some Upside Optionality," Apr. 23, 2018
(149) Guggenheim, "1Q18 Results Beat Expectations, Outlook Intact, and Agreement with FES Creditors Announced," Apr. 23, 2018
(150) Morningstar, "FirstEnergy Reaches Settlement With FES Creditors," Apr. 23, 2018
(151) RBC Capital Markets, "The Fog Is Starting to Clear," Apr. 23, 2018
(152) RBC Capital Marks, "1Q18 Beat," Apr. 23, 2018
(153) UBS, "FES Settlement Better Than Expected," Apr. 23, 2018
(154) Wells Fargo Securities, "Another Step Made Towards Fully Regulated Strategy," Apr. 23, 2018
(155) Wolfe Research, "Breaking Up Isn't So Hard to Do," Apr. 23, 2018
(156) Bank of America Merrill Lynch, "A Wild(er) Journey to the Regulated Side," Apr. 24, 2018
(157) Hilliard Lyons, "Company Reports Solid First Quarter Results and Reaffirms 2018 Guidance," Apr. 24, 2018
(158) JP Morgan, "Model Update," Apr. 24, 2018
(159) Morgan Stanley, "More Progress Toward Fully Regulated Story and Core Utility Screens Cheap," Apr. 24, 2018
(160) UBS, "Accretive Bankruptcy Settlement," Apr. 24, 2018
(161) Wells Fargo Securities, "The Future Is Now," Apr. 30, 2018
(162) Guggenheim, "Can't Always Get What You Want, Get What you Need," May 17, 2018
(163) Bank of America Merrill Lynch, "The Nukes Are All Right," May 22, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(164) Bank of America Merrill Lynch, "An Improving Regulated Position," May 23, 2018
(165) Sadif, "Is FirstEnergy Corp Worth a Higher Bid," May 28, 2018
(166) RBC Capital Markets, "Highlights from the RBC Energy and Power Executive Conference," Jun. 6, 2018
(167) Scotia Howard Weil, "I Can (Almost) See Clearly Now," Jul. 24, 2018
(168) Deutsche Bank, "FES Buzzer-Beater," Jul. 31, 2018
(169) RBC Capital markets, "Reports 2Q18 EPS Above Our Estimate and Consensus," Jul. 31, 2018
(170) UBS, "A Break From FES and a Q2 Beat," Jul. 31, 2018
(171) Bank of America Merrill Lynch, "Solved Solutions," Aug. 1, 2018
(172) Barclays, "Setting the Stage for 2019," Aug. 1, 2018
(173) Deutsche Bank, "Putting the Past in the Past," Aug. 1, 2018
(174) Guggenheim, "Akron, We Have a Creditor Agreement - Oh, and a Solid 2Q Too," Aug. 1, 2018
(175) JP Morgan, "Model Update," Aug. 1, 2018
(176) Morningstar, "FirstEnergy Reports Strong 2Q," Aug. 1, 2018
(177) Morningstar, "Wide- and Narrow-Moat Businesses Now 90% of Earnings," Aug. 1, 2018
(178) Scotia Howard Weil, "The End Is Near," Aug. 1, 2018
(179) UBS, "Adopting FE's Basis for Reporting," Aug. 1, 2018
(180) Wolfe Research, "I Can See Clearly Now FES Is Almost Gone," Aug. 1, 2018
(181) Evercore, "FES Bankruptcy Deal Finalized," Aug. 2, 2018
(182) Sadif, "Stock Upgraded to Average from Below Average," Aug. 2, 2018
(183) Bank of America Merrill Lynch, "More on Solved Solutions," Aug. 3, 2018
(184) Morningstar, "FirstEnergy Steps Up Transmission Investments," Aug. 9, 2018
(185) Morningstar, "Life After FES Bankruptcy," Aug. 9, 2018
(186) Vermilion Research, "Upgrading Staples, Downgrading Energy," Aug. 21, 2018
(187) Sadif, "Stock Downgraded to Below Average from Average," Aug. 22, 2018
(188) Evercore, "FES Bankruptcy Deal Continues to Move Forward With FES Debtors Filing for Approval of Settlement Agreement," Aug. 27, 2018
(189) Guggenheim, "The Guggenheim Daily Transmission," Aug. 27, 2018
(190) Scotia Howard Weil, "Not Your Father's FirstEnergy," Aug. 28, 2018
(191) Zacks, "Summary," Aug. 30, 2018
(192) Argus, "Analyst's Notes," Sep. 7, 2018
(193) Morningstar, "Shift Attention Away From Interest Rates to Find Top Utilities Picks," Sep. 7, 2018
(194) Zacks, "Summary," Sep. 20, 2018
(195) UBS, "A Fully Regulated Utility," Sep. 25, 2018
(196) Evercore, "Stock Looks Great Going in to Year End," Oct. 3, 2018
(197) Bank of America Merrill Lynch, "First Things First," Oct. 4, 2018
(198) Zacks, "Summary," Oct. 10, 2018
(199) Sadif, "Will FirstEnergy Corp Deliver Top-Shelf Performance," Oct. 11, 2018
(200) Scotia Howard Weil, "Morning Energy Commentary," Oct. 11, 2018
(201) Scotia Howard Weil, "We See the Glass as More Than Half Full," Oct. 11, 2018
(202) Bank of America Merrill Lynch, "Post-FES and Still Beating Expectations," Oct. 17, 2018
(203) UBS, "Waiting on the Cost Cuts," Oct. 23, 2018
(204) RBC Capital Markets, "Weather Drives 3Q18 Results Ahead of Expectations," Oct. 25, 2018
(205) Bank of America Merrill Lynch, "3Q18 Earnings First Read," Oct. 26, 2018
(206) Bank of America Merrill Lynch, "Mid-Week Power Points," Oct. 26, 2018
(207) Barclays, "Limited New news," Oct. 26, 2018
(208) Deutsche Bank, "Still Early Days in FE's Regulated Life," Oct. 26, 2018
(209) Guggenheim, "Some Sell-on-the-News Post Earnings Call," Oct. 26, 2018
(210) Morningstar, "FirstEnergy Reaffirms 6%-8% Long-Term Earnings Growth Guidance," Oct. 26, 2018
(211) Morningstar, "FirstEnergy Reports Strong 3Q," Oct. 26, 2018
(212) Scotia Howard Weil, "We're Willing to Be Patient," Oct. 26, 2018
(213) UBS, "Cost Cuts Contribute to Upside," Oct. 26, 2018
(214) Wells Fargo Securities, "Focus Shifts to Execution on Attractive Wires Growth Story," Oct. 26, 2018
(215) Evercore, "FE Remains One of Our Best Regulated Utility Ideas in a Group That Looks Pricey," Oct. 28, 2018
(216) Wolfe Research, "FE-ast or Famine," Oct. 28, 2018
(217) Bank of America Merrill Lynch, "Framing the Next Guidance Step," Oct. 29, 2018
(218) Morningstar, "Investing in the Efficient Scale Moat Source," Oct. 29, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(219) JP Morgan, "Model Update," Oct. 30, 2018
(220) Bank of America Merrill Lynch, "Summarizing the First Wave of EEI Results," Nov. 9, 2018
(221) RBC Capital Markets, "Raises Dividend by 6% and Implements New Targeted Payout Policy," Nov. 9, 2018
(222) Scotia Howard Weil, "Dividend Growth Comes Sooner than Expected," Nov. 9, 2018
(223) UBS, "Dividend Increase and Constructive Guidance," Nov. 11, 2018
(224) Bank of America Merrill Lynch, "EEI Day 1," Nov. 12, 2018
(225) Morgan Stanley, "FE, XEL, AEP - Constructive EEI Updates," Nov. 12, 2018
(226) Scotia Howard Weil, "Morning Energy Commentary," Nov. 12, 2018
(227) Zacks, "Summary," Nov. 12, 2018
(228) Argus, "Analyst's Notes," Nov. 13, 2018
(229) RBC Capital Markets, "Day 3 Recap of Edison Electric Institute Conference," Nov. 14, 2018
(230) Morningstar, "Can EVs, Pot, and Data Save US Electricity Demand," Nov. 30, 2018
(231) Morningstar, "FirstEnergy's CEO Says He Would Be Shocked if FES Doesn't File for Bankruptcy by End of March," Dec. 7, 2018
(232) Zacks, "Summary," Dec. 10, 2018
(233) Plunkett Research, "Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies," Dec. 16, 2018
(234) Morningstar, "Lowering FirstEnergy's FVE to $40," Dec. 28, 2018
(235) Zacks, "Summary," Jan. 3, 2019
(236) Bank of America Merrill Lynch, "Sustaining the 6-8% Runway," Jan. 4, 2019
(237) UBS, "Ohio SEET Record Closed," Jan. 8, 2019
(238) Bank of America Merrill Lynch, "Mid-Week PPTS," Jan. 10, 2019
(239) Sadif, "Will FirstEnergy Corp Deliver Top-Shelf Performance," Jan. 10, 2019
(240) Smart Insider, "FirstEnergy Corp," Jan. 10, 2019
(241) Zacks, "Summary," Jan. 11, 2019
(242) Bank of America Merrill Lynch, "Prospects in Ohio for 2019," Jan. 16, 2019
(243) Zacks, "Summary," Jan. 16, 2019
(244) Zacks, "Summary," Jan. 21, 2019
(245) Zacks, "Summary," Jan. 23, 2019
(246) Zacks, "Summary," Jan. 24, 2019
(247) Zacks, "Summary," Jan. 25, 2019
(248) Guggenheim, "Time Is the Furthest Distance Between Two Points," Jan. 28, 2019
(249) Zacks, "Summary," Jan. 29, 2019
(250) Zacks, "Summary," Jan. 30, 2019
(251) Bank of America Merrill Lynch, "Weekly Power Points," Feb. 1, 2019
(252) Guggenheim, "FE - Model," Feb. 4, 2019
(253) Zacks, "Summary," Feb. 5, 2019
(254) Zacks, "Summary," Feb. 6, 2019
(255) Zacks, "Summary," Feb. 7, 2019
(256) Zacks, "Summary," Feb. 8, 2019
(257) Morgan Stanley, "Notes from the Road," Feb. 11, 2019
(258) RBC Capital Markets, "4Q18 Results Ahead of Expectations," Feb. 19, 2019
(259) Bank of America Merrill Lynch, "4Q18 Earnings First Read," Feb. 20, 2019
(260) Bank of America Merrill Lynch, "Midweek 4Q Results in Brief," Feb. 20, 2019
(261) Barclays, "Solace in Simplicity," Feb. 20, 2019
(262) Deutsche Bank, "Absent Other News, Pension in Focus," Feb. 20, 2019
(263) Evercore, "Stock at Too Big a Discount vs. Regulated T&D Peers," Feb. 20, 2019
(264) Morningstar, "FirstEnergy Reports Solid 2018 Results, but DMR Extension Unlikely," Feb. 20, 2019
(265) Guggenheim, "A Boring Utility Update," Feb. 20, 2019
(266) Scotia Howard Weil, "Mgmt Settling Programs; Don't Settle on Valuation," Feb. 20, 2019
(267) UBS, "Managing Toward Sustainable Growth," Feb. 20, 2019
(268) Wolfe Research, "Boring Is Good," Feb. 20, 2019
(269) Scotia Howard Weil, "Morning Energy Commentary," Feb. 21, 2019
(270) Scotia Howard Weil, "4Q18 Earnings Roundup - Week Five," Feb. 25, 2019
(271) JP Morgan, "Model Update," Feb. 26, 2019
(272) Zacks, "Summary," Mar. 4, 2019
(273) PriceTarget Research, "Overall Rating," Mar. 6, 2019
(274) Sadif, "Stock Upgraded to Above Average form Below Average," Mar. 12, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(275) Bank of America Merrill Lynch, "Surveying Investors," Mar. 22, 2019
(276) UBS, "Maryland Rate Decision Details," Mar. 24, 2019
(277) Vermilion Research, "Vital Signs," Mar. 25, 2019
(278) Argus, "Analyst's Notes," Mar. 27, 2019
(279) Bank of America Merrill Lynch, "Remaining Patient Ahead of the Regulated Re-Rating," Mar. 28, 2019
(280) Zacks, "Summary," Apr. 2, 2019
(281) Barclays, "Re-Org Plan Not There Yet," Apr. 4, 2019
(282) Deutsche Bank, "FES Wrinkle Prompts Overside Stock Reaction," Apr. 4, 2019
(283) Evercore, "FES Re-Organization Plan Hits a Setback, But Market Reaction Is Overdone," Apr. 4, 2019
(284) UBS, "FES Creates Buying Opportunity," Apr. 4, 2019
(285) Wolfe Research, "Mountain Out of a Molehill," Apr. 4, 2019
(286) Bank of America Merrill Lynch, "Full 3rd-party Release of FES Enviro Liabilities Rejected by Bankruptcy Judge," Apr. 5, 2019
(287) Bank of America Merrill Lynch, "Looking Through the Noise," Apr. 5, 2019
(288) Morgan Stanley, "4% Drop Due to Ruling Is a Buying Opportunity," Apr. 5, 2019
(289) Morningstar, "We Expect Regular Dividend Increases for FirstEnergy Shareholders," Apr. 5, 2019
(290) Wells Fargo Securities, "Flash Comment," Apr. 5, 2019
(291) UBS, "Ohio Nuclear Legislation," Apr. 9, 2019
(292) Zacks, "Summary," Apr. 17, 2019
(293) Evercore, "FES Re-Organization Plan Should Be Back On Track With Recent Dispute Resolved," Apr. 21, 2019
(294) UBS, "FES Back on Track," Apr. 21, 2019
(295) Bank of America Merrill Lynch, "1Q19 Earnings First Read," Apr. 24, 2019
(296) Bank of America Merrill Lynch, "First Take on 1Q19 Positive," Apr. 24, 2019
(297) Barclays, "On the Path to Simplicity," Apr. 24, 2019
(298) Deutsche Bank, "T&D Growth at a Discount," Apr. 24, 2019
(299) Evercore, "FE Is at the Cusp of New Era," Apr. 24, 2019
(300) Guggenheim, "Inline 1Q19 as Management Moves the Chains on Regulatory Front," Apr. 24, 2019
(301) Morningstar, "FirstEnergy Reports Flat Earnings," Apr. 24, 2019
(302) Scotia Howard Weil, "Let's Make a Deal," Apr. 24, 2019
(303) Scotia Howard Weil, "Morning Energy Commentary," Apr. 24, 2019
(304) UBS, "In Line and a NJ Settlement," Apr. 24, 2019
(305) Wells Fargo Securities, "Reiterate Outperform - Attractively Valued T&D Growth Story," Apr. 24, 2019
(306) Wolfe Research, "Story Back on Track, Closer to Waving Bye-Bye to FES," Apr. 24, 2019
(307) Argus, "Analyst's Notes," Apr. 25, 2019
(308) JP Morgan, "Model Update," Apr. 26, 2019
(309) Zacks, "Summary," May 1, 2019
(310) Bank of America Merrill Lynch, "Power Points," May 7, 2019
(311) Sadif, "Stock Downgraded to Average From Above Average," May 15, 2019
(312) Vermilion Research, "Neutral Outlook; Key Levels on S&P 500," May 21, 2019
(313) Wolfe Research, "An ROE Deep Dive," May 22, 2019
(314) Zacks, "Summary," May 23, 2019
(315) Vermilion Research, "Vital Signs," May 24, 2019
(316) Zacks, "Summary," Jun. 4, 2019
(317) Bank of America Merrill Lynch, "Ohio's DMR Struck Down by Courts," Jun. 19, 2019
(318) Evercore, "Ohio Supreme Court Tells PUCO They Must Remove FE's 'DMR' From Customer Rates," Jun. 19, 2019
(319) Wolfe Research, "DM-aRgh - Ohio Court Ruling Impacts FE and AES," Jun. 19, 2019
(320) Scotiabank, "Less Upside Potential to Earnings, But Plenty of Upside to the Relative Valuation," Jun. 20, 2019
(321) Wolfe Research, "The Fleishman Daily," Jun. 20, 2019
(322) Barclays, "Model Update Post DMR Decision," Jun. 21, 2019
(323) PriceTarget Research, "Overall Rating," Jun. 24, 2019
(324) Zacks, "Summary," Jul. 2, 2019
(325) Bank of America Merrill Lynch, "Midweek Power Points," Jul. 18, 2019
(326) UBS, "PUCO Approves Ohio Grid Modernization Plan," Jul. 18, 2019
(327) RBC Capital Markets, "Reports 2Q19 EPS Mostly In-Line Despite Weak Weather," Jul. 23, 2019
(328) Bank of America Merrill Lynch, "2Q19 Earnings First Read," Jul. 24, 2019
(329) Bank of America Merrill Lynch, "2Q19 First Takes," Jul. 24, 2019
(330) Barclays, "More and More Difficult to Justify Discount," Jul. 24, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(331) Evercore, "Q'2 Results Were Solid & Guidance Now Reflects Loss of the DMR for 2H '19," Jul. 24, 2019
(332) Guggenheim, "Another Inline Quarter Belies Positive Movement on Bevy of Regulatory and Policy Items," Jul. 24, 2019
(333) Morningstar, "Ohio Supreme Court Decision a Near-Term Setback," Jul. 24, 2019
(334) Scotiabank, "Positive Momentum," Jul. 24, 2019
(335) UBS, "An Undervalued, Low Risk Utility," Jul. 24, 2019
(336) Wolfe Research, "No One Asked About FES - Finally," Jul. 24, 2019
(337) Bank of America Merrill Lynch, "Power Points," Jul. 26, 2019
(338) JP Morgan, "Model Update," Jul. 29, 2019
(339) Argus, "Analyst's Notes," Jul. 31, 2019
(340) Carbon Tracker, "Company Profile," Jul. 31, 2019
(341) Zacks, "Summary," Aug. 1, 2019
(342) PriceTarget Research, "Overall Rating," Aug. 17, 2019
(343) Barclays, "OH Supreme Court Denies DMR Motion for Reconsideration," Aug. 20, 2019
(344) Bank of America Merrill Lynch, "Power Points," Aug. 22, 2019
(345) UBS, "FES Bankruptcy Update," Aug. 27, 2019
(346) Zacks, "Summary," Aug. 30, 2019
(347) Vermilion Research, "S&P 500 Consolidating Despite Negative Signals," Sep. 4, 2019
(348) Zacks, "Summary," Sep. 25, 2019
(349) Sadif, "Is FirstEnergy Corp a Good Long-Term Investment," Oct. 4, 2019
(350) Bank of America Merrill Lynch, "Midweek PPTS," Oct. 15, 2019
(351) PriceTarget Research, "Overall Rating," Oct. 16, 2019
(352) Bank of America Merrill Lynch, "Weekly Power Points," Oct. 18, 2019
(353) Zacks, "Summary," Oct. 21, 2019
(354) Bank of America Merrill Lynch, "Power Points," Oct. 22, 2019
(355) UBS, "Resetting the Bar a Catalyst," Oct. 23, 2019
(356) Bank of America Merrill Lynch, "Confirmation Achieved," Oct. 24, 2019
(357) Bank of America Merrill Lynch, "Power Points," Oct. 24, 2019
(358) Bank of America Merrill Lynch, "Positive 3Q Prints This Wk," Nov. 4, 2019
(359) Barclays, "Clean 2020 Guidance; Life After FES," Nov. 4, 2019
(360) Evercore, "Solid Q'3 Results," Nov. 4, 2019
(361) Guggenheim, "Growing Pains - Nothing to See Here," Nov. 4, 2019
(362) Morningstar, "FirstEnergy Ups Distribution System Spending," Nov. 4, 2019
(363) RBC Capital Markets, "Ahead of Consensus in 3Q19; Attention Turns to 2020," Nov. 4, 2019
(364) Scotiabank, "Locked and Loaded," Nov. 4, 2019
(365) UBS, "Growth Rate and Strategic Update Next," Nov. 4, 2019
(366) Wells Fargo Securities, "Incremental Updates a Net Positive," Nov. 4, 2019
(367) Wolfe Research, "You Won't Be Disappointed," Nov. 4, 2019
(368) Bank of America Merrill Lynch, "Making Sense of 2020 Guidance & Ratebase Comp," Nov. 5, 2019
(369) Morgan Stanley, "Downgrading to Equal-Weight on Valuation, Ohio Deep Dive," Nov. 5, 2019
(370) , "Bank of America Merrill Lynch - Extending the EPS CAGR to '23 at 5-7%," Nov. 8, 2019
(371) JP Morgan, "Model Update," Nov. 8, 2019
(372) Scotiabank, "3Q19 Earnings Roundup - Week Three," Nov. 10, 2019
(373) UBS, "Growth Rate Update," Nov. 10, 2019
(374) Bank of America Merrill Lynch, "EEI Day 2 - Key Updates & Impressions," Nov. 12, 2019
(375) Zacks, "Summary," Nov. 20, 2019
(376) Sadif, "Stock Downgraded to Average from Above Average," Nov. 21, 2019
(377) Bank of America Merrill Lynch, "Power Points," Nov. 27, 2019
(378) UBS, "Ohio Decoupling Filing," Nov. 27, 2019
(379) UBS, "Almost Fully Regulated," Dec. 3, 2019
(380) Scotiabank, "The Most Straightforward FE We Can Recall," Dec. 5, 2019
(381) BofA Global Research, "Power Points," Dec. 13, 2019
(382) PriceTarget Research, "Overall Rating," Dec. 14, 2019
(383) Zacks, "Summary," Dec. 19, 2019
(384) Sadif, "Stock Upgraded to Good From Above Average," Dec. 20, 2019
(385) Evercore, "Strong Quarter; Relatively Well Positioned on COVID-19 Impact," Apr. 24, 2020
(386) Argus, "Analyst's Notes," Jan. 6, 2020



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(387) Plunkett Research, "Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies," Jan. 11, 2020
(388) Zacks, "Summary," Jan. 15, 2020
(389) BofA Global Research, "Power Points," Jan. 24, 2020
(390) BofA Global Research, "The Investment Grid - IG Utilities Weekly," Jan. 28, 2020
(391) Sadif, "Rating Update for FirstEnergy Corp," Feb. 4, 2020
(392) Zacks, "Summary," Feb. 4, 2020
(393) Barclays, "Legislative and Regulatory Improvements Bolster Case for Premium," Feb. 7, 2020
(394) Guggenheim, "Another Boring Update - Just What the Market Ordered," Feb. 7, 2020
(395) RBC Capital Markets, "Earnings Beat on the Quarter," Feb. 7, 2020
(396) Scotiabank, "Plain Vanilla Doesn't Disappoint," Feb. 7, 2020
(397) UBS, "In Line; 2 More Years of Guidance," Feb. 7, 2020
(398) Wells Fargo Securities, "The Plan Is the Plan," Feb. 7, 2020
(399) Evercore, "FY19 Results Stronger Than Expected; FY20 Expected to Be Even Better," Feb. 9, 2020
(400) Scotiabank, "4Q19 Earnings Roundup - Week Two," Feb. 9, 2020
(401) Wolfe Research, "If You're Not First (Energy), You're Last," Feb. 9, 2020
(402) BofA Global Research, "Holding Firm on Neutral After Good 4Q," Feb. 10, 2020
(403) Morningstar, "COVID-19 Could Slow Utilities' Near-Term Growth But Long-Term Outlook Still Bright," Feb. 13, 2020
(404) Morningstar, "FirstEnergy Accelerates Transmission Investment," Feb. 13, 2020
(405) UBS, "Likely Final Approval for Emergence," Feb. 17, 2020
(406) BofA Global Research, "Power Points," Feb. 19, 2020
(407) Marktfeld, "Capital Deployment Dashboard," Feb. 20, 2020
(408) Marktfeld, "Information Content of Earnings Releases 2015-2020," Feb. 20, 2020
(409) JP Morgan, "Model Update," Feb. 24, 2020
(410) UBS, "Finally Separating," Feb. 25, 2020
(411) Marktfeld, "Ownership Timelines & Shareholder Analytics," Feb. 28, 2020
(412) Sadif, "Rating Update for FirstEnergy Corp," Mar. 2, 2020
(413) Zacks, "Summary," Mar. 5, 2020
(414) Capital Cube, "Dividend Quality," Mar. 6, 2020
(415) BofA Global Research, "A Reformulated Company," Mar. 10, 2020
(416) Argus, "Analyst's Notes," Mar. 16, 2020
(417) Sadif, "Rating Update for FirstEnergy Corp," Mar. 20, 2020
(418) Morgan Stanley, "Market Turmoil Creates Selective Opportunities," Mar. 23, 2020
(419) RBC Capital Markets, "FERC Proposes Favorable Transmission ROE Incentives," Mar. 24, 2020
(420) Morningstar, "COVID-19 Could Slow Utilities' Near-Term Growth But Long-Term Outlook Still Bright," Mar. 26, 2020
(421) Morningstar, "COVID-19 Likely to Pressure FirstEnergy's C&I Sales and Capital Investment," Mar. 30, 2020
(422) BofA Global Research, "Power Points," Mar. 31, 2020
(423) Wolfe Research, "Opportunity to Buy at a Big Discount," Mar. 31, 2020
(424) Zacks, "Summary," Apr. 3, 2020
(425) Sadif, "Will FirstEnergy Corp Bounce Back," Apr. 6, 2020
(426) PriceTarget Research, "Overall Rating," Apr. 7, 2020
(427) Zacks, "Summary," Apr. 9, 2020
(428) theScreener, "FirstEnergy Corp," Apr. 11, 2020
(429) Marktfeld, "Cash Conversion Cycle 2009-2019," Apr. 14, 2020
(430) BofA Global Research, "Power Points," Apr. 16, 2020
(431) Zacks, "Summary," Apr. 17, 2020
(432) Morningstar, "Coronavirus and Utilities - Listening for Answers," Apr. 22, 2020
(433) RBC Capital Markets, "1Q20 Earnings Preview," Apr. 22, 2020
(434) JP Morgan, "1Q20 Beats the Street," Apr. 23, 2020
(435) Marktfeld, "Liquidity & Leverage 2009-2019," Apr. 23, 2020
(436) RBC Capital Markets, "Cutting Through Rough Seas," Apr. 23, 2020
(437) UBS, "Low Risk Value; No Change in Operational Guidance," Apr. 23, 2020
(438) Barclays, "Resiliency on Display," Apr. 24, 2020
(439) BofA Global Research, "Benefits of Going Regulated Seen Through Stability," Apr. 24, 2020
(440) Guggenheim, "Pandemic Proof - Not Quite, but Regulated T&D Platform Proving Resilient," Apr. 24, 2020
(441) Morningstar, "FirstEnergy Reports Solid First Quarter and Reaffirms Earnings and Investment Guidance," Apr. 24, 2020
(442) Morningstar, "FirstEnergy Reports Solid First-Quarter Results," Apr. 24, 2020



