**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

**JOINT MOTION AND STIPULATION TO EXTEND BRIEFING SCHEDULE FOR
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

WHEREAS, on June 6, 2022, Plaintiffs filed a Motion for Class Certification (Doc. #293);

WHEREAS, the Scheduling Order (Doc. #255) currently provides for a deadline of August 10, 2022 for Defendants' opposition to Plaintiffs' Motion for Class Certification and September 21, 2022 for Plaintiffs' reply in support of their Motion for Class Certification;

WHEREAS, to accommodate the scheduling of one of the Plaintiff's Rule 30(b)(6) depositions, the parties have agreed that a one-week extension of the briefing schedule is necessary;

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. Defendants shall file their opposition to Plaintiffs' Motion for Class Certification, with any supporting materials, on or by August 17, 2022;

2. Plaintiffs shall file their reply in support of Plaintiffs' Motion for Class Certification, with any supporting materials, on or by September 28, 2022.

-2-

IT IS SO STIPULATED.

The parties have submitted a proposed order for the Court's consideration.

Dated:  June 28, 2022                                    Respectfully submitted,

| | |
|---|---|
| /s/ Joseph F. Murray (with permission) | /s/ Geoffrey J. Ritts |
| Joseph F. Murray, Trial Attorney (0063373) | Geoffrey J. Ritts (0062603) |
| MURRAY MURPHY MOUL | Robert S. Faxon (0059678) |
|     + BASIL LLP | Corey A. Lee (0099866) |
| 1114 Dublin Road | Steven G. Sozio (0032405) |
| Columbus, OH  43215 | Adrienne F. Mueller (admitted *pro hac vice*) |
| Telephone:  (614) 488-0400 | JONES DAY |
| Facsimile:  (614) 488-0401 | North Point |
| Email:  murray@mmmb.com | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114-1190 |
| *Liaison Counsel* | Telephone:  (216) 586-3939 |
| | Facsimile:  (216) 579-0212 |
| Darren J. Robbins (admitted *pro hac vice*) | Email:  gjritts@jonesday.com |
| Mark Solomon (admitted *pro hac vice*) | Email:  rfaxon@jonesday.com |
| ROBBINS GELLER RUDMAN | Email:  calee@jonesday.com |
|     & DOWD LLP | Email:  sgsozio@jonesday.com |
| 655 West Broadway, Suite 1900 | Email:  afmueller@jonesday.com |
| San Diego, CA  92101 | |
| Telephone:  (619) 231-1058 | Marjorie P. Duffy (0083452) |
| Facsimile:  (619) 231-7423 | Jordan M. Baumann (0093844) |
| Email:  darrenr@rgrdlaw.com | JONES DAY |
| Email:  marks@rgrdlaw.com | 325 John H. McConnell Boulevard, Suite 600 |
| | Columbus, Ohio  43215 |
| *Attorneys for Lead Plaintiff* | Telephone:  (614) 469-3939 |
| | Facsimile:  (614) 461-4198 |
| | Email:  mpduffy@jonesday.com |
| /s/ Albert G. Lin (with permission) | Email:  jbaumann@jonesday.com |
| Carole S. Rendon, Trial Attorney (0070345) | |
| Douglas L. Shively (0094065) | Scott B. Scheinberg (admitted *pro hac vice*) |
| Daniel R. Warren (0054595) | JONES DAY |
| Jeremy Steven Dunnaback (0098129) | 500 Grant Street, Suite 4500 |
| Baker & Hostetler LLP | Pittsburgh, PA 15219-2514 |
| Key Tower, 127 Public Square, Suite 2000 | Telephone:  (412) 391-3939 |
| Cleveland, OH  44114 | Facsimile:  (412) 394-7959 |
| Telephone:  (216) 621-0200 | Email:  sscheinberg@jonesday.com |
| Facsimile:  (216) 696-0740 | |
| Email:  crendon@bakerlaw.com | *Attorneys for Defendants FirstEnergy Corp.,* |
| Email:  dshively@bakerlaw.com | *Steven E. Strah, K. Jon Taylor, Jason J.* |
| Email:  dwarren@bakerlaw.com | *Lisowski, George M. Smart, Paul T. Addison,* |
| Email:  jdunnaback@bakerlaw.com | *Michael J. Anderson, Steven J. Demetriou,* |
| | *Julia L. Johnson, Donald T. Misheff, Thomas* |
| | *N. Mitchell, James F. O'Neil III, Christopher* |

