UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) | No. 2:20-cv-03785-ALM-KAJ |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | Judge Algenon L. Marbley |
| ALL ACTIONS. | ) ) ) | Magistrate Judge Kimberly A. Jolson |

STIPULATION CONCERNING EXPERT DISCOVERY

This Stipulation Concerning Expert Discovery ("Stipulation") is entered into by Lead Plaintiff Los Angeles County Employees Retirement Association, together with Plaintiffs Amalgamated Bank,[1] City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund, and Defendants[2] (collectively, the "Parties"), by and through undersigned counsel.  The Parties agree that the following provisions of this Stipulation shall govern reports, disclosures, and discovery with respect to testifying expert witnesses disclosed pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure (each a "Testifying Expert") in the above-captioned action (the "Action"), notwithstanding any other potentially applicable law, statute, regulation, or rule:

1. The Parties agree to disclose or produce in discovery only all final written report(s) of each Testifying Expert pursuant to Rule 26(a)(2)(B).  Each final written report shall state the information required by Rule 26(a)(2)(B).

2. Neither the Testifying Expert nor the Parties shall be required to disclose, produce, or log in discovery or at trial any of the following documents or information, unless relied upon by the Testifying Expert:

---

[1]  "Amalgamated Bank" refers to Plaintiff Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund.

[2]  "Defendants" refers to FirstEnergy Corp., Charles E. Jones, James F. Pearson, Steven E. Strah, K. Jon Taylor, Michael Dowling, Dennis M. Chack, Ty R. Pine, Robert Reffner, Leila L. Vespoli, John Judge, Donald R. Schneider, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, Leslie Turner, Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc. and MUFG Securities Americas Inc.

(a) drafts of any report, affidavit, declaration, written testimony, exhibit, demonstrative or disclosure prepared by or at the direction of the Testifying Expert, counsel, or other agent of the party proffering the Testifying Expert, or others working under the supervision of or on behalf of the Testifying Expert, in connection with the Testifying Expert's work in the Action or any other matter, regardless of the form in which such draft is recorded;

(b) preliminary or intermediate calculations, computations, programs, data collections, or data runs prepared by or at the direction of the Testifying Expert, counsel or other agent of the party proffering the Testifying Expert, or others working under the supervision of or on behalf of the Testifying Expert, in connection with the Testifying Expert's work in the Action or any other matter, regardless of the form in which such preliminary or intermediate material is recorded;

(c) notes created or prepared by or at the direction of the Testifying Expert, counsel, or other agent of the party proffering the Testifying Expert, or others working under the supervision of or on behalf of the Testifying Expert, in connection with the Testifying Expert's work in the Action or any other matter, regardless of the form in which such notes are recorded; or

(d) documents or information constituting oral or written communications between or among the Testifying Expert, any other Testifying Experts, others working under the supervision of or on behalf of any Testifying Expert, or counsel or other agent of the party proffering (or parties relying on) the Testifying Expert, in connection with the Testifying Expert's work on the Action or any other matter, regardless of the form of such communications.

3. Within five business days of providing a final written report, the Testifying Expert shall substantially complete production of the facts or data relied upon by the Testifying Expert in

forming their opinion(s) (via email, external hard drive, or FTP site). Such facts or data shall include data, statistical analyses, or other information (including any calculation or exhibit) upon which a Testifying Expert relies for any of their opinion(s) in this matter (including computer programs, excel files, data inputs, etc.). Absent agreement of the Parties, such data shall be provided, as applicable, in native computer format, with formulas included as appropriate, or in machine readable format, including any data that has been cleaned, reformatted, or modified in any way from the form in which it was provided to the Testifying Expert. Within ten business days of providing a final written report, the Testifying Expert shall also substantially complete production of any academic literature, articles, media reports, analyst reports, or other materials cited or relied upon by the Testifying Expert, irrespective of whether such materials are publicly available. Documents that have previously been produced during discovery and were relied upon by the Testifying Expert in forming their opinion(s) need not be produced if they are identified by Bates number. The transcripts of depositions taken during discovery in this case, and the related exhibits, also need not be produced, but must be identified if relied upon by the Testifying Expert in forming their opinion(s). The Testifying Expert shall also disclose or produce a document identifying their hourly rate for work related to their report and testimony in the case, as well as the hourly rate(s) of consultants and assistants for work related to the report and/or relied upon by the Testifying Expert. Nothing in this paragraph or Stipulation shall be construed to require the disclosure or production of any documents or information described in ¶ 2, which are expressly excluded from disclosure or production and which the parties agree they shall not seek or request or otherwise attempt to discover.

