IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order (Doc. #255), the parties jointly submit a status report updating the Court on the discovery that has occurred during the 45-day period since the filing of the parties' June 27, 2022 Joint Status Report (Doc. #301).

**Document production.** During the 45-day period, counsel for FirstEnergy and Plaintiffs have repeatedly conferred regarding proposed custodians and search terms (in addition to those used by FirstEnergy for document productions in other litigation), and the date range(s) to apply to searches using the proposed terms and custodians. Concurrent with these negotiations regarding search terms, custodians, and date range(s), FirstEnergy began its review and production of responsive, non-privileged documents as soon as agreements on terms and custodians were reached. To date, FirstEnergy has made 25 volumes of productions and will continue to make regular, rolling productions and provide privilege logs. Plaintiffs and FirstEnergy worked cooperatively to adjust the deadline for the substantial completion of document productions by FirstEnergy, as they reported in their Joint Status Report Regarding Update to Substantial Completion of Document Production (Doc. #321), filed on July 29, 2022.

FirstEnergy and Plaintiffs continue to negotiate proposed custodians and search terms, and the date range(s) to apply to searches using the proposed terms and custodians.

In addition, third parties continue to produce documents in this matter, with the subpoenaing party distributing those productions to all other parties.

**Written discovery.**  During the 45-day period, Defendant Jones served on FirstEnergy his first set of requests for admission, interrogatories, and requests for production.

**Depositions.**  During the 45-day period, the parties filed their proposals regarding fact depositions (Doc. #306), and the Court entered an order regarding the fact deposition protocol (Doc. #309).  The parties also submitted a joint stipulation regarding expert discovery, which the Court entered.  (Doc. #311.)

Also during the 45-day period, FirstEnergy deposed each of the four named plaintiffs, as well as Plaintiffs' two experts in support of their motion for class certification.  Plaintiffs and FirstEnergy reached agreement regarding a second Rule 30(b)(6) deposition of FirstEnergy and regarding issues relating to privilege arising out of the first Rule 30(b)(6) deposition of FirstEnergy.  (*See* Unopposed Joint Motion and Stipulation to Continue Briefing Schedule and Amend Scheduling Order (Doc. #317); Order (Doc. #318).)

**Motions.**  During the 45-day period, Plaintiffs and FirstEnergy negotiated an extension of briefing deadlines for Plaintiffs' motion for class certification.  (Docs. #302, 303.)  Defendants Jones and Dowling filed a motion to compel a second Rule 30(b)(6) deposition of FirstEnergy, and that motion has been fully briefed.  (Docs. #319, 320, 322.)

**Subpoenas.**

<u>Dowling's Update Regarding Subpoenas to Partners for Progress ("PFP") and Generation Now ("GN")</u>.  Meet and confer sessions pertaining to Dowling's subpoenas for documents and Rule 30(b)(6) depositions to 501(c)(4) entities PFP and GN were initially reported in the last status report.  The meet and confers sessions have not resolved matters.  Dowling and each of

these entities are at an impasse. As a result, Dowling plans to place these matters before the Court for resolution.

**Coordination.** During the 45-day period, discussions have occurred regarding coordination between this action and the *MFS* and *Brighthouse* actions. (*See* Doc. #309.) The parties will provide a further update regarding coordination by no later than their next status report.

*   *   *

The parties will continue to work in good faith to resolve any discovery disputes that may arise in this matter.

Dated: August 11, 2022

Respectfully submitted,

/s/ Joseph F. Murray (with permission)
Joseph F. Murray, Trial Attorney (0063373)
MURRAY MURPHY MOUL
   + BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
Email: murray@mmmb.com

*Liaison Counsel*

Darren J. Robbins (admitted *pro hac vice*)
Mark Solomon (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: darrenr@rgrdlaw.com
Email: marks@rgrdlaw.com

*Attorneys for Lead Plaintiff*

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Stephen G. Sozio (0032405)
Adrienne F. Mueller (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com
Email: calee@jonesday.com
Email: sgsozio@jonesday.com
Email: afmueller@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
Emily M. Rector (0098058)
M. Ryan Harmanis (0093642)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215

/s/ Albert G. Lin (with permission)
Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Jeremy Steven Dunnaback (0098129)
Baker & Hostetler LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: crendon@bakerlaw.com
Email: dshively@bakerlaw.com
Email: dwarren@bakerlaw.com
Email: jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211
Facsimile: (212) 589-4201
Email: gstamboulidis@bakerlaw.com

William S. Scherman (admitted *pro hac vice*)
Jason J. Mendro (admitted *pro hac vice*)
Jason R. Meltzer (admitted *pro hac vice*)
Robert K. Hur (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: wscherman@gibsondunn.com
Email: jmendro@gibsondunn.com
Email: jmeltzer@gibsondunn.com
Email: rhur@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com
Email: erector@jonesday.com
Email: rharmanis@jonesday.com

Scott B. Scheinberg (admitted *pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
Email: sscheinberg@jonesday.com

*Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

/s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

Steve Grimes (admitted *pro hac vice*)
Dan K. Webb (admitted *pro hac vice*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: SGrimes@winston.com
Email: DWebb@winston.com

*Attorneys for Defendant Michael J. Dowling*

/s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
Lape Mansfield Nakasian & Gibson, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
Facsimile: (614) 467-3704
Email: dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
Emily S. Kimmelman (admitted *pro hac vice*)
Karen Pieslak Pohlmann (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: michael.kichline@morganlewis.com
Email: laura.mcnally@morganlewis.com
Email: emily.kimmelman@morganlewis.com
Email: karen.pohlmann@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*

/s/ Brian P. O'Connor (with permission)
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
Telephone: (513) 721-4450
Facsimile: (513) 852-5994
Email: bpo@santenhughes.com

Preston Burton (admitted *pro hac vice*)
Adam Miller (admitted *pro hac vice*)
Bree Murphy (admitted *pro hac vice*)
Jill Winter (admitted *pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: pburton@buckleyfirm.com

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
Brittany M. Wilson (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: teaberryj@ballardspahr.com
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com
Email: wilsonbm@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

/s/ John R. Mitchell (with permission)
John R. Mitchell (0066759)
Michael J. Zbiegien Jr. (0078352)
Kelsey Hughes-Blaum (admitted *pro hac vice*)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 706-3909
Facsimile: (216) 241-3707
Email: jmitchell@taftlaw.com
Email: mzbiegien@taftlaw.com
Email: khughesblaum@taftlaw.com

*Attorneys for Defendant Ty R. Pine*

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Email:  amiller@buckleyfirm.com
Email:  bmurphy@buckleyfirm.com
Email:  jwinter@buckleyfirm.com

*Attorneys for Defendant Donald R. Schneider*

/s/ James E. Arnold (with permission)
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, OH 43215
Telephone:  (614) 460-1600
Facsimile:  (614) 469-1093
Email:  jarnold@arnlaw.com
Email:  ggosnell@arnlaw.com

Veronica E. Callahan (admitted *pro hac vice*)
Aaron F. Miner (admitted *pro hac vice*)
Zheng (Jane) He (admitted *pro hac vice*)
Yiqing Shi (admitted *pro hac vice*)
ARNOLD & PORTER KAYE
    SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
Email:  aaron.miner@arnoldporter.com
Email:  veronica.callahan@arnoldporter.com
Email:  jane.he@arnoldporter.com
Email:  Yiqing.Shi@arnoldporter.com

Andrew C. Johnson (admitted *pro hac vice*)
ARNOLD & PORTER KAYE
    SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone:  (202) 942-5631
Email:  Andrew.Johnson@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*

Stephen S. Scholes (admitted *pro hac vice*)
Paul M.G. Helms (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL  60606-0029
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  sscholes@mwe.com
Email:  phelms@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Victor A. Walton, Jr. (with permission)
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH  45202
Telephone:  (513) 723-4000
Facsimile:  (513) 723-4056
Email:  vawalton@vorys.com
Email:  jmbrunner@vorys.com

Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP
106 South Main Street, Suite 1100
Akron, OH  44308-1471
Telephone:  (330) 208-1000
Facsimile:  (330) 208-1001
Email:  apguran@vorys.com

*Attorneys for Defendant John Judge*

/s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215-6194
Telephone:  (614) 227-2000
Facsimile:  (614) 227-2100
Email:  rtrafford@porterwright.com
Email:  dbloomfield@porterwright.com

-7-

        Brian S. Weinstein (admitted *pro hac vice*)
Eric M. Kim (admitted *pro hac vice*)
Joshua N. Shinbrot (*pro hac vice* pending)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (202) 450-4000
Email:  brian.weinstein@davispolk.com
Email:  eric.kim@davispolk.com
Email:  joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on August 11, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Marjorie P. Duffy
Marjorie P. Duffy (0083452)

*One of the Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*