**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,

This document relates to:  Civil Action 2:20-cv-3785
  Chief Judge Algenon L. Marbley
  Magistrate Judge Jolson
ALL ACTIONS.

## ORDER

The parties recently represented to the Court that they have reached an impasse regarding the designation of documents and testimony under the protective order. The parties are **ORDERED** to submit letter briefs on their relative positions, not to exceed three single-spaced pages, by email to jolson_chambers@ohsd.uscourts.gov on or before August 18, 2022. Additionally, the Court **SETS** a telephonic status conference on the dispute for August 22, 2022 at 10:30am. Counsel shall call 1-888-684-8852 to participate in the telephone conference with Magistrate Judge Kimberly A. Jolson. The conference access code is 3189690 and the security code is 3785.

IT IS SO ORDERED.

Date:  August 12, 2022   /s/ Kimberly A. Jolson
  KIMBERLY A. JOLSON
  UNITED STATES MAGISTRATE JUDGE