# Exhibit C

Submitted In Camera Pursuant to Section 8 of the Stipulated Protective Order (ECF No. 203)