IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,

This document relates to:

ALL ACTIONS.

Civil Action 2:20-cv-3785
Chief Judge Algenon L. Marbley
Magistrate Judge Jolson

# ORDER

This matter is before the Court on the December 14, 2022 Joint Status Report (Doc. 391) submitted by Defendant Charles E. Jones ("Jones") and third-party Industrial Energy Users-Ohio ("IEU-Ohio"). The Court previously ordered the completion of certain discovery by December 21, 2022. (Doc. 387 at 2). Now, IEU-Ohio seeks an extension of time to comply with the Court's production deadline and proposes a schedule for production to which Jones has agreed. For good cause shown, the extension is **GRANTED** and the Court **ADOPTS** the joint proposed schedule as follows:

| | |
|---|---|
| December 21, 2022 | IEU-Ohio produces hard-copy financial records and meeting agendas identified to date, including any necessary privilege log. |
| January 4, 2023 | Based on review of meeting agendas produced by IEU-Ohio, Jones's counsel identifies list of meeting minutes to be reviewed and produced by IEU-Ohio. |
| January 11, 2023 | IEU-Ohio's counsel will generate and provide a hit report covering all electronic data then in MRFL's possession. |

| | |
|---|---|
| January 18, 2023 | Counsel of Jones and IEU-Ohio will meet and confer regarding the hit report on or before this date. |
| January 25, 2023 | IEU-Ohio produces meeting minutes based on Jones's request, including any necessary privilege log. |
| February 7, 2023 | IEU-Ohio's counsel will generate and provide an updated hit report covering all electronic data in IEU-Ohio's possession, custody, or control. |
| February 14, 2023 | Counsel of Jones and IEU-Ohio will meet and confer regarding the updated hit report on or before this date. |
| February 25, 2023 | IEU-Ohio completes production of remaining physical documents, absent further leave of Court.<br><br>By this date, counsel for Jones conduct on-site inspection of physical documents made available for inspection by IEU-Ohio. |

IT IS SO ORDERED.

Date: December 19, 2022       /s/ Kimberly A. Jolson
                              KIMBERLY A. JOLSON
                              UNITED STATES MAGISTRATE JUDGE