**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION, ) <br> ) <br> _____ ) <br> ) <br> This document relates to: ) <br> ) <br> ALL ACTIONS. ) <br> _____ ) | Case No. 2:20-cv-03785-ALM-KAJ <br><br> <u>CLASS ACTION</u> <br><br> Chief Judge Algenon L. Marbley <br> Magistrate Judge Kimberly A. Jolson |

### <u>Joint Discovery Status Report</u>

Pursuant to the Court's August 19, 2022 Opinion and Order (Doc. # 333), the parties provide the following discovery status report. There are two active discovery disputes. The current status of the discovery dispute between non-party Industrial Energy Users-Ohio and defendant Charles E. Jones was recently reported to the Court on December 14, 2022 in response to the Court's Order dated November 29, 2022 (Doc. # 387). (*See* Joint Status Report, Doc. # 391). The other ongoing discovery matter reported below relates to Judge Jolson's Opinion and Order (Doc. # 378) granting Plaintiffs' and Mr. Dowling's motion to compel production of documents and privilege log from non-party Partners for Progress, Inc. ("PFP").

### <u>Plaintiffs' and Mr. Dowling's Report</u>

On December 2, 2022, PFP filed its Partial Objection to, and Motion to Partially Stay, Judge Jolson's Opinion and Order (Doc. # 378). (*See* Doc. # 388). On December 7, PFP produced a supplemental production of documents. On December 14, counsel for Plaintiffs and Mr. Dowling raised their initial *concerns* with PFP's supplemental document production, including that it did not contain a supplemental privilege log and it appeared to contain only responsive documents from the accounts of PFP's two current directors. On December 15, counsel for PFP responded and confirmed, in part, that the supplemental production did not contain a privilege log and that it contained responsive documents only from the two current

1

directors. On December 16, Plaintiffs and Mr. Dowling filed their Response to PFP's Partial Objection to, and Motion to Partial Stay, Judge Jolson's Order. (See Doc. # 392). On December 16, counsel for Plaintiffs and Mr. Dowling also issued to counsel for PFP their objections to PFP's production. Plaintiffs and Mr. Dowling will continue to engage PFP in a good faith attempt to resolve or narrow this discovery dispute up and until January 6, as required pursuant to the Order.

### **Partners for Progress, Inc.'s Report**

Partners for Progress notes that the "concerns" Plaintiffs and Dowling identify here generally consist of either (1) matters that have been presented to the Court for resolution pursuant to Partners for Progress's Objection (Doc. 388); or (2) matters that Plaintiffs and Dowling had not previously raised until after the issuance of Magistrate Judge Jolson's Opinion and Order (Doc. 378) (the "Order").  In any case, without waiving the objections stated in its Objection to the Order, Partners for Progress will continue to work in good faith with Plaintiffs and Dowling through January 6, 2023 to try to resolve or narrow any issues in dispute.

### **Mr. Jones's Report**

On December 14, 2022, Mr. Jones and third party Industrial Energy Users-Ohio ("IEU-Ohio") filed a joint status report regarding Mr. Jones's subpoena directed to IEU-Ohio.  (*See* Doc. # 391).  Mr. Jones has no additional information to provide beyond what is included in the prior status report.

| | |
|---|---|
| /s/ Joseph F. Murray (with permission) | /s/ Geoffrey J. Ritts (with permission) |
| Joseph F. Murray, Trial Attorney (0063373) | Geoffrey J. Ritts (0062603) |
| MURRAY MURPHY MOUL | Robert S. Faxon (0059678) |
| + BASIL LLP | Corey A. Lee (0099866) |
| 1114 Dublin Road | Stephen G. Sozio (0032405) |
| Columbus, OH 43215 | Adrienne F. Mueller (0076332) |
| Telephone: (614) 488-0400 | JONES DAY |

2

Facsimile: (614) 488-0401
Email: murray@mmmb.com

*Liaison Counsel*

Darren J. Robbins (admitted *pro hac vice*)
Mark Solomon (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: darrenr@rgrdlaw.com
Email: marks@rgrdlaw.com

*Attorneys for Lead Plaintiff*

/s/ Albert G. Lin (with permission)
Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Jeremy Steven Dunnaback (0098129)
Baker & Hostetler LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: crendon@bakerlaw.com
Email: dshively@bakerlaw.com
Email: dwarren@bakerlaw.com
Email: jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211

North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com
Email: calee@jonesday.com
Email: sgsozio@jonesday.com
Email: afmueller@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
M. Ryan Harmanis (0093642)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com
Email: rharmanis@jonesday.com

Scott B. Scheinberg (admitted pro *hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
Email: sscheinberg@jonesday.com

*Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K Jon Taylor, Jason J. Lisowski, George M Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M Turner*

/s/ John A. Favret
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100

3

Facsimile: (212) 589-4201
Email: gstamboulidis@bakerlaw.corn

William S. Scherman (admitted *pro hac vice*)
Jason J. Mendro (admitted *pro hac vice*)
Jason R. Meltzer (admitted *pro hac vice*)
Robert K. Hur (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: wscherman@gibsondunn.com
Email: jmendro@gibsondunn.com
Email: jmeltzer@gibsondunn.com
Email: rhur@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

/s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
Lape Mansfield Nakasian & Gibson, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
Facsimile: (614) 467-3704
Email: dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
Emily S. Kimmelman (admitted *pro hac vice*)
Karen Pieslak Pohlmann (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: michael.kichline@morganlewis.com
Email: laura.mcnally@morganlewis.com
Email: emily.kimmelman@morganlewis.com
Email: karen.pohlmann@morganlewis.com

*Attorneys for Defendant Dennis M Chack*

/s/ Brian P. O'Connor (with permission)
Brian P. O'Connor (0086646)

Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

Steve Grimes (admitted *pro hac vice*)
Dan K. Webb (admitted *pro hac vice*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: SGrimes@winston.com
Email: DWebb@winston.com

*Attorneys for Defendant Michael J. Dowling*

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
Brittany M. Wilson (admitted pro *hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: teaberryj@ballardspahr.com
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com
Email: wilsonbm@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

/s/ John R. Mitchell (with permission)
John R. Mitchell (0066759)
Michael J. Zbiegien Jr. (0078352)
Kelsey Hughes-Blaum (admitted pro *hac vice*)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 706-3909

SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
Telephone: (513) 721-4450
Facsimile: (513) 852-5994
Email: bpo@santenhughes.com

Preston Burton (admitted *pro hac vice*)
Adam Miller (admitted *pro hac vice*)
Bree Murphy (admitted *pro hac vice*)
Jill Winter (admitted *pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: pburton@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: bmurphy@buckleyfirm.com
Email: jwinter@buckleyfirm.com

*Attorneys for Defendant Donald R. Schneider*

/s/ James E. Arnold (with permission)
James E. Arnold (0037712) Gerhardt A. Gosnell II (0064919) ARNOLD & CLIFFORD LLP 115 W. Main St., Fourth Floor Columbus, OH 43215
Telephone: (614) 460-1600
Facsimile: (614) 469-1093
Email: jarnold@arnlaw.com
Email: ggosnell@arnlaw.com

Veronica E. Callahan (admitted *pro hac vice*)
Aaron F. Miner (admitted *pro hac vice*)
Zheng (Jane) He (admitted *pro hac vice*)
Yiqing Shi (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: aaron.miner@arnoldporter.com
Email: veronica.callahan@arnoldporter.com
Email: jane.he@arnoldporter.com

Facsimile: (216) 241-3707
Email: jmitchell@taftlaw.com
Email: mzbiegien@taftlaw.com
Email: khughesblaum@taftlaw.com

*Attorneys for Defendant Ty R. Pine*

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Stephen S. Scholes (admitted *pro hac vice*)
Paul M.G. Helms (admitted *pro hac vice*)
Samantha L. Fenton (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: sscholes@mwe.com
Email: phelms@mwe.com
Email: sfenton@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Victor A. Walton, Jr. (with permission)
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 723-4056
Email: vawalton@vorys.corn
Email: jmbrunner@vorys.com

Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP

Email: Yiqing.Shi@arnoldporter.com

Andrew C. Johnson (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5631
Email: Andrew.Johnson@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*

106 South Main Street, Suite 1100
Akron, OH 44308-1471
Telephone: (330) 208-1000
Facsimile: (330) 208-1001
Email: apguran@vorys.com

*Attorneys for Defendant John Judge*

/s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215-6194
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
Email: rtrafford@porterwright.com
Email: dbloomfield@porterwright.com

Brian S. Weinstein (admitted *pro hac vice*)
Eric M. Kim (admitted *pro hac vice*)
Joshua N. Shinbrot *(pro hac vice* pending)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (202) 450-4000
Email: brian.weinstein@davispolk.com
Email: eric.kim@davispolk.com
Email: joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                */s/ John A. Favret*
                John A. Favret (0080426)
                *One of the Attorneys for Defendant*
                *Michael J. Dowling*