**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,**

**This document relates to:**         **Civil Action 2:20-cv-3785
                                       Chief Judge Algenon L. Marbley
                                       Magistrate Judge Jolson**

    **ALL ACTIONS.**

## ORDER

This matter is before the Court on the parties' January 9, 2023 Joint Status Report (Doc. 397). No active disputes were raised in the report. Accordingly, the Court **VACATES** the hearing set for January 12, 2023, at 11:00am.

IT IS SO ORDERED.

Date: January 10, 2023                    /s/ Kimberly A. Jolson
                                          KIMBERLY A. JOLSON
                                          UNITED STATES MAGISTRATE JUDGE