# EXHIBIT G



FBerckmueller@Calfee.com
216.622.8671 **Direct**

**Calfee, Halter & Griswold LLP**
*Attorneys at Law*

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

June 6, 2022

**VIA EMAIL**

| | |
|---|---|
| Brittany Wilson | David W. Mitchell |
| Ballard Spahr LLP | Robbins Geller Rudman & Dowd LLP |
| 1735 Market Street, 51st Floor | 655 W. Broadview, Suite 1900 |
| Philadelphia, PA 19103-7599 | San Diego, CA 92101 |
| WilsonBM@BallardSpahr.com | DavidM@RGRDLaw.com |

**Re: Subpoenas issued to Partners for Progress Inc. by James F. Pearson and Lead Plaintiff in connection with *In re FirstEnergy Corp. Secs. Litig.*, S.D. Ohio No. 2:20-CV-03785-ALM-KAJ**

Dear Ms. Wilson and Mr. Mitchell:

I represent Partners for Progress Inc. ("Partners for Progress"). I write regarding the document subpoena directed to Partners for Progress dated May 24, 2022 issued by Ms. Wilson's offices on James F. Pearson's behalf and the document and deposition subpoenas dated May 25, 2022 issued by Mr. Mitchell's offices on Lead Plaintiff's behalf in the above-captioned securities litigation.

As you know, Partners for Progress also previously received a separate subpoena for a deposition and documents from Michael J. Dowling. On May 18, 2022, Partners for Progress served written objections to the document requests and Rule 30(b)(6) deposition topics designated in Mr. Dowling's subpoena. While there are some differences among the three Subpoenas, there is substantial overlap in their scope. Accordingly, Partners for Progress objects to Mr. Pearson's and Lead Plaintiff's Subpoenas for the reasons stated in its May 18, 2022 objection letter to Mr. Dowling and his counsel, which is enclosed with, and incorporated by reference into, this letter.[1]

Partners for Progress, a non-party to this securities litigation, has now received three separate subpoenas, with conflicting demands as to topical scope and deposition dates. As I trust you can

---

[1] As reflected in the May 18, 2022 letter to Mr. Dowling's counsel, Partners for Progress produced to Mr. Dowling's counsel 746 pages of documents subject to and without waiving its objections. If you have not received a copy of that production, we can create a new download link at your request.

*Cleveland | Columbus | Cincinnati*

*4876-7390-6211, v.1*

**Calfee, Halter & Griswold LLP**

Brittany M. Wilson and David W. Mitchell
June 6, 2022
Page 2

appreciate, these conflicting demands, as they stand, collectively impose undue burdens on Partners for Progress.

Partners for Progress is, of course, amenable to responding to the Subpoenas in an orderly, cost-efficient manner that protects its rights as a non-party under Rule 45 and does not require it to sit for multiple depositions or respond to multiple sets of document requests. Accordingly, Partners for Progress asks that counsel for Messrs. Dowling and Pearson and Lead Plaintiff coordinate amongst themselves to propose potential deposition dates that are workable for all parties and one set of document requests and topic designations, and/or a proposal on splitting the 7 hours of deposition time. In the meantime, so the record is clear, please know that Partners for Progress will not be in a position to prepare and produce a designee to sit for deposition on the June 8 date contained in Mr. Dowling's subpoena. However, while we are not committing now to the June 28 date contained in Lead Plaintiff's subpoena, Partners for Progress may be able to prepare and produce a designee for June 28 if we are able to reach agreement on the appropriate topics and protocol for splitting time in a sufficiently expeditious manner.

We look forward to working with all of you to resolve these issues in a mutually satisfactory manner.

Sincerely,

/s/ *Fritz E. Berckmueller*

cc: John F. McCaffrey (via email: John.McCaffrey@TuckerEllis.com)
    Hannah M. Smith (via email: Hannah.Smith@TuckerEllis.com)
    Jeremy Dunnaback (via email: JDunnaback@BakerLaw.com)
    Jennifer C. Mansh (via email: JMansh@GibsonDunn.com)
    David L. Axelrod (via email: AxelrodD@BallardSpahr.com)
    Emilia McKee Vassallo (via email: McKeeVassalloE@BallardSpahr.com)
    Timothy D. Katsiff (via email: KatsiffT@BallardSpahr.com)
    Mitchell G. Blair (via email: MBlair@Calfee.com)
    Matthew A. Chiricosta (via email: MChiricosta@Calfee.com)