**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,**

**This document relates to:**                                        **Civil Action 2:20-cv-3785
                                                                     Chief Judge Algenon L. Marbley
                                                                     Magistrate Judge Jolson**

**ALL ACTIONS.**


**ORDER**

This matter is before the Court on the parties' February 17, 2023 Joint Status Report (Doc.

414).  No active disputes were raised in the report.  Accordingly, the Court **VACATES** the hearing

set for February 23, 2023, at 11:00am.

IT IS SO ORDERED.


Date: February 21, 2023                           /s/ Kimberly A. Jolson
                                                  KIMBERLY A. JOLSON
                                                  UNITED STATES MAGISTRATE JUDGE