**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,**

**This document relates to:**   Civil Action 2:20-cv-3785
　　　　　　　　　　　　　　　Chief Judge Algenon L. Marbley
**ALL ACTIONS.**   　　　　　　　Magistrate Judge Jolson

## ORDER

This matter is before the Court on the parties' March 13, 2023 Joint Status Report (Doc. 425). No active disputes were raised in the report. Accordingly, the Court **VACATES** the hearing set for March 16, 2023, at 11:00am.

IT IS SO ORDERED.

Date: March 14, 2023　　　　　　　　　/s/ Kimberly A. Jolson
　　　　　　　　　　　　　　　　　　　KIMBERLY A. JOLSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE