# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION, | ) ) ) ) ) ) ) ) ) | No. 2:20-cv-03785-ALM-KAJ |
| | | CLASS ACTION |
| This Document Relates To: | | Judge Algenon L. Marbley <br> Magistrate Judge Kimberly A. Jolson |
| ALL ACTIONS. | | **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS CHARLES JONES AND MICHAEL DOWLING'S MOTION FOR PROTECTIVE ORDER

Defendants Charles Jones and Michael Dowling respectfully move this Court to enter a protective order pursuant to Federal Rule of Civil Procedure 26(c)(1) deferring the depositions of Charles Jones and Michael Dowling until no earlier than September 8, 2023, a date concurrent with a stay requested by the U.S. Attorney's Office for the Southern District of Ohio in parallel proceedings before the Public Utility Commission of Ohio ("PUCO"). As set forth in the accompanying memorandum of law, moving forward with their two-day depositions—which are noticed to begin May 23 and May 31, respectively—would inevitably infringe upon the protections afforded to Jones and Dowling by the United States Constitution. Issuing a protective order temporarily staying these depositions would mitigate this infringement and not unduly prejudice the Plaintiffs, who have stated that they intend to take more than 80 depositions in this matter and who may continue to seek discovery from dozens of other parties and non-parties while the protective order is in effect.

Jones and Dowling respectfully request that the Court set an in-person hearing for oral argument on this motion.

Dated: April 17, 2023

Carole S. Rendon (0070345)
Douglas Shively (0094065)
Daniel R. Warren (0054595)
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216-621-0200
Fax: 216-696-0740
crendon@bakerlaw.com
dshively@bakerlaw.com
dwarren@bakerlaw.com
jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: 614-228-1541
Fax: 614-462-2616
alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4211
Fax: 212-589-4201
gstamboulidis@bakerlaw.com

*Attorneys for Defendant Charles E. Jones*

Respectfully submitted,

/s/ *John F. McCaffrey*
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
Michael J. Ruttinger (0083850)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
216-592-5000
Fax: 216-592-5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com
hannah.smith@tuckerellis.com
michael.ruttinger@tuckerellis.com

Dan K. Webb (admitted *pro hac vice*)
Steven Grimes (admitted *pro hac vice*)
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
dwebb@winston.com
sgrimes@winston.com

*Attorneys for Defendant Michael J. Dowling*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                             /s/ *John F. McCaffrey*
                                             John F. McCaffrey (0039486)
                                             One of the Attorneys for Defendant
                                             Michael J. Dowling