# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
 2                      WESTERN DIVISION
                           - - -
 3
     UNITED STATES OF AMERICA,     :  CASE NO. 1:20-CR-0077
 4                                 :
                    Plaintiff,     :  JURY TRIAL, DAY 24
 5            vs.                  :
                                   :  7th day of March, 2023
 6   LARRY HOUSEHOLDER, et al.     :
                                   :
 7                  Defendant.     :

 8                         - - -
              TRANSCRIPT OF PROCEEDINGS
 9        BEFORE THE HONORABLE TIMOTHY S. BLACK, JUDGE
                           - - -
10
     APPEARANCES:
11
     For the Plaintiff:
12                      Emily N. Glatfelter, Esq.
                        Matthew Charles Singer, Esq.
13                      Megan Gaffney Painter, Esq.
                        Assistant United States Attorneys
14                      221 East Fourth Street, Suite 400
                        Cincinnati, Ohio 45202
15
     For the Defendant, Larry Householder:
16
                        Nicholas R. Oleski, Esq.
17                      Robert T. Glickman, Esq.
                        McCarthy, Lebit, Crystal & Liffman Co.
18                      1111 Superior Avenue East, Suite 2700
                        Cleveland, Ohio 44114
19                              and
                        Steven L. Bradley, Esq.
20                      Marein and Bradley
                        526 Superior Avenue, Suite 222
21                      Cleveland, Ohio 44114

22

23

24

25
```

Case: 2:20-cr-00077-ALM Doc #: 394 Filed: 06/09/23 Page: 3 of 156 PAGEID #: 9460
Case 24-3771, Document 23, Filed 06/04/25, Page 3 of 561

24-3771

```
 1    For the Defendant, Matthew Borges:

 2                         Karl Herbert Schneider, Esq.
                           Todd Aaron Long, Esq.
 3                         McNees Wallace & Nurick, LLC
                           21 East State Street, Suite 1700
 4                         Columbus, Ohio 43215

 5    Also present:        Larry Householder
                           Matthew Borges
 6                         Blane Wetzel, FBI Special Agent
                           Kelly Terry, paralegal
 7                         PJ Jensen, trial tech

 8    Law Clerk:           Cristina V. Frankian, Esq.

 9    Courtroom Deputy:    Rebecca Santoro

10    Stenographer:        Lisa Conley Yungblut, RDR, RMR, CRR, CRC
                           United States District Court
11                         100 East Fifth Street
                           Cincinnati, Ohio 45202
```

**Proceedings recorded in stenotype.**
**Transcript prepared with computer-aided transcription.**

1    ballot referendum, to delete it all after it was over.  This
2    is concealment, and it shows corrupt intent.
3         You also heard from enterprise members and statements
4    by enterprise members, and out of the five people we just
5    walked through, four of them admit either through testimony
6    or in recordings that Mr. Householder had a corrupt
7    relationship with FirstEnergy.  You heard Mr. Cespedes and
8    Mr. Longstreth both testify under oath that Mr. Householder
9    was involved in a bribery scheme, money in return for
10   legislation.  You heard Neil Clark say on recordings that
11   Mr. Householder received millions of dollars from
12   FirstEnergy and he went to war for them, that it was pay to
13   play.  And, again, you heard Mr. Borges characterize the
14   relationship between FirstEnergy and Householder and his
15   firm as an unholy alliance.  So the statements out of the
16   mouth of four of the five enterprise members support the
17   bribery agreement.
18        You also walked through and saw just a lot of
19   documents, a lot of e-mails, a lot of bank records, a lot of
20   phone records, they all support this same conclusion.  But
21   in the end, in the end, the volume of money, the sheer
22   volume of money, of the 64 million that was brought into --
23   that was received by Generation Now during this period,
24   there were 56 contributors who were not FirstEnergy.  Of
25   those 56 contributors, they combined gave $4.4 million.  So

| | |
|---|---|
| 1 | 56 entities gave $4.4 million and one entity gave $60 |
| 2 | million. |
| 3 | Now, let's be clear, Mr. Householder did not take the |
| 4 | $60 million and put it in his pocket, and that's not what |
| 5 | was required.  The question is:  Was it a thing of value? |
| 6 | And, of course, it was, he made that clear on a recording. |
| 7 | Increasing political power is important.  (Recording |
| 8 | playing.)  Using the money to make sure that his political |
| 9 | power is intact was one of the purposes of the enterprise. |
| 10 | And he funded his candidates, he won his Speakership, he |
| 11 | paid for his staff, he funded his efforts, and he used it to |
| 12 | make sure that his priorities passed, and in the process, |
| 13 | kept some money aside for himself. |
| 14 | All right.  Let's walk through the first batch of |
| 15 | payments.  In early 2017, the plan became clear, FirstEnergy |
| 16 | was going to bankroll Householder's operation, his political |
| 17 | machine.  You heard testimony from Jeff Longstreth about the |
| 18 | inauguration, the meeting at Charlie Palmer steakhouse, the |
| 19 | meeting at the Palm that followed.  What did he testify?  He |
| 20 | testified that there was a dinner on January 18th, Mike |
| 21 | Dowling was there, Jeff Longstreth was there, Chuck Jones |
| 22 | was there, and Mr. Longstreth and Mr. Dowling talked about |
| 23 | the issues.  They talked about the fact that Longstreth |
| 24 | needed FirstEnergy to be supportive, and Mr. Dowling said |
| 25 | FirstEnergy would be very supportive of the Speaker, but |

Case: 2:20-cr-00077-ALM Doc #: 384 Filed: 03/09/23 Page: 6 of 11 PAGEID #: 9094

1  they need to get moving on this.  They need to set up an
2  organization where they could receive undisclosed, unlimited
3  contributions.
4      The next night or the night after, there's a dinner
5  with Householder and Longstreth and Chuck Jones and Mike
6  Dowling and Tony George, Householder's team at the time and
7  the top brass at FirstEnergy.  In that meeting, in that
8  dinner, Householder laid out his plan for becoming Speaker:
9  Recruit candidates, raise money, get elected, and have them
10 vote for him for Speaker.
11     At that same dinner, FirstEnergy executives laid out
12 what they needed.  They weren't profitable.  They needed a
13 solution, and they needed it at the federal level and the
14 state level, but they were going to need legislation, and
15 they laid out the problems with the plans.  Now, remember,
16 Mr. Longstreth testified that the whole reason for the
17 inauguration trip was so that they could raise money, that
18 was why they were there.  So Chuck Jones and Mike Dowling
19 knew that the Speaker needed money, they knew what he needed
20 money for.  And Mr. Householder knew they needed that --
21 that FirstEnergy needed legislative help.
22     And this testimony is consistent with the documents
23 that you've seen.  It was not an accident that Householder
24 and the FirstEnergy executives ended up together having this
25 discussion.  These are hotel receipts from Tony George,

```
 1    identical for both Chuck Jones and Larry Householder, the
 2    same hotel, the same day.  The reservations were made
 3    literally within a minute of each other.  Those reservations
 4    are from January 18th to January 21st, all paid for by
 5    Chuck -- by Tony George.  So Tony George, a friend of Chuck
 6    Jones, a FirstEnergy consultant, is floating
 7    Mr. Householder's hotel room, a hotel room that he did not
 8    include on his financial disclosure reports.
 9         Householder took the jet, the FirstEnergy jet, to the
10    inauguration.  And you saw the itineraries of what they
11    planned to do.  This is an e-mail from Jeff Longstreth to
12    Householder.  They had dinner reservations at Charlie
13    Palmer, multiple dinner reservations at the Palm, all
14    matching up with Mr. Longstreth's testimony.  That itinerary
15    matches the itinerary from FirstEnergy listing those same
16    dinners with Larry Householder.
17         And then you saw the pictures, the photos from
18    January 18th, 2017, Mr. Householder with his son meeting
19    with Marcus Luttrell.  And then later, in a limo, on
20    January 18th, 2017 at 10:20 p.m., you can see the pants
21    Mr. Householder is wearing match the pants in the limo.  You
22    can see Mr. Householder's son in the limo next to Mike --
23    two people down from Mike Dowling.  You saw Mr. Householder
24    at 10:30 at night out with individuals who were in the same
25    limousine.  And you saw evidence that that picture from the
```

1    limo was taken just outside of Charlie Palmer steakhouse.
2    All of this consistent with what Mr. Longstreth described.
3         But you heard a different story, and that story was
4    during Mr. Householder's testimony. His testimony is not
5    consistent with this evidence. He did not tell the truth in
6    his testimony about his trip to Washington, DC. He
7    testified that he went with his son on January 18th, that he
8    went to the Marcus Luttrell meeting and then went out with
9    his son, went home early because his wife and his other sons
10   were coming the next day. He testified that he only saw
11   Mike Dowling on the flight and at a luncheon on the 19th,
12   and that he did not go to Charlie Palmer steakhouse.
13        All of those statements are completely contradicted by
14   the evidence that you've seen, the evidence that you're
15   looking at right now. He was out on January 18th at a bar,
16   in a limo, with Mike Dowling at the Charlie Palmer
17   steakhouse. Mr. Householder's testimony was not true.
18        And so what -- what do you draw from that? The
19   reasonable inference is that's concealment. And what does
20   concealment show? That there was something to hide. And
21   why would he hide it? Because it's evidence of his
22   corruption. This is where you use your common sense. He
23   flew on FirstEnergy's jet. He stayed in a hotel funded by
24   FirstEnergy. He went out to dinner and meetings with them
25   and talked about his need for money and their need for a

1   solution. And then what happened next? The money started
2   pouring in.
3       There are phone calls between Householder and Chuck
4   Jones directly after the meeting. You heard Mr. Longstreth
5   testify, within shortly after the inauguration,
6   Mr. Householder walked into his office and said FirstEnergy
7   is going to give us a million dollars. That is supported by
8   the documents, including phone records, meeting invites.
9   This is an e-mail from February 6th showing that Chuck Jones
10  talked to Larry Householder that day, the same day,
11  Generation Now incorporated and set up a bank account, the
12  same day that Jeff Longstreth e-mailed Mike Dowling about
13  Generation Now. So on the same day that Chuck Jones and
14  Larry Householder are talking about legislation, they
15  created Generation Now and e-mailed Mike Dowling about
16  funding Generation Now.
17      A month later, it's approved, $1 million in four
18  $250,000 increments. The documents and evidence paint a
19  pretty clear picture, FirstEnergy paid the money to
20  Householder so that he could help them with legislation.
21      And the text messages and documents backed that up.
22  Within a month later, several months later, Householder --
23  or Longstreth testified -- texted Mike Dowling: Let me know
24  if there's anything that we can do for you guys. And how
25  did he respond: I know that you guys are there for us. How

1   did he know they were there for us?  Because they had talked
2   about it, because they've already entered the agreement.
3         Shortly after that, you heard testimony from Longstreth
4   about the meeting at the Greenbrier between Chuck Jones and
5   Mike Dowling and Jeff Longstreth, and what did he say?  Jeff
6   Longstreth testified that they talked -- he gave an update
7   about the Speaker's plan, a deep, detailed summary of
8   candidate recruitment and where they were with the race.
9   And what did Chuck Jones say?  We need a state solution, we
10  need the legislation, we have to get Householder over the
11  line because he wouldn't let anything bad happen to us.
12  They had to get Householder into the Speakership.
13        And the documents back it up.  The Greenbrier, the
14  meeting with Chuck Jones and Longstreth and Dowling.  The
15  follow-up e-mail about the next $250,000 payment into
16  Generation Now.  And the meeting between Householder and
17  Chuck Jones that followed.  You're going to see a pattern as
18  we go through each of these payments:  Householder needs
19  money, he reaches out to FirstEnergy, and they come through.
20        All right.  Let's walk through how just this first
21  payment benefitted Mr. Householder personally.  So as you
22  can see, the beginning balance in February was zero.  They
23  had just opened the account.  It was funded by a $25,000
24  payment, and then the document on the other side shows
25  March 16th, $250,000 payment from Generation Now.  So at

1   this point, Generation Now is substantially funded by
2   FirstEnergy money.
3   　　What did Mr. Longstreth's bank records show?  They were
4   basically empty.  There's $5,000 in the bank account until
5   Generation Now started funding Jeff Longstreth's account,
6   including a $23,000 check and a $43,000 check.  So the money
7   flowed from FirstEnergy into Generation Now.  Generation Now
8   paid the money into Jeff Longstreth, and Jeff Longstreth
9   paid the money out to pay for Larry Householder's attorneys.
10  This $60,000 check -- these two $30,000 checks in May of
11  2017 are the direct result of the money from FirstEnergy
12  into Generation Now.  That's how they were funded.  So the
13  payment, with the expectation of legislation down the road,
14  was then used -- into Generation Now, was then used in these
15  two checks, both of which are more than $10,000.
16  　　The reasonable conclusion based on this evidence and
17  the testimony from Longstreth and all of the documents and
18  messages and witness testimony and your common sense are
19  that Householder knew that that million dollars, a million
20  dollars, was given with an expectation, and the expectation
21  was that he would use it to become Speaker, and he would
22  pass that state solution, just like Chuck Jones said at the
23  Greenbrier.
24  　　This is a racketeering predicate, and these two checks,
25  the proceeds of that bribe money, are racketeering