**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) | Case No. 2:20-cv-03785-ALM-KAJ |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | Judge Algenon L. Marbley |
| ALL ACTIONS. | | Magistrate Judge Kimberly A. Jolson |

**ORDER**

Before the Court is the Joint Motion and Stipulation to Continue Meet and Confer Efforts.

Having reviewed the unopposed joint motion and stipulation and finding good cause, the Court

**GRANTS** the motion.

It is therefore **ORDERED** as follows:

1.      Parties will continue to meet and confer about the remaining privilege issues;

2.      The Scheduling Order remains as follows:

| | |
|---|---|
| Fact discovery cutoff | October 20, 2023 |
| Primary expert reports | November 21, 2023 |
| Rebuttal expert reports | January 18, 2024 |
| Reply expert reports | February 28, 2024 |
| Expert discovery cutoff | April 12, 2024 |
| Dispositive motions | May 22, 2024 |

3.      Upon Plaintiffs' request, the foregoing deadlines shall be continued for up to half

the number of days between the filing of Plaintiffs' motion to compel and final resolution thereof,

including any appellate proceedings; and

4.      No later than May 12, 2023, Plaintiffs and FirstEnergy shall file a status report to apprise the Court if their privilege dispute has been resolved or narrowed and whether they believe it may be briefed and resolved according to a new briefing schedule without unduly impacting any ongoing governmental investigations or prosecutions.

   **IT IS SO ORDERED.**


Date:  May 1, 2023                                        /s/ Kimberly A. Jolson
                                                          KIMBERLY A. JOLSON
                                                          UNITED STATES MAGISTRATE JUDGE

2