**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION, <br><br> This document relates to: <br><br>     ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Kimberly A. Jolson |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT FIRSTENERGY CORP. AND SUBSTITUTION OF TRIAL ATTORNEY**

Pursuant to Local Rule 83.4(b) of the Local Civil Rules of the United States District Court for the Southern District of Ohio, Jordan M. Baumann, Elizabeth Benshoff, Katherine T. Berger, Marjorie P. Duffy, Robert Stephen Faxon, Shalini Beth Goyal, M. Ryan Harmanis, Corey Anthony Lee, Adrienne Marie Ferraro Mueller, Geoffrey J. Ritts (Trial Attorney), and Scott B. Scheinberg of Jones Day ("Jones Day") respectfully request leave to withdraw as counsel for Defendant FirstEnergy Corp. in the above-captioned action.  Jones Day has provided written notice of its withdrawal to FirstEnergy Corp. and all other parties to this matter, and FirstEnergy Corp. consents to Jones Day's withdrawal.  FirstEnergy Corp. will continue to be represented in this matter by attorneys from Sullivan & Cromwell LLP and Warren Terzian LLP.

Jones Day will continue to represent the following parties in this matter:  Paul T. Addison; Michael J. Anderson; Steven J. Demetriou; Julia Johnson; Jason Lisowski; Donald T. Misheff; Thomas N. Mitchell; James F. O'Neil, III; Christopher D. Pappas; Sandra Pianalto; Luis A. Reyes; George Smart; Steven E. Strah; K. Jon Taylor; Jerry Sue Thornton; and Leslie Turner.

-1-

In connection with its withdrawal as FirstEnergy Corp.'s counsel, pursuant to Local Rule 83.4(a), Jones Day requests that Geoffrey J. Ritts be replaced by Thomas D. Warren of Warren Terzian LLP as FirstEnergy's Trial Attorney.  Mr. Warren is a permanent member in good standing of the bar of this Court and understands the obligations that come with being designated as Trial Attorney.

Dated:  May 24, 2023

Respectfully submitted,

/s/ *Geoffrey J. Ritts*

Geoffrey J. Ritts, Trial Attorney (0062603)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com

*Attorney for Defendants Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia Johnson, Jason Lisowski, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, George Smart, Steven E. Strah, K. Jon Taylor, Jerry Sue Thornton and Leslie Turner*

Thomas D. Warren
WARREN TERZIAN LLP
30799 Pinetree Rd., Suite 345
Pepper Pike, OH 44124
Telephone: (213) 410-2620
Email: tom.warren@warrenterzian.com

*Attorney for Defendant FirstEnergy Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on May 24, 2023.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Geoffrey J. Ritts*
Geoffrey J. Ritts, Trial Attorney (0062603)

*Attorney for Defendants Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia Johnson, Jason Lisowski, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, George Smart, Steven E. Strah, K. Jon Taylor, Jerry Sue Thornton and Leslie Turner*