IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,**

**This document relates to:**          Civil Action 2:20-cv-3785
                                        Chief Judge Algenon L. Marbley
                                        Magistrate Judge Jolson
    **ALL ACTIONS.**

**ORDER**

Before the Court is the parties' Joint Unopposed Motion and Stipulation Regarding Briefing Schedule for the Parties' Privilege Disputes. Having reviewed the unopposed joint motion and stipulation and finding good cause, the Court **GRANTS** the motion.

It is therefore **ORDERED** as follows:

1. The parties shall brief the outstanding privilege disputes for which they have concluded their meet and confer efforts, according to the following schedule and page limits:

    (a) No later than June 30, 2023, all moving parties shall file a single consolidated motion to compel and brief in support of up to 30 pages (not including any accompanying exhibits);

    (b) No later than July 26, 2023, FirstEnergy shall file its response to the motion, which response shall not exceed 30 pages (not including any accompanying exhibits); and

    (c) No later than August 9, 2023, the moving parties shall file a single consolidated reply brief of up to 15 pages (not including any accompanying exhibits)

2. The deadlines in the Scheduling Order shall be continued for half the number of days between the filing of parties' motion to compel and final resolution thereof, including any appellate proceedings.

    IT IS SO ORDERED.

Date:  June 5, 2023                                     /s/ Kimberly A. Jolson
                                                        KIMBERLY A. JOLSON
                                                        UNITED STATES MAGISTRATE JUDGE