**INDEX OF EXHIBITS TO JOINT STATUS REPORT CONCERNING SAMUEL RANDAZZO AND SUSTAINABILITY FUNDING ALLIANCE OF OHIO, INC.'S DOCUMENT PRODUCTION**

| Exhibit No. | Exhibit Description | Filed[1] |
|---|---|---|
| 1 | June 7, 2023 letter from R. Cocalis to R. Sugarman; | *In Camera* |
| 2 | May 5, 2021 email from S. Randazzo to M. Perry; | *In Camera* |
| 3 | June 14, 2023 email string from R. Cocalis to R. Sugarman; and | *In Camera* |
| Randazzo A | June 12, 2023 Letter from S. Randazzo to R. Cocalis with attachments. | *In Camera* |

---

[1] Exhibits 1-3 and Randazzo Exhibit A are being provided solely *in camera* to the Court pursuant to §8 of the Amended Stipulated Protective Order (ECF 411) as non-parties Samuel C. Randazzo Sustainability Funding Alliance of Ohio, Inc. have designated these documents or the information referenced therein "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

4859-2872-5610.v1

# EXHIBITS 1-3

[Submitted *In Camera* Pursuant to §8 of the Amended Stipulated Protective Order (ECF 411)]

# RANDZZO EXHIBIT A

[Submitted *In Camera* Pursuant to §8 of the Amended Stipulated Protective Order (ECF 411)]