UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | No. 2:20-cv-03785-ALM-KAJ <br><br> <u>CLASS ACTION</u> <br><br> Judge Algenon L. Marbley <br> Magistrate Judge Kimberly A. Jolson |
| This Document Relates To: <br><br> ALL ACTIONS. | |

PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND COMPLIANCE WITH THE COURT'S APRIL 5, 2023 ORDER FROM NON-PARTIES SAMUEL C. RANDAZZO AND SUSTAINABILITY FUNDING ALLIANCE OF OHIO, INC.

| | |
|---|---|
| MURRAY MURPHY MOUL <br>  + BASIL LLP <br> JOSEPH F. MURRAY (0063373) <br> 1114 Dublin Road <br> Columbus, OH  43215 <br> Telephone:  614/488-0400 <br> 614/488-0401 (fax) <br> murray@mmmb.com <br><br> Liaison Counsel | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> DARREN J. ROBBINS (*pro hac vice*) <br> MARK SOLOMON (*pro hac vice*) <br> 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br> darrenr@rgrdlaw.com <br> marks@rgrdlaw.com <br><br> Lead Counsel for Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund |

4861-6293-8480.v1

PLEASE TAKE NOTICE that Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, the "Class Plaintiffs") and Direct Action Plaintiffs (together, the "Plaintiffs"), hereby move this Court for an order compelling discovery and compliance with the Court's April 5, 2023 order from non-parties Samuel C. Randazzo and Sustainability Funding Alliance of Ohio, Inc.[1]

This motion is based upon the accompanying memorandum of law in support thereof, the declaration of Rachel A. Cocalis and exhibits thereto, and such other evidence and argument as the Court may consider.

DATED: July 14, 2023

Respectfully submitted,

s/ Joseph F. Murray
JOSEPH F. MURRAY

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Liaison Counsel

---

[1] The "Direct Action Plaintiffs" are plaintiffs from the related actions captioned *MFS Series Trust I v. FirstEnergy Corp.*, No. 2:21-cv-05839 (S.D. Ohio), and *Brighthouse Funds Trust II – MFS Value Portfolio v. FirstEnergy Corp.*, No. 2:22-cv-00865 (S.D. Ohio).

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN & DOWD LLP<br>DARREN J. ROBBINS (*pro hac vice*)<br>MARK SOLOMON (*pro hac vice*)<br>RACHEL A. COCALIS (*pro hac vice*)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>darrenr@rgrdlaw.com<br>marks@rgrdlaw.com<br>rcocalis@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund |
| DATED: July 14, 2023 | ICE MILLER LLP<br>MATTHEW L. FORNSHELL, Trial Attorney (0062101)<br>NICOLE R. WOODS (0084865)<br><br>    s/ Matthew L. Fornshell (with permission)    <br>MATTHEW L. FORNSHELL<br><br>250 West Street, Suite 700<br>Columbus, OH 43215-7509<br>Telephone: 614/ 462-1061<br>614/ 222-3692 (fax)<br>matthew.fornshell@icemiller.com<br>nicole.woods@icemiller.com |

- 2 -

- 3 -

        LIEFF CABRASER HEIMANN &
           BERNSTEIN, LLP
        STEVEN E. FINEMAN (*pro hac vice*)
        DANIEL P. CHIPLOCK (*pro hac vice*)
        MICHAEL J. MIARMI (*pro hac vice*)
        JOHN T. NICOLAOU (*pro hac vice*)
        GABRIEL A. PANEK (*pro hac vice*)
        250 Hudson Street, 8th Floor
        New York, NY 10013-1413
        Telephone: 212/355-9500
        (212) 355-9592 (fax)
        sfineman@lchb.com
        dchiplock@lchb.com
        mmiarmi@lchb.com
        jnicolaou@lchb.com
        gpanek@lchb.com

        LIEFF CABRASER HEIMANN &
           BERNSTEIN, LLP
        RICHARD M. HEIMANN (*pro hac vice*)
        BRUCE W. LEPPLA (*pro hac vice*)
        MICHAEL K. SHEEN (*pro hac vice*)
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Telephone: 415/956-1000
        415/956-1008 (fax)
        rheimann@lchb.com
        bleppla@lchb.com
        msheen@lchb.com

        Attorneys for Direct Action Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on July 14, 2023. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                s/ Joseph F. Murray
                                          JOSEPH F. MURRAY (0063373)