UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) No. 2:20-cv-03785-ALM-KAJ ) ) CLASS ACTION ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) Judge Algenon L. Marbley ) Magistrate Judge Kimberly A. Jolson ) ) ) |

DECLARATION OF RACHEL A. COCALIS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND COMPLIANCE WITH THE COURT'S APRIL 5, 2023 ORDER FROM NON-PARTIES SAMUEL C. RANDAZZO AND SUSTAINABILITY FUNDING ALLIANCE OF OHIO, INC.

MURRAY MURPHY MOUL
 + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com


Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com

Lead Counsel for Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund

4869-9996-4272.v1

I, RACHEL A. COCALIS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, the "Class Plaintiffs") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion to Compel Discovery and Compliance with the Court's April 5, 2023 Order From Non-Parties Samuel C. Randazzo and Sustainability Funding Alliance of Ohio, Inc.

3. Attached hereto are true and correct copies of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | FILED[1] |
|---|---|---|
| Exhibit 1: | Letter from Rachel A. Cocalis to Roger P. Sugarman, dated July 6, 2023; | Public |
| Exhibit 2: | Email string between Samuel C. Randazzo and Justin T. Biltz, dated February 14, 2019 (Bates No. FE_CIV _SEC_0017219); | *In Camera* |

---

[1] Exhibits 2-5 and 7 are being provided *in camera* pursuant to §8 of the Amended Stipulated Protective Order (ECF 411) as defendant FirstEnergy Corp. has designated these documents confidential under the Amended Stipulated Protective Order.

| EXHIBIT NO. | DESCRIPTION | FILED[1] |
|---|---|---|
| Exhibit 3: | Email string between Michael J. Dowling and Samuel C. Randazzo, dated January 27, 2019 (Bates No. FE_CIV_SEC_0197266-68); | *In Camera* |
| Exhibit 4: | Email string between Michael J. Dowling and Samuel C. Randazzo, dated January 30, 2019 (Bates No. FE_CIV_SEC_0197331-34); | *In Camera* |
| Exhibit 5: | Email string between Michael J. Dowling and Samuel C. Randazzo, dated January 30, 2019 (Bates No. FE_CIV_SEC_0197339-42); | *In Camera* |
| Exhibit 6: | Email string between Mike Dawson, Matt Evans, Michael J. Dowling, and Samuel C. Randazzo, dated February 1, 2019 (Bates No. FE_CIV_SEC_0197436-44); | Public |
| Exhibit 7: | Email string between Samuel C. Randazzo and Michael J. Dowling et al., dated January 30, 2019 (Bates No. FE_CIV_SEC_0197347-51); and | *In Camera* |
| Exhibit 8: | Email string between Roger P. Sugarman and Rachel A. Cocalis, dated July 12, 2023. | Public |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 14, 2023, at San Diego, California.

*Rachel Cocalis*
RACHEL A. COCALIS