IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION, | Case No. 2:20-cv-03785-ALM-KAJ |
| This document relates to: | Chief Judge Algenon L. Marbley |
| ALL ACTIONS. | Magistrate Judge Kimberly A. Jolson |

### JOINT DISCOVERY STATUS REPORT

Pursuant to the Court's August 19, 2022 Opinion and Order (ECF 333), the parties submit this joint discovery status report. While the parties continue to meet-and-confer in good faith regarding a number of discovery issues, there are no active discovery disputes that require the Court's intervention at this time.

Dated: July 17, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Jason A. Forge (with permission) | /s/ Thomas D. Warren (with permission) |
| Joseph F. Murray, Trial Attorney (0063373) | Thomas D. Warren, Trial Attorney (0077541) |
| MURRAY MURPHY MOUL + BASIL LLP | WARREN TERZIAN LLP |
| 1114 Dublin Road | 30799 Pinetree Rd., Suite 345 |
| Columbus, OH 43215 | Pepper Pike, OH 44124 |
| Telephone: (614) 488-0400 | Telephone: (216) 304-4970 |
| Facsimile: (614) 488-0401 | Email: tom.warren@warrenterzian.com |
| Email: murray@mmmb.com | |
| | Robert J. Giuffra, Jr. (admitted *pro hac vice*) |
| *Liaison Counsel* | Sharon L. Nelles (admitted *pro hac vice*) |
| | David M.J. Rein (admitted *pro hac vice*) |
| Darren J. Robbins (*pro hac vice*) | Hilary M. Williams (admitted *pro hac vice*) |
| Mark Solomon (*pro hac vice*) | Tasha N. Thompson (admitted *pro hac vice*) |
| Jason A. Forge (*pro hac vice*) | SULLIVAN & CROMWELL LLP |
| ROBBINS GELLER RUDMAN | 125 Broad Street |
| & DOWD LLP | New York, NY 10004 |
| 655 West Broadway, Suite 1900 | Telephone:  (212) 558-4000 |
| San Diego, CA 92101 | Facsimile:  (212) 558-3588 |
| Telephone: (619) 231-1058 | Email: giuffrar@sullcrom.com |
| Facsimile: (619) 231-7423 | Email: nelless@sullcrom.com |
| Email: darrenr@rgrdlaw.com | Email: reind@sullcrom.com |

| | |
|---|---|
| Email: marks@rgrdlaw.com<br>Email: jforge@rgrdlaw.com | Email: williamsh@sullcrom.com<br>Email: thompsontas@sullcrom.com |

*Attorneys for Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund*

/s/ Rachael L. Israel
Albert G. Lin (0076888)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: alin@bakerlaw.com

Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: crendon@bakerlaw.com
Email: dshively@bakerlaw.com
Email: dwarren@bakerlaw.com
Email: jdunnaback@bakerlaw.com

George A. Stamboulidis (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211
Facsimile: (212) 589-4201
Email: gstamboulidis@bakerlaw.corn

*Attorneys for Defendant Charles E. Jones*

Kamil R. Shields (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W.
Suite 7000
Washington, DC 20006
Telephone: (202) 956-7040
Facsimile: (202) 293-6330
Email: shieldska@sullcrom.com

*Attorneys for Defendant FirstEnergy Corp.*

/s/ Marjorie P. Duffy (with permission)
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Stephen G. Sozio (0032405)
Adrienne F. Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com
Email: calee@jonesday.com
Email: sgsozio@jonesday.com
Email: afmueller@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
M. Ryan Harmanis (0093642)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com
Email: rharmanis@jonesday.com

/s/ Karen Pieslak Pohlmann (with permission)
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN &
GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
Facsimile: (614) 467-3704
Email: dmansfield@lmng-law.com

Michael L. Kichline (*pro hac vice*)
Laura H. McNally (*pro hac vice*)
Emily S. Kimmelman (*pro hac vice*)
Karen Pieslak Pohlmann (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: michael.kichline@morganlewis.com
Email: laura.mcnally@morganlewis.com
Email: emily.kimmelman@morganlewis.com
Email: karen.pohlmann@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*


/s/ Brian P. O'Connor (with permission)
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 852-5994
Email: bpo@santenhughes.com

Preston Burton (*pro hac vice*)
Adam Miller (*pro hac vice*)
Bree Murphy (*pro hac vice*)
Jill Winter (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: pburton@orrick.com

Scott B. Scheinberg (*pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
Email: sscheinberg@jonesday.com

*Attorneys for Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*


/s/ John A. Favret (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

Steve Grimes (*pro hac vice*)
Dan K. Webb (*pro hac vice*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: SGrimes@winston.com
Email: DWebb@winston.com

*Attorneys for Defendant Michael J. Dowling*

Email: adam.miller@orrick.com
Email: bmurphy@orrick.com
Email: jwinter@orrick.com

*Attorneys for Defendant Donald R. Schneider*

/s/ Andrew C. Johnson (with permission)
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, OH 43215
Telephone: (614) 460-1600
Facsimile: (614) 469-1093
Email: jarnold@arnlaw.com
Email: ggosnell@arnlaw.com

Veronica E. Callahan (*pro hac vice*)
Aaron F. Miner (*pro hac vice*)
Yiqing Shi (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: aaron.miner@arnoldporter.com
Email: veronica.callahan@arnoldporter.com
Email: Yiqing.Shi@arnoldporter.com

Andrew C. Johnson (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5631
Email: Andrew.Johnson@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*

/s/ David L. Axelrod (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (*pro hac vice*)
David L. Axelrod (*pro hac vice*)
Emilia McKee Vassallo (*pro hac vice*)
Brittany M. Wilson (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: teaberryj@ballardspahr.com
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com Email: wilsonbm@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

/s/ Paul M.G. Helms (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Stephen S. Scholes (*pro hac vice*)
Paul M.G. Helms (*pro hac vice*)
Samantha L. Fenton (*pro hac vice*)
Emilie E. O'Toole (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: sscholes@mwe.com
Email: phelms@mwe.com
Email: sfenton@mwe.com
Email: eotoole@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Andrew P. Guran (with permission)
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 723-4056
Email: vawalton@vorys.corn
Email: jmbrunner@vorys.com

Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP
50 South Main Street, Suite 1200
Akron, OH 44308-1471
Telephone: (330) 208-1000
Facsimile: (330) 208-1001
Email: apguran@vorys.com

*Attorneys for Defendant John Judge*

/s/ Eric M. Kim (with permission)
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215-6194
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
Email: rtrafford@porterwright.com
Email: dbloomfield@porterwright.com

Brian S. Weinstein (*pro hac vice*)
Eric M. Kim (*pro hac vice*)
Joshua N. Shinbrot (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (202) 450-4000
Email: brian.weinstein@davispolk.com
Email: eric.kim@davispolk.com
Email: joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA*) *Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

/s/ Rachael L. Israel
*Attorney for Defendant Charles E. Jones*