# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE FIRSTENERGY CORP.**
**SECURITIES LITIGATION,**

**This document relates to:**          **Civil Action 2:20-cv-3785**
                                                            **Chief Judge Algenon L. Marbley**
                                                            **Magistrate Judge Jolson**

         **ALL ACTIONS.**

## ORDER

This matter came before the Court on July 20, 2023, at 11:00am, for a status conference to discuss the appointment of a special master. As indicated at the conference, the Court will hold the hearing open for seven days, during which the parties may make written submissions of any objections or proposals regarding the appointment of a special master. During this period, the parties are **ORDERED** to submit potential candidates for appointment: two candidates selected by Plaintiffs and two candidates selected by Defendants. Should Plaintiffs and Defendants agree on the suitability of a candidate, they should indicate their agreement—otherwise they should not disclose who is proposing which candidate. Those submissions must include each candidate's qualifications and hourly rate. Candidates will preferably have experience serving as a special master or in a similar quasi-judicial role, as well as experience in mediation. Candidates must be highly capable in matters of multi-party discovery. The parties should engage in due diligence regarding their proposed candidates' potential grounds for disqualification under 28 U.S.C. § 455. *See* Fed. R. Civ. P. 53(a)(2).

         IT IS SO ORDERED.


Date: July 20, 2023                                                    /s/ Kimberly A. Jolson
                                                                          KIMBERLY A. JOLSON
                                                                          UNITED STATES MAGISTRATE JUDGE