**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>Case No. 2:20-cv-03785-ALM-KAJ )<br>)<br>) | Case No. 2:20-cv-3785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

## MOTION TO ADMIT MATTHEW L. MAZUR *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Marion H. Little, Jr. attorney for Non-Party Energy Harbor in the above-referenced action, hereby moves this Court to admit Matthew L. Mazur *pro hac vice* to appear and participate as counsel in this case for Non-Party Energy Harbor.

Movant represents that Matthew L. Mazur is a member in good standing of the Appellate Division of the Supreme Court of the State of New York – Second Judicial Department, as attested by the accompanying certificate from that court, and that Matthew L. Mazur is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required $200.00 fee.

Matthew L. Mazur understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Matthew L. Mazur's relevant identifying information is as follows:

Matthew L. Mazur
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
matthew.mazur@dechert.com
(212) 698-3500

DECHERT LLP
160 Queen Victoria St.
London EC4V 4QQ
United Kingdom
+ (44) 20 7184 7000

Respectfully submitted,

*/s/ Marion H. Little, Jr.*

Marion H. Little, Jr.
ZIEGER TIGGES & LITTLE LLP
Suite 3500
41 S. High Street
Columbus, OH 43215
(614) 365-9900

*Counsel for Non-Party Energy Harbor*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, the foregoing was filed using the CM/ECF system, which will automatically provide notice to all counsel of record by electronic means.

*/s/ Marion H. Little, Jr.*
Marion H. Little, Jr.



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

---

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Matthew L. Mazur

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 24, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 21, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00129469



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**MARIA T. FASULO**
Clerk of the Court

**DARRELL M. JOSEPH**
Deputy Clerks

**KENNETH BAND**
**MELISSA KRAKOWSKI**
**WENDY STYNES**
Associate Deputy Clerks

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022