**INDEX OF EXHIBITS TO DEFENDANT MICHAEL J. DOWLING'S MOTION FOR PROTECTIVE ORDER (FILED ON 8/8/23)**

| Exhibit No. | Exhibit Description | Filed[1] |
|---|---|---|
| A. | August 2, 2023 counsel for FirstEnergy email to counsel | Public |
| B. | Mr. Jones' First Set of Discovery Requests Directed to FirstEnergy Corp. with Exhibits | *In Camera* |
| C. | Mr. Jones and Mr. Dowling's June 5, 2013 letter to counsel with Attachments | *In Camera* |
| D. | August 4, 2023 counsel for FirstEnergy email to counsel | Public |
| E. | May 30, 2023 counel for FirstEnergy email to counsel | Public |
| F. | July 28, 2023 FirstEnergy Production Letter | Public |
| G. | August 4, 2023 FirstEnergy Production Letter | Public |
| H. | July 19, 2023 FirstEnergy Discovery Responses | *In Camera* |
| I. | Storsin Deposition Testimony excerpts | *In Camera* |
| J. | August 6, 2023 counsel for FirstEnergy email to counsel | Public |

---

[1] Exhibits reflecting containing confidential information filed *In Camera* under the Stipulated Protective Order.