# EXHIBIT A

**Smith, Hannah M.**

| | |
|---|---|
| **From:** | Thompson, Tasha N. <thompsontas@sullcrom.com> |
| **Sent:** | Wednesday, August 2, 2023 8:10 PM |
| **To:** | tiffany@mmmb.com; murray@mmmb.com; murphy@mmmb.com; moul@mmmb.com; misny@mmmb.com; JForge@rgrdlaw.com; LOlts@rgrdlaw.com; RCocalis@rgrdlaw.com; TLiu@rgrdlaw.com; DarrenR@rgrdlaw.com; MarkS@rgrdlaw.com; DHutton@rgrdlaw.com; BCochran@rgrdlaw.com; DavidM@rgrdlaw.com; jshinnefield@rgrdlaw.com; FirstEnergyRGRD@rgrdlaw.com; MAlpert@rgrdlaw.com; TomE@rgrdlaw.com; TorG@rgrdlaw.com; AshleyK@rgrdlaw.com; KSciarani@rgrdlaw.com; JKelley@rgrdlaw.com; OKeita@rgrdlaw.com; CKopko@rgrdlaw.com; gjritts@jonesday.com; rfaxon@jonesday.com; sgsozio@jonesday.com; calee@jonesday.com; afmueller@jonesday.com; sscheinberg@jonesday.com; mpduffy@jonesday.com; jbaumann@jonesday.com; tom.warren@warrenterzian.com; ttborland@jonesday.com; rharmanis@jonesday.com; sgoyal@jonesday.com; McCaffrey, John F.; Favret, John A.; Ruttinger, Michael J; Smith, Hannah M.; dwebb@winston.com; sgrimes@winston.com; dmansfield@lmng-law.com; michael.kichline@morganlewis.com; laura.mcnally@morganlewis.com; emily.kimmelman@morganlewis.com; karen.pohlmann@morganlewis.com; pburton@orrick.com; bmurphy@orrick.com; jwinter@orrick.com; adam.miller@orrick.com; bpo@santenhughes.com; veronica.callahan@arnoldporter.com; aaron.miner@arnoldporter.com; yiqing.shi@arnoldporter.com; andrew.johnson@arnoldporter.com; jarnold@arnlaw.com; ggosnell@arnlaw.com; ebenshoff@jonesday.com; kberger@jonesday.com; dwallace@taftlaw.com; jmitchell@taftlaw.com; mzbiegien@taftlaw.com; khughesblaum@taftlaw.com; dwarren@bakerlaw.com; crendon@bakerlaw.com; dshively@bakerlaw.com; jdunnaback@bakerlaw.com; risrael@bakerlaw.com; gstamboulidis@bakerlaw.com; katsifft@ballardspahr.com; axelrodd@ballardspahr.com; mckeevassalloe@ballardspahr.com; teaberryj@ballardspahr.com; wilsonbm@ballardspahr.com; jfairweather@brouse.com; ldelgrosso@brouse.com; sscholes@mwe.com; phelms@mwe.com; sfenton@mwe.com; vawalton@vorys.com; jmbrunner@vorys.com; apguran@vorys.com; rtrafford@porterwright.com; dbloomfield@porterwright.com; zzExt-Brian.weinstein; zzExt-eric.kim; joshua.shinbrot@davispolk.com; zzExt-shanaye.carvajal; lee.stein@davispolk.com; andrea.michelcic@davispolk.com; daniel.nitzani@morganlewis.com; bcasten@mwe.com; tcoleman@bakerlaw.com; dortiz@bakerlaw.com; tashby@arnlaw.com; ludovicic@taftlaw.com; mjmeyer@vorys.com; bhayes@orrick.com; Eotoole@mwe.com; emily.wheeling@morganlewis.com; mmiarmi@lchb.com; jnicolaou@lchb.com; msheen@lchb.com; rheimann@lchb.com; rtexier@lchb.com; Matthew.Fornshell@icemiller.com; Nicole.Woods@icemiller.com |
| **Cc:** | Giuffra Jr., Robert J.; Nelles, Sharon L.; Rein, David M.J.; Newton, Beth D.; Shields, Kamil R.; Menillo, Nicholas F.; Williams, Hilary M.; Tom Warren |
| **Subject:** | In re FirstEnergy - Dowling Documents |

**<<< EXTERNAL EMAIL >>>**

Counsel,

We write to advise all parties of upcoming productions in response to requests from Messrs. Jones and Dowling that will include a significant volume of documents. In response to Lead Plaintiffs' Request for Production No. 8 ("RFP No. 8"),

1

and consistent with its responses and objections and the parties' negotiations over production of ESI, FirstEnergy has previously produced calendar items and expense reports custodial to Messrs. Dowling and Jones that were identified using agreed-upon search parameters.  As the parties know, on June 5, 2023, Messrs. Jones and Dowling requested that FirstEnergy produce all of their respective calendar entries and expense reports for the time period January 1, 2016 through July 21, 2020 in response to RFP No. 8, regardless of relevance or search terms.  During the all-party meet and confer on July 11, we confirmed that FirstEnergy had agreed to this request, and was engaged in processing and reviewing those documents for confidentiality and privilege prior to production.  In the interim, we have proceeded with this review.

We are providing notice today of the anticipated timing and volume of this production.  At this point, FirstEnergy anticipates producing at least 70,000 calendar entries custodial to Mr. Dowling alone.  Although we are working to produce the documents as quickly as possible, given the time needed to finalize the review, as well as the substantial time needed to process this volume of documents, we do not anticipate that the documents will be produced prior to Mr. Dowling's currently scheduled deposition.  We currently expect to be able to produce the documents custodial to Mr. Dowling by August 31, although we are making every effort to do so more quickly.

Regards,
Tasha

**Tasha N. Thompson**
**Sullivan & Cromwell LLP**
125 Broad Street | New York, NY 10004-2498
+1 212 558 3900 (T)
thompsontas@sullcrom.com | www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.