# EXHIBIT B

*Submitted in Camera*