# EXHIBIT C

*Submitted in Camera*