# EXHIBIT E

## Smith, Hannah M.

| | |
|---|---|
| **From:** | Thompson, Tasha N. <thompsontas@sullcrom.com> |
| **Sent:** | Tuesday, May 30, 2023 10:49 AM |
| **To:** | Israel, Rachael L.; Jason Forge; Rachel Cocalis; Ting Liu; Thompson, Taylor; 'Duffy, Marjorie P.'; Hubbard, Pam; Joe Murray; Darren Robbins; Mark Solomon; Andrew Hutton; Brian Cochran; David Mitchell; 'Matthew L. Fornshell Esq. (Matthew.Fornshell@icemiller.com)'; 'Nicole.Woods@icemiller.com'; Jessica Shinnefield; 'bleppla@lchb.com'; 'Chiplock, Daniel P.'; 'mmiarmi@lchb.com'; 'Steven E. Fineman - Lieff Cabraser Heimann & Bernstein, LLP (sfineman@lchb.com)'; 'gpanek@lchb.com'; 'Ritts, Geoffrey J.'; 'Lee, Corey A.'; 'Baumann, Jordan M.'; 'Miner, Aaron'; 'Callahan, Veronica E.'; 'Johnson, Andrew C.'; 'jarnold@arnlaw.com'; 'ggosnell@arnlaw.com'; 'jfairweather@brouse.com'; 'ldelgrosso@brouse.com'; 'sscholes@mwe.com'; 'Phelms@mwe.com'; 'vawalton@vorys.com'; 'jmbrunner@vorys.com'; 'apguran@vorys.com'; 'dmansfield@lmng-law.com'; 'michael.kichline@morganlewis.com'; 'laura.mcnally@morganlewis.com'; 'jmitchell@taftlaw.com'; 'mzbiegien@taftlaw.com'; 'bpo@santenhughes.com'; 'Burton, Preston'; 'Miller, Adam'; 'rtrafford@porterwright.com'; 'dbloomfield@porterwright.com'; zzExt-Brian.weinstein; zzExt-eric.kim; 'Shinbrot, Josh'; Rendon, Carole S.; Shively, Douglas; Dunnaback, Jeremy; Coleman, Tera; McCaffrey, John F.; Favret, John A.; Smith, Hannah M.; 'Katsiff, Timothy D'; 'McKee Vassallo, Emilia L.'; 'Axelrod, David L.'; 'Wilson, Brittany'; 'Teaberry, Jeremy'; 'Winter, Jill'; FirstEnergyRGRD; 'ebenshoff@jonesday.com'; 'Berger, Katherine T.'; Richard Heimann; Greenberg, Jessica L.; Mansh, Jennifer |
| **Cc:** | Nelles, Sharon L.; Rein, David M.J.; Williams, Hilary M. |
| **Subject:** | In re FirstEnergy - Jones RFPs |
| **Attachments:** | FirstEnergy Securities - Jones RFPs Agreed Search Parameters.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[External Email: Use caution when clicking on links or opening attachments.]

Counsel:

Pursuant to the parties' agreement to provide notice to all parties of ongoing discovery disputes, we write to inform the group that in response to Defendant Charles Jones' First Set of Requests for Production of Documents, FirstEnergy has agreed to conduct the additional searches outlined in the attached document, and will produce the resulting responsive, non-privileged documents to all parties once complete.

Regards,
Tasha

**Tasha N. Thompson**
SULLIVAN & CROMWELL LLP
125 Broad Street | New York, NY 10004-2498
+1 212 558 3900 (T)
thompsontas@sullcrom.com | www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.