# EXHIBIT F

SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 28, 2023

Via E-mail

John F. McCaffrey, Esq.,
Tucker Ellis LLP,
950 Main Avenue, Suite 1100,
Cleveland, Ohio 44113.

Re: *In re FirstEnergy Corp. Securities Litigation*, No. 2:20-cv-03785-ALM-KAJ (S.D. Ohio)

Dear John:

On behalf of Defendant FirstEnergy Corp. in the above-referenced action, enclosed please find documents that are being produced as a result of the review described in my June 16, 2023 letter to you, which includes previously withheld documents bearing production numbers FE_CIV_SEC_0739447 through FE_CIV_SEC_0743420, as well as replacements for documents that were previously produced as slipsheets or with additional redactions, which bear their original production numbers. Appendix A hereto lists the production numbers for those documents. FirstEnergy is continuing that review and anticipates producing additional documents pursuant to that review.

This production will be delivered in password-protected zip files via Box.com, Sullivan & Cromwell LLP's secure file transfer site, for information security purposes. We will email you separately with the passwords. FirstEnergy is making this production subject to and without waiver of the objections and limitations set forth in (i) FirstEnergy's objections and responses to Lead Plaintiffs' First and Second Requests for Production of Documents; and (ii) FirstEnergy's objections and responses to Defendant Charles Jones' First and Second Requests for Production of Documents. Further, FirstEnergy is producing the enclosed documents pursuant to the stipulated Protective Order entered by the Court in this action. Production of these documents should not be construed as a waiver of any privilege, including (but not limited to) the attorney-client privilege or the work product doctrine.

Sincerely,

*/s/ Tasha N. Thompson*
Tasha N. Thompson

(Enclosure)

cc: All counsel of record (via email)

**APPENDIX A**

| Begin Bates | End Bates |
|---|---|
| FE_CIV_SEC_0298997 | FE_CIV_SEC_0298999 |
| FE_CIV_SEC_0299000 | FE_CIV_SEC_0299000 |
| FE_CIV_SEC_0299001 | FE_CIV_SEC_0299001 |
| FE_CIV_SEC_0305124 | FE_CIV_SEC_0305126 |
| FE_CIV_SEC_0305127 | FE_CIV_SEC_0305127 |
| FE_CIV_SEC_0305128 | FE_CIV_SEC_0305128 |
| FE_CIV_SEC_0305129 | FE_CIV_SEC_0305131 |
| FE_CIV_SEC_0305132 | FE_CIV_SEC_0305132 |
| FE_CIV_SEC_0305133 | FE_CIV_SEC_0305133 |
| FE_CIV_SEC_0305134 | FE_CIV_SEC_0305136 |
| FE_CIV_SEC_0305137 | FE_CIV_SEC_0305137 |
| FE_CIV_SEC_0305138 | FE_CIV_SEC_0305138 |
| FE_CIV_SEC_0305179 | FE_CIV_SEC_0305180 |
| FE_CIV_SEC_0305195 | FE_CIV_SEC_0305196 |
| FE_CIV_SEC_0305206 | FE_CIV_SEC_0305208 |
| FE_CIV_SEC_0305209 | FE_CIV_SEC_0305209 |
| FE_CIV_SEC_0317460 | FE_CIV_SEC_0317461 |
| FE_CIV_SEC_0318054 | FE_CIV_SEC_0318054 |
| FE_CIV_SEC_0352246 | FE_CIV_SEC_0352247 |
| FE_CIV_SEC_0352263 | FE_CIV_SEC_0352264 |
| FE_CIV_SEC_0352265 | FE_CIV_SEC_0352267 |
| FE_CIV_SEC_0397840 | FE_CIV_SEC_0397841 |
| FE_CIV_SEC_0397853 | FE_CIV_SEC_0397855 |
| FE_CIV_SEC_0400325 | FE_CIV_SEC_0400326 |
| FE_CIV_SEC_0436647 | FE_CIV_SEC_0436652 |
| FE_CIV_SEC_0436653 | FE_CIV_SEC_0436659 |
| FE_CIV_SEC_0474990 | FE_CIV_SEC_0474991 |
| FE_CIV_SEC_0474992 | FE_CIV_SEC_0475002 |
| FE_CIV_SEC_0475752 | FE_CIV_SEC_0475754 |
| FE_CIV_SEC_0475759 | FE_CIV_SEC_0475759 |
| FE_CIV_SEC_0475760 | FE_CIV_SEC_0475761 |
| FE_CIV_SEC_0475762 | FE_CIV_SEC_0475763 |
| FE_CIV_SEC_0475783 | FE_CIV_SEC_0475784 |
| FE_CIV_SEC_0475785 | FE_CIV_SEC_0475786 |

| Begin Bates | End Bates |
|---|---|
| FE_CIV_SEC_0475803 | FE_CIV_SEC_0475805 |
| FE_CIV_SEC_0475808 | FE_CIV_SEC_0475811 |
| FE_CIV_SEC_0487241 | FE_CIV_SEC_0487241 |
| FE_CIV_SEC_0490774 | FE_CIV_SEC_0490777 |
| FE_CIV_SEC_0490802 | FE_CIV_SEC_0490803 |
| FE_CIV_SEC_0490824 | FE_CIV_SEC_0490825 |
| FE_CIV_SEC_0497257 | FE_CIV_SEC_0497259 |
| FE_CIV_SEC_0643595 | FE_CIV_SEC_0643596 |
| FE_CIV_SEC_0643597 | FE_CIV_SEC_0643597 |
| FE_CIV_SEC_0643598 | FE_CIV_SEC_0643598 |
| FE_CIV_SEC_0643603 | FE_CIV_SEC_0643604 |
| FE_CIV_SEC_0643605 | FE_CIV_SEC_0643605 |
| FE_CIV_SEC_0643606 | FE_CIV_SEC_0643606 |
| FE_CIV_SEC_0643616 | FE_CIV_SEC_0643617 |
| FE_CIV_SEC_0643762 | FE_CIV_SEC_0643763 |
| FE_CIV_SEC_0643764 | FE_CIV_SEC_0643764 |
| FE_CIV_SEC_0643765 | FE_CIV_SEC_0643765 |
| FE_CIV_SEC_0643814 | FE_CIV_SEC_0643815 |
| FE_CIV_SEC_0643816 | FE_CIV_SEC_0643816 |
| FE_CIV_SEC_0643817 | FE_CIV_SEC_0643817 |
| FE_CIV_SEC_0643826 | FE_CIV_SEC_0643827 |
| FE_CIV_SEC_0643828 | FE_CIV_SEC_0643828 |
| FE_CIV_SEC_0643829 | FE_CIV_SEC_0643829 |
| FE_CIV_SEC_0643912 | FE_CIV_SEC_0643913 |
| FE_CIV_SEC_0685451 | FE_CIV_SEC_0685452 |
| FE_CIV_SEC_0734167 | FE_CIV_SEC_0734168 |
| FE_CIV_SEC_0735010 | FE_CIV_SEC_0735011 |
| FE_CIV_SEC_0735012 | FE_CIV_SEC_0735017 |
| FE_CIV_SEC_0735018 | FE_CIV_SEC_0735019 |
| FE_CIV_SEC_0735025 | FE_CIV_SEC_0735028 |