# EXHIBIT G

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 4, 2023

Via E-mail

John F. McCaffrey, Esq.,
    Tucker Ellis LLP,
        950 Main Avenue, Suite 1100,
            Cleveland, Ohio  44113.

Re:     *In re FirstEnergy Corp. Securities Litigation*,
          No. 2:20-cv-03785-ALM-KAJ (S.D. Ohio)

Dear John:

On behalf of Defendant FirstEnergy Corp. in the above-referenced action, we are sending to you by secure file transfer documents bearing production numbers FE_CIV_SEC_0743421 through FE_CIV_SEC_0744594, as well as certain replacement versions of documents bearing their original production numbers, as described below.

FirstEnergy is producing documents in connection with the review described in my June 16, 2023 letter to you.  Those documents include (i) documents that FirstEnergy previously withheld as privileged or otherwise protected, bearing production numbers FE_CIV_SEC_0743421 through FE_CIV_SEC_0744385; and (ii) replacement versions of documents that FirstEnergy previously produced, bearing their original production numbers.  The following replacement files correspond to documents containing privileged information that FirstEnergy previously inadvertently produced and is now clawing back (the "Clawback Documents"):     FE_CIV_SEC_0400284; FE_CIV_SEC_0319688;     FE_CIV_SEC_0436996;     FE_CIV_SEC_0317537;     and FE_CIV_SEC_0314476.

In addition, the file transfer described above includes documents responsive to Lead Plaintiffs' Second Set of Requests for Production of Documents, bearing production numbers FE_CIV_SEC_0744386 through FE_CIV_SEC_0744594.

For the parties' convenience, the enclosed Appendix A contains information describing each replacement document, including information substantiating the privilege grounds for withholding or redacting each Clawback Document.  Pursuant to paragraph 7(f) of the Amended Stipulated Protective Order entered by the Court in this action (the "Protective Order"), FirstEnergy requests that all parties promptly destroy all copies of any Clawback Documents in their possession, custody, or control.

John F. McCaffrey, Esq. -2-

       This production will be delivered in password-protected zip files via Box.com, Sullivan & Cromwell LLP's secure file transfer site, for information security purposes. We will email you separately with the passwords. FirstEnergy is making this production subject to and without waiver of the objections and limitations set forth in (i) FirstEnergy's objections and responses to Lead Plaintiffs' First and Second Requests for Production of Documents; and (ii) FirstEnergy's objections and responses to Defendant Charles Jones' First and Second Requests for Production of Documents. Further, FirstEnergy is producing the documents described above pursuant to the Protective Order. Production of these documents should not be construed as a waiver of any privilege, including (but not limited to) the attorney-client privilege or the work product doctrine.

Sincerely,

*/s/ Tasha N. Thompson*
Tasha N. Thompson

(Enclosure)

cc:    All counsel of record (via email)

John F. McCaffrey, Esq.                                                                                    -3-

### APPENDIX A

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0744369 | FE_CIV_SEC_0744370 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743894 | FE_CIV_SEC_0743895 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744365 | FE_CIV_SEC_0744366 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744360 | FE_CIV_SEC_0744364 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744367 | FE_CIV_SEC_0744368 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744371 | FE_CIV_SEC_0744380 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743896 | FE_CIV_SEC_0743897 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744381 | FE_CIV_SEC_0744381 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744382 | FE_CIV_SEC_0744385 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743615 | FE_CIV_SEC_0743615 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743497 | FE_CIV_SEC_0743498 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743501 | FE_CIV_SEC_0743501 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                                -4-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743881 | FE_CIV_SEC_0743881 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743884 | FE_CIV_SEC_0743884 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743494 | FE_CIV_SEC_0743494 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743432 | FE_CIV_SEC_0743432 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743457 | FE_CIV_SEC_0743458 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743459 | FE_CIV_SEC_0743462 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743463 | FE_CIV_SEC_0743464 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743473 | FE_CIV_SEC_0743491 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743900 | FE_CIV_SEC_0743902 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743903 | FE_CIV_SEC_0743903 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743904 | FE_CIV_SEC_0743908 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744337 | FE_CIV_SEC_0744340 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744054 | FE_CIV_SEC_0744054 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743940 | FE_CIV_SEC_0743942 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                                  -5-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743933 | FE_CIV_SEC_0743935 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743947 | FE_CIV_SEC_0744042 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744187 | FE_CIV_SEC_0744295 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744071 | FE_CIV_SEC_0744183 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743508 | FE_CIV_SEC_0743508 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743832 | FE_CIV_SEC_0743833 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743834 | FE_CIV_SEC_0743836 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743837 | FE_CIV_SEC_0743878 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743727 | FE_CIV_SEC_0743727 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743715 | FE_CIV_SEC_0743715 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743689 | FE_CIV_SEC_0743692 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743643 | FE_CIV_SEC_0743643 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743628 | FE_CIV_SEC_0743632 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743633 | FE_CIV_SEC_0743633 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                 -6-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743634 | FE_CIV_SEC_0743634 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743635 | FE_CIV_SEC_0743635 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743636 | FE_CIV_SEC_0743637 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743471 | FE_CIV_SEC_0743472 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743644 | FE_CIV_SEC_0743644 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743456 | FE_CIV_SEC_0743456 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743914 | FE_CIV_SEC_0743915 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743938 | FE_CIV_SEC_0743939 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743931 | FE_CIV_SEC_0743932 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744043 | FE_CIV_SEC_0744044 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743926 | FE_CIV_SEC_0743930 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743578 | FE_CIV_SEC_0743580 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743593 | FE_CIV_SEC_0743598 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743051 | FE_CIV_SEC_0743053 | Redacted | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                   -7-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743495 | FE_CIV_SEC_0743496 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744060 | FE_CIV_SEC_0744061 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743695 | FE_CIV_SEC_0743697 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744299 | FE_CIV_SEC_0744300 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743879 | FE_CIV_SEC_0743880 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743641 | FE_CIV_SEC_0743642 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743687 | FE_CIV_SEC_0743688 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0320166 | FE_CIV_SEC_0320169 | Redacted | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743646 | FE_CIV_SEC_0743648 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0400284 | FE_CIV_SEC_0400286 | Redacted | Revised Redactions (clawback, redactions added, certain redactions removed) | Attorney-Client<br><br>Confidential email communication reflecting legal advice regarding drafting and interpretation of House Bill 6. |
| FE_CIV_SEC_0744301 | FE_CIV_SEC_0744304 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743445 | FE_CIV_SEC_0743447 | Withheld | Redacted | No Clawback. |

John F. McCaffrey, Esq. -8-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743618 | FE_CIV_SEC_0743619 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743645 | FE_CIV_SEC_0743645 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743623 | FE_CIV_SEC_0743624 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743818 | FE_CIV_SEC_0743819 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743649 | FE_CIV_SEC_0743650 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743607 | FE_CIV_SEC_0743611 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743424 | FE_CIV_SEC_0743431 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743499 | FE_CIV_SEC_0743500 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743626 | FE_CIV_SEC_0743627 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743509 | FE_CIV_SEC_0743510 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0088657 | FE_CIV_SEC_0088660 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0740897 | FE_CIV_SEC_0740897 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743530 | FE_CIV_SEC_0743531 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743663 | FE_CIV_SEC_0743663 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                     -9-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743945 | FE_CIV_SEC_0743946 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743668 | FE_CIV_SEC_0743675 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743676 | FE_CIV_SEC_0743684 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744334 | FE_CIV_SEC_0744336 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744070 | FE_CIV_SEC_0744070 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743507 | FE_CIV_SEC_0743507 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743827 | FE_CIV_SEC_0743831 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0312687 | FE_CIV_SEC_0312689 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0192248 | FE_CIV_SEC_0192253 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0743544 | FE_CIV_SEC_0743545 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0744186 | FE_CIV_SEC_0744186 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743823 | FE_CIV_SEC_0743824 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743825 | FE_CIV_SEC_0743826 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743523 | FE_CIV_SEC_0743524 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                    -10-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743890 | FE_CIV_SEC_0743891 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743892 | FE_CIV_SEC_0743893 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743525 | FE_CIV_SEC_0743526 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743898 | FE_CIV_SEC_0743899 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0474854 | FE_CIV_SEC_0474859 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0207162 | FE_CIV_SEC_0207166 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0319688 | FE_CIV_SEC_0319689 | Produced Without Redactions | Revised Redactions (clawback, redactions added) | Attorney-Client<br><br>Confidential email communication reflecting legal advice regarding drafting and interpretation of House Bill 6. |
| FE_CIV_SEC_0743620 | FE_CIV_SEC_0743620 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743519 | FE_CIV_SEC_0743522 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744049 | FE_CIV_SEC_0744053 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743693 | FE_CIV_SEC_0743693 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743694 | FE_CIV_SEC_0743694 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                -11-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743433 | FE_CIV_SEC_0743433 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744045 | FE_CIV_SEC_0744045 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743574 | FE_CIV_SEC_0743577 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743571 | FE_CIV_SEC_0743573 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743587 | FE_CIV_SEC_0743588 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743916 | FE_CIV_SEC_0743917 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743922 | FE_CIV_SEC_0743925 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743918 | FE_CIV_SEC_0743921 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743943 | FE_CIV_SEC_0743944 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743936 | FE_CIV_SEC_0743937 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743569 | FE_CIV_SEC_0743570 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743685 | FE_CIV_SEC_0743686 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743666 | FE_CIV_SEC_0743667 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743589 | FE_CIV_SEC_0743592 | Withheld | Redacted | No Clawback. |

John F. McCaffrey, Esq.                                                                    -12-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743585 | FE_CIV_SEC_0743586 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743581 | FE_CIV_SEC_0743584 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743421 | FE_CIV_SEC_0743423 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744184 | FE_CIV_SEC_0744185 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744056 | FE_CIV_SEC_0744057 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744067 | FE_CIV_SEC_0744069 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744058 | FE_CIV_SEC_0744059 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744064 | FE_CIV_SEC_0744066 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744062 | FE_CIV_SEC_0744063 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743698 | FE_CIV_SEC_0743700 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0203571 | FE_CIV_SEC_0203572 | Redacted | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743616 | FE_CIV_SEC_0743617 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743882 | FE_CIV_SEC_0743883 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743552 | FE_CIV_SEC_0743556 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                    -13-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743563 | FE_CIV_SEC_0743568 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743557 | FE_CIV_SEC_0743562 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743502 | FE_CIV_SEC_0743506 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744341 | FE_CIV_SEC_0744345 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744351 | FE_CIV_SEC_0744356 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744346 | FE_CIV_SEC_0744350 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744332 | FE_CIV_SEC_0744333 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0400275 | FE_CIV_SEC_0400278 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0475010 | FE_CIV_SEC_0475013 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0490832 | FE_CIV_SEC_0490834 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0743797 | FE_CIV_SEC_0743799 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743909 | FE_CIV_SEC_0743910 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743664 | FE_CIV_SEC_0743665 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0744328 | FE_CIV_SEC_0744329 | Withheld | Redacted | No Clawback. |

John F. McCaffrey, Esq.                                                                                    -14-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743795 | FE_CIV_SEC_0743796 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0490829 | FE_CIV_SEC_0490830 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0743794 | FE_CIV_SEC_0743794 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743612 | FE_CIV_SEC_0743614 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743448 | FE_CIV_SEC_0743450 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0744305 | FE_CIV_SEC_0744308 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743728 | FE_CIV_SEC_0743731 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743724 | FE_CIV_SEC_0743726 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743732 | FE_CIV_SEC_0743734 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743735 | FE_CIV_SEC_0743737 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743638 | FE_CIV_SEC_0743640 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0397842 | FE_CIV_SEC_0397843 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0397844 | FE_CIV_SEC_0397845 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0743911 | FE_CIV_SEC_0743912 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                         -15-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743533 | FE_CIV_SEC_0743540 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743439 | FE_CIV_SEC_0743440 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743451 | FE_CIV_SEC_0743455 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743442 | FE_CIV_SEC_0743444 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0181780 | FE_CIV_SEC_0181783 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0743718 | FE_CIV_SEC_0743723 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743821 | FE_CIV_SEC_0743822 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0744357 | FE_CIV_SEC_0744359 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743434 | FE_CIV_SEC_0743434 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743651 | FE_CIV_SEC_0743654 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743655 | FE_CIV_SEC_0743657 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0392509 | FE_CIV_SEC_0392510 | Redacted | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743599 | FE_CIV_SEC_0743600 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743601 | FE_CIV_SEC_0743602 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                              -16-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743603 | FE_CIV_SEC_0743606 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743435 | FE_CIV_SEC_0743436 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743437 | FE_CIV_SEC_0743438 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0474841 | FE_CIV_SEC_0474842 | Redacted | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744296 | FE_CIV_SEC_0744298 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743710 | FE_CIV_SEC_0743714 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743658 | FE_CIV_SEC_0743662 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743701 | FE_CIV_SEC_0743709 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744322 | FE_CIV_SEC_0744324 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0744325 | FE_CIV_SEC_0744327 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743790 | FE_CIV_SEC_0743793 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743787 | FE_CIV_SEC_0743789 | Withheld | Redacted | No Clawback. |

John F. McCaffrey, Esq.                                                                                          -17-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0436996 | FE_CIV_SEC_0436999 | Produced Without Redactions | Revised Redactions (clawback, redactions added) | Attorney-Client<br><br>Confidential email communication reflecting legal advice regarding drafting and interpretation of House Bill 6. |
| FE_CIV_SEC_0743740 | FE_CIV_SEC_0743741 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0740464 | FE_CIV_SEC_0740466 | Redacted | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743515 | FE_CIV_SEC_0743518 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743814 | FE_CIV_SEC_0743817 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743810 | FE_CIV_SEC_0743813 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743802 | FE_CIV_SEC_0743805 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743806 | FE_CIV_SEC_0743809 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743716 | FE_CIV_SEC_0743716 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743717 | FE_CIV_SEC_0743717 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743541 | FE_CIV_SEC_0743541 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743542 | FE_CIV_SEC_0743543 | Withheld | Produced Without Redactions | No Clawback. |

John F. McCaffrey, Esq.                                                                                          -18-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0317537 | FE_CIV_SEC_0317539 | Redacted | Revised Redactions (clawback, redactions added) | Attorney-Client<br><br>Confidential email communication reflecting request for and provision of legal advice regarding response to shareholder proposal concerning lobbying disclosures. |
| FE_CIV_SEC_0743527 | FE_CIV_SEC_0743529 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0744046 | FE_CIV_SEC_0744048 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0414512 | FE_CIV_SEC_0414515 | Redacted | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743621 | FE_CIV_SEC_0743622 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0744330 | FE_CIV_SEC_0744331 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743800 | FE_CIV_SEC_0743801 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743492 | FE_CIV_SEC_0743493 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743885 | FE_CIV_SEC_0743889 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0393638 | FE_CIV_SEC_0393644 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0743465 | FE_CIV_SEC_0743470 | Withheld | Redacted | No Clawback. |

John F. McCaffrey, Esq.                                                                                    -19-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743547 | FE_CIV_SEC_0743551 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743757 | FE_CIV_SEC_0743761 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743780 | FE_CIV_SEC_0743786 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743762 | FE_CIV_SEC_0743766 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743773 | FE_CIV_SEC_0743779 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743752 | FE_CIV_SEC_0743756 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0436989 | FE_CIV_SEC_0436995 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0743767 | FE_CIV_SEC_0743772 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0490811 | FE_CIV_SEC_0490816 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0490817 | FE_CIV_SEC_0490823 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0743511 | FE_CIV_SEC_0743512 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743513 | FE_CIV_SEC_0743514 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743738 | FE_CIV_SEC_0743739 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0743742 | FE_CIV_SEC_0743746 | Withheld | Redacted | No Clawback. |

John F. McCaffrey, Esq. -20-

| FirstBates | LastBates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f)) |
|---|---|---|---|---|
| FE_CIV_SEC_0743747 | FE_CIV_SEC_0743751 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0487181 | FE_CIV_SEC_0487183 | Redacted | Revised Redactions (certain redactions removed) | No Clawback. |
| FE_CIV_SEC_0744317 | FE_CIV_SEC_0744321 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0744309 | FE_CIV_SEC_0744312 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0744313 | FE_CIV_SEC_0744316 | Withheld | Redacted | No Clawback. |
| FE_CIV_SEC_0743913 | FE_CIV_SEC_0743913 | Withheld | Produced Without Redactions | No Clawback. |
| FE_CIV_SEC_0314476 | FE_CIV_SEC_0314476 | Produced Without Redactions | Withheld | Attorney-Client<br><br>Confidential email communication reflecting legal advice regarding enactment of House Bill 6. |