# EXHIBIT H
### *Submitted in Camera*