# EXHIBIT I

*Submitted in Camera*