IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,

This document relates to:	Civil Action 2:20-cv-3785
	Chief Judge Algenon L. Marbley
	Magistrate Judge Jolson

ALL ACTIONS.

**ORDER**

By email on July 6, 2023, the Court informed the parties that they should be prepared to discuss the appointment of a Special Master at the upcoming July 20 status conference. On July 19, the parties submitted a status report discussing the appointment of a Special Master. (Doc. 501.) The Court then held the status conference to discuss the appointment and left the hearing open for seven days for the parties to provide written submissions regarding the issue. (Doc. 502). The Court thereafter issued two extensions for written submissions. (Docs. 512, 519.)

On July 27, August 1, and August 4, the parties provided to the Court names of potential Special Master candidates and information concerning those candidates. Ultimately, the parties were unable to agree on which candidate to appoint. However, they were agreed as to the scope and terms of appointment, as memorialized in a proposed order they sent to the Court on August 4. So that the parties' disputes may be effectively and timely addressed, the Court intends to appoint attorney Shawn Judge as a Special Master to address pretrial matters in this case.

Mr. Judge is **DIRECTED** to file an affidavit by August 30, 2023, disclosing whether there is any ground for disqualification under 28 U.S.C. § 455. *See* Fed. R. Civ. P. 53(a)(2). Additionally, he is **DIRECTED** to file an affidavit agreeing to be bound by the governing Amended Stipulated Protective Order in this case. (Doc. 411). Upon satisfaction of these obligations, the Court will issue a full order of appointment, consistent with the parties' proposed order. The Clerk is **DIRECTED**

to send a copy of this Order, as well as a copy of the Amended Stipulated Protective Order (Doc. 411), to Mr. Judge by email to skj@classlawgroup.com.

    IT IS SO ORDERED.


Date: August 23, 2023

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE


/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE