**INDEX OF EXHIBITS TO JOINT DISCOVERY STATUS REPORT**

| Exhibit No. | Exhibit Description | Filed[1] |
|---|---|---|
| 1 | Email from Tricia C. Ingraham to Steven E. Strah et al., dated October 30, 2020 (Bates No.: FE_CIV_SEC_0763991); | *In Camera* |
| 2 | Email chain from Tricia C. Ingraham to Irene M. Prezelj, dated October 30, 2020 (Bates No.: FE_CIV_SEC_0377634); and | *In Camera* |
| 3 | Email chain from Tricia C. Ingraham to Irene M. Prezelj, dated October 30, 2020 (Bates No.: FE_CIV_SEC_0377643-644. | *In Camera* |

---

[1] Exhibits 1 through 3 are being provided solely *in camera* to the Court pursuant to §8 of the Amended Stipulated Protective Order (ECF 411) as defendant FirstEnergy Corp. ("FirstEnergy") designated these documents "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and Exhibits 2 through 3 are the subject of FirstEnergy's clawback request.

4893-4692-6716.v1