# Exhibit FE 1

Joseph F. Murray                                                                                    -3-

## APPENDIX A

| First Bates | Last Bates | Original Production | Supplemental Production | Clawback Privilege Assertion and Description (Amended Protective Order (ECF No. 411) § 7(f) |
|---|---|---|---|---|
| FE_CIV_SEC_0377634 | FE_CIV_SEC_0377634 | Produced Without Redactions | Produced With Redactions | Attorney-Client<br><br>Confidential email communication reflecting legal advice of counsel regarding quarterly earnings call. |
| FE_CIV_SEC_0377643 | FE_CIV_SEC_0377644 | Produced Without Redactions | Produced With Redactions | Attorney-Client<br><br>Confidential email communication reflecting legal advice of counsel regarding quarterly earnings call. |
| FE_CIV_SEC_0319923 | FE_CIV_SEC_0319924 | Produced With Redactions | Produced Without Redactions | No clawback. |

# Exhibit FE 2

**From:** "Ingraham, Tricia C" <tingraham@firstenergycorp.com>
**To:** "Prezelj, Irene M." <prezelji@firstenergycorp.com>
**Subject:** RE: 3Q20 Script 10-30-20 redline 4pm.docx
**Date:** Fri, 30 Oct 2020 21:49:14 +0000
**Importance:** Normal
**Attachments:** 3Q20 Script 10-30-20 redline 530pm.docx

---

This one has FFO updates from Storsin.



**Tricia Ingraham**
Consultant, Financial & Web Communications
office: 330 384 5247 (825 5247) | cell: 330 316 7015
tingraham@firstenergycorp.com
76 South Main, Akron, OH 44308 | mailstop: A GO 17 / AK General Office Bldg

---

**From:** Ingraham, Tricia C
**Sent:** Friday, October 30, 2020 5:39 PM
**To:** Prezelj, Irene M. <prezelji@firstenergycorp.com>
**Subject:** RE: 3Q20 Script 10-30-20 redline 4pm.docx

This has been updated with Jason's changes. He said Jon indicated we are no longer guiding to the higher end of the 2020 op earnings range. Let me know if you'd like me to remove that language.

<< File: 3Q20 Script 10-30-20 redline 530pm.docx >>



**Tricia Ingraham**
Consultant, Financial & Web Communications
office: 330 384 5247 (825 5247) | cell: 330 316 7015
tingraham@firstenergycorp.com
76 South Main, Akron, OH 44308 | mailstop: A GO 17 / AK General Office Bldg

---

**From:** Ingraham, Tricia C
**Sent:** Friday, October 30, 2020 4:56 PM
**To:** Prezelj, Irene M. <prezelji@firstenergycorp.com>
**Subject:** 3Q20 Script 10-30-20 redline 4pm.docx

Irene, here is the script with all comments received to date. I accepted or worked around many of legal's comments, but I wanted to make sure you saw



Please let me know if you'd like to see any other changes, then I'll send a clean version for Chris and Steve.

Thank you,

Tricia

<< File: 3Q20 Script 10-30-20 redline 4pm.docx >>

# Exhibit FE 3

**From:** "Ingraham, Tricia C" <tingraham@firstenergycorp.com>
**To:** "Prezelj, Irene M." <prezelji@firstenergycorp.com>
**Subject:** RE: 3Q20 Script 10-30-20 redline 4pm.docx
**Date:** Fri, 30 Oct 2020 21:39:07 +0000
**Importance:** Normal
**Attachments:** 3Q20_Script_10-30-20_redline_530pm.docx

---

This has been updated with Jason's changes. He said Jon indicated we are no longer guiding to the higher end of the 2020 op earnings range. Let me know if you'd like me to remove that language.

**Tricia Ingraham**
Consultant, Financial & Web Communications
office: 330-384-5247 (825-5247) | cell: 330-316-7015
tingraham@firstenergycorp.com
76 South Main, Akron, OH 44308 | mailstop: A-GO-17 / AK-General Office Bldg

---

**From:** Ingraham, Tricia C
**Sent:** Friday, October 30, 2020 4:56 PM
**To:** Prezelj, Irene M. <prezelji@firstenergycorp.com>
**Subject:** 3Q20 Script 10-30-20 redline 4pm.docx

Irene, here is the script with all comments received to date. I accepted or worked around many of legal's comments, but I wanted to make sure you saw



Please let me know if you'd like to see any other changes, then I'll send a clean version for Chris and Steve.

Thank you,
Tricia

<< File: 3Q20 Script 10-30-20 redline 4pm.docx >>

# Exhibit FE 4

*(document filed under seal)*

# Exhibit FE 5

*(document filed under seal)*