# EXHIBITS 1-3

[Submitted *In Camera* Pursuant to §8 of the
Amended Stipulated Protective Order (ECF 411)]