**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE FIRSTENERGY CORP.**
**SECURITIES LITIGATION,**

**This document relates to:**                                        **Civil Action 2:20-cv-3785**
                                                                     **Chief Judge Algenon L. Marbley**
                                                                     **Magistrate Judge Jolson**

      **ALL ACTIONS.**

**ORDER**

This matter is before the Court on the parties' August 28, 2023 Joint Status Report (Doc. 535). In the status report, the parties raise two discovery disputes. The Court will hold these disputes in abeyance given the expected appointment of a special master shortly. The Court **VACATES** the hearing set for August 31, 2023, at 11:00am. Additionally, the Court **EXTENDS** the deadline for Shawn Judge to submit his affidavits disclosing whether there is any ground for disqualification under 28 U.S.C. § 455 and agreeing to be bound by the governing Amended Stipulated Protective Order in this case until September 6, 2023.

      IT IS SO ORDERED.

Date: August 30, 2023                        /s/ Kimberly A. Jolson
                                             KIMBERLY A. JOLSON
                                             UNITED STATES MAGISTRATE JUDGE