## ATTACHMENT A

The undersigned hereby acknowledges that [he/~~she~~] has read the Protective Order dated February 9, 2023, in the above-captioned action and attached hereto, understands the terms thereof, and agrees to be bound by its terms. The undersigned submits to the jurisdiction of the United States District Court for the Southern District of Ohio in matters relating to the Protective Order and understands that the terms of the Protective Order obligate [him/~~her~~] to use documents designated "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" or "ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER" in accordance with the Order, solely for the purpose of the above-captioned action, and not to disclose any such documents or information derived directly therefrom to any other person, firm, or concern.

The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name: Shawn Judge
Job Title: Counsel
Employer: Gibbs Law Group LLP
Business Address: 1554 Polaris Pkwy, Suite 325
Columbus, OH 43240

Date: 9-5-23

Signature: *Shawn Judge*