## INDEX OF EXHIBITS TO JOINT DISCOVERY STATUS REPORT

| Exhibit No. | Exhibit Description | Filed[1] |
|---|---|---|
| 1 | May 10, 2023 email from Rachel Cocalis to Tasha Thompson et al.; | Public |
| 2 | June 2, 2023 email chain from Rachel Cocalis to Tasha Thompson et al.; | *IN CAMERA* |
| 3 | September 1, 2023 letter from Nicholas Menillo to Rachel Cocalis and Ashley Kelly; | Public |
| 4 | September 5, 2023 letter from Rachel Cocalis and Ashley Kelly; | Public |
| 5 | Excerpts of April 20, 2023 and July 26, 2023 FirstEnergy Corp. privilege logs; | Public |
| 6 | Excerpt of Defendants' deposition exhibit 131 (Bates No.: FE_CIV_SEC_0487181-83); | *IN CAMERA* |
| 7 | FE_CIV_SEC_0136294-95; | *IN CAMERA* |
| 8 | August 25, 2023 letter from Rachel Cocalis to Hilary M. Williams; | *IN CAMERA* |
| 9 | Defendant Jones-Dowling's deposition exhibit 39 (Bates No.: FE_CIV_SEC_07305452-75); | *IN CAMERA* |
| 10 | June 6, 2023 letter from Ashley Kelly to Tasha Thompson; | *IN CAMERA* |
| 11 | *Householder* Government Trial Exhibit 153; | Public |
| 12 | *Householder* Government Trial Exhibit 154; | Public |
| 13 | Excerpts of *Householder* February 13, 2023 Trial Day 11 Transcript; | Public |
| 14 | Excerpts of *Householder* February 22, 2023 Trial Day 16 Transcript; and | Public |
| 15 | September 18, 2023 email from Tasha Thompson to Rachel Cocalis. | Public |

---

[1] Exhibits 2, 6-10 are being provided solely *in camera* to the Court pursuant to §8 of the Amended Stipulated Protective Order (ECF 411) as defendant FirstEnergy Corp. has designated these documents or some of the information referenced therein "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."