# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE FIRSTENERGY CORP.**
**SECURITIES LITIGATION,**

**This document relates to:**  Civil Action 2:20-cv-3785
　　　　　　　　　　　　　　　　Chief Judge Algenon L. Marbley
　　　　　　　　　　　　　　　　Magistrate Judge Jolson
　　**ALL ACTIONS.**

## ORDER

　　This matter is before the Court on the procedure previously adopted for resolving discovery disputes in this litigation.  The Court set a presumptive in-person status conference every three weeks, with a joint status report on the progress of discovery due three business days prior.  (Doc. 333 at 10).  Now, given the appointment of a Special Master, the Court **VACATES** that procedure, so that the Special Master may adopt his own procedures for resolving disputes among the parties.  The parties are no longer obliged to submit regular status reports before the Court, and there will be no future presumptive status conferences before Judge Jolson.  The Court **VACATES** the in-person status conference set for Thursday, September 21, 2023 at 11:00am, but notes that the Special Master intends to hold a conference with the parties using an online platform at that time.  The Special Master will be sending further information about the conference to all counsel via email.

　　IT IS SO ORDERED.


Date: September 19, 2023　　　　　　　　/s/ Kimberly A. Jolson
　　　　　　　　　　　　　　　　　　　　KIMBERLY A. JOLSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE