**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION, | Case No. 2:20-cv-03785-ALM-KAJ |
| This document relates to: | Chief Judge Algenon L. Marbley |
| ALL ACTIONS. | Magistrate Judge Kimberly A. Jolson |

**JOINT DISCOVERY STATUS REPORT**

*[Redacted]*

I.    **Confidentiality Designations Under Stipulated Protective Order and Conduct During Depositions**

███    ██████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

---

1  ████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████



































## II.    Additional Outstanding Discovery Disputes

For the Special Master's convenience, the Parties note that, in addition to the issues raised

in Part I above, the following issues have been raised in Joint Status Reports or by motion and

remain unresolved:[18]

| Docket Number(s) | Movant(s) | Respondent(s) | Title or Description |
|---|---|---|---|
| ECF Nos. 489, 510, 511, 529, 530 | Class Plaintiffs, Direct Action Plaintiffs, Defendant Charles Jones, Defendant Michael Dowling | Defendant FirstEnergy Corp. | Motion to Compel Discovery Regarding FirstEnergy's Internal Investigation |
| ECF Nos. 491, 506, 515 | Class Plaintiffs, Direct Action Plaintiffs | Non-Party Energy Harbor | Motion to Compel Discovery from Nonparty Energy Harbor |
| ECF Nos. 496, 514, 516, 521, 523, 526 | Class Plaintiffs, Direct Action Plaintiffs | Non-Party Samuel Randazzo, Non-Party Sustainability Funding Alliance of Ohio, Inc. | Motion to Compel Discovery from Nonparties Samuel Randazzo and Sustainability Funding Alliance of Ohio, Inc. |

---

[18]    Because the issues addressed in Part I above concern a dispute over a confidentiality designation, the parties have not provided any third parties with a copy of this submission, and to the extent that the Special Master wishes to discuss the issues involving PFP, Energy Harbor, and/or Mr. Randazzo and SFAO, the parties respectfully request doing so at the next Status Conference rather than the one scheduled for September 28, 2023.

| Docket Number(s) | Movant(s) | Respondent(s) | Title or Description |
|---|---|---|---|
| ECF Nos. 535 | Class Plaintiffs, Direct Action Plaintiffs, Defendant Michael Dowling | Non-Party Partners for Progress, Non-Party Michael VanBuren | Dispute regarding 30(b)(6) witness' planned invocation of Fifth Amendment[19] |
| ECF No. 535 | Class Plaintiffs | Defendant FirstEnergy Corp. | Dispute regarding August 15, 2023 clawback |
| ECF No. 544 | Class Plaintiffs, Direct Action Plaintiffs | Defendant FirstEnergy Corp. | Dispute regarding sufficiency of FirstEnergy Corp. productions<br>As discussed during the September 21, 2023 conference, the relevant parties continue to meet and confer to determine whether the few remaining issues may be resolved without the need for court intervention. |

## III.    Joint Proposed Amended Scheduling Order

The parties jointly propose the following Amended Scheduling Order, to be memorialized in a joint proposed order if approved by the Special Master.  FirstEnergy respectfully reserves the right to seek an extension of this schedule in the event that a final order in the pending Motion to Compel Discovery Regarding FirstEnergy's Internal Investigation (*see* Part II, *supra*) results in an order compelling substantial additional document production from FirstEnergy and additional deposition testimony that cannot practicably be completed prior to the fact discovery cutoff:

| | |
|---|---|
| Fact discovery cutoff | April 30, 2024 |
| Primary expert reports | May 31, 2024 |
| Rebuttal expert reports | July 31, 2024 |
| Reply expert reports | September 16, 2024 |

---

[19]    The relevant parties to this dispute are continuing to meet-and-confer in a further effort to resolve any outstanding issues absent court intervention.

| Expert Discovery cutoff | October 31, 2024 |
|---|---|
| Dispositive Motions | December 13, 2024 |

## IV.  Background Materials and Service List

The parties are separately emailing a set of selected key materials concerning the procedures that have been applicable to this action for the Special Master's convenience.  A service list for all parties is also appended hereto.

Dated: September 27, 2023

Respectfully submitted,

/s/ Joseph F. Murray (with permission)
Joseph F. Murray, Trial Attorney (0063373)
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
Email: murray@mmmb.com

*Liaison Counsel*

Darren J. Robbins (admitted *pro hac vice*)
Mark Solomon (admitted *pro hac vice*)
Jason A. Forge (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: darrenr@rgrdlaw.com
Email: marks@rgrdlaw.com
Email: jforge@rgrdlaw.com

*Attorneys for Lead Plaintiff Los Angeles
County Employees Retirement Association
and Plaintiffs Amalgamated Bank, City of*

Respectfully submitted,

/s/ Thomas D. Warren
Thomas D. Warren, Trial Attorney (0077541)
WARREN TERZIAN LLP
30799 Pinetree Rd., Suite 345
Pepper Pike, OH 44124
Telephone: (216) 304-4970
Email: tom.warren@warrenterzian.com

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
Sharon L. Nelles (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
Beth D. Newton (admitted *pro hac vice*)
Nicholas F. Menillo (admitted *pro hac vice*)
Hilary M. Williams (admitted *pro hac vice*)
Tasha N. Thompson (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email: giuffrar@sullcrom.com
Email: nelless@sullcrom.com
Email: reind@sullcrom.com
Email: newtonb@sullcrom.com
Email: menillon@sullcrom.com
Email: williamsh@sullcrom.com
Email: thompsontas@sullcrom.com

*Irving Supplemental Benefit Plan, and*
*Wisconsin Laborers' Pension Fund*

/s/ Carole S. Rendon (with permission)
Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Rachael L. Israel (0072772)
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: crendon@bakerlaw.com
Email: dshively@bakerlaw.com
Email: dwarren@bakerlaw.com
Email: risrael@bakerlaw.com
Email: jdunnaback@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211
Facsimile: (212) 589-4201
Email: gstamboulidis@bakerlaw.corn

*Attorneys for Defendant Charles E. Jones*

/s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN &
GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
Facsimile: (614) 467-3704
Email: dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
Emily S. Kimmelman Wheeling (admitted
*pro hac vice*)

Kamil R. Shields (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W.
Suite 7000
Washington, DC 20006
Telephone: (202) 956-7040
Facsimile: (202) 293-6330
Email: shieldska@sullcrom.com

*Attorneys for Defendant FirstEnergy Corp.*

/s/ Geoffrey J. Ritts (with permission)
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Stephen G. Sozio (0032405)
Adrienne F. Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com
Email: calee@jonesday.com
Email: sgsozio@jonesday.com
Email: afmueller@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
M. Ryan Harmanis (0093642)
Shalini B. Goyal (0096743)
Elizabeth A. Benshoff (0098080)
Katherine T. Berger (0098872)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com
Email: rharmanis@jonesday.com
Email: sgoyal@jonesday.com
Email: ebenshoff@jonesday.com

Karen Pieslak Pohlmann (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: michael.kichline@morganlewis.com
Email: laura.mcnally@morganlewis.com
Email: emily.wheeling@morganlewis.com
Email: karen.pohlmann@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*

/s/ Brian P. O'Connor (with permission)
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 852-5994
Email: bpo@santenhughes.com

Preston Burton (admitted *pro hac vice*)
Adam Miller (admitted *pro hac vice*)
Bree Murphy (admitted *pro hac vice*)
Jill Winter (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: pburton@orrick.com
Email: adam.miller@orrick.com
Email: bmurphy@orrick.com
Email: jwinter@orrick.com

*Attorneys for Defendant Donald R. Schneider*

/s/ James E. Arnold (with permission)
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP

Email: kberger@jonesday.com

Scott B. Scheinberg (admitted *pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
Email: sscheinberg@jonesday.com

*Attorneys for Defendants Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

/s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

Steve Grimes (admitted *pro hac vice*)
Dan K. Webb (admitted *pro hac vice*)
A. Matt Durkin (admitted *pro hac vice*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: SGrimes@winston.com
Email: DWebb@winston.com
Email: MDurkin@winston.com

*Attorneys for Defendant Michael J. Dowling*

115 W. Main St., Fourth Floor
Columbus, OH 43215
Telephone: (614) 460-1600
Facsimile: (614) 469-1093
Email: jarnold@arnlaw.com
Email: ggosnell@arnlaw.com

Veronica E. Callahan (admitted *pro hac vice*)
Aaron F. Miner (admitted *pro hac vice*)
Yiqing Shi (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: aaron.miner@arnoldporter.com
Email: veronica.callahan@arnoldporter.com
Email: Yiqing.Shi@arnoldporter.com

Andrew C. Johnson (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5631
Email: Andrew.Johnson@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*

/s/ Victor A. Walton, Jr. (with permission)
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE
LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 723-4056
Email: vawalton@vorys.corn
Email: jmbrunner@vorys.com

Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE
LLP

/s/ David L. Axelrod (with permission)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
Brittany M. Wilson (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com
Email: wilsonbm@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Stephen S. Scholes (admitted *pro hac vice*)
Paul M.G. Helms (admitted *pro hac vice*)
Emilie E. O'Toole (admitted *pro hac vice*)
Samantha L. Fenton (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: sscholes@mwe.com
Email: phelms@mwe.com
Email: eotoole@mwe.com
Email: sfenton@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)

50 S. Main Street, Suite 1200
Akron, OH 44308-1471
Telephone: (330) 208-1000
Facsimile: (330) 208-1001
Email: apguran@vorys.com

Emily J. Taft (0098037)
VORYS, SATER, SEYMOUR & PEASE
LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5432
Email: ejtaft@vorys.com

*Attorneys for Defendant John Judge*

David S. Bloomfield, Jr. (0068158)
PORTER, WRIGHT, MORRIS & ARTHUR
LLP
41 South High Street, Suite 2900
Columbus, OH 43215-6194
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
Email: rtrafford@porterwright.com
Email: dbloomfield@porterwright.com

Brian S. Weinstein (admitted *pro hac vice*)
Eric M. Kim (admitted *pro hac vice*)
Joshua N. Shinbrot (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (202) 450-4000
Email: brian.weinstein@davispolk.com
Email: eric.kim@davispolk.com
Email: joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants
Barclays Capital Inc., BofA Securities, Inc.,
Citigroup Global Markets Inc., J.P. Morgan
Securities LLC, Morgan Stanley & Co. LLC,
Mizuho Securities USA LLC, PNC Capital
Markets LLC, RBC Capital Markets, LLC,
Santander Investment Securities Inc., Scotia
Capital (USA) Inc., SMBC Nikko Securities
America, Inc., CIBC World Markets Corp.,
KeyBanc Capital Markets Inc., TD Securities
(USA) LLC, U.S. Bancorp Investments, Inc.,
and MUFG Securities Americas Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will notify all counsel of record.

/s/ Thomas D. Warren
Thomas D. Warren (0077541)

*Counsel for Defendant FirstEnergy Corp.*

## APPENDIX A:  ALL PARTIES SERVICE LIST FOR
## SPECIAL MASTER SHAWN K. JUDGE

*In re FirstEnergy Corp. Securities Litig.*, **No. 2:20-cv-3785 (S.D. Ohio)**
***Brighthouse Funds Trust II, et al.* v. *FirstEnergy Corp., et al.*, No. 2:22-cv-00865 (S.D. Ohio)**
***MFS Series Trust I, et al.* v. *FirstEnergy Corp., et al.*, No. 2:21-cv-05839 (S.D. Ohio)**

### PLAINTIFFS

Joseph F. Murray
Brian K. Murphy
Geoffrey J Moul
Jonathan P. Misny
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: (614) 488-0400
Email: murray@mmmb.com
Email: murphy@mmmb.com
Email: moul@mmmb.com
Email: misny@mmmb.com

Darren J. Robbins
Mark Solomon
Jason A. Forge
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Email: FirstEnergyRGRD@rgrdlaw.com

### OPT-OUT PLAINTIFFS

Matthew L. Fornshell, Trial Attorney
Nicole R. Woods
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
Telephone: (614) 462-1061
Email: matthew.fornshell@icemiller.com
Email: nicole.woods@icemiller.com

Steven E. Fineman
Michael J. Miarmi
John T. Nicolaou
Gabriel A. Panek

LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone: (212) 355-9500
Email: sfineman@lchb.com
Email: mmiarmi@lchb.com
Email: jnicolaou@lchb.com
Email: gpanek@lchb.com


Richard M. Heimann
Mike Sheen
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000
Email: rheimann@lchb.com
Email: msheen@lchb.com

## DEFENDANTS

**1.      FirstEnergy Corp.**

Thomas D. Warren
WARREN TERZIAN LLP
30799 Pinetree Rd., Suite 345
Pepper Pike, OH 44124
Telephone: (216) 304-4970
Email: tom.warren@warrenterzian.com

Robert J. Giuffra, Jr.
Sharon L. Nelles
David M.J. Rein
Beth D. Newton
Nicholas F. Menillo
Hilary M. Williams
Tasha N. Thompson
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Email: giuffrar@sullcrom.com
Email: nelless@sullcrom.com
Email: reind@sullcrom.com
Email: newtonb@sullcrom.com
Email: menillon@sullcrom.com
Email: williamsh@sullcrom.com
Email: thompsontas@sullcrom.com

Kamil R. Shields
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W.
Suite 7000
Washington, DC 20006
Telephone:  (202) 956-7040
Email: shieldska@sullcrom.com

2.      **Steven Strah, K. Jon Taylor, Jason Lisowski, George Smart, Paul Addison, Michael Anderson, Steven Demetriou, Julia Johnson, Donald Misheff, Thomas Mitchell, James O'Neil III, Christopher Pappas, Sandra Pianalto, Luis Reyes, Jerry Sue Thornton, and Leslie Turner**

Geoffrey J. Ritts
Robert S. Faxon
Corey A. Lee
Stephen G. Sozio
Adrienne F. Mueller
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com
Email: calee@jonesday.com
Email: sgsozio@jonesday.com
Email: afmueller@jonesday.com

Marjorie P. Duffy
Jordan M. Baumann
M. Ryan Harmanis
Shalini B. Goyal
Elizabeth A. Benshoff
Katherine T. Berger
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com
Email: rharmanis@jonesday.com
Email: sgoyal@jonesday.com
Email: ebenshoff@jonesday.com
Email: kberger@jonesday.com

Scott B. Scheinberg
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Email: sscheinberg@jonesday.com

3. **Dennis Chack**

Michael L. Kichline
Laura H. McNally
Emily S. Kimmelman Wheeling
Karen Pieslak Pohlmann
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Email: michael.kichline@morganlewis.com
Email: laura.mcnally@morganlewis.com
Email: emily.wheeling@morganlewis.com
Email: karen.pohlmann@morganlewis.com

Douglas M. Mansfield
LAPE MANSFIELD NAKASIAN & GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
Email: dmansfield@lmng-law.com

4. **Michael Dowling**

John F. McCaffrey
John A. Favret
Hannah M. Smith
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

Steve Grimes
Dan K. Webb
A. Matt Durkin
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Email: SGrimes@winston.com
Email: DWebb@winston.com
Email: MDurkin@winston.com

5.	**Charles Jones**

Carole S. Rendon
Douglas L. Shively
Daniel R. Warren
Rachael L. Israel
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH  44114
Telephone:  (216) 621-0200
Email: crendon@bakerlaw.com
Email: dshively@bakerlaw.com
Email: dwarren@bakerlaw.com
Email: risrael@bakerlaw.com
Email: jdunnaback@bakerlaw.com

George A. Stamboulidis
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211
Email: gstamboulidis@bakerlaw.com

6.	**John Judge**

Victor A. Walton, Jr.
Joseph M. Brunner
VORYS, SATER, SEYMOUR & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
Telephone: (513) 723-4000
Email: vawalton@vorys.com
Email: jmbrunner@vorys.com

Andrew P. Guran
VORYS, SATER, SEYMOUR & PEASE LLP
50 S. Main Street, Suite 1200
Akron, OH 44308
Telephone: (330) 208-1000
Email: apguran@vorys.com

Emily J. Taft
VORYS, SATER, SEYMOUR & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5432
Email: ejtaft@vorys.com

**7.     James Pearson**

Timothy D. Katsiff
David L. Axelrod
Emilia McKee Vassallo
Brittany M. Wilson
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com
Email: wilsonbm@ballardspahr.com

**8.     Robert Reffner**

Stephen S. Scholes
Paul M.G. Helms
Emilie E. O'Toole
Samantha L. Fenton
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Email: sscholes@mwe.com
Email: phelms@mwe.com
Email:  eotoole@mwe.com
Email: sfenton@mwe.com

John C. Fairweather
Lisa S. DelGrosso
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

**9.    Donald Schneider**

Preston Burton
Adam Miller
Bree Murphy
Jill Winter
ORRICK, HERRINGTON & SUTCLIFFE
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Email: pburton@orrick.com
Email: adam.miller@orrick.com
Email: bmurphy@orrick.com
Email: jwinter@orrick.com

Brian P. O'Connor
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Email: bpo@santenhughes.com

**10.    Leila Vespoli**

Veronica E. Callahan
Aaron F. Miner
Yiqing Shi
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Email: aaron.miner@arnoldporter.com
Email: veronica.callahan@arnoldporter.com
Email: Yiqing.Shi@arnoldporter.com

Andrew C. Johnson
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5631
Email: Andrew.Johnson@arnoldporter.com

James E. Arnold
Gerhardt A. Gosnell II
ARNOLD & CLIFFORD LLP

115 W. Main St., Fourth Floor
Columbus, OH 43215
Telephone: (614) 460-1600
Email: jarnold@arnlaw.com
Email: ggosnell@arnlaw.com

11. **Underwriter Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc.**

Brian S. Weinstein
Eric M. Kim
Joshua N. Shinbrot
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (202) 450-4000
Email: brian.weinstein@davispolk.com
Email: eric.kim@davispolk.com
Email: joshua.shinbrot@davispolk.com

Robert W. Trafford
David S. Bloomfield, Jr.
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215-6194
Telephone: (614) 227-2000
Email: rtrafford@porterwright.com
Email: dbloomfield@porterwright.com