UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) |
| | No. 2:20-cv-03785-ALM-KAJ |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) |
| | Judge Algenon L. Marbley Magistrate Judge Kimberly A. Jolson |

DECLARATION OF RACHEL A. COCALIS IS SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION OF NON-PARTIES SAMUEL C. RANDAZZO AND SUSTAINABILITY FUNDING ALLIANCE OF OHIO, INC. FOR A PARTIAL STAY OF SPECIAL MASTER'S ORDER PENDING RULING ON OBJECTION AND REQUEST FOR CLARIFICATION OF APPOINTMENT ORDER

| | |
|---|---|
| MURRAY MURPHY MOUL + BASIL LLP JOSEPH F. MURRAY (0063373) 1114 Dublin Road Columbus, OH  43215 Telephone:  614/488-0400 614/488-0401 (fax) murray@mmmb.com | ROBBINS GELLER RUDMAN & DOWD LLP DARREN J. ROBBINS (*pro hac vice*) MARK SOLOMON (*pro hac vice*) RACHEL A. COCALIS (*pro hac vice*) 655 West Broadway, Suite 1900 San Diego, CA  92101 Telephone:  619/231-1058 619/231-7423 (fax) darrenr@rgrdlaw.com marks@rgrdlaw.com rcocalis@rgrdlaw.com |
| Liaison Counsel | Class Counsel |

4892-6313-3331.v1

I, RACHEL A. COCALIS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, the "Plaintiffs") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Motion of Non-Parties Samuel C. Randazzo and Sustainability Funding Alliance of Ohio, Inc. for a Partial Stay of Special Master's Order Pending Ruling on Objections and Request for Clarification of Appointment Order.

3. Attached hereto is a true and correct copy of the following exhibit:

Exhibit 1:   November 21, 2023 email chain from Special Master Shawn K. Judge to Jason Forge, Joe Murray, Tasha Thompson, David Rein, Roger Sugarman and Jeffrey Cororan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 27, 2023 at San Diego, California.

*Rachel Cocalis*
_____
RACHEL A. COCALIS

- 1 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically on November 27, 2023.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      */s/ Joseph F. Murray*
      Joseph F. Murray (0063373)