# EXHIBIT 1

| | |
|---|---|
| **From:** | Shawn Judge |
| **To:** | Christina Kopko |
| **Cc:** | Jason Forge; Joe Murray; "thompsontas@sullcrom.com"; "reind@sullcrom.com"; "rogerpsugarman@gmail.com"; "corcoran@asnalaw.com" |
| **Subject:** | RE: In re FirstEnergy Corp. Sec. Litig., No. 2:20-cv-03785-ALM-KAJ |
| **Date:** | Tuesday, November 21, 2023 9:18:49 AM |

# EXTERNAL SENDER

Thank you for the update.  Plaintiffs need not submit a request for fees and costs until the forthcoming objection is resolved.

Please provide counsel or Randazzo and SFAO with the link for the next conference.  My thought is that they should seek a stay if they wish not to comply with the Order, given the substantive difference between an order and a recommendation.  Typically, any order issued by a special master will remain in effect even with a pending objection, with the Court of course the ultimate authority on the motion or dispute that is the subject of the special master's order.


Shawn Judge
Gibbs Law Group LLP
(510) 340-4217 (Direct)
(614) 284-3274 (Cell)

**From:** Christina Kopko <CKopko@rgrdlaw.com>
**Sent:** Monday, November 20, 2023 8:03 PM
**To:** Shawn Judge <skj@classlawgroup.com>
**Cc:** Jason Forge <JForge@rgrdlaw.com>; Joe Murray <murray@mmmb.com>; 'thompsontas@sullcrom.com' <thompsontas@sullcrom.com>; 'reind@sullcrom.com' <reind@sullcrom.com>; 'rogerpsugarman@gmail.com' <rogerpsugarman@gmail.com>; 'corcoran@asnalaw.com' <corcoran@asnalaw.com>
**Subject:** In re FirstEnergy Corp. Sec. Litig., No. 2:20-cv-03785-ALM-KAJ

Dear Mr. Judge,

As you know, on November 6, 2023, you granted Plaintiffs' Motion to Compel Discovery and Compliance with the Court's April 5, 2023 Order and ordered Randazzo and SFAO to bear "the reasonable costs and fees Plaintiffs incurred in connection with the recent related motion briefing [and] . . . for preparing for and participating in the relevant portion of the October 19, 2023 oral argument."  11/6/23 Order, ECF 554 at PageID 12007. Further, you held that "[i]f Plaintiffs and non-parties Randazzo and SFAO are unable to agree on [the reasonable fees and costs] within 14 days from the date of filing of this Order, Plaintiffs shall file for these fees and costs to be awarded by the Special Master."  *Id.*  Plaintiffs attempted to reach a compromise regarding Plaintiffs' reasonable fees, but Mr. Randazzo and SFAO's counsel rejected the compromise and informed us that they will be objecting to the November 6, 2023 Order. Therefore, unless instructed otherwise, Plaintiffs will withhold filing their specific request for fees and costs until the objection is resolved, as the resulting litigation will increase Plaintiffs' fees.

In addition, Plaintiffs have informed SFAO and Randazzo's counsel that at the November 28, 2023 status conference they intend to object to SFAO and Randazzo's position that they need not seek a stay to avoid compliance with the Court's order. Unless instructed otherwise, liaison counsel will provide them with the zoom link to attend the November 28, 2023 status conference.

Best regards,

Christina Kopko
Paralegal
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**