UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION )<br>)<br>) | No. 2:20-cv-03785-ALM-KAJ |
| ) | <u>CLASS ACTION</u> |
| )<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>) | Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

[PROPOSED] ORDER DENYING MOTION OF NON-PARTIES SAMUEL C. RANDAZZO AND SUSTAINABILITY FUNDING ALLIANCE OF OHIO, INC. FOR A PARTIAL STAY OF SPECIAL MASTER'S ORDER PENDING RULING ON OBJECTIONS AND GRANTING PLAINTIFFS' REQUEST FOR CLARIFICATION OF APPOINTMENT ORDER

MURRAY MURPHY MOUL
  + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
RACHEL A. COCALIS (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com
rcocalis@rgrdlaw.com

Class Counsel

4856-7582-3763.v1

Having considered Plaintiffs' memorandum of law in opposition to the Motion of Non-Parties Samuel C. Randazzo ("Randazzo") and Sustainability Funding Alliance of Ohio, Inc. ("SFAO") for a Partial Stay of Special Master's Order Pending Ruling on Objections (the "Motion") and Plaintiffs' Request for Clarification of Appointment Order submitted by Class Representatives Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund and Opt Out Plaintiffs[1] (together, the "Plaintiffs"), and good cause appearing therefore, the Court DENIES Randazzo and SFAO's Motion and GRANTS Plaintiffs' Request for Clarification.

It is therefore ORDERED as follows:

1. Non-parties Randazzo and SFAO will produce the documents compelled in the April 5, May 16, and November 6, 2023 Orders by December 11, 2023;

2. Non-parties Randazzo and SFAO will bear any corresponding fees and costs for movants' motion; and

---

[1] The "Opt Out Plaintiffs" are plaintiffs from the related actions captioned *MFS Series Trust I, et al. v. FirstEnergy Corp., et al.*, No. 2:21-cv-05839 (S.D. Ohio), and *Brighthouse Funds Trust II – MFS Value Portfolio, et al. v. FirstEnergy Corp., et al.*, No. 2:22-cv-00865 (S.D. Ohio).

- 2 -

3. The Court clarifies that pursuant to the Order Appointing Special Master (ECF 541) Special Master Shawn K. Judge's discovery orders are effective upon entry and remain in effect unless and until a party *obtains* a stay or the Court sustains an objection.

DATED: _____  _____
                                                     THE HONORABLE ALGENON L. MARBLEY
                                                     UNITED STATES DISTRICT CHIEF JUDGE

DATED: _____  _____
                                                     THE HONORABLE KIMBERLY A. JOLSON
                                                     UNITED STATES MAGISTRATE JUDGE