## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 22, 2023

Mr. Robert J. Giuffra Jr.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Mr. Geoffrey John Ritts
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

      Re:    Case No. 23-3940, *Diane Owens, et al v. FirstEnergy Corporation, et al*
               Originating Case No. : 2:20-cv-03785 : 2:20-cv-04287

Dear Counsel,

    This appeal has been docketed as case number **23-3940** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

    Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

    At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 6, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

                               Appearance of Counsel
        Appellant:    Civil Appeal Statement of Parties & Issues
                               Disclosure of Corporate Affiliations
                               Application for Admission to 6th Circuit Bar (if applicable)

|  |  |
|---|---|
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  **If appellant's initial forms are not timely filed with this court or the necessary fees paid to the district court by December 6, 2023,** the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7069

cc:  Mr. Xavier Alvarez
Mr. Daniel E. Barenbaum
Ms. Jordan Michelle Baumann
Mr. Brian E. Cochran
Mr. Patrick V. Dahlstrom
Mr. Joseph David Daley
Ms. Marjorie P. Duffy
Mr. Michael Ryan Harmanis
Mr. J. Alexander Hood II
Mr. Andrew W. Hutton
Mr. Daniel Richard Karon
Ms. Nicole Lavallee
Mr. Jeremy Alan Lieberman
Mr. David W. Mitchell
Ms. Adrienne Ferraro Mueller
Mr. Joseph F. Murray
Ms. Sharon L. Nelles
Mr. Lucas Freeman Olts
Mr. Steven Wayne Pepich
Ms. Morgan L. Ratner
Mr. David Maxwell James Rein
Mr. Kevin Shen Sciarani
Ms. Jessica Tally Shinnefield
Ms. Hillary Bryn Stakem
Mr. Joseph J. Tabacco Jr.
Mr. Robert J. Wagoner

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-3940

In re: FIRSTENERGY CORPORATION SECURITIES LITIGATION

-------------------------------

DIANE OWENS; CHANA FRAND; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

        Plaintiffs - Appellees

LOS ANGELES COUNTY EMPLOYEES' RETIREMENT ASSOCIATION; AMALGAMATED BANK; CITY OF IRVING SUPPLEMENTAL BENEFIT PLAN; WISCONSIN LABORERS' PENSION FUND

        Movants - Appellees

v.

FIRSTENERGY CORPORATION; STEVEN E. STRAH; K. JON TAYLOR; JASON LISOWSKI; GEORGE M. SMART; PAUL T. ADDISON; MICHAEL J. ANDERSON; STEVEN J. DEMETRIOU; JULIA L. JOHNSON; DONALD T. MISHEFF; THOMAS N. MITCHELL; JAMES F. O'NEIL, III; CHRISTOPHER D. PAPPAS; SANDRA PIANALTO; LUIS A. REYES; JERRY SUE THORNTON; LESLIE M. TURNER

        Defendants - Appellants