# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | No. 2:20-cv-03785-ALM-KAJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| ALL ACTIONS | Judge Algenon L. Marbley <br> Magistrate Judge Kimberly A. Jolson <br> Special Master Shawn K. Judge |
| *MFS Series Trust I, et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> *FirstEnergy Corp., et al.*, <br><br> Defendants. | Case No. 2:21-cv-05839-ALM-KAJ |
| *Brighthouse Funds Trust II – MFS Value Portfolio, et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> *FirstEnergy Corp., et al.*, <br><br> Defendants. | Case No. 2:22-cv-00865-ALM-KAJ |

**FIRSTENERGY'S MOTION TO STAY THE SPECIAL MASTER'S NOVEMBER 29, 2023 ORDER PENDING FINAL ADJUDICATION OF FIRSTENERGY'S OBJECTIONS**

PLEASE TAKE NOTICE that Defendant FirstEnergy Corp. ("FirstEnergy") hereby requests that the Special Master enter an order staying the Special Master's November 29, 2023 Order pending final adjudication of FirstEnergy's objections thereto.

The motion is based upon the accompanying memorandum of law in support thereof and such evidence and argument as the Court may consider.

Dated:  November 30, 2023

Respectfully,

/s/ Thomas D. Warren
Thomas D. Warren, Trial Attorney (0077541)
WARREN TERZIAN LLP
30799 Pinetree Road, Suite 345
Pepper Pike, OH  44124
Telephone:  (213) 410-2620
tom.warren@warrenterzian.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
Tasha N. Thompson (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone:  (202) 956-7040

*Counsel for Defendant FirstEnergy Corp.*

## DECLARATION OF SERVICE

I certify that the foregoing was filed electronically on November 30, 2023.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/* Thomas D. Warren
Thomas D. Warren (0077541)

*Counsel for Defendant FirstEnergy Corp.*
