**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

**ORDER**

This matter is before the Court on Plaintiffs' Notice regarding objections of non-parties Samuel C. Randazzo and Sustainability Funding Alliance of Ohio, Inc. to the November 6, 2023, Order by the Special Master on Plaintiffs' motion to compel (Doc. 569). In the Notice, Plaintiffs indicate they are willing and prepared to file a response to the non-parties' objections. (*Id.* at 2). The Court **GRANTS** Plaintiffs' request to file a response to the non-parties' objections and **ORDERS** that any response be filed on or before December 4, 2023.

Additionally, the Court seeks to clarify and supplement procedures related to the Special Master's orders, reports, or recommendations. (*See* Doc. 541). Pursuant to its Order Appointing the Special Master and Rule 53 of the Federal Rules of Civil Procedure, the Court **ORDERS** that:

1. Unless stayed at the time they are filed pursuant to paragraph 2 below, the Special Master's discovery orders are effective immediately upon being entered and remain in effect unless and until a party obtains a stay from the Court or the Court sustains an objection. No motions for a stay should be directed to the Special Master. The parties are warned, however, that stays will not be the normal course and should not assume requests for stays will be granted.

2. A party must give the Special Master notice of a request to stay a discovery order contemporaneously with briefing the underlying motion. When such a request is made, the

   Special Master should then indicate in his discovery order whether the order is stayed upon filing or becomes effective upon filing.

3. If an objection to an order, report, or recommendation by the Special Master is filed, parties shall have 14 days thereafter to file a response to the objection. Parties will not have the opportunity to file a reply to the response unless otherwise ordered by the Court.

4. At his discretion, the Special Master may reasonably shorten the deadline for parties to file objections to his orders, reports, or recommendations or the deadline to file responses to an objection.

**IT IS SO ORDERED.**

Date:  November 30, 2023

                                                                          _____
                                                                          ALGENON L. MARBLEY
                                                                          CHIEF UNITED STATES DISTRICT JUDGE


                                                                          /s/ Kimberly A. Jolson
                                                                          KIMBERLY A. JOLSON
                                                                          UNITED STATES MAGISTRATE JUDGE