IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>    ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |
| MFS SERIES TRUST I, ET AL.,<br><br>            PLAINTIFFS,<br><br>V.<br><br>FIRSTENERGY CORP., ET AL.,<br><br>            DEFENDANTS. | Case No. 2:21-cv-05839-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |
| BRIGHTHOUSE FUNDS TRUST II – MFS VALUE PORTFOLIO, ET AL.,<br><br>            PLAINTIFFS,<br><br>V.<br><br>FIRSTENERGY CORP., ET AL.,<br><br>            DEFENDANTS. | Case No. 2:22-cv-00865-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

**ORDER**

This matter is before the Court on Defendants' Motion to Stay Proceedings Pending Interlocutory Appeal (Doc. 577). In the Motion, Defendants request the Court to enter an order staying all proceedings in these actions pending a final resolution of their interlocutory appeal of the Court's Order Granting Class Certification. (*Id.* at 2; *see* Doc. 435).

Pursuant to Rule 53 of the Federal Rules of Civil Procedure and its Order Appointing the Special Master (Doc. 541), the Court **REFERS** the Motion to the Special Master to submit a Report and Recommendation for the Court to consider.  The Special Master is **DIRECTED** to set a briefing schedule and a hearing on the Motion.  All discovery is **STAYED** during the pendency of this Motion.  Additionally, the Court **DIRECTS** the Special Master to reduce the findings and reasoning of his November 30, 2023 Notice of Order on the Motion to Stay (Doc. 575) to a Report and Recommendation for the Court to consider.

**IT IS SO ORDERED.**

Date:   December 1, 2023

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE


/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE