# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

## ORDER

This matter is before the Court on non-parties Samuel C. Randazzo and Sustainability Funding Alliance of Ohio, Inc.'s ("SFAO") Motion for Leave to File Reply in Support of Objections (Doc. 581). Because the Court does not need a reply to consider the non-parties' objections, the Motion is **DENIED**. The Court makes clear, however, that it does not read the Special Master's Order (Doc. 554) as holding Randazzo or SFAO in contempt.

IT IS SO ORDERED.

Date: December 6, 2023

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE