UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | )  No. 2:20-cv-03785-ALM-KAJ )  ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | )  Judge Algenon L. Marbley )  Magistrate Judge Kimberly A. Jolson ) ) ) |

DECLARATION OF KEVIN S. SCIARANI IN SUPPORT OF PLAINTIFFS' RESPONSE TO NON-PARTY ENERGY HARBOR'S OBJECTIONS TO ORDER BY SPECIAL MASTER ON MOTION TO COMPEL (ECF 560)

MURRAY MURPHY MOUL
  + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com


Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com


Class Counsel

I, KEVIN S. SCIARANI, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action. I am Of Counsel with the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively "Plaintiffs) in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Response to Non-Party Energy Harbor's Objections to Order by Special Master on Motion to Compel (ECF 560).

3. Attached hereto is a true and correct copy of the following exhibit:

Exhibit A: Excerpts of February 13, 2023 Transcript of Proceedings, held in *United States v. Householder*, No. 1:20-cr-0077 (S.D. Ohio).

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed on December 22, 2023, at Seattle, Washington.

KEVIN S. SCIARANI

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on December 22, 2023.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Joseph F. Murray*
Joseph F. Murray (0063373)

4881-2770-8056.v1