Page 1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF OHIO

3                 EASTERN DIVISION

4

5   IN RE:  FIRSTENERGY CORP.      CIVIL ACTION NO.

          SECURITIES LITIGATION      2:20-cv-3785

6

7

    THIS DOCUMENT RELATES TO:

8   ALL ACTIONS.

              _____

9

10

                  HEARING HELD BEFORE

11            SPECIAL MASTER SHAWN JUDGE

12

13

             Thursday, December 21, 2023

14                 11:00 A.M.

15

16

      Taken remotely via Zoom videoconference

17

18

19

      REPORTER:  PAMELA S. GREENFIELD, CRR, RDR

20

21

22

23   Job No. 6380892

24

25

```
                                                  Page 2
 1    APPEARANCES OF COUNSEL (REMOTE):
 2    For the Class Plaintiffs:
 3            ROBBINS GELLER RUDMAN & DOWD LLP
              BY:  JASON FORGE, ESQ.
 4            BY:  LUCAS OLTS, ESQ.
              BY:  KEVIN S. SCIARANI, ESQ.
 5            BY:  FRANCIS KARAM, ESQ.
              BY:  CHRISTOPHER GILROY, ESQ.
 6            BY:  HILLARY STAKEM, ESQ.
              BY:  TOR GRONBORG, ESQ.
 7            BY:  DAVID MITCHELL, ESQ.
              655 West Broadway
 8            San Diego, California 92101
              jforge@rgrdlaw.com
 9            lolts@rgrdlaw.com
              fkaram@rgrdlaw.com
10            kscariani@rgrdlaw.com
              cgilroy@rgrdlaw.com
11            hstakem@rgrdlaw.com
              torg@rgrdlaw.com
12            dmitchell@rgrdlaw.com
13            -and-
14            MURRAY MURPHY MOUL + BASIL LLP
              BY:  JOSEPH F. MURRAY, ESQ. (Remote)
15            1114 Dublin Road
              Columbus, Ohio 43215
16            murray@mmmb.com
17
      For the Direct-Action Plaintiffs:
18
              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP:
19            BY:  RICHARD HEIMANN, ESQ.
              275 Battery Street
20            29th Floor
              San Francisco, California  94111-339
21            Rheimann@lchb.com
              -and-
22            BY:  MICHAEL MIARMI, ESQ.
              250 Hudson Street
23            Eighth Floor
              New York, New York 10013
24            Mmiarmi@lchb.com
25
```

```
1    APPEARANCES OF COUNSEL (REMOTE) CONTINUED:
2    For Defendants Steven Strah; K. Jon Taylor;
     Jason J. Lisowski; George M. Smart; Paul T.
3    Addison; Michael J. Anderson; Steven J.
     Demetriou; Julia L. Johnson; Donald T. Misheff;
4    Thomas N. Mitchell; James F. O'Neil III;
     Christopher D. Pappas; Sandra Pianalto; Luis A.
5    Reyes; Jerry Sue Thornton and Leslie M. Turner;
6            JONES DAY:
             BY:  GEOFFREY J. RITTS, ESQ.
7            901 Lakeside Avenue
             Cleveland, Ohio 44114
8            gjritts@jonesday.com
             -and-
9            BY:  MARJORIE P. DUFFY, ESQ.
             325 John H. McConnell Boulevard
10           Suite 600
             Columbus, Ohio 43215
11           mpduffy@jonesday.com
12
     For Defendant First Energy:
13
             SULLIVAN & CROMWELL LLP
14           BY:  ROBERT J. GIUFFRA, JR., ESQ.
             BY:  DAVID M. J. REIN, ESQ.
15           BY:  BETH D. NEWTON, ESQ.
             BY:  HILARY M. WILLIAMS, ESQ.
16           BY:  TASHA N. THOMPSON, ESQ.
             BY:  CHRISTOPHER M. WELDON, ESQ.
17           125 Broad Street
             New York, New York 10004
18           GiuffraR@sullcrom.com
             ReinD@sullcrom.com
19           NewtonB@sullcrom.com
             WilliamsH@sullcrom.com
20           ThompsonT@sullcrom.com
             WeldonC@sullcrom.com
21
             -and-
22
             WARREN TERZIAN, LLP
23           BY: THOMAS DAVID WARREN, ESQ.
             30799 Pinetree Road
24           Suite 345
             Pepper Pike, Ohio 44124
25           tom.warren@warrenterzian.com
```

```
 1   APPEARANCES OF COUNSEL (REMOTE) CONTINUED:
 2   For Defendant Charles E. Jones:
 3          BAKER & HOSTETLER
            BY:  CAROLE S. RENDON, ESQ.
 4          BY:  RACHAEL L. ISRAEL, ESQ.
            Key Tower Suite 2000
 5          127 Public Square
            Cleveland, Ohio 44114
 6          CRendon@bakerlaw.com
            Risrael@bakerlaw.com
 7
 8   For Defendant Donald Schneider:
 9          ORRICK, HERRINGTON & SUTCLIFFE, LLP
            BY:  JILL WINTER, ESQ.
10          BY:  PRESTON BURTON, ESQ.
            1152 15th Street NW
11          Columbia Center
            Washington, D.C. 20005
12          JWinter@orrick.com
            PBurton@orrick.com
13
14   For Defendant Michael Dowling:
15          TUCKER ELLIS LLP
            BY:  JOHN F. McCAFFREY, ESQ.
16          BY:  JOHN A. FAVRET, ESQ.
            950 Main Avenue
17          Suite 1100
            Cleveland, Ohio 44113
18          john.mccaffrey@tuckerellis.com
            john.favret@tuckerellis.com
19
20   For Defendant Leila Vespoli:

21          ARNOLD & PORTER
22          BY:  AARON F. MINER, ESQ.
            250 West 55th Street
23          New York, New York 10019-9710
            aaron.miner@arnoldporter.com
24
25
```

```
1    APPEARANCES OF COUNSEL (REMOTE) CONTINUED:

2
     For Defendant John Judge:
3
             VORYS, SATER, SEYMOUR AND PEASE LLP
4            BY:  ANDREW P. GURAN, ESQ.
             BY:  ADAM L. MILLER, ESQ.
5            301 East 4th Street
             Cincinnati, Ohio 45202
6            epguran@vorys.com
             almiller@vorys.com
7

8
     For Defendant James Pearson:
9
             BALLARD SPAHR LLP
10           BY:  TIMOTHY D. KATSIFF, ESQ.
             BY:  DAVID L. AXELROD, ESQ.
11           1735 Market Street, 51st Floor
             Philadelphia, Pennsylvania 19103
12           katsifft@ballardspahr.com
             axelrodd@ballardspahr.com
13

14
     For Defendant Dennis Chack:
15
             MORGAN, LEWIS & BOCKIUS LLP
16           BY:  KAREN POHLMANN, ESQ.
             BY:  LAURA McNALLY, ESQ.
17           1701 Market Street
             Philadelphia, Pennsylvania 19103
18           Karen.Pohlmann@morganlewis.com
             Laura.McNally@morganlewis.com
19
             -and-
20
             LAPE MANSFIELD NAKASIAN & GIBSON LLC
21           BY:  DOUGLAS M. MANSFIELD, ESQ.
             9980 Brewster Lane
22           Suite 150
             Powell, Ohio  43065
23           dmansfield@lmng-law.com

24

25
```

Page 6

1    APPEARANCES OF COUNSEL (REMOTE) CONTINUED:
2
     For The Underwriter Defendants:
3
            DAVIS POLK & WARDWELL LLP
4           BY:  JOSHUA SHINBROT, ESQ.
            450 Lexington Avenue
5           New York, New York 10017
            Joshua.Shinbrot@davispolk.com
6
            -and-
7
            PORTER, WRIGHT, MORRIS & ARTHUR LLP
8           BY:  DAVID S. BLOOMFIELD, JR., ESQ.
            41 South High Street
9           Suite 2900
            Columbus, Ohio 43215
10          Dbloomfield@porterwright.com
11
     For Defendant Robert Reffner:
12
            BROUSE McDOWELL
13          BY:  JOHN C. FAIRWEATHER, ESQ.
            388 South Main Street, Suite 500
14          Akron, Ohio 44311
            jfairweather@brouse.com
15
     For Interested Party Energy Harbor:
16
            DECHERT, LLP
17          BY:  PETER McGINLEY, ESQ.
            Cira Centre
18          2929 Arch Street
            Philadelphia, Pennsylvania 19104-2808
19          Peter.mcginley@dechert.com
            -and-
20          JULIA SHEA, ESQ.
            1095 6th Avenue
21          New York, New York
            Julia.Shea@dechert.com
22
23   ALSO PRESENT:
24          Michael Koslen, Esq., FirstEnergy
25

Page 7

1          P  R  O  C  E  E  D  I  N  G  S

2

3               SPECIAL MASTER JUDGE:  We're on

4          the record.  It's December 21st, 2023 at

5          11:02 for our regularly scheduled status

6          conference.  I want to do a few

7          housekeeping things and address any

8          concerns of the parties.

9               The parties will note that

10         yesterday we filed an order

11         memorializing the briefing schedule that

12         you've been adhering to on the pending

13         motion for stay during the interlocutory

14         appeal.

15               That will come on for an oral

16         hearing on January 4th.  I believe the

17         reply brief is due January 2nd.

18               I will then be preparing a report

19         and recommendation as a matter of the

20         referral from Chief Judge Marbley and

21         Magistrate Judge Jolson.  Also probably

22         realistically sometime shortly after

23         Christmas I will be issuing a number of

24         decisions, some of which have grown in

25         length due to recent filings, including

Page 8

1      the motion for reconsideration, I

2      believe it's ECF number 592.

3              So you can look for a number of

4      decisions, I believe three or four

5      decisions coming from me next week.

6              One of the things I wanted to

7      discuss today was the number of filings

8      on the docket and my order in

9      yesterday's order memorializing the

10     briefing schedule noting that the

11     parties have, as of late, been very,

12     very active in filing things on the

13     docket.

14             Part of that is an outgrowth of

15     there was a backlog understandably of

16     motions that accumulated during the

17     appointment process.  We have been

18     working, the parties with me, to get

19     through that and get orders issued and

20     that's going to result in an unusual

21     amount of objections lately.

22             For whatever reasons, all of you

23     are not just accepting everything I

24     decide as correct, and I understand

25     that.

Page 9

1              One thing that was expressed to
2         me in recent conversations with the
3         Court, and I've had three recent
4         conversations in the past week, is that
5         the docket is looking a little crowded,
6         and I would urge you to file what is
7         necessary, of course, and what is
8         appropriate but also to use your
9         judgment as to what needs to be filed,
10        what could be filed in one document
11        versus multiple documents and the
12        length.
13             We have been hesitant to impose
14        page limits in any of the briefing here
15        because of the importance of a lot of
16        the issues.  I mean, I think these are
17        issues not to be minimized.  You know,
18        it's not hyperbolic to say that in some
19        sense they may be case dispositive in a
20        few ways; but some of these discovery
21        decisions in particular are very
22        important, and I realize you want to be
23        afforded your say.  I want you to have
24        the ample opportunity and room; but when
25        we start getting multiple 40 and 50 page

1    briefs that are often redundant, the

2    Court's less than happy, which makes me

3    less than happy and I'm eager to spread

4    that pain on to you and make you less

5    than happy during the holiday season.

6           So I would just, my only

7    admonition to you is keep it concise.

8    The Court's familiar with a lot of the

9    issues here.  The background is not very

10   complex even if the issues are legally

11   nuanced, and we're getting a lot of

12   briefing.  You know, I waded through the

13   briefing that was filed yesterday

14   including the objections and it's a

15   slog.  It doesn't always have to be but

16   when we're getting 50-page objections on

17   very discrete issues, keep in mind I

18   hope nobody is paying their client --

19   that no client is paying their attorney

20   by the word, and I'll just leave it by

21   that.  No page limits are going to be

22   imposed yet but they could be

23   forthcoming.

24           The second issue I want to talk

25   about is the parties had raised issue by

Page 11

```
1        email of could we discuss the meet and
2        confer obligation in light of my order
3        that nothing substantive be filed
4        without getting permission from me
5        first.
6                This excludes things like
7        objections when you know that you have a
8        right to file previously from the Court.
9                It also excludes things that
10       require mainly ministerial acts from the
11       Court like motions to withdraw, change
12       of address, pro hac vice, those kinds of
13       things.
14               My view of it is it's always
15       better to talk and try to work it out.
16       I realize that that is not always
17       successful, rarely successful, it's not
18       always even possible or pragmatic but I
19       ask that before you file something and
20       contact me, you make at least a cursory
21       effort to meet and confer and obtain the
22       other side's position to see if there's
23       any middle ground.
24               You know, a lot of this stuff I
25       think we could just have a conference
```

1          and work it out hopefully in the future

2          as opposed to a lot of briefing.

3                  I think the thing that triggered

4          the parties to send me an email was the

5          motion for reconsideration.

6                  Mr. Forge, what in particular was

7          the concern about meet and confer

8          obligation in the motion for

9          reconsideration?

10                 MR. FORGE:   Well, our concern

11         was that we've had for months and months

12         a process where each week everybody had

13         blocked off Tuesday at 9:00 a.m.

14         Pacific, noon Eastern to meet and

15         confer, and we have had attorneys who

16         have been very diligent about sending

17         emails asking for any issues to discuss

18         and that process has been followed

19         faithfully including last week and last

20         week when the email went out asking if

21         there are any issues to discuss, no one

22         indicated a desire to discuss anything

23         and so the Tuesday call was cancelled

24         and then the next thing we know, there's

25         two motions filed the next day where

1          there had been no indication whatsoever

2          of a meet and confer.  All we received a

3          couple hours before they were filed was

4          a cursory email saying hey, we're doing

5          this.  Do you agree or not agree?

6                  And even in response to that, I

7          sent a one-paragraph response and asked

8          that it be, the response be included if

9          they're going to reference any position

10         of the Plaintiffs and yet FirstEnergy

11         disregarded that, they disregarded the

12         meet and confer process and they simply

13         said that the Plaintiffs and I believe

14         Defendants Jones and Dowling did not

15         consent.

16                 And so it just seemed to me to be

17         so wasteful, and so we keyed this up to

18         discuss what everybody's understandings

19         are for this past Tuesday, and during

20         that call FirstEnergy refused to relent

21         and continued to maintain that what they

22         did was perfectly appropriate and that

23         they are perfectly entitled to continue

24         doing what they did and they also said

25         that well, these aren't, these weren't

1        discovery related and therefore we had

2        no obligation to meet and confer to

3        which I responded, well, look, we're

4        just going to wind up bickering about

5        what is discovery related.

6                Obviously these, both of these

7        things are related to discovery.  One of

8        them is reconsideration of a discovery

9        order and the other one is a request to

10       consolidate briefing concerning

11       discovery orders; so I don't, if we're

12       going to start -- it just feels like

13       FirstEnergy started to just multiply

14       these proceedings and kind of create new

15       categories of dispute, so now the new

16       category is going to be, okay, let's

17       argue about whether this relates to

18       discovery, and I just feel like both

19       sides -- and it's happened to me as

20       well -- I think having somebody neutral

21       like yourself just compels both sides,

22       and I should say all sides because

23       there's not necessarily only two here,

24       but it compels everybody to be a little

25       more reasonable, and I take full

1          responsibility for sometimes changing my

2          position in your presence, and I just

3          think that in order to be productive or

4          at least to be less inefficient, now

5          that you've set out the ground rules

6          that there has to be leave to file

7          anything other than something that's

8          already expressly authorized or

9          perfunctory, I think it should be

10         beholden on everyone to meet and confer

11         on the Tuesday about it and then if it's

12         something that perhaps can be addressed

13         and resolved in a Thursday status

14         conference, we give it a shot.

15                  If it's clear that everybody has

16         dug in and/or it's too complex, then you

17         can certainly tell us that and then

18         we'll follow, you know, a more formal

19         process, but, I don't know, maybe I'm

20         being naive, but I just, things like, I

21         mean, the motion for reconsideration.

22         My interpretation of what you had

23         indicated to the parties is that if you

24         had clearly missed something, you'd be

25         amenable to some sort of a request for

1      reconsideration but it just seems like

2      if a motion for reconsideration is 20

3      pages long, it's probably not a clear

4      error.  I mean, if it takes 20 pages to

5      explain what the alleged mistake was,

6      it's probably not a clear error and

7      probably not the type of issue that is

8      appropriate for a motion for

9      reconsideration, but at a minimum we

10     could have discussed just how, whether

11     Chief Judge Marbley even intended to

12     allow parties to file motions for

13     reconsideration because there's a very

14     strict schedule for objections and the

15     case law is clear.  We set it out in our

16     papers:  Once an objection is filed,

17     just like a notice of appeal, that

18     shifts jurisdiction to Chief Judge

19     Marbley and Judge Jolson; so if we have

20     a 21-day objection deadline, it does not

21     accommodate a five-week briefing

22     schedule for a motion for

23     reconsideration, which then poses on you

24     the need to file another order and which

25     then, as FirstEnergy itself indicated,

Page 17

1           then they're going to file another

2           objection to the order denying the

3           motion for reconsideration.

4                   So I just think we're heading in

5           the wrong direction at the fault of the

6           parties and I think we all bear some

7           responsibility for that and the best

8           course to take is to just simply say:

9           Hey, if you have an issue, key it up in

10          the meet and confer call on Tuesdays.

11          If it doesn't work out, let's talk about

12          it on Thursday and figure out what the

13          best way to proceed is from there.  So

14          that's just, that's the ask on behalf of

15          Plaintiffs.

16                  SPECIAL MASTER JUDGE:  Thank you,

17          I appreciate it.

18                  Mr. Rein/Mr. Giuffra, would you

19          like --

20                  MR. GIUFFRA:  Yes, I would like

21          to respond.

22                  I couldn't agree more that we

23          want to try to avoid unnecessary

24          pleadings, unnecessary filings,

25          unnecessary litigation.

1              The issue that we're arguing

2        about is one of enormous importance to

3        FirstEnergy.  It's an issue that

4        candidly I think you had a glimpse of

5        our papers.  We think that the idea that

6        there should be, you know, open season

7        discovery into an internal investigation

8        that was conducted in response to the

9        Department of Justice's investigation,

10       the filing of lawsuits including in this

11       case within days, we think is

12       extraordinary and, you know, candidly

13       I've been involved in doing

14       investigations for 25 years and this is

15       the first time I've ever seen a court

16       order of this kind of discovery.

17              So part of the reason that we're

18       having this dispute is because the

19       Plaintiffs are making an extraordinary

20       request and have basically tried to

21       persuade you, Mr. Judge, to agree to

22       give them discovery that candidly we

23       don't think they're entitled to.

24              Now, at the very first conference

25       you said something that I think is

Page 19

1      absolutely correct:  If there's a basis

2      to reconsider a decision, let me know if

3      I made a mistake.  That's intended to

4      try to simplify the proceedings and now

5      we're going to be in a situation where

6      we file these objections and then there

7      will be new arguments, a new

8      reconsideration motion and that was what

9      prompted our coordination.  We wouldn't

10     file the papers that we filed in

11     response to just some mere discovery

12     dispute, but this is the discovery

13     dispute that candidly really goes into

14     the ability of the Plaintiffs to

15     literally go into the files of opposing

16     counsel and rummage through them.

17            I guarantee that if we were

18     looking to do that to Mr. Forge, he

19     would be objecting vociferously.  Now

20     with respect to the issues that we

21     raised in the reconsideration motion,

22     there basically are two.

23            The first one is the O'Neil

24     declaration which was an issue that

25     Plaintiffs didn't raise, you didn't

1       raise at the oral argument and candidly

2       as I indicated last time we met was an

3       omission that was caused by the fact

4       that we were taking a document that was

5       drafted as an affidavit and turning it

6       into a declaration, and I can't imagine

7       that, you know, because of what can only

8       be described as at best, and we think

9       it's not even necessary to have the word

10      true in there anyway, and there's case

11      law that supports us, that that mere,

12      you know, scrivener's error should

13      suddenly allow for the wholesale

14      discovery into what Jones Day and

15      Squires did for the board of directors

16      of FirstEnergy.

17           That's our position, and it's a

18      position we feel strongly about. We'll

19      take it to Judge Marbley. I was hoping

20      in filing the reconsideration motion

21      that you might take a different view and

22      decide the issue on the merits rather

23      than on what I view as a sort of a side

24      show issue.

25           But in addition in look at your

1          decision, we obviously had presented a

2          lot of other evidence that's not

3          referenced in the decision including

4          evidence that the Plaintiffs had

5          referenced making clear about why the

6          investigations were done, including

7          public filings of FirstEnergy, and one

8          of the clear reasons why one does a

9          motion for reconsideration is to advise

10         a court or a special master or a

11         magistrate of materials that they

12         overlooked.

13              So our objective in all of this

14         was to simplify the process and if

15         anything, you know, allow you the

16         opportunity to reconsider your decision

17         and maybe avoid an objection going to

18         Chief Judge Marbley or Magistrate

19         Jolson.

20              That was our objective and it was

21         not to multiply the proceedings or do

22         anything like that.  And the reason why

23         we want to put off the objections was

24         because, well, maybe we were hoping you

25         might reconsider all or part of your

Page 22

1      decision.  One, you could say well,

2      we'll let the O'Neil declaration come in

3      and we really had no ability to brief

4      that issue, and then maybe you would

5      decide the issue on the merits either

6      for us or against us after you looked at

7      all the evidence including the evidence

8      that was not referenced in the opinion

9      and then we would avoid a discovery

10     dispute potentially before the Chief

11     Judge.  So that was the motivation for

12     what we did.

13          Now, did Mr. Forge have an

14     opportunity to raise -- you know, did we

15     confer with him?  Yes, we did.  Now was

16     it a discovery dispute?  No, it was not.

17     It was a reconsideration motion and the

18     coordination motion was a scheduling

19     issue and had we followed some lengthy

20     meet and confer process, it would have

21     been pointless.  They had won the

22     motion.  Okay?  They weren't going to

23     say oh, don't file the motion for

24     reconsideration.  And on the issue of

25     the schedule, if we had conferred for

Page 23

1       two weeks, it would have, the time would

2       have elapsed.

3               I would also note we take the

4       obligation to meet and confer quite

5       seriously and at the last status

6       conference we had the issue of the

7       privileged documents came up.  That had

8       been raised the day before.  The process

9       had not been followed and that was the

10      Plaintiffs not following the process, so

11      we feel strongly that we should follow

12      the process but, you know, to sort of,

13      to explain really what's motivating all

14      the filings is that this is an

15      extraordinary issue.  It's very

16      important in the case and we think that

17      the Court should get it right.

18              And on this issue of you being

19      divested of jurisdiction, you are a

20      special master appointed by the district

21      judge.  This is not like an appeal where

22      the, you know, notice of appeal divests

23      the District Court of jurisdiction.  You

24      are the District Court.  All power you

25      have comes from the District Court.

Page 24

1     You're not an Article III judge.  You're

2     not a magistrate.  You're someone who's

3     operating at the behest of the District

4     Court, who's providing a role with the

5     District Court, so there's no divestment

6     of jurisdiction.  I'm quite confident of

7     that.

8              So that's the explanation for why

9     we did what we did.  It's a very

10    important issue.  We think Plaintiffs

11    are grossly overreaching and we intend

12    to litigate the issue with Chief Judge

13    Marbley if we have to beyond that

14    because we think it's a very important

15    issue and, you know, maybe the briefs

16    could be shorter.  I couldn't agree with

17    you more, and I apologize to the extent

18    the briefs are not, you know, are not

19    shorter.  My father was a lawyer and he

20    always reminded me that Abraham Lincoln

21    said if you could write a three-page

22    letter, you'd have enough time -- when

23    you write a ten-page letter, you'd have

24    enough time to write a three-page

25    letter, so we will try to make the

Page 25

1      briefs shorter but we have no interest

2      in a multiplicity of proceedings or

3      anything like that.  It just happens

4      that this particular issue, which goes

5      to something that's a bedrock

6      protection, the attorney/client

7      privilege, is something that we feel

8      very strongly about and we're going to,

9      you know, litigate our position on this

10     issue.

11              SPECIAL MASTER JUDGE:  I

12     appreciate that.  Thank you.

13              I think that, well, just some

14     general comments.  You know, one thing

15     to obviate the dispute of whether

16     something is discovery related or

17     whether it's tangential to discovery but

18     still involved with discovery or

19     tangential enough that we can consider

20     it remote from discovery, just meet and

21     confer over everything that there might

22     be -- you know, just meet and confer.

23     And I get it.  Often parties, especially

24     in big litigation, especially in a

25     litigation like this, you know, treat

1           the meet and confer process as just a

2           check the box requirement on their way

3           to filing.  That's fine, but I think

4           there is utility to talking no matter

5           what the subject of the motion is.

6                   You know, don't call up the other

7           side and say you're going to oppose

8           their motion to change their address or

9           notice of withdrawal of counsel or

10          anything like that.  You know, everybody

11          is way too busy for that.  But if it's

12          anything substantive, you know, if you

13          would have called up Mr. Forge and said

14          we're going to file a motion for

15          reconsideration, what do you think?  And

16          he would be like, you know, on second

17          thought, really let's look at the

18          declaration, you know, I'd be surprised.

19          I would want to be part of that phone

20          call.  That would be amazing but, you

21          know, it doesn't hurt to ask about a lot

22          of these issues.  You know, the

23          coordination of the briefing issue, you

24          know, if both sides agreed to it, let

25          the Court know, let me know, you know,

Page 27

1         even if you had agreed to it, it's not

2         going to change the deadlines of the

3         briefing unless there was an order

4         saying, yes, we approve of the deadlines

5         being changed; but just as a general

6         overarching principle, let's do a meet

7         and confer.

8                 I'm not going to say you guys

9         have to do it every Tuesday. You know,

10        I'm not here to micromanage it, and

11        you're all adults. Just meet and confer

12        ahead of time and give the people enough

13        time. You know, as a practitioner when

14        I'm practicing it drives me insane when

15        I get something 15 minutes before a

16        filing deadline and it's 30 pages and

17        they say do you oppose this or not?

18        We're going to file in 15 minutes.

19        That's not a meet and confer. That's

20        not substantive. That's nonsense. So

21        don't do that. Give them enough time,

22        meet and confer. If there's anything

23        that needs discussed and you can't

24        agree, and most often I think you're not

25        going to agree, and there's no common

Page 28

1       ground, then we'll do a status
2       conference, either a normal Thursday
3       conference or we'll schedule something
4       extra; but don't be hesitant to reach
5       out to me.
6               We may not always need 41
7       different, you know, boxes on the screen
8       with multiple participants to resolve it
9       but, you know, we could do it, just do a
10      quick call.  We could do it sometimes by
11      email.  We could do it through a Zoom
12      call, but let's try to curb the amount
13      of filings in the future as a general
14      proposition.  Have a meet and confer.
15      If you can't resolve it, reach out to
16      me, we'll discuss it and then we'll
17      permit filing if something needs to be
18      filed.
19              I think you'll find throughout
20      the process I'm always going to be
21      available to you.  I will make myself
22      available.  I don't care if we're doing
23      status conferences at 11:00 at night.
24      You will get a status conference.  You
25      will get an opportunity to be heard.  I

1  think the length of some of our oral

2  arguments, if nothing else, should

3  convince you that I'm very concerned

4  that everybody be afforded enough time

5  to be heard.  I don't put time limits on

6  attorneys -- well, now that I say that,

7  you know, nobody pushed it.  There will

8  be time limits if we have to impose

9  them, but I generally disfavor time

10  limits from anyone.

11       I want attorneys to be heard, to

12  have their piece.  I want to understand

13  fully your arguments; and for motions

14  for reconsideration, yeah, technically

15  they don't exist.  I get that.  It's an

16  interlocutory decision; however it's

17  subject to any time being revisited.

18  You know, if I blow something, you know,

19  if I misread the law and you just think

20  I'm an idiot, that's something that

21  you're probably not going to persuade me

22  of on reconsideration.  However, if I

23  issue something and I say there's

24  absolutely no evidence to support X, Y

25  and Z and you say well, you didn't look

Page 30

```
1           at document number 4.  You know, that's
2           the kind of thing for a motion for
3           reconsideration.  Let me know.  Because
4           then I just made a mistake; but if you
5           just disagree with the substance of my
6           reasoning, you can try a motion for
7           reconsideration, it's rare, you know,
8           and I would give myself all kind of
9           credit if I can then sit back and say
10          you know what, they're right, but it's
11          happened.  It's happened when I was a
12          law clerk.  It's happened when I was a
13          practitioner.  It could happen as a
14          special master, too; but if you're just
15          going to regurgitate the same argument,
16          you're probably better on your way to
17          file the objections and move up the
18          chain on your way to justice that way.
19                But, you know, I don't begrudge
20          anyone, given the nature of the filings
21          here.  You know, these are important
22          issues and they matter to this case in
23          particular a great deal and the related
24          cases a great deal.  File what you need
25          to file, but let's get permission first
```

Page 31

1     when we need to.

2            I like the proposition, I think

3     Mr. Forge said if it's 20 pages long,

4     that I clearly have not made an error or

5     a clear error.  You know, I don't know

6     if that's the standard, but let's see

7     what Judge Marbley thinks about that.  I

8     like that one, though.

9            So bottom line:  Try to work it

10    out.  I'm not going to impose regular

11    meet and confers, but do so and I'd like

12    to reinforce that even if the parties

13    have nothing, file a joint status report

14    before our conferences just letting me

15    know what's on your mind or what's

16    coming.  You know, by email would be

17    fine.  I don't even need a formal joint

18    status report filed on the docket.  If

19    you guys shoot me a joint email as you

20    did yesterday saying we want to talk

21    about the meet and confer process, just

22    so I can anticipate and think it through

23    a little bit myself.  That's always

24    helpful.

25            And I apologize, I seem to be

```
 1          getting a weird glow through the blinds.
 2                   MR. FORGE:   I think it's the
 3          sun.
 4                   SPECIAL MASTER JUDGE:   It is the
 5          sun.  I'm in a different location than
 6          normal.  I like to think I'm bathed in a
 7          heavenly light here; but I, you know, if
 8          anything it's just --
 9                   MR. GIUFFRA:   I have that
10          problem with my office in the wintertime
11          exactly which is why I tend not to do
12          these calls from my office because I
13          can't even see.
14                   SPECIAL MASTER JUDGE:  I didn't
15          go into the office today because I'm
16          packing because I'm moving shortly and I
17          thought this would be something I could
18          do from home and that's wildly
19          convenient.  I apologize for the image.
20                   MR. GIUFFRA:   The issue, if I
21          could just raise it, which I think is
22          related to what we were talking about --
23                   SPECIAL MASTER JUDGE:  Yes.
24                   MR. GIUFFRA:   -- because I do
25          think it's useful to at least have more
```

Page 33

1          informal discussion with you and with
2          the Plaintiffs.
3                    Again, you know, I think that the
4          objective I think of this process should
5          be to have a full vetting of all of the
6          issues; so part of what we were trying
7          to do with that motion was obviously we
8          thought that there was evidence that at
9          least wasn't referenced in the order and
10         that's why if you look at the brief that
11         we submitted on reconsideration, there's
12         like whole pages of just summaries of
13         the evidence that wasn't referenced.
14                   Now, if you do a reconsideration
15         motion and rule on that and then you
16         consider the evidence and then we have
17         these objections which we filed
18         yesterday, we still reference whatever
19         points you raise in your reconsideration
20         order, and what we're concerned about
21         and what really animated what we did was
22         this problem of then Chief Judge Marbley
23         will get another filing and say what are
24         these people filing another thing and
25         so, you know, again, it's a very

Page 34

```
 1          important issue, but what we were trying
 2          to do was get it all -- not put off
 3          deadlines, not delay the case but get an
 4          issue that I think is a very important
 5          issue fully vetted by you and by
 6          Plaintiffs and by us before it got to
 7          Chief Judge Marbley.  And now what I'm a
 8          bit concerned about candidly is we've
 9          got these objections that have been
10          filed based on the original order that
11          was entered in late November and then
12          there will be a new order maybe making
13          different points and so, you know, the
14          one concern I have is then do we file
15          another set of objections.  I think that
16          was something you just referenced, and
17          that was sort of what motivated the
18          motion.  Nothing more, nothing less.
19                  And again just to make sure that
20          I -- obviously everyone on this call has
21          been doing this a long time and it's
22          really, you know, you want to get a
23          decision, you want the decision to be
24          the right decision.  You want the
25          decision to be on the merits if possible
```

Page 35

```
 1          and then you take it to the next level
 2          if you need to, the winner or the
 3          loser -- or the loser.
 4               And that really was the sole
 5          objective of the filings that we made
 6          was really, you know, when I looked back
 7          at the decision on what is a really
 8          important issue, it's on a, you know, a
 9          one missing word and, you know, I just
10          don't think that's the kind of basis for
11          a decision like this and particularly
12          when the Plaintiffs didn't even raise
13          it, you didn't raise it at the oral
14          argument.  We had really no knowledge of
15          the issue until the decision came down
16          and then we kind of back-tracked and saw
17          what had happened and so the idea was
18          well, decide it on the merits then, and
19          then on the merits, the issue from our
20          perspective was it was evidence beyond
21          the declaration that wasn't considered.
22          So, you know, you can obviously look at
23          the evidence and come out differently
24          than I would but I'd like to just -- our
25          goal was to get it all decided in a way
```

```
 1       so that it was packaged for Chief Judge
 2       Marbley.  And what I'm concerned about
 3       now is sort of we've got the objections
 4       to the prior order, then we have the
 5       reconsideration motion and I think it
 6       could present some issues.
 7              SPECIAL MASTER JUDGE:   Let me
 8       allay your concerns in this regard:  I
 9       don't think it will present issues.
10       He's well aware of the issues and he's
11       aware of that I'm going to be putting
12       out an additional order and that we'll
13       be addressing the motion for
14       reconsideration.
15              I disagree with your
16       characterization that I didn't consider
17       the other evidence.  I did and found it
18       wanton.  And I expressed that in the
19       prior order.  I didn't go through each
20       piece of evidence.  You know, in the
21       motion for reconsideration you said,
22       well, we presented ample evidence and
23       then you spent about a page-and-a-half
24       referring to the O'Neil declaration
25       again and then you had a page where you
```

Page 37

```
 1        gave us a bullet point list of some
 2        other items of evidence which just
 3        require too much of an inferential gap
 4        between what you're trying to ask us to
 5        conclude or ask me to conclude and what
 6        those pieces of evidence represented,
 7        and I appreciate and understand that you
 8        disagree; but what I'll do in the motion
 9        for reconsideration is make it very
10        clear, and Judge Marbley knows that
11        that's coming.
12                MR. GIUFFRA:   My only point was
13        that the order, which I think is
14        November 29th, although it could be the
15        28th, the main order doesn't reference
16        any of the other evidence so that was
17        the reason why, one of the reasons that
18        we filed the motion for reconsideration.
19                SPECIAL MASTER JUDGE:   No, I
20        understand.  No one begrudges you filing
21        that and, you know, however you
22        characterized it, the content of it is
23        completely logical and sensible to me to
24        be filed and it's in front of the Court.
25        The Court's aware of what else is
```

1       coming.  I don't think you have to worry

2       about the Court lacking context or that

3       the information is going to flow to the

4       Court in a piecemeal way.  The Court has

5       been made quite aware of what's coming

6       and, you know, my perspective on it, so

7       it's all going to be in front of the

8       judge to look at.

9               MR. GIUFFRA:  Yeah, and I guess

10      we could file the objections to the

11      reconsider -- we'll figure it out.

12      That's the main objective.

13              SPECIAL MASTER JUDGE:  Yeah.

14      And I do think it's useful.  As you put

15      it, too, to maybe talk a little bit more

16      informally, too.  We could do that with

17      or without a court reporter but I think

18      to hash out a lot of these issues along

19      the way might provide clarity to the

20      parties, too.  And -- go ahead.

21              MR. GIUFFRA:  Fully agree.  I

22      mean, again, I just wanted you to

23      understand what the motivation was.  I

24      would not ordinarily, you know, litigate

25      an issue of a discovery dispute like

1          this one unless it was a very important

2          issue and this one happens to be a very

3          important issue.

4                    SPECIAL MASTER JUDGE:   I get it.

5          I mean it's a huge issue.  You know, I

6          said potentially it's case dispositive.

7          That may be overstating it a bit but it

8          is certainly the biggest discovery issue

9          I think in the case and I can't imagine

10         a more critical discovery issue than

11         this one, so I get why you're concerned

12         and I get your, I get the course of

13         action you've taken and why.

14                    MR. GIUFFRA:   Okay.  That's all.

15         Again, I just wanted to be clear that,

16         you know, we have no interest in

17         creating a multiplicity of proceedings

18         or filing unnecessary briefs.  It's all

19         because of the nature of this particular

20         dispute.

21                    SPECIAL MASTER JUDGE:   Yep.  I

22         got it.

23                    MR. GIUFFRA:   Okay.  Thank you

24         very much.

25                    SPECIAL MASTER JUDGE:   What else

Page 40

1      do we need to talk about?

2             That's, the meet and confer

3      issue, I think it's clear.  Do it.  Try

4      to make it useful.  If it doesn't

5      provide an answer, contact me before

6      filing and we'll work it out.

7             We have the reply brief that will

8      be concisely written and tight.  That's

9      coming up on the 2nd I believe.  Oral

10     argument on the 4th.

11            What else do we need to talk

12     about?  What is going on between the

13     parties or what is troubling the

14     parties?

15            MR. FORGE:   From the Plaintiffs'

16     perspective, Mr. Judge, we're just

17     trying to get this case back on track

18     with discovery and I think that's all

19     that's going on for us is just waiting

20     for that January 4th hearing and

21     hopefully making some progress on

22     getting back to these depositions.

23            SPECIAL MASTER JUDGE:   Good.  I

24     appreciate that.

25            MR. GIUFFRA:   The only concern

Page 41

```
 1            we have, just to put it out there,
 2            because I think it is important to get
 3            this, you know, get it on the record so
 4            it's clear, is in yesterday's order, you
 5            know, obviously the requirement that we
 6            reach out to you on something other than
 7            an objection or a ministerial order, we
 8            will comply with that but the only
 9            concern we have is obviously there are
10            deadlines and motions and filings we
11            have to make during the course of a case
12            like this and we assume that we'll be
13            able to make those motions that are
14            provided for, you know, under the rules
15            and be able to preserve all of our
16            rights and I assume that the intent of
17            the order of yesterday was just to sort
18            of if you're going to file something,
19            let's talk about it first rather than,
20            you know, I'm going to control what you
21            can file because obviously I don't think
22            that an order that limits the parties'
23            ability to file motions that are
24            authorized by the Federal Rules, I don't
25            think that can be circumscribed by a
```

Page 42

1    court order.

2            I mean unless someone is like a,

3    there are cases involving frivolous

4    filers who, like, you know, so there's a

5    case called In Re: Martin-Trigona where

6    somebody filed hundreds of filings and

7    tried to, you know, do all sorts of

8    crazy things with the court.  That's not

9    I don't think what we're talking about

10   here.

11           SPECIAL MASTER JUDGE:  Well,

12   despite the fact that I think in a very

13   polite, professional way you just told

14   me you expect me to follow the law and

15   do my job, which I'm presumptively going

16   to do, I'm not going to declare you a

17   vexatious litigator.  You don't need to

18   worry about it.  No.

19           The purpose of the order is let's

20   talk before you file something because

21   we may be able to obviate the need for

22   it.

23           MR. GIUFFRA:  That's perfectly

24   fine.

25           SPECIAL MASTER JUDGE:  Yeah.

Page 43

```
 1          We're going to let you file what you're
 2          allowed to file.  We're going to let you
 3          file what you need to file.  We're going
 4          to let you file stuff even if you
 5          shouldn't file it and it's strategically
 6          dumb, we'll still let you do it and
 7          we're going to consider it because
 8          that's, I get paid to read it and to
 9          make a decision to the best I can.  Same
10          thing with Magistrate Judge Jolson.
11          Same thing with Chief Judge Marbley.
12              If we only let attorneys file
13          things that we thought was useful, the
14          docket would be a lot less in every
15          single case but we'd probably not have a
16          whole lot to do with it.  So don't
17          worry.  No one's going to, we're not
18          looking to circumscribe your filing
19          authority or encroaching on anything
20          that you need to file.  You're going to
21          get permission to do it.  The hope is
22          that, you know, if you're going to file
23          something and through 15 minutes of
24          discussion or 30 minutes of discussion
25          or beating up on Mr. Forge or vice versa
```

Page 44

```
 1          we can come to an accommodation and
 2          avoid the filing and get everyone moving
 3          along without briefing, it's still much
 4          better.
 5                  MR. GIUFFRA:   Fully agree.
 6          Fully agree.
 7                  SPECIAL MASTER JUDGE:   Yeah.
 8          Excellent.
 9                  MR. GIUFFRA:   I'd prefer not to
10          stay up at night and mark up briefs.
11                  SPECIAL MASTER JUDGE:   You know,
12          I -- when Chief Judge Marbley called me
13          and said I'm doing this, I figured this
14          is my life for the next two years.  I'm,
15          you know, I belong to you guys.  If I
16          have to stay up late and do this kind of
17          stuff, you know, on Christmas Day I'll
18          probably be working on your motions, so
19          don't worry about it.
20                  MR. GIUFFRA:   Okay.  Thank you
21          very much.
22                  SPECIAL MASTER JUDGE:  All right.
23          Anything else on behalf of either side
24          before the 4th?
25                  MR. GIUFFRA:   Just have a nice
```

1       holiday and a happy new year.

2              SPECIAL MASTER JUDGE:    I

3       appreciate that and same thing to

4       everyone on this call.  If anything

5       comes up, even if it's Christmas Eve, do

6       not hesitate to reach out and we will

7       jump on a conference.

8              Everyone have a good holiday and

9       unless we speak, I will see everyone on

10      July 4th.  I will be sending around -- I

11      believe we need to send around links for

12      the status conferences for 2024, is that

13      correct?  No one has received one yet?

14             MR. FORGE:    I don't think we

15      have the 2024 links yet and I think it

16      was a Freudian slip when you were hoping

17      to not see us until July 4th.  It will

18      be January 4th.

19             SPECIAL MASTER JUDGE:   Yeah.

20      That was wishful thinking on my part.

21      Yes.  January 4th.  I will get those

22      links out over the weekend.

23             MR. GIUFFRA:    July 4th would not

24      be a good day anyway.

25             SPECIAL MASTER JUDGE:    That's

1          true.   That's true.

2                    Oh, Lord.   Maybe -- see that's a

3          clear error right there.

4                    MR. GIUFFRA:   See it's very easy

5          to make a one word mistake.

6                    SPECIAL MASTER JUDGE:   Nice try.

7          All right.   Thank you everyone.   Have a

8          good holiday.

9                          -   -   -   -

10          (Proceedings concluded at 11:40 a.m.)

11                          -   -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 47

1

2

3

4                    C E R T I F I C A T E

5

6          I, Pamela S. Greenfield, a Notary Public

7    within and for the State of Ohio, do hereby

8    certify that I attended the foregoing

9    proceedings in their entirety, that I wrote the

10   same in stenotypy, and that this is a true and

11   correct transcript of my stenotype notes.

12          IN WITNESS WHEREOF, I have hereunto set

13   my hand and seal of office, at Cleveland, Ohio,

14   this 21st day of December, 2023.

15

16

17

18

19   _____

     Pamela S. Greenfield, CRR, RDR

20   Notary Public, State of Ohio

     My commission expires July 2, 2028

21

22

23

24

25

[& - adults]

| & | | | |
|---|---|---|---|

**&** 2:3,18 3:13 4:3,9,21 5:15 5:20 6:3,7

**1**

**10004** 3:17
**10013** 2:23
**10017** 6:5
**10019-9710** 4:23
**1095** 6:20
**1100** 4:17
**1114** 2:15
**1152** 4:10
**11:00** 1:14 28:23
**11:02** 7:5
**11:40** 46:10
**125** 3:17
**127** 4:5
**15** 27:15,18 43:23
**150** 5:22
**15th** 4:10
**1701** 5:17
**1735** 5:11
**19103** 5:11,17
**19104-2808** 6:18

**2**

**2** 47:20
**20** 16:2,4 31:3
**2000** 4:4

**20005** 4:11
**2023** 1:13 7:4 47:14
**2024** 45:12,15
**2028** 47:20
**21** 1:13 16:20
**21st** 7:4 47:14
**25** 18:14
**250** 2:22 4:22
**25705** 47:17
**275** 2:19
**28th** 37:15
**2900** 6:9
**2929** 6:18
**29th** 2:20 37:14
**2:20** 1:5
**2nd** 7:17 40:9

**3**

**30** 27:16 43:24
**301** 5:5
**30799** 3:23
**325** 3:9
**345** 3:24
**3785** 1:5
**388** 6:13

**4**

**4** 30:1
**40** 9:25
**41** 6:8 28:6
**43065** 5:22
**43215** 2:15 3:10 6:9
**44113** 4:17

**44114** 3:7 4:5
**44124** 3:24
**44311** 6:14
**450** 6:4
**45202** 5:5
**4th** 5:5 7:16 40:10,20 44:24 45:10,17,18,21 45:23

**5**

**50** 9:25 10:16
**500** 6:13
**51st** 5:11
**55th** 4:22
**592** 8:2

**6**

**600** 3:10
**6380892** 1:23
**655** 2:7
**6th** 6:20

**9**

**901** 3:7
**92101** 2:8
**94111-339** 2:20
**950** 4:16
**9980** 5:21
**9:00** 12:13

**a**

**a.m.** 1:14 12:13 46:10
**aaron** 4:22
**aaron.miner** 4:23

**ability** 19:14 22:3 41:23
**able** 41:13,15 42:21
**abraham** 24:20
**absolutely** 19:1 29:24
**accepting** 8:23
**accommodate** 16:21
**accommodati...** 44:1
**accumulated** 8:16
**action** 1:5 2:17 39:13
**actions** 1:8
**active** 8:12
**acts** 11:10
**adam** 5:4
**addison** 3:3
**addition** 20:25
**additional** 36:12
**address** 7:7 11:12 26:8
**addressed** 15:12
**addressing** 36:13
**adhering** 7:12
**admonition** 10:7
**adults** 27:11

**[advise - blocked]**                                                Page 2

**advise** 21:9
**affidavit** 20:5
**afforded** 9:23
  29:4
**agree** 13:5,5
  17:22 18:21
  24:16 27:24,25
  38:21 44:5,6
**agreed** 26:24
  27:1
**ahead** 27:12
  38:20
**akron** 6:14
**allay** 36:8
**alleged** 16:5
**allow** 16:12
  20:13 21:15
**allowed** 43:2
**almiller** 5:6
**amazing** 26:20
**amenable**
  15:25
**amount** 8:21
  28:12
**ample** 9:24
  36:22
**anderson** 3:3
**andrew** 5:4
**animated** 33:21
**answer** 40:5
**anticipate**
  31:22
**anyway** 20:10
  45:24

**apologize** 24:17
  31:25 32:19
**appeal** 7:14
  16:17 23:21,22
**appearances**
  2:1 3:1 4:1 5:1
  6:1
**appointed**
  23:20
**appointment**
  8:17
**appreciate**
  17:17 25:12
  37:7 40:24
  45:3
**appropriate**
  9:8 13:22 16:8
**approve** 27:4
**arch** 6:18
**argue** 14:17
**arguing** 18:1
**argument** 20:1
  30:15 35:14
  40:10
**arguments**
  19:7 29:2,13
**arnold** 4:21
**arnoldporter....**
  4:23
**arthur** 6:7
**article** 24:1
**asked** 13:7
**asking** 12:17,20
**assume** 41:12
  41:16

**attended** 47:8
**attorney** 10:19
  25:6
**attorneys** 12:15
  29:6,11 43:12
**authority** 43:19
**authorized**
  15:8 41:24
**available** 28:21
  28:22
**avenue** 3:7 4:16
  6:4,20
**avoid** 17:23
  21:17 22:9
  44:2
**aware** 36:10,11
  37:25 38:5
**axelrod** 5:10
**axelrodd** 5:12

**b**

**back** 30:9 35:6
  35:16 40:17,22
**background**
  10:9
**backlog** 8:15
**baker** 4:3
**bakerlaw.com**
  4:6,6
**ballard** 5:9
**ballardspahr....**
  5:12,12
**based** 34:10
**basically** 18:20
  19:22

**basil** 2:14
**basis** 19:1
  35:10
**bathed** 32:6
**battery** 2:19
**bear** 17:6
**beating** 43:25
**bedrock** 25:5
**begrudge** 30:19
**begrudges**
  37:20
**behalf** 17:14
  44:23
**behest** 24:3
**beholden** 15:10
**believe** 7:16 8:2
  8:4 13:13 40:9
  45:11
**belong** 44:15
**bernstein** 2:18
**best** 17:7,13
  20:8 43:9
**beth** 3:15
**better** 11:15
  30:16 44:4
**beyond** 24:13
  35:20
**bickering** 14:4
**big** 25:24
**biggest** 39:8
**bit** 31:23 34:8
  38:15 39:7
**blinds** 32:1
**blocked** 12:13

**bloomfield** 6:8
**blow** 29:18
**board** 20:15
**bockius** 5:15
**bottom** 31:9
**boulevard** 3:9
**box** 26:2
**boxes** 28:7
**brewster** 5:21
**brief** 7:17 22:3
  33:10 40:7
**briefing** 7:11
  8:10 9:14
  10:12,13 12:2
  14:10 16:21
  26:23 27:3
  44:3
**briefs** 10:1
  24:15,18 25:1
  39:18 44:10
**broad** 3:17
**broadway** 2:7
**brouse** 6:12
**brouse.com**
  6:14
**bullet** 37:1
**burton** 4:10
**busy** 26:11

**c**

**c** 6:13 7:1 47:4
  47:4
**cabraser** 2:18
**california** 2:8
  2:20

**call** 12:23
  13:20 17:10
  26:6,20 28:10
  28:12 34:20
  45:4
**called** 26:13
  42:5 44:12
**calls** 32:12
**cancelled** 12:23
**candidly** 18:4
  18:12,22 19:13
  20:1 34:8
**care** 28:22
**carole** 4:3
**case** 9:19 16:15
  18:11 20:10
  23:16 30:22
  34:3 39:6,9
  40:17 41:11
  42:5 43:15
**cases** 30:24
  42:3
**categories**
  14:15
**category** 14:16
**caused** 20:3
**center** 4:11
**centre** 6:17
**certainly** 15:17
  39:8
**certify** 47:8
**cgilroy** 2:10
**chack** 5:14
**chain** 30:18

**change** 11:11
  26:8 27:2
**changed** 27:5
**changing** 15:1
**characterizati...**
  36:16
**characterized**
  37:22
**charles** 4:2
**check** 26:2
**chief** 7:20
  16:11,18 21:18
  22:10 24:12
  33:22 34:7
  36:1 43:11
  44:12
**christmas** 7:23
  44:17 45:5
**christopher** 2:5
  3:4,16
**cincinnati** 5:5
**cira** 6:17
**circumscribe**
  43:18
**circumscribed**
  41:25
**civil** 1:5
**clarity** 38:19
**class** 2:2
**clear** 15:15
  16:3,6,15 21:5
  21:8 31:5
  37:10 39:15
  40:3 41:4 46:3

**clearly** 15:24
  31:4
**clerk** 30:12
**cleveland** 3:7
  4:5,17 47:13
**client** 10:18,19
  25:6
**columbia** 4:11
**columbus** 2:15
  3:10 6:9
**come** 7:15 22:2
  35:23 44:1
**comes** 23:25
  45:5
**coming** 8:5
  31:16 37:11
  38:1,5 40:9
**comments**
  25:14
**commission**
  47:20
**common** 27:25
**compels** 14:21
  14:24
**completely**
  37:23
**complex** 10:10
  15:16
**comply** 41:8
**concern** 12:7
  12:10 34:14
  40:25 41:9
**concerned** 29:3
  33:20 34:8
  36:2 39:11

**concerning** 14:10

**concerns** 7:8 36:8

**concise** 10:7

**concisely** 40:8

**conclude** 37:5,5

**concluded** 46:10

**conducted** 18:8

**confer** 11:2,21 12:7,15 13:2 13:12 14:2 15:10 17:10 22:15,20 23:4 25:21,22 26:1 27:7,11,19,22 28:14 31:21 40:2

**conference** 7:6 11:25 15:14 18:24 23:6 28:2,3,24 45:7

**conferences** 28:23 31:14 45:12

**conferred** 22:25

**confers** 31:11

**confident** 24:6

**consent** 13:15

**consider** 25:19 33:16 36:16 43:7

**considered** 35:21

**consolidate** 14:10

**contact** 11:20 40:5

**content** 37:22

**context** 38:2

**continue** 13:23

**continued** 3:1 4:1 5:1 6:1 13:21

**control** 41:20

**convenient** 32:19

**conversations** 9:2,4

**convince** 29:3

**coordination** 19:9 22:18 26:23

**corp** 1:5

**correct** 8:24 19:1 45:13 47:11

**counsel** 2:1 3:1 4:1 5:1 6:1 19:16 26:9

**couple** 13:3

**course** 9:7 17:8 39:12 41:11

**court** 1:1 9:3 11:8,11 18:15 21:10 23:17,23 23:24,25 24:4

24:5 26:25 37:24 38:2,4,4 38:17 42:1,8

**court's** 10:2,8 37:25

**crazy** 42:8

**create** 14:14

**creating** 39:17

**credit** 30:9

**crendon** 4:6

**critical** 39:10

**cromwell** 3:13

**crowded** 9:5

**crr** 1:19 47:19

**curb** 28:12

**cursory** 11:20 13:4

**cv** 1:5

**d**

**d** 3:4,15 5:10 7:1

**d.c.** 4:11

**david** 2:7 3:14 3:23 5:10 6:8

**davis** 6:3

**davispolk.com** 6:5

**day** 3:6 12:25 16:20 20:14 23:8 44:17 45:24 47:14

**days** 18:11

**dbloomfield** 6:10

**deadline** 16:20 27:16

**deadlines** 27:2 27:4 34:3 41:10

**deal** 30:23,24

**december** 1:13 7:4 47:14

**dechert** 6:16

**dechert.com** 6:19,21

**decide** 8:24 20:22 22:5 35:18

**decided** 35:25

**decision** 19:2 21:1,3,16 22:1 29:16 34:23,23 34:24,25 35:7 35:11,15 43:9

**decisions** 7:24 8:4,5 9:21

**declaration** 19:24 20:6 22:2 26:18 35:21 36:24

**declare** 42:16

**defendant** 3:12 4:2,8,14,20 5:2 5:8,14 6:11

**defendants** 3:2 6:2 13:14

**delay** 34:3

**demetriou** 3:3

**dennis** 5:14
**denying** 17:2
**department** 18:9
**depositions** 40:22
**described** 20:8
**desire** 12:22
**despite** 42:12
**diego** 2:8
**different** 20:21
28:7 32:5
34:13
**differently** 35:23
**diligent** 12:16
**direct** 2:17
**direction** 17:5
**directors** 20:15
**disagree** 30:5
36:15 37:8
**discovery** 9:20
14:1,5,7,8,11
14:18 18:7,16
18:22 19:11,12
20:14 22:9,16
25:16,17,18,20
38:25 39:8,10
40:18
**discrete** 10:17
**discuss** 8:7
11:1 12:17,21
12:22 13:18
28:16

**discussed** 16:10
27:23
**discussion** 33:1
43:24,24
**disfavor** 29:9
**dispositive** 9:19
39:6
**dispute** 14:15
18:18 19:12,13
22:10,16 25:15
38:25 39:20
**disregarded** 13:11,11
**district** 1:1,2
23:20,23,24,25
24:3,5
**divested** 23:19
**divestment** 24:5
**divests** 23:22
**division** 1:3
**dmansfield** 5:23
**dmitchell** 2:12
**docket** 8:8,13
9:5 31:18
43:14
**document** 1:7
9:10 20:4 30:1
**documents** 9:11 23:7
**doing** 13:4,24
18:13 28:22
34:21 44:13

**donald** 3:3 4:8
**douglas** 5:21
**dowd** 2:3
**dowling** 4:14
13:14
**drafted** 20:5
**drives** 27:14
**dublin** 2:15
**due** 7:17,25
**duffy** 3:9
**dug** 15:16
**dumb** 43:6

**e**

**e** 4:2 7:1,1 47:4
47:4
**eager** 10:3
**east** 5:5
**eastern** 1:3
12:14
**easy** 46:4
**ecf** 8:2
**effort** 11:21
**eighth** 2:23
**either** 22:5 28:2
44:23
**elapsed** 23:2
**ellis** 4:15
**email** 11:1 12:4
12:20 13:4
28:11 31:16,19
**emails** 12:17
**encroaching** 43:19
**energy** 3:12
6:15

**enormous** 18:2
**entered** 34:11
**entirety** 47:9
**entitled** 13:23
18:23
**epguran** 5:6
**error** 16:4,6
20:12 31:4,5
46:3
**especially** 25:23,24
**esq** 2:3,4,4,5,5
2:6,6,7,14,19
2:22 3:6,9,14
3:14,15,15,16
3:16,23 4:3,4,9
4:10,15,16,22
5:4,4,10,10,16
5:16,21 6:4,8
6:13,17,20,24
**eve** 45:5
**everybody** 12:12 14:24
15:15 26:10
29:4
**everybody's** 13:18
**evidence** 21:2,4
22:7,7 29:24
33:8,13,16
35:20,23 36:17
36:20,22 37:2
37:6,16
**exactly** 32:11

[excellent - give]

**excellent** 44:8
**excludes** 11:6,9
**exist** 29:15
**expect** 42:14
**expires** 47:20
**explain** 16:5
23:13
**explanation**
24:8
**expressed** 9:1
36:18
**expressly** 15:8
**extent** 24:17
**extra** 28:4
**extraordinary**
18:12,19 23:15

**f**

**f** 2:14 3:4 4:15
4:22 47:4
**fact** 20:3 42:12
**fairweather**
6:13
**faithfully** 12:19
**familiar** 10:8
**father** 24:19
**fault** 17:5
**favret** 4:16
**federal** 41:24
**feel** 14:18 20:18
23:11 25:7
**feels** 14:12
**figure** 17:12
38:11
**figured** 44:13

**file** 9:6 11:8,19
15:6 16:12,24
17:1 19:6,10
22:23 26:14
27:18 30:17,24
30:25 31:13
34:14 38:10
41:18,21,23
42:20 43:1,2,3
43:3,4,5,12,20
43:22
**filed** 7:10 9:9
9:10 10:13
11:3 12:25
13:3 16:16
19:10 28:18
31:18 33:17
34:10 37:18,24
42:6
**filers** 42:4
**files** 19:15
**filing** 8:12
18:10 20:20
26:3 27:16
28:17 33:23,24
37:20 39:18
40:6 43:18
44:2
**filings** 7:25 8:7
17:24 21:7
23:14 28:13
30:20 35:5
41:10 42:6
**find** 28:19

**fine** 26:3 31:17
42:24
**first** 3:12 11:5
18:15,24 19:23
30:25 41:19
**firstenergy** 1:5
6:24 13:10,20
14:13 16:25
18:3 20:16
21:7
**five** 16:21
**fkaram** 2:9
**floor** 2:20,23
5:11
**flow** 38:3
**follow** 15:18
23:11 42:14
**followed** 12:18
22:19 23:9
**following** 23:10
**foregoing** 47:8
**forge** 2:3 12:6
12:10 19:18
22:13 26:13
31:3 32:2
40:15 43:25
45:14
**formal** 15:18
31:17
**forthcoming**
10:23
**found** 36:17
**four** 8:4
**francis** 2:5

**francisco** 2:20
**freudian** 45:16
**frivolous** 42:3
**front** 37:24
38:7
**full** 14:25 33:5
**fully** 29:13 34:5
38:21 44:5,6
**future** 12:1
28:13

**g**

**g** 7:1
**gap** 37:3
**geller** 2:3
**general** 25:14
27:5 28:13
**generally** 29:9
**geoffrey** 3:6
**george** 3:2
**getting** 9:25
10:11,16 11:4
32:1 40:22
**gibson** 5:20
**gilroy** 2:5
**giuffra** 3:14
17:18,20 32:9
32:20,24 37:12
38:9,21 39:14
39:23 40:25
42:23 44:5,9
44:20,25 45:23
46:4
**giuffrar** 3:18
**give** 15:14
18:22 27:12,21

**[give - interpretation]**

30:8
**given** 30:20
**gjritts** 3:8
**glimpse** 18:4
**glow** 32:1
**go** 19:15 32:15
36:19 38:20
**goal** 35:25
**goes** 19:13 25:4
**going** 8:20
10:21 13:9
14:4,12,16
17:1 19:5
21:17 22:22
25:8 26:7,14
27:2,8,18,25
28:20 29:21
30:15 31:10
36:11 38:3,7
40:12,19 41:18
41:20 42:15,16
43:1,2,3,7,17
43:20,22
**good** 40:23
45:8,24 46:8
**great** 30:23,24
**greenfield** 1:19
47:6,19
**gronborg** 2:6
**grossly** 24:11
**ground** 11:23
15:5 28:1
**grown** 7:24
**guarantee**
19:17

**guess** 38:9
**guran** 5:4
**guys** 27:8 31:19
44:15

### h

**h** 3:9
**hac** 11:12
**half** 36:23
**hand** 47:13
**happen** 30:13
**happened**
14:19 30:11,11
30:12 35:17
**happens** 25:3
39:2
**happy** 10:2,3,5
45:1
**harbor** 6:15
**hash** 38:18
**heading** 17:4
**heard** 28:25
29:5,11
**hearing** 1:10
7:16 40:20
**heavenly** 32:7
**heimann** 2:18
2:19
**held** 1:10
**helpful** 31:24
**hereunto** 47:12
**herrington** 4:9
**hesitant** 9:13
28:4
**hesitate** 45:6

**hey** 13:4 17:9
**high** 6:8
**hilary** 3:15
**hillary** 2:6
**holiday** 10:5
45:1,8 46:8
**home** 32:18
**hope** 10:18
43:21
**hopefully** 12:1
40:21
**hoping** 20:19
21:24 45:16
**hostetler** 4:3
**hours** 13:3
**housekeeping**
7:7
**hstakem** 2:11
**hudson** 2:22
**huge** 39:5
**hundreds** 42:6
**hurt** 26:21
**hyperbolic**
9:18

### i

**idea** 18:5 35:17
**idiot** 29:20
**iii** 3:4 24:1
**image** 32:19
**imagine** 20:6
39:9
**importance**
9:15 18:2
**important** 9:22
23:16 24:10,14

30:21 34:1,4
35:8 39:1,3
41:2
**impose** 9:13
29:8 31:10
**imposed** 10:22
**included** 13:8
**including** 7:25
10:14 12:19
18:10 21:3,6
22:7
**indicated** 12:22
15:23 16:25
20:2
**indication** 13:1
**inefficient** 15:4
**inferential** 37:3
**informal** 33:1
**informally**
38:16
**information**
38:3
**insane** 27:14
**intend** 24:11
**intended** 16:11
19:3
**intent** 41:16
**interest** 25:1
39:16
**interested** 6:15
**interlocutory**
7:13 29:16
**internal** 18:7
**interpretation**
15:22

**[investigation - knowledge]**

**investigation**
18:7,9
**investigations**
18:14 21:6
**involved** 18:13
25:18
**involving** 42:3
**israel** 4:4
**issue** 10:24,25
16:7 17:9 18:1
18:3 19:24
20:22,24 22:4
22:5,19,24
23:6,15,18
24:10,12,15
25:4,10 26:23
29:23 32:20
34:1,4,5 35:8
35:15,19 38:25
39:2,3,5,8,10
40:3
**issued** 8:19
**issues** 9:16,17
10:9,10,17
12:17,21 19:20
26:22 30:22
33:6 36:6,9,10
38:18
**issuing** 7:23
**items** 37:2

**j**

**j** 3:2,3,3,6,14
3:14
**james** 3:4 5:8

**january** 7:16
7:17 40:20
45:18,21
**jason** 2:3 3:2
**jerry** 3:5
**jfairweather**
6:14
**jforge** 2:8
**jill** 4:9
**job** 1:23 42:15
**john** 3:9 4:15
4:16 5:2 6:13
**john.favret**
4:18
**john.mccaffrey**
4:18
**johnson** 3:3
**joint** 31:13,17
31:19
**jolson** 7:21
16:19 21:19
43:10
**jon** 3:2
**jones** 3:6 4:2
13:14 20:14
**jonesday.com**
3:8,11
**joseph** 2:14
**joshua** 6:4
**joshua.shinbrot**
6:5
**jr** 3:14 6:8
**judge** 1:11 5:2
7:3,20,21
16:11,18,19

17:16 18:21
20:19 21:18
22:11 23:21
24:1,12 25:11
31:7 32:4,14
32:23 33:22
34:7 36:1,7
37:10,19 38:8
38:13 39:4,21
39:25 40:16,23
42:11,25 43:10
43:11 44:7,11
44:12,22 45:2
45:19,25 46:6
**judgment** 9:9
**julia** 3:3 6:20
**julia.shea** 6:21
**july** 45:10,17
45:23 47:20
**jump** 45:7
**jurisdiction**
16:18 23:19,23
24:6
**justice** 30:18
**justice's** 18:9
**jwinter** 4:12

**k**

**k** 3:2
**karam** 2:5
**karen** 5:16
**karen.pohlma...**
5:18
**katsiff** 5:10
**katsifft** 5:12

**keep** 10:7,17
**kevin** 2:4
**key** 4:4 17:9
**keyed** 13:17
**kind** 14:14
18:16 30:2,8
35:10,16 44:16
**kinds** 11:12
**know** 9:17
10:12 11:7,24
12:24 15:18,19
18:6,12 19:2
20:7,12 21:15
22:14 23:12,22
24:15,18 25:9
25:14,22,25
26:6,10,12,16
26:18,21,22,24
26:25,25,25
27:9,13 28:7,9
29:7,18,18
30:1,3,7,10,19
30:21 31:5,5
31:15,16 32:7
33:3,25 34:13
34:22 35:6,8,9
35:22 36:20
37:21 38:6,24
39:5,16 41:3,5
41:14,20 42:4
42:7 43:22
44:11,15,17
**knowledge**
35:14

**[knows - mcginley]**

**knows** 37:10
**koslen** 6:24
**kscariani** 2:10

**l**

**l** 3:3 4:4 5:4,10
**lacking** 38:2
**lakeside** 3:7
**lane** 5:21
**lape** 5:20
**late** 8:11 34:11
  44:16
**lately** 8:21
**laura** 5:16
**laura.mcnally**
  5:18
**law** 16:15
  20:11 29:19
  30:12 42:14
**law.com** 5:23
**lawsuits** 18:10
**lawyer** 24:19
**lchb.com** 2:21
  2:24
**leave** 10:20
  15:6
**legally** 10:10
**leila** 4:20
**length** 7:25
  9:12 29:1
**lengthy** 22:19
**leslie** 3:5
**letter** 24:22,23
  24:25
**letting** 31:14

**level** 35:1
**lewis** 5:15
**lexington** 6:4
**lieff** 2:18
**life** 44:14
**light** 11:2 32:7
**limits** 9:14
  10:21 29:5,8
  29:10 41:22
**lincoln** 24:20
**line** 31:9
**links** 45:11,15
  45:22
**lisowski** 3:2
**list** 37:1
**literally** 19:15
**litigate** 24:12
  25:9 38:24
**litigation** 1:5
  17:25 25:24,25
**litigator** 42:17
**little** 9:5 14:24
  31:23 38:15
**llc** 5:20
**llp** 2:3,14,18
  3:13,22 4:9,15
  5:3,9,15 6:3,7
  6:16
**lmng** 5:23
**location** 32:5
**logical** 37:23
**lolts** 2:9
**long** 16:3 31:3
  34:21

**look** 8:3 14:3
  20:25 26:17
  29:25 33:10
  35:22 38:8
**looked** 22:6
  35:6
**looking** 9:5
  19:18 43:18
**lord** 46:2
**loser** 35:3,3
**lot** 9:15 10:8,11
  11:24 12:2
  21:2 26:21
  38:18 43:14,16
**lucas** 2:4
**luis** 3:4

**m**

**m** 3:2,5,14,15
  3:16 5:21
**made** 19:3 30:4
  31:4 35:5 38:5
**magistrate**
  7:21 21:11,18
  24:2 43:10
**main** 4:16 6:13
  37:15 38:12
**maintain** 13:21
**make** 10:4
  11:20 24:25
  28:21 34:19
  37:9 40:4
  41:11,13 43:9
  46:5
**makes** 10:2

**making** 18:19
  21:5 34:12
  40:21
**mansfield** 5:20
  5:21
**marbley** 7:20
  16:11,19 20:19
  21:18 24:13
  31:7 33:22
  34:7 36:2
  37:10 43:11
  44:12
**marjorie** 3:9
**mark** 44:10
**market** 5:11,17
**martin** 42:5
**master** 1:11 7:3
  17:16 21:10
  23:20 25:11
  30:14 32:4,14
  32:23 36:7
  37:19 38:13
  39:4,21,25
  40:23 42:11,25
  44:7,11,22
  45:2,19,25
  46:6
**materials** 21:11
**matter** 7:19
  26:4 30:22
**mccaffrey** 4:15
**mcconnell** 3:9
**mcdowell** 6:12
**mcginley** 6:17

mcnally 5:16
mean 9:16
  15:21 16:4
  38:22 39:5
  42:2
meet 11:1,21
  12:7,14 13:2
  13:12 14:2
  15:10 17:10
  22:20 23:4
  25:20,22 26:1
  27:6,11,19,22
  28:14 31:11,21
  40:2
memorializing
  7:11 8:9
mere 19:11
  20:11
merits 20:22
  22:5 34:25
  35:18,19
met 20:2
miarmi 2:22
michael 2:22
  3:3 4:14 6:24
micromanage
  27:10
middle 11:23
miller 5:4
mind 10:17
  31:15
miner 4:22
minimized 9:17
minimum 16:9

ministerial
  11:10 41:7
minutes 27:15
  27:18 43:23,24
misheff 3:3
misread 29:19
missed 15:24
missing 35:9
mistake 16:5
  19:3 30:4 46:5
mitchell 2:7 3:4
mmiarmi 2:24
mmmb.com
  2:16
months 12:11
  12:11
morgan 5:15
morganlewis....
  5:18,18
morris 6:7
motion 7:13 8:1
  12:5,8 15:21
  16:2,8,22 17:3
  19:8,21 20:20
  21:9 22:17,18
  22:22,23 26:5
  26:8,14 30:2,6
  33:7,15 34:18
  36:5,13,21
  37:8,18
motions 8:16
  11:11 12:25
  16:12 29:13
  41:10,13,23
  44:18

motivated
  34:17
motivating
  23:13
motivation
  22:11 38:23
moul 2:14
move 30:17
moving 32:16
  44:2
mpduffy 3:11
multiple 9:11
  9:25 28:8
multiplicity
  25:2 39:17
multiply 14:13
  21:21
murphy 2:14
murray 2:14,14
  2:16

| **n** |
| --- |

n 3:4,16 7:1
naive 15:20
nakasian 5:20
nature 30:20
  39:19
necessarily
  14:23
necessary 9:7
  20:9
need 16:24 28:6
  30:24 31:1,17
  35:2 40:1,11
  42:17,21 43:3
  43:20 45:11

needs 9:9 27:23
  28:17
neutral 14:20
new 2:23,23
  3:17,17 4:23
  4:23 6:5,5,21
  6:21 14:14,15
  19:7,7 34:12
  45:1
newton 3:15
newtonb 3:19
nice 44:25 46:6
night 28:23
  44:10
nonsense 27:20
noon 12:14
normal 28:2
  32:6
notary 47:6,20
note 7:9 23:3
notes 47:11
notice 16:17
  23:22 26:9
noting 8:10
november
  34:11 37:14
nuanced 10:11
number 7:23
  8:2,3,7 30:1
nw 4:10

| **o** |
| --- |

o 7:1
o'neil 3:4 19:23
  22:2 36:24

objecting 19:19
objection 16:16
  16:20 17:2
  21:17 41:7
objections 8:21
  10:14,16 11:7
  16:14 19:6
  21:23 30:17
  33:17 34:9,15
  36:3 38:10
objective 21:13
  21:20 33:4
  35:5 38:12
obligation 11:2
  12:8 14:2 23:4
obtain 11:21
obviate 25:15
  42:21
obviously 14:6
  21:1 33:7
  34:20 35:22
  41:5,9,21
office 32:10,12
  32:15 47:13
oh 22:23 46:2
ohio 1:2 2:15
  3:7,10,24 4:5
  4:17 5:5,22 6:9
  6:14 47:7,13
  47:20
okay 14:16
  22:22 39:14,23
  44:20
olts 2:4

omission 20:3
once 16:16
one's 43:17
open 18:6
operating 24:3
opinion 22:8
opportunity
  9:24 21:16
  22:14 28:25
oppose 26:7
  27:17
opposed 12:2
opposing 19:15
oral 7:15 20:1
  29:1 35:13
  40:9
order 7:10 8:8
  8:9 11:2 14:9
  15:3 16:24
  17:2 18:16
  27:3 33:9,20
  34:10,12 36:4
  36:12,19 37:13
  37:15 41:4,7
  41:17,22 42:1
  42:19
orders 8:19
  14:11
ordinarily
  38:24
original 34:10
orrick 4:9
orrick.com
  4:12,12

outgrowth 8:14
overarching
  27:6
overlooked
  21:12
overreaching
  24:11
overstating
  39:7

### p

p 3:9 5:4 7:1
pacific 12:14
packaged 36:1
packing 32:16
page 9:14,25
  10:16,21 24:21
  24:23,24 36:23
  36:25
pages 16:3,4
  27:16 31:3
  33:12
paid 43:8
pain 10:4
pamela 1:19
  47:6,19
papers 16:16
  18:5 19:10
pappas 3:4
paragraph
  13:7
part 8:14 18:17
  21:25 26:19
  33:6 45:20
participants
  28:8

particular 9:21
  12:6 25:4
  30:23 39:19
particularly
  35:11
parties 7:8,9
  8:11,18 10:25
  12:4 15:23
  16:12 17:6
  25:23 31:12
  38:20 40:13,14
  41:22
party 6:15
past 9:4 13:19
paul 3:2
paying 10:18
  10:19
pburton 4:12
pearson 5:8
pease 5:3
pending 7:12
pennsylvania
  5:11,17 6:18
people 27:12
  33:24
pepper 3:24
perfectly 13:22
  13:23 42:23
perfunctory
  15:9
permission
  11:4 30:25
  43:21
permit 28:17

perspective
35:20 38:6
40:16
persuade 18:21
29:21
peter 6:17
peter.mcginley
6:19
philadelphia
5:11,17 6:18
phone 26:19
pianalto 3:4
piece 29:12
36:20
piecemeal 38:4
pieces 37:6
pike 3:24
pinetree 3:23
plaintiffs 2:2
2:17 13:10,13
17:15 18:19
19:14,25 21:4
23:10 24:10
33:2 34:6
35:12 40:15
pleadings
17:24
pohlmann 5:16
point 37:1,12
pointless 22:21
points 33:19
34:13
polite 42:13
polk 6:3

porter 4:21 6:7
porterwright....
6:10
poses 16:23
position 11:22
13:9 15:2
20:17,18 25:9
possible 11:18
34:25
potentially
22:10 39:6
powell 5:22
power 23:24
practicing
27:14
practitioner
27:13 30:13
pragmatic
11:18
prefer 44:9
preparing 7:18
presence 15:2
present 6:23
36:6,9
presented 21:1
36:22
preserve 41:15
preston 4:10
presumptively
42:15
previously 11:8
principle 27:6
prior 36:4,19
privilege 25:7

privileged 23:7
pro 11:12
probably 7:21
16:3,6,7 29:21
30:16 43:15
44:18
problem 32:10
33:22
proceed 17:13
proceedings
14:14 19:4
21:21 25:2
39:17 46:10
47:9
process 8:17
12:12,18 13:12
15:19 21:14
22:20 23:8,10
23:12 26:1
28:20 31:21
33:4
productive
15:3
professional
42:13
progress 40:21
prompted 19:9
proposition
28:14 31:2
protection 25:6
provide 38:19
40:5
provided 41:14
providing 24:4

public 4:5 21:7
47:6,20
purpose 42:19
pushed 29:7
put 21:23 29:5
34:2 38:14
41:1
putting 36:11

**q**

quick 28:10
quite 23:4 24:6
38:5

**r**

r 7:1 47:4
rachael 4:4
raise 19:25
20:1 22:14
32:21 33:19
35:12,13
raised 10:25
19:21 23:8
rare 30:7
rarely 11:17
rather 20:22
41:19
rdr 1:19 47:19
reach 28:4,15
41:6 45:6
read 43:8
realistically
7:22
realize 9:22
11:16

**really** 19:13
22:3 23:13
26:17 33:21
34:22 35:4,6,7
35:14
**reason** 18:17
21:22 37:17
**reasonable**
14:25
**reasoning** 30:6
**reasons** 8:22
21:8 37:17
**received** 13:2
45:13
**recent** 7:25 9:2
9:3
**recommendat...**
7:19
**reconsider** 19:2
21:16,25 38:11
**reconsideration**
8:1 12:5,9 14:8
15:21 16:1,2,9
16:13,23 17:3
19:8,21 20:20
21:9 22:17,24
26:15 29:14,22
30:3,7 33:11
33:14,19 36:5
36:14,21 37:9
37:18
**record** 7:4 41:3
**redundant** 10:1
**reference** 13:9
33:18 37:15

**referenced** 21:3
21:5 22:8 33:9
33:13 34:16
**referral** 7:20
**referring** 36:24
**reffner** 6:11
**refused** 13:20
**regard** 36:8
**regular** 31:10
**regularly** 7:5
**regurgitate**
30:15
**rein** 3:14 17:18
**reind** 3:18
**reinforce** 31:12
**related** 14:1,5,7
25:16 30:23
32:22
**relates** 1:7
14:17
**relent** 13:20
**reminded**
24:20
**remote** 2:1,14
3:1 4:1 5:1 6:1
25:20
**remotely** 1:16
**rendon** 4:3
**reply** 7:17 40:7
**report** 7:18
31:13,18
**reporter** 1:19
38:17
**represented**
37:6

**request** 14:9
15:25 18:20
**require** 11:10
37:3
**requirement**
26:2 41:5
**resolve** 28:8,15
**resolved** 15:13
**respect** 19:20
**respond** 17:21
**responded** 14:3
**response** 13:6,7
13:8 18:8
19:11
**responsibility**
15:1 17:7
**result** 8:20
**revisited** 29:17
**reyes** 3:5
**rgrdlaw.com**
2:8,9,9,10,10
2:11,11,12
**rheimann** 2:21
**richard** 2:19
**right** 11:8
23:17 30:10
34:24 44:22
46:3,7
**rights** 41:16
**risrael** 4:6
**ritts** 3:6
**road** 2:15 3:23
**robbins** 2:3
**robert** 3:14
6:11

**role** 24:4
**room** 9:24
**rudman** 2:3
**rule** 33:15
**rules** 15:5
41:14,24
**rummage**
19:16

**s**

**s** 1:19 2:4 4:3
6:8 7:1 47:6,19
**san** 2:8,20
**sandra** 3:4
**sater** 5:3
**saw** 35:16
**saying** 13:4
27:4 31:20
**schedule** 7:11
8:10 16:14,22
22:25 28:3
**scheduled** 7:5
**scheduling**
22:18
**schneider** 4:8
**sciarani** 2:4
**screen** 28:7
**scrivener's**
20:12
**seal** 47:13
**season** 10:5
18:6
**second** 10:24
26:16
**securities** 1:5

see 11:22 31:6 32:13 45:9,17 46:2,4
seem 31:25
seemed 13:16
seems 16:1
seen 18:15
send 12:4 45:11
sending 12:16 45:10
sense 9:19
sensible 37:23
sent 13:7
seriously 23:5
set 15:5 16:15 34:15 47:12
seymour 5:3
shawn 1:11
shea 6:20
shifts 16:18
shinbrot 6:4
shoot 31:19
shorter 24:16 24:19 25:1
shortly 7:22 32:16
shot 15:14
show 20:24
side 20:23 26:7 44:23
side's 11:22
sides 14:19,21 14:22 26:24
signature 47:17

simplify 19:4 21:14
simply 13:12 17:8
single 43:15
sit 30:9
situation 19:5
slip 45:16
slog 10:15
smart 3:2
sole 35:4
somebody 14:20 42:6
sort 15:25 20:23 23:12 34:17 36:3 41:17
sorts 42:7
south 6:8,13
southern 1:2
spahr 5:9
speak 45:9
special 1:11 7:3 17:16 21:10 23:20 25:11 30:14 32:4,14 32:23 36:7 37:19 38:13 39:4,21,25 40:23 42:11,25 44:7,11,22 45:2,19,25 46:6
spent 36:23

spread 10:3
square 4:5
squires 20:15
stakem 2:6
standard 31:6
start 9:25 14:12
started 14:13
state 47:7,20
states 1:1
status 7:5 15:13 23:5 28:1,23,24 31:13,18 45:12
stay 7:13 44:10 44:16
stenotype 47:11
stenotypy 47:10
steven 3:2,3
strah 3:2
strategically 43:5
street 2:19,22 3:17 4:10,22 5:5,11,17 6:8 6:13,18
strict 16:14
strongly 20:18 23:11 25:8
stuff 11:24 43:4 44:17
subject 26:5 29:17

submitted 33:11
substance 30:5
substantive 11:3 26:12 27:20
successful 11:17,17
suddenly 20:13
sue 3:5
suite 3:10,24 4:4,17 5:22 6:9 6:13
sullcrom.com 3:18,18,19,19 3:20,20
sullivan 3:13
summaries 33:12
sun 32:3,5
support 29:24
supports 20:11
sure 34:19
surprised 26:18
sutcliffe 4:9

**t**

t 3:2,3 47:4,4
take 14:25 17:8 20:19,21 23:3 35:1
taken 1:16 39:13
takes 16:4

**[talk - vexatious]**

talk 10:24
11:15 17:11
31:20 38:15
40:1,11 41:19
42:20
talking 26:4
32:22 42:9
tangential
25:17,19
tasha 3:16
taylor 3:2
technically
29:14
tell 15:17
ten 24:23
tend 32:11
terzian 3:22
thank 17:16
25:12 39:23
44:20 46:7
thing 9:1 12:3
12:24 25:14
30:2 33:24
43:10,11 45:3
things 7:7 8:6
8:12 11:6,9,13
14:7 15:20
42:8 43:13
think 9:16
11:25 12:3
14:20 15:3,9
17:4,6 18:4,5
18:11,23,25
20:8 23:16
24:10,14 25:13

26:3,15 27:24
28:19 29:1,19
31:2,22 32:2,6
32:21,25 33:3
33:4 34:4,15
35:10 36:5,9
37:13 38:1,14
38:17 39:9
40:3,18 41:2
41:21,25 42:9
42:12 45:14,15
thinking 45:20
thinks 31:7
thomas 3:4,23
thompson 3:16
thompsont
3:20
thornton 3:5
thought 26:17
32:17 33:8
43:13
three 8:4 9:3
24:21,24
thursday 1:13
15:13 17:12
28:2
tight 40:8
time 18:15 20:2
23:1 24:22,24
27:12,13,21
29:4,5,8,9,17
34:21
timothy 5:10
today 8:7 32:15

told 42:13
tom.warren
3:25
tor 2:6
torg 2:11
tower 4:4
track 40:17
tracked 35:16
transcript
47:11
treat 25:25
tried 18:20
42:7
triggered 12:3
trigona 42:5
troubling 40:13
true 20:10 46:1
46:1 47:10
try 11:15 17:23
19:4 24:25
28:12 30:6
31:9 40:3 46:6
trying 33:6
34:1 37:4
40:17
tucker 4:15
tuckerellis.com
4:18,18
tuesday 12:13
12:23 13:19
15:11 27:9
tuesdays 17:10
turner 3:5
turning 20:5

two 12:25
14:23 19:22
23:1 44:14
type 16:7

**u**

under 41:14
understand
8:24 29:12
37:7,20 38:23
understandably
8:15
understandings
13:18
underwriter
6:2
united 1:1
unnecessary
17:23,24,25
39:18
unusual 8:20
urge 9:6
use 9:8
useful 32:25
38:14 40:4
43:13
utility 26:4

**v**

versa 43:25
versus 9:11
vespoli 4:20
vetted 34:5
vetting 33:5
vexatious 42:17

**[vice - zoom]**

| | | | z |
|---|---|---|---|

**vice** 11:12
43:25
**videoconfere...**
1:16
**view** 11:14
20:21,23
**vociferously**
19:19
**vorys** 5:3
**vorys.com** 5:6
5:6

| w |
|---|

**waded** 10:12
**waiting** 40:19
**want** 7:6 9:22
9:23 10:24
17:23 21:23
26:19 29:11,12
31:20 34:22,23
34:24
**wanted** 8:6
38:22 39:15
**wanton** 36:18
**wardwell** 6:3
**warren** 3:22,23
**warrenterzia...**
3:25
**washington**
4:11
**wasteful** 13:17
**way** 17:13 26:2
26:11 30:16,18
30:18 35:25
38:4,19 42:13

**ways** 9:20
**we've** 12:11
34:8 36:3
**week** 8:5 9:4
12:12,19,20
16:21
**weekend** 45:22
**weeks** 23:1
**weird** 32:1
**weldon** 3:16
**weldonc** 3:20
**went** 12:20
**west** 2:7 4:22
**whatsoever**
13:1
**whereof** 47:12
**wholesale**
20:13
**wildly** 32:18
**williams** 3:15
**williamsh** 3:19
**wind** 14:4
**winner** 35:2
**winter** 4:9
**wintertime**
32:10
**wishful** 45:20
**withdraw**
11:11
**withdrawal**
26:9
**witness** 47:12
**won** 22:21
**word** 10:20
20:9 35:9 46:5

**work** 11:15
12:1 17:11
31:9 40:6
**working** 8:18
44:18
**worry** 38:1
42:18 43:17
44:19
**wright** 6:7
**write** 24:21,23
24:24
**written** 40:8
**wrong** 17:5
**wrote** 47:9

| x |
|---|

**x** 29:24

| y |
|---|

**y** 29:24
**yeah** 29:14
38:9,13 42:25
44:7 45:19
**year** 45:1
**years** 18:14
44:14
**yep** 39:21
**yesterday** 7:10
10:13 31:20
33:18 41:17
**yesterday's** 8:9
41:4
**york** 2:23,23
3:17,17 4:23
4:23 6:5,5,21
6:21

**z** 29:25
**zoom** 1:16
28:11