# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION, | Case No. 2:20-cv-03785-ALM-KAJ |
| | CLASS ACTION |
| This document relates to: | |
| ALL ACTIONS. | Chief Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |
| MFS SERIES TRUST I, *et al.*, | Case No. 2:21-cv-05839-ALM-KAJ |
| Plaintiffs, | |
| vs. | |
| FIRSTENERGY CORP., *et al.*, | |
| Defendants. | |
| BRIGHTHOUSE FUNDS TRUST II – MFS VALUE PORTFOLIO, *et al.*, | Case No. 2:22-cv-00865-ALM-KAJ |
| Plaintiffs, | |
| vs. | |
| FIRSTENERGY CORP., *et al.*, | |
| Defendants | |

**DECLARATION OF CAROLE S. RENDON IN SUPPORT OF
CHARLES E. JONES AND MICHAEL J. DOWLING'S RESPONSE TO
FIRSTENERGY'S OBJECTIONS TO THE SPECIAL MASTER'S ORDERS DATED
NOVEMBER 29, 2023, AND NOVEMBER 30, 2023**

I, Carole S. Rendon, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney at Baker & Hostetler LLP and counsel to defendant Charles E. Jones. I am admitted to practice before this Court.

2. I submit this declaration in support of Defendants Charles E. Jones and Michael J. Dowling's Response to FirstEnergy's Objections to the Special Master's Orders Dated November 29, 2023, and November 30, 2023.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a Document Produced by PwC with Bates No. PwC_FE_SecLitig_00000010, Titled "Document Library - FirstEnergy Corp 2020 Forensics (2022-05-16T10-47-07)," which has been designated as Confidential by non-party PricewaterhouseCoopers LLP pursuant to the Amended Stipulated Protective Order (ECF No. 411).

4. Attached hereto as **Exhibit 2** is a true and correct copy of Excerpts from the Confidential Deposition Transcript of Thomas N. Mitchell, dated May 17, 2023, which has been designated as Confidential by FirstEnergy pursuant to the Amended Stipulated Protective Order (ECF No. 411).

5. Attached hereto as **Exhibit 3** is a true and correct copy of Excerpts of FirstEnergy's Confidential 30(b)(6) Deposition Transcript of Joseph Storsin, dated December 6, 2023, which has been designated as Confidential by FirstEnergy pursuant to the Amended Stipulated Protective Order (ECF No. 411).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2024, at Cleveland, Ohio.

/s/ *Carole S. Rendon*
Carole S. Rendon