# Exhibit 1

Submitted In Camera