# Exhibit 2

Submitted In Camera