# Exhibit 3

Submitted In Camera