# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION, | : : : | Case No. 2:20-cv-03785 |
| This document relates to: | : : | Chief Judge Algenon L. Marbley |
| ALL ACTIONS. | : : | Magistrate Judge Kimberly A. Jolson |

| | | |
|---|---|---|
| MFS SERIES I TRUST, et al., | : : | |
| Plaintiffs, | : : | Case No. 2:21-cv-05839 |
| v. | : : | Chief Judge Algenon L. Marbley |
| FIRSTENERGY CORP., et al., | : : | Magistrate Judge Kimberly A. Jolson |
| Defendants. | : : : | |

| | | |
|---|---|---|
| BRIGHTHOUSE FUNDS TRUST II – MSF VALUE PORTFOLIO, et al., | : : : | |
| Plaintiffs, | : : | Case No. 2:22-cv-00865 |
| v. | : : | Chief Judge Algenon L. Marbley |
| FIRSTENERGY CORP., et al., | : : | Magistrate Judge Kimberly A. Jolson |
| Defendants. | : : : | |

## ORDER BY SPECIAL MASTER
## REGARDING MOTIONS FOR LEAVE TO FILE UNDER SEAL

The captioned matters are before the undersigned for consideration of motions for leave to file under seal filed by the Direct Action Plaintiffs in the Opt-Out Cases. (Motions, ECF No. 114 in 2:21-cv-05839, ECF No. 109 in 2:22-cv-00865.) Having reviewed the motions and in light of discussions had at the March 22, 2024 informal status conference, the undersigned finds that good

cause exists for the requested relief and **GRANTS** the motions.  On or before March 27, 2024, Direct Action Plaintiffs shall file the unredacted documents at issue under seal on the electronic docket and shall send the undersigned copies of these unredacted documents by email.

    **IT IS SO ORDERED.**

                                                                   */s/  Shawn K. Judge*
                                                                   SHAWN K. JUDGE (0069493)
                                                                   SPECIAL MASTER

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2024, the foregoing was filed with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Shawn K. Judge*
    Shawn K. Judge (0069493)