# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE FIRST ENERGY CORP. SECURITIES LITIGATION, | Case No. 2-20-cv-03785-ALM-KAJ |
| This document relates to: | Chief Judge Algenon L. Marbley |
| ALL ACTIONS. | Magistrate Judge Kimberly A. Jolson |
| MFS Series Trust I, et al., Plaintiffs, vs. FirstEnergy Corp., et al., Defendants. | Case No. 2:21-cv-05839-ALM-KAJ |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al., Plaintiffs, vs. FirstEnergy Corp., et al., Defendants. | Case No. 2:22-cv-00865-ALM-KAJ |

## NOTICE OF WITHDRAWAL FOR ATTORNEY TIMOTHY D. KATSIFF

Pursuant to Rule 83.4(b) of the Local Rules for the Southern District of Ohio, Attorney Timothy D. Katsiff hereby files this notice of withdrawal as counsel for Defendant James F. Pearson. Mr. Katsiff has complied with the requirements of 83.4(b) and Mr. Katsiff's withdrawal will cause no delays as Mr. Pearson will continue to be represented by David L. Axelrod, Emilia McKee Vassallo, Brittany M. Wilson, and Marguerite A. O'Brien of Ballard Spahr LLP and Derek P. Hartman and Samir Dahman of Kohrman Jackson Krantz, LLP.

Date: April 25, 2024

/s/ *Timothy D. Katsiff*
Timothy D. Katsiff (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 230-8301
Facsimile: (215) 864-8999
Email: katsifft@ballardspahr.com

*Withdrawing Attorney for James F. Pearson*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2024, I electronically filed the foregoing using the CM/ECF system, which will send notification of this filing to all counsel of record.

/ s/ *Marguerite A. O'Brien*
Marguerite A. O'Brien (admitted *pro hac vice*)

*Attorney for Defendant James F. Pearson*