UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION, | Case No. 2:20-cv-03785-ALM-KAJ<br><br>CLASS ACTION<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson<br>Special Master Shawn Judge |
| MFS Series Trust I, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FirstEnergy Corp., *et al.*,<br><br>Defendants. | Case No. 2:21-cv-05839-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson<br>Special Master Shawn Judge |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FirstEnergy Corp., *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00865-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson<br>Special Master Shawn Judge |

**DEFENDANTS CHARLES E. JONES AND MICHAEL
DOWLING'S ACCOUNTING OF DISCOVERY**

Pursuant to the Order by Special Master Regarding Accounting of Discovery (ECF No. 656), Defendants Charles E. Jones and Michael Dowling submit the following accounting of discovery that has been taken to date in the above-captioned matters and, based on Defendants' current understanding, of discovery that remains to be completed. Defendants reserve their right

to take additional or different discovery as necessary in light of case developments and to support their defense.

I.     **Discovery Taken to Date**

    A.     **Depositions**[1]

        1.     Amalgamated Bank 30(b)(6) Eleanor Innes

        2.     Asim Haque

        3.     Bank of America Securities 30(b)(6) David Mikula

        4.     Bank of America Securities 30(b)(6) Julien Dumoulin-Smith

        5.     Barclays Capital 30(b)(6) Robert Stowe

        6.     Charles Jones

        7.     Citigroup Global Markets 30(b)(6) Brain Bednarski

        8.     City of Irving Supplemental Benefit Plan 30(b)(6) Brad Duff

        9.     Cynthia Jones (Class Plaintiffs' class certification expert)

        10.     David Pinter

        11.     Dennis Chack

        12.     Eileen Mikkelsen

        13.     FirstEnergy Corp. 30(b)(6) Joseph Storsin

        14.     FirstEnergy Corp. 30(b)(6) Tracy Ashton

        15.     George Smart

        16.     Irene Prezelj

        17.     James Pearson

---

[1] Mr. Jones and Mr. Dowling reserve the right to request additional time to depose these witnesses to the extent that new evidence arises through discovery that warrants further examination. Mr. Jones and Mr. Dowling also reserve the right to reopen depositions of witnesses who previously refused to answer all fact-related questions related to FirstEnergy's internal investigation. *See* Court Orders (ECF# 571, 575, 653).

18. Jason Lisowski

19. Dr. Jennifer Marietta-Westberg (FirstEnergy's class certification expert)

20. Dr. Jerry Sue Thornton

21. JP Morgan Securities 30(b)(6) Charles Wortman

22. Julia Johnson

23. KeyBank Capital Markets 30(b)(6) Ryan Pirnat

24. LACERA 30(b)(6) Esmeralda Del Bosque

25. Michael Dowling

26. Mizuho Securities USA 30(b)(6) Michael Donohue

27. Paul Addison

28. RBC Capital 30(b)(6) Anthony Ianno

29. Sandra Pianalto

30. Scotia Capital 30(b)(6) Andrew Weisel

31. Scotia Capital USA 30(b)(6) Michael Ravanesi

32. Dr. Scott Dalrymple (Class Plaintiffs' class certification expert)

33. Steve Strah

34. Thomas Mitchell

35. Wisconsin Laborers 30(b)(6) John Schmitt

B. **Document Productions**[2]

1. Abbott Laboratories

2. AirGas USA LLC

3. Amalgamated Bank

4. American Electric Power Company, Inc.

---

[2] Mr. Jones and Mr. Dowling reserve the right to request additional discovery from these individuals and entities to the extent that prior productions are incomplete or in light of additional information obtained.

5. American Express

6. Anna Lippincott

7. AT&T

8. Ballard Spahr LLP

9. Bank of America Securities, Inc.

10. Barclays Capital, Inc.

11. Bath & Body Works Logistics Services LLC

12. Bradley Bingaman

13. Brighthouse Plaintiffs

14. Brooke Bodney

15. Building Laborers' Local Union 310

16. Carlos LoParo

17. Charles Jones

18. Charles Schwab

19. CIBC World Markets Corp.

20. Citigroup Global Markets Inc.

21. Citigroup World Markets, Inc.

22. City of Irving

23. City of Irving Supplemental Benefit Plan

24. Clearsulting

25. Coalition for Growth & Opportunity, Inc.

26. Constant Content Co.

27. Cynthia L. Jones, CFA

28. Daniel McCarthy

29. David Eric Lycan

| | |
|---|---|
| 30. | Debbie Ryan |
| 31. | Dennis Chack |
| 32. | Deutsche Bank Securities Inc. |
| 33. | Donald R. Schneider |
| 34. | Donald T. Misheff |
| 35. | Ebony Yeboah-Amankwah |
| 36. | Energy Harbor |
| 37. | Ernest Novak |
| 38. | FieldWorks, LLC |
| 39. | Fifth Third |
| 40. | Financial Industry Regulatory Authority, Inc. |
| 41. | FirstEnergy Corp. |
| 42. | Fitch Ratings, Inc. |
| 43. | Generation Now |
| 44. | George Smart |
| 45. | Goldman Sachs & Company LLC |
| 46. | Grant Street Consultants LLC |
| 47. | Green Century Capital Management, Inc. |
| 48. | Growth & Opportunity PAC, Inc. |
| 49. | IBEW Local Union 245 |
| 50. | IEU-Ohio Administration Company LLC |
| 51. | Industrial Energy Users-Ohio |
| 52. | James Pearson |
| 53. | Jason Lisowski |
| 54. | Jason Rafeld |

55. Jefferies Group LLC

56. Jeffrey Longstreth

57. Joel Bailey

58. John Judge

59. John Kiani

60. JP Morgan Chase Bank, N.A.

61. JP Morgan Securities LLC

62. JPL & Associates, LLC

63. JVA Campaigns LLC

64. KeyBanc Capital Markets Inc.

65. LACERA

66. Leila Vespoli

67. LoParo Public Relations LLC

68. McKenzie Davis

69. McNees Wallace & Nurick LLC

70. Megan Fitzmartin

71. MFS Plaintiffs

72. Michael Dowling

73. Mizuho Securities USA LLC

74. Mogan Stanley & Co LLC

75. Moody's Investors Service, Inc.

76. Morgan Stanley & Co. LLC

77. Mott, Self & Associates

78. MUFG Securities Americas Inc.

79. Neil Clark

6

80. Nikko Securities America Inc.
81. Partners for Progress, Inc.
82. PNC Capital Markets LLC
83. Price Target Research
84. PricewaterhouseCoopers LLP
85. Public Utilities Commission of Ohio
86. R. Scott Davis
87. RBC Capital Markets LLC
88. Robert Reffner
89. Samuel C. Randazzo
90. Santander Investment Securities Inc.
91. Scotia Capital (USA) Inc.
92. SMBC Nikko Securities America, Inc.
93. Standard & Poor's Financial Services LLC
94. Strategic Media Placement, Inc.
95. Sustainability Funding Alliance of Ohio, Inc.
96. TD Securities (USA) LLC
97. Ted Kleisner
98. The Batchelder Co.
99. The Nathan Cummings Foundation, Inc.
100. The Strategy Group Company, LLC
101. The Success Group, Ltd.
102. TimkenSteel Corporation
103. Ty Pine
104. U.S. Bancorp Investments, Inc.

  105. U.S. EPA

  106. UBS Securities LLC

  107. University of Akron

  108. Utility Scale Solar Energy Coalition of Ohio

  109. Verizon

  110. Voter to Voter LLC

  111. W. Scott Dalrymple, CFA

  112. Wells Fargo Securities, LLC

  113. Wisconsin Laborers' Pension Fund

  114. Zacks Investment Research, Inc.

**C.**  **Written Discovery Requests**

  1. All parties have answered and/or propounded at least one set of written discovery requests

**D.**  **Outstanding Subpoenas or Productions[3]**

  1. Accenture

  2. Empowering Ohio's Economy

  3. Energy Harbor

  4. David Eric Lycan

  5. FirstEnergy Corp.[4]

  6. Governor Michael DeWine

  7. James Nevels

---

[3] For some of these outstanding productions, the meet and confer process is ongoing. For others, an additional production has been ordered by this Court to occur once fact discovery recommences or a production issue remains pending before the Special Master or this Court.

[4] FirstEnergy has been ordered to produce documents relating to its internal investigation. In addition, it is expected that one or more parties will seek additional discovery from FirstEnergy based on the crime fraud exception to the attorney client privilege under the same reasoning applied by this Court to Energy Harbor.

      8.      Josh Rubin

      9.      KPMG

      10.      Lt. Governor John Husted

      11.      PricewaterhouseCoopers LLP

      12.      Samual C. Randazzo

      13.      Strategies for Results, Inc.

      14.      Sustainability Funding Alliance of Ohio, Inc.

      15.      Terry P. Dershaw

      16.      Thomas T. George

**II.**    **Likely Anticipated Discovery**[5]

    **A.**    **Consolidated Privilege Log from FirstEnergy & related privilege issues, including challenges to FirstEnergy's assertion of the attorney-client privilege and/or application of the crime-fraud exception.**

    **B.**    **Depositions of**

      1.      American Electric Power 30(b)(6)

      2.      Andre Porter

      3.      Angela Hawkins

      4.      Anna Lippincott

      5.      Ballard Spahr LLP 30(b)(6)

      6.      Beth Trombold

      7.      Bill Seitz

      8.      Bradley Bingaman

      9.      Brakey Energy, Inc. 30(b)(6)

---

[5] Included in the list of Anticipated Discovery are depositions and document requests/subpoenas that Mr. Jones and Mr. Dowling believe are likely to be requested by one or more parties in the Securities Litigation. Many of these depositions were noticed prior to the stay of discovery.

10. Brian Knipe

11. Brooke Bodney

12. Charles Lasky

13. Christopher Pappas

14. CIBC World Markets Corp. 30(b)(6)

15. Daniel Conway

16. Daniel McCarthy

17. David Griffing

18. David Kutik

19. Deborah Ryan

20. Dennis Deters

21. Donald Misheff

22. Donald Schneider

23. Ebony Yeboah-Amankwah

24. Energy Harbor 30(b)(6)

25. David Eric Lycan

26. Frank Strigari

27. Gary Benz

28. Generation Now 30(b)(6)

29. Gregory Price

30. IEU-Ohio 30(b)(6)

31. James Hadden

32. James Nevels

33. James O'Neil

34. Jason Rafeld

35. Joel Bailey
36. John Judge
37. John Kiani
38. John Ryan
39. John Skory
40. Josh Rubin
41. Justin Biltz
42. K. Jon Taylor
43. Kathleen Fleck
44. Kevin Murray
45. Laurel Dawson
46. Lawrence Friedman
47. Leila Vespoli
48. Leslie Turner
49. Luis Reyes
50. Marathon Petroleum Company 30(b)(6)
51. Mark Clark
52. Mark Hayden
53. Matt Borges
54. Matt Brakey
55. Matt Pritchard
56. Maureen Willis
57. McKenzie Davis
58. Megan Fitzmartin
59. Michael Anderson

60. Michael Dawson

61. Michael Van Buren

62. MUFG Securities Americas Inc. 30(b)(6)

63. Nick Akins

64. Partners for Progress 30(b)(6)

65. Patrick Tully

66. PNC Capital Markets LLC 30(b)(6)

67. PricewaterhouseCoopers LLP 30(b)(6)

68. Renee Rambo

69. Rex Elsass

70. Robert Reffner

71. Santander Investment Securities Inc. 30(b)(6)

72. Sam Belcher

73. Scott Davis

74. Scott Elisar

75. SMBC Nikko Securities America, Inc. 30(b)(6)

76. Santino Fanelli

77. Stephen Burnazian

78. Steve Staub

79. Steven Demetriou

80. Sustainability Funding Alliance of Ohio, Inc.

81. TD Securities (USA) LLC 30(b)(6)

82. Tom Froehle

83. Tony Alexander

84. Ty Pine

      85.    U.S. Bancorp Investments, Inc. 30(b)(6)

      86.    Wayne Boich

      87.    William Ridmann

**C.**    **Document Requests or Subpoenas Directed to**

      1.    American Electric Power Company, Inc.

      2.    FirstEnergy Corp.

      3.    Florida Department of Motor Vehicles

      4.    Governor Michael DeWine

      5.    Intuit

      6.    James Hadden

      7.    Keep Financials

      8.    Laurel Dawson

      9.    Lt. Governor Jon Husted

      10.    Michael Dawson

      11.    Misc. financial institutions for account records

      12.    Terrence O'Donnell

      13.    Verizon

      14.    Winterset CPA

**D.**    **Expert Witness Discovery**[6]

      1.    Forensic accounting expert

      2.    Energy regulatory expert

      3.    Campaign finance expert

      4.    Any necessary rebuttal experts in response to Plaintiffs' primary identification of experts, including damages expert(s)

---

[6] Except as it relates to class certification, expert discovery (including identification and production of primary expert reports, rebuttal expert reports, and expert depositions) has not yet begun.

Respectfully submitted,

/s/ Rachael L. Israel
Carole S. Rendon (0070345)
Daniel R. Warren (0054595)
Douglas L. Shively (0094065)
Jeremy Steven Dunnaback (0098129)
Rachael L. Israel (0072772)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216-621-0200
Fax: 216-696-0740
crendon@bakerlaw.com
dwarren@bakerlaw.com
dshively@bakerlaw.com
jdunnaback@bakerlaw.com
risrael@bakerlaw.com

Albert G. Lin (0076888)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: 614-228-1541
Fax: 614-462-2616
alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4211
Fax: 212-589-4201

William S. Scherman (admitted *pro hac vice*)
Jennifer C. Mansh (admitted *pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Telephone:  202.639.6500
Facsimile:  202.639.6604
E-mail:  wscherman@velaw.com
E-mail:  jmansh@velaw.com

*Attorneys for Defendant Charles Jones*

/s/ John F. McCaffrey (per consent)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: 216-592-5000
Fax: 216-592-5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com
hannah.smith@tuckerellis.com

Dan K. Webb (admitted *pro hac vice*)
Steven Grimes (admitted *pro hac vice*)
A. Matthew Durkin (admitted pro hac vice)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
dwebb@winston.com
sgrimes@winston.com
mdurkin@winston.com

*Attorneys for Defendant Michael Dowling*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF system.

*/s/ Rachael L. Israel*
*Attorney for Defendant Charles E. Jones*
