# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) | No. 2:20-cv-03785-ALM-KAJ <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS | ) ) ) ) ) | Judge Algenon L. Marbley <br> Magistrate Judge Kimberly A. Jolson |
| MFS Series Trust I, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FirstEnergy Corp., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:21-cv-05839-ALM-KAJ |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FirstEnergy Corp., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:22-cv-00865-ALM-KAJ |

**FIRSTENERGY'S MOTION FOR CERTIFICATION OF AN
ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)
AND FOR STAY PENDING APPELLATE REVIEW**

**(ORAL ARGUMENT REQUESTED)**

FirstEnergy respectfully moves this Court to (1) certify its Order filed May 6, 2024 (ECF No. 653) ("Order") for interlocutory appeal under 28 U.S.C. § 1292(b), and (2) stay the Order pending a determination of this Motion and any further appellate proceedings related to the Order in the U.S. Court of Appeals for the Sixth Circuit.

The motion is based upon the accompanying memorandum of law in support thereof, and such other evidence and argument as the Court may consider.  A Proposed Order granting FirstEnergy's Motion is also attached.

### STATEMENT REQUESTING ORAL ARGUMENT

Pursuant to Local Rule 7.1(b)(2), FirstEnergy respectfully requests oral argument on this Motion.  FirstEnergy submits that, given the extraordinary nature of the Order, and the significant legal issues presented in this matter, oral argument may aid the Court's consideration of this Motion.

Dated:  May 22, 2024

Respectfully submitted,

*/s/ Paul J. Schumacher*
Paul J. Schumacher, Trial Attorney (0014370)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio  44114
Telephone:  (216) 685-1827
pschumacher@dmclaw.com

Richard J. Silk, Jr. (0074111)
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, Ohio  43215
Telephone:  (614) 258-6000
rsilk@dmclaw.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)

Beth D. Newton (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
Tasha N. Thompson (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C.  20006
Telephone:  (202) 956-7040

*Counsel for Defendant FirstEnergy Corp.*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on May 22, 2024. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Paul J. Schumacher*
Paul J. Schumacher (0014370)

*Counsel for Defendant FirstEnergy Corp.*
