# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

## ORDER & OPINION

This matter is before this Court on Defendant FirstEnergy Corp.'s ("FirstEnergy") Objections to the Special Master's Order Denying Leave to File Supplemental Authority and Record Citations and Plaintiffs' Response to those Objections. (Docs. 660, 661).

On April 30, 2024, FirstEnergy filed a Motion for Leave to File Supplemental Authority and Record Cites. (Doc. 649). The materials offered by FirstEnergy were intended to support its objections to the Special Master's order allowing discovery of the internal investigation. (*See* Docs. 649 (motion for leave), 571 (Special Master's order), 607 (FirstEnergy's objections to that order)). On May 2, 2024, the Special Master denied the Motion for Leave. (Doc. 651). Four days later, the Court overruled FirstEnergy's objections regarding the internal investigation. (*See* Doc. 653 (overruling Doc. 607)). After that, FirstEnergy filed the instant Objections to the denial of their Motion for Leave "to preserve a complete record for appeal." (Doc. 660 at 2).

To summarize, FirstEnergy now objects to an Order denying them leave to file supplemental authority in support of objections that have already been overruled. (*See generally id.*). Because this Court ruled on the internal investigation objections, the Objections are **MOOT** and **OVERRULED**.

**IT IS SO ORDERED.**

Date:  May 31, 2024

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE


/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

2