UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) No. 2:20-cv-03785-ALM-KAJ )<br>) CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) Judge Algenon L. Marbley<br>) Magistrate Judge Kimberly A. Jolson<br>) ) ) |

PLAINTIFFS' RESPONSE TO FIRSTENERGY'S NOTICE
OF ORAL ARGUMENT DATE ON APPEAL

MURRAY MURPHY MOUL
 + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
murray@mmmb.com


Liaison Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com

Class Counsel

Only one month ago, the Special Master reminded defendant FirstEnergy Corp. ("FirstEnergy") that notices are to be provided to the Court without argument. 5/2/24 Special Master Order, ECF 651 at PageID 14240.  Yet, today, FirstEnergy filed a notice of the date for oral argument (July 17, 2024) in FirstEnergy's appeal of the Court's class certification order as a pretext for arguing that this date means "a decision should follow shortly thereafter," which means "any concerns regarding delay should now be alleviated."  FirstEnergy's Notice, ECF 665 at PageID 14458.  Even if FirstEnergy had a basis for its timing assurance (it does not), this is all the more reason to deny FirstEnergy's motion to stay proceedings now, as doing so will require FirstEnergy, as well as third parties Energy Harbor and Samuel C. Randazzo/Sustainability Funding Alliance of Ohio, Inc., to produce documents they were ordered to produce months ago (4/5/23 Order, ECF 440 at PageID 10059-60; 11/6/23 Special Master Order, ECF 554 at PageID 11994-2009; 11/20/23 Special Master Order, ECF 560 at PageID 12222-37; Special Master Compulsion Order, ECF 571 at PageID 12371-89).  These discovery orders are unaffected by FirstEnergy's appeal, but receiving the documents now will enable Plaintiffs and others to prepare to resume depositions.  The parties could also start scheduling depositions, which is a lengthy process itself.  Plaintiffs would commit to not schedule any depositions prior to August 1, 2024 – two weeks after the July 17, 2024 oral argument date.

DATED:  June 3, 2024

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)

s/ Joseph F. Murray
JOSEPH F. MURRAY

1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

- 1 -

- 2 -

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
JASON A. FORGE (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com
jforge@rgrdlaw.com

Class Counsel

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on June 3, 2024. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joseph F. Murray*
Joseph F. Murray (0063373)

- 3 -

4869-1583-9173.v1