# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION, | No. 2:20-cv-3785 |
| | Chief Judge Algenon L. Marbley |
| This document relates to: | |
| | Magistrate Judge Kimberly A. Jolson |
| ALL ACTIONS. | |
| | Special Master Shawn K. Judge |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective May 28, 2024, the address of the Chicago office of Skadden Arps Slate Meagher & Flom LLP, Counsel for Non-Party Ebony Yeboah-Amankwah was changed as follows:

320 South Canal, 47th Floor
Chicago, IL 60606-5707

The Firm's and its lawyers' phone numbers, fax numbers, and e-mail addresses have not been affected by this change.

Dated: Chicago, Illinois
June 25, 2024

Respectfully submitted,

/s/ *Marcella L. Lape*
Marcella L. Lape
SKADDEN ARPS SLATE
 MEAGHER & FLOM LLP
320 South Canal, 47th Floor
Chicago, Illinois 60606
(312) 407-0700
(312) 407-0411 Fax

*Counsel for Non-Party Ebony Yeboah-Amankwah*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on June 25, 2024. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Marcella L. Lape*
*Counsel for Non-Party Ebony Yeboah-Amankwah*