**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 29, 2024

Mr. Robert J. Giuffra Jr.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Ms. Morgan L. Ratner
Sullivan & Cromwell
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006

Re: Case No. 24-3654, *In re: FirstEnergy Corporation*
Originating Case No. : 2:20-cv-03785 : 2:20-cv04287

Dear Counsel,

The petition for writ of mandamus or prohibition has been docketed as case number **24-3654** with the caption listed above. If you have not already done so, you must mail a copy of the petition to the lower court judge and counsel for all the other parties.

The filing fee for the petition is $600, which is payable to the Clerk, Sixth Circuit Court of Appeals. If you wish to seek a waiver of the filing fee, a motion for pauper status with a completed financial affidavit is due by **August 12, 2024**. The financial affidavit is available at www.ca6.uscourts.gov.

Counsel for petitioner must file an Appearance of Counsel form and, if not admitted, apply for admission to the 6th Circuit Bar by **August 12, 2024**. The forms are available on the court's website.

The district court judge to whom this petition refers has been served with this letter.

                Sincerely yours,

                s/Jill E Colyer for Amy E. Gigliotti
                Case Management Specialist
                Direct Dial No. 513-564-7021

cc: Mr. Richard W. Nagel