# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE FIRST ENERGY CORP. SECURITIES LITIGATION, | Case No. 2-20-cv-03785-ALM-KAJ |
| This document relates to: | Chief Judge Algenon L. Marbley |
| ALL ACTIONS. | Magistrate Judge Kimberly A. Jolson |
| MFS Series Trust I, et al., | Case No. 2:21-cv-05839-ALM-KAJ |
| Plaintiffs, | |
| vs. | |
| FirstEnergy Corp., et al., | |
| Defendants. | |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al., | Case No. 2:22-cv-00865-ALM-KAJ |
| Plaintiffs, | |
| vs. | |
| FirstEnergy Corp., et al., | |
| Defendants. | |

**ATTORNEYS MARGUERITE A. O'BRIEN AND SAMIR DAHMAN'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT JAMES F. PEARSON**

Pursuant to Rule 83.4(b) of the Local Rules for the Southern District of Ohio, Attorneys Marguerite A. O'Brien and Samir Dahman hereby file this motion for leave to withdraw as counsel for Defendant James F. Pearson. Ms. O'Brien and Mr. Dahman have complied with the requirements of 83.4(b) and their withdrawal will cause no delays or prejudice as Mr. Pearson will continue to be represented by David L. Axelrod, Emilia McKee Vassallo, and Brittany M. Wilson,

of Ballard Spahr LLP and Derek P. Hartman of Cavitch Familo & Durkin Co., L.P.A.[1]

Date: August 21, 2024

/s/ *Marguerite A. O'Brien*
Marguerite A. O'Brien (admitted *pro hac vice*)
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (646) 346-8008
Facsimile: (212) 223-1942
Email: obrienma@ballardspahr.com

/s/ *Samir B. Dahman*
Samir B. Dahman (0082647)
KOHRMAN JACKSON & KRANTZ LLP
10 West Broad Street, Suite 2500
Columbus, OH 43215
Tel: 614.427.5750
Email: sbd@kjk.com

*Withdrawing Attorneys for James F. Pearson*

---

[1] Mr. Hartman, formerly with the law firm of Kohrman Jackson & Krantz LLP, has joined the law firm of Cavitch Familo & Durkin Co., L.P.A. Mr. Hartman will update contact information with the Court and the Clerk of Courts through a separate filing and/or request.

## **CERTIFICATE OF SERVICE**

I certify that on August 21, 2024, I electronically filed the foregoing using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/*Samir B. Dahman*
*Withdrawing Attorney for James F. Pearson*