IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,

This document relates to:           Civil Action 2:20-cv-3785
                                            Chief Judge Algenon L. Marbley
     ALL ACTIONS.                    Magistrate Judge Jolson

## ORDER

This matter is before the Court on the Defendant James F. Pearson's Motion for Leave to Withdraw as Counsel (Case No. 2:20-cv-3785, Doc. 676; Case No. 2:21-cv-5839, Doc. 141; Case No. 2:22-cv-865, Doc. 136). Attorneys Marguerite A. O'Brien and Samir Dahman seek to withdraw as counsel for Defendant Pearson. (*Id.*). For good cause shown and in compliance with Local Rule 83.4(b), the Motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorneys O'Brien and Dahman from these actions.

     IT IS SO ORDERED.

Date: August 22, 2024                        /s/ Kimberly A. Jolson
                                                         KIMBERLY A. JOLSON
                                                         UNITED STATES MAGISTRATE JUDGE