# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE FIRSTENERGY CORP. SECURITIES LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS. | Case No. 2:20-cv-03785-ALM-KAJ <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Kimberly A. Jolson |

## MOTION FOR WITHDRAWAL OF ANDREW C. JOHNSON AS COUNSEL FOR DEFENDANT LEILA VESPOLI

Pursuant to the Southern District of Ohio Local Rule 83.4(b), Andrew C. Johnson, *pro hac vice* attorney for Defendant Leila Vespoli, respectfully requests leave from the Court to withdraw as counsel for Ms. Vespoli. Mr. Johnson has complied with the requirements of Rule 83.4(b), and no delay or prejudice will result from his withdrawal as Ms. Vespoli will continue to be represented by Veronica Callahan, Aaron Minor, and Yiqing Shi of Arnold & Porter Kaye Scholer LLP, who have been granted *pro hac vice* admission, as well as James E. Arnold and Gerhardt A. Gosnell II of Arnold & Clifford LLP.

Dated: August 30, 2024

Respectfully submitted,
**ARNOLD & PORTER KAYE SCHOLER LLP**
*/s/ Andrew C. Johnson*
Andrew C. Johnson (admitted *pro hac vice*)

Veronica Callahan (admitted *pro hac vice*)
Aaron Miner (admitted *pro hac vice*)
Yiqing Shi (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, a copy of the foregoing document was filed electronically with the Clerk of the Court in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all registered counsel by operation of the Court's Electronic Filing System. Parties may access this filing through the CM/ECF system.

> */s/ Andrew C. Johnson*
> Andrew C. Johnson (admitted *pro hac vice*)