UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) | No. 2:20-cv-03785-ALM-KAJ |
| | ) | <u>CLASS ACTION</u> |
| | ) | |
| This Document Relates To: | ) ) | Judge Algenon L. Marbley |
| ALL ACTIONS. | ) ) ) | Magistrate Judge Kimberly A. Jolson |

JOINT WEEKLY DEPOSITION STATUS REPORT

I. **DEPOSITIONS**

    A. **Noticed and Scheduled Depositions**

### October 2024

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 10/24/2024 | Non-Party Ebony Yeboah Amankwah | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Michael J. Dowling<br>*09/11/2024 notice and subpoena* |
| 10/25/2024 | Non-Party Ebony Yeboah Amankwah | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Michael J. Dowling<br>*09/11/2024 notice and subpoena* |
| 10/29/2024 | Defendant Robert P. Reffner | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Michael J. Dowling<br>*09/09/2024 notice* |
| 10/30/2024 | Defendant Robert P. Reffner | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Michael J. Dowling<br>*09/09/2024 notice* |

### November 2024

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 11/13/2024 | Non-Party Josh Rubin | 8:30 a.m. PT<br>9:30 a.m. MT<br>Bartelt Nix Court Reporting<br>3101 North Central Avenue, Suite 290<br>Phoenix, AZ 85012<br>In-person/Remote | Defendant Charles E. Jones<br>*09/24/2024 amended notice and subpoena* |

- 2 -

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 11/14/2024 | Non-Party Josh Rubin | 8:30 a.m. PT<br>9:30 a.m. MT<br>Bartelt Nix Court Reporting<br>3101 North Central Avenue, Suite 290<br>Phoenix, AZ 85012<br>In-person/Remote | Defendant Charles E. Jones<br>*09/24/2024 amended notice and subpoena* |
| 11/20/2024 | Non-Party Justin Blitz | 6:30 a.m. PT<br>9:30 a.m. ET<br>Tucker Ellis - Cleveland<br>In-person/Remote | Defendants Michael J. Dowling and Charles E. Jones<br>*09/11/2024 notice and subpoena* |
| 11/21/2024 | Defendant Leila L. Vespoli | 6:30 a.m. PT<br>9:30 a.m. ET<br>Double Tree by Hilton Akron Fairlawn<br>3180 W. Market St.<br>Akron, OH 44333<br>In-person/Remote | Defendant Charles E. Jones<br>*09/21/2024 notice* |
| 11/22/2024 | Defendant Leila L. Vespoli | 6:30 a.m. PT<br>9:30 a.m. ET<br>Double Tree by Hilton Akron Fairlawn<br>3180 W. Market St.<br>Akron, OH 44333<br>In-person/Remote | Defendant Charles E. Jones<br>*09/21/2024 notice* |

**December 2024**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 12/09/2024 | Defendant Donald Misheff | 6:30 a.m. PT<br>9:30 a.m. ET<br>Tucker Ellis - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/16/2024 second amended notice* |
| 12/10/2024 | Defendant Donald Misheff | 6:30 a.m. PT<br>9:30 a.m. ET<br>Tucker Ellis - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/16/2024 second amended notice* |

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 12/11/2024 | Non-Party Matthew Brakey | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/12/2024 notice and subpoena* |
| 12/12/2024 | Non-Party Matthew Brakey | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/12/2024 notice and subpoena* |
| 12/17/2024 | Defendant Donald R. Schneider | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/16/2024 amended notice* |
| 12/18/2024 | Defendant Donald R. Schneider | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/16/2024 amended notice* |
| 12/19/2024 | Non-Party Steven Staub | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/16/2024 notice and subpoena* |
| 12/20/2024 | Non-Party Steven Staub | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/16/2024 notice and subpoena* |

**January 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 01/13/2025 | Non-Party Bradley Bingaman | 6:30 a.m. PT<br>9:30 a.m. ET<br>TBD – Harrisburg, PA<br>In-person/Remote | Defendants Michael J. Dowling and Charles E. Jones<br>*09/11/2024 notice and subpoena* |
| 01/14/2025 | Non-Party Bradley Bingaman | 6:30 a.m. PT<br>9:30 a.m. ET<br>TBD – Harrisburg, PA<br>In-person/Remote | Defendants Michael J. Dowling and Charles E. Jones<br>*09/11/2024 notice and subpoena* |

B.     **Noticed Depositions with No Date Set/Target Period**

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set 12/02/2024 – 12/20/2024 | Non-Party Santino Fanelli | 6:30 a.m. PT 9:30 a.m. ET Baker Hostetler - Cleveland In-person/Remote | Defendant Charles E. Jones *09/04/2024 email notice, subpoena forthcoming* |
| No Date Set 12/16/2024 – 01/17/2025 *excluding the weeks of 12/23/2024 and 12/30/2024* | Non-Party Matthew Richlovsky | 6:30 a.m. PT 9:30 a.m. ET Baker Hostetler - Cleveland In-person/Remote | Defendant Charles E. Jones *09/04/2024 email notice, subpoena forthcoming* |
| No Date Set 01/06/2025- 01/27/2025 | Non-Party Laura Campos | 7:00 a.m. PT 10:00 a.m. ET TBD In-person/Remote | Plaintiffs[1] *09/23/2024 notice and subpoena* |
| No Date Set 03/10/2025 – 03/28/2025 | Non-Party Charles "Chuck" Moore | 6:30 a.m. PT 9:30 a.m. ET Vorys - Cleveland In-person/Remote | Defendant Donald Schneider *09/09/2024 email notice, subpoena forthcoming* |

Dated: September 24, 2024

Respectfully submitted,

s/ Joseph F. Murray                                        s/ Paul J. Schumacher (with permission)

---

[1] Plaintiffs are Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs").

Joseph F. Murray, Trial Attorney (0063373)
MURRAY MURPHY MOUL
  + BASIL LLP
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

*Liaison Counsel*

Darren J. Robbins (*pro hac vice*)
Mark Solomon (*pro hac vice*)
Jason A. Forge (*pro hac vice*)
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com
jforge@rgrdlaw.com

*Class Counsel*

Paul J. Schumacher, Trial Attorney (0014370)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, OH  44114
Telephone: 216/ 685-1827
pschumacher@dmclaw.com

Richard J. Silk, Jr.
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, OH  43215
Telephone: 614/ 258-6000
rsilk@dmclaw.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  212/558-4000
212/558-3588 (fax)
giuffrar@sullcrom.com
nelless@sullcrom.com
reind@sullcrom.com
newtonb@sullcrom.com
williamsh@sullcrom.com
menillon@sullcrom.com

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W., Suite 700
Washington, DC  20006
Telephone:  202/956-7040
202/293-6330 (fax)
shieldska@sullcrom.com

*Attorneys for Defendant FirstEnergy Corp.*

| | |
|---|---|
| s/ Carole S. Rendon (with permission) | s/ Geoffrey J. Ritts (with permission) |
| Carole S. Rendon, Trial Attorney (0070345) | Geoffrey J. Ritts (0062603) |
| Douglas L. Shively (0094065) | Robert S. Faxon (0059678) |
| Daniel R. Warren (0054595) | Corey A. Lee (0099866) |
| Rachael L. Israel (0072772) | Adrienne F. Mueller (0076332) |
| Jeremy Steven Dunnaback (0098129) | JONES DAY |
| BAKER & HOSTETLER LLP | North Point |
| Key Tower, 127 Public Square, Suite 2000 | 901 Lakeside Avenue |
| Cleveland, OH 44114 | Cleveland, OH 44114-1190 |
| Telephone: 216/621-0200 | Telephone: 216/586-3939 |
| 216/696-0740 (fax) | 216/579-0212 (fax) |
| crendon@bakerlaw.com | gjritts@jonesday.com |
| dshively@bakerlaw.com | rfaxon@jonesday.com |
| dwarren@bakerlaw.com | calee@jonesday.com |
| risrael@bakerlaw.com | afmueller@jonesday.com |
| jdunnaback@bakerlaw.com | |
| | Marjorie P. Duffy (0083452) |
| Albert G. Lin (0076888) | M. Ryan Harmanis (0093642) |
| BAKER & HOSTETLER LLP | Shalini B. Goyal (0093642) |
| 200 Civic Center Drive, Suite 1200 | Elizabeth A. Benshoff (0098080) |
| Columbus, OH 43215 | JONES DAY |
| Telephone: 614-228-1541 | 325 John H. McConnell Boulevard, Suite 600 |
| 614-462-2616 (fax) | Columbus, OH 43215 |
| alin@bakerlaw.com | Telephone: 614/469-3939 |
| | 614/461-4198 (fax) |
| George A. Stamboulidis (*pro hac vice*) | mpduffy@jonesday.com |
| BAKER & HOSTETLER LLP | rharmanis@jonesday.com |
| 45 Rockefeller Plaza | sgoyal@jonesday.com |
| New York, NY 10111 | ebenshoff@jonesday.com |
| Telephone: 212/589-4211 | |
| 212/589-4201 (fax) | Scott B. Scheinberg (*pro hac vice*) |
| gstamboulidis@bakerlaw.corn | Jordan M. Walsh (*pro hac vice*) |
| | JONES DAY |
| William S. Scherman (*pro hac vice*) | 500 Grant Street, Suite 4500 |
| VINSON & ELKINS LLP | Pittsburgh, PA 15219-2514 |
| 2200 Pennsylvania Avenue, NW | Telephone: 412/391-3939 |
| Suite 500 West | 412/394-7959 (fax) |
| Washington, DC 20037 | sscheinberg@jonesday.com |
| Telephone: 202/639.6500 | jmwalsh@jonesday.com |
| 202/639.6604 (fax) | |
| wscherman@velaw.com | |
| | |
| *Attorneys for Defendant Charles E. Jones* | *Attorneys for Defendants Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell,* |

*James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN
  & GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: 614/763-2316
614/467-3704 (fax)
dmansfield@lmng-law.com

Michael L. Kichline (*pro hac vice*)
Eric W. Sitarchuk (*pro hac vice*)
Laura H. McNally (*pro hac vice*)
Emily S. Kimmelman (*pro hac vice*)
Karen Pieslak Pohlmann (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: 215/963-5000
215/963-5001 (fax)
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com
emily.kimmelman@morganlewis.com
karen.pohlmann@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*

s/ Brian P. O'Connor (with permission)
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: 513/721-4450
513/852-5994 (fax)
bpo@santenhughes.com

s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216/592-5000
216/592-5009 (fax)
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com
hannah.smith@tuckerellis.com

| | |
|---|---|
| Preston Burton (*pro hac vice*) <br> Adam Miller (*pro hac vice*) <br> Jill Winter (*pro hac vice*) <br> ORRICK, HERRINGTON <br>    & SUTCLIFFE LLP <br> 2100 Pennsylvania Avenue NW <br> Washington, DC  20037 <br> Telephone:  202/349-8000 <br> 202/349-8080 (fax) <br> pburton@orrick.com <br> adam.miller@orrick.com <br> jwinter@orrick.com <br><br> *Attorneys for Defendant Donald R. Schneider* | Dan K. Webb (*pro hac vice*) <br> Steve Grimes (*pro hac vice*) <br> A. Matthew Durkin (*pro hac vice*) <br> WINSTON & STRAWN, LLP <br> 35 W. Wacker Drive <br> Chicago, IL  60601 <br> Telephone:  312/558-5600 <br> 312/558-5700 (fax) <br> sgrimes@winston.com <br> dwebb@winston.com <br> mdurkin@winston.com <br><br> *Attorneys for Defendant Michael J. Dowling* |
| s/ James E. Arnold (with permission) <br> James E. Arnold (0037712) <br> Gerhardt A. Gosnell II (0064919) <br> ARNOLD & CLIFFORD LLP <br> 115 W. Main St., Fourth Floor <br> Columbus, OH  43215 <br> Telephone:  614/460-1600 <br> 614/469-1093 (fax) <br> jarnold@arnlaw.com <br> ggosnell@arnlaw.com <br><br> Veronica E. Callahan (*pro hac vice*) <br> Aaron F. Miner (*pro hac vice*) <br> Yiqing Shi (*pro hac vice*) <br> ARNOLD & PORTER KAYE <br>    SCHOLER LLP <br> 250 West 55th Street <br> New York, NY  10019-9710 <br> Telephone:  212/836-8000 <br> 212/836-8689 (fax) <br> aaron.miner@arnoldporter.com <br> veronica.callahan@arnoldporter.com <br> yiqing.shi@arnoldporter.com <br><br> *Attorneys for Defendant Leila L. Vespoli* | s/ David L. Axelrod (with permission) <br> David L. Axelrod (*pro hac vice*) <br> Emilia McKee Vassallo (*pro hac vice*) <br> Brittany M. Wilson (*pro hac vice*) <br> BALLARD SPAHR LLP <br> 1735 Market Street, 51st Floor <br> Philadelphia, PA  19103-7599 <br> Telephone:  215/665-8500 <br> 215/864-8999 (fax) <br> axelrodd@ballardspahr.com <br> mckeevassalloe@ballardspahr.com <br> wilsonbm@ballardspahr.com <br><br> Derek P. Hartman <br> CAVITCH FAMILO & DURKIN CO., L.P.A. <br> 1300 East Ninth Street, 20th Floor <br> Cleveland, OH 44114 <br> Telephone:  216/621-7860 <br> dhartman@cavitch.com <br><br> *Attorneys for Defendant James F. Pearson* |

4878-9295-6136.v1

| | |
|---|---|
| s/ Andrew P. Guran (with permission) | s/ John C. Fairweather (with permission) |
| Andrew P. Guran (0090649) | John C. Fairweather (0018216) |
| VORYS, SATER, SEYMOUR | Lisa S. DelGrosso (0064938) |
|   & PEASE LLP | BROUSE McDOWELL |
| 50 South Main Street, Suite 1200 | 388 South Main Street, Suite 500 |
| Akron, OH  44308-1471 | Akron, OH  44311 |
| Telephone: 330/208-1000 | Telephone:  330/535-5711 |
| 330/208-1001 (fax) | 330/253-8601 (fax) |
| apguran@vorys.com | jfairweather@brouse.com |
| | ldelgrosso@brouse.com |
| | |
| Victor A. Walton, Jr. (0055241) | Stephen S. Scholes (*pro hac vice*) |
| Joseph M. Brunner (0085485) | Paul M.G. Helms (*pro hac vice*) |
| VORYS, SATER, SEYMOUR | Emilie E. O'Toole (*pro hac vice*) |
|   & PEASE LLP | MCDERMOTT WILL & EMERY LLP |
| 301 East Fourth Street, Suite 3500 | 444 West Lake Street |
| Great American Tower | Chicago, IL  60606-0029 |
| Cincinnati, OH  45202 | Telephone:  312/372-2000 |
| Telephone:  513/723-4000 | 312/984-7700 (fax) |
| 513/723-4056 (fax) | sscholes@mwe.com |
| vawalton@vorys.corn | phelms@mwe.com |
| jmbrunner@vorys.com | eotoole@mwe.com |
| | |
| Emily J. Taft (0098037) | *Attorneys for Defendant Robert P. Reffner* |
| VORYS, SATER, SEYMOUR | |
|   & PEASE LLP | |
| 52 East Gay Street | |
| P.O. Box 1008 | |
| Columbus, OH 43216-1008 | |
| Telephone: 614/464-5432 | |
|  614/ 464-5432 (fax) | |
| ejtaft@vorys.com | |

*Attorneys for Defendant John Judge*

- 9 -

4878-9295-6136.v1

| | |
|---|---|
| s/ Robert W. Trafford (with permission) | s/ Matthew L. Fornshell (with permission) |
| Robert W. Trafford, Trial Attorney (0040270) | Matthew L. Fornshell, Trial Attorney (0062101) |
| David S. Bloomfield, Jr. (0068158) | ICE MILLER LLP |
| PORTER, WRIGHT, MORRIS & ARTHUR LLP | 250 West Street, Suite 700 |
| 41 South High Street, Suite 2900 | Columbus, OH 43215-7509 |
| Columbus, OH  43215-6194 | Telephone: 614/ 462-2700 |
| Telephone:  614/227-2000 | 614/ 462-5135 (fax) |
| 614/227-2100 (fax) | matthew.fornshell@icemiller.com |
| rtrafford@porterwright.com | |
| dbloomfield@porterwright.com | |
| | |
| Brian S. Weinstein (*pro hac vice*) | Steven E. Fineman (*pro hac vice*) |
| Eric M. Kim (*pro hac vice*) | Daniel P. Chiplock (*pro hac vice*) |
| Joshua N. Shinbrot (*pro hac vice*) | Michael J. Miarmi (*pro hac vice*) |
| DAVIS POLK & WARDWELL LLP | John T. Nicolaou (*pro hac vice*) |
| 450 Lexington Avenue | Gabriel A. Panek (*pro hac vice*) |
| New York, NY  10017 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| Telephone:  202/450-4000 | 250 Hudson Street, 8th Floor |
| brian.weinstein@davispolk.com | New York, NY  10013-1413 |
| eric.kim@davispolk.com | Telephone: 212/355-9500 |
| joshua.shinbrot@davispolk.com | (212) 355-9592 (fax) |
| | sfineman@lchb.com |
| *Attorneys for the Underwriter Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc.* | dchiplock@lchb.com |
| | mmiarmi@lchb.com |
| | jnicolaou@lchb.com |
| | gpanek@lchb.com |
| | |
| | Richard M. Heimann (*pro hac vice*) |
| | Bruce W. Leppla (*pro hac vice*) |
| | Michael K. Sheen (*pro hac vice*) |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA  94111-3339 |
| | Telephone: 415/956-1000 |
| | 415/956-1008 (fax) |
| | rheimann@lchb.com |
| | bleppla@lchb.com |
| | msheen@lchb.com |
| | |
| | *Attorneys for Opt-Out Plaintiffs* |

- 10 -

4878-9295-6136.v1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on September 24, 2024. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Joseph F. Murray*
Joseph F. Murray (0063373)

4878-9295-6136.v1