IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | No. 2:20-cv-03785-ALM-KAJ |
| | CLASS ACTION |
| This Document Relates To: | Judge Algenon L. Marbley |
| ALL ACTIONS. | Magistrate Judge Kimberly A. Jolson |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**

Attorneys for Defendant Robert P. Reffner, John C. Fairweather and Lisa S. DelGrosso, give notice that effective October 1, 2024, they are attorneys with the law firm Roetzel & Andress, LPA, and request that all correspondence, notices, motions, pleadings, documents, orders, and other papers to be served be sent to them at their contact information set forth as follows:

John C. Fairweather
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, OH 44308
(330) 376-2700 – Phone
(330) 376-4577 – Facsimile
jfairweather@ralaw.com

Lisa S. DelGrosso
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, OH 44308
(330) 376-2700 – Phone
(330) 376-4577 – Facsimile
ldelgrosso@ralaw.com

Respectfully submitted,

*/s/ Lisa S. DelGrosso*
John C. Fairweather (0018216)
jfairweather@ralaw.com
Lisa S. DelGrosso (0064938)
ldelgrosso@ralaw.com
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, OH 44308
(330) 376-2700 – Phone
(330) 376-4577 – Facsimile

*Counsel for Defendant Robert P. Reffner*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

*/s/ Lisa S. DelGrosso*
Lisa S. DelGrosso (0064938)