**PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF THEIR POSITION STATEMENT REGARDING DEFENDANTS CHARLES E. JONES AND MICHAEL J. DOWLING'S VIOLATIONS OF FEDERAL RULE OF CIVIL PROCEDURE 26(e) AND REQUEST TO POSTPONE CERTAIN DEPOSITIONS**

| Exhibit No. | Exhibit Description | Filed |
|---|---|---|
| 1 | October 4, 2024 Letter from Matthew E. Meyer to Jason A. Forge and Brian Murphy. | Public |
| 2 | June 28, 2021 Lead Plaintiff's First Request for Documents to All Defendants. | Public |
| 3 | July 20, 2021 Charles E. Jones's Responses and Objections to Lead Plaintiffs' First Request for Documents to All Defendants. | Public |
| 4 | July 20, 2021 Michael J. Dowling's Responses and Objections to Lead Plaintiff's First Request for Documents to All Defendants. | Public |
| 5 | May 31, 2022 Letter from Rachel L. Israel to David W. Mitchell. | Public |
| 6 | February 9, 2024 Indictment, filed in *State v. Dowling*, No. CR-2024-02-0473-B (Summit Cnty. C.P.) and *State v. Jones*, No. CR-2024-02-0473-C (Summit Cnty. C.P.) (collectively, the "*Ohio AG Criminal Cases*"). | Public |
| 7 | September 11, 2024 Supplemental Indictment, filed in the *Ohio AG Criminal Cases*. | Public |
| 8 | April 24, 2024 Confidentiality Agreement and Stipulated Protective Order, filed in the *Ohio AG Criminal Cases*. | Public |
| 9 | Lists of Discovery Material identified on the dockets of the *Ohio AG Criminal Cases* as of September 30, 2024. | Public |
| 10 | September 27, 2024 Email from Jason A. Forge to Carole S. Rendon, John F. McCaffrey, John A. Favret, Rachael L. Israel, and Jeremy S. Dunnaback. | Public |
| 11 | October 1, 2024 Letter from Matthew E. Meyer to all Counsel of Record in the *Ohio AG Criminal Cases*. | Public |
| 12 | July 18, 2023 Letter from Tera N. Coleman to Joseph F. Murray. | Public |
| 13 | March 25, 2022 Letter from John F. McCaffrey and John A. Favret to Joseph F. Murray. | Public |
| 14 | September 15, 2023 Letter from Tasha N. Thompson to Joseph F. Murray. | Public |
| 15 | November 2, 2023 Letter from Tasha N. Thompson to Joseph F. Murray and Rachael L. Israel. | Public |
| 16 | November 17, 2023 Letter from Corey A. Lee to Joseph F. Murray. | Public |

4881-1880-3436.v1