# EXHIBIT 10

| | |
|---|---|
| **From:** | Jason Forge |
| **To:** | zzext-crendon; zzext-john.mccaffrey; zzext-john.favret; Israel, Rachael L.; zzext-jdunnaback |
| **Subject:** | Production of Documents Received from Ohio AG |
| **Date:** | Friday, September 27, 2024 6:31:48 PM |

Hi all, as you know, your clients long ago agreed to produce all non-privileged non-duplicative documents related to the "HB6 bribery scheme" that they received from (or provided to), *inter alia*, any government agency or state law enforcement agency.  *See* Jones/Dowling's Responses to First RFP Request No. 2.  This is an ongoing obligation.

The Ohio AG's criminal case against your clients (2024-02-0473-B/C) explicitly relates to the "HB6 bribery scheme," as both the Indictment and Supplemental Bill of Particulars expressly charge that Messrs. Jones and Dowling's criminal activities included their involvement in the payment of money in connection with the "bribery" of Sam Randazzo for, *inter alia*, official "acts related to House Bill 6 . . . ."

As such, please promptly produce all Discovery Material from Case No. 2024-02-0473-B/C that has not been designated as Confidential Discovery Material (we will seek a Court order for that).  Because the Discovery Material has already been identified and transmitted, please confirm that you will produce it by no later than October 4, 2024.  If not, we can discuss during Tuesday's call and, if necessary, Thursday's Status Conference.

Have a great weekend,
Jason


Jason A. Forge  |  Robbins Geller Rudman & Dowd
O 619 744 2645  |  M 858 692 1117