# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) No. 2:20-cv-03785-ALM-KAJ ) ) <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS | ) ) Judge Algenon L. Marbley ) Magistrate Judge Kimberly A. Jolson ) ) |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>FirstEnergy Corp., et al., <br><br>Defendants. | ) No. 2:22-cv-00865-ALM-KAJ ) ) ) ) ) ) ) ) ) ) |

## <u>ORDER</u>

This matter is before the Court on the Defendant James F. Pearson's Motion for Substitution of Co-Counsel (Case No. 2:20-cv-3785, Doc. 696; Case No. 2:20-cv-04287, Doc. 366; Case No. 2:22-cv-00865, Doc. 144). In it, Attorneys Hannah L. Welsh, M. Norman Goldberger, and Laura E. Krabill seek to substitute for Emilia McKee Vassallo and Brittany M. Wilson as co-counsel. (*Id.*). For good cause shown and in compliance with Local Rule 83.4(b), the Motions are **GRANTED**. The Clerk is **DIRECTED** to terminate Attorneys Emilia McKee Vassallo and Brittany M. Wilson as counsel for Defendant Pearson in these actions.

IT IS SO ORDERED.

Date: October 17, 2024

/s/ Kimberly A. Jolson  
KIMBERLY A. JOLSON  
UNITED STATES MAGISTRATE JUDGE