UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) No. 2:20-cv-03785-ALM-KAJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) Judge Algenon L. Marbley ) Magistrate Judge Kimberly A. Jolson ) ) ) |

PLAINTIFFS' MOTION TO COMPEL NON-PARTY INDUSTRIAL
ENERGY USERS-OHIO TO PRODUCE DOCUMENTS

MURRAY MURPHY MOUL
 + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com


Liaison Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com

Class Counsel

4887-1375-9226.v1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, the "Plaintiffs"), hereby move this Court for an order compelling non-party Industrial Energy Users-Ohio ("IEU-Ohio") to produce documents. This motion is made following Plaintiffs' good faith conferral with non-party IEU-Ohio pursuant to Federal Rules of Civil Procedure 26 and 37 and the Southern District of Ohio Local Civil Rule 37.1.

This motion is based upon the accompanying memorandum of law in support thereof, the declaration of Rachel A. Cocalis, and such other evidence and argument as the Court may consider.

DATED: November 15, 2024

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)

s/ Joseph F. Murray
JOSEPH F. MURRAY

1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Liaison Counsel

- 2 -

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        DARREN J. ROBBINS (*pro hac vice*)
        MARK SOLOMON (*pro hac vice*)
        RACHEL A. COCALIS (*pro hac vice*)
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)
        darrenr@rgrdlaw.com
        marks@rgrdlaw.com
        rcocalis@rgrdlaw.com

        Class Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court by using the e-Filing system, which will send a notice of electronic filing to all counsel of record in this case.

                                                /s/ Joseph F. Murray
                                                Joseph F. Murray