UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | No. 2:20-cv-03785-ALM-KAJ<br><br>CLASS ACTION<br><br>Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

JOINT WEEKLY DEPOSITION STATUS REPORT

I.  **DEPOSITIONS**

    A.  **Noticed and Scheduled Depositions**

**November 2024**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

**December 2024**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

**January 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 01/09/2025 | Non-Party Laura Campos | 7:00 a.m. PT<br>10:00 a.m. ET<br>Robbins Geller -<br>420 Lexington Ave.<br>Suite 1832<br>New York, NY 10170<br>In-person/Remote | Plaintiffs[1]<br>*09/30/2024 amended notice and amended subpoena* |

---

[1]     Plaintiffs are Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs").

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 01/10/2025 | Non-Party Laura Campos | 7:00 a.m. PT<br>10:00 a.m. ET<br>Robbins Geller - 420 Lexington Ave. Suite 1832<br>New York, NY 10170<br>In-person/Remote | Plaintiffs<br>*09/30/2024 amended notice and amended subpoena* |
| 01/13/2025 | Non-Party Bradley Bingaman | 6:30 a.m. PT<br>9:30 a.m. ET<br>The Central Hotel Harrisburg<br>800 East Park Drive<br>Harrisburg, PA 17111<br>In-person/Remote | Defendants Michael J. Dowling and Charles E. Jones<br>*09/12/2024 amended notice and subpoena* |
| 01/14/2025 | Non-Party Bradley Bingaman | 6:30 a.m. PT<br>9:30 a.m. ET<br>The Central Hotel Harrisburg<br>800 East Park Drive<br>Harrisburg, PA 17111<br>In-person/Remote | Defendants Michael J. Dowling and Charles E. Jones<br>*09/12/2024 amended notice and subpoena* |
| 01/15/2025 | Non-Party Matthew Richlovsky | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/27/2024 notice and subpoena* |
| 01/16/2025 | Non-Party Matthew Richlovsky | 6:30 a.m. PT<br>9:30 a.m. ET<br>Baker Hostetler - Cleveland<br>In-person/Remote | Defendant Charles E. Jones<br>*09/27/2024 notice and subpoena* |

**February 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

**March 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 03/26/2025 | Non-Party Charles "Chuck" Moore | 6:30 a.m. PT<br>9:30 a.m. ET<br>Jones Day - Detroit<br>In-person/Remote | Defendant Donald Schneider<br>*10/07/2024 notice and subpoena* |
| 03/27/2025 | Non-Party Charles "Chuck" Moore | 6:30 a.m. PT<br>9:30 a.m. ET<br>Jones Day - Detroit<br>In-person/Remote | Defendant Donald Schneider<br>*10/07/2024 notice and subpoena* |

**B.     Noticed Depositions with No Date Set/Target Period**

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Defendant Donald Misheff | TBD | Defendant Charles E. Jones<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Defendant Donald R. Schneider | TBD | Defendant Charles E. Jones<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Defendant Leila L. Vespoli | TBD | Defendant Charles E. Jones<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Defendant Robert P. Reffner | TBD | Defendant Michael J. Dowling<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Non-Party Allspring Global Investments LLC/Wells Capital Management Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party BlackRock Institutional Trust Company | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |

4865-6404-7615.v1

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Non-Party Boston Partners/BNY Mellon Asset Management North America Corp. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Bowling Portfolio Management LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Corient Holdings Inc. | TBD | Defendant FirstEnergy Corp. *10/29/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party Ebony Yeboah Amankwah | TBD | Defendant Michael J. Dowling *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Federated Hermes, Inc. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Intech Investment Management LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Josh Rubin | TBD | Defendants Charles E. Jones and Michael Dowling *10/29/2024 email* |
| No Date Set No Target Period | Non-Party J.P. Morgan Investment Management Inc. | TBD | Defendant FirstEnergy Corp. *10/11/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Justin Biltz | TBD | Defendants Michael J. Dowling and Charles E. Jones *amended notice and subpoena forthcoming* |

- 5 -

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Non-Party Loomis, Sayles & Company, L.P. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Matthew Brakey | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Pacific Investment Management Company LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Pugh Capital Management, Inc. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party RREEF America L.L.C. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Santino Fanelli | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party State Street Global Advisors Inc. | TBD | Defendant FirstEnergy Corp. *11/07/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party Steven Staub | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party The Bank of New York Mellon Corp. | TBD | Defendant FirstEnergy Corp. *11/04/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party Twin Capital Management LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |

- 6 -

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Non-Party Western Asset Management Company | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |

Dated: November 26, 2024

Respectfully submitted,

| | |
|---|---|
| s/ Joseph F. Murray | s/ Paul J. Schumacher (with permission) |
| Joseph F. Murray, Trial Attorney (0063373) | Paul J. Schumacher, Trial Attorney (0014370) |
| MURRAY MURPHY MOUL + BASIL LLP | DICKIE, MCCAMEY & CHILCOTE, P.C. |
| 1114 Dublin Road | 600 Superior Avenue East |
| Columbus, OH  43215 | Fifth Third Center, Suite 2330 |
| Telephone:  614/488-0400 | Cleveland, OH  44114 |
| 614/488-0401 (fax) | Telephone:  216/ 685-1827 |
| murray@mmmb.com | pschumacher@dmclaw.com |

*Liaison Counsel*

- 7 -

| | |
|---|---|
| Darren J. Robbins (*pro hac vice*) <br> Mark Solomon (*pro hac vice*) <br> Rachel A. Cocalis (*pro hac vice*) <br> ROBBINS GELLER RUDMAN <br>   &amp; DOWD LLP <br> 655 West Broadway, Suite 1900 <br> San Diego, CA 92101 <br> Telephone: 619/231-1058 <br> 619/231-7423 (fax) <br> darrenr@rgrdlaw.com <br> marks@rgrdlaw.com <br> rcocalis@rgrdlaw.com <br><br> *Class Counsel* | Richard J. Silk, Jr. <br> DICKIE, MCCAMEY & CHILCOTE, P.C. <br> 10 W. Broad Street, Suite 1950 <br> Columbus, OH 43215 <br> Telephone: 614/ 258-6000 <br> rsilk@dmclaw.com <br><br> Robert J. Giuffra, Jr. (*pro hac vice*) <br> Sharon L. Nelles (*pro hac vice*) <br> David M.J. Rein (*pro hac vice*) <br> Beth D. Newton (*pro hac vice*) <br> Hilary M. Williams (*pro hac vice*) <br> Nicholas F. Menillo (*pro hac vice*) <br> SULLIVAN & CROMWELL LLP <br> 125 Broad Street <br> New York, NY 10004 <br> Telephone: 212/558-4000 <br> 212/558-3588 (fax) <br> giuffrar@sullcrom.com <br> nelless@sullcrom.com <br> reind@sullcrom.com <br> newtonb@sullcrom.com <br> williamsh@sullcrom.com <br> menillon@sullcrom.com <br><br> Kamil R. Shields (*pro hac vice*) <br> SULLIVAN & CROMWELL LLP <br> 1700 New York Ave., N.W., Suite 700 <br> Washington, DC 20006 <br> Telephone: 202/956-7040 <br> 202/293-6330 (fax) <br> shieldska@sullcrom.com <br><br> *Attorneys for Defendant FirstEnergy Corp.* |
| s/ Carole S. Rendon (with permission) <br> Carole S. Rendon, Trial Attorney (0070345) <br> Douglas L. Shively (0094065) <br> Daniel R. Warren (0054595) <br> Rachael L. Israel (0072772) <br> Jeremy Steven Dunnaback (0098129) <br> BAKER & HOSTETLER LLP <br> Key Tower, 127 Public Square, Suite 2000 <br> Cleveland, OH 44114 <br> Telephone: 216/621-0200 <br> 216/696-0740 (fax) | s/ Geoffrey J. Ritts (with permission) <br><br> Geoffrey J. Ritts (0062603) <br> Robert S. Faxon (0059678) <br> Corey A. Lee (0099866) <br> Adrienne F. Mueller (0076332) <br> JONES DAY <br> North Point <br> 901 Lakeside Avenue <br> Cleveland, OH 44114-1190 <br> Telephone: 216/586-3939 |

4865-6404-7615.v1

crendon@bakerlaw.com
dshively@bakerlaw.com
dwarren@bakerlaw.com
risrael@bakerlaw.com
jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: 614-228-1541
614-462-2616 (fax)
alin@bakerlaw.com

George A. Stamboulidis (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212/589-4211
212/589-4201 (fax)
gstamboulidis@bakerlaw.corn

William S. Scherman (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Telephone: 202/639.6500
202/639.6604 (fax)
wscherman@velaw.com

*Attorneys for Defendant Charles E. Jones*

216/579-0212 (fax)
gjritts@jonesday.com
rfaxon@jonesday.com
calee@jonesday.com
afmueller@jonesday.com

Marjorie P. Duffy (0083452)
M. Ryan Harmanis (0093642)
Shalini B. Goyal (0093642)
Elizabeth A. Benshoff (0098080)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: 614/469-3939
614/461-4198 (fax)
mpduffy@jonesday.com
rharmanis@jonesday.com
sgoyal@jonesday.com
ebenshoff@jonesday.com

Jordan M. Walsh (*pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: 412/391-3939
412/394-7959 (fax)
jmwalsh@jonesday.com

*Attorneys for Defendants Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

- 8 -

4865-6404-7615.v1

| | |
|---|---|
| s/ Douglas M. Mansfield (with permission) | s/ John F. McCaffrey (with permission) |
| Douglas M. Mansfield (0063443) | John F. McCaffrey (0039486) |
| LAPE MANSFIELD NAKASIAN | John A. Favret (0080427) |
|   & GIBSON, LLC | Hannah M. Smith (0090870) |
| 9980 Brewster Lane, Suite 150 | TUCKER ELLIS LLP |
| Powell, OH 43065 | 950 Main Avenue, Suite 1100 |
| Telephone: 614/763-2316 | Cleveland, OH 44113 |
| 614/467-3704 (fax) | Telephone: 216/592-5000 |
| dmansfield@lmng-law.com | 216/592-5009 (fax) |
| | john.mccaffrey@tuckerellis.com |
| | john.favret@tuckerellis.com |
| | hannah.smith@tuckerellis.com |
| | |
| Michael L. Kichline (*pro hac vice*) | Dan K. Webb (*pro hac vice*) |
| Eric W. Sitarchuk (*pro hac vice*) | Steve Grimes (*pro hac vice*) |
| Laura H. McNally (*pro hac vice*) | A. Matthew Durkin (*pro hac vice*) |
| Emily S. Kimmelman (*pro hac vice*) | WINSTON & STRAWN, LLP |
| Karen Pieslak Pohlmann (*pro hac vice*) | 35 W. Wacker Drive |
| MORGAN, LEWIS & BOCKIUS LLP | Chicago, IL 60601 |
| 2222 Market Street | Telephone: 312/558-5600 |
| Philadelphia, PA 19103-3007 | 312/558-5700 (fax) |
| Telephone: 215/963-5000 | sgrimes@winston.com |
| 215/963-5001 (fax) | dwebb@winston.com |
| michael.kichline@morganlewis.com | mdurkin@winston.com |
| laura.mcnally@morganlewis.com | |
| emily.kimmelman@morganlewis.com | *Attorneys for Defendant Michael J. Dowling* |
| karen.pohlmann@morganlewis.com | |
| | |
| *Attorneys for Defendant Dennis M. Chack* | |

| | |
|---|---|
| s/ Brian P. O'Connor (with permission) | s/ Derek P. Hartman (with permission) |
| Brian P. O'Connor (0086646) | Derek P. Hartman (0087869) |
| SANTEN & HUGHES | CAVITCH FAMILO |
| 600 Vine Street, Suite 2700 |   & DURKIN CO., L.P.A |
| Cincinnati, OH 45202 | 1300 East Ninth Street, 20th Floor |
| Telephone: 513/721-4450 | Cleveland, OH 44114 |
| 513/852-5994 (fax) | Telephone: 216/621-7860 |
| bpo@santenhughes.com | dhartman@cavitch.com |

- 9 -

4865-6404-7615.v1

| | |
|---|---|
| Preston Burton (*pro hac vice*)<br>Adam Miller (*pro hac vice*)<br>Jill Winter (*pro hac vice*)<br>Whitney Alcorn (*pro hac vice*)<br>ORRICK, HERRINGTON<br>  & SUTCLIFFE LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC  20037<br>Telephone:  202/349-8000<br>202/349-8080 (fax)<br>pburton@orrick.com<br>adam.miller@orrick.com<br>jwinter@orrick.com<br>whitney.busch@orrick.com<br><br>*Attorneys for Defendant Donald R. Schneider* | David L. Axelrod (*pro hac vice*)<br>M. Norman Goldberger (*pro hac vice*)<br>Laura E. Krabill (*pro hac vice*)<br>Hannah L. Welsh (*pro hac vice*)<br>Erin K. Fountaine (*pro hac vice*)<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103-7599<br>Telephone:  215/665-8500<br>215/864-8999 (fax)<br>axelrodd@ballardspahr.com<br>goldbergerm@ballardspahr.com<br>krabilll@ballardspahr.com<br>welshh@ballardspahr.com<br>fountainee@ballardspahr.com<br><br>*Attorneys for Defendant James F. Pearson* |
| s/ James E. Arnold (with permission)<br><br>James E. Arnold (0037712)<br>Gerhardt A. Gosnell II (0064919)<br>ARNOLD & CLIFFORD LLP<br>115 W. Main St., Fourth Floor<br>Columbus, OH  43215<br>Telephone:  614/460-1600<br>614/469-1093 (fax)<br>jarnold@arnlaw.com<br>ggosnell@arnlaw.com<br><br>Veronica E. Callahan (*pro hac vice*)<br>Aaron F. Miner (*pro hac vice*)<br>Yiqing Shi (*pro hac vice*)<br>ARNOLD & PORTER KAYE<br>  SCHOLER LLP<br>250 West 55th Street<br>New York, NY  10019-9710<br>Telephone:  212/836-8000<br>212/836-8689 (fax)<br>aaron.miner@arnoldporter.com<br>veronica.callahan@arnoldporter.com<br>yiqing.shi@arnoldporter.com<br><br>*Attorneys for Defendant Leila L. Vespoli* | s/ John C. Fairweather (with permission)<br><br>John C. Fairweather (0018216)<br>Lisa S. DelGrosso (0064938)<br>ROETZEL & ANDRESS, LPA<br>222 South Main Street, Suite 400<br>Akron, OH 44308<br>Telephone:  330/376-2700<br>330/376-4577 (fax)<br>jfairweather@ralaw.com<br>ldelgrosso@ralaw.com<br><br>Stephen S. Scholes (*pro hac vice*)<br>Paul M.G. Helms (*pro hac vice*)<br>Emilie E. O'Toole (*pro hac vice*)<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street<br>Chicago, IL  60606-0029<br>Telephone:  312/372-2000<br>312/984-7700 (fax)<br>sscholes@mwe.com<br>phelms@mwe.com<br>eotoole@mwe.com<br><br><br><br>*Attorneys for Defendant Robert P. Reffner* |

- 10 -

| | |
|---|---|
| s/ Andrew P. Guran (with permission) | s/ Robert W. Trafford (with permission) |
| Andrew P. Guran (0090649)<br>VORYS, SATER, SEYMOUR<br> & PEASE LLP<br>50 South Main Street, Suite 1200<br>Akron, OH  44308-1471<br>Telephone:  330/208-1000<br>330/208-1001 (fax)<br>apguran@vorys.com | Robert W. Trafford, Trial Attorney (0040270)<br>David S. Bloomfield, Jr. (0068158)<br>PORTER, WRIGHT, MORRIS<br> & ARTHUR LLP<br>41 South High Street, Suite 2900<br>Columbus, OH  43215-6194<br>Telephone:  614/227-2000<br>614/227-2100 (fax)<br>rtrafford@porterwright.com<br>dbloomfield@porterwright.com |
| Victor A. Walton, Jr. (0055241)<br>Joseph M. Brunner (0085485)<br>VORYS, SATER, SEYMOUR<br> & PEASE LLP<br>301 East Fourth Street, Suite 3500<br>Great American Tower<br>Cincinnati, OH  45202<br>Telephone:  513/723-4000<br>513/723-4056 (fax)<br>vawalton@vorys.corn<br>jmbrunner@vorys.com | Brian S. Weinstein (*pro hac vice*)<br>Eric M. Kim (*pro hac vice*)<br>Joshua N. Shinbrot (*pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Telephone:  202/450-4000<br>brian.weinstein@davispolk.com<br>eric.kim@davispolk.com<br>joshua.shinbrot@davispolk.com |
| Emily J. Taft (0098037)<br>VORYS, SATER, SEYMOUR<br> & PEASE LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216-1008<br>Telephone:  614/464-5432<br> 614/ 464-5432 (fax)<br>ejtaft@vorys.com<br><br>*Attorneys for Defendant John Judge* | *Attorneys for the Underwriter Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc.* |

s/ Matthew L. Fornshell (with permission)
Matthew L. Fornshell, Trial Attorney (0062101)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
Telephone:  614/ 462-2700
614/ 462-5135 (fax)
matthew.fornshell@icemiller.com

Steven E. Fineman (*pro hac vice*)
Daniel P. Chiplock (*pro hac vice*)
Michael J. Miarmi (*pro hac vice*)
John T. Nicolaou (*pro hac vice*)
Gabriel A. Panek (*pro hac vice*)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212/355-9500
(212) 355-9592 (fax)
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
jnicolaou@lchb.com
gpanek@lchb.com

Richard M. Heimann (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
rheimann@lchb.com
bleppla@lchb.com
msheen@lchb.com

*Attorneys for Opt-Out Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on November 26, 2024.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ Joseph F. Murray<br>
Joseph F. Murray (0063373)

4865-6404-7615.v1