UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) | No. 2:20-cv-03785-ALM-KAJ |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | Judge Algenon L. Marbley |
| ALL ACTIONS. | ) ) ) | Magistrate Judge Kimberly A. Jolson |

JOINT WEEKLY DEPOSITION STATUS REPORT

I. **DEPOSITIONS**

    A. **Noticed and Scheduled Depositions**

**December 2024**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

**January 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 01/09/2025 | Non-Party Laura Campos | 7:00 a.m. PT<br>10:00 a.m. ET<br>Robbins Geller -<br>420 Lexington Ave.<br>Suite 1832<br>New York, NY 10170<br>In-person/Remote | Plaintiffs[1]<br>*09/30/2024 amended notice and amended subpoena* |
| 01/10/2025 | Non-Party Laura Campos | 7:00 a.m. PT<br>10:00 a.m. ET<br>Robbins Geller -<br>420 Lexington Ave.<br>Suite 1832<br>New York, NY 10170<br>In-person/Remote | Plaintiffs<br>*09/30/2024 amended notice and amended subpoena* |

---

[1] Plaintiffs are Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs").

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 01/13/2025 | Non-Party Bradley Bingaman | 6:30 a.m. PT 9:30 a.m. ET The Central Hotel Harrisburg 800 East Park Drive Harrisburg, PA 17111 In-person/Remote | Defendants Michael J. Dowling and Charles E. Jones *09/12/2024 amended notice and subpoena* |
| 01/14/2025 | Non-Party Bradley Bingaman | 6:30 a.m. PT 9:30 a.m. ET The Central Hotel Harrisburg 800 East Park Drive Harrisburg, PA 17111 In-person/Remote | Defendants Michael J. Dowling and Charles E. Jones *09/12/2024 amended notice and subpoena* |
| 01/15/2025 | Non-Party Matthew Richlovsky | 6:30 a.m. PT 9:30 a.m. ET Baker Hostetler - Cleveland In-person/Remote | Defendant Charles E. Jones *09/27/2024 notice and subpoena* |
| 01/16/2025 | Non-Party Matthew Richlovsky | 6:30 a.m. PT 9:30 a.m. ET Baker Hostetler - Cleveland In-person/Remote | Defendant Charles E. Jones *09/27/2024 notice and subpoena* |

**February 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

**March 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 03/26/2025 | Non-Party Charles "Chuck" Moore | 6:30 a.m. PT 9:30 a.m. ET Jones Day - Detroit In-person/Remote | Defendant Donald Schneider *10/07/2024 notice and subpoena* |

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 03/27/2025 | Non-Party Charles "Chuck" Moore | 6:30 a.m. PT<br>9:30 a.m. ET<br>Jones Day - Detroit<br>In-person/Remote | Defendant Donald Schneider<br>*10/07/2024 notice and subpoena* |

B. **Noticed Depositions with No Date Set/Target Period**

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Defendant Donald Misheff | TBD | Defendant Charles E. Jones<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Defendant Donald R. Schneider | TBD | Defendant Charles E. Jones<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Defendant Leila L. Vespoli | TBD | Defendant Charles E. Jones<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Defendant Robert P. Reffner | TBD | Defendant Michael J. Dowling<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Non-Party Allspring Global Investments LLC/Wells Capital Management Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party BlackRock Institutional Trust Company | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Boston Partners/BNY Mellon Asset Management North America Corp. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Bowling Portfolio Management LLC | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |

- 3 -

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Non-Party Corient Holdings Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/29/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Ebony Yeboah Amankwah | TBD | Defendant Michael J. Dowling<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party Federated Hermes, Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Intech Investment Management LLC | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Invesco Ltd. | TBD | Defendant FirstEnergy Corp.<br>*11/27/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Josh Rubin | TBD | Defendants Charles E. Jones and Michael Dowling<br>*10/29/2024 email* |
| No Date Set<br>No Target Period | Non-Party J.P. Morgan Investment Management Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/11/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Justin Biltz | TBD | Defendants Michael J. Dowling and Charles E. Jones<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party Loomis, Sayles & Company, L.P. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |

- 4 -

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Non-Party Matthew Brakey | TBD | Defendant Charles E. Jones<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party Pacific Investment Management Company LLC | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Pugh Capital Management, Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party PGIM Quantitative Solutions LLC (f/k/a QMA, LLC) | TBD | Defendant FirstEnergy Corp.<br>*11/27/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party RREEF America L.L.C. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Santino Fanelli | TBD | Defendant Charles E. Jones<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party State Street Global Advisors Inc. | TBD | Defendant FirstEnergy Corp.<br>*11/07/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Steven Staub | TBD | Defendant Charles E. Jones<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party The Bank of New York Mellon Corp. | TBD | Defendant FirstEnergy Corp.<br>*11/04/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Twin Capital Management LLC | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Non-Party Western Asset Management Company | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |

Dated: December 3, 2024

Respectfully submitted,

| | |
|---|---|
| s/ Joseph F. Murray | s/ Paul J. Schumacher (with permission) |
| Joseph F. Murray, Trial Attorney (0063373) | Paul J. Schumacher, Trial Attorney (0014370) |
| MURRAY MURPHY MOUL + BASIL LLP | DICKIE, MCCAMEY & CHILCOTE, P.C. |
| 1114 Dublin Road | 600 Superior Avenue East |
| Columbus, OH 43215 | Fifth Third Center, Suite 2330 |
| Telephone: 614/488-0400 | Cleveland, OH 44114 |
| 614/488-0401 (fax) | Telephone: 216/ 685-1827 |
| murray@mmmb.com | pschumacher@dmclaw.com |

*Liaison Counsel*

- 6 -

Darren J. Robbins (*pro hac vice*)
Mark Solomon (*pro hac vice*)
Rachel A. Cocalis (*pro hac vice*)
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com
rcocalis@rgrdlaw.com

*Class Counsel*

Richard J. Silk, Jr.
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, OH  43215
Telephone:  614/ 258-6000
rsilk@dmclaw.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  212/558-4000
212/558-3588 (fax)
giuffrar@sullcrom.com
nelless@sullcrom.com
reind@sullcrom.com
newtonb@sullcrom.com
williamsh@sullcrom.com
menillon@sullcrom.com

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W., Suite 700
Washington, DC  20006
Telephone:  202/956-7040
202/293-6330 (fax)
shieldska@sullcrom.com

*Attorneys for Defendant FirstEnergy Corp.*

s/ Carole S. Rendon (with permission)
---
Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Rachael L. Israel (0072772)
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH  44114
Telephone:  216/621-0200
216/696-0740 (fax)

s/ Geoffrey J. Ritts (with permission)
---
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Adrienne F. Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  216/586-3939

- 7 -

crendon@bakerlaw.com
dshively@bakerlaw.com
dwarren@bakerlaw.com
risrael@bakerlaw.com
jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: 614-228-1541
614-462-2616 (fax)
alin@bakerlaw.com

George A. Stamboulidis (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212/589-4211
212/589-4201 (fax)
gstamboulidis@bakerlaw.corn

William S. Scherman (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Telephone: 202/639.6500
202/639.6604 (fax)
wscherman@velaw.com

*Attorneys for Defendant Charles E. Jones*

216/579-0212 (fax)
gjritts@jonesday.com
rfaxon@jonesday.com
calee@jonesday.com
afmueller@jonesday.com

Marjorie P. Duffy (0083452)
M. Ryan Harmanis (0093642)
Shalini B. Goyal (0093642)
Elizabeth A. Benshoff (0098080)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH  43215
Telephone: 614/469-3939
614/461-4198 (fax)
mpduffy@jonesday.com
rharmanis@jonesday.com
sgoyal@jonesday.com
ebenshoff@jonesday.com

Jordan M. Walsh (*pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
Telephone: 412/391-3939
412/394-7959 (fax)
jmwalsh@jonesday.com

*Attorneys for Defendants Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN
  & GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH  43065
Telephone:  614/763-2316
614/467-3704 (fax)
dmansfield@lmng-law.com

Michael L. Kichline (*pro hac vice*)
Eric W. Sitarchuk (*pro hac vice*)
Laura H. McNally (*pro hac vice*)
Emily S. Kimmelman (*pro hac vice*)
Karen Pieslak Pohlmann (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone:  215/963-5000
215/963-5001 (fax)
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com
emily.kimmelman@morganlewis.com
karen.pohlmann@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*

s/ Brian P. O'Connor (with permission)
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, OH  45202
Telephone:  513/721-4450
513/852-5994 (fax)
bpo@santenhughes.com

s/ John F. McCaffrey (with permission)
 John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113
Telephone:  216/592-5000
216/592-5009 (fax)
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com
hannah.smith@tuckerellis.com

Dan K. Webb (*pro hac vice*)
Steve Grimes (*pro hac vice*)
A. Matthew Durkin (*pro hac vice*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL  60601
Telephone:  312/558-5600
312/558-5700 (fax)
sgrimes@winston.com
dwebb@winston.com
mdurkin@winston.com

*Attorneys for Defendant Michael J. Dowling*

s/ Derek P. Hartman (with permission)
Derek P. Hartman (0087869)
CAVITCH FAMILO
  & DURKIN CO., L.P.A
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Telephone:  216/621-7860
dhartman@cavitch.com

4923-1307-0595.v1

| | |
|---|---|
| Preston Burton (*pro hac vice*)<br>Adam Miller (*pro hac vice*)<br>Jill Winter (*pro hac vice*)<br>Whitney Alcorn (*pro hac vice*)<br>ORRICK, HERRINGTON<br>  & SUTCLIFFE LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC  20037<br>Telephone:  202/349-8000<br>202/349-8080 (fax)<br>pburton@orrick.com<br>adam.miller@orrick.com<br>jwinter@orrick.com<br>whitney.busch@orrick.com<br><br>*Attorneys for Defendant Donald R. Schneider* | David L. Axelrod (*pro hac vice*)<br>M. Norman Goldberger (*pro hac vice*)<br>Laura E. Krabill (*pro hac vice*)<br>Hannah L. Welsh (*pro hac vice*)<br>Erin K. Fountaine (*pro hac vice*)<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103-7599<br>Telephone:  215/665-8500<br>215/864-8999 (fax)<br>axelrodd@ballardspahr.com<br>goldbergerm@ballardspahr.com<br>krabilll@ballardspahr.com<br>welshh@ballardspahr.com<br>fountainee@ballardspahr.com<br><br>*Attorneys for Defendant James F. Pearson* |
| s/ James E. Arnold (with permission)<br><br>James E. Arnold (0037712)<br>Gerhardt A. Gosnell II (0064919)<br>ARNOLD & CLIFFORD LLP<br>115 W. Main St., Fourth Floor<br>Columbus, OH  43215<br>Telephone:  614/460-1600<br>614/469-1093 (fax)<br>jarnold@arnlaw.com<br>ggosnell@arnlaw.com<br><br>Veronica E. Callahan (*pro hac vice*)<br>Aaron F. Miner (*pro hac vice*)<br>Yiqing Shi (*pro hac vice*)<br>ARNOLD & PORTER KAYE<br>  SCHOLER LLP<br>250 West 55th Street<br>New York, NY  10019-9710<br>Telephone:  212/836-8000<br>212/836-8689 (fax)<br>aaron.miner@arnoldporter.com<br>veronica.callahan@arnoldporter.com<br>yiqing.shi@arnoldporter.com<br><br>*Attorneys for Defendant Leila L. Vespoli* | s/ John C. Fairweather (with permission)<br>John C. Fairweather (0018216)<br>Lisa S. DelGrosso (0064938)<br>ROETZEL & ANDRESS, LPA<br>222 South Main Street, Suite 400<br>Akron, OH  44308<br>Telephone:  330/376-2700<br>330/376-4577 (fax)<br>jfairweather@ralaw.com<br>ldelgrosso@ralaw.com<br><br>Stephen S. Scholes (*pro hac vice*)<br>Paul M.G. Helms (*pro hac vice*)<br>Emilie E. O'Toole (*pro hac vice*)<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street<br>Chicago, IL  60606-0029<br>Telephone:  312/372-2000<br>312/984-7700 (fax)<br>sscholes@mwe.com<br>phelms@mwe.com<br>eotoole@mwe.com<br><br>*Attorneys for Defendant Robert P. Reffner* |

| | |
|---|---|
| s/ Andrew P. Guran (with permission) | s/ Robert W. Trafford (with permission) |
| Andrew P. Guran (0090649)<br>VORYS, SATER, SEYMOUR<br>  & PEASE LLP<br>50 South Main Street, Suite 1200<br>Akron, OH  44308-1471<br>Telephone:  330/208-1000<br>330/208-1001 (fax)<br>apguran@vorys.com | Robert W. Trafford, Trial Attorney (0040270)<br>David S. Bloomfield, Jr. (0068158)<br>PORTER, WRIGHT, MORRIS<br>  & ARTHUR LLP<br>41 South High Street, Suite 2900<br>Columbus, OH  43215-6194<br>Telephone:  614/227-2000<br>614/227-2100 (fax)<br>rtrafford@porterwright.com<br>dbloomfield@porterwright.com |
| Victor A. Walton, Jr. (0055241)<br>Joseph M. Brunner (0085485)<br>VORYS, SATER, SEYMOUR<br>  & PEASE LLP<br>301 East Fourth Street, Suite 3500<br>Great American Tower<br>Cincinnati, OH  45202<br>Telephone:  513/723-4000<br>513/723-4056 (fax)<br>vawalton@vorys.corn<br>jmbrunner@vorys.com | Brian S. Weinstein (*pro hac vice*)<br>Eric M. Kim (*pro hac vice*)<br>Joshua N. Shinbrot (*pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Telephone:  202/450-4000<br>brian.weinstein@davispolk.com<br>eric.kim@davispolk.com<br>joshua.shinbrot@davispolk.com |
| Emily J. Taft (0098037)<br>VORYS, SATER, SEYMOUR<br>  & PEASE LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216-1008<br>Telephone:  614/464-5432<br> 614/ 464-5432 (fax)<br>ejtaft@vorys.com<br><br>*Attorneys for Defendant John Judge* | *Attorneys for the Underwriter Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc.* |

s/ Matthew L. Fornshell (with permission)
Matthew L. Fornshell, Trial Attorney (0062101)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
Telephone:  614/ 462-2700
614/ 462-5135 (fax)
matthew.fornshell@icemiller.com

Steven E. Fineman (*pro hac vice*)
Daniel P. Chiplock (*pro hac vice*)
Michael J. Miarmi (*pro hac vice*)
John T. Nicolaou (*pro hac vice*)
Gabriel A. Panek (*pro hac vice*)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212/355-9500
(212) 355-9592 (fax)
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
jnicolaou@lchb.com
gpanek@lchb.com

Richard M. Heimann (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
rheimann@lchb.com
bleppla@lchb.com
msheen@lchb.com

*Attorneys for Opt-Out Plaintiffs*

- 12 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically on December 3, 2024. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      s/ Joseph F. Murray
                                      Joseph F. Murray (0063373)