IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,

This document relates to:             Civil Action 2:20-cv-3785
                                            District Judge Algenon L. Marbley
     ALL ACTIONS.                       Magistrate Judge Jolson

## DEFICIENCY ORDER

Before the Court is Attorney Emily Kimmelman Wheeling's Notice of Withdrawal of Appearance (Doc. 758). Attorney Wheeling seeks to withdraw from this action as counsel for Defendant Dennis Chack. (*Id.*). Yet under this District's Local Rules, counsel must obtain the Court's leave to withdraw from a pending case. *See* S.D. Ohio Civ. R. 83.4(b) (requiring motions to withdraw). Further, Attorney Wheeling's filing does not say whether notice of the withdrawal was provided to Defendant Chack. *See id.*

As such, Attorney Wheeling is **ORDERED** to file a motion to withdraw that is compliant with Local Rule 83.4(b) **within seven (7) days of the date of this Order**.

IT IS SO ORDERED.

Date: February 14, 2025                        /s/ Kimberly A. Jolson
                                                                    KIMBERLY A. JOLSON
                                                                    UNITED STATES MAGISTRATE JUDGE