# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) Case No. 2:20-cv-03785-ALM-KAJ )  ) <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS | ) ) Judge Algenon L. Marbley ) Magistrate Judge Kimberly A. Jolson ) Special Master Shawn K. Judge ) |

**DEFENDANT FIRSTENERGY CORP.'S DEPOSITION STATUS REPORT**

I. **DEPOSITIONS**

A. **Noticed and Scheduled Depositions**

**January 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 01/09/2025 | Non-Party Laura Campos | 7:00 a.m. PT 10:00 a.m. ET Robbins Geller - 420 Lexington Ave. Suite 1832 New York, NY 10170 In-person/Remote | Plaintiffs[1] *09/30/2024 amended notice and amended subpoena* |

**February 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 02/27/2025 | Non-Party Twin Capital Management LLC (Geoff Gerber) | 6:30 a.m. PT 9:30 a.m. ET Dickie, McCamey & Chilcote 4 Gateway Center 444 Liberty Avenue Suite 1000 Pittsburgh, PA 15222 In-person/Remote | Defendant FirstEnergy Corp. *02/10/2025 notice and amended subpoena* |

---

[1] Plaintiffs are Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs").

-2-

**March 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

**April 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 04/01/2025 | Non-Party Intech Investment Management LLC | 6:30 a.m. PT 9:30 a.m. ET Veritext 1400 Centrepark Blvd, Ste. 605, West Palm Beach, FL 33401 In-person/Remote | Defendant FirstEnergy Corp. *02/28/2024 amended notice and subpoena* |
| 04/23/2025 | Non-Party PGIM Quantitative Solutions LLC (f/k/a QMA, LLC) | 6:30 a.m. PT 9:30 a.m. ET Veritext 290 W. Mount Pleasant Ave Ste. 3200 Livingston, NJ 07039 In-person/Remote | Defendant FirstEnergy Corp. *03/28/2025 notice and amended subpoena* |

B. **Noticed Depositions with No Date Set/Target Period**

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Defendant Donald Misheff | TBD | Defendant Charles E. Jones *amended notice forthcoming* |
| No Date Set No Target Period | Defendant Donald R. Schneider | TBD | Defendant Charles E. Jones *amended notice forthcoming* |
| No Date Set No Target Period | Defendant Leila L. Vespoli | TBD | Defendant Charles E. Jones *amended notice forthcoming* |
| No Date Set No Target Period | Defendant Robert P. Reffner | TBD | Defendant Michael J. Dowling *amended notice forthcoming* |
| No Date Set No Target Period | Non-Party Allspring Global Investments LLC/Wells Capital Management Inc. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party BlackRock Institutional Trust Company | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Boston Partners/BNY Mellon Asset Management North America Corp. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Bowling Portfolio Management LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Bradley Bingaman | TBD | Defendants Michael J. Dowling and Charles E. Jones *amended notice and subpoena forthcoming* |

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Non-Party Capital Alpha Partners | TBD | Defendant FirstEnergy Corp.<br>*02/10/2025 notice and subpoena* |
| No Date Set[2]<br>No Target Period | Non-Party Charles "Chuck" Moore | TBD | Defendant Donald Schneider<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Non-Party Clearview Energy Partners, LLC | TBD | Defendant FirstEnergy Corp.<br>*02/10/2025 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Corient Holdings Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/29/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Ebony Yeboah Amankwah | TBD | Defendant Michael J. Dowling<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party Federated Hermes, Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Glenrock Associates LLC | TBD | Defendant FirstEnergy Corp.<br>*02/10/2025 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Invesco Ltd. | TBD | Defendant FirstEnergy Corp.<br>*1/30/2025 served notice and subpoena* |

---

[2] As noted in Plaintiffs' Weekly Deposition Status Report, "During the Parties' April 8, 2025 meet-and-confer, Plaintiffs consented to scheduling Charles Moore's deposition at a later date (due to ongoing document disputes) even if Defendants have already exhausted their 23 non-party deposition limit at that time." (*See* ECF No. 775 at PageID 17776.)

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>Target Period:<br>April 11, 2025 – May 02, 2025 | ~~Non-~~Party Jonathan Grabel[3] | TBD | Defendant FirstEnergy Corp.<br>*03/21/2025 served notice* |
| No Date Set<br>No Target Period | Non-Party Josh Rubin | TBD | Defendants Charles E. Jones and Michael Dowling<br>*10/29/2024 email* |
| No Date Set<br>No Target Period | Non-Party J.P. Morgan Investment Management Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/11/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Justin Biltz | TBD | Defendants Michael J. Dowling and Charles E. Jones<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party Loomis, Sayles & Company, L.P. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Matthew Brakey | TBD | Defendant Charles E. Jones<br>*amended notice and subpoena forthcoming* |

---

[3] Under applicable case law, although Mr. Grabel is not a Named Plaintiff, his deposition is a "party" deposition under Federal Rule of Civil Procedure 30, as opposed to a "non-party" deposition, because he is a current officer of Lead Plaintiff Los Angeles County Employees Retirement Association ("LACERA")—Mr. Grabel is LACERA's Chief Investment Officer and is a member of LACERA's Executive Team. *See Garcia* v. *Serv. Emps. Int'l Union*, 2018 WL 10721077, at *1 (D. Nev. Sept. 21, 2018) ("In the context of a corporate party, a natural person is deemed a party for Rule 30(b)(1) notice purposes if that person is the party's officer, director, or managing agent."); *E.E.O.C.* v. *Honda of Amer. Mfg., Inc.*, 2007 WL 682088, at *2 (S.D. Ohio Feb. 28, 2007) (a deponent is a non-party if "the witness is not an officer, director, or managing agent of a corporate opponent."). Accordingly, on March 21, 2025, FirstEnergy noticed his deposition as a party deposition pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, as opposed to issuing a non-party subpoena pursuant to Rule 45. Plaintiffs have challenged the designation of Mr. Grabel as a "party" for deposition purposes. On April 8, 2025, Plaintiffs informed FirstEnergy that they would be filing their own weekly deposition status report until the Special Master decides this dispute, necessitating the filing of this separate deposition status report.

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Non-Party Matthew Richlovsky | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Newton Investment Management North America, LLC | TBD | Defendant FirstEnergy Corp. *12/05/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Pacific Investment Management Company LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Pugh Capital Management, Inc. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party RREEF America L.L.C. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Santino Fanelli | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party State Street Global Advisors Inc. | TBD | Defendant FirstEnergy Corp. *11/07/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party State Street Bank and Trust Company | TBD | Defendant FirstEnergy Corp. *03/10/2025 served notice and subpoena* |
| No Date Set No Target Period | Non-Party Steven Staub | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party The Bank of New York Mellon Corp. | TBD | Defendant FirstEnergy Corp. *11/04/2024 served notice and subpoena* |

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Non-Party Wells Fargo Clearing Services, LLC | TBD | Defendant FirstEnergy Corp.<br>*12/20/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Western Asset Management Company | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |

Dated:  April 8, 2025

Respectfully submitted,

/s/ *Paul J. Schumacher*
Paul J. Schumacher, Trial Attorney (0014370)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, OH 44114
Telephone: 216/ 685-1827
pschumacher@dmclaw.com

Richard J. Silk, Jr.
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, OH 43215
Telephone: 614/ 258-6000
rsilk@dmclaw.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: 212/558-4000
212/558-3588 (fax)
giuffrar@sullcrom.com

nelless@sullcrom.com
reind@sullcrom.com
newtonb@sullcrom.com
menillon@sullcrom.com
williamsh@sullcrom.com

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W., Suite 700
Washington, DC 20006
Telephone: 202/956-7040
202/293-6330 (fax)
shieldska@sullcrom.com

*Attorneys for Defendant FirstEnergy Corp.*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on April 8, 2025.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Paul J. Schumacher*
Paul J. Schumacher (0014370)

*Counsel for Defendant FirstEnergy Corp.*