Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF OHIO

3                   EASTERN DIVISION

4                      *   *   *

5    IN RE:  FIRSTENERGY CORP.,       CIVIL ACTION NO.

6          SECURITIES LITIGATION        2:20-cv-3785

7                      *   *   *

8    THIS DOCUMENT RELATES TO:

9    ALL ACTIONS.

10                     *   *   *

11             STATUS CONFERENCE HELD BEFORE

12            SPECIAL MASTER SHAWN JUDGE

13                     *   *   *

14              THURSDAY, MAY 29, 2025

15              STARTING AT 11:02 A.M.

16                     *   *   *

17        TAKEN REMOTELY VIA ZOOM VIDEOCONFERENCE

18        REPORTER:  KIMBERLY C. CAUSLIN GWINN

19              JOB NUMBER 7042478

20                     *   *   *

21

22

23

24

25

```
                                              Page 2
 1    APPEARANCES (ALL PARTIES PRESENT REMOTELY):
 2       On behalf of the Class Plaintiffs:
 3            Robins Geller Rudman & Dowd, LLP
 4       By:  Jason Forge
              Kevin S. Sciarani
 5            Rachel Cocalis
              Justin G. Oetting
 6            Ting Liu
              Jeremy Daniels
 7            Attorneys at Law
              655 West Broadway
 8            San Diego, California  92101
              jforge@rgrdlaw.com
 9            kscariani@rgrdlaw.com
              rcocalis@rgrdlaw.com
10            joetting@rgrdlaw.com
              tliu@rgrdlaw.com
11            jdaniels@rgrdlaw.com
12                      and
13            Murray Murphy Moul + Basil LLP
14       By:  Brian Murphy
              Attorney at Law
15            1114 Dublin Road
              Columbus, Ohio  43215
16            murphy@mmmb.com
17       On behalf of the Direct-Action Plaintiffs:
18            Lieff Cabraser Heimann & Bernstein, LLP
19       By:  Michael Miarmi
              Attorney at Law
20            250 Hudson Street
              Eighth Floor
21            New York, New York  10013
              Mmiarmi@lchb.com
22
23
24
25
```

Page 3

```
 1      On behalf of the Defendant FirstEnergy:
 2           Sullivan & Cromwell LLP
 3      By:  David M. J. Rein
             Nicholas F. Menillo
 4           Hilary M. Williams
             Sharon L. Nelles
 5           Brian Gottlieb
             Attorneys at Law
 6           125 Broad Street
             New York, New York  10004
 7           ReinD@sullcrom.com
             MenilloN@sullcrom.com
 8           WilliamsH@sullcrom.com
             NellesS@sullcrom.com
 9           GottliebB@sullcrom.com
10      On behalf of the Defendants Steven Strah;
        K. Jon Taylor; Jason J. Lisowski; George M.
11      Smart; Paul T. Addison; Michael J. Anderson;
        Steven J. Demetriou; Julia L. Johnson;
12      Donald T. Misheff; Thomas N. Mitchell, James F.
        O'Neill, III; Christopher D. Pappas; Sandra
13      Pianalto; Luis A. Reyes; Jerry Sue Thornton;
        and Leslie M. Turner:
14
             Jones Day
15
        By:  Geoffrey J. Ritts
16           Attorney at Law
             901 Lakeside Avenue
17           Cleveland, Ohio  44114
             gjritts@jonesday.com
18
                  and
19
             Jones Day
20
        By:  Marjorie P. Duffy
21           Attorney at Law
             325 John H. McConnell Boulevard
22           Suite 600
             Columbus, Ohio  43215
23           mpduffy@jonesday.com
24
25
```

Page 4

```
 1      On behalf of the Defendant Charles E. Jones:
 2           Baker & Hostetler
 3      By:  Carole S. Rendon
             Rachael L. Israel
 4           Attorneys at Law
             Key Tower Suite 2000
 5           127 Public Square
             Cleveland, Ohio  44114
 6           CRendon@bakerlaw.com
             RIsrael@bakerlaw.com
 7
        On behalf of the Defendant Donald Schneider:
 8
             Orrick, Herrington & Sutcliffe, LLP
 9
        By:  Preston Burton
10           Attorney at Law
             1152 15th Street NW
11           Columbia Center
             Washington, D.C.  20005
12           PBurton@orrick.com
13                   and
14           Santen & Hughes
15      By:  Brian P. O'Connor
             Attorney at Law
16           600 Vine Street
             Suite 799
17           Cincinnati, Ohio
             Bpo@santenhughes.com
18
        On behalf of the Defendant Michael Dowling:
19
             Tucker Ellis LLP
20
        By:  John F. McCaffrey
21           John A. Favret
             Attorneys at Law
22           950 Main Avenue
             Suite 1100
23           Cleveland, Ohio  44113
             john.mccaffrey@tuckerellis.com
24           john.favret@tuckerellis.com
25
```

Page 5

```
 1        On behalf of the Defendant Leila Vespoli:
 2             Arnold & Porter
 3        By:  Aaron F. Miner
               Attorney at Law
 4             250 West 55th Street
               New York, New York  10019-9710
 5             aaron.miner@arnoldporter.com
 6        On behalf of the Defendant John Judge:
 7             Vorys, Sater, Seymour and Pease, LLP
 8        By:  Andrew P. Guran
               Attorney at Law
 9             50 South Main Street
               Suite 1200
10             Akron, Ohio  44308
               apguran@vorys.com
11
          On behalf of the Defendant James Pearson:
12
               Ballard Spahr LLP
13
          By:  David L. Axelrod
14             Erin Fountaine
               Attorneys at Law
15             1735 Market Street
               51st Floor
16             Philadelphia, Pennsylvania  19103
               axelrodd@ballardspahr.com
17             fountainee@ballardspahr.com
18        On behalf of the Defendant Dennis Chack:
19             Morgan, Lewis & Bockius LLP
20        By:  Karen Pohlmann
               Attorney at Law
21             1701 Market Street
               Philadelphia, Pennsylvania  19103
22             Karen.Pohlmann@morganlewis.com
23
24
25
```

Page 6

1    On behalf of The Underwriter Defendants:
2         Davis Polk & Wardwell LLP
3    By:  Eric M. Kim
          John Chapman, III
4         Attorneys at Law
          450 Lexington Avenue
5         New York, New York  10017
          Eric.Kim@davispolk.com
6         John.Chapman@davispolk.com
7                   and
8         Porter, Wright, Morris & Arthur LLP
9    By:  David S. Bloomfield, Jr.
          Attorney at Law
10        41 South High Street
          Suite 2900
11        Columbus, Ohio  43215
          dbloomfield@porterwright.com
12

     On behalf of the Defendant Robert Reffner:
13
          Roetzel & Andress
14
     By:  John C. Fairweather
15        Attorney at Law
          222 South Main Street
16        Suite 400
          Akron, Ohio  44308
17        jfairweather@ralaw.com
18  ALSO PRESENT:
19        Kayla Yoon
20                        *   *   *
21
22
23
24
25

Page 7

1                        PROCEEDINGS

2                          *   *   *

3              SPECIAL MASTER JUDGE:  Let's go on

4  the record.  Good morning, everyone.  It's 11:02.

5  It's May 29, 2025, and we are here for the

6  consolidated FirstEnergy status conference hearing

7  for this week.  I saw a notice to any

8  preconference filings.  What I wanted to address

9  today was any issues that you have in mind as well

10 as the weekly status report.

11             I reviewed that filing in the ECF 811

12 in the main case and we have quite a few

13 depositions to be set.  We have some set for

14 September.  We have none set for June and July or

15 August.  I was hoping to see some of those dates

16 of those months fill in.  I noticed that a lot of

17 cases for depositions are being noticed by

18 Defendants Jones and Dowling.  There were some

19 target dates set for the June, July period.

20             So I will start with either counsel

21 for Defendant Jones or Dowling.  Mr. McCaffrey for

22 Dowling, you can go first.  Give me an update

23 where you are in getting these things scheduled.

24             MS. RENDON:  Special Master Judge, we

25 did have target dates in June and July.  Those

Page 8

1  dates were not available for various reasons for
2  the deponents and their counsel, which is why
3  those depositions have been moved into September.
4          SPECIAL MASTER JUDGE:  And most of
5  these, it looks like a lot of these were third
6  party, but not all of them were.
7          MS. RENDON:  No, Don Schneider is a
8  party.
9          SPECIAL MASTER JUDGE:  Yeah.
10          MS. RENDON:  I mean, I'm sorry, Don
11  Misheff is a party.
12          MR. McCAFFREY:  We do have -- Carole,
13  we do have one individual, Mr. Knipe,
14  K N I P E, who has been scheduled for June 26 and
15  27.  And I believe FirstEnergy counsel is
16  representing Mr. Knipe in connection with that.
17          MR. MENILLO:  That is correct.
18          SPECIAL MASTER JUDGE:  Let's jump
19  over to FirstEnergy.  I think you've noticed quite
20  a few or have expressed an intent to be noticing
21  party of quite a few.  What about June, July,
22  August?
23          MR. MENILLO:  Sir, we are working
24  through documents we have received from some of
25  the investment advisor entities that we've sent

Page 9

1   subpoenas to and working to get target periods
2   once we've reviewed those documents.  So June and
3   July are -- are options.  We're just working
4   towards that goal.
5           SPECIAL MASTER JUDGE:  I appreciate
6   that.  Can you -- I mean, when you say you were
7   working towards that goal, will there be a
8   likelihood that you'll be filling in those dates?
9   I hate to lose three months here.
10          MR. MENILLO:  Certainly in July.  I'm
11  not sure if we'll get anything on the calendar for
12  June.  A lot of this is nonparty, so it depends on
13  their availability, of course, but we're pushing
14  as hard as we can.
15          SPECIAL MASTER JUDGE:  I appreciate
16  it.  Mr. Forge for plaintiff?
17          MR. FORGE:  We are, as I indicated
18  the last time we spoke, holding out hope against
19  reality that we're going to get a decision from
20  the Sixth Circuit on the internal investigation
21  documents.  But really, to be blunt, the witnesses
22  whose depositions were derailed because of what
23  went on with the Ohio AG, those are -- those are
24  some of the most important witnesses for us; but,
25  of course, we wanted to have all of the

Page 10

1    information before we depose them.

2              So in terms of how we're going to hit

3    the ground running, if and when we get the

4    decision on the internal investigation documents,

5    we're going to have to see -- I'm assuming that

6    we're going to get the decision on that issue

7    around, if not at the same time, we get the class

8    certification.  So those -- those decisions are

9    going to dictate to our priorities going forward.

10             If we have to redo class

11   certification, that's going to be the priority

12   because, obviously, there's some utility in

13   putting off fact depositions until after January

14   of 2026.  As awful as that sounds, that's just the

15   reality.

16             SPECIAL MASTER JUDGE:  Yeah, I agree.

17   The direct-action plaintiffs, anything from you?

18             MR. MIARMI:  Thanks, Special Master

19   Judge.  Mike Miarmi from Lieff Cabraser.  We're

20   really in the same position as class plaintiffs,

21   class counsel and, of course, pursuant to the

22   Court's orders about coordination, we have and

23   will continue to coordinate with them successfully

24   on depositions, but really nothing more to say on

25   that beyond what Mr. Forge said.

```
                                              Page 11
 1              SPECIAL MASTER JUDGE:  And I
 2    appreciate that.  I was hoping -- hoping to put a
 3    little bit of pressure, but I understand
 4    circumstances are what they are and we can't do
 5    anything about it.  I ask that any that you can
 6    get done, at least get concrete dates for
 7    September and October and going forward set.
 8                    From a transparency standpoint,
 9    here's what I'm working on related to this case.
10    We have some filings that are coming in regarding
11    the prior submission, ex-parte in camera
12    submission by Ohio EIE, LEAU (phonetic).  They
13    came in a very disjointed manner and they're being
14    resubmitted.  They need a little bit extra time.
15    They end at close of business today.
16                    I'm working my way through yesterday
17    and today on the Ohio AG submissions and I
18    anticipate Saturday, Sunday and going forward I'll
19    be working my way through the Jones and Dowling
20    submissions that were supplied in camera on an
21    ex-parte basis, and I will hopefully be divulging
22    decisions relatively soon on all of those issues
23    that are still outstanding.
24                    Is there anything we need to discuss
25    today or any problems that need to be addressed
```

Page 12

1    while we're on the horn, anybody?

2                    MR. FORGE:  No from class plaintiffs,

3    sir.  I have good news to share.  We were able to

4    work through a document dispute with Energy

5    Harbor.  So that's one less issue that we'll have

6    to bring.  And having worked through that, that

7    will probably enable us to get one or two

8    depositions on the calendar in fairly short order

9    related to Energy Harbor.

10                   SPECIAL MASTER JUDGE:  I like hearing

11   that.  Plaintiffs get a gold star for the day --

12                   MR. FORGE:  Great.

13                   SPECIAL MASTER JUDGE:  -- for

14   whatever that's worth.  Any other issues from

15   anybody or anything we need to talk about?

16   Hearing none, I don't want to keep you and delay

17   you.  Everyone have a good week and we will

18   convene next week as needed.  Thank you.  We're

19   off the record.  Take care, everyone.

20                   (Thereupon, the proceeding was

21   concluded at 11:10 a.m.)

22

23

24

25

Page 13

```
 1   STATE OF OHIO          )
 2   COUNTY OF GREENE       )  SS:  CERTIFICATE
 3          I, Kimberly C. Causlin Gwinn, a Notary
 4   Public within and for the State of Ohio, duly
 5   commissioned and qualified,
 6          DO HEREBY CERTIFY that the above-named
 7   proceeding was reduced to writing by me
 8   stenographically in the presence of the parties
 9   and thereafter reduced to typewriting.
10          I FURTHER CERTIFY that I am not a relative
11   or Attorney of either party nor in any manner
12   interested in the event of this action.
13          IN WITNESS WHEREOF, I have hereunto set my
14   hand and seal of office at Xenia, Ohio, on
15   this 30th day of May, 2025.
16
17
18          Kimberly C. Causlin Gwinn
19          _____
             KIMBERLY C. CAUSLIN GWINN
20           NOTARY PUBLIC, STATE OF OHIO
             My commission expires 9-4-2029
21
22
23
24
25
```

**[& - ballard]** Page 1

| & | | |
|---|---|---|
| **&** 2:3,18 3:2 4:2,8,14 5:2,19 6:2,8,13 | | |

| 1 |
|---|
| **10004** 3:6 |
| **10013** 2:21 |
| **10017** 6:5 |
| **10019-9710** 5:4 |
| **1100** 4:22 |
| **1114** 2:15 |
| **1152** 4:10 |
| **11:02** 1:15 7:4 |
| **11:10** 12:21 |
| **1200** 5:9 |
| **125** 3:6 |
| **127** 4:5 |
| **15th** 4:10 |
| **1701** 5:21 |
| **1735** 5:15 |
| **19103** 5:16,21 |

| 2 |
|---|
| **2000** 4:4 |
| **20005** 4:11 |
| **2025** 1:14 7:5 13:15 |
| **2026** 10:14 |
| **222** 6:15 |
| **22257** 13:19 |
| **250** 2:20 5:4 |
| **26** 8:14 |

**27** 8:15
**29** 1:14 7:5
**2900** 6:10
**2:20** 1:6

| 3 |
|---|
| **30th** 13:15 |
| **325** 3:21 |
| **3785** 1:6 |

| 4 |
|---|
| **400** 6:16 |
| **41** 6:10 |
| **43215** 2:15 3:22 6:11 |
| **44113** 4:23 |
| **44114** 3:17 4:5 |
| **44308** 5:10 6:16 |
| **450** 6:4 |

| 5 |
|---|
| **50** 5:9 |
| **51st** 5:15 |
| **55th** 5:4 |

| 6 |
|---|
| **600** 3:22 4:16 |
| **655** 2:7 |

| 7 |
|---|
| **7042478** 1:19 |
| **799** 4:16 |

| 8 |
|---|
| **811** 7:11 |

| 9 |
|---|
| **9-4-2029** 13:20 |
| **901** 3:16 |
| **92101** 2:8 |
| **950** 4:22 |

| a |
|---|
| **a.m.** 1:15 12:21 |
| **aaron** 5:3 |
| **aaron.miner** 5:5 |
| **able** 12:3 |
| **above** 13:6 |
| **action** 1:5 2:17 10:17 13:12 |
| **actions** 1:9 |
| **addison** 3:11 |
| **address** 7:8 |
| **addressed** 11:25 |
| **advisor** 8:25 |
| **ag** 9:23 11:17 |
| **agree** 10:16 |
| **akron** 5:10 6:16 |
| **anderson** 3:11 |
| **andress** 6:13 |
| **andrew** 5:8 |
| **anticipate** 11:18 |
| **anybody** 12:1 12:15 |
| **apguran** 5:10 |

| appearances |
|---|
| **appearances** 2:1 |
| **appreciate** 9:5 9:15 11:2 |
| **arnold** 5:2 |
| **arnoldporter....** 5:5 |
| **arthur** 6:8 |
| **assuming** 10:5 |
| **attorney** 2:14 2:19 3:16,21 4:10,15 5:3,8 5:20 6:9,15 13:11 |
| **attorneys** 2:7 3:5 4:4,21 5:14 6:4 |
| **august** 7:15 8:22 |
| **availability** 9:13 |
| **available** 8:1 |
| **avenue** 3:16 4:22 6:4 |
| **awful** 10:14 |
| **axelrod** 5:13 |
| **axelrodd** 5:16 |

| b |
|---|
| **baker** 4:2 |
| **bakerlaw.com** 4:6,6 |
| **ballard** 5:12 |

**[ballardspahr.com - depose]** Page 2

**ballardspahr....**
  5:16,17
**basil** 2:13
**basis** 11:21
**behalf** 2:2,17
  3:1,10 4:1,7,18
  5:1,6,11,18 6:1
  6:12
**believe** 8:15
**bernstein** 2:18
**beyond** 10:25
**bit** 11:3,14
**bloomfield** 6:9
**blunt** 9:21
**bockius** 5:19
**boulevard** 3:21
**bpo** 4:17
**brian** 2:14 3:5
  4:15
**bring** 12:6
**broad** 3:6
**broadway** 2:7
**burton** 4:9
**business** 11:15

**c**

**c** 1:18 6:14 13:3
  13:19
**cabraser** 2:18
  10:19
**calendar** 9:11
  12:8
**california** 2:8

**camera** 11:11
  11:20
**care** 12:19
**carole** 4:3 8:12
**case** 7:12 11:9
**cases** 7:17
**causlin** 1:18
  13:3,19
**center** 4:11
**certainly** 9:10
**certificate** 13:2
**certification**
  10:8,11
**certify** 13:6,10
**chack** 5:18
**chapman** 6:3
**charles** 4:1
**christopher**
  3:12
**cincinnati** 4:17
**circuit** 9:20
**circumstances**
  11:4
**civil** 1:5
**class** 2:2 10:7
  10:10,20,21
  12:2
**cleveland** 3:17
  4:5,23
**close** 11:15
**cocalis** 2:5
**columbia** 4:11
**columbus** 2:15
  3:22 6:11

**coming** 11:10
**commission**
  13:20
**commissioned**
  13:5
**concluded**
  12:21
**concrete** 11:6
**conference**
  1:11 7:6
**connection**
  8:16
**consolidated**
  7:6
**continue** 10:23
**convene** 12:18
**coordinate**
  10:23
**coordination**
  10:22
**corp** 1:5
**correct** 8:17
**counsel** 7:20
  8:2,15 10:21
**county** 13:2
**course** 9:13,25
  10:21
**court** 1:1
**court's** 10:22
**crendon** 4:6
**cromwell** 3:2
**cv** 1:6

**d**

**d** 3:12
**d.c.** 4:11
**daniels** 2:6
**dates** 7:15,19
  7:25 8:1 9:8
  11:6
**david** 3:3 5:13
  6:9
**davis** 6:2
**davispolk.com**
  6:5,6
**day** 3:14,19
  12:11 13:15
**dbloomfield**
  6:11
**decision** 9:19
  10:4,6
**decisions** 10:8
  11:22
**defendant** 3:1
  4:1,7,18 5:1,6
  5:11,18 6:12
  7:21
**defendants**
  3:10 6:1 7:18
**delay** 12:16
**demetriou** 3:11
**dennis** 5:18
**depends** 9:12
**deponents** 8:2
**depose** 10:1

[depositions - individual]                                    Page 3

**depositions**
7:13,17 8:3
9:22 10:13,24
12:8
**derailed**  9:22
**dictate**  10:9
**diego**  2:8
**direct**  2:17
10:17
**discuss**  11:24
**disjointed**
11:13
**dispute**  12:4
**district**  1:1,2
**division**  1:3
**divulging**  11:21
**document**  1:8
12:4
**documents**
8:24 9:2,21
10:4
**don**  8:7,10
**donald**  3:12 4:7
**dowd**  2:3
**dowling**  4:18
7:18,21,22
11:19
**dublin**  2:15
**duffy**  3:20
**duly**  13:4

**e**

**e**  4:1 8:14

**eastern**  1:3
**ecf**  7:11
**eie**  11:12
**eighth**  2:20
**either**  7:20
13:11
**ellis**  4:19
**enable**  12:7
**energy**  12:4,9
**entities**  8:25
**eric**  6:3
**eric.kim**  6:5
**erin**  5:14
**event**  13:12
**ex**  11:11,21
**expires**  13:20
**expressed**  8:20
**extra**  11:14

**f**

**f**  3:3,12 4:20
5:3
**fact**  10:13
**fairly**  12:8
**fairweather**
6:14
**favret**  4:21
**filing**  7:11
**filings**  7:8
11:10
**fill**  7:16
**filling**  9:8
**first**  7:22

**firstenergy**  1:5
3:1 7:6 8:15,19
**floor**  2:20 5:15
**forge**  2:4 9:16
9:17 10:25
12:2,12
**forward**  10:9
11:7,18
**fountaine**  5:14
**fountainee**  5:17
**further**  13:10

**g**

**g**  2:5
**geller**  2:3
**geoffrey**  3:15
**george**  3:10
**getting**  7:23
**give**  7:22
**gjritts**  3:17
**go**  7:3,22
**goal**  9:4,7
**going**  9:19 10:2
10:5,6,9,9,11
11:7,18
**gold**  12:11
**good**  7:4 12:3
12:17
**gottlieb**  3:5
**gottliebb**  3:9
**great**  12:12
**greene**  13:2
**ground**  10:3

**guran**  5:8
**gwinn**  1:18
13:3,19

**h**

**h**  3:21
**hand**  13:14
**harbor**  12:5,9
**hard**  9:14
**hate**  9:9
**hearing**  7:6
12:10,16
**heimann**  2:18
**held**  1:11
**hereunto**  13:13
**herrington**  4:8
**high**  6:10
**hilary**  3:4
**hit**  10:2
**holding**  9:18
**hope**  9:18
**hopefully**  11:21
**hoping**  7:15
11:2,2
**horn**  12:1
**hostetler**  4:2
**hudson**  2:20
**hughes**  4:14

**i**

**iii**  3:12 6:3
**important**  9:24
**indicated**  9:17
**individual**  8:13

**[information - misheff]** Page 4

**information**
  10:1
**intent** 8:20
**interested**
  13:12
**internal** 9:20
  10:4
**investigation**
  9:20 10:4
**investment**
  8:25
**israel** 4:3
**issue** 10:6 12:5
**issues** 7:9 11:22
  12:14

**j**

**j** 3:3,10,11,11
  3:15
**james** 3:12 5:11
**january** 10:13
**jason** 2:4 3:10
**jdaniels** 2:11
**jeremy** 2:6
**jerry** 3:13
**jfairweather**
  6:17
**jforge** 2:8
**job** 1:19
**joetting** 2:10
**john** 3:21 4:20
  4:21 5:6 6:3,14
**john.chapman**
  6:6

**john.favret**
  4:24
**john.mccaffrey**
  4:23
**johnson** 3:11
**jon** 3:10
**jones** 3:14,19
  4:1 7:18,21
  11:19
**jonesday.com**
  3:17,23
**jr** 6:9
**judge** 1:12 5:6
  7:3,24 8:4,9,18
  9:5,15 10:16
  10:19 11:1
  12:10,13
**julia** 3:11
**july** 7:14,19,25
  8:21 9:3,10
**jump** 8:18
**june** 7:14,19,25
  8:14,21 9:2,12
**justin** 2:5

**k**

**k** 3:10 8:14
**karen** 5:20
**karen.pohlma...**
  5:22
**kayla** 6:19
**keep** 12:16
**kevin** 2:4

**key** 4:4
**kim** 6:3
**kimberly** 1:18
  13:3,19
**knipe** 8:13,16
**kscariani** 2:9

**l**

**l** 3:4,11 4:3
  5:13
**lakeside** 3:16
**law** 2:7,14,19
  3:5,16,21 4:4
  4:10,15,21 5:3
  5:8,14,20 6:4,9
  6:15
**lchb.com** 2:21
**leau** 11:12
**leila** 5:1
**leslie** 3:13
**lewis** 5:19
**lexington** 6:4
**lieff** 2:18 10:19
**likelihood** 9:8
**lisowski** 3:10
**litigation** 1:6
**little** 11:3,14
**liu** 2:6
**llp** 2:3,13,18
  3:2 4:8,19 5:7
  5:12,19 6:2,8
**looks** 8:5
**lose** 9:9

**lot** 7:16 8:5
  9:12
**luis** 3:13

**m**

**m** 3:3,4,10,13
  6:3
**main** 4:22 5:9
  6:15 7:12
**manner** 11:13
  13:11
**marjorie** 3:20
**market** 5:15,21
**master** 1:12 7:3
  7:24 8:4,9,18
  9:5,15 10:16
  10:18 11:1
  12:10,13
**mccaffrey** 4:20
  7:21 8:12
**mcconnell** 3:21
**mean** 8:10 9:6
**menillo** 3:3
  8:17,23 9:10
**menillon** 3:7
**miarmi** 2:19
  10:18,19
**michael** 2:19
  3:11 4:18
**mike** 10:19
**mind** 7:9
**miner** 5:3
**misheff** 3:12
  8:11

[mitchell - record]                                                      Page 5

mitchell  3:12
mmiarmi  2:21
mmmb.com
    2:16
months  7:16
    9:9
morgan  5:19
morganlewis....
    5:22
morning  7:4
morris  6:8
moul  2:13
moved  8:3
mpduffy  3:23
murphy  2:13
    2:14,16
murray  2:13

**n**

n  3:12 8:14
named  13:6
need  11:14,24
    11:25 12:15
needed  12:18
nelles  3:4
nelless  3:8
new  2:21,21 3:6
    3:6 5:4,4 6:5,5
news  12:3
nicholas  3:3
nonparty  9:12
notary  13:3,20
notice  7:7

noticed  7:16,17
    8:19
noticing  8:20
number  1:19
nw  4:10

**o**

o'connor  4:15
o'neill  3:12
obviously
    10:12
october  11:7
oetting  2:5
office  13:14
ohio  1:2 2:15
    3:17,22 4:5,17
    4:23 5:10 6:11
    6:16 9:23
    11:12,17 13:1
    13:4,14,20
once  9:2
options  9:3
order  12:8
orders  10:22
orrick  4:8
orrick.com
    4:12
outstanding
    11:23

**p**

p  3:20 4:15 5:8
    8:14
pappas  3:12

parte  11:11,21
parties  2:1 13:8
party  8:6,8,11
    8:21 13:11
paul  3:11
pburton  4:12
pearson  5:11
pease  5:7
pennsylvania
    5:16,21
period  7:19
periods  9:1
philadelphia
    5:16,21
phonetic  11:12
pianalto  3:13
plaintiff  9:16
plaintiffs  2:2
    2:17 10:17,20
    12:2,11
pohlmann  5:20
polk  6:2
porter  5:2 6:8
porterwright....
    6:11
position  10:20
preconference
    7:8
presence  13:8
present  2:1
    6:18
pressure  11:3
preston  4:9

prior  11:11
priorities  10:9
priority  10:11
probably  12:7
problems  11:25
proceeding
    12:20 13:7
proceedings
    7:1
public  4:5 13:4
    13:20
pursuant  10:21
pushing  9:13
put  11:2
putting  10:13

**q**

qualified  13:5
quite  7:12 8:19
    8:21

**r**

rachael  4:3
rachel  2:5
ralaw.com  6:17
rcocalis  2:9
reality  9:19
    10:15
really  9:21
    10:20,24
reasons  8:1
received  8:24
record  7:4
    12:19

**[redo - things]** Page 6

| | | | |
|---|---|---|---|
| **redo** 10:10 | **roetzel** 6:13 | **signature** 13:19 | 5:15,21 6:10 |
| **reduced** 13:7,9 | **rudman** 2:3 | **sir** 8:23 12:3 | 6:15 |
| **reffner** 6:12 | **running** 10:3 | **sixth** 9:20 | **submission** |
| **regarding** | **s** | **smart** 3:11 | 11:11,12 |
| 11:10 | **s** 2:4 4:3 6:9 | **soon** 11:22 | **submissions** |
| **rein** 3:3 | **san** 2:8 | **sorry** 8:10 | 11:17,20 |
| **reind** 3:7 | **sandra** 3:12 | **sounds** 10:14 | **subpoenas** 9:1 |
| **related** 11:9 | **santen** 4:14 | **south** 5:9 6:10 | **successfully** |
| 12:9 | **santenhughes...** | 6:15 | 10:23 |
| **relates** 1:8 | 4:17 | **southern** 1:2 | **sue** 3:13 |
| **relative** 13:10 | **sater** 5:7 | **spahr** 5:12 | **suite** 3:22 4:4 |
| **relatively** 11:22 | **saturday** 11:18 | **special** 1:12 7:3 | 4:16,22 5:9 |
| **remotely** 1:17 | **saw** 7:7 | 7:24 8:4,9,18 | 6:10,16 |
| 2:1 | **scheduled** 7:23 | 9:5,15 10:16 | **sullcrom.com** |
| **rendon** 4:3 | 8:14 | 10:18 11:1 | 3:7,7,8,8,9 |
| 7:24 8:7,10 | **schneider** 4:7 | 12:10,13 | **sullivan** 3:2 |
| **report** 7:10 | 8:7 | **spoke** 9:18 | **sunday** 11:18 |
| **reporter** 1:18 | **sciarani** 2:4 | **square** 4:5 | **supplied** 11:20 |
| **representing** | **seal** 13:14 | **ss** 13:2 | **sure** 9:11 |
| 8:16 | **securities** 1:6 | **standpoint** | **sutcliffe** 4:8 |
| **resubmitted** | **see** 7:15 10:5 | 11:8 | **t** |
| 11:14 | **sent** 8:25 | **star** 12:11 | **t** 3:11,12 |
| **reviewed** 7:11 | **september** 7:14 | **start** 7:20 | **take** 12:19 |
| 9:2 | 8:3 11:7 | **starting** 1:15 | **taken** 1:17 |
| **reyes** 3:13 | **set** 7:13,13,14 | **state** 13:1,4,20 | **talk** 12:15 |
| **rgrdlaw.com** | 7:19 11:7 | **states** 1:1 | **target** 7:19,25 |
| 2:8,9,9,10,10 | 13:13 | **status** 1:11 7:6 | 9:1 |
| 2:11 | **seymour** 5:7 | 7:10 | **taylor** 3:10 |
| **risrael** 4:6 | **share** 12:3 | **stenographic...** | **terms** 10:2 |
| **ritts** 3:15 | **sharon** 3:4 | 13:8 | **thank** 12:18 |
| **road** 2:15 | **shawn** 1:12 | **steven** 3:10,11 | **thanks** 10:18 |
| **robert** 6:12 | **short** 12:8 | **strah** 3:10 | **things** 7:23 |
| **robins** 2:3 | | **street** 2:20 3:6 | |
| | | 4:10,16 5:4,9 | |

**[think - zoom]**                                                          Page 7

| | | |
|---|---|---|
| **think**  8:19 | **v** | **worth**  12:14 |
| **third**  8:5 | **various**  8:1 | **wright**  6:8 |
| **thomas**  3:12 | **vespoli**  5:1 | **writing**  13:7 |
| **thornton**  3:13 | **videoconfere...** | **x** |
| **three**  9:9 | 1:17 | **xenia**  13:14 |
| **thursday**  1:14 | **vine**  4:16 | **y** |
| **time**  9:18 10:7 | **vorys**  5:7 | **yeah**  8:9 10:16 |
| 11:14 | **vorys.com**  5:10 | **yesterday** |
| **ting**  2:6 | **w** | 11:16 |
| **tliu**  2:10 | **want**  12:16 | **yoon**  6:19 |
| **today**  7:9 11:15 | **wanted**  7:8 | **york**  2:21,21 |
| 11:17,25 | 9:25 | 3:6,6 5:4,4 6:5 |
| **towards**  9:4,7 | **wardwell**  6:2 | 6:5 |
| **tower**  4:4 | **washington** | **z** |
| **transparency** | 4:11 | **zoom**  1:17 |
| 11:8 | **way**  11:16,19 | |
| **tucker**  4:19 | **we've**  8:25 9:2 | |
| **tuckerellis.com** | **week**  7:7 12:17 | |
| 4:23,24 | 12:18 | |
| **turner**  3:13 | **weekly**  7:10 | |
| **two**  12:7 | **went**  9:23 | |
| **typewriting** | **west**  2:7 5:4 | |
| 13:9 | **whereof**  13:13 | |
| **u** | **williams**  3:4 | |
| **understand** | **williamsh**  3:8 | |
| 11:3 | **witness**  13:13 | |
| **underwriter** | **witnesses**  9:21 | |
| 6:1 | 9:24 | |
| **united**  1:1 | **work**  12:4 | |
| **update**  7:22 | **worked**  12:6 | |
| **utility**  10:12 | **working**  8:23 | |
| | 9:1,3,7 11:9,16 | |
| | 11:19 | |