# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|   |   |   |
|---|---|---|
|  | : | Case No. 2:20-cv-3785 |
|  | : |  |
| *In re* **FIRSTENERGY CORP.** | : | Judge Algenon L. Marbley |
| **SECURITIES LITIGATION** | : |  |
|  | : | Magistrate Judge Kimberly A. Jolson |
|  | : |  |
|  | : |  |
|  | : |  |

## ORDER

On November 7, 2025, this Court ordered post-hearing briefing on the two class certification issues remanded to this Court. *See* ECF No. 913 at 1. That briefing was then held in abeyance pending the December 12 evidentiary hearing. ECF No. 918 at 3. This Order confirms the new briefing schedule for the class certification issues remanded; the parameters for that briefing remain the same. *See* ECF No. 913; *see also* ECF Nos. 914; 920.

Each side (Plaintiffs and Defendants) shall submit simultaneous opening briefs **on or before January 9, 2026**. The opening brief shall be no more than **twenty-five (25) pages** in length. Each side shall submit simultaneous reply briefs **on or before January 23, 2026**. The reply brief shall be no more than **fifteen (15) pages** in length.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED: December 15, 2025**