UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) | No. 2:20-cv-03785-ALM-KAJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | Judge Algenon L. Marbley |
| ALL ACTIONS. | ) ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |

JOINT WEEKLY DEPOSITION STATUS REPORT

## I.      DEPOSITIONS

### A.      Noticed and Scheduled Depositions

#### January 2025

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| January 9, 2025 | Non-Party Laura Campos | 7:00 a.m. PT<br>10:00 a.m. ET<br>Robbins Geller -<br>420 Lexington Ave.<br>Suite 1832<br>New York, NY<br>10170<br>In-person/Remote | Plaintiffs[1]<br>*09/30/2024 amended notice and amended subpoena* |

#### February 2025

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| February 27, 2025 | Non-Party Twin Capital Management LLC (Geoff Gerber) | 6:30 a.m. PT<br>9:30 a.m. ET<br>Dickie, McCamey<br>& Chilcote<br>4 Gateway Center<br>444 Liberty Avenue<br>Suite 1000<br>Pittsburgh, PA<br>15222<br>In-person/Remote | Defendant FirstEnergy Corp.<br>*02/10/2025 notice and amended subpoena* |

---

[1]    Plaintiffs are Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs").

4915-5538-8290.v1

**March 2025**

| Date | Deponent | Location and Time | Noticing Party |
|------|----------|-------------------|----------------|
|      |          |                   |                |

**April 2025**

| Date | Deponent | Location and Time | Noticing Party |
|------|----------|-------------------|----------------|
| April 1, 2025 | Non-Party Intech Investment Management LLC (Richard Yasenchak) | 6:30 a.m. PT 9:30 a.m. ET Veritext 1400 Centrepark Blvd, Ste. 605, West Palm Beach, FL 33401 In-person/Remote | Defendant FirstEnergy Corp. *02/28/2024 amended notice and subpoena* |
| April 23, 2025 | Non-Party PGIM Quantitative Solutions LLC (f/k/a QMA, LLC) (Devang Gambhirwala) | 6:30 a.m. PT 9:30 a.m. ET Veritext 290 W. Mount Pleasant Ave Ste. 3200 Livingston, NJ 07039 In-person/Remote | Defendant FirstEnergy Corp. *03/28/2025 notice and amended subpoena* |

**May 2025**

| Date | Deponent | Location and Time | Noticing Party |
|------|----------|-------------------|----------------|
| May 21, 2025 | Non-Party Jonathan Grabel | 9:00 a.m. PT 12:00 p.m. ET LACERA 300 N. Lake Ave. Pasadena, CA 91101 In-person/Remote | Defendant FirstEnergy Corp. *04/29/2025 amended notice* |

4915-5538-8290.v1

**June 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| | | | |

**July 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| July 8, 2025 | Non-Party J.P. Morgan Investment Management, Inc. (Garrett A. Norman) | 6:30 a.m. PT 9:30 a.m. ET Latham & Watkins LLP 1271 Avenue of the Americas New York, NY 10020 In-person/Remote | Defendant FirstEnergy Corp. *06/26/2025 amended notice and subpoena* |
| July 17, 2025 | Non-Party Loomis, Sayles & Company, L.P. (Matthew Kelly) | 6:30 a.m. PT 9:30 a.m. ET Cooley LLP 500 Boylston Street 14th Floor Boston, MA 02116 In-person/Remote | Defendant FirstEnergy Corp. *06/18/2025 amended notice and subpoena* |

**August 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| August 6, 2025 | Non-Party RREEF America L.L.C. (Francis Greywitt) | 8:30 a.m. PT 10:30 a.m. CT Seyfarth Shaw LLP 233 South Wacker Drive, Suite 8000 Chicago, IL 60606 In-person/Remote | Defendant FirstEnergy Corp. *07/23/2025 amended notice and subpoena* |

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| August 13, 2025 | Non-Party Brian Knipe | 6:30 a.m. PT 9:30 a.m. ET Tucker Ellis LLP 950 Main Avenue Suite 1100 Cleveland, OH 44113 In-person/Remote | Defendant Michael J. Dowling *06/13/2025 notice and subpoena* |
| August 20, 2025 | Non-Party Brandon McMillen | 6:30 a.m. PT 9:30 a.m. ET Tucker Ellis LLP 950 Main Avenue Suite 1100 Cleveland, OH 44113 In-person/Remote | Defendant Michael J. Dowling *07/03/2025 notice and subpoena* |

**September 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| September 16, 2025 | Defendant Donald Schneider | 6:30 a.m. PT 9:30 a.m. ET Tucker Ellis LLP 950 Main Avenue # 1100 Cleveland, OH 44113 In-person/Remote | Defendant Charles E. Jones *09/08/2025 fourth amended notice* |
| September 17, 2025 | Defendant Donald Schneider | 6:30 a.m. PT 9:30 a.m. ET Tucker Ellis LLP 950 Main Avenue # 1100 Cleveland, OH 44113 In-person/Remote | Defendant Charles E. Jones *09/08/2025 fourth amended notice* |

- 4 -

**October 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| October 10, 2025 | Non-Party Capital Alpha Partners (James Lucier) | 6:30 a.m. PT 9:30 a.m. ET Sullivan & Cromwell LLP 1700 New York Ave., N.W. Suite 700 Washington, DC 20006 In-person/Remote | Defendant FirstEnergy Corp. *09/17/2025 amended notice and subpoena* |

**November 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

**December 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

### B. Noticed Depositions with No Date Set/Target Period

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Defendant Donald Misheff | TBD | Defendant Charles E. Jones *09/11/2025 email* |
| No Date Set No Target Period | Defendant Leila L. Vespoli | TBD | Defendant Charles E. Jones *amended notice forthcoming* |

- 5 -

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Defendant Robert P. Reffner | TBD | Defendant Michael J. Dowling<br>*amended notice forthcoming* |
| No Date Set<br>No Target Period | Non-Party Allspring Global Investments LLC/Wells Capital Management Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party BlackRock Institutional Trust Company | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Boston Partners/BNY Mellon Asset Management North America Corp. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Bowling Portfolio Management LLC | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Bradley Bingaman | TBD | Defendants Michael J. Dowling and Charles E. Jones<br>*amended notice and subpoena forthcoming* |
| No Date Set<br><br>Target Period:<br>June 19, 2025-July 10, 2025 | Non-Party Charles "Carlo" LoParo | TBD | Plaintiffs<br>*05/29/2025 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Charles "Chuck" Moore | TBD | Defendant Donald Schneider<br>*04/09/2025 email agreement to postpone* |
| No Date Set<br>No Target Period | Non-Party Clearview Energy Partners, LLC | TBD | Defendant FirstEnergy Corp.<br>*02/10/2025 notice and subpoena* |

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Non-Party Corient Holdings Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/29/2024 served notice and subpoena* |
| No Date Set<br><br>Target Period:<br>July 7, 2025 -<br>July 27, 2025 | Non-Party David Griffing | TBD | Defendant Michael J. Dowling<br>*05/21/2025 email, notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party Ebony Yeboah Amankwah | TBD | Defendant Michael J. Dowling<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party Federated Hermes, Inc. | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Glenrock Associates LLC | TBD | Defendant FirstEnergy Corp.<br>*02/10/2025 notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Invesco Ltd. | TBD | Defendant FirstEnergy Corp.<br>*01/30/2025 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Josh Rubin | TBD | Defendants Charles E. Jones and Michael Dowling<br>*10/29/2024 email* |
| No Date Set<br>No Target Period | Non-Party Justin Biltz | TBD | Defendants Michael J. Dowling and Charles E. Jones<br>*amended notice and subpoena forthcoming* |
| No Date Set<br><br>Target Period:<br>June 11, 2025 -<br>July 2, 2025 | Non-Party Kurt Turosky | TBD | Defendant Michael J. Dowling<br>*05/15/2025 email, notice and subpoena forthcoming* |

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Non-Party Marquette Associates, Inc. | TBD | Defendant FirstEnergy Corp. *04/24/2025 notice and subpoena* |
| No Date Set No Target Period | Non-Party Matthew Brakey | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Matthew Richlovsky | TBD | Defendant Charles E. Jones *05/19/2025 email withdrawing target period, amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Meketa Investment Group, Inc. | TBD | Defendant FirstEnergy Corp. *07/15/2025 notice and subpoena* |
| No Date Set No Target Period | Non-Party Newton Investment Management North America, LLC | TBD | Defendant FirstEnergy Corp. *12/05/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Pacific Investment Management Company LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Pugh Capital Management, Inc. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Santino Fanelli | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |

4915-5538-8290.v1

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Non-Party Scott Elisar | TBD | Defendant Michael J. Dowling *10/09/2025 Special Master states deposition will be held in abeyance until after 11/03/2025* |
| No Date Set No Target Period | Non-Party State Street Global Advisors Inc. | TBD | Defendant FirstEnergy Corp. *11/07/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party State Street Bank and Trust Company | TBD | Defendant FirstEnergy Corp. *03/10/2025 served notice and subpoena* |
| No Date Set No Target Period | Non-Party Steven Staub | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party The Bank of New York Mellon Corp. | TBD | Defendant FirstEnergy Corp. *11/04/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party Wells Fargo Clearing Services, LLC | TBD | Defendant FirstEnergy Corp. *12/20/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party Western Asset Management Company | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |

DATED:  December 17, 2025

Respectfully submitted,

| | |
|---|---|
| s/ Joseph F. Murray | s/ Paul J. Schumacher (with permission) |

Joseph F. Murray, Trial Attorney (0063373)
MURRAY MURPHY MOUL
  + BASIL LLP
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

*Liaison Counsel*

Darren J. Robbins (*pro hac vice*)
Mark Solomon (*pro hac vice*)
Jason A. Forge (*pro hac vice*)
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com
jforge@rgrdlaw.com

*Class Counsel*

Paul J. Schumacher, Trial Attorney
(0014370)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, OH  44114
Telephone: 216/ 685-1827
pschumacher@dmclaw.com

Richard J. Silk, Jr.
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, OH  43215
Telephone:  614/ 258-6000
rsilk@dmclaw.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Casey A. Dennis (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  212/558-4000
212/558-3588 (fax)
giuffrar@sullcrom.com
nelless@sullcrom.com
reind@sullcrom.com
newtonb@sullcrom.com
williamsh@sullcrom.com
menillon@sullcrom.com
dennisc@sullcrom.com

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W., Suite 700
Washington, DC  20006
Telephone:  202/956-7040

202/293-6330 (fax)
shieldska@sullcrom.com

*Attorneys for Defendant FirstEnergy Corp.*

s/ Carole S. Rendon (with permission)
Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Rachael L. Israel (0072772)
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216/621-0200
216/696-0740 (fax)
crendon@bakerlaw.com
dshively@bakerlaw.com
dwarren@bakerlaw.com
risrael@bakerlaw.com
jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: 614-228-1541
614-462-2616 (fax)
alin@bakerlaw.com

George A. Stamboulidis (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212/589-4211
212/589-4201 (fax)
gstamboulidis@bakerlaw.corn

William S. Scherman (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Telephone: 202/639.6500
202/639.6604 (fax)
wscherman@velaw.com

s/ Geoffrey J. Ritts (with permission)
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Adrienne F. Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: 216/586-3939
216/579-0212 (fax)
gjritts@jonesday.com
rfaxon@jonesday.com
calee@jonesday.com
afmueller@jonesday.com

Marjorie P. Duffy (0083452)
M. Ryan Harmanis (0093642)
Shalini B. Goyal (0093642)
Elizabeth A. Benshoff (0098080)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: 614/469-3939
614/461-4198 (fax)
mpduffy@jonesday.com
rharmanis@jonesday.com
sgoyal@jonesday.com
ebenshoff@jonesday.com

Jordan M. Walsh (*pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: 412/391-3939
412/394-7959 (fax)
jmwalsh@jonesday.com

*Attorneys for Defendant Charles E. Jones*

*Attorneys for Defendants Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

s/ Douglas M. Mansfield (with permission)_
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN
   & GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: 614/763-2316
614/467-3704 (fax)
dmansfield@lmng-law.com

s/ John F. McCaffrey (with permission)_____
John F. McCaffrey (0039486)
John A. Favret (0080427)
Melissa Z. Kelly (0077441)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216/592-5000
216/592-5009 (fax)
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com
melissa.kelly@tuckerellis.com
hannah.smith@tuckerellis.com

Michael L. Kichline (*pro hac vice*)
Eric W. Sitarchuk (*pro hac vice*)
Laura H. McNally (*pro hac vice*)
Karen Pieslak Pohlmann (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: 215/963-5000
215/963-5001 (fax)
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com
karen.pohlmann@morganlewis.com

Dan K. Webb (*pro hac vice*)
Steve Grimes (*pro hac vice*)
A. Matthew Durkin (*pro hac vice*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: 312/558-5600
312/558-5700 (fax)
sgrimes@winston.com
dwebb@winston.com
mdurkin@winston.com

*Attorneys for Defendant Dennis M. Chack*

*Attorneys for Defendant Michael J. Dowling*

s/ Brian P. O'Connor (with permission)

s/ Derek P. Hartman (with permission)

Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, OH  45202
Telephone:  513/721-4450
513/852-5994 (fax)
bpo@santenhughes.com

Preston Burton (*pro hac vice*)
Adam Miller (*pro hac vice*)
Jill Winter (*pro hac vice*)
Whitney Alcorn (*pro hac vice*)
ORRICK, HERRINGTON&
    SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, DC  20037
Telephone:  202/349-8000
202/349-8080 (fax)
pburton@orrick.com
adam.miller@orrick.com
jwinter@orrick.com
whitney.busch@orrick.com

*Attorneys for Defendant Donald R. Schneider*

Derek P. Hartman (0087869)
CAVITCH FAMILO
    & DURKIN CO., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Telephone:  216/621-7860
dhartman@cavitch.com

David L. Axelrod (*pro hac vice*)
M. Norman Goldberger (*pro hac vice*)
Laura E. Krabill (*pro hac vice*)
Hannah L. Welsh (*pro hac vice*)
Erin K. Fountaine (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone:  215/665-8500
215/864-8999 (fax)
axelrodd@ballardspahr.com
goldbergerm@ballardspahr.com
krabilll@ballardspahr.com
welshh@ballardspahr.com
fountainee@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

- 13 -

s/ James E. Arnold (with permission)
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, OH  43215
Telephone: 614/460-1600
614/469-1093 (fax)
jarnold@arnlaw.com
ggosnell@arnlaw.com

Veronica E. Callahan (*pro hac vice*)
Aaron F. Miner (*pro hac vice*)
Yiqing Shi (*pro hac vice*)
ARNOLD & PORTER KAYE
   SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone: 212/836-8000
212/836-8689 (fax)
aaron.miner@arnoldporter.com
veronica.callahan@arnoldporter.com
yiqing.shi@arnoldporter.com

s/ John C. Fairweather (with permission)
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, OH  44308
Telephone: 330/376-2700
330/376-4577 (fax)
jfairweather@ralaw.com

David Sporar (0086640)
ROETZEL & ANDRESS, LPA
600 Superior Avenue East, Suite 1600
Cleveland, OH  44114
Telephone: 216/623-0150
216/623-0134 (Fax)
dsporar@ralaw.com

Steven S. Scholes
Paul M.G. Helms
Emilie E. O'Toole
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
sscholes@mwe.com
phelms@mwe.com
eotoole@mwe.com

*Attorneys for Defendant Leila L. Vespoli*

*Attorneys for Defendant Robert P. Reffner*

s/ Andrew P. Guran (with permission)
Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR
   & PEASE LLP
50 South Main Street, Suite 1200
Akron, OH  44308-1471
Telephone: 330/208-1000
330/208-1001 (fax)
apguran@vorys.com

s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
PORTER, WRIGHT, MORRIS
   & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH  43215-6194
Telephone: 614/227-2000
614/227-2100 (fax)
rtrafford@porterwright.com
dbloomfield@porterwright.com

- 14 -

Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR
   & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH  45202
Telephone:  513/723-4000
513/723-4056 (fax)
vawalton@vorys.corn
jmbrunner@vorys.com

Emily J. Taft (0098037)
VORYS, SATER, SEYMOUR
   & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone:  614/464-5432
 614/ 464-5432 (fax)
ejtaft@vorys.com

*Attorneys for Defendant John Judge*

Brian S. Weinstein (*pro hac vice*)
Eric M. Kim (*pro hac vice*)
Joshua N. Shinbrot (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017
Telephone:  202/450-4000
brian.weinstein@davispolk.com
eric.kim@davispolk.com
joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants
Barclays Capital Inc., BofA Securities, Inc.,
Citigroup Global Markets Inc., J.P. Morgan
Securities LLC, Morgan Stanley & Co. LLC,
Mizuho Securities USA LLC, PNC Capital
Markets LLC, RBC Capital Markets, LLC,
Santander Investment Securities Inc., Scotia
Capital (USA) Inc., SMBC Nikko Securities
America, Inc., CIBC World Markets Corp.,
KeyBanc Capital Markets Inc., TD Securities
(USA) LLC, U.S. Bancorp Investments, Inc.,
and MUFG Securities Americas Inc.*

- 15 -

s/ Matthew L. Fornshell (with permission)

Matthew L. Fornshell, Trial Attorney (0062101)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
Telephone: 614/ 462-2700
614/ 462-5135 (fax)
matthew.fornshell@icemiller.com

Steven E. Fineman (*pro hac vice*)
Daniel P. Chiplock (*pro hac vice*)
Michael J. Miarmi (*pro hac vice*)
John T. Nicolaou (*pro hac vice*)
Gabriel A. Panek (*pro hac vice*)
LIEFF CABRASER HEIMANN
       & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: 212/355-9500
(212) 355-9592 (fax)
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
jnicolaou@lchb.com
gpanek@lchb.com

Richard M. Heimann (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN
       & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: 415/956-1000
415/956-1008 (fax)
rheimann@lchb.com
bleppla@lchb.com
msheen@lchb.com

*Attorneys for Opt-Out Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on December 17, 2025.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ Joseph F. Murray
Joseph F. Murray (0063373)