# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | Case No. 2:20-cv-03785-ALM-KAJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| ALL ACTIONS | Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson<br>Special Master Shawn K. Judge |
| MFS Series Trust I, et al., | Case No. 2:21-cv-05839-ALM-KAJ |
| Plaintiffs, | |
| vs. | |
| FirstEnergy Corp., et al., | |
| Defendants. | |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al., | Case No. 2:22-cv-00865-ALM-KAJ |
| Plaintiffs, | |
| vs. | |
| FirstEnergy Corp., et al., | |
| Defendants. | |

**JOINT STIPULATION AND [PROPOSED] ORDER
PURSUANT TO FED. R. EVID. 502(d)**

WHEREAS, on October 20, 2025, defendant Michael Dowling served a non-party subpoena on FirstEnergy Corp. (the "Subpoena") in the action titled *State of Ohio* v. *Michael J. Dowling*, Case No. CR-2024-02-0473-B (C.P. Summit Cnty.) (together with *State of Ohio* v. *Charles E. Jones*, Case No. CR-2024-02-0473-C (C.P. Summit Cnty.), the "State Court Action");

WHEREAS, on November 24, 2025, FirstEnergy, Dowling, and Jones entered into a joint stipulation in the State Court Action to facilitate FirstEnergy's production of an agreed-upon set of documents (the "Documents") in response to the Subpoena;

WHEREAS, on November 25, 2025, the court in the State Court Action issued an order (the "State Court Action 502(D) Order") providing, pursuant to Ohio Evid.R. 502(D), that FirstEnergy's production of the Documents "shall not constitute a waiver of any legal privilege, protection, or immunity, including but not limited to the attorney-client privilege or the work product protection, in the" State Court Action or any other action "including but not limited to . . . *In re FirstEnergy Corp. Sec. Litig.*, No. 2:20-cv-03785-ALM-KAJ (S.D. Ohio)";

WHEREAS, on November 26, 2025, FirstEnergy produced the Documents in the State Court Action;

WHEREAS, on December 30, 2025, Plaintiffs[1] requested that FirstEnergy produce the Documents in the above-captioned actions (the "Securities Litigation");

WHEREAS, on December 30, 2025, the parties in the Securities Litigation met and conferred to discuss Plaintiffs' request;

WHEREAS, the undersigned parties wish to facilitate production of the Documents without altering their respective positions regarding the attorney-client privilege or other matters;

WHEREAS, FirstEnergy does not concede that any unredacted information in the Documents is protected by the attorney-client privilege or work product protection; and

---

[1] "Plaintiffs" refers to Lead Plaintiff in the putative class action Los Angeles County Employees Retirement Association and Named Plaintiffs Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund; City of Irving Supplemental Benefit Plan; and Wisconsin Laborers' Pension Fund.

WHEREAS, Fed. R. Evid. 502(d) provides that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court — in which event the disclosure is also not a waiver in any other federal or state proceeding";

NOW, THEREFORE, the undersigned parties agree, and the Court, upon a finding of good cause, ORDERS, as follows:

1. FirstEnergy shall produce any of the Documents that are also responsive to discovery requests propounded in the Securities Litigation.

2. Pursuant to Fed. R. Evid. 502(d), FirstEnergy's production of the Documents shall not constitute a waiver of any legal privilege, protection, or immunity, including but not limited to the attorney-client privilege or the work product protection, in the Securities Litigation or any other action.

3. The undersigned parties agree not to assert, support, or otherwise facilitate any argument that the production of the Documents constitutes a waiver of any legal privilege, protection, or immunity, including but not limited to the attorney-client privilege or the work product protection.

4. Except as stated herein, this stipulation does not prevent any party from asserting their respective positions regarding any legal privilege, protection, or immunity or the lack of any legal privilege, protection, or immunity, including but not limited to the attorney-client privilege or the work product protection in connection with other disputes, whether in the Securities Litigation or in any other forum or proceeding. Rather, as stated herein, the parties agree not to rely on the production of the Documents or the existence of this stipulation as support for any such argument or position.

5. Except as provided in the State Court Action 502(D) Order, the undersigned parties will use the Documents solely for purposes of pursuing or defending against the claims asserted in the Securities Litigation.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 6, 2026

/s/ *Joseph F. Murray (with permission)*
Joseph F. Murray, Trial Attorney (0063373)
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, Ohio  43215
Telephone:  (614) 488-0400
murray@mmmb.com

*Liaison Counsel*

Darren J. Robbins (*pro hac vice*)
Mark Solomon (*pro hac vice*)
Jason A. Forge (*pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California  92101
Telephone:  (619) 231-1058
darrenr@rgrdlaw.com
marks@rgrdlaw.com
jforge@rgrdlaw.com

*Class Counsel*

Respectfully submitted,

/s/ *Richard J. Silk, Jr*
Paul J. Schumacher, Trial Attorney (0014370)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio  44114
Telephone:  (216) 685-1827
pschumacher@dmclaw.com

Richard J. Silk, Jr. (0074111)
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, Ohio  43215
Telephone:  (614) 258-6000
rsilk@dmclaw.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
giuffrar@sullcrom.com
nelless@sullcrom.com
reind@sullcrom.com
newtonb@sullcrom.com
menillon@sullcrom.com
williamsh@sullcrom.com

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.

Suite 700
Washington, D.C.  20006
Telephone:  (202) 956-7040
shieldska@sullcrom.com

*Counsel for Defendant FirstEnergy Corp.*

/s/ Carole S. Rendon (with permission)
Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Rachael L. Israel (0072772)
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio  44114
Telephone:  (216) 621-0200
crendon@bakerlaw.com
dshively@bakerlaw.com
dwarren@bakerlaw.com
risrael@bakerlaw.com
jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio  43215
Telephone:  (614) 228-1541
alin@bakerlaw.com

George A. Stamboulidis (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4211
gstamboulidis@bakerlaw.com

William S. Scherman (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C.  20037
Telephone:  (202) 639.6500
wscherman@velaw.com

*Counsel for Defendant Charles E. Jones*

/s/ Geoffrey J. Ritts (with permission)
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Adrienne F. Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
gjritts@jonesday.com
rfaxon@jonesday.com
calee@jonesday.com
afmueller@jonesday.com

Marjorie P. Duffy (0083452)
M. Ryan Harmanis (0093642)
Shalini B. Goyal (0093642)
Elizabeth A. Benshoff (0098080)
JONES DAY
325 John H. McConnell Boulevard,
Suite 600
Columbus, Ohio  43215
Telephone:  (614) 469-3939
mpduffy@jonesday.com
rharmanis@jonesday.com
sgoyal@jonesday.com
ebenshoff@jonesday.com

Jordan M. Walsh (*pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania  15219-2514
Telephone:  (412) 391-3939
jmwalsh@jonesday.com

*Counsel for Defendants Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M.*

*Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

| | |
|---|---|
| /s/ Douglas M. Mansfield (with permission) | /s/ John F. McCaffrey (with permission) |
| Douglas M. Mansfield (0063443) | John F. McCaffrey (0039486) |
| LAPE MANSFIELD NAKASIAN | John A. Favret (0080427) |
|     & GIBSON, LLC | Melissa Z. Kelly (0077441) |
| 9980 Brewster Lane, Suite 150 | Hannah M. Smith (0090870) |
| Powell, Ohio  43065 | TUCKER ELLIS LLP |
| Telephone:  (614) 763-2316 | 950 Main Avenue, Suite 1100 |
| dmansfield@lmng-law.com | Cleveland, Ohio  44113 |
| | Telephone:  (216) 592-5000 |
| Michael L. Kichline (*pro hac vice*) | john.mccaffrey@tuckerellis.com |
| Eric W. Sitarchuk (*pro hac vice*) | john.favret@tuckerellis.com |
| Laura H. McNally (*pro hac vice*) | melissa.kelly@tuckerellis.com |
| Karen Pieslak Pohlmann (*pro hac vice*) | hannah.smith@tuckerellis.com |
| MORGAN, LEWIS & BOCKIUS LLP | |
| 2222 Market Street | Dan K. Webb (*pro hac vice*) |
| Philadelphia, Pennsylvania  19103-3007 | Steve Grimes (*pro hac vice*) |
| Telephone:  (215) 963-5000 | A. Matthew Durkin (*pro hac vice*) |
| michael.kichline@morganlewis.com | WINSTON & STRAWN, LLP |
| laura.mcnally@morganlewis.com | 35 W. Wacker Drive |
| karen.pohlmann@morganlewis.com | Chicago, Illinois  60601 |
| | Telephone:  (312) 558-5600 |
| *Counsel for Defendant Dennis M. Chack* | sgrimes@winston.com |
| | dwebb@winston.com |
| | mdurkin@winston.com |
| | |
| | *Counsel for Defendant Michael J. Dowling* |
| /s/ Brian P. O'Connor (with permission) | /s/ Derek P. Hartman (with permission) |
| Brian P. O'Connor (0086646) | Derek P. Hartman (0087869) |
| SANTEN & HUGHES | CAVITCH FAMILO |
| 600 Vine Street, Suite 2700 |     & DURKIN CO., L.P.A |
| Cincinnati, Ohio  45202 | 1300 East Ninth Street, 20th Floor |
| Telephone:  (513) 721-4450 | Cleveland, Ohio  44114 |
| bpo@santenhughes.com | Telephone:  (216) 621-7860 |
| | dhartman@cavitch.com |
| Preston Burton (*pro hac vice*) | |
| Adam Miller (*pro hac vice*) | David L. Axelrod (*pro hac vice*) |
| Jill Winter (*pro hac vice*) | M. Norman Goldberger (*pro hac vice*) |
| Whitney Alcorn (*pro hac vice*) | Laura E. Krabill (*pro hac vice*) |

ORRICK, HERRINGTON
      & SUTCLIFFE LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 349-8000
pburton@orrick.com
adam.miller@orrick.com
jwinter@orrick.com
walcorn@orrick.com

*Counsel for Defendant Donald R. Schneider*

*/s/ James E. Arnold (with permission)*
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, Ohio 43215
Telephone: (614) 460-1600
jarnold@arnlaw.com
ggosnell@arnlaw.com

Veronica E. Callahan (*pro hac vice*)
Aaron F. Miner (*pro hac vice*)
Yiqing Shi (*pro hac vice*)
ARNOLD & PORTER KAYE
      SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
aaron.miner@arnoldporter.com
veronica.callahan@arnoldporter.com
yiqing.shi@arnoldporter.com

*Counsel for Defendant Leila L. Vespoli*

*/s/ Andrew P. Guran (with permission)*
Andrew P. Guran (0090649)

Hannah L. Welsh (*pro hac vice*)
Erin K. Fountaine (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
Telephone: (215) 665-8500
axelrodd@ballardspahr.com
goldbergerm@ballardspahr.com
krabilll@ballardspahr.com
welshh@ballardspahr.com
fountainee@ballardspahr.com

*Counsel for Defendant James F. Pearson*

*/s/ John C. Fairweather (with permission)*
John C. Fairweather (0018216)
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, Ohio 44308
Telephone: (330) 376-2700
jfairweather@ralaw.com

David Sporar (0086640)
ROETZEL & ANDRESS, LPA
600 Superior Avenue East, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 623-0150
dsporar@ralaw.com

Stephen S. Scholes (*pro hac vice*)
Paul M.G. Helms (*pro hac vice*)
Emilie E. O'Toole (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Chicago, Illinois 60606-0029
Telephone: (312) 372-2000
sscholes@mwe.com
phelms@mwe.com
eotoole@mwe.com

*Counsel for Defendant Robert P. Reffner*

*/s/ Robert W. Trafford (with permission)*
Robert W. Trafford, Trial Attorney (0040270)

VORYS, SATER, SEYMOUR
      & PEASE LLP
50 South Main Street, Suite 1200
Akron, Ohio  44308-1471
Telephone:  (330/208-1000
apguran@vorys.com

Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR
      & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, Ohio  45202
Telephone:  (513) 723-4000
vawalton@vorys.com
jmbrunner@vorys.com

Emily J. Taft (0098037)
VORYS, SATER, SEYMOUR
      & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio  43216-1008
Telephone:  (614) 464-5432
ejtaft@vorys.com

*Counsel for Defendant John Judge*

David S. Bloomfield, Jr. (0068158)
PORTER, WRIGHT, MORRIS
      & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, Ohio  43215-6194
Telephone:  (614) 227-2000
rtrafford@porterwright.com
dbloomfield@porterwright.com

Brian S. Weinstein (*pro hac vice*)
Eric M. Kim (*pro hac vice*)
Joshua N. Shinbrot (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (202) 450-4000
brian.weinstein@davispolk.com
eric.kim@davispolk.com
joshua.shinbrot@davispolk.com

*Counsel for the Underwriter Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc.*

*/s/ Matthew L. Fornshell (with permission)*
Matthew L. Fornshell, Trial Attorney (0062101)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio  43215-7509
Telephone:  (614) 462-2700
matthew.fornshell@icemiller.com

Steven E. Fineman (*pro hac vice*)
Daniel P. Chiplock (*pro hac vice*)

Michael J. Miarmi (*pro hac vice*)
John T. Nicolaou (*pro hac vice*)
Gabriel A. Panek (*pro hac vice*)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  (212) 355-9500
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
jnicolaou@lchb.com
gpanek@lchb.com

Richard M. Heimann (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
rheimann@lchb.com
bleppla@lchb.com
msheen@lchb.com

*Counsel for Opt-Out Plaintiffs*

\* \* \*

**IT IS SO ORDERED.**

DATED:  January 7, 2026           */s/ Shawn K. Judge*
                                             SHAWN K. JUDGE (0069493)
                                             SPECIAL MASTER