# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) No. 2:20-cv-03785-ALM-KAJ <br> ) <br> ) <br> ) <br> ) CLASS ACTION <br> ) <br> ) Judge Algenon L. Marbley <br> ) Magistrate Judge Kimberly A. Jolson <br> ) Special Master Shawn K. Judge <br> ) |

### DEFENDANT MICHAEL DOWLING'S NOTICE OF JOINDER IN LEGAL ARGUMENTS SUBMITTED BY THE DEFENDANTS PURSUANT TO COURT ORDER (ECF 933)

Defendant Michael Dowling joins and incorporates herein all the legal arguments made and presented by the Defendants in their post-hearing briefing concerning class certification, including FirstEnergy Corp. and Certain Defendants' Supplemental Memorandum of Law in Opposition for Class Certification (ECF 948). For the reasons stated therein, this Court should deny class certification.

Respectfully submitted,

*/s/ John A. Favret*
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216-592-5000
Fax: 216-592-5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com
hannah.smith@tuckerellis.com

7105119.2

Dan K. Webb (admitted *pro hac vice*)
Steven Grimes (admitted *pro hac vice*)
Matthew Durkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone:  312-558-5600
Fax:  312-558-5700
dwebb@winston.com
sgrimes@winston.com
m.durkin@winston.com

*Attorneys for Defendant Michael J. Dowling*

7105119.2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ John A. Favret*
    John A. Favret
    *One of the Attorneys for Defendant*
    *Michael J. Dowling*