UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) No. 2:20-cv-03785-ALM-KAJ </br> ) CLASS ACTION </br> ) |
| This Document Relates To: </br> ALL ACTIONS. | ) ) Judge Algenon L. Marbley </br> ) Magistrate Judge Kimberly A. Jolson </br> ) ) |

MOTION FOR LEAVE TO WITHDRAW CHAD JOHNSON AND DESIREE CUMMINGS AS COUNSEL FOR PLAINTIFFS

| | |
|---|---|
| MURRAY MURPHY MOUL </br>  + BASIL LLP </br> JOSEPH F. MURRAY (0063373) </br> 1114 Dublin Road </br> Columbus, OH  43215 </br> Telephone:  614/488-0400 </br> 614/488-0401 (fax) </br> murray@mmmb.com </br></br> Liaison Counsel | ROBBINS GELLER RUDMAN </br>  & DOWD LLP </br> DARREN J. ROBBINS (*pro hac vice*) </br> MARK SOLOMON (*pro hac vice*) </br> 655 West Broadway, Suite 1900 </br> San Diego, CA  92101 </br> Telephone:  619/231-1058 </br> 619/231-7423 (fax) </br> darrenr@rgrdlaw.com </br> marks@rgrdlaw.com </br></br> Class Counsel |

- 1 -

Pursuant to Southern District of Ohio Local Rule 83.4(b), Class Counsel for Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, the "Plaintiffs"), respectfully request leave to withdraw Chad Johnson and Desiree Cummings as counsel for Plaintiffs in the above-captioned action.  Mr. Johnson and Ms. Cummings have complied with the requirements of Rule 83.4(b) and their withdrawal will cause no delay or prejudice as Plaintiffs will continue to be represented in this matter by attorneys from Robbins Geller Rudman & Dowd LLP and Murray Murphy Moul + Basil LLP, including Joseph F. Murray as trial attorney for Plaintiffs.

DATED:  January 29, 2026        MURRAY MURPHY MOUL + BASIL LLP
                                JOSEPH F. MURRAY, Trial Attorney (0063373)


                                  s/ Joseph F. Murray
                                JOSEPH F. MURRAY

                                1114 Dublin Road
                                Columbus, OH  43215
                                Telephone:  614/488-0400
                                614/488-0401 (fax)
                                murray@mmmb.com

                                Liaison Counsel

- 2 -

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        DARREN J. ROBBINS (*pro hac vice*)
        MARK SOLOMON (*pro hac vice*)
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)
        darrenr@rgrdlaw.com
        marks@rgrdlaw.com

        Class Counsel

4923-5488-8582.v1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on January 29, 2026.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ Joseph F. Murray
JOSEPH F. MURRAY (0063373)
