**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**IN RE FIRSTENERGY CORP.
SECURITIES LITIGATION,**

**This document relates to:**

**ALL ACTIONS.**

**Civil Action 2:20-cv-3785
District Judge Algenon L. Marbley
Magistrate Judge Jolson**

## ORDER

Defendant John Judge's Motion to Withdraw is before the Court.  (Doc. 999).  Attorney Emily J. Taft seeks to withdraw as counsel for Defendant Judge.  For good cause shown, and in compliance with Local Rule 83.4(b), the Motion is **GRANTED**.  The Clerk is **DIRECTED** to terminate Attorney Emily J. Taft as counsel for Defendant Judge.

IT IS SO ORDERED.


Date: April 16, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE