## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**IN RE FIRSTENERGY CORP.**
**SECURITIES LITIGATION,**

**This document relates to:**
                                           **Civil Action 2:20-cv-3785**
                                           **District Judge Algenon L. Marbley**
      **ALL ACTIONS.**                                    **Magistrate Judge Jolson**

## ORDER

Defendants' Motion for Leave for Substitution and Withdrawal of Trial Attorney (Doc. 1006) is before the Court. Attorney Robert W. Trafford seeks to withdraw as counsel for Defendants Barclays Capital, Inc., BofA Securities, Inc., Citigroup Global Markets, Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc. (*Id.*). And Attorney David S. Bloomfield, Jr. asks to substitute as trial attorney in his place. (*Id.*).

For good cause shown, and in compliance with Local Rule 83.4(b), the Motion is **GRANTED**. The Clerk is **DIRECTED** to update the docket accordingly.

IT IS SO ORDERED.


Date: April 23, 2026
                                                 /s/ Kimberly A. Jolson
                                                 KIMBERLY A. JOLSON
                                                 UNITED STATES MAGISTRATE JUDGE