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(443) Morningstar, "FirstEnergy Shares Sink After Ohio House Speaker Arrested on Racketeering Charges," Apr. 24, 2020
(444) Scotiabank, "More Defensive than Many Seem to Think," Apr. 24, 2020
(445) Wells Fargo Securities, "Weathering the Storm," Apr. 24, 2020
(446) Wolfe Research, "Even the Browns Couldn't Mess Up This Draft Pick," Apr. 26, 2020
(447) BofA Global Research, "The Regulated Strategy Delivers on Stability," Apr. 27, 2020
(448) Zacks, "Summary," Apr. 29, 2020
(449) Zacks, "Summary," May 7, 2020
(450) Marktfeld, "Information Content of Earnings Releases 2015-2020," May 9, 2020
(451) Marktfeld, "Capital Deployment Dashboard," May 13, 2020
(452) Marktfeld, "Cash Conversion Cycle 2010-2020," May 13, 2020
(453) Carbon Tracker, "FirstEnergy Corp - Paris-Aligned," May 18, 2020
(454) Carbon Tracker, "FirstEnergy Corp - Paris-Unaligned," May 18, 2020
(455) Zacks, "Summary," May 18, 2020
(456) Scotiabank, "Stirred, But Not Shaken," May 20, 2020
(457) Marktfeld, "Ownership Timelines & Shareholder Analytics," May 21, 2020
(458) JP Morgan, "Model Update," May 25, 2020
(459) Argus, "Analyst's Notes," May 27, 2020
(460) Zacks, "Summary," May 29, 2020
(461) RBC Capital Markets, "Highlights from the RBC Global Energy and Power Executive Virtual Conference," Jun. 2, 2020
(462) Scotiabank, "The Weekly Circuit," Jun. 2, 2020
(463) BofA Global Research, "The Latest Developments," Jun. 5, 2020
(464) Guggenheim, "Fireside Chat - New CFO but Business as Usual," Jun. 11, 2020
(465) Sadif, "Rating Update for FirstEnergy Corp," Jun. 11, 2020
(466) Zacks, "Summary," Jun. 12, 2020
(467) Zacks, "Summary," Jun. 22, 2020
(468) Wolfe Research, "Classic Mix UP, But No Hangover," Jun. 28, 2020
(469) Zacks, "Summary," Jun. 29, 2020
(470) BofA Global Research, "Power Points," Jul. 2, 2020
(471) Zacks, "Summary," Jul. 2, 2020
(472) PriceTarget Research, "Overall Rating," Jul. 8, 2020
(473) Zacks, "Summary," Jul. 20, 2020
(474) Barclays, "Initial Reaction to Ohio Probe," Jul. 21, 2020
(475) BofA Global Research, "Feds Turn Focus on Ohio," Jul. 21, 2020
(476) Evercore, "Struggling to Handicap Potential Federal Investigation Risk," Jul. 21, 2020
(477) Guggenheim, "Investigation Readthrough Limited," Jul. 21, 2020
(478) Guggenheim, "Optics Worsen for FE Linkages as Additional Details on HB6 Scandal Emerge," Jul. 21, 2020
(479) Morgan Stanley, "Ohio Investigation - Framing the Risks," Jul. 21, 2020
(480) Morningstar, "FirstEnergy Shares Sink After Ohio House Speaker Arrested on Racketeering Charges," Jul. 21, 2020
(481) RBC Capital Markets, "FBI Arrest Ohio House Speaker," Jul. 21, 2020
(482) Scotiabank, "Buy the Dip," Jul. 21, 2020
(483) UBS, "Undervalued at the Start of a Process," Jul. 21, 2020
(484) UBS, "What's Our Initial Reaction," Jul. 21, 2020
(485) Wells Fargo Securities, "Affidavit Lays Out Troubling Sequence of Events," Jul. 21, 2020
(486) Wells Fargo Securities, "OH Lobbying-Related Arrests Inject Uncertainty-We Think Share Reaction Overdone," Jul. 21, 2020
(487) Wolfe Research, "Ohi-uh-oh," Jul. 21, 2020

**Media:**

(1) "FirstEnergy Files 8K - Changes Exec Mgmt >FE," Dow Jones Institutional News, Feb. 21, 2017
(2) "Press Release: FirstEnergy Announces Fourth Quarter and Full Year 2016 Financial Results," Dow Jones Institutional News, Feb. 21, 2017
(3) "Press Release: Heisler, Kleisner and Novak to Conclude Service to FirstEnergy Board of Directors," Dow Jones Institutional News, Feb. 21, 2017
(4) "FirstEnergy reports $6.2 billion loss in 2016," Vindicator (Youngstown, Ohio), Feb. 23, 2017
(5) "Press Release: Bruce Mansfield Plant Expected to Restart Next Week," Dow Jones Institutional News, Feb. 24, 2017
(6) "Press Release: FirstEnergy Completes Demolition of Lake Shore Power Station," Dow Jones Institutional News, Feb. 24, 2017
(7) "Davis-Besse is still on chopping block," News Herald (Port Clinton, Ohio), Feb. 24, 2017



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(8) "Bruce Mansfield Plant Expected to Restart Next Week," PR Newswire, Feb. 24, 2017

(9) "FirstEnergy Completes Demolition of Lake Shore Power Station," PR Newswire, Feb. 24, 2017

(10) "Davis-Besse is still on chopping block," The News-Messenger (Fremont, Ohio), Feb. 24, 2017

(11) "Future of power plants is pricey concern," Crain's Cleveland Business, Feb. 27, 2017

(12) "FirstEnergy Utilities Prepare for High Winds and Thunderstorms Forecast to Impact the Region Beginning This Evening; Company Personnel Ready to Respond to Service Interruptions Caused by Wind Gusts Expected to Reach 50 MPH in Some Areas," PR Newswire, Feb. 28, 2017

(13) "$113 Million to be Spent in 2017 in Toledo Edison Service Area to Help Strengthen Electric System; Projects Expected to Help Reduce Number and Duration of Power Outages," PR Newswire, Mar. 02, 2017

(14) "Davis-Besse is still on chopping block," The News-Messenger (Fremont, Ohio), Mar. 04, 2017

(15) "BEAVER VALLEY PLANT HOPES FOR STATE AID," Pittsburgh Post-Gazette, Mar. 05, 2017

(16) "Power play," Crain's Cleveland Business, Mar. 06, 2017

(17) "$135 Million in Infrastructure Projects Planned in Potomac Edison Area During 2017 to Enhance Electric System; Work Expected to Help Reduce Number and Duration of Power Outages," PR Newswire, Mar. 06, 2017

(18) "$172 Million to be Spent in 2017 in The Illuminating Company Service Area to Strengthen Electric System; Projects Expected to Help Reduce Number and Duration of Power Outages," PR Newswire, Mar. 06, 2017

(19) "$371 Million to be Spent in 2017 in Ohio Edison Service Area to Enhance Electric System; Projects Expected to Help Reduce Number and Duration of Power Outages," PR Newswire, Mar. 06, 2017

(20) "Perry Nuclear Power Plant Begins Refueling and Maintenance Outage; Major Projects Include Installation of New Transformer," PR Newswire, Mar. 06, 2017

(21) "Jamestown utility project downs trees, raises concerns," The Meadville Tribune (Pennsylvania), Mar. 06, 2017

(22) "S&PGR Afrms FirstEnergy Corp. And Subs Rtgs;  Outlook Negative," Dow Jones Institutional News, Mar. 07, 2017

(23) "$128 Million to be Spent in 2017 in Penn Power Service Area to Strengthen Electric System; Company's Investment in Infrastructure Projects Designed to Help Reduce Number and Duration of Power Outages," PR Newswire, Mar. 07, 2017

(24) "$235 Million in Infrastructure Projects Planned in West Penn Power Area During 2017 to Enhance Electric System; Work Expected to Help Reduce Number and Duration of Power Outages," PR Newswire, Mar. 07, 2017

(25) "$245 Million to be Spent in 2017 in Met-Ed Service Area to Enhance Electric System; Projects Expected to Help Reduce Number and Duration of Power Outages," PR Newswire, Mar. 07, 2017

(26) "$367 Million to be Spent in 2017 in Penelec Service Area to Enhance Electric System; Projects Expected to Help Reduce Number and Duration of Power Outages," PR Newswire, Mar. 07, 2017

(27) "Mon Power and Potomac Edison File Plan with State and Federal Regulators to Secure Generation; Proposal Would Lower Rates for Companies' West Virginia Customers and Yield Additional Economic Benefits," PR Newswire, Mar. 07, 2017

(28) "FirstEnergy Energizes New Transmission Line in Ashland County; Project Will Help Enhance Service Reliability for Ohio Edison Customers," PR Newswire, Mar. 10, 2017

(29) "Funding outage ahead?; BCS Schools preparing for possible closing of Davis-Besse nuclear plant," News Herald (Port Clinton, Ohio), Mar. 13, 2017

(30) "FirstEnergy Utilities Preparing for Winter Storm Expected to Impact Eastern U.S.; Company Meteorologists Closely Monitoring Weather Conditions to Help Ensure Resources Are Deployed to Hardest Hit Areas," PR Newswire, Mar. 13, 2017

(31) "Electric Utilities Stocks Under Review -- Calpine, FirstEnergy, Dynegy, and Duke Energy," PR Newswire, Mar. 15, 2017

(32) "FirstEnergy Energizes New Transmission Line," Transmission & Distribution World, Mar. 15, 2017

(33) "Toledo Edison plans area upgrades," The Sentinel-Tribune (Bowling Green, Ohio), Mar. 17, 2017

(34) "$166 Million in Infrastructure Projects Planned in Mon Power Area During 2017 to Enhance Electric System; Work Expected to Help Reduce Number and Duration of Power Outages and Meet Future Load Growth," PR Newswire, Mar. 20, 2017

(35) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Mar. 21, 2017

(36) "FirstEnergy exec calls for 'urgent' aid; Belcher: Davis-Besse's premature closing is real," Toledo Blade (Ohio), Mar. 25, 2017

(37) "AKRON LOAN FUND NEEDS DONORS; FIRSTENERGY, AKRON CHILDREN'S HOSPITAL GIVE $100,000 APIECE, URGE OTHER BUSINESSES TO PROVIDE SUPPORT," Akron Beacon Journal (Ohio), Apr. 01, 2017

(38) "Perry Nuclear Power Plant Returns to Service Following Refueling and Maintenance Outage," PR Newswire, Apr. 03, 2017

(39) "FirstEnergy to construct new WSS transmission line," The Register-Herald (Beckley, West Virginia), Apr. 04, 2017

(40) "Press Release: FirstEnergy's Pennsylvania Default Service Program DSP-IV Auction: Information Session for Prospective Bidders on Wednesday, April 19, 2017," Dow Jones Institutional News, Apr. 05, 2017

(41) "FirstEnergy to Sell Portion of Former Hatfield's Ferry Power Station to APV Renaissance Partners," PR Newswire, Apr. 05, 2017

(42) "FIRSTENERGY SELLS PART OF POWER PLANT; NEW JERSEY-BASED DEVELOPER HOPES TO BUILD NATURAL GAS-FIRED PLANT ON THE SITE," Pittsburgh Post-Gazette, Apr. 06, 2017

(43) "New bill would help Davis-Besse; Proposal includes 'small' hike in electric rates," News Herald (Port Clinton, Ohio), Apr. 07, 2017

(44) "Opposition grows to nuclear plant legislation," The Blade (Toledo, Ohio), Apr. 07, 2017

(45) "Proposed increase in electric bills faces opposition," The Blade (Toledo, Ohio), Apr. 07, 2017

(46) "Opposition grows to nuke-plant bills; Ohioans' electric rates likely to rise," Toledo Blade (Ohio), Apr. 07, 2017

(47) "FirstEnergy's 2017 Tree Trimming Program Underway in Met-Ed Service Area; Work Includes More Than 3,100 Miles of Lines and Will Help Enhance Reliability," PR Newswire, Apr. 13, 2017



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(48) "FirstEnergy's 2017 Tree Trimming Program Underway in Penelec Service Area; Work Includes 4,200 Miles of Lines and Will Help Enhance Reliability," PR Newswire, Apr. 13, 2017

(49) "Tree Trimming Program Underway in Penn Power Service Area for 2017; Work includes 1,250 Miles of Power Lines to Help Enhance Reliability," PR Newswire, Apr. 13, 2017

(50) "West Penn Power's 2017 Tree Trimming Program Underway; Work Includes Nearly 5,000 Miles of Lines and Will Help Enhance Reliability," PR Newswire, Apr. 13, 2017

(51) "Shareholders call on FirstEnergy to disclose strategy for climate change reduction," Beaver County Times (Pennsylvania), Apr. 14, 2017

(52) "Mon Power's 2017 Tree Trimming Program Underway; Work Includes 4,500 Miles of Lines and Will Help Enhance Reliability," PR Newswire, Apr. 14, 2017

(53) "Potomac Edison's 2017 Tree Trimming Program Underway; Work Includes Special Program to Remove Trees Damaged by Emerald Ash Borer," PR Newswire, Apr. 14, 2017

(54) "Tree Trimming Program Underway in Ohio Edison Service Area for 2017; Work Includes Nearly 6,000 Miles of Power Lines to Help Enhance Reliability," PR Newswire, Apr. 14, 2017

(55) "Tree Trimming Program Underway in The Illuminating Company Service Area for 2017; Work Includes 2,400 Miles of Power Lines and Helps Enhance Reliability," PR Newswire, Apr. 14, 2017

(56) "Tree Trimming Program Underway in Toledo Edison Service Area for 2017; More Than 1,470 Miles of Power Lines to be Trimmed," PR Newswire, Apr. 14, 2017

(57) "FirstEnergy spends billions in grid upgrades," Crain's Cleveland Business, Apr. 17, 2017

(58) "FirstEnergy Introduces "You First" Campaign Emphasizing its Commitment to Customers; New Website Helps Customers Better Manage Energy Use," PR Newswire, Apr. 17, 2017

(59) "Electric Utilities Stocks Under Review -- Companhia Energetica, AES Corp., Southern, and FirstEnergy," PR Newswire, Apr. 19, 2017

(60) "Press Release: FirstEnergy to Webcast First Quarter Earnings Teleconference," Dow Jones Institutional News, Apr. 20, 2017

(61) "FIRSTENERGY AWAITS DECISION THAT COULD HASTEN ITS BANKRUPTCY," Pittsburgh Post-Gazette, Apr. 23, 2017

(62) "Beaver Valley Power Station Unit 2 Begins Refueling and Maintenance Outage," PR Newswire, Apr. 24, 2017

(63) "FirstEnergy Files 8K - Regulation FD >FE," Dow Jones Institutional News, Apr. 26, 2017

(64) "FirstEnergy 1Q EPS 46c >FE," Dow Jones Institutional News, Apr. 27, 2017

(65) "FirstEnergy Announces First Quarter 2017 Results," PR Newswire, Apr. 27, 2017

(66) "FIRSTENERGY PROFIT DROPS 37.5 PERCENT; AKRON COMPANY CITES SEVERAL REASONS FOR FALL," Akron Beacon Journal (Ohio), Apr. 28, 2017

(67) "FirstEnergy executives encouraged by events in Ohio, but strategy to sell or deactivate plants still being pursued," Beaver County Times (Pennsylvania), Apr. 28, 2017

(68) "FIRSTENERGY LOOKS TO THE FEDS FOR HELP WITH COAL, NUCLEAR," Pittsburgh Post-Gazette, Apr. 29, 2017

(69) "FirstEnergy wants to restring lines; Subsidiary asks regulators for OK in 3 local counties," Toledo Blade (Ohio), Apr. 29, 2017

(70) "Potomac Edison Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, May 12, 2017

(71) "United Way director fearful of potential life without FirstEnergy plants," Beaver County Times (Pennsylvania), May 13, 2017

(72) "FirstEnergy Solutions facing risky future; The same goes for some areas where it has plants, report says," Crain's Cleveland Business, May 15, 2017

(73) "FirstEnergy CEO Jones Addresses Shareholders; Company announces preliminary results from 2017 Annual Meeting," PR Newswire, May 16, 2017

(74) "FIRSTENERGY CEO LOOKS AHEAD; CHUCK JONES SAYS HE COMES TO WORK EVERY DAY WITH GOAL OF KEEPING COMPANY'S HEADQUARTERS IN AKRON," Akron Beacon Journal (Ohio), May 17, 2017

(75) "FirstEnergy CEO urges shareholders to contact lawmakers about nuclear subsidies," Beaver County Times (Pennsylvania), May 17, 2017

(76) "First Energy CEO urges help for nuclear plants," Pittsburgh Business Times (Pennsylvania), May 17, 2017

(77) "New Ohio Edison Substation Enhances Service Reliability for Customers in West Jefferson Area," PR Newswire, May 17, 2017

(78) "OKLAHOMA-BASED COAL COMPANY CLAIMS FIRSTENERGY PERPETRATED A FRAUD; CONTRACT DISPUTE LEADS TO ALLEGATIONS AGAINST OHIO-BASED CORPORATION," Pittsburgh Post-Gazette, May 18, 2017

(79) "FirstEnergy Receives Tree Care Award from National Arbor Day Foundation for 19th Consecutive Year," PR Newswire, May 18, 2017

(80) "Ohio House halts hearings on FirstEnergy subsidies," The Blade (Toledo, Ohio), May 18, 2017

(81) "WHAT HAPPENS TO BEAVER VALLEY IF  OHIO SUBSIDIZES NUCLEAR POWER?," Pittsburgh Post-Gazette, May 19, 2017

(82) "FirstEnergy Solutions faces suit over fees - Correction Appended," Crain's Cleveland Business, May 22, 2017

(83) "Beaver Valley Power Station Unit 2 Returns to Service Following Refueling and Maintenance Outage," PR Newswire, May 22, 2017

(84) "Energy-Efficient Products Program Available to Residential Customers of FirstEnergy's Ohio Utilities; Incentives available for purchasing energy-efficient appliances and lighting," PR Newswire, May 22, 2017

(85) "Mon Power Project Reroutes Transmission Lines from Decommissioned Willow Island Power Plant in Pleasants County," PR Newswire, May 25, 2017

(86) "Pole Inspection and Replacement Program Continues at Penelec to Enhance Service Reliability," PR Newswire, May 30, 2017

(87) "Shell, FirstEnergy: Still working to reduce emissions despite U.S. pullout from Paris agreement," Beaver County Times (Pennsylvania), Jun. 03, 2017

(88) "FirstEnergy Upgrading Transmission Line in Central Ohio; Project Will Help Enhance Service Reliability for Electric Customers in Richland, Morrow and Crawford counties," PR Newswire, Jun. 05, 2017



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(89) "FirstEnergy Upgrading Transmission Line in Central Ohio," Transmission & Distribution World, Jun. 07, 2017

(90) "FirstEnergy Prepared to Handle Early Summer Heat; Company Offers Tips on How to Use Electricity Wisely During Heat Wave," PR Newswire, Jun. 08, 2017

(91) "Pre-Market Technical Recap on Electric Utilities Stocks -- FirstEnergy, Calpine, Dynegy, and Duke Energy," PR Newswire, Jun. 08, 2017

(92) "Energy Conservation Kit Available to Residential Customers of FirstEnergy's Ohio Utilities; Customers can receive a variety of energy-efficient items that can be easily installed in the home," PR Newswire, Jun. 12, 2017

(93) "FirstEnergy Completes Transmission Project in Huron County, Ohio; Project will reinforce electric system and benefit local customers," PR Newswire, Jun. 14, 2017

(94) "FirstEnergy Receives Industry Recognition for Emergency Response Efforts Following Severe Weather in March," PR Newswire, Jun. 14, 2017

(95) "Met-Ed Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2017

(96) "Mon Power Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2017

(97) "Ohio Edison, Penn Power Add New Line and Substation Workers from Power Systems Institute Training Programs," PR Newswire, Jun. 14, 2017

(98) "Penelec Adds New Line and Substation Workers from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2017

(99) "The Illuminating Company Adds New Line Workers from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2017

(100) "Toledo Edison Adds New Line and Substation Workers from Power Systems Institute Training Programs," PR Newswire, Jun. 14, 2017

(101) "West Penn Power Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2017

(102) "FirstEnergy Files 8K - Changes Exec Mgmt >FE," Dow Jones Institutional News, Jun. 16, 2017

(103) "S&PGR Rates FirstEnergy Corp.'s Proposed Sr Unsec Nts 'BB+'," Dow Jones Institutional News, Jun. 19, 2017

(104) "New power line recharges local electric systems," Norwalk Reflector, Ohio, Jun. 20, 2017

(105) "FirstEnergy Files 8K - Other Events >FE," Dow Jones Institutional News, Jun. 21, 2017

(106) "FirstEnergy Executive Vice President James H. Lash to Retire," PR Newswire, Jun. 21, 2017

(107) "FirstEnergy Foundation Donates $200,000 to Support Pierpont Community & Technical College in Fairmont," PR Newswire, Jun. 22, 2017

(108) "FirstEnergy Offers Tips to Stay Safe Around Electricity This Summer," PR Newswire, Jun. 29, 2017

(109) "Jersey Central Power & Light Announces Changes to Leadership Team," PR Newswire, Jul. 10, 2017

(110) "FirstEnergy Launches Grid Modernization Program in Pennsylvania; Energizing the Future investments will enhance transmission system reliability," PR Newswire, Jul. 12, 2017

(111) "Stock Performance Review on Electric Utilities Industry -- Dynegy, FirstEnergy, OGE Energy, and SCANA," PR Newswire, Jul. 12, 2017

(112) "Press Release: FirstEnergy Foundation Donates $50,000 to Support Reading Area Community College," Dow Jones Institutional News, Jul. 13, 2017

(113) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Jul. 18, 2017

(114) "FirstEnergy Names Ebony Yeboah-Amankwah Vice President, Corporate Secretary, and Chief Ethics Officer," PR Newswire, Jul. 18, 2017

(115) "Press Release: FirstEnergy to Webcast Second Quarter Earnings Teleconference," Dow Jones Institutional News, Jul. 20, 2017

(116) "FirstEnergy 2Q EPS 39c >FE," Dow Jones Institutional News, Jul. 27, 2017

(117) "FirstEnergy Announces Second Quarter 2017 Results," PR Newswire, Jul. 27, 2017

(118) "FirstEnergy donates $10,000 to Beaver charity," Beaver County Times (Pennsylvania), Aug. 03, 2017

(119) "FirstEnergy Introduces Redesigned Website; Part of continued effort to improve communications with customers and stakeholders," PR Newswire, Aug. 03, 2017

(120) "S&PGR Downgrades FirstEnergy Solutions To 'CCC-'," Dow Jones Institutional News, Aug. 14, 2017

(121) "Technical Research on Electric Utilities Equities -- Calpine, Duke Energy, Dynegy, and FirstEnergy," PR Newswire, Aug. 15, 2017

(122) "S&PGR Revises FirstEnergy Outlook To Stable;  Ratings Afrmd," Dow Jones Institutional News, Aug. 16, 2017

(123) "FirstEnergy seeks rehearing on customer rate plan," The Blade (Toledo, Ohio), Aug. 16, 2017

(124) "Utility wins PUCO ruling Electricity; FirstEnergy gets $204M a year," Plain Dealer (Cleveland, OH), Aug. 17, 2017

(125) "State regulators approve FirstEnergy rate plan, but some call it bailout," The Blade (Toledo, Ohio), Aug. 17, 2017

(126) "FirstEnergy's contested rate plan gets final OK; Consumers to pay $600M over 3 years," Toledo Blade (Ohio), Aug. 17, 2017

(127) "New natural gas power plant in Oregon opens," The Blade (Toledo, Ohio), Aug. 22, 2017

(128) "FirstEnergy Foundation Donates $1,000 to Akron Urban League in Honor of Former Cleveland Indians Great André Thornton," PR Newswire, Aug. 30, 2017

(129) "FirstEnergy Foundation Donates $25,000 to American Red Cross Hurricane Harvey Relief Efforts and Will Match Employee Donations," PR Newswire, Aug. 30, 2017

(130) "FirstEnergy Nuclear Operating Company Announces Changes in Fleet Management; Brian Boles Named Vice President of Nuclear Support; Terry Brown Named Vice President of Fleet Oversight," PR Newswire, Aug. 31, 2017

(131) "FirstEnergy Nuclear Operating Company Names Mark Bezilla Site Vice President for Davis-Besse Nuclear Power Station; Doug Huey Promoted to Director, Performance Improvement," PR Newswire, Aug. 31, 2017

(132) "FirstEnergy Nuclear Operating Company Promotes Richard Bologna to Site Vice President for Beaver Valley Power Station; John Grabnar Promoted to General Plant Manager," PR Newswire, Aug. 31, 2017



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(133) "Ohio Edison and Penn Power to Conduct Storm Restoration Drill to Help Employees Prepare for Real-Life Events," PR Newswire, Sep. 05, 2017

(134) "Potomac Edison to Host Public Information Meeting to Discuss Transmission Line Upgrade Project," PR Newswire, Sep. 05, 2017

(135) "FirstEnergy Files 8K - Other Events >FE," Dow Jones Institutional News, Sep. 06, 2017

(136) "FirstEnergy Files 8K - Regulation FD >FE," Dow Jones Institutional News, Sep. 06, 2017

(137) "FirstEnergy Subsidiaries Sign Revised Agreement for Sale of Competitive Natural Gas and Hydro Assets," PR Newswire, Sep. 06, 2017

(138) "FirstEnergy's Ohio Utilities Boost Fridge Recycling Incentive to $75; Bonus incentive for energy efficiency program available through Nov. 30," PR Newswire, Sep. 06, 2017

(139) "FIRSTENERGY DROPS PRICE OF 4 PENNSYLVANIA  POWER PLANTS," Pittsburgh Post-Gazette, Sep. 07, 2017

(140) "FirstEnergy Utility Crews Mobilize to Assist with Hurricane Irma Power Restoration Efforts in Florida," PR Newswire, Sep. 08, 2017

(141) "FirstEnergy Sending Additional Support to Assist with Hurricane Irma Power Restoration Efforts in Florida," PR Newswire, Sep. 13, 2017

(142) "Cracked reactor walls being fixed Nuclear power plant maintenance Davis-Besse work plan," Plain Dealer (Cleveland, OH), Sep. 15, 2017

(143) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Sep. 19, 2017

(144) "Three FirstEnergy Pennsylvania Utilities Launch Request for Proposal for Solar Photovoltaic Alternative Energy Credits," PR Newswire, Sep. 19, 2017

(145) "FirstEnergy Files 8K - Changes Exec Mgmt >FE," Dow Jones Institutional News, Sep. 20, 2017

(146) "Restoration workforce triples in Southwest Florida with focus on Hurricane Irma's hardest-hit areas; - FPL restores service to more than 99 percent of the 4.4 million customers impacted by Irma," PR Newswire, Sep. 20, 2017

(147) "Breakfast Technical Briefing on Electric Utilities Stocks -- Duke Energy, Dynegy, Edison Intl., and FirstEnergy," PR Newswire, Sep. 21, 2017

(148) "Statement from FirstEnergy on Secretary of Energy's Proposal to Support U.S. Baseload Generating Facilities," PR Newswire, Sep. 29, 2017

(149) "Efforts ramp up to save or sell Davis-Besse; 'All options' still on the table for aging nuclear plant," News Herald (Port Clinton, Ohio), Sep. 30, 2017

(150) "Construction Underway on New FirstEnergy Transmission Line in Western Pennsylvania; Project Will Enhance Service Reliability for Electric Customers in Butler and Mercer counties," PR Newswire, Oct. 02, 2017

(151) "FirstEnergy Ohio Utilities Launch Request for Proposal for 2017 Solar and Renewable Energy Credits," PR Newswire, Oct. 03, 2017

(152) "FirstEnergy Will Launch New Online Marketplace; Smartmart Offers a Curated Collection of Customer-Focused Products and Services for Consumers, Communities and Businesses," PR Newswire, Oct. 05, 2017

(153) "Met-Ed Completes Substation Project in Reading to Enhance Customer Service Reliability," PR Newswire, Oct. 05, 2017

(154) "Plant sale would hurt W.Va. competitiveness," Charleston Gazette-Mail, Oct. 15, 2017

(155) "IN BRIEF," Toledo Blade (Ohio), Oct. 17, 2017

(156) "Groups appeal PUCO decision; Ohio Supreme Court asked to overturn ruling granting $204M in extra charges," News Herald (Port Clinton, Ohio), Oct. 18, 2017

(157) "Mon Power to Upgrade Transmission Substation in Tucker County, W.Va. to Connect Green Energy to Regional Grid; Work Enhances Regional Electric System and Helps Accommodate Generation from Wind Farm Being Built Nearby," PR Newswire, Oct. 18, 2017

(158) "Environmental groups appeal PUCO decision," The News-Messenger (Fremont, Ohio), Oct. 18, 2017

(159) "Press Release: FirstEnergy to Webcast Third Quarter Earnings Teleconference," Dow Jones Institutional News, Oct. 19, 2017

(160) "Only at FirstEnergy do they not seem to understand 'no' Editorial," Plain Dealer (Cleveland, OH), Oct. 21, 2017

(161) "FirstEnergy Utilities Offer Halloween Safety Tips," PR Newswire, Oct. 23, 2017

(162) "Substation Upgrade to Benefit Penelec Customers in Jefferson and Indiana Counties; Project will help ensure service reliability in Punxsutawney, Pa., and surrounding area," PR Newswire, Oct. 25, 2017

(163) "No nuclear subsidies for FirstEnergy," The Independent (Massillon, Ohio), Oct. 25, 2017

(164) "FirstEnergy 3Q EPS 89c >FE," Dow Jones Institutional News, Oct. 26, 2017

(165) "FirstEnergy Announces Third Quarter 2017 Results; Raises 2017 Guidance," PR Newswire, Oct. 26, 2017

(166) "FirstEnergy's Ohio Utilities Remind Customers Assistance Programs are Available to Help With Utility Bills," PR Newswire, Oct. 26, 2017

(167) "FirstEnergy's Pennsylvania Utilities Remind Customers Assistance and Service Programs are Available to Help Pay Utility Bills," PR Newswire, Oct. 26, 2017

(168) "FirstEnergy's West Virginia Utilities Remind Customers Assistance and Service Programs are Available to Help Pay Utility Bills," PR Newswire, Oct. 26, 2017

(169) "Potomac Edison Reminds Customers Assistance Programs are Available to Help Pay Utility Bills," PR Newswire, Oct. 26, 2017

(170) "Technical Research on Electric Utilities Equities -- FirstEnergy, NextEra Energy, PG&E, and PPL Corp.," PR Newswire, Oct. 26, 2017

(171) "FIRSTENERGY RAISES OUTLOOK; EARNINGS FOR FISCAL YEAR BETTER THAN EXPECTED ON NET INCOME OF $396 MILLION, THOUGH REVENUE FALLS," Akron Beacon Journal (Ohio), Oct. 27, 2017

(172) "FirstEnergy CEO: Company has 'no interest' in retaining Pennsylvania power plants," Beaver County Times (Pennsylvania), Oct. 27, 2017

(173) "PUSHING ON; FIRSTENERGY WILL DUMP COAL AND NUCLEAR REGARDLESS OF WHAT THE FEDERAL GOVERNMENT DOES TO HELP, CEO SAYS," Pittsburgh Post-Gazette, Oct. 28, 2017

(174) "FirstEnergy Names Elizabeth Durr External Affairs Manager for Mon Power's Northern West Virginia Service Area," PR Newswire, Nov. 01, 2017



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(175) "FirstEnergy Names Paul Thornton External Affairs Manager for Toledo Edison's Central and Southern Service Area," PR Newswire, Nov. 01, 2017

(176) "FirstEnergy Names Thomas Butcher External Affairs Manager for Eastern West Virginia," PR Newswire, Nov. 01, 2017

(177) "FirstEnergy Names Victor Coleman External Affairs Manager for Ohio Edison's Central Service Area," PR Newswire, Nov. 01, 2017

(178) "Pole Inspection and Replacement Program Continues at Met-Ed to Enhance Service Reliability," PR Newswire, Nov. 01, 2017

(179) "Pole Inspection and Replacement Program Continues at Ohio Edison to Enhance Service Reliability," PR Newswire, Nov. 01, 2017

(180) "FirstEnergy Foundation Donates $2,500 to Leadership Lake County," PR Newswire, Nov. 08, 2017

(181) "FirstEnergy Foundation Donates $25,000 to Guthrie in Central Pennsylvania," PR Newswire, Nov. 08, 2017

(182) "Families of workers killed at Bruce Mansfield file wrongful death lawsuits," Beaver County Times (Pennsylvania), Nov. 09, 2017

(183) "Press Release: FirstEnergy Ohio Utilities' Electric Security Plan ESP-IV Auction:," Dow Jones Institutional News, Nov. 09, 2017

(184) "FirstEnergy Foundation Donates $50,000 to the Cuyahoga Valley Scenic Railroad's Capital Campaign," PR Newswire, Nov. 09, 2017

(185) "JCP&L Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 14, 2017

(186) "Met-Ed Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 14, 2017

(187) "Mon Power Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance Service Reliability," PR Newswire, Nov. 14, 2017

(188) "Ohio Edison Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 14, 2017

(189) "Penelec Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 14, 2017

(190) "Potomac Edison Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance Service Reliability," PR Newswire, Nov. 14, 2017

(191) "The Illuminating Company Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 14, 2017

(192) "Toledo Edison Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 14, 2017

(193) "West Penn Power Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance Service Reliability," PR Newswire, Nov. 14, 2017

(194) "FirstEnergy Continues Educating Customers on Scams and Fraud," PR Newswire, Nov. 15, 2017

(195) "Perry Nuclear Power Plant Marks 30 Years of Safe and Reliable Operation," PR Newswire, Nov. 16, 2017

(196) "FirstEnergy Helps Make Holiday Decorating Easy; Smartmart by FirstEnergy Now Offers Smart LED Decorative Lighting for Any Occasion," PR Newswire, Nov. 17, 2017

(197) "WORKERS, WIDOWS SUE FIRSTENERGY CORP.; TOXIC GAS RELEASE KILLED 2, INJURED 4 IN AUGUST," Pittsburgh Post-Gazette, Nov. 18, 2017

(198) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grant to Eleven Teachers in Penelec's Service Area," PR Newswire, Nov. 29, 2017

(199) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grant to Williamsport Teacher," PR Newswire, Nov. 29, 2017

(200) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grants to 14 Teachers in West Penn Power Service Area," PR Newswire, Nov. 29, 2017

(201) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grants to 17 Teachers in Ohio Edison Area," PR Newswire, Nov. 29, 2017

(202) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grants to Seven Teachers in Met-Ed Service Area," PR Newswire, Nov. 29, 2017

(203) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grants to Six Teachers in Penn Power Service Areas," PR Newswire, Nov. 29, 2017

(204) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grants to Six Teachers in The Illuminating Company Service Area," PR Newswire, Nov. 29, 2017

(205) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grants to Teachers in Toledo Edison Territory," PR Newswire, Nov. 29, 2017

(206) "FirstEnergy Awards Science, Technology, Engineering and Mathematics Grants to Three Teachers in West Virginia," PR Newswire, Nov. 29, 2017

(207) "JCP&L Announces Science, Technology, Engineering and Mathematics Classroom Grant Winners," PR Newswire, Nov. 29, 2017

(208) "FirstEnergy's Ohio Utilities File Proposal to Modernize Electric System and Prepare for Smart Technologies; Projects Would Deliver Immediate Reliability Benefits," PR Newswire, Dec. 01, 2017

(209) "FirstEnergy Foundation Will Surprise 132 Deserving Community Organizations as Part of Expanded "12 Gifts of the Season" Campaign," PR Newswire, Dec. 04, 2017

(210) "FirstEnergy Power Plants Prepared to Operate Reliably through Winter Months," PR Newswire, Dec. 06, 2017

(211) "FirstEnergy's Ohio Utilities Propose to Modernize Electric System, Prep for Smart Tech," Transmission & Distribution World, Dec. 06, 2017



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(212) "FirstEnergy Transmission Project in Northeast Ohio Nearing Completion; Project Will Enhance Service Reliability for Electric Customers in Portage and Trumbull Counties," PR Newswire, Dec. 07, 2017

(213) "OREGON; State OKs plans for 2nd natural gas power plant," Toledo Blade (Ohio), Dec. 08, 2017

(214) "Pa. town is at center of Trump coal bailout request Energy," Plain Dealer (Cleveland, OH), Dec. 10, 2017

(215) "FirstEnergy Pennsylvania Utilities File Plans to Purchase Electric Generation Supply Beginning in 2019," PR Newswire, Dec. 11, 2017

(216) "Press Release: FirstEnergy Ohio Utilities' PIPP RFP Auction: Information Sessions for Prospective Bidders on Wednesday, January 10, 2018," Dow Jones Institutional News, Dec. 13, 2017

(217) "FirstEnergy to Build Advanced Energy Center in Akron; Center for Advanced Energy Technology will support training and testing of smart grid technologies," PR Newswire, Dec. 14, 2017

(218) "AKRON UTILITY TO BUILD TECH SITE OFF MULL; FIRSTENERGY CORP. SAYS $37 MILLION COMPLEX TO TEST AND TRAIN STAFF," Akron Beacon Journal (Ohio), Dec. 15, 2017

(219) "Fitch Affirms FirstEnergy & Subs; Assigns First Time Ratings to Mid-Atlantic Transmission, LLC," Dow Jones Institutional News, Dec. 15, 2017

(220) "FirstEnergy plans $37M expansion Utility," Plain Dealer (Cleveland, OH), Dec. 15, 2017

(221) "FirstEnergy Foundation Surprises 12 Non-Profit Agencies in Mon Power Service Area with $1,000 Gifts of the Season Donations," PR Newswire, Dec. 18, 2017

(222) "FirstEnergy Foundation Surprises 12 Non-Profit Agencies in New Jersey with $1,000 Gifts of the Season Donations," PR Newswire, Dec. 18, 2017

(223) "FirstEnergy Foundation Surprises 12 Non-Profit Agencies in Potomac Edison's Service Area with $1,000 Gifts of the Season Donations," PR Newswire, Dec. 18, 2017

(224) "FirstEnergy Foundation Surprises 40 Non-Profit Agencies in Ohio with $1,000 Gifts of the Season Donations," PR Newswire, Dec. 18, 201

(225) "FirstEnergy Foundation Surprises 56 Non-Profit Agencies in Pennsylvania with $1,000 Gifts of the Season Donations," PR Newswire, Dec. 18, 2017

(226) "FirstEnergy Foundation donates $1,000 each to seven local agencies," Beaver County Times (Pennsylvania), Dec. 19, 2017

(227) "FIRSTENERGY URGING ALL CUSTOMERS TO SHOP FOR THEIR POWER," Pittsburgh Post-Gazette, Dec. 19, 2017

(228) "Pre-Market Technical Scan on Electric Utilities Equities -- Dominion Energy, Ameren, Edison Intl., and FirstEnergy," PR Newswire, Dec. 19, 2017

(229) "Press Release: Willdan Expands to Maryland with $7.8 Million Small Business Solutions - Direct Install Program," Dow Jones Institutional News, Dec. 20, 2017

(230) "FirstEnergy Nuclear Operating Company Promotes Barry Blair to General Plant Manager for Davis-Besse Nuclear Power Station," PR Newswire, Dec. 20, 2017

(231) "Lower Rates Approved for Mon Power and Potomac Edison Vegetation Management and Energy Efficiency Programs; Monthly Bills to Drop by about $2 for West Virginia Residential Customers," PR Newswire, Dec. 21, 2017

(232) "FirstEnergy Foundation donates $1,000 to Hayes center," The News-Messenger (Fremont, Ohio), Dec. 28, 2017

(233) "FirstEnergy Receives Industry Recognition for Outage Restoration Efforts; Company Honored for Helping in Florida and South Carolina After Hurricane Irma and for Restoring Own Customers After Severe Thunderstorms," PR Newswire, Jan. 11, 2018

(234) "Regulatory ruling leaves energy companies wondering what future holds," The Blade (Toledo, Ohio), Jan. 13, 2018

(235) "PUCO, FirstEnergy striving for better grid," Crain's Cleveland Business, Jan. 14, 2018

(236) "Ruling leaves energy firms in limbo; Future unclear for FirstEnergy's nuclear, coal-fired plants after agency nixed subsidies," Toledo Blade (Ohio), Jan. 14, 2018

(237) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Jan. 16, 2018

(238) "FirstEnergy Earnings Not Reported &gt; FE," Dow Jones Institutional News, Jan. 22, 2018

(239) "FirstEnergy Gets $2.5 Billion From Elliott, Bluescape Investor Group," Dow Jones Institutional News, Jan. 22, 2018

(240) "FirstEnergy Gets $2.5 Billion From Elliott, Bluescape Investor Group -- Update," Dow Jones Institutional News, Jan. 22, 2018

(241) "S&amp; PGR Rates FirstEnergy's Convertible Pref Stk Issuance 'BB'," Dow Jones Institutional News, Jan. 22, 2018

(242) "FirstEnergy Announces Transformational $2.5 Billion Equity Investment; Investment Will Strengthen Balance Sheet, Support Transition to High Performance, Fully Regulated Utility Company," PR Newswire, Jan. 22, 2018

(243) "SHARES SOAR AFTER NEWS OF CAPITAL INFUSION; $2.5 BILLION TO REDUCE DEBT, WILL HELP UTILITY BECOME FULLY REGULATED, FIRSTENERGY SAYS," Akron Beacon Journal (Ohio), Jan. 23, 2018

(244) "Investors to put $2.5B into FirstEnergy Energy," Plain Dealer (Cleveland, OH), Jan. 23, 2018

(245) "JUSTICES SIDE WITH FIRSTENERGY; PUCO CANNOT ORDER REFUND OF $43 MILLION ON RATES ALREADY OK'D, OHIO HIGH COURT RULES. CREDITS AT CENTER OF DISPUTE," Akron Beacon Journal (Ohio), Jan. 25, 2018

(246) "FirstEnergy executive: Davis-Besse plant headed for premature closure," The Blade (Toledo, Ohio), Jan. 25, 2018

(247) "High court: State's FirstEnergy refund order was improper," The Blade (Toledo, Ohio), Jan. 25, 2018

(248) "FirstEnergy wins bid to avoid client refunds; Clean energy credits were issue," Toledo Blade (Ohio), Jan. 25, 2018

(249) "FIRSTENERGY PREDICTS PLANTS WILL CLOSE EARLY \ BEAVER COUNTY SITES FACE UNCERTAIN FUTURE," Pittsburgh Post-Gazette, Jan. 26, 2018

(250) "FirstEnergy keeps urging nuke subsidy Ohio Senate public utility hearings," Plain Dealer (Cleveland, OH), Jan. 26, 2018

(251) "FirstEnergy executive: Davis-Besse plant headed for premature closure," The Blade (Toledo, Ohio), Jan. 26, 2018

(252) "Davis-Besse plant headed for closure; FirstEnergy exec confirms it, other nuke sites to shut," Toledo Blade (Ohio), Jan. 26, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(253) "Utility refunds are fools' gold in Ohio; we'll never see them," Plain Dealer (Cleveland, OH), Jan. 28, 2018

(254) "FirstEnergy's new tech center clears first hurdle," Crain's Cleveland Business, Jan. 29, 2018

(255) "Close the no-refund loophole," Toledo Blade (Ohio), Feb. 03, 2018

(256) "Press Release: FirstEnergy to Webcast Fourth Quarter Earnings Teleconference," Dow Jones Institutional News, Feb. 13, 2018

(257) "Pre-Market Technical Scan on Electric Utilities Equities -- Entergy, FirstEnergy, NRG Yield, and OGE Energy," PR Newswire, Feb. 14, 2018

(258) "Assistance Programs Available for FirstEnergy Customers in Ohio to Help with Winter Heating Bills; Programs Include Ohio Edison, The Illuminating Company and Toledo Edison Service Areas," PR Newswire, Feb. 15, 2018

(259) "Assistance Programs Available for FirstEnergy Customers in Pennsylvania to Help with Winter Heating Bills," PR Newswire, Feb. 15, 2018

(260) "FirstEnergy to deactivate power plant in West Virginia," Beaver County Times (Pennsylvania), Feb. 16, 2018

(261) "FirstEnergy may shut West Virginia coal-fired power plant," Pittsburgh Business Times (Pennsylvania), Feb. 16, 2018

(262) "FirstEnergy to Deactivate Pleasants Power Station in West Virginia; 1,300 Megawatts of Generating Capacity Set to Retire in 2019," PR Newswire, Feb. 16, 2018

(263) "FIRST ENERGY TO DEACTIVATE COAL PLANT IN W.VA.; FACILITY POWERING 1.3 MILLION HOMES, SET TO CLOSE IN 2019," Akron Beacon Journal (Ohio), Feb. 17, 2018

(264) "Davis-Besse to go through decommissioning if it closes," News Herald (Port Clinton, Ohio), Feb. 17, 2018

(265) "FirstEnergy 4Q Adj EPS 71c &gt; FE," Dow Jones Institutional News, Feb. 20, 2018

(266) "FirstEnergy Files 8K - Director, Officer or Compensation Filing &gt; FE," Dow Jones Institutional News, Feb. 20, 2018

(267) "FirstEnergy Announces 2017 Financial Results; Provides 2018 Guidance, Announces 2018-2021 Regulated Growth Projection of 6-8%, Plans More Than $10 billion in Capital Investments," PR Newswire, Feb. 20, 2018

(268) "FirstEnergy Announces Senior Management Changes; Supports Transition to Fully Regulated Utility, Broadens Experience of Key Executives," PR Newswire, Feb. 20, 2018

(269) "FirstEnergy Board Elects Donald Misheff as Chairman; Pianalto Named to Board, Smart and Cottle to Retire," PR Newswire, Feb. 20, 2018

(270) "FIRSTENERGY CORP. SHAKES UP RANKS, ANNOUNCES NEW BOARD CHAIRMAN; NINE SENIOR MANAGEMENT CHANGES SUPPORT TRANSITION TO FULL REGULATION," Akron Beacon Journal (Ohio), Feb. 21, 2018

(271) "LOSSES NARROW AT FIRSTENERGY IN QUARTER, YEAR; AKRON UTILITY'S SHARES DROP 25 CENTS FOLLOWING REPORT ABOUT $2.5 BILLION SETBACK," Akron Beacon Journal (Ohio), Feb. 21, 2018

(272) "CFO Moves: Perrigo, Celanese, FirstEnergy, LivePearson, Clas Ohlson," Dow Jones Institutional News, Feb. 21, 2018

(273) "CEO: Davis-Besse needs legislative, regulatory help," News Herald (Port Clinton, Ohio), Feb. 21, 2018

(274) "FIRSTENERGY'S GENERATION SUBSIDIARY IS LIKELY HEADED FOR BANKRUPTCY; CEO SAYS THAT RESTRUCTURING WOULD INCLUDE MANSFIELD AND BEAVER VALLEY POWER STATIONS," Pittsburgh Post-Gazette, Feb. 22, 2018

(275) "FirstEnergy can't be allowed to pocket tax-cut windfall Editorial," Plain Dealer (Cleveland, OH), Feb. 25, 2018

(276) "$111 Million to be Spent in 2018 in Toledo Edison Service Area to Help Strengthen Electric System; Projects Expected to Help Enhance Service Reliability," PR Newswire, Feb. 28, 2018

(277) "$156 Million in Infrastructure Projects Planned in Potomac Edison Area During 2018 to Enhance Electric System; Work Expected to Help Reduce Outages and Support Economic Growth," PR Newswire, Feb. 28, 2018

(278) "$189 Million in Infrastructure Projects Planned in Mon Power Area During 2018 to Enhance Electric System; Work Expected to Meet Future Economic Growth and Help Reduce Power Outages," PR Newswire, Feb. 28, 2018

(279) "$202 Million to be Spent in 2018 in The Illuminating Company Service Area to Strengthen Electric System; Projects Expected to Enhance Service Reliability for Customers," PR Newswire, Feb. 28, 2018

(280) "$268 Million in Infrastructure Projects Planned in West Penn Power Area During 2018 to Enhance Electric System; Work Designed to Help Reduce Number and Duration of Power Outages," PR Newswire, Feb. 28, 2018

(281) "$348 Million to be Spent in 2018 in Met-Ed Service Area to Strengthen Electric System; Projects Designed to Help Reduce Number and Duration of Power Outages," PR Newswire, Feb. 28, 2018

(282) "$397 Million to be Spent in 2018 in Ohio Edison Service Area to Strengthen Electric System; Projects Expected to Help Enhance Service Reliability for Customers," PR Newswire, Feb. 28, 2018

(283) "$453 Million to be Spent in 2018 in Penelec Service Area to Enhance Electric System; Projects Designed to Help Reduce Number and Duration of Power Outages," PR Newswire, Feb. 28, 2018

(284) "$66 Million to be Spent in 2018 in Penn Power Service Area to Strengthen Electric System; Work Designed to Help Reduce Number and Duration of Outages," PR Newswire, Feb. 28, 2018

(285) "OHIO EDISON PROJECTS WILL COST $397 MILLION; FIRSTENERGY CORP. UNVEILS 2018 CONSTRUCTION PLANS FOR LINES, CIRCUITS, STATIONS," Akron Beacon Journal (Ohio), Mar. 01, 2018

(286) "FirstEnergy Utilities Prepare for Winter Storm Forecast to Impact the Region Beginning Today; Company Personnel Ready to Respond to Service Interruptions Caused by Wind Gusts that Could Reach 60 MPH in Some Areas," PR Newswire, Mar. 01, 2018

(287) "UPDATE ON ELECTRICITY, GAS RATES," Akron Beacon Journal (Ohio), Mar. 04, 2018

(288) "JCP&L Continues to Make Repairs to System Following Devastating Winter Storm that Impacted Entire Mid-Atlantic and New England Region; Additional Linemen, Hazard Assessors and Support Personnel from FirstEnergy Utilities and Electrical Contractors Traveling to New Jersey to Assist," PR Newswire, Mar. 04, 2018

(289) "Met-Ed Continues to Make Repairs to System Following Devastating Winter Storm that Impacted Entire Mid-Atlantic and New England Region; Additional Linemen, Hazard Assessors and Support Personnel from FirstEnergy Utilities and Electrical Contractors Traveling to Eastern Pa. to Assist," PR Newswire, Mar. 04, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(290) "Press Release: Met-Ed Continues to Make Repairs to System Following Devastating Winter Storm that Impacted Entire Mid-Atlantic and New England Region," Dow Jones Institutional News, Mar. 05, 2018

(291) "Davis-Besse Nuclear Power Station Begins Refueling and Maintenance Outage," PR Newswire, Mar. 05, 2018

(292) "FIRSTENERGY, ENERFAB FINED OVER FATAL GAS LEAK," Pittsburgh Post-Gazette, Mar. 08, 2018

(293) "FirstEnergy, contractor contest fines after fatal accident at Bruce Mansfield," Beaver County Times (Pennsylvania), Mar. 20, 2018

(294) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Mar. 20, 2018

(295) "FirstEnergy Utilities Preparing for Winter Storm Forecast to Impact the Region Beginning Today; Personnel Ready to Respond Should Wet, Heavy Snow Affect Electric Service," PR Newswire, Mar. 20, 2018

(296) "LABOR RIGHTS FIGHT; EMPLOYEE OR INDEPENDENT CONTRACTOR? RIDE-HAILING DRIVERS, REFEREES, STRIPPERS, LAND AGENTS SEEK BENEFITS," Pittsburgh Post-Gazette, Mar. 26, 2018

(297) "Davis-Besse Nuclear Power Station Returns to Service Following Refueling and Maintenance Outage," PR Newswire, Mar. 27, 2018

(298) "What's Happening With These Electric Utilities Stocks? -- Duke Energy, Edison, Entergy, and FirstEnergy," PR Newswire, Mar. 27, 2018

(299) "FirstEnergy Plans to Shut Down Three Nuclear Power Plants by 2021," Dow Jones Institutional News, Mar. 28, 2018

(300) "FirstEnergy announces plans to close Beaver Valley nuclear station," Pittsburgh Business Times (Pennsylvania), Mar. 28, 2018

(301) "FirstEnergy Solutions Files Deactivation Notice for Three Competitive Nuclear Generating Plants in Ohio and Pennsylvania; - 4,048 Megawatts of Electricity Generating Capacity to Retire by 2021," PR Newswire, Mar. 28, 2018

(302) "Davis-Besse nuclear plant back online -- but for how long?," The Blade (Toledo, Ohio), Mar. 28, 2018

(303) "Davis-Besse nuclear plant is back online; But its days may be numbered," Toledo Blade (Ohio), Mar. 28, 2018

(304) "Beaver Valley nuclear plant could be deactivated by 2021," Beaver County Times (Pennsylvania), Mar. 29, 2018

(305) "Potential closure of nuke plant could have far-reaching consequences locally," Beaver County Times (Pennsylvania), Mar. 29, 2018

(306) "Ohio Utility Seeks Government Help for Its Struggling Plants," Dow Jones Institutional News, Mar. 29, 2018

(307) "Ohio Utility Wants Emergency Help for Nuclear and Coal Power," Dow Jones Institutional News, Mar. 29, 2018

(308) "FirstEnergy pushes Trump administration to declare Power Act emergency," Pittsburgh Business Times (Pennsylvania), Mar. 29, 2018

(309) "Nuclear plant's closing would have big impact on United Way of Beaver County," Pittsburgh Business Times (Pennsylvania), Mar. 29, 201

(310) "What to expect from FirstEnergy's plans for the Beaver Valley nuclear plant," Pittsburgh Business Times (Pennsylvania), Mar. 29, 2018

(311) "Nuclear generation to cease in three years FirstEnergy," Plain Dealer (Cleveland, OH), Mar. 29, 2018

(312) "FirstEnergy Solutions Seeks Emergency Order to Avert Power Crisis," PR Newswire, Mar. 29, 2018

(313) "Perry Nuclear Power Plant to close in 2021," The News-Herald of Willoughby, Ohio, Mar. 29, 2018

(314) "Utility Seeks Federal Help -- WSJ," Dow Jones Institutional News, Mar. 30, 2018

(315) "Focus on finding buyer for Davis-Besse; Local officials scramble to save nuclear plant after deactivation filing," News Herald (Port Clinton, Ohio), Mar. 30, 2018

(316) "FIRSTENERGY MOVES TOWARD CLOSING BEAVER NUCLEAR PLANT; FIRM SEEKS FEDERAL EMERGENCY ACTION," Pittsburgh Post-Gazette, Mar. 30, 2018

(317) "FirstEnergy claim: Emergency is coming Electrical supply," Plain Dealer (Cleveland, OH), Mar. 30, 2018

(318) "Davis-Besse nuclear power plant to shut down permanently in 2020," The Blade (Toledo, Ohio), Mar. 30, 2018

(319) "Focus on finding buyer for Davis-Besse; Local officials scramble to save nuclear plant after deactivation filing," The News-Messenger (Fremont, Ohio), Mar. 30, 2018

(320) "FirstEnergy sets closure dates for nuclear plants; Davis-Besse will shut down in 2020 - Correction Appended," Toledo Blade (Ohio), Mar. 30, 2018

(321) "FirstEnergy Solutions and FirstEnergy Nuclear Operating Company File Voluntary Petitions for Chapter 11 Restructuring; - Operations Expected to Continue Normally during Restructuring," PR Newswire, Mar. 31, 2018

(322) "FirstEnergy's Transformation to Fully Regulated Utility Company with Stronger Financials and Customer-Focused Growth Moves Ahead; Regulated Operations and Services to Continue Uninterrupted as Competitive Subsidiaries Voluntarily File for Restructuring Under Chapter 11," PR Newswire, Mar. 31, 2018

(323) "FIRSTENERGY SOLUTIONS IS SEEKING BANKRUPTCY PROTECTION; POWER-GENERATING UNIT OF AKRON ENERGY GIANT EXPLAINS CHAPTER 11 NEED," Akron Beacon Journal (Ohio), Apr. 01, 2018

(324) "EDITORIAL: Much at stake in Shippingport," Beaver County Times (Pennsylvania), Apr. 01, 2018

(325) "FirstEnergy Generation Units File for Bankruptcy After Seeking Federal Bailout," Dow Jones Institutional News, Apr. 01, 2018

(326) "Press Release: FirstEnergy's Transformation to Fully Regulated Utility Company with Stronger Financials and Customer-Focused Growth Moves Ahead," Dow Jones Institutional News, Apr. 01, 2018

(327) "Trump Faces Test on Coal With FirstEnergy Appeal," Dow Jones Institutional News, Apr. 01, 2018

(328) "FirstEnergy Solutions makes bankruptcy filing Utilities," Plain Dealer (Cleveland, OH), Apr. 01, 2018

(329) "FIRSTENERGY SOLUTIONS FILES BANKRUPTCY; POWER-GENERATING UNIT OF AKRON ENERGY GIANT EXPLAINS NEED FOR CHAPTER 11," Akron Beacon Journal (Ohio), Apr. 02, 2018

(330) "FirstEnergy subsidiary files for bankruptcy protection," Beaver County Times (Pennsylvania), Apr. 02, 2018

(331) "FirstEnergy Units File for Bankruptcy -- WSJ," Dow Jones Institutional News, Apr. 02, 2018

(332) "Press Release: S&PGR Downgrades FirstEnergy Solutions To 'D'," Dow Jones Institutional News, Apr. 02, 2018

(333) "S&PGR Afrms FirstEnergy Corp. Rtgs On FES Bankruptcy Filing," Dow Jones Institutional News, Apr. 02, 2018

(334) "Some of FirstEnergy's Power-Generation Businesses File for Bankruptcy," Dow Jones Institutional News, Apr. 02, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(335) "Trump Faces Test on Coal With FirstEnergy Appeal," Dow Jones Institutional News, Apr. 02, 2018

(336) "Trump's Loyalty To Coal Is Tested -- WSJ," Dow Jones Institutional News, Apr. 02, 2018

(337) "Will Trump Come to Coal Firm's Aid? -- Energy Journal," Dow Jones Institutional News, Apr. 02, 2018

(338) "Davis-Besse owners file for bankruptcy," News Herald (Port Clinton, Ohio), Apr. 02, 2018

(339) "FirstEnergy subsidiaries file for Chapter 11 bankruptcy protection," Pittsburgh Business Times (Pennsylvania), Apr. 02, 2018

(340) "Here's who FirstEnergy Solutions owes money to," Pittsburgh Business Times (Pennsylvania), Apr. 02, 2018

(341) "FirstEnergy Solutions filed for bankruptcy late Saturday," The Blade (Toledo, Ohio), Apr. 02, 2018

(342) "Davis-Besse owners file for bankruptcy," The News-Messenger (Fremont, Ohio), Apr. 02, 2018

(343) "FirstEnergy units file for bankruptcy; Fates of plants, including Davis-Besse, appear bleak," Toledo Blade (Ohio), Apr. 02, 2018

(344) "FIRSTENERGY SOLUTIONS CITES FRACKING WOES; COMPANY SAYS IT CAN'T COMPETE WITH CHEAP NATURAL GAS AFTER PAYING BILLIONS TO UPGRADE COAL PLANTS TO MEET U.S. POLLUTION STANDARDS," Akron Beacon Journal (Ohio), Apr. 03, 2018

(345) "Fitch: FirstEnergy Corp.'s Ratings Unchanged by FirstEnergy Solutions' Bankruptcy Filing," Dow Jones Institutional News, Apr. 03, 2018

(346) "Davis-Besse still looking for help to survive; Nuclear plant seeking bailout after bankruptcy, deactivation filings," News Herald (Port Clinton, Ohio), Apr. 03, 2018

(347) "WHAT TO EXPECT FROM ENERGY COMPANY'S BANKRUPTCY," Pittsburgh Post-Gazette, Apr. 03, 2018

(348) "FirstEnergy Solutions seeks day in court Bankruptcy filing," Plain Dealer (Cleveland, OH), Apr. 03, 2018

(349) "Bankruptcy proceedings for FirstEnergy Solutions get under way," The Blade (Toledo, Ohio), Apr. 03, 2018

(350) "FIRSTENERGY SOLUTIONS STILL RUNNING; COAL AND NUCLEAR POWER PLANT OPERATIONS TO CONTINUE DURING CHAPTER 11 BANKRUPTCY," Akron Beacon Journal (Ohio), Apr. 04, 2018

(351) "Agencies plan for possible FirstEnergy layoffs," Beaver County Times (Pennsylvania), Apr. 04, 2018

(352) "U.S. judge grants FES requests Bankruptcy court," Plain Dealer (Cleveland, OH), Apr. 04, 2018

(353) "Viewpoint: The ripple effects of losing Beaver Valley," Pittsburgh Business Times (Pennsylvania), Apr. 05, 2018

(354) "Rothfus meets with workers at nuclear plant, asks Trump for emergency action," Beaver County Times (Pennsylvania), Apr. 06, 2018

(355) "Penelec to Conduct Storm Restoration Drill to Help Employees Prepare for Severe Weather Events," PR Newswire, Apr. 06, 2018

(356) "FIRSTENERGY SOLUTIONS BEGINS LONG JOURNEY; CHAPTER 11 BANKRUPTCY PROCESS INVOLVING NUCLEAR, COAL PLANTS COULD TAKE YEARS; REVIEW OF IMPACT ON OHIO CONSUMERS BEGINS," Akron Beacon Journal (Ohio), Apr. 08, 2018

(357) "Chapter 11 could be long, complicated court fight," Crain's Cleveland Business, Apr. 09, 2018

(358) "Ohio Power Company Has Few Allies in Bailout Bid," Dow Jones Institutional News, Apr. 09, 2018

(359) "FirstEnergy Utilities Urge Customers to 'Hang Up, Don't Pay Up' When Suspected Scammers Call," PR Newswire, Apr. 09, 2018

(360) "FirstEnergy's Ohio Utilities Launch Energy Audit Program to Help Customers Save; Program offers rebates on professional energy audits and incentives for energy-saving improvements," PR Newswire, Apr. 09, 2018

(361) "Weakened Utility Finds Few Allies -- WSJ," Dow Jones Institutional News, Apr. 10, 2018

(362) "Despite murky future, FirstEnergy remains responsible for closure of Little Blue Run," Beaver County Times (Pennsylvania), Apr. 11, 2018

(363) "RALPH DINICOLA, EX-SPOKESMAN FOR FIRSTENERGY, DIES AT AGE 68; CALLING HOURS SUNDAY FOR LEADER HAILED AS MASTER COMMUNICATOR," Akron Beacon Journal (Ohio), Apr. 14, 2018

(364) "LEGACY OF COAL; ABANDONED POWER PLANTS POSE OPPORTUNITY, LIABILITY FOR THEIR COMMUNITIES," Pittsburgh Post-Gazette, Apr. 15, 2018

(365) "Press Release: FirstEnergy to Webcast First Quarter Earnings Teleconference," Dow Jones Institutional News, Apr. 16, 2018

(366) "FirstEnergy Substation Upgrade to Benefit Penelec Customers in Erie County," PR Newswire, Apr. 16, 2018

(367) "DAVIS-BESSE, OTHER PLANTS; Nuclear lobby warns of impact of closures," Toledo Blade (Ohio), Apr. 17, 2018

(368) "Bankruptcy firm also lobbies for FirstEnergy Utility," Plain Dealer (Cleveland, OH), Apr. 21, 2018

(369) "Utility backing Householder FirstEnergy," Plain Dealer (Cleveland, OH), Apr. 21, 2018

(370) "FirstEnergy Strikes Creditor Deal in Subsidiary Bankruptcies," Dow Jones Institutional News, Apr. 23, 2018

(371) "S&PGR Revises FirstEnergy Corp. Outlk To Pos; Rtgs Afrmd," Dow Jones Institutional News, Apr. 23, 2018

(372) "FirstEnergy Announces Agreement in Principle with Creditors in FirstEnergy Solutions' Chapter 11 Proceedings," PR Newswire, Apr. 23, 2018

(373) "FirstEnergy Announces First Quarter 2018 Financial Results," PR Newswire, Apr. 23, 2018

(374) "FIRSTENERGY ANNOUNCES AGREEMENT WITH KEY CREDITORS; SUBSIDIARY TAKES STEP TOWARD EMERGING FROM BANKRUPTCY FILING. COMPANY REPORTS STRONG EARNINGS," Akron Beacon Journal (Ohio), Apr. 24, 2018

(375) "FirstEnergy Strikes Creditor Deal -- WSJ," Dow Jones Institutional News, Apr. 24, 2018

(376) "POWER COMPANY, CREDITORS REACH DEAL; FIRSTENERGY PLAN REQUIRES APPROVALS," Pittsburgh Post-Gazette, Apr. 24, 2018

(377) "FirstEnergy Solutions Files Certification Letter with NRC Affirming Plans to Deactivate Three Nuclear Generating Plants," PR Newswire, Apr. 25, 2018

(378) "Electric Utilities Stocks' Research Reports Released on Entergy, FirstEnergy, Korea Electric Power, and Pinnacle West Capital," PR Newswire, Apr. 26, 2018

(379) "FirstEnergy Names Samuel Pierre-Louis Vice President, Information Technology," PR Newswire, Apr. 26, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(380) "FirstEnergy Solutions Responds to PJM Interconnection Reliability Study:; - No value given to zero-emissions, fuel diversity advantages of nuclear," PR Newswire, Apr. 30, 2018

(381) "VIDEO FIGHTS AGAINST UTILITY SCAMS; FIRSTENERGY TAKES TO YOUTUBE TO PROVIDE CUSTOMERS WITH TIPS TO AVOID FRAUDSTERS," Akron Beacon Journal (Ohio), May 02, 2018

(382) "Press Release: FirstEnergy Employees Donate More Than 3.3 Million Meals During 2018 Harvest for Hunger Campaign," Dow Jones Institutional News, May 02, 2018

(383) "All-Electric Vehicle Incentives Available for FirstEnergy Customers; Nissan LEAF Models Available in all FirstEnergy Service Areas; BMW i3 and BMW i3s Models Available in New Jersey and Maryland," PR Newswire, May 02, 2018

(384) "Lights out for Oak Harbor? Nuclear plant's closing could turn financial hurdles into catastrophe," Toledo Blade (Ohio), May 06, 2018

(385) "FirstEnergy Nearing Completion of Transmission Line Project to Support Northern Ohio," PR Newswire, May 07, 2018

(386) "Nuke closures have impacted local economies, changed community character," The Blade (Toledo, Ohio), May 07, 2018

(387) "Nuclear plant closures dim prospects; City officials bemoan loss of land, jobs," Toledo Blade (Ohio), May 07, 2018

(388) "Met-Ed's 2018 Tree Trimming Program Underway; Work Includes 3,600 Miles of Lines and Will Help Enhance Reliability," PR Newswire, May 10, 2018

(389) "Mon Power's 2018 Tree Trimming Program Underway; Work Includes 4,500 Miles of Lines and Will Help Enhance Reliability," PR Newswire, May 10, 2018

(390) "Ohio Edison's 2018 Tree Trimming Program Underway; Work Includes 5,600 Miles of Power Lines and Will Help Enhance Reliability," PR Newswire, May 10, 2018

(391) "Penelec's 2018 Tree Trimming Program Underway; Work Includes 4,000 Miles of Lines and Will Help Enhance Reliability," PR Newswire, May 10, 2018

(392) "Penn Power's 2018 Tree Trimming Program Underway; Work Includes More than 1,200 Miles of Lines and Will Help Enhance Reliability," PR Newswire, May 10, 2018

(393) "Potomac Edison's 2018 Tree Trimming Program Underway; Work Includes Special Program to Remove Trees Damaged by Emerald Ash Borer," PR Newswire, May 10, 2018

(394) "Toledo Edison's 2018 Tree Trimming Program Underway; Work Includes 1,400 Miles of Power Lines and Will Help Enhance Reliability," PR Newswire, May 10, 2018

(395) "Tree Trimming Program Underway in The Illuminating Company Service Area for 2018; Work Includes 2,100 Miles of Power Lines and Will Help Enhance Reliability," PR Newswire, May 10, 2018

(396) "West Penn Power's 2018 Tree Trimming Program Underway; Work Includes More Than 5,000 Miles of Lines and Will Help Enhance Reliability," PR Newswire, May 10, 2018

(397) "AGs: FirstEnergy bailout bid 'legally flawed'," Toledo Blade (Ohio), May 11, 2018

(398) "FirstEnergy CEO Jones Addresses Shareholders; Company announces preliminary results from 2018 Annual Meeting," PR Newswire, May 15, 2018

(399) "FIRSTENERGY HAS 'EVENTFUL' YEAR; CEO CHUCK JONES DISCUSSES RECENT BANKRUPTCY FILING, UPGRADES AT ANNUAL SHAREHOLDERS MEETING," Akron Beacon Journal (Ohio), May 16, 2018

(400) "Press Release: Met-Ed Continues to Make Repairs to System Following Wind Damage," Dow Jones Institutional News, May 17, 2018

(401) "Cleanup assurances sought from FirstEnergy Nuclear plant decommissioning," Plain Dealer (Cleveland, OH), May 24, 2018

(402) "FirstEnergy Solutions Comments on Results of PJM Capacity Auction," PR Newswire, May 24, 2018

(403) "Legislators call on Gov. Wolf to lend support to Beaver Valley nuclear plant," Beaver County Times (Pennsylvania), May 29, 2018

(404) "FirstEnergy's secret weapon in U.S. bailout Nuclear power," Plain Dealer (Cleveland, OH), May 31, 2018

(405) "FIRSTENERGY CORP. HAILS TRUMP ON GRID DIRECTIVE; PRESIDENT ORDERS STEPS TO DELAY MOTHBALLING OF COAL, NUCLEAR PLANTS," Akron Beacon Journal (Ohio), Jun. 02, 2018

(406) "Trump moves to save nuclear, coal plants that can't compete Energy," Plain Dealer (Cleveland, OH), Jun. 02, 2018

(407) "FirstEnergy's request for Trump relief draws more critics," The Blade (Toledo, Ohio), Jun. 03, 2018

(408) "Press Release: FirstEnergy Retirees and Alumni Can Stay Connected with New Website," Dow Jones Institutional News, Jun. 05, 2018

(409) "FirstEnergy Announces Leadership Promotions to Support Transmission and Distribution Growth," PR Newswire, Jun. 06, 2018

(410) "FirstEnergy Announces Management Promotions in Utility Operations," PR Newswire, Jun. 06, 2018

(411) "FirstEnergy Receives Industry Recognition for Outage Restoration Efforts; Company Honored for Helping in New England After Tropical Storm Philippe and for Restoring Own Customers After Back-to-Back Nor'Easters," PR Newswire, Jun. 07, 2018

(412) "Regulatory commissions take interest in FirstEnergy bankruptcy," The Blade (Toledo, Ohio), Jun. 08, 2018

(413) "Feds discuss nuclear plant closures; NRC defends itself from allegations of onerous regulations," Toledo Blade (Ohio), Jun. 08, 2018

(414) "Creditors can track progress of case online FirstEnergy Solutions bankruptcy," Plain Dealer (Cleveland, OH), Jun. 09, 2018

(415) "Nuclear, coal bailout critics cite high cost; Up to $34B more estimated," Toledo Blade (Ohio), Jun. 09, 2018

(416) "Law firm bills FirstEnergy subsidiary $3.7M Energy," Plain Dealer (Cleveland, OH), Jun. 10, 2018

(417) "Press Release: West Penn Power Completes Inspections and Maintenance for Summer Season to Help Enhance Customer Service Reliability," Dow Jones Institutional News, Jun. 11, 2018

(418) "Met-Ed Conducting Inspections and Maintenance Prior to Summer Season to Help Enhance Customer Service Reliability," PR Newswire, Jun. 11, 2018

(419) "Mon Power Completes Inspections and Maintenance for Summer Season to Help Enhance Customer Service Reliability," PR Newswire, Jun. 11, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(420) "Ohio Edison Completing Inspections and Maintenance Prior to Summer Season to Help Enhance Customer Service Reliability," PR Newswire, Jun. 11, 2018

(421) "Penn Power Completes Inspections and Maintenance Prior to Summer Season to Help Enhance Customer Service Reliability," PR Newswire, Jun. 11, 2018

(422) "Potomac Edison Completes Inspections and Maintenance Prior to Summer Season to Help Enhance Customer Service Reliability," PR Newswire, Jun. 11, 2018

(423) "The Illuminating Company Completes Inspections and Maintenance Prior to Summer Season to Help Enhance Customer Service Reliability," PR Newswire, Jun. 11, 2018

(424) "Toledo Edison Completes Substation Work, Other Projects to Enhance Service Reliability During Summer Heat," PR Newswire, Jun. 11, 2018

(425) "FirstEnergy Utilities Lead Industry in Use of Drones to Inspect Protected Bird Nests," PR Newswire, Jun. 12, 2018

(426) "Met-Ed Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2018

(427) "Mon Power Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2018

(428) "Ohio Edison, Penn Power Add New Line and Substation Workers from Power Systems Institute Training Programs," PR Newswire, Jun. 14, 2018

(429) "Penelec Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2018

(430) "Potomac Edison Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2018

(431) "The Illuminating Company Adds New Line Workers from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2018

(432) "Toledo Edison Adds New Line and Substation Workers from Power Systems Institute Training Programs," PR Newswire, Jun. 14, 2018

(433) "West Penn Power Adds New Line and Substation Employees from Power Systems Institute Training Program," PR Newswire, Jun. 14, 2018

(434) "Plant cleanup plans questioned FirstEnergy Solutions," Plain Dealer (Cleveland, OH), Jun. 20, 2018

(435) "NRC meeting on Davis-Besse draws small crowd Utilities," Plain Dealer (Cleveland, OH), Jun. 27, 2018

(436) "Nuclear shutdown to take decades," Toledo Blade (Ohio), Jun. 27, 2018

(437) "Press Release: FirstEnergy Utilities Prepared to Handle Summer Heat," Dow Jones Institutional News, Jun. 28, 2018

(438) "FIRSTENERGY OFFERS 600 BUYOUTS; 200 AKRON WORKERS, INCLUDING 100 DOWNTOWN, CONSIDER 'ENHANCED RETIREMENT PROGRAM' OF CORPORATE SUBSIDIARY," Akron Beacon Journal (Ohio), Jun. 29, 2018

(439) "U.S., military back nuclear bailout; Trump plan may be last hope for Davis-Besse," Toledo Blade (Ohio), Jul. 02, 2018

(440) "New Potomac Edison Substation and Power Line Project Underway in Northern Frederick County, Maryland; Upgrades Expected to Enhance Service Reliability for Customers," PR Newswire, Jul. 11, 2018

(441) "FirstEnergy's Energizing the Future Initiative Driving Enhanced Service Reliability for Customers; Projects resulting in fewer outages on the transmission system," PR Newswire, Jul. 12, 2018

(442) "Jersey Central Power & Light Names New Vice President of Operations," PR Newswire, Jul. 16, 2018

(443) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Jul. 17, 2018

(444) "FirstEnergy Files 8K - Director, Officer or Compensation Filing >FE," Dow Jones Institutional News, Jul. 23, 2018

(445) "Press Release: FirstEnergy to Webcast Second Quarter Earnings Teleconference," Dow Jones Institutional News, Jul. 24, 2018

(446) "Shotgun wedding? True love?; Elliott has blessings of FirstEnergy, RPM shareholders," Crain's Cleveland Business, Jul. 30, 2018

(447) "FirstEnergy 2Q Net Falls;  Co Reaches Amended Settlement in FES Bankruptcy," Dow Jones Institutional News, Jul. 31, 2018

(448) "FirstEnergy Sees FY Adj EPS $2.25-Adj EPS $2.55 >FE," Dow Jones Institutional News, Jul. 31, 2018

(449) "Press Release: FirstEnergy Announces Executive Retirements," Dow Jones Institutional News, Jul. 31, 2018

(450) "CORRECTION -- FirstEnergy Corp.," PR Newswire, Jul. 31, 2018

(451) "FirstEnergy Announces Second Quarter 2018 Financial Results; Company Reaches Definitive Step in FES Bankruptcy Process," PR Newswire, Jul. 31, 2018

(452) "Power line upgrades paying off for FirstEnergy," The Blade (Toledo, Ohio), Jul. 31, 2018

(453) "Edison takes aim at outages," Toledo Blade (Ohio), Aug. 04, 2018

(454) "MAYOR TO RAPPEL 20 STORIES OF AKRON SKYCRAPER; FUNDRAISER ON SATURDAY AT FIRSTENERGY BUILDING IS BENEFIT FOR SCOUTING," Akron Beacon Journal (Ohio), Aug. 11, 2018

(455) "FIRSTENERGY SOLUTIONS; Big step taken toward closing of Davis-Besse," Toledo Blade (Ohio), Aug. 16, 2018

(456) "Press Release: FirstEnergy Ohio Utilities' Electric Security Plan ESP-IV Auction: Information Session for Prospective Bidders on Monday, August 27, 2018," Dow Jones Institutional News, Aug. 20, 2018

(457) "Potomac Edison Files Rate Case Designed to Enhance Reliability for its Maryland Customers; Includes New Technology, System Redundancy and Enhanced Maintenance," PR Newswire, Aug. 24, 2018

(458) "LEGAL LETTER MAY ARRIVE SOON IN MAIL," Akron Beacon Journal (Ohio), Aug. 25, 2018

(459) "FirstEnergy to Provide $1.1 Billion in Bankruptcy Settlement," Dow Jones Institutional News, Aug. 27, 2018

(460) "S&PGR Upgrds FirstEnergy And Subsids To 'BBB';  Outlook Stable," Dow Jones Institutional News, Aug. 27, 2018

(461) "FirstEnergy Enters Definitive Settlement Agreement with Key Parties in FES Bankruptcy Proceedings; Agreement Represents Milestone in FirstEnergy's Transformation," PR Newswire, Aug. 27, 2018

(462) "UTILITY: MASS LAYOFFS AREN'T SLATED; VOLUNTARY BUYOUTS TAKEN BY 500 OF 600 ELIGIBLE FIRSTENERGY EMPLOYEES," Akron Beacon Journal (Ohio), Aug. 28, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(463) "FirstEnergy Solutions lines up new supplier Electricity," Plain Dealer (Cleveland, OH), Aug. 28, 2018

(464) "AKRON," The Independent (Massillon, Ohio), Aug. 28, 2018

(465) "FirstEnergy Solutions closing Ohio, Pa. plants Energy," Plain Dealer (Cleveland, OH), Aug. 30, 2018

(466) "COAL-FIRED PLANTS TO SHUT; FirstEnergy unit announces plan to close Ohio, Pennsylvania sites, saying they're unable to compete," Akron Beacon Journal (Ohio), Aug. 31, 2018

(467) "Construction Underway on FirstEnergy Transmission Line Upgrade in Northeast Ohio; Project Will Modernize Infrastructure Serving Customers in Lorain, Cuyahoga and Medina Counties," PR Newswire, Sep. 04, 2018

(468) "Press Release: FirstEnergy Utilities Preparing for Impact of Hurricane Florence," Dow Jones Institutional News, Sep. 11, 2018

(469) "FirstEnergy Utilities Preparing for Impact of Hurricane Florence; Company Meteorologists Closely Monitoring Weather Conditions to Help Ensure Resources Are Deployed to Hardest-Hit Areas," PR Newswire, Sep. 11, 2018

(470) "Constellation NewEnergy to replace FirstEnergy Solutions," The Blade (Toledo, Ohio), Sep. 14, 2018

(471) "FIRSTENERGY SOLUTIONS BANKRUPTCY CASE; Constellation NewEnergy to honor electric contracts," Toledo Blade (Ohio), Sep. 14, 2018

(472) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Sep. 18, 2018

(473) "FirstEnergy Files 8K - Director, Officer or Compensation Filing >FE," Dow Jones Institutional News, Sep. 19, 2018

(474) "Turner Elected to FirstEnergy Board of Directors," PR Newswire, Sep. 19, 2018

(475) "WHAT'S IN THE VAULT?; OHIO EDISON PROJECT TO UPGRADE DOWNTOWN AKRON'S POWER SUPPLY," Akron Beacon Journal (Ohio), Sep. 21, 2018

(476) "LITTLE BLUE'S LEGACY ; AS COUNTRY'S BIGGEST COAL ASH DUMP CLOSES, RESIDENTS FACE UNCERTAIN FUTURE," Pittsburgh Post-Gazette, Sep. 23, 2018

(477) "FirstEnergy's Settlement Agreement Approved in FES Bankruptcy Case," PR Newswire, Sep. 26, 2018

(478) "S&PGRBulletin: Bankruptcy Crt Approves FirstEnergy Settlement," Dow Jones Institutional News, Sep. 27, 2018

(479) "FirstEnergy Ohio Utilities Launch Request for Proposal for 2018 Solar and Renewable Energy Credits," PR Newswire, Oct. 03, 2018

(480) "FirstEnergy Utility Crews Mobilize to Assist with Hurricane Michael Power Restoration Efforts," PR Newswire, Oct. 11, 2018

(481) "Mon Power Relocates Transmission Line for Construction of Corridor H Bridge in Tucker County; Highway Project to Benefit Rural Economy," PR Newswire, Oct. 11, 2018

(482) "FirstEnergy Utilities Send Additional Workers to Assist with Hurricane Michael Power Restoration Efforts," PR Newswire, Oct. 12, 2018

(483) "Press Release: FirstEnergy to Webcast Third Quarter Earnings Teleconference," Dow Jones Institutional News, Oct. 18, 2018

(484) "Press Release: Beaver Valley Power Station Unit 2 Begins Refueling and Maintenance Outage," Dow Jones Institutional News, Oct. 22, 2018

(485) "Press Release: JCP&L Preparing for Severe Weather Forecast; Critical Customers Notified," Dow Jones Institutional News, Oct. 24, 2018

(486) "FirstEnergy Receives Industry Recognition for Outstanding Service to Major Customers; Company Honored by Edison Electric Institute for Excellence in Providing Superior Service to National Customers," PR Newswire, Oct. 24, 2018

(487) "FirstEnergy Sees FY Adj EPS $2.50-Adj EPS $2.60 >FE," Dow Jones Institutional News, Oct. 25, 2018

(488) "FirstEnergy Announces Third Quarter 2018 Financial Results," PR Newswire, Oct. 25, 2018

(489) "FirstEnergy Utilities Deploying Additional Resources in Advance of East Coast Storm," PR Newswire, Oct. 25, 2018

(490) "FIRSTENERGY LOSES $512M; AKRON UTILITY COMPANY LOWERS FULL-YEAR PROFIT GUIDANCE WHILE RAISING ADJUSTED EARNINGS," Akron Beacon Journal (Ohio), Oct. 26, 2018

(491) "FirstEnergy cites settlement in $512M 3Q loss," Plain Dealer (Cleveland, OH), Oct. 27, 2018

(492) "Press Release: FirstEnergy President and CEO Charles E. Jones to Participate in EEI Investor Conference," Dow Jones Institutional News, Nov. 02, 2018

(493) "Fitch Affirms FirstEnergy's & Subsidiary Ratings; Outlook to Positive," Dow Jones Institutional News, Nov. 05, 2018

(494) "Press Release: FirstEnergy's Pennsylvania Default Service Program DSP-IV and DSP-V Auctions: Information Session for Prospective Bidders on Wednesday, November 14, 2018," Dow Jones Institutional News, Nov. 05, 2018

(495) "FirstEnergy Announces Dividend Policy to Support Enhanced Shareholder Returns; Declares increased common stock dividend payment for March 2019," PR Newswire, Nov. 09, 2018

(496) "FirstEnergy Ohio Utilities File Settlement to Provide $900 Million Federal Tax Refund to Customers; Agreement Also Includes $500 Million Investment in Grid Modernization and Smart Meter Customer Benefits," PR Newswire, Nov. 09, 2018

(497) "FirstEnergy to return $900M to customers; Ties deal to plan for upgrade, fee," Toledo Blade (Ohio), Nov. 10, 2018

(498) "FirstEnergy Launches New Branding Campaign Featuring Employees and Technology that Make the Future Brighter," PR Newswire, Nov. 13, 2018

(499) "Press Release: FirstEnergy Ohio Utilities' Electric Security Plan ESP-IV Auction: Information Session for Prospective Bidders on Wednesday, November 28, 2018," Dow Jones Institutional News, Nov. 14, 2018

(500) "JCP&L Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 15, 2018

(501) "Met-Ed Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 15, 2018

(502) "Mon Power Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance Service Reliability," PR Newswire, Nov. 15, 2018



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(503) "Potomac Edison Recognized with Business Philanthropy Award for Outstanding Support of Maryland Communities," PR Newswire, Nov. 15, 2018

(504) "The Illuminating Company Completes Inspections and Maintenance Prior to Winter Weather; Preparing Equipment for Colder Weather Helps Enhance System Reliability," PR Newswire, Nov. 15, 2018

(505) "FirstEnergy Crews Continue to Make Repairs and Restore Power Following Ice Storm," PR Newswire, Nov. 16, 2018

(506) "November Winter Storm Update," PR Newswire, Nov. 17, 2018

(507) "FORTY UNDER 40; Rosheadra Edwards, 39," Crain's Cleveland Business, Nov. 19, 2018

(508) "Press Release: November Winter Storm Update," Dow Jones Institutional News, Nov. 19, 2018

(509) "November Winter Storm Update," PR Newswire, Nov. 19, 2018

(510) "FirstEnergy Files 8K - Director, Officer or Compensation Filing >FE," Dow Jones Institutional News, Nov. 21, 2018

(511) "Electric utilities bracing for a heavy load; Pot growing, cryptocurrency mining pull a lot of power - FirstEnergy and others want to be ready," Crain's Cleveland Business, Nov. 26, 2018

(512) "DEP considering updated permit for Little Blue Run, Bruce Mansfield plant," Beaver County Times (Pennsylvania), Nov. 29, 2018

(513) "FirstEnergy Launches Holiday Lights Contest and Shares Lighting Safety & Efficiency Tips; Contest Invites Customers to Share Their Best and Brightest Holiday Displays," PR Newswire, Dec. 03, 2018

(514) "FirstEnergy Files 8K - Director, Officer or Compensation Filing >FE," Dow Jones Institutional News, Dec. 04, 2018

(515) "FirstEnergy Executives to Ring Closing Bell at New York Stock Exchange," PR Newswire, Dec. 04, 2018

(516) "FirstEnergy's Ohio Utilities Remind Customers of Available Assistance Programs to Help with Winter Bills," PR Newswire, Dec. 10, 2018

(517) "FirstEnergy's Pennsylvania Utilities Remind Customers of Available Assistance Programs to Help with Winter Bills," PR Newswire, Dec. 10, 2018

(518) "FirstEnergy's West Virginia Utilities Remind Customers of Available Assistance Programs to Help with Winter Bills," PR Newswire, Dec. 10, 2018

(519) "FirstEnergy Foundation's "Gifts of the Season" Campaign Surprises Eight Pennsylvania Non-Profit Agencies with $5,000 Donations," PR Newswire, Dec. 13, 2018

(520) "FirstEnergy Foundation's "Gifts of the Season" Campaign Surprises Four Maryland and West Virginia Non-Profit Agencies with $5,000 Donations," PR Newswire, Dec. 13, 2018

(521) "FirstEnergy Foundation's "Gifts of the Season" Campaign Surprises Four Ohio Non-Profit Agencies with Holiday Donations," PR Newswire, Dec. 13, 2018

(522) "NEWSMAKERS OF THE YEAR; FirstEnergy/Charles Jones," Crain's Cleveland Business, Dec. 17, 2018

(523) "NEWSMAKERS OF THE YEAR; FirstEnergy/Charles Jones," Crain's Cleveland Business, Dec. 17, 2018

(524) "Lower Electric Rates Approved for Mon Power and Potomac Edison Customers in West Virginia; Settlement Reduces Customer Bills by $77 Million in 2019," PR Newswire, Jan. 03, 2019

(525) "FirstEnergy Foundation Donates $25,000 to Support Fill a Glass with Hope® Milk Program," PR Newswire, Jan. 04, 2019

(526) "FirstEnergy Receives Industry Recognition for Outage Restoration Efforts Following Widespread Severe Thunderstorms," PR Newswire, Jan. 10, 2019

(527) "Aurora mayor jousts with FirstEnergy over transmission line," Aurora Advocate (OH), Jan. 14, 2019

(528) "Power firm to outline plans for Aurora transmission line," Aurora Advocate (OH), Jan. 14, 2019

(529) "Three FirstEnergy Pennsylvania Utilities Launch Request for Proposal for Solar Photovoltaic Alternative Energy Credits," PR Newswire, Jan. 14, 2019

(530) "'Transmission travesty': Some worried about FirstEnergy proposal in Aurora," FOX - 8 WJW (Cleveland, Ohio), Jan. 15, 2019

(531) "OAK HARBOR, OHIO; Davis-Besse shut down for repair to steam pipe; Reactor to be back on line 'very soon'," Toledo Blade (Ohio), Jan. 15, 2019

(532) "OAK HARBOR, OHIO; Davis-Besse returning to full power after repair; Nuclear reactor was taken offline," Toledo Blade (Ohio), Jan. 16, 2019

(533) "FirstEnergy Utilities Prepare for Severe Winter Weather This Weekend," PR Newswire, Jan. 17, 2019

(534) "FirstEnergy Utilities Secure Additional Resources in Advance of Winter Storm Harper," PR Newswire, Jan. 18, 2019

(535) "500-plus Aurora residents briefed on FirstEnergy plan," Aurora Advocate (OH), Jan. 21, 2019

(536) "FirstEnergy Earns 2019 Bloomberg Gender-Equality Index Designation," PR Newswire, Jan. 21, 2019

(537) "FirstEnergy Solutions Corp. Reaches Restructuring Support Agreement with Key Stakeholders; - Agreement Contemplates Continued Ownership and Operation of Retail and Wholesale Load-Serving Business Beyond Chapter 11," PR Newswire, Jan. 23, 2019

(538) "Deal could keep Davis-Besse online at least to May 31, 2020," The Blade (Toledo, Ohio), Jan. 23, 2019

(539) "FES announces tentative deal with creditors, looks to exit bankruptcy," Plain Dealer (Cleveland, OH), Jan. 24, 2019

(540) "Deal could keep Davis-Besse online until at least May 31, 2020," The Blade (Toledo, Ohio), Jan. 24, 2019

(541) "Credit deal could keep Davis-Besse operating; FirstEnergy Solutions cites need for other relief," Toledo Blade (Ohio), Jan. 24, 2019

(542) "FirstEnergy unlikely to sell power plants," Beaver County Times (Pennsylvania), Jan. 25, 2019

(543) "Lake Girl Scout troop awarded FirstEnergy STEM grant," The Suburbanite (Green, Ohio), Jan. 25, 2019

(544) "High-voltage fight: Answers to key questions on FirstEnergy's Aurora plan," Aurora Advocate (OH), Jan. 26, 2019

(545) "FirstEnergy customers may get bill credits; Deal still needs regulator approval," Plain Dealer (Cleveland, OH), Jan. 29, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(546) "FirstEnergy Utilities Offer Tips to Stay Safe and Save Energy During Extreme Cold," PR Newswire, Jan. 29, 2019

(547) "Federal Register: FirstEnergy Service Company; Notice of Filing Pages 689 - 690 [FR DOC #2019-00515]," Impact News Service, Jan. 31, 2019

(548) "U.S., Ohio fire warning shot to FirstEnergy Solutions," Plain Dealer (Cleveland, OH), Feb. 01, 2019

(549) "PRO/CON; Should legislators help save Ohio nuclear plants? - Part 2 of 2; NO: FirstEnergy bailout would be crony capitalism at its worst," The Columbus Dispatch (Ohio), Feb. 03, 2019

(550) "FirstEnergy Solutions Highlights Nuclear Plants Performance During Recent Extreme Weather," PR Newswire, Feb. 06, 2019

(551) "THIS IS BIGGER THAN FIRSTENERGY," Akron Beacon Journal (Ohio), Feb. 16, 2019

(552) "For now, it seems General Assembly might do something - Correction Appended," Plain Dealer (Cleveland, OH), Feb. 17, 2019

(553) "Legislators can address big challenges if they want to;," The Columbus Dispatch (Ohio), Feb. 17, 2019

(554) "FirstEnergy Announces 2018 Financial Results; Affirms 2019 Guidance, Regulated Growth Projection of 6-8%," PR Newswire, Feb. 19, 2019

(555) "FIRSTENERGY'S 4TH QUARTER SHORES UP YEAR; 2018 IS PROFITABLE AFTER FINAL QUARTER'S EARNINGS BEAT FORECASTS," Akron Beacon Journal (Ohio), Feb. 20, 2019

(556) "FirstEnergy sees big turnaround, $981M net profit," Plain Dealer (Cleveland, OH), Feb. 21, 2019

(557) "FirstEnergy offers tips for potentially damaging winds," FOX - 8 WJW (Cleveland, Ohio), Feb. 22, 2019

(558) "FirstEnergy prepares for weekend storm, offers tips to residents," FOX - 8 WJW (Cleveland, Ohio), Feb. 22, 2019

(559) "FirstEnergy Utilities Prepared for Heavy Winds, Precipitation This Weekend," PR Newswire, Feb. 22, 2019

(560) "A 'Star-Spangled Banner' day for Fightin Phils fans enjoying early taste of spring," Reading Eagle (Pennsylvania), Feb. 24, 2019

(561) "'Skills gap' creates opportunities for Preston High students," The Dominion Post (Morgantown, West Virginia), Feb. 24, 2019

(562) "FirstEnergy Crews Continue to Make Repairs Following Widespread Wind Storm," PR Newswire, Feb. 25, 2019

(563) "FirstEnergy February Wind Storm Update," PR Newswire, Feb. 26, 2019

(564) "FirstEnergy February Wind Storm Update," PR Newswire, Feb. 27, 2019

(565) "FirstEnergy Solutions Corp. Announces New Management Team to Complete Restructuring and Lead the Company into the Future; - John W. Judge Named New President and CEO," PR Newswire, Feb. 28, 2019

(566) "FIRSTENERGY SOLUTIONS NAMES NEW SENIOR LEADERS," Akron Beacon Journal (Ohio), Mar. 01, 2019

(567) "Potomac Edison to Launch Electric Vehicle Charging Station Pilot Program in Maryland; Commission-approved program also includes rebates for customer installations," PR Newswire, Mar. 05, 2019

(568) "Nuclear reactor subsidy may threaten gas turbine future," Plain Dealer (Cleveland, OH), Mar. 09, 2019

(569) "AGENCIES OBJECT TO UTILITY'S REORGANIZATION; FIRSTENERGY SOLUTIONS' PLAN TO EMERGE FROM BANKRUPTCY IN MAY COULD BE PUSHED BACK," Akron Beacon Journal (Ohio), Mar. 16, 2019

(570) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Mar. 19, 2019

(571) "FirstEnergy Home Now Offers Home Repair Service Plans through HomeServe USA to Eligible Homeowners in New Jersey," PR Newswire, Mar. 20, 2019

(572) "FirstEnergy: Cost to close plants tops $900M," Beaver County Times (Pennsylvania), Mar. 21, 2019

(573) "Judge holds up FirstEnergy Solutions bankruptcy plan," Plain Dealer (Cleveland, OH), Mar. 23, 2019

(574) "Nuclear plants aim for climate change angle; Industry hopes to keep doors open," Toledo Blade (Ohio), Mar. 27, 2019

(575) "FirstEnergy Solutions Appoints Jay Bellingham SVP of Fossil Energy; Industry Veteran Bellingham Joins New FES Management Team," PR Newswire, Mar. 29, 2019

(576) "Perry, Davis-Besse plants' dismantling may take 60 years dismantle from F1," Plain Dealer (Cleveland, OH), Mar. 31, 2019

(577) "Feds cry foul over FES deal off court   Regulators oppose bankruptcy plan," Plain Dealer (Cleveland, OH), Apr. 02, 2019

(578) "FirstEnergy Solutions Corp. to Submit Revised Disclosure Statement for Proposed Plan of Reorganization," PR Newswire, Apr. 04, 2019

(579) "UTILITY BANKRUPTCY PLAN HITS SNAG; JUDGE TELLS FIRSTENERGY SOLUTIONS TO GO BACK AND TRY AGAIN," Akron Beacon Journal (Ohio), Apr. 05, 2019

(580) "Bill would charge users to save nuclear plants," Plain Dealer (Cleveland, OH), Apr. 06, 2019

(581) "Future of Davis-Besse stuck in limbo; Rejection of key piece of restructuring plan sends FirstEnergy back to drawing board," Toledo Blade (Ohio), Apr. 07, 2019

(582) "PAST FIRSTENERGY TO CLEAN POWER," Akron Beacon Journal (Ohio), Apr. 08, 2019

(583) "Federal Register: FirstEnergy Corp.; FirstEnergy Solutions; FirstEnergy Nuclear Generation, LLC; FirstEnergy Nuclear Operating Company Pages 14136 - 14141 [FR DOC 2019-06987]," Impact News Service, Apr. 09, 2019

(584) "Report: FirstEnergy Solutions has paid millions to lobbying, public relations firms," Beaver County Times (Pennsylvania), Apr. 12, 2019

(585) "This weekend in and around Berks: April 12 to April 14," Reading Eagle (Pennsylvania), Apr. 12, 2019

(586) "Ohio nuclear plant bailout plan encourages other zero-carbon energy," The Columbus Dispatch: Web Edition Articles (OH), Apr. 12, 2019

(587) "BAILOUT PLAN ENCOURAGES OTHER ZERO-CARBON ENERGY; FIRSTENERGY SOLUTIONS WOULD GET NEARLY $150 MILLION PER YEAR UNDER NEW OHIO CLEAN AIR PROGRAM," Akron Beacon Journal (Ohio), Apr. 13, 2019

(588) "Nuke plant bailout also encourages clean energy;," The Columbus Dispatch (Ohio), Apr. 13, 2019

(589) "Ohio nuclear plant bailout plan encourages other zero-carbon energy," The Independent (Massillon, Ohio), Apr. 13, 2019

(590) "Where will the nuclear waste go after Three Mile Island shuts down?," Philly.com, Apr. 14, 2019

(591) "Nuclear plant bailout debate kicks off at Statehouse," The Columbus Dispatch: Web Edition Articles (OH), Apr. 16, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(592) "OHIO DEBATES UTILITY BAILOUT; BANKRUPT FIRSTENERGY SOLUTIONS WOULD GET $150 MILLION IN TAXPAYER MONEY," Akron Beacon Journal (Ohio), Apr. 17, 2019

(593) "Spending on lobbying, PR preceded new bill," Plain Dealer (Cleveland, OH), Apr. 17, 2019

(594) "Skycrane airlifts massive utility pole apparatus to power line project crossing Cumru golf course," Reading Eagle (Pennsylvania), Apr. 17, 2019

(595) "Bailout for nuclear plants gets scrutiny;," The Columbus Dispatch (Ohio), Apr. 17, 2019

(596) "FirstEnergy Solutions warns of higher prices if nuke plants close," The Columbus Dispatch: Web Edition Articles (OH), Apr. 17, 2019

(597) "UTILITY WARNS OF HIGHER PRICES; FIRSTENERGY SOLUTIONS TELLS LEGISLATORS THAT ELECTRIC BILLS WILL SURGE IF OHIO NUCLEAR PLANTS CLOSE," Akron Beacon Journal (Ohio), Apr. 18, 2019

(598) "FirstEnergy Solutions Corp. Enters into Agreement with FirstEnergy Corp. to Provide Clear Path Forward to Conclude Restructuring; Files Revised Disclosure Statement for Amended Plan of Reorganization; - Agreement with FirstEnergy Corp. Addresses Feedback from Court by Eliminating Non-consensual Releases," PR Newswire, Apr. 18, 2019

(599) "FirstEnergy Statement on Next Steps in FES Bankruptcy Filing," PR Newswire, Apr. 18, 2019

(600) "FirstEnergy warns of higher prices if nuclear power plants are closed;," The Columbus Dispatch (Ohio), Apr. 18, 2019

(601) "FirstEnergy Announces Management Changes in Utility Operations," PR Newswire, Apr. 19, 2019

(602) "UTILITY BANKRUPTCY PLAN REVISED; FIRSTENERGY SOLUTIONS REVAMPS REORGANIZATION PROPOSAL FOLLOWING COURT CRITICISMS," Akron Beacon Journal (Ohio), Apr. 20, 2019

(603) "FirstEnergy Solutions revamps plan for bankruptcy after court criticism," Plain Dealer (Cleveland, OH), Apr. 20, 2019

(604) "A GOP Green Deal sends the green to power suppliers  - Correction Appended," Plain Dealer (Cleveland, OH), Apr. 21, 2019

(605) "Politics, not dirty-air concerns, drive Ohio House GOP's Green New Deal;," The Columbus Dispatch (Ohio), Apr. 21, 2019

(606) "Met-Ed's 2019 Tree Trimming Program Underway; Work Includes 3,100 Miles of Lines and Will Help Enhance Reliability," PR Newswire, Apr. 22, 2019

(607) "Mon Power's 2019 Tree Trimming Program Underway; Work Includes More than 5,100 Miles of Lines," PR Newswire, Apr. 22, 2019

(608) "Ohio Edison's 2019 Tree Trimming Program Underway; Work to Enhance Reliability Includes 5,300 Miles of Power Lines," PR Newswire, Apr. 22, 2019

(609) "Penelec's 2019 Tree Trimming Program Underway; Work Includes 4,400 Miles of Lines and Will Help Enhance Reliability," PR Newswire, Apr. 22, 2019

(610) "Potomac Edison's 2019 Tree Trimming Program Underway; Work Includes Special Program to Remove Trees Damaged by Emerald Ash Borer," PR Newswire, Apr. 22, 2019

(611) "Toledo Edison's 2019 Tree Trimming Program Underway; Work Includes Almost 1,400 Miles of Power Lines," PR Newswire, Apr. 22, 2019

(612) "Tree Trimming Program Underway in Penn Power; Work Includes More Than 1,100 Miles of Lines," PR Newswire, Apr. 22, 2019

(613) "Tree Trimming Program Underway in The Illuminating Company Service Area for 2019; Work Includes About 2,500 Miles of Power Lines," PR Newswire, Apr. 22, 2019

(614) "West Penn Power's 2019 Tree Trimming Program Underway; Work Includes Nearly 5,000 Miles of Lines and Will Help Enhance Reliability," PR Newswire, Apr. 22, 2019

(615) "More work on nukes," Toledo Blade (Ohio), Apr. 22, 2019

(616) "FirstEnergy Announces First Quarter 2019 Financial Results," PR Newswire, Apr. 23, 2019

(617) "Nuclear bailout bill slammed by environmental, other groups," The Columbus Dispatch: Web Edition Articles (OH), Apr. 23, 2019

(618) "FIRSTENERGY REPORTS FIRST-QUARTER PROFIT; \ SHARES JUMP 15 CENTS FOLLOWING UPBEAT REPORT," Akron Beacon Journal (Ohio), Apr. 24, 2019

(619) "Critics bash bill's nuclear bailout," The Columbus Dispatch (Ohio), Apr. 24, 2019

(620) "Make clean energy work for Ohio," The Times Reporter (New Philadelphia, Ohio), Apr. 24, 2019

(621) "Ohio lawmakers reworking nuclear rescue bill," Plain Dealer (Cleveland, OH), May 02, 2019

(622) "CRA International: FirstEnergy's Pennsylvania Default Service Program DSP-V Auction: Information Session for Prospective Bidders on Wednesday, May 8, 2019," Contify Energy News, May 07, 2019

(623) "Consumers' office says FirstEnergy amendment will lead to 'price gouging'," The Columbus Dispatch: Web Edition Articles (OH), May 07, 2019

(624) "BILL ALLOWS FIRSTENERGY PRICE GOUGING, CRITICS SAY; CONSUMERS' OFFICE SAYS MEASURE IN OHIO HOUSE LETS UTILITY KEEP 'EXCESSIVE MONOPOLY PROFITS'," Akron Beacon Journal (Ohio), May 08, 2019

(625) "A few last-minute words could boost utilities' profits," Plain Dealer (Cleveland, OH), May 08, 2019

(626) "FirstEnergy Named to DiversityInc Top Utilities List," PR Newswire, May 08, 2019

(627) "Budget protects FirstEnergy profits;," The Columbus Dispatch (Ohio), May 08, 2019

(628) "CLEVELAND CLINIC, FIRSTENERGY RECOGNIZED FOR DIVERSITY," Akron Beacon Journal (Ohio), May 10, 2019

(629) "JCP&L to Host Supplier Diversity Procurement Fair," Contify Energy News, May 10, 2019

(630) "Bailout bill not a lost cause," Plain Dealer (Cleveland, OH), May 10, 2019

(631) "JCP&L Conducts Annual Storm Restoration Drill to Help Employees Prepare for Real-Life Events," Contify Energy News, May 16, 2019

(632) "South Side School Board race features 10 candidates for six open seats," Beaver County Times (Pennsylvania), May 17, 2019

(633) "FIRSTENERGY SEEN AS ONE, NOT THREE," Akron Beacon Journal (Ohio), May 18, 2019

(634) "A 'green' shift? Same hands are on the legislative levers," Plain Dealer (Cleveland, OH), May 19, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(635) "Statehouse full steam ahead on nuclear plants' bailout;," The Columbus Dispatch (Ohio), May 19, 2019

(636) "FirstEnergy Solutions Corp., FENOC, Receive Court Approval to Solicit Votes on Plan of Reorganization; - Ruling Keeps Company on Track to Emerge from Chapter 11 Process in Late 2019," PR Newswire, May 20, 2019

(637) "Column: Statehouse full steam ahead on nuclear plants' bailout," The Columbus Dispatch: Web Edition Articles (OH), May 20, 2019

(638) "FIRSTENERGY SOLUTIONS CLEARS BANKRUPTCY HURDLE; CREDITORS TO VOTE ON REORGANIZATION PLAN LATER; COMPANY SEEKING SPLIT FROM FIRSTENERGY," Akron Beacon Journal (Ohio), May 21, 2019

(639) "FirstEnergy CEO Jones Addresses Shareholders," Contify Energy News, May 21, 2019

(640) "Federal Register: FirstEnergy Nuclear Operating Company; Beaver Valley Power Station, Unit No. 1, Davis-Besse Nuclear Power Station, Unit No. 1 Pages - 23087 [FR DOC #2019-10545]," Impact News Service, May 21, 2019

(641) "FirstEnergy moves closer to Chapter 11 reorganization Chapter 11," Plain Dealer (Cleveland, OH), May 21, 2019

(642) "FirstEnergy CEO Jones Addresses Shareholders; Company announces preliminary voting results from 2019 Annual Meeting," PR Newswire, May 21, 2019

(643) "FIRSTENERGY CEO SEES STRONG FUTURE IN AKRON CHANGES UNDERWAY WILL IMPROVE UTILITY'S STABILITY, JONES SAYS AT SHAREHOLDERS MEETING," Akron Beacon Journal (Ohio), May 22, 2019

(644) "FirstEnergy Announces Promotions in Human Resources, Finance Organizations," Contify Energy News, May 22, 2019

(645) "FirstEnergy Nuclear Operating Company; Beaver Valley Power Station, Unit No. 1, Davis-Besse Nuclear Power Station, Unit No. 1," Impact News Service, May 22, 2019

(646) "FirstEnergy Announces Promotions in Human Resources, Finance Organizations," PR Newswire, May 22, 2019

(647) "ENERGY BILL MOVES AHEAD; OHIO HOUSE PANEL OKS PLAN DESPITE CRITICISM OF BOOST FOR FIRSTENERGY SOLUTIONS," Akron Beacon Journal (Ohio), May 25, 2019

(648) "Legislature's lack of concern about utility customers goes way back," Plain Dealer (Cleveland, OH), May 26, 2019

(649) "Nuclear bailout bill shows how big money can be put to work in the Ohio Statehouse  Bailout," Plain Dealer (Cleveland, OH), May 26, 2019

(650) "Ratepayers know Ohio's utility lobby is alive and well;," The Columbus Dispatch (Ohio), May 26, 2019

(651) "FirstEnergy: Penn Power Installing New Automated Devices to Help Reduce Duration of Power Outages," Contify Energy News, May 28, 2019

(652) "JCP&L Names Three New External Affairs Consultants," Contify Energy News, May 29, 2019

(653) "House approves energy measure," The Columbus Dispatch (Ohio), May 30, 2019

(654) "Utilities know just where to look to fatten their bottom line," Plain Dealer (Cleveland, OH), Jun. 02, 2019

(655) "HB 6 continues electric utilities' feast at Statehouse table;," The Columbus Dispatch (Ohio), Jun. 02, 2019

(656) "Bill that would rescue nuclear plants drawing protests across northern Ohio," The Blade (Toledo, Ohio), Jun. 04, 2019

(657) "Protesters rally against state energy bill; Legislation would save Davis-Besse nuclear plant," Toledo Blade (Ohio), Jun. 04, 2019

(658) "Potomac Edison Customers Can Now Receive $75 to Recycle Old Fridge through 2019," PR Newswire, Jun. 05, 2019

(659) "Penelec Celebrates 100th Anniversary of Powering Pennsylvania Communities," PR Newswire, Jun. 06, 2019

(660) "Federal Register: FirstEnergy Nuclear Operating Company, FirstEnergy Nuclear Generation, LLC, Beaver Valley Power Station, Unit Nos. 1 and 2, Davis-Besse Nuclear Power Station, Unit No. 1, Perry Nuclear Power Plant, Unit No. 1 Pages 26906 - 26909 [FR DOC #2019-12065]," Impact News Service, Jun. 10, 2019

(661) "JCP&L Hires New Graduates from Power Systems Institute Training Programs," PR Newswire, Jun. 10, 2019

(662) "Met-Ed Hires New Graduates from Power Systems Institute Training Program," PR Newswire, Jun. 10, 2019

(663) "Mon Power Hires New Graduates from Power Systems Institute Training Program," PR Newswire, Jun. 10, 2019

(664) "Ohio Edison, Penn Power Hire New Graduates from Power Systems Institute Training Programs," PR Newswire, Jun. 10, 2019

(665) "Penelec Hires New Graduates from Power Systems Institute Training Program," PR Newswire, Jun. 10, 2019

(666) "Potomac Edison Hires New Graduates from Power Systems Institute Training Program," PR Newswire, Jun. 10, 2019

(667) "The Illuminating Company Hires New Graduates from Power Systems Institute Training Program," PR Newswire, Jun. 10, 2019

(668) "Toledo Edison Adds New Line and Substation Workers from Power Systems Institute Training Programs," PR Newswire, Jun. 10, 2019

(669) "West Penn Power Hires New Graduates from Power Systems Institute Training Program," PR Newswire, Jun. 10, 2019

(670) "Exemption; Issuance: FirstEnergy Nuclear Operating Co., FirstEnergy Nuclear Generation, LLC, Beaver Valley Power Station, Unit Nos. 1 and 2, Davis-Besse Nuclear Power Station, Unit No. 1, Perry Nuclear Power Plant, Unit No. 1," Impact News Service, Jun. 11, 2019

(671) "Federal Register: FirstEnergy Nuclear Operating Company; Beaver Valley Power Station, Unit 2 Pages 27367 - 27372 [FR DOC #2019-12324]," Impact News Service, Jun. 12, 2019

(672) "FirstEnergy Receives Industry Recognition for Outage Restoration Efforts Following February Wind Storm," PR Newswire, Jun. 12, 2019

(673) "FirstEnergy Nuclear Operating Company; Beaver Valley Power Station, Unit 2," Impact News Service, Jun. 13, 2019

(674) "CHANGE ORDERED ON UTILITY BILLS; OHIO SUPREME COURT RESCINDS FIRSTENERGY RIDER THAT GENERATED UP TO $204 MILLION ANNUALLY," Akron Beacon Journal (Ohio), Jun. 20, 2019

(675) "NUCLEAR BAILOUT PRESSURE GROWS; PLAN TO HELP FIRSTENERGY SOLUTIONS WILL COST OHIO CONSUMERS," Akron Beacon Journal (Ohio), Jun. 20, 2019

(676) "High court finds energy rider charge 'improper' FirstEnergy Fee costs customers more than $150 million per year," Plain Dealer (Cleveland, OH), Jun. 20, 2019

(677) "Here's the lowdown on House Bill 6;," The Columbus Dispatch (Ohio), Jun. 20, 2019

(678) "Top Ohio court kills fee added to FirstEnergy bills;," The Columbus Dispatch (Ohio), Jun. 20, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(679) "Court tosses FirstEnergy's surcharges; Under current law, no refund required," Toledo Blade (Ohio), Jun. 20, 2019

(680) "FIRSTENERGY RIDER LACKS INCENTIVE," Akron Beacon Journal (Ohio), Jun. 21, 2019

(681) "Betting on favors for public utilities a sure thing in Ohio," Plain Dealer (Cleveland, OH), Jun. 23, 2019

(682) "Senate votes on nuclear bailout bill this week   Bailout bill," Plain Dealer (Cleveland, OH), Jun. 23, 2019

(683) "Utilities hold sway over PUCO; maybe voters should have a say;," The Columbus Dispatch (Ohio), Jun. 23, 2019

(684) "Just how (un)profitable are Ohio's two nuclear plants?   Nuclear   FirstEnergy Solutions says it can't tell the public," Plain Dealer (Cleveland, OH), Jun. 25, 2019

(685) "Senate struggles to revise nuclear bailout bill;," The Columbus Dispatch (Ohio), Jun. 26, 2019

(686) "HB 6 in current form is bad for Ohioans," Daily Record; Wooster, Ohio, Jun. 27, 2019

(687) "Federal Register: FirstEnergy Nuclear Operating Company; Beaver Valley Power Station, Unit Nos. 1 and 2, and ISFSI; Davis-Besse Nuclear Power Station, Unit No. 1; and ISFSI; Perry Nuclear Power Plant, Unit No. 1; and ISFSI; Consideration of Application Containing Sensitive Unclassified Non-Safeguards Information Regarding Approval of Transfer of Licenses and Conforming Amendments Pages 30775 - 30778 [FR DOC #2019-13699]," Impact News Service, Jun. 27, 2019

(688) "Ohio Senate plan allocates $150M to prop up nukes; Renewables rules would be eased," Toledo Blade (Ohio), Jun. 27, 2019

(689) "SENATE BILL KEEPS NUCLEAR SUBSIDIES; SENATOR CALLS MEASURE 'COMPREHENSIVE'; FIRSTENERGY SOLUTIONS, COAL-PLANT OPERATORS COULD CHARGE FEES," Akron Beacon Journal (Ohio), Jun. 28, 2019

(690) "READERS' FORUM," Toledo Blade (Ohio), Jun. 28, 2019

(691) "Legislators must fix PUCO so it serves all Ohioans, not just utilities," Plain Dealer (Cleveland, OH), Jun. 30, 2019

(692) "No Headline In Original," Plain Dealer (Cleveland, OH), Jun. 30, 2019

(693) "Senators hope nuclear plants' deadline soft;," The Columbus Dispatch (Ohio), Jun. 30, 2019

(694) "Utilities', donors' support set stage for passage of bailout bill;," The Columbus Dispatch (Ohio), Jun. 30, 2019

(695) "LEGISLATORS MISS DEADLINE FOR NUKE PLANTS BAILOUT; FIRSTENERGY SOLUTIONS URGED STATE LAWMAKERS TO HELP BY JUNE 30. NOW WHAT?," Akron Beacon Journal (Ohio), Jul. 01, 2019

(696) "UTILITY SAYS BAILOUT STILL POSSIBLE; FIRSTENERGY SOLUTIONS TELLS OHIO LEGISLATORS THERE'S STILL TIME TO OK NUCLEAR FUNDING," Akron Beacon Journal (Ohio), Jul. 02, 2019

(697) "Nuke plants can still be saved by bailout," Plain Dealer (Cleveland, OH), Jul. 02, 2019

(698) "Deadline is drawing near for Davis-Besse refueling," Toledo Blade (Ohio), Jul. 02, 2019

(699) "FirstEnergy imposter offers a 30 percent discount," Plain Dealer (Cleveland, OH), Jul. 03, 2019

(700) "Court ruling could mean millions in back wages for Bruce Mansfield plant workers," Beaver County Times (Pennsylvania), Jul. 08, 2019

(701) "Skycasters' 10th Anniversary at the FirstEnergy All-American Soap Box Derby," PR Newswire, Jul. 10, 2019

(702) "FirstEnergy Names Kevin Burgess Vice President, Risk and Internal Audit," PR Newswire, Jul. 12, 2019

(703) "Federal Register: FirstEnergy Nuclear Operating Company; Perry Nuclear Power Plant, Unit No. 1 Pages 33993 - 33995 [FR DOC #2019-15096]," Impact News Service, Jul. 16, 2019

(704) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Jul. 16, 2019

(705) "FirstEnergy Extends Title Sponsorship with All-American Soap Box Derby," PR Newswire, Jul. 17, 2019

(706) "FirstEnergy Ohio Utilities to Return Tax Savings to Customers and Invest in Grid Modernization," PR Newswire, Jul. 17, 2019

(707) "DERBY RETAINS TITLE SPONSOR; FIRSTENERGY COMMITS MORE THAN $1 MILLION TO ALL-AMERICAN FOR ANOTHER FIVE YEARS," Akron Beacon Journal (Ohio), Jul. 18, 2019

(708) "Lonnie Walker IV embraces honor as hometown hero [Video]," Reading Eagle (Pennsylvania), Jul. 20, 2019

(709) "Legislators about to do FirstEnergy some big favors, but consumers ...," Plain Dealer (Cleveland, OH), Jul. 21, 2019

(710) "Investors, not consumers, would profit most from House Bill 6 bailout;," The Columbus Dispatch (Ohio), Jul. 21, 2019

(711) "OHIO POISED TO PASS NUCLEAR PLANT BAILOUT; FIRSTENERGY SOLUTIONS RESCUE BILL HAS NEEDED VOTES, SPEAKER SAYS," Akron Beacon Journal (Ohio), Jul. 23, 2019

(712) "FirstEnergy Announces Second Quarter 2019 Financial Results," Contify Energy News, Jul. 23, 2019

(713) "Infamous Three Mile Island reactor, shut down since 1979, will be sold and dismantled," Philly.com, Jul. 23, 2019

(714) "FirstEnergy Announces Second Quarter 2019 Financial Results," PR Newswire, Jul. 23, 2019

(715) "Members of House flown in for HB6 vote;," The Columbus Dispatch (Ohio), Jul. 23, 2019

(716) "ELECTRICITY BUYERS TO FUND BAILOUT; OHIO SIGNS OFF ON $150 MILLION A YEAR TO SAVE FIRSTENERGY SOLUTIONS NUCLEAR PLANTS," Akron Beacon Journal (Ohio), Jul. 24, 2019

(717) "FIRSTENERGY REPORTS HIGHER EARNINGS; SECOND-QUARTER INCOME RISES EVEN AS MILD SPRING WEATHER LOWERS ELECTRICITY DEMAND," Akron Beacon Journal (Ohio), Jul. 24, 2019

(718) "JCP&L Line Crews and Other Personnel Continue to Restore Service Following Damaging Wind and Severe Thunderstorms," Contify Energy News, Jul. 24, 2019

(719) "In approving nuclear bailout bill, state is on the wrong path  - Correction Appended," Plain Dealer (Cleveland, OH), Jul. 24, 2019

(720) "FirstEnergy Solutions Applauds Enactment of HB6 Legislation," PR Newswire, Jul. 24, 2019

(721) "Firstenergy Announces Second Quarter 2019 Financial Results," Resources News (RWE), Jul. 24, 2019

(722) "DeWine signs nuclear bailout bill;," The Columbus Dispatch (Ohio), Jul. 24, 2019

(723) "DeWine signs $150M a year nuclear deal; House backs bill with 1 vote to spare," Toledo Blade (Ohio), Jul. 24, 2019

(724) "FirstEnergy: JCP&L Thunderstorm Restoration Update," Contify Energy News, Jul. 25, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(725) "Customers shouldn't be dinged for utility;," The Columbus Dispatch (Ohio), Jul. 25, 2019

(726) "That's a giant leap backward for Ohio's energy and economy;," The Columbus Dispatch (Ohio), Jul. 25, 2019

(727) "NUCLEAR PLANTS' BAILOUT; $50M spent on lobbying efforts - Correction Appended," Toledo Blade (Ohio), Jul. 25, 2019

(728) "HB6 is a giant leap backward for Ohio," Daily Record; Wooster, Ohio, Jul. 26, 2019

(729) "FirstEnergy Solutions Rescinds Deactivation Notices for Competitive Generating Plants in Ohio," PR Newswire, Jul. 26, 2019

(730) "FirstEnergy Solutions to keep coal-fired plant burning;," The Columbus Dispatch (Ohio), Jul. 27, 2019

(731) "FirstEnergy campaign cash totaled $1M;," The Columbus Dispatch (Ohio), Jul. 28, 2019

(732) "FIRSTENERGY PAC GAVE $1M BEFORE BAILOUT; OHIO LAWMAKERS POCKET CAMPAIGN CASH PRIOR TO VOTE ON CUSTOMER-FUNDED RESCUE OF NUCLEAR PLANTS," Akron Beacon Journal (Ohio), Jul. 29, 2019

(733) "Incentives Available for FirstEnergy Customers to Purchase Nissan Electric Vehicles," PR Newswire, Jul. 29, 2019

(734) "FirstEnergy donates $1M before bailout," Daily Record; Wooster, Ohio, Jul. 30, 2019

(735) "FirstEnergy Solutions Names Board of Directors for Reorganized Company," PR Newswire, Jul. 30, 2019

(736) "Firstenergy Solutions Names Board Of Directors For Reorganized Company," Resources News (RWE), Jul. 31, 2019

(737) "FirstEnergy Ohio Utilities' Electric Security Plan ESPIV Auction: Information Session for Prospective Bidders on Wednesday, August 7, 2019," Contify Energy News, Aug. 01, 2019

(738) "The more you learn, the worse House Bill 6 looks;," The Columbus Dispatch (Ohio), Aug. 02, 2019

(739) "The more you learn, the worse House Bill 6 looks," Daily Record; Wooster, Ohio, Aug. 04, 2019

(740) "Utilities get to keep improper charges," The Columbus Dispatch (Ohio), Aug. 04, 2019

(741) "Federal Register: FirstEnergy Nuclear Operating Company Beaver Valley Independent Spent Fuel Storage Installation Pages 38071 - 38073 [FR DOC #2019-16668]," Impact News Service, Aug. 05, 2019

(742) "Federal Register: FirstEnergy Nuclear Operating Company; Davis-Besse Independent Spent Fuel Storage Installation Pages 38065 - 38067 [FR DOC #2019-16669]," Impact News Service, Aug. 05, 2019

(743) "Federal Register: FirstEnergy Nuclear Operating Company; Perry Independent Spent Fuel Storage Installation Pages 38067 - 38069 [FR DOC #2019-16673]," Impact News Service, Aug. 05, 2019

(744) "Fresh off $1B bailout, FirstEnergy hits unions," The Columbus Dispatch (Ohio), Aug. 06, 2019

(745) "FirstEnergy's Diversity and Inclusion Programs Honored by Crain's Cleveland Business," PR Newswire, Aug. 07, 2019

(746) "Federal Register: FirstEnergy Nuclear Operating Company; Davis-Besse Nuclear Power Station, Unit No. 1 Pages - 39381 [FR DOC #2019-17069]," Impact News Service, Aug. 09, 2019

(747) "Federal Register: FirstEnergy Nuclear Operating Company; Davis-Besse Nuclear Power Station, Unit No. 1 Pages 39380 - 39380 [FR DOC #2019-17067]," Impact News Service, Aug. 09, 2019

(748) "Federal Register: FirstEnergy Nuclear Operating Company; Davis-Besse Nuclear Power Station, Unit No. 1 Pages 39382 - 39383 [FR DOC #2019-17070]," Impact News Service, Aug. 09, 2019

(749) "FirstEnergy to shut Pa. plant early; Akron-based FES says coal-fired electric facility will close over a year sooner than planned, cites market conditions," Akron Beacon Journal (Ohio), Aug. 10, 2019

(750) "FirstEnergy turns on supporters," Toledo Blade (Ohio), Aug. 12, 2019

(751) "Quaker Steak & Lube Signs Agreements for Two New Concession Locations; FIRSTENERGY STADIUM AND PPG PAINTS ARENA BRINGING FAMED WINGS AND MORE TO COUNTER SERVICE EATERIES," PR Newswire, Aug. 14, 2019

(752) "Brown Urges FirstEnergy Solutions Not to Rob from Workers' Pensions," Impact News Service, Aug. 15, 2019

(753) "FirstEnergy Solutions has made fair offer to union workforce;," The Columbus Dispatch (Ohio), Aug. 18, 2019

(754) "FirstEnergy set to end bankruptcy," Akron Beacon Journal (Ohio), Aug. 19, 2019

(755) "CRA International: FirstEnergy's Pennsylvania Default Service Program DSP-V Auction: Information Session for Prospective Bidders on Wednesday, September 4, 2019," Contify Energy News, Aug. 22, 2019

(756) "FES bankruptcy ruling is on hold; FirstEnergy Solutions needs to reach deal with unions or win OK to reject pacts, judge says," Akron Beacon Journal (Ohio), Aug. 23, 2019

(757) "FirstEnergy Solutions needs to reach deal with unions or win OK to reject pacts, judge says," Akron Beacon Journal (Ohio), Aug. 23, 2019

(758) "Agency reverses disputed charge, but it won't pay off," Plain Dealer (Cleveland, OH), Aug. 23, 2019

(759) "Judge to wait to sign off on FirstEnergy's bankruptcy," The Columbus Dispatch (Ohio), Aug. 23, 2019

(760) "Fightin Phils' playoff push put on hold," Reading Eagle (Pennsylvania), Aug. 28, 2019

(761) "Pro-HB 6 ad raises specter of China;," The Columbus Dispatch (Ohio), Aug. 28, 2019

(762) "Rein in utility surcharges," Toledo Blade (Ohio), Aug. 29, 2019

(763) "Akron Marathon Charitable Corporation Announces the First-Ever Sensory Inclusive Marathon Becomes First-Ever Sensory Inclusive Marathon; Partnership to create safe space for spectators with autism and other sensory disorders," PR Newswire, Sep. 04, 2019

(764) "COLUMBUS — FirstEnergy Solutions went to the Ohio Supreme Co," Akron Beacon Journal (Ohio), Sep. 05, 2019

(765) "Lawsuit asks Ohio Supreme Court to block House Bill 6 referendum   Company argues that 'charge' imposed on Ohioans to pay for bailout is a tax," Plain Dealer (Cleveland, OH), Sep. 05, 2019

(766) "FirstEnergy Named Top Utility for Economic Development by Site Selection Magazine," PR Newswire, Sep. 05, 2019

(767) "Utility asks court to block vote on bailout;," The Columbus Dispatch (Ohio), Sep. 05, 2019

(768) "Ohio's great Chinese power conspiracy theory," Daily Record; Wooster, Ohio, Sep. 06, 2019

(769) "Firstenergy Named Top Utility For Economic Development By Site Selection Magazine," Resources News (RWE), Sep. 06, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(770) "FirstEnergy unit tries the courts in newest bid to shield its bailout," Plain Dealer (Cleveland, OH), Sep. 08, 2019

(771) "Fight ramps up to keep voters away from bailout bill;," The Columbus Dispatch (Ohio), Sep. 08, 2019

(772) "SWAGGER shattered Shattered Preseason darlings fall flat in opener, committing 18 penalties in a sloppy performance," Plain Dealer (Cleveland, OH), Sep. 09, 2019

(773) "FirstEnergy: JCP&L Substation Electrician Hopes to Pave Way for Young Women Interested in Electric Utility Industry," Contify Energy News, Sep. 10, 2019

(774) "Dodge//SRT Mopar Drivers and Teams Begin Championship Playoffs at Mopar Express Lane NHRA Nationals," PR Newswire, Sep. 10, 2019

(775) "FirstEnergy: Jersey Central Power & Light Installing New Automated Devices to Help Reduce Duration of Power Outages," Contify Energy News, Sep. 11, 2019

(776) "Trouble is brewing for fan who doused Titan with beer," Plain Dealer (Cleveland, OH), Sep. 11, 2019

(777) "Davis-Besse nuclear plant gets $9 million federal grant for hydrogen production," Plain Dealer (Cleveland, OH), Sep. 12, 2019

(778) "Don't buy into anti-H.B. 6 vote," Toledo Blade (Ohio), Sep. 13, 2019

(779) "Ads lie about Chinese buying plants in Ohio; Group behind effort opposes petition to let voters decide whether to bail out nuclear plants for FirstEnergy Solutions," Akron Beacon Journal (Ohio), Sep. 14, 2019

(780) "Fellow Ohioans dish up lies to scare you away from petitions, voting;," The Columbus Dispatch (Ohio), Sep. 15, 2019

(781) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Sep. 17, 2019

(782) "FirstEnergy Solutions rang up $1 million legal bill to pass House Bill 6," The Columbus Dispatch: Web Edition Articles (OH), Sep. 20, 2019

(783) "Akron utility's legal bills pile up; FirstEnergy Solutions spends nearly $1 million to pass House Bill 6," Akron Beacon Journal (Ohio), Sep. 21, 2019

(784) "COLUMBUS — FirstEnergy Solutions rang up a legal bill approa," Akron Beacon Journal (Ohio), Sep. 21, 2019

(785) "HB 6 effort cost company up to $1M;," The Columbus Dispatch (Ohio), Sep. 21, 2019

(786) "Enough already," The Courier (Findlay, Ohio), Sep. 23, 2019

(787) "JCP&L Receives 2019 CIANJ Best Practices Award for Diversity and Inclusion Programs," PR Newswire, Sep. 25, 2019

(788) "FirstEnergy Ohio Utilities Launch Request for Proposal for 2019 Solar and Renewable Energy Credits," PR Newswire, Sep. 30, 2019

(789) "FirstEnergy Ohio Utilities Launch Request For Proposal For 2019 Solar And Renewable Energy Credits," Resources News (RWE), Oct. 01, 2019

(790) "FirstEnergy, disavow aggressive tactics against anti-HB 6," Plain Dealer (Cleveland, OH), Oct. 02, 2019

(791) "The ugly HB 6 fight, and Dems aren't without blame in it," Plain Dealer (Cleveland, OH), Oct. 06, 2019

(792) "Democratic votes helped GOP start political war on HB 6," The Columbus Dispatch (Ohio), Oct. 06, 2019

(793) "House Bill 6 petition circulators detail $2,500 offers to stop working," Ashland Times-Gazette (OH), Oct. 11, 2019

(794) "FirstEnergy Uses 3D Data to Strengthen Power System," Contify Energy News, Oct. 11, 2019

(795) "Akron Public Schools Announces Partnership with FirstEnergy; Students at Kenmore-Garfield High School to benefit from experiential learning in and out of the classroom," PR Newswire, Oct. 11, 2019

(796) "FirstEnergy Solutions is behind the thuggery;," The Columbus Dispatch (Ohio), Oct. 11, 2019

(797) "House Bill 6 petition circulators detail $2,500 offers to stop working," The Daily Jeffersonian (Cambridge, OH), Oct. 11, 2019

(798) "HB 6 fight offers a display of how power has slipped away from voters," Plain Dealer (Cleveland, OH), Oct. 13, 2019

(799) "Browns still searching for first win at home," The Columbus Dispatch (Ohio), Oct. 13, 2019

(800) "House Bill 6 fight is really about who runs Ohio," The Columbus Dispatch (Ohio), Oct. 13, 2019

(801) "FirstEnergy Subsidiaries to Transfer TMI-2 to a Subsidiary of EnergySolutions," PR Newswire, Oct. 15, 2019

(802) "PUCO wrong to cap fee for energy-efficiency plan, state's high court rules," The Columbus Dispatch: Web Edition Articles (OH), Oct. 15, 2019

(803) "Court to OK FirstEnergy Solutions plan," Akron Beacon Journal (Ohio), Oct. 16, 2019

(804) "FirstEnergy Solutions expects to exit its sometimes controve," Akron Beacon Journal (Ohio), Oct. 16, 2019

(805) "State's high court rules against PUCO;," The Columbus Dispatch (Ohio), Oct. 16, 2019

(806) "FirstEnergy Solutions expects to exit Chapter 11 bankruptcy by end of the year," The Independent (Massillon, Ohio), Oct. 16, 2019

(807) "IN BRIEF," Toledo Blade (Ohio), Oct. 16, 2019

(808) "FirstEnergy to divest nuclear plant; North Carolina company to take over Three Mile Island in Pennsylvania," Akron Beacon Journal (Ohio), Oct. 17, 2019

(809) "FirstEnergy Solutions wins court approval for bankruptcy plan FirstEnergy Power-plant owner agreed not to cut employee union pensions and benefits," Plain Dealer (Cleveland, OH), Oct. 17, 2019

(810) "Sign the correct petition if you oppose utility's bailout;," The Columbus Dispatch (Ohio), Oct. 17, 2019

(811) "FirstEnergy's Amanda Leek is 'More than Just a Meter Reader'," Contify Energy News, Oct. 18, 2019

(812) "HB 6 does have its good points, but read all the fine print," Plain Dealer (Cleveland, OH), Oct. 20, 2019

(813) "HB 6 savings come at the cost of lost clean-energy measures," The Columbus Dispatch (Ohio), Oct. 20, 2019

(814) "JCP&L Named to New Jersey Sustainable Business Registry," Contify Energy News, Oct. 21, 2019

(815) "JCP&L Supports Clean Ocean Action's Annual Fall Beach Sweeps," Contify Energy News, Oct. 23, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(816) "Referendum effort suffers blow; Judge rejects bid for more time to put repeal of FirstEnergy Solutions bailout on ballot," Akron Beacon Journal (Ohio), Oct. 24, 2019

(817) "In the HB 6 saga, Householder might be biggest winner in Statehouse," Plain Dealer (Cleveland, OH), Oct. 27, 2019

(818) "Speaker Householder big winner in court ruling on HB 6," The Columbus Dispatch (Ohio), Oct. 27, 2019

(819) "FirstEnergy Partners with Stark State College and The University of Akron to Offer On-Site Higher Learning for Customer Service Employees," PR Newswire, Oct. 29, 2019

(820) "FirstEnergy workers take college courses; Company teams with UA and Stark State on degrees," Akron Beacon Journal (Ohio), Oct. 30, 2019

(821) "FirstEnergy Continues Commitment to Downtown Akron by Extending Lease at Corporate Headquarters; New Agreement Includes Funding for Capital Improvements to Enhance Workplace," PR Newswire, Oct. 30, 2019

(822) "FirstEnergy Partners With Stark State College And The University Of Akron To Offer On Site Higher Learning For Customer Service Employees," Resources News (RWE), Oct. 30, 2019

(823) "Bruce Mansfield workers cut, 49 layoffs expected in February," Beaver County Times (Pennsylvania), Oct. 31, 2019

(824) "New Potomac Edison Substation Will Enhance Service Reliability in Northern Frederick County," PR Newswire, Oct. 31, 2019

(825) "FirstEnergy Corp. has signed a 10-year lease extension," Akron Beacon Journal (Ohio), Nov. 01, 2019

(826) "FirstEnergy staying put for decade," Akron Beacon Journal (Ohio), Nov. 01, 2019

(827) "FirstEnergy Crews Making Repairs Following Widespread Rain and Windstorm," PR Newswire, Nov. 01, 2019

(828) "New Potomac Edison Substation Will Enhance Service Reliability In Northern Frederick County," Resources News (RWE), Nov. 01, 2019

(829) "FirstEnergy to remain in downtown Akron," Daily Record; Wooster, Ohio, Nov. 03, 2019

(830) "FirstEnergy Announces Third Quarter 2019 Financial Results; Provides 2020 Guidance," PR Newswire, Nov. 04, 2019

(831) "Firstenergy Crews Making Repairs Following Widespread Rain And Windstorm," Resources News (RWE), Nov. 04, 2019

(832) "FirstEnergy turns around loss; Akron-headquartered electric utility reports solid third-quarter profit," Akron Beacon Journal (Ohio), Nov. 05, 2019

(833) "FirstEnergy Provides Financial Outlook, Information for Investors; Declares increased common stock dividend payment," PR Newswire, Nov. 08, 2019

(834) "FirstEnergy Corp. on Friday released a five-year strategic," Akron Beacon Journal (Ohio), Nov. 09, 2019

(835) "FirstEnergy prepares for future," Akron Beacon Journal (Ohio), Nov. 09, 2019

(836) "Firstenergy Provides Financial Outlook Information For Investors," Resources News (RWE), Nov. 11, 2019

(837) "TimkenSteel Board of Directors Appoints Leila Vespoli as Independent Director," PR Newswire, Nov. 13, 2019

(838) "FirstEnergy Utilities Ramp Up Scam Awareness Outreach As Cold Winter Weather Arrives," PR Newswire, Nov. 18, 2019

(839) "FirstEnergy Utilities Ramp Up Scam Awareness Outreach As Cold Winter Weather Arrives," Resources News (RWE), Nov. 19, 2019

(840) "Business news briefs, Nov. 20, 2019: TimkenSteel board adds former FirstEnergy executive," Akron Beacon Journal (Ohio), Nov. 20, 2019

(841) "Strays usually found at the Dawg Pound Placekickers' misses this season at FirstEnergy have all come at the raucous end," Plain Dealer (Cleveland, OH), Nov. 22, 2019

(842) "FirstEnergy Solutions to Become Energy Harbor," Contify Energy News, Nov. 25, 2019

(843) "FirstEnergy Solutions to Become Energy Harbor; Company to be Headquartered in Akron, Ohio," PR Newswire, Nov. 25, 2019

(844) "The chief executive officer of FirstEnergy Solutions Corp.," Akron Beacon Journal (Ohio), Nov. 26, 2019

(845) "36,000 customers without power due to high winds in Ohio," FOX - 8 WJW (Cleveland, Ohio), Nov. 27, 2019

(846) "FirstEnergy Solutions Corp. and its Employees Donate over $250,000 to Local United Way Organizations," PR Newswire, Dec. 02, 2019

(847) "U.S.: NRC Approves License Transfers for FirstEnergy Nuclear Power Plants," Contify Energy News, Dec. 03, 2019

(848) "FirstEnergy Invites Customers to Enter Holiday Lights Contest," Contify Energy News, Dec. 04, 2019

(849) "NRC Approves Transfer of Nuclear Plant Operating Licenses From FirstEnergy Solutions to Energy Harbor," Contify Energy News, Dec. 04, 2019

(850) "Davis-Besse owner says future looks good for plant; Nuclear plant's opponents wins latest legal ruling, says battle isn't over," Sandusky Register (Ohio), Dec. 04, 2019

(851) "Davis-Besse, Perry and Beaver Valley nukes will get operating licenses transferred, NRC says," The Blade (Toledo, Ohio), Dec. 04, 2019

(852) "Nuke plants' licenses to switch to new entity; Davis-Besse, Perry, Beaver Valley included," Toledo Blade (Ohio), Dec. 05, 2019

(853) "Federal Register: In the Matter of FirstEnergy Nuclear Operating Company; Beaver Valley Power Station, Unit Nos. 1 and 2, and Independent Spent Fuel Storage Installation (ISFSI); Davis-Besse Nuclear Power Station, Unit No. 1 and ISFSI; and Perry Nuclear Power Plant, Unit No. 1 and ISFSI Pages 66936 - 66938 [FR DOC #2019-26389]," Impact News Service, Dec. 06, 2019

(854) "In the Matter of FirstEnergy Nuclear Operating Company; Beaver Valley Power Station, Unit Nos. 1 and 2, and Independent Spent Fuel Storage Installation (ISFSI); Davis-Besse Nuclear Power Station, Unit No. 1 and ISFSI; and Perry Nuclear Power Plant, Unit No. 1 and ISFSI," Impact News Service, Dec. 07, 2019

(855) "Nuke plant owner gave to justices," The Blade (Toledo, Ohio), Dec. 09, 2019

(856) "FirstEnergy Solutions, soon to be Energy Harbor, got a mixed," Akron Beacon Journal (Ohio), Dec. 13, 2019

(857) "Utility ruling is split decision; Federal court rules part of FirstEnergy Solutions bankruptcy needs another look," Akron Beacon Journal (Ohio), Dec. 13, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(858) "Federal Energy Regulatory Commission Issues Second Notice of Extension of Deadline in Stipulation Resolving Confirmation Objection of Environmental Agencies re FirstEnergy Solutions Corp, et al. (United States Bankruptcy Court Northern District of Ohio Eastern Division) Case No. 18-50757.," Impact News Service, Dec. 13, 2019

(859) "Courts ruling says regulators have a say   Company can't cancel coal-plant contracts until feds have a chance to weigh in," Plain Dealer (Cleveland, OH), Dec. 13, 2019

(860) "FirstEnergy Solutions to move into historic post office in Akron," Akron Beacon Journal (Ohio), Dec. 20, 2019

(861) "Utility to move HQ to historic Akron building," Plain Dealer (Cleveland, OH), Dec. 21, 2019

(862) "De-politicize Ohio's court - Correction Appended," Toledo Blade (Ohio), Dec. 27, 2019

(863) "Capitol Insider | For politicians, HB 6 is the gift that keeps giving," The Columbus Dispatch: Web Edition Articles (OH), Dec. 29, 2019

(864) "FirstEnergy Foundation Donates $100,000 to Charitable Organizations Through "Gifts of the Season" Campaign," PR Newswire, Jan. 07, 2020

(865) "FirstEnergy Receives Industry Recognition for Outage Restoration Efforts," PR Newswire, Jan. 09, 2020

(866) "Potomac Edison Launches Electric Vehicle Charging Station Program in Maryland; EV Driven program includes publicly available charging stations and rebates for customer installations," PR Newswire, Jan. 09, 2020

(867) "Firstenergy Receives Industry Recognition For Outage Restoration Efforts," Resources News (RWE), Jan. 10, 2020

(868) "Potomac Edison Launches Electric Vehicle Charging Station Program In Maryland," Resources News (RWE), Jan. 10, 2020

(869) "Electric vehicle charging station program offered to Potomac Edison customers in Carroll County," Carroll County Times (Westminster, Maryland), Jan. 11, 2020

(870) "FirstEnergy: Potomac Edison Reminds Maryland Customers of Available Assistance Programs to Help with Winter Bills," Contify Energy News, Jan. 14, 2020

(871) "JCP&L Reminds Customers of Available Assistance Programs to Help with Winter Bills," Contify Energy News, Jan. 14, 2020

(872) "FirstEnergy's Ohio Utilities Remind Customers of Available Assistance Programs to Help with Winter Bills," PR Newswire, Jan. 14, 2020

(873) "FirstEnergy's Pennsylvania Utilities Remind Customers of Available Assistance Programs to Help with Winter Bills," PR Newswire, Jan. 14, 2020

(874) "FirstEnergy's West Virginia Utilities Remind Customers of Available Assistance Programs to Help with Winter Bills," PR Newswire, Jan. 14, 2020

(875) "FirstEnergys Ohio Utilities Remind Customers Of Available Assistance Programs To Help With Winter Bills," Resources News (RWE), Jan. 15, 2020

(876) "FirstEnergys Pennsylvania Utilities Remind Customers Of Available Assistance Programs To Help With Winter Bills," Resources News (RWE), Jan. 15, 2020

(877) "FirstEnergy Earns 2020 Bloomberg Gender-Equality Index Designation; Company among 325 organizations across 50 industries recognized for equality in the workplace," PR Newswire, Jan. 21, 2020

(878) "FirstEnergy Corp. and the Goodyear Tire & Rubber Co. rec," Akron Beacon Journal (Ohio), Jan. 23, 2020

(879) "FirstEnergy, Goodyear get high marks for equality; Utility participates for first time in survey on policies affecting LGBTQ workers," Akron Beacon Journal (Ohio), Jan. 23, 2020

(880) "FirstEnergy's Pennsylvania Utilities Receive Approval for Infrastructure Improvement Plans; Work Includes Replacing Underground and Overhead Lines, Rebuilding Critical Infrastructure and Enhancing Equipment," PR Newswire, Jan. 23, 2020

(881) "FirstEnergys Pennsylvania Utilities Receive Approval For Infrastructure Improvement Plans," Resources News (RWE), Jan. 24, 2020

(882) "FirstEnergy Named to Forbes' Best Employers for Diversity 2020 List," PR Newswire, Jan. 30, 2020

(883) "Letter: Foes of House Bill 6 had high-powered obstacles," The Columbus Dispatch: Web Edition Articles (OH), Jan. 30, 2020

(884) "FirstEnergy Named To Forbes Best Employers For Diversity 2020 List," Resources News (RWE), Jan. 31, 2020

(885) "With help from FirstEnergy, Householder stashes away $3 million in campaign cash," The Columbus Dispatch: Web Edition Articles (OH), Jan. 31, 2020

(886) "Ohio House speaker builds campaign chest; FirstEnergy donates to Larry Householder and GOP caucus," Akron Beacon Journal (Ohio), Feb. 02, 2020

(887) "A project with promise," Toledo Blade (Ohio), Feb. 02, 2020

(888) "Ohio Edison Begins LED Streetlight Installations Near The University of Akron; Project Will Enhance Visibility and Appeal of Popular Off-Campus Housing Neighborhood," PR Newswire, Feb. 03, 2020

(889) "Ohio Edison Begins Led Streetlight Installations Near The University Of Akron," Resources News (RWE), Feb. 04, 2020

(890) "FirstEnergy Announces 2019 Financial Results; Affirms 2020 Guidance and Long-Term Growth Projections, Provides First Quarter 2020 Guidance," PR Newswire, Feb. 07, 2020

(891) "FirstEnergy earnings beat forecasts; Utility has full-year profit after fourth quarter loss tied to adjustments," Akron Beacon Journal (Ohio), Feb. 08, 2020

(892) "FirstEnergy Urges Customers to Fill the Air with Love, Not Foil Balloons this Valentine's Day," PR Newswire, Feb. 10, 2020

(893) "FirstEnergy Announces 2019 Financial Results," Resources News (RWE), Feb. 10, 2020

(894) "FirstEnergy Urges Customers to Fill the Air with Love, Not Foil Balloons this Valentine's Day," Resources News (RWE), Feb. 11, 2020

(895) "West Penn Power Earns Top Customer Engagement Honors," Resources News (RWE), Feb. 14, 2020

(896) "Federal Energy Regulatory Commission Issues Order Authorizing Disposition Jurisdictional Facilities and Acquisition of Securities re FirstEnergy Solutions Corp., et al under EC19-123. Commissioner McNamee is dissenting in part with a separate statement attached.," Impact News Service, Feb. 17, 2020



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(897) "JCP&L Rate Plan to Support Continued Service Reliability Enhancements and Recover Storm-Related Costs," Contify Energy News, Feb. 18, 2020

(898) "Did soft demand prompt Justin Bieber to pull the plug on ticket sales?," Plain Dealer (Cleveland, OH), Feb. 18, 2020

(899) "Penn Power Partners with Erie Bird Observatory to Protect Nesting Birds, Prevent Power Outages," Contify Energy News, Feb. 21, 2020

(900) "Customer skeptical of 'free' energy-efficiency kit   Money Matters," Plain Dealer (Cleveland, OH), Feb. 23, 2020

(901) "Penn Power Partners with Erie Bird Observatory to Protect Nesting Birds, Prevent Power Outages," Resources News (RWE), Feb. 24, 2020

(902) "FirstEnergy Solutions Successfully Completes Financial Restructuring, Emerges as Energy Harbor," PR Newswire, Feb. 27, 2020

(903) "FirstEnergy Solutions out of bankruptcy; Akron-based power generation company adopts its new name, Energy Harbor," Akron Beacon Journal (Ohio), Feb. 28, 2020

(904) "FirstEnergy Solutions Successfully Completes Financial Restructuring, Emerges as Energy Harbor," Resources News (RWE), Feb. 28, 2020

(905) "Fed suggests it's watching outbreak ahead of rate vote," The Columbus Dispatch (Ohio), Feb. 29, 2020

(906) "FirstEnergy's Pennsylvania Default Service Program DSP-V Auction," Contify Energy News, Mar. 03, 2020

(907) "IBEW 's Fourth District Local Union s 245 and 1413, and FirstEnergy Jointly Receive Ed win D. Hill Award," Impact News Service, Mar. 04, 2020

(908) "FirstEnergy, Local IBEWs Receive Industry Recognition for Efforts to Serve Customers, Protect Jobs in Ohio," Resources News (RWE), Mar. 06, 2020

(909) "$1.9 million paid by former FirstEnergy unit is tracked; Funds paid to 'dark money' group helped quash referendum, report says," Akron Beacon Journal (Ohio), Mar. 07, 2020

(910) "Utility spent $1.9M to save HB6," The Columbus Dispatch (Ohio), Mar. 07, 2020

(911) "FirstEnergy Committed to Maintaining 24/7 Service to Customers Through Coronavirus Health Emergency," Contify Energy News, Mar. 13, 2020

(912) "Future in question   Downtown lakefront project is scuttled after six years of work when city, developer part ways," Plain Dealer (Cleveland, OH), Mar. 15, 2020

(913) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Mar. 17, 2020

(914) "SBT Steps Up Efficiency Project Applications Amid Utility Program Closures," PR Newswire, Mar. 26, 2020

(915) "FirstEnergy Focused on Keeping Employees and Customers Safe While Maintaining Essential and Reliable Electric Service," PR Newswire, Mar. 27, 2020

(916) "FirstEnergy Focused on Keeping Employees and Customers Safe While Maintaining Essential and Reliable Electric Service," Resources News (RWE), Mar. 30, 2020

(917) "FirstEnergy Foundation Donates to Local Foodbanks and United Way Agencies to Assist with COVID-19 Response Efforts; More than 150 Organizations to Benefit from $2 Million in Contributions," PR Newswire, Mar. 31, 2020

(918) "Federal Energy Regulatory Commission: Notice of FirstEnergy Service Company's 03/30/2020 filing of a Notice of Non-Material Change in Circumstances under EL18-6.," Impact News Service, Apr. 01, 2020

(919) "FirstEnergy Foundation Donates to Local Foodbanks and United Way Agencies to Assist with COVID-19 Response Efforts," Resources News (RWE), Apr. 01, 2020

(920) "Federal Register: FirstEnergy Service Company; Notice of Filing Pages 19472 - 19472 [FR DOC #2020-07225]," Impact News Service, Apr. 07, 2020

(921) "FirstEnergy's Pennsylvania Utilities Remind Customers of Financial Assistance to Help with Bills During Coronavirus Emergency," PR Newswire, Apr. 09, 2020

(922) "FirstEnergy's Pennsylvania Utilities Remind Customers of Financial Assistance to Help with Bills During Coronavirus Emergency," Resources News (RWE), Apr. 10, 2020

(923) "Federal Energy Regulatory Commission Issues Order Granting Rehearing for Further Consideration re FirstEnergy Solutions Corporation et al under EC19-123.," Impact News Service, Apr. 14, 2020

(924) "NOPEC Requests Rejection of PUCO Staff's 'Rubber Stamp' Approval of FirstEnergy Affiliate Deal; Ohio Consumers' Counsel, Others Join in Call for Hearing, Public Records," PR Newswire, Apr. 15, 2020

(925) "NOPEC Requests Rejection of PUCO Staff's 'Rubber Stamp' Approval of FirstEnergy Affiliate Deal," Resources News (RWE), Apr. 16, 2020

(926) "FirstEnergy Announces Plan for Virtual Annual Meeting of Shareholders," PR Newswire, Apr. 17, 2020

(927) "FirstEnergy Announces Plan for Virtual Annual Meeting of Shareholders," Resources News (RWE), Apr. 20, 2020

(928) "FirstEnergy Announces First Quarter 2020 Financial Results; Affirms Guidance and Long-Term Growth Projections, Provides Second Quarter 2020 Guidance," PR Newswire, Apr. 23, 2020

(929) "FirstEnergy Announces First Quarter 2020 Financial Results," Resources News (RWE), Apr. 24, 2020

(930) "Federal Energy Regulatory Commission Issues Letter order accepting FirstEnergy Solution Corporation's 12/10/2020 compliance filing to update the effective date for its Rate Schedule FERC No. 1 to reflect the deactivation date of the Mansfield Unit 3 generation facility under ER19-2567.," Impact News Service, Apr. 28, 2020

(931) "FirstEnergy Deploys Internal Avian App to Streamline Bird Protection Efforts; Digital reporting promotes quicker response to bird-related power issues," PR Newswire, May 06, 2020

(932) "FirstEnergy Deploys Internal Avian App to Streamline Bird Protection Efforts," Resources News (RWE), May 07, 2020

(933) "FirstEnergy Named to DiversityInc 2020 Top Utilities and Board of Directors Lists," PR Newswire, May 08, 2020



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(934) "FirstEnergy's bad math," Toledo Blade (Ohio), May 15, 2020

(935) "With bailout law secured, company hikes share buybacks  Energy Harbor," Plain Dealer (Cleveland, OH), May 17, 2020

(936) "FirstEnergy Announces Key Management Changes as Part of Succession Planning Strategy; Charles E. Jones remains CEO; Board elects Steven E. Strah as president and Jon Taylor as senior vice president and CFO," PR Newswire, May 19, 2020

(937) "FirstEnergy CEO Jones Addresses Shareholders; Company announces preliminary voting results from 2020 Annual Meeting," PR Newswire, May 19, 2020

(938) "FirstEnergy announces changes in its leadership," Plain Dealer (Cleveland, OH), May 20, 2020

(939) "FirstEnergy Announces Key Management Changes as Part of Succession Planning Strategy," Resources News (RWE), May 20, 2020

(940) "FirstEnergy CEO Jones Addresses Shareholders," Resources News (RWE), May 20, 2020

(941) "READERS' FORUM," Toledo Blade (Ohio), May 20, 2020

(942) "Federal Energy Regulatory Commission Issues Letter order accepting Energy Harbor LLC's et al 03/30/2020 filing of revised market-based rate tariffs reflecting the name change of FirstEnergy Solutions Corporation to Energy Harbor LLC et al etc. under ER20-1436 et al," Impact News Service, May 21, 2020

(943) "Federal Energy Regulatory Commission Issues Letter order accepting FirstEnergy Solutions Corporation's 02/13/2020 filing of a Notice of Succession of its Reactive Power for the Pleasants Power Station under ER20-1002," Impact News Service, May 21, 2020

(944) "Investors profit from fees meant to keep nuclear plants afloat," Plain Dealer (Cleveland, OH), May 22, 2020

(945) "Soap Box Derby cancels Akron championship races amid coronavirus concerns," The Columbus Dispatch: Web Edition Articles (OH), May 27, 2020

(946) "Soap Box Derby cancels its Akron championship races amid coronavirus concerns," The Times Reporter (New Philadelphia, Ohio), May 27, 2020

(947) "The last time the gravity-powered derby cars failed to rumbl," The Times Reporter (New Philadelphia, Ohio), May 27, 2020

(948) "IN BRIEF," Toledo Blade (Ohio), May 27, 2020

(949) "FirstEnergy's Appliance Recycling Program Set to Return in Maryland," PR Newswire, May 29, 2020

(950) "FirstEnergy's Appliance Recycling Program Set to Return in Pennsylvania," PR Newswire, May 29, 2020

(951) "No Headline In Original," Plain Dealer (Cleveland, OH), May 30, 2020

(952) "FirstEnergy's Ohio Residential Customers Taking Generation Service from Utility Will Pay Lower Prices; Recent competitive auction results lead to lower generation price," PR Newswire, Jun. 01, 2020

(953) "FirstEnergy's Appliance Recycling Program Set to Return in Maryland," Resources News (RWE), Jun. 01, 2020

(954) "FirstEnergy's Appliance Recycling Program Set to Return in Pennsylvania," Resources News (RWE), Jun. 01, 2020

(955) "FirstEnergy's Ohio Residential Customers Taking Generation Service from Utility Will Pay Lower Prices," Resources News (RWE), Jun. 02, 2020

(956) "Work Underway to Enhance The Illuminating Company's Underground Power System," PR Newswire, Jun. 04, 2020

(957) "Work Underway to Enhance The Illuminating Company's Underground Power System," Resources News (RWE), Jun. 08, 2020

(958) "FIRSTENERGY CORP.; New leader set to tackle pandemic and beyond," Toledo Blade (Ohio), Jun. 14, 2020

(959) "JCP&L 2020 Tree Trimming Program to Enhance Service Reliability; Work Includes Enhanced Vegetation Management as Part of JCP&L Reliability Plus," PR Newswire, Jun. 16, 2020

(960) "Met-Ed's 2020 Tree Trimming Program to Enhance Service Reliability; Work Includes Trimming Work Along Nearly 3,200 Miles of Power Lines," PR Newswire, Jun. 16, 2020

(961) "Mon Power's 2020 Tree Trimming Program to Enhance Service Reliability; Work Includes Removing Trees Damaged by Emerald Ash Borer," PR Newswire, Jun. 16, 2020

(962) "Ohio Edison's 2020 Tree Trimming Program to Enhance Service Reliability; Work Includes Trimming Work Along Nearly 5,000 Miles of Power Lines," PR Newswire, Jun. 16, 2020

(963) "Penelec's 2020 Tree Trimming to Enhance Reliability; Work Includes Trimming Along Nearly 4,300 Miles of Power Lines," PR Newswire, Jun. 16, 2020

(964) "Penn Power's 2020 Tree Trimming Program to Enhance Service Reliability; Work Includes Trimming Along Nearly 1,200 Miles of Power Lines," PR Newswire, Jun. 16, 2020

(965) "Potomac Edison's 2020 Tree Trimming to Enhance Service Reliability; Work Includes Special Program to Remove Trees Damaged by Emerald Ash Borer," PR Newswire, Jun. 16, 2020

(966) "The Illuminating Company's 2020 Tree Trimming Program to Enhance Service Reliability; Work Includes Trimming Along Nearly 1,900 Miles of Power Lines," PR Newswire, Jun. 16, 2020

(967) "Toledo Edison's 2020 Tree Trimming to Enhance Service Reliability; Work Includes Trimming Along Nearly 2,100 Miles of Power Lines," PR Newswire, Jun. 16, 2020

(968) "West Penn Power's 2020 Tree Trimming Program to Enhance Service Reliability; Work Includes Trimming Along 4,600 Miles of Power Lines," PR Newswire, Jun. 16, 2020

(969) "Akron Marathon events to take place in virtual format due to COVID-19," Tallmadge Express (OH), Jun. 16, 2020

(970) "The FirstEnergy Akron Marathon, Half Marathon and Team Relay," Akron Beacon Journal (Ohio), Jun. 17, 2020

(971) "Ohio Edison's 2020 Tree Trimming Program to Enhance Service Reliability," Resources News (RWE), Jun. 17, 2020

(972) "Penn Power's 2020 Tree Trimming Program to Enhance Service Reliability," Resources News (RWE), Jun. 17, 2020

(973) "The Illuminating Company's 2020 Tree Trimming Program to Enhance Service Reliability," Resources News (RWE), Jun. 17, 2020

(974) "Toledo Edison's 2020 Tree Trimming Program to Enhance Service Reliability," Resources News (RWE), Jun. 17, 2020



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(975) "FirstEnergy's Ohio Utilities Complete Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," PR Newswire, Jun. 24, 2020

(976) "JCP&L Completes Inspections and Maintenance to Enhance Customer Service Reliability Through the Summer; Work Also Helps Prepare for an Active Hurricane Season," PR Newswire, Jun. 24, 2020

(977) "Met-Ed Conducting Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," PR Newswire, Jun. 24, 2020

(978) "Mon Power Completes Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," PR Newswire, Jun. 24, 2020

(979) "Penelec Conducting Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," PR Newswire, Jun. 24, 2020

(980) "Penn Power Completes Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," PR Newswire, Jun. 24, 2020

(981) "Potomac Edison Completes Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," PR Newswire, Jun. 24, 2020

(982) "West Penn Power Conducting Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," PR Newswire, Jun. 24, 2020

(983) "FirstEnergy's Ohio Utilities Complete Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," Resources News (RWE), Jun. 25, 2020

(984) "JCP&L Completes Inspections and Maintenance to Enhance Customer Service Reliability Through the Summer," Resources News (RWE), Jun. 25, 2020

(985) "Met-Ed Conducting Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," Resources News (RWE), Jun. 25, 2020

(986) "Mon Power Completes Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," Resources News (RWE), Jun. 25, 2020

(987) "Penelec Conducting Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," Resources News (RWE), Jun. 25, 2020

(988) "Penn Power Completes Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," Resources News (RWE), Jun. 25, 2020

(989) "Potomac Edison Completes Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," Resources News (RWE), Jun. 25, 2020

(990) "West Penn Power Conducting Inspections and Maintenance to Help Enhance Customer Service Reliability Through Summer Season," Resources News (RWE), Jun. 25, 2020

(991) "Penn Power Begins Work to Modernize Electric System in Lawrence County; Investments Build on 20% Reduction in Outage Frequency from Upgrades Already Completed," PR Newswire, Jun. 30, 2020

(992) "Penn Power Begins Work to Modernize Electric System in Lawrence County," Resources News (RWE), Jul. 01, 2020

(993) "FirstEnergy's Ohio Customers Can Save Money and Energy Through Smart Thermostat; $75 Rebate Available Through September for Purchase of Qualified Thermostats," PR Newswire, Jul. 07, 2020

(994) "Grid Modernization Work Underway to Enhance Service Reliability for Ohio Edison Customers in Trumbull and Mahoning Counties," PR Newswire, Jul. 07, 2020

(995) "Penelec Rejuvenates Underground Cable to Help Enhance Service Reliability; Injection Process Adds Years of Life to Older Cable Without Damaging Yards and Driveways," PR Newswire, Jul. 08, 2020

(996) "FirstEnergy's Ohio Customers Can Save Money and Energy Through Smart Thermostat," Resources News (RWE), Jul. 10, 2020

(997) "Grid Modernization Work Underway to Enhance Service Reliability for Ohio Edison Customers in Trumbull and Mahoning Counties," Resources News (RWE), Jul. 10, 2020

(998) "FirstEnergy Transmission Project Underway in Altoona, Pa.; Line to Provide Reliability Benefits for Thousands of Penelec Customers," PR Newswire, Jul. 14, 2020

(999) "Pandemic leaves major gap in summer sports schedule," The Suburbanite (Green, Ohio), Jul. 17, 2020

(1,000) "FirstEnergy Corp. Declares Unchanged Common Stock Dividend," PR Newswire, Jul. 21, 2020

(1,001) "FirstEnergy Corp. Statement on HB 6 Investigation," PR Newswire, Jul. 21, 2020

(1,002) "FirstEnergy Prepares Customers for Summer Heat," PR Newswire, Jul. 21, 2020

**Public Filings and SEC Filings**

(1) FirstEnergy Corp. Form S-3, Mar. 6, 2018

(2) FirstEnergy Corp. Form S-3, Mar. 6, 2018 (2)

(3) FirstEnergy Corp. Form S-3, Mar. 7, 2018

(4) FirstEnergy Corp. Form S-3, Aug. 16, 2019

(5) FirstEnergy Form 10-K for period ending Dec. 31, 2016

(6) FirstEnergy Form 10-K for period ending Dec. 31, 2017

(7) FirstEnergy Form 10-K for period ending Dec. 31, 2018

(8) FirstEnergy Form 10-K for period ending Dec. 31, 2019



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

(9) FirstEnergy Form 10-K for period ending Dec. 31, 2020
(10) FirstEnergy Form 10-K for period ending Dec. 31, 2021
(11) FirstEnergy Form 8-K, Feb. 21, 2017
(12) FirstEnergy Form 8-K, Apr. 23, 2017
(13) FirstEnergy Form 8-K, Jul. 27, 2017
(14) FirstEnergy Form 8-K, Oct. 26, 2017
(15) FirstEnergy Form 8-K, Feb. 20, 2018
(16) FirstEnergy Form 8-K, Apr. 23, 2018
(17) FirstEnergy Form 8-K, Jul. 31, 2018
(18) FirstEnergy Form 8-K, Oct. 25, 2018
(19) FirstEnergy Form 8-K, Feb. 19, 2019
(20) FirstEnergy Form 8-K, Apr. 23, 2019
(21) FirstEnergy Form 8-K, Jul. 23, 2019
(22) FirstEnergy Form 8-K, Nov. 4, 2019
(23) FirstEnergy Form 8-K, Feb. 7, 2020
(24) FirstEnergy Form 8-K, Apr. 23, 2020
(25) FirstEnergy Form 8-K, Jul. 23, 2020
(26) FirstEnergy Form 8-K, Nov. 2, 2020
(27) FirstEnergy Form 10-Q, Mar. 31, 2017
(28) FirstEnergy Form 10-Q, Mar. 31, 2018
(29) FirstEnergy Form 10-Q, Mar. 31, 2019
(30) FirstEnergy Form 10-Q, Mar. 31, 2020
(31) FirstEnergy Form 10-Q, Jun. 30, 2017
(32) FirstEnergy Form 10-Q, Sept. 30, 2017
(33) FirstEnergy Form 10-Q, Jun. 30, 2018
(34) FirstEnergy Form 10-Q, Sept. 30, 2018
(35) FirstEnergy Form 10-Q, Jun. 30, 2019
(36) FirstEnergy Form 10-Q, Sept. 30, 2019
(37) FirstEnergy Form 10-Q, Jun. 30, 2020
(38) FirstEnergy Form 10-Q, Sept. 30, 2020

**Articles and Books:**

(1) William H. Beaver, "The Information Content of Annual Earnings Announcements," *Journal of Accounting Research* 6, 1968

(2) Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," The Journal of Finance, 25(2), May, 1970; Papers and Proceedings of the Twenty-Eighth Annual Meeting of the American Finance Association New York, N.Y., Dec., 28 30, 1969

(3) Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research* 9, 1971

(4) David Dickey and Wayne Fuller, "Distribution of the Estimators for Autoregressive Time Series with a Unit Root," *Journal of the American Statistical Association*, Vol. 74, Issue 366, Jun. 1979

(5) Joseph Aharony and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance* 35(1), 1980

(6) Brad M. Barber, et al., "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, Winter 1994

(7) John Campbell et al., *The Econometrics of Financial Markets* (1997)

(8) A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. 35. No. 1, Mar. 1997

(9) William H. Beaver, *Financial Reporting: An Accounting Revolution* (3rd ed. 1998)

(10) Shannon P. Pratt, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies* (5th ed. 2008)

(11) Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach* (6th ed. 2016)

(12) Ronald L. Wasserstein and Nicole A. Lazar, "The ASA Statement on p-Values: Context, Process, and Purpose," *The American Statistician*, 2016

(13) "Augmented Dickey-Fuller unit root test," *Stata Time Series Reference Manual* (Release 15, 2017)

(14) Charles McGrath, "80% of equity market cap held by institutions," *Pensions & Investments,* Apr. 25, 2017

(15) "Moody's downgrades FirstEnergy to Ba1, assigns Ba1 CFR, outlook negative; changes outlooks of Ohio utilities and FirstEnergy Transmission to negative," *Moody's Investors Service*, Nov. 24, 2020



**In re FirstEnergy Corp Securities Litigation**
**Appendix B - Information Considered**

**Case Law and Related Documents:**

(1) *Basic Inc. v. Levinson*, 485 U.S. 224 (1988)

(2) *Cammer v. Bloom,* 711 F. Supp. 1264 (D.N.J. 1989)

(3) *Freeman v. Laventhol & Horwath*, 915 F.2d 193 (6th Cir. 1990*)*

(4) *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001)

(5) *Cheney v. Cyberguard Corp.* ("*Cheney*"), 213 F.R.D. 484 (S.D. Fla. 2003)

(6) *Unger v. Amedisys Inc*, 401 F.3d 316 (5th Cir. 2005)

(7) *In re DVI Inc. Sec. Litig.*, 249 F.R.D. 196 (E.D. Pa. 2008)

(8) *Schleicher v. Wendt*, 618 F.3d 679, 685 (7th Cir. 2010)

(9) *Halliburton Co. v. Erica P. John Fund, Inc*., 573 U.S. 258 (2014)

(10) Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton II*, 2014 WL 526436 (U.S. Feb 5, 2014)

(11) Brief of Testifying Economists as Amici Curiae in Support of Respondent, *Halliburton II*, 2014 WL 507164 (U.S. Feb. 5, 2014)

(12) *Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC*, 310 F.R.D. 69 (S.D.N.Y. 2015)

**Other:**

(1) "Index factsheet: Russell 1000 Index," *FTSE Russell,* as of Nov. 30, 2021

(2) "S&P 500 Factsheet," *S&P Dow Jones Indices,* as of Mar. 31, 2022

(3) "S&P Composite 1500 Factsheet," *S&P Dow Jones Indices,* as of Mar. 31, 2022

(4) "S&P 500 Utilities," *S&P Dow Jones Indices*, https://www.spglobal.com/spdji/en/indices/equity/sp-500-utilities-sector/#overview

(5) "Fast Answers: Market Maker," *SEC*, https://www.sec.gov/fast-answers/answersmktmakerhtm.html

(6) NYSE Rule 106.02, https://nyseguide.srorules.com/listed-company-manual

(7) NYSE Rule 104(a), https://nyseguide.srorules.com/rules

(8) NYSE Rule 103, https://nyseguide.srorules.com/rules

(9) The NYSE Market Model," *NYSE*, https://www.nyse.com/market-model

(10) "Designated Market Makers," *NYSE*, https://www.nyse.com/publicdocs/nyse/markets/nyse/designated_market_makers.pdf

(11) "Trading Information," *NYSE*, https://www.nyse.com/markets/nyse/trading-info

(12) "S&P Global," *CNN Business*, https://money.cnn.com/quote/shareholders/shareholders.html?symb=SPGI&subView=institutional

(13) Form S-3 Registration Statement Under the Securities Act of 1933, https://www.sec.gov/files/forms-3.pdf

(14) "CFA Program Curriculum Level I Volume 5: Equity and Fixed Income, *CFA Institute* (2019)

(15) "NYSE Regulation Threshold Securities," *Intercontinental Exchange*, https://www.nyse.com/regulation/threshold-securities

(16) NYSE, https://www.nyse.com/index.

(17) "Nasdaq Threshold List," *Nasdaq Trader*, https://www.nasdaqtrader.com/trader.aspx?id=RegSHOThreshold

(18) "Fails-to-Deliver Data," *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm

(19) "Threshold Securities," *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/threshold-securities

(20) *In the Matter of Gary S. Bell*, SEC Release No. 65941, Dec. 13, 2011

(21) "Market Capitalization," *Investor.gov*, https://www.investor.gov/introduction-investing/investing-basics/glossary/market-capitalization#:~:text=Market%20capitalization%20is%20the%20value,number%20of%20total%20outstanding%20shares

(22) 15 U.S.C. § 78u-4 (2011)

(23) SEC Rule 203(c)(6)

(24) SEC filings

(25) S&P Capital IQ

(26) Bloomberg LP



**Exhibit 1**
*In re* **FirstEnergy Corp Securities Litigation**
**List of Disclosed Market Makers**

| Market Maker | Notes |
|---|---|
| Bank of America | (1) |
| Barclays | (2) |
| BMO Capital Markets | (3) |
| Deutsche Bank | (4) |
| Jeffries | (5) |
| J.P. Morgan | (6) |
| KeyBanc | (7) |
| Morgan Stanley | (8) |
| RBC Capital Markets | (9) |
| UBS | (10) |
| Wells Fargo | (11) |

**Sources and Notes:**

(1) See, e.g., Bank of America Merrill Lynch, "Hand holding FES with credit causes consternation on 4Q16 call," February 22, 2017, p. 3

(2) See, e.g., Barclays, "Progress Toward Regulated Only," February 22, 2017, p. 10

(3) See, e.g., BMO Capital Markets, "FES Bankruptcy Deferred," April 30, 2017, p. 4

(4) See, e.g., Deutsche Bank, "Putting the past in the past," August 1, 2018, p. 3

(5) See, e.g., Jeffries, "Wait a ZEC," February 23, 2017, p. 7

(6) See, e.g., J.P. Morgan, "Model Update," February 22, 2017, p. 4

(7) See, e.g., KeyBanc, "FE: Raising 2017 Estimate After Generation Impairment," February 22, 2017, p. 3

(8) See, e.g., Morgan Stanley, "Overweight View Intact; Addressing the Bearish Concerns," February 23, 2017, p. 9

(9) See, e.g., RBC Capital Markets, "Still Early Innings of Transformation," February 24, 2017, p. 13

(10) See, e.g., UBS, "Increased 2017 EPS guidance does not reflect any changes in fundamentals," February 23, 2017, p. 12

(11) See, e.g., Wells Fargo, "FE: Valuation Intriguing--But (Potential) Tax Reform Troublesome," February 22, 2017, p. 4



**Exhibit 2**
***In re* FirstEnergy Corporation Securities Litigation**
**Summary of Release Days**

| Actual Release Date | Timing | Tested Release Date | FirstEnergy Log Return | Abnormal Log Return | Volume | % Daily Trading Volume | P Values | Significance 10% Level | 5% Level |
|---|---|---|---|---|---|---|---|---|---|
| 2/21/2017 | After Close | 2/22/2017 | -1.7% | -2.1% | 6,792,905 | 150.6% | 0.0443 | ✓ | ✓ |
| 4/27/2017 | After Close | 4/28/2017 | -1.9% | -1.4% | 9,610,023 | 213.1% | 0.1729 | | |
| 7/27/2017 | After Close | 7/28/2017 | 2.8% | 3.1% | 10,070,829 | 223.3% | 0.0002 | ✓ | ✓ |
| 10/26/2017 | After Close | 10/27/2017 | 1.6% | 1.1% | 5,708,770 | 126.6% | 0.1431 | | |
| 2/20/2018 | After Close | 2/21/2018 | -0.1% | 1.2% | 12,353,141 | 273.9% | 0.2538 | | |
| 4/23/2018 | Before Open | 4/23/2018 | 0.2% | 0.0% | 6,854,191 | 152.0% | 0.9755 | | |
| 7/31/2018 | After Close | 8/1/2018 | 2.9% | 3.7% | 7,429,912 | 164.8% | 0.0003 | ✓ | ✓ |
| 10/25/2018 | After Close | 10/26/2018 | -3.2% | -1.6% | 7,817,475 | 173.4% | 0.1015 | | |
| 11/9/2018 | After Close | 11/12/2018 | 2.1% | 2.1% | 4,099,020 | 90.9% | 0.0268 | ✓ | ✓ |
| 2/19/2019 | After Close | 2/20/2019 | 0.0% | -0.5% | 6,189,212 | 137.2% | 0.4550 | | |
| 4/23/2019 | After Close | 4/24/2019 | 0.3% | -0.2% | 3,941,570 | 87.4% | 0.7242 | | |
| 7/23/2019 | After Close | 7/24/2019 | 0.7% | 0.6% | 4,656,687 | 103.3% | 0.3423 | | |
| 11/4/2019 | Before Open | 11/4/2019 | -0.7% | 0.4% | 6,826,273 | 151.4% | 0.5354 | | |
| 11/8/2019 | After Close | 11/11/2019 | -1.2% | -0.6% | 5,079,633 | 112.6% | 0.3237 | | |
| 2/7/2020 | Before Open | 2/7/2020 | 0.0% | 0.3% | 2,784,843 | 61.8% | 0.5906 | | |
| 4/23/2020 | After Close | 4/24/2020 | -1.7% | -2.7% | 5,716,716 | 126.8% | 0.0020 | ✓ | ✓ |

**Sources and Notes:**
　　Earnings release dates and timing of releases based on FirstEnergy 8-Ks and Bloomberg LP database.
　　Dividend announcements based on FirstEnergy press releases dated November 9, 2018 and November 8, 2019.