<div style="columns:2">

Albert G. Lin (0076888)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211
Facsimile: (212) 589-4201
Email: gstamboulidis@bakerlaw.com

William S. Scherman (admitted *pro hac vice*)
Jason J. Mendro (admitted *pro hac vice*)
Jason R. Meltzer (admitted *pro hac vice*)
Robert K. Hur (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: wscherman@gibsondunn.com
Email: jmendro@gibsondunn.com
Email: jmeltzer@gibsondunn.com
Email: rhur@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

s/ John R. Mitchell (with permission)
John R. Mitchell (0066759)
Michael J. Zbiegien Jr. (0078352)
Kelsey Hughes-Blaum (admitted *pro hac vice*)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 706-3909
Facsimile: (216) 241-3707
Email: jmitchell@taftlaw.com

*D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

/s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

Steve Grimes (admitted *pro hac vice*)
Dan K. Webb (admitted *pro hac vice*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: SGrimes@winston.com
Email: DWebb@winston.com

*Attorneys for Defendant Michael J. Dowling*

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
Brittany M. Wilson (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: teaberryj@ballardspahr.com
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com
Email: wilsonbm@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

</div>

Email:  mzbiegien@taftlaw.com
Email:  khughesblaum@taftlaw.com

*Attorneys for Defendant Ty R. Pine*

/s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
Lape Mansfield Nakasian & Gibson, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone:  (614) 763-2316
Facsimile:  (614) 467-3704
Email:  dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001
Email:  michael.kichline@morganlewis.com
Email:  laura.mcnally@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*

/s/ Brian P. O'Connor (with permission)
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
Telephone:  (513) 721-4450
Facsimile:  (513) 852-5994
Email:  bpo@santenhughes.com

Preston Burton (admitted *pro hac vice*)
Adam Miller (admitted *pro hac vice*)
Bree Murphy (admitted *pro hac vice*)
Jill Winter (admitted *pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC  20036
Telephone:  (202) 349-8000
Facsimile:  (202) 349-8080
Email:  khall@buckleyfirm.com

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH  44311
Telephone:  (330) 535-5711
Facsimile:  (330) 253-8601
Email:  jfairweather@brouse.com
Email:  ldelgrosso@brouse.com

Stephen S. Scholes (admitted *pro hac vice*)
Paul M.G. Helms (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL  60606-0029
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  sscholes@mwe.com
Email:  phelms@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Victor A. Walton, Jr. (with permission)
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH  45202
Telephone:  (513) 723-4000
Facsimile:  (513) 723-4056
Email:  vawalton@vorys.com
Email:  jmbrunner@vorys.com

Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP
106 South Main Street, Suite 1100
Akron, OH  44308-1471
Telephone:  (330) 208-1000

Email:  pburton@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  bmurphy@buckleyfirm.com
Email:  jwinter@buckleyfirm.com

*Attorneys for Defendant Donald R. Schneider*

Facsimile:  (330) 208-1001
Email:  apguran@vorys.com

*Attorneys for Defendant John Judge*

/s/ James E. Arnold (with permission)
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, OH 43215
Telephone:  (614) 460-1600
Facsimile:  (614) 469-1093
Email:  jarnold@arnlaw.com
Email:  ggosnell@arnlaw.com

Veronica E. Callahan (admitted *pro hac vice*)
Aaron F. Miner (admitted *pro hac vice*)
Zheng (Jane) He (admitted *pro hac vice*)
Yiqing Shi (admitted *pro hac vice*)
ARNOLD & PORTER KAYE
    SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
Email:  aaron.miner@arnoldporter.com
Email:  veronica.callahan@arnoldporter.com
Email:  jane.he@arnoldporter.com
Email:  Yiqing.Shi@arnoldporter.com

Andrew C. Johnson (admitted *pro hac vice*)
ARNOLD & PORTER KAYE
    SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone:  (202) 942-5631
Email:  Andrew.Johnson@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*

/s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215-6194
Telephone:  (614) 227-2000
Facsimile:  (614) 227-2100
Email:  rtrafford@porterwright.com
Email:  dbloomfield@porterwright.com

Brian S. Weinstein (admitted *pro hac vice*)
Eric M. Kim (admitted *pro hac vice*)
Joshua N. Shinbrot (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (202) 450-4000
Email:  brian.weinstein@davispolk.com
Email:  eric.kim@davispolk.com
Email:  joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically on June 28, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<div style="text-align:right">

/s/ Marjorie P. Duffy
Marjorie P. Duffy (0083452)

*One of the Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

</div>