4.      Nothing herein shall be construed to prevent or limit in any way the examination of the Testifying Expert at deposition or trial. The Testifying Expert may still be fully questioned

relating to their opinion(s) (including alternative theories, methods, variables, facts, data, or assumptions that the Testifying Expert may or may not have considered in forming their opinion(s) or in preparing their report). Thus, notwithstanding anything to the contrary herein, a Testifying Expert may be presented at deposition or trial with documents, testimony, or other materials not contained in their expert report and questioned about whether the Testifying Expert saw or considered such documents, testimony, or other materials; the reasons why the Testifying Expert did or did not consider or rely on such documents, testimony, or other materials in forming their opinion(s); and whether such documents, testimony, or other materials cause the Testifying Expert to alter their opinion(s) in any respect.

5. No subpoenas (for depositions or documents) need be served on any Testifying Expert from whom a report is provided. Instead, the party proffering such expert will be responsible for: (a) disclosing and producing all documents and information required to be disclosed and produced by this Stipulation; and (b) making such expert available for deposition at a time and location mutually agreed to by the Parties and consistent with the Court's scheduling order (ECF No. 255) and this Stipulation. To the extent a party seeks documents beyond those identified for production in this Stipulation, the party must serve a subpoena for such documents. Nothing in this Stipulation shall be construed either to limit the scope of documents that may be sought (except that no party shall seek those documents or information described in ¶ 2) or to waive a party's objection to any such subpoena.

6. Absent agreement of the Parties or court order, the deposition of a Testifying Expert will take place in a location consistent with one set forth in Rule 45(c)(1)(A). Unless otherwise agreed upon by the Parties or ordered by the Court, the party retaining the Testifying Expert will provide a location (city and state) for the deposition and identify that geographic location in

connection with the Parties' discussion of the deposition date.  Once the Parties agree on a deposition date and corresponding geographic location, the party retaining the Testifying Expert will provide a specific location for the deposition no later than 14 days before the deposition date, absent agreement of the Parties.  Absent agreement of the Parties or court order, the deposition of a Testifying Expert must allow for any counsel and party representatives to attend by remote means.

7. To the extent needed, the Parties agree to supplement this Stipulation to address matters relating to noticing and coordinating the depositions of Testifying Experts.

8. Absent agreement of the Parties or court order, each Testifying Expert shall be deposed only once (unless the Testifying Expert submits a report at both the class certification stage and at the merits stage, in which case the Testifying Expert may be deposed once at the class certification stage and once at the merits stage).

9. The Parties agree that Rule 26(b)(4)(E) will not be applied in this case.  For the sake of clarity, the Party retaining the expert witness shall pay the expert witness fee for attendance at the expert's deposition.

10. Nothing herein shall be deemed to limit or waive any party's rights to object for any reason to the admission of any opposing party's Testifying Expert's testimony, opinions, final written report(s), or qualifications to serve as a Testifying Expert.

11. This Stipulation shall become effective upon its entry by the Court and may be amended by written agreement of the Parties or upon order of the Court for good cause shown.

IT IS SO STIPULATED.

Date: July 7, 2022             /s/ Kimberly A. Jolson
                               KIMBERLY A. JOLSON
                               UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| MURRAY MURPHY MOUL + BASIL LLP | /s/ Geoffrey J. Ritts |
| | Geoffrey J. Ritts (0062603), Trial Attorney |
| /s/ Joseph F. Murray | Robert S. Faxon (0059678) |
| JOSEPH F. MURRAY, Trial Attorney (0063373) | Corey A. Lee (0099866) |
| 1114 Dublin Road | Steven G. Sozio (0032405) |
| Columbus, OH 43215 Telephone: 614/488-0400 614/488-0401 (fax) | Adrienne F. Mueller (admitted *pro hac vice*) |
| murray@mmmb.com | JONES DAY |
| | North Point |
| Liaison Counsel | 901 Lakeside Avenue |
| | Cleveland, OH 44114-1190 |
| ROBBINS GELLER RUDMAN & DOWD LLP | Telephone: (216) 586-3939 |
| DARREN J. ROBBINS | Facsimile: (216) 579-0212 |
| MARK SOLOMON | Email: gjritts@jonesday.com |
| JASON A. FORGE | Email: rfaxon@jonesday.com |
| TOR GRONBORG | Email: calee@jonesday.com |
| BRIAN E. COCHRAN | Email: sgsozio@jonesday.com |
| SARA B. POLYCHRON | Email: afmueller@jonesday.com |
| TING H. LIU | |
| FRANCISCO J. MEJIA | Marjorie P. Duffy (0083452) |
| 655 West Broadway, Suite 1900 San Diego, CA 92101-8498 | Jordan M. Baumann (0093844) |
| Telephone: 619/231-1058 619/231-7423 (fax) | JONES DAY |
| darrenr@rgrdlaw.com marks@rgrdlaw.com | 325 John H. McConnell Boulevard, Suite 600 Columbus, OH 43215 |
| jforge@rgrdlaw.com torg@rgrdlaw.com | Telephone: (614) 469-3939 |
| bcochran@rgrdlaw.com | Facsimile: (614) 461-4198 |
| spolychron@rgrdlaw.com tliu@rgrdlaw.com | Email: mpduffy@jonesday.com |
| efmejia@rgrdlaw.com | Email: jbaumann@jonesday.com |
| | |
| [signatures continue below] | *Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner* |
| | |
| | [signatures continue below] |

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DANIEL J. PFEFFERBAUM<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800 San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>dpfefferbaum@rgrdlaw.com<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>CHAD JOHNSON<br>DESIREE CUMMINGS<br>420 Lexington Avenue, Suite 1832 New YORK, NY 10170<br>Telephone: 212/432-5100<br>chadj@rgrdlaw.com<br>dcummings@rgrdlaw.com<br><br>*Lead Counsel for Lead Plaintiff Los Angeles County Employees Retirement Association* | /s/ Daniel R. Warren<br>Daniel R. Warren (0054595)<br>Carole S. Rendon, Trial Attorney (0070345)<br>BAKER & HOSTETLER LLP<br>Key Tower, 127 Public Square, Suite 2000<br>Cleveland, OH  44114-1214<br>Telephone: 216/621-0200<br>216/696-0740 (fax)<br>dwarren@bakerlaw.co<br>crendon@bakerlaw.com<br>Albert G. Lin (0076888)<br>BAKER & HOSTETLER LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, OH 43215<br>Telephone: 614/228-1541<br>614/462-2616 (fax)<br>alin@bakerlaw.com<br><br>William S. Scherman (admitted *pro hac vice*)<br>Jason J. Mendro (admitted *pro hac vice*)<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Ave, N.W. Washington, D.C. 20036<br>Telephone: 202/955-8500<br>202/467-0539 (fax)<br>wscherman@gibsondunn.com<br>jmendro@gibsondunn.com<br><br>*Attorneys for Defendant Charles E. Jones*<br><br>/s/ John F. McCaffrey<br>John F. McCaffrey (0039486)<br>John A. Favret (0080427)<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113<br>Telephone: 216/592-5000<br>216/592-5009 (fax)<br>john.mccaffrey@tuckerellis.com<br>john.favret@tuckerellis.com<br><br>*Attorneys for Defendant Michael J. Dowling* |

/s/ Douglas M. Mansfield
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN & GIBSON LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: 614/763-2316
614/467-3704 (fax)
dmansfield@lmng-law.com
Michael L. Kichline (admitted pro hac vice) Laura H. McNally (admitted pro hac vice) MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone: 212/963-5000
215/963-5001 (fax)
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*


/s/ John C. Fairweather
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: 330/535-5711
330/253-8601 (fax)
jfairweather@brouse.com
ldelgrosso@brouse.com

Steven S. Scholes (admitted pro hac vice)
Paul Helms (admitted pro hac vice)
MCDERMOTT, WILL, & EMERY, LLP
444 West Lake Street, Suite 4000
Chicago, IL  60606-0029
Telephone: 312/372-2000
312/984-7700 (fax)
sscholes@mwe.com
phelms@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Jeremy R. Teaberry
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted pro hac vice)
David L. Axelrod (admitted pro hac vice)
Emilia McKee Vassallo (admitted pro hac vice)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215/665-8500
215/864-8999 (fax)
teaberryj@ballardspahr.com
katsifft@ballardspahr.com
axelrodd@ballardspahr.com
mckeevassalloe@ballardspahr.com

*Attorneys for Defendant James F. Pearson*


/s/ John R. Mitchell
John R. Mitchell (0066759)
Michael J. Zbiegien, Jr. (0078352)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square
Suite 3500
Cleveland, OH 44114
Telephone: 216/242-2838
Fax: 216/241-3707
jmitchell@taftlaw.com
mzbiegien@taftlaw.com

*Attorneys for Defendant Ty R. Pine*


/s/ James E. Arnold
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, OH 43215
Telephone:  (614) 460-1600
Facsimile:  (614) 469-1093
Email:  jarnold@arnlaw.com
Email:  ggosnell@arnlaw.com

Veronica E. Callahan (admitted pro hac vice)
Aaron F. Miner (admitted pro hac vice)

- 9 -

Zheng (Jane) He (admitted pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone: 212/836-8000
212/836-8689 (fax)
veronica.callahan@arnoldporter.com
aaron.miner@arnoldporter.com
jane.he@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*


/s/ Brian P. O'Connor
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
513.721.4450 tel. / 513.852.5994 fax
Email: bpo@santenhughes.com

Preston Burton (admitted *pro hac vice*)
Adam Miller (admitted *pro hac vice*)
Bree Murphy (admitted *pro hac vice*)
Jill Winter (admitted *pro hac vice*)
BUCKLEY LLP
2001 M Street, NW, Suite 500
Washington, DC  20036
Telephone:  (202) 349-8000
Facsimile:  (202) 349-8080
Email: pburton@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: bmurphy@buckleyfirm.com
Email: jwinter@buckleyfirm.com

*Attorneys for Defendant Donald R. Schneider*


/s/ Victor A. Walton
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE LLP
301 E. Fourth Street, Suite 3500 Great American
Tower Cincinnati, OH  45201-0236
Telephone: 513/723-4000
513/852-7808 (fax)

vawalton@vorys.com
jmbrunner@vorys.com
Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP
106 S. Main Street, Suite 1100
Akron, OH  44308
Telephone: 330/208-1000
330/208-1001 (fax)
apguran@vorys.com

*Attorneys for Defendant John Judge*

/s/ Robert W. Trafford
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215-6194
Telephone:  (614) 227-2000
Facsimile:  (614) 227-2100
Email:  rtrafford@porterwright.com
Email:  dbloomfield@porterwright.com

Brian S. Weinstein (admitted *pro hac vice*)
Eric M. Kim (admitted *pro hac vice*)
Joshua N. Shinbrot (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (202) 450-4000
Email:  brian.weinstein@davispolk.com
Email:  eric.kim@davispolk.com
Email:  joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants*