UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) | No. 2:20-cv-03785-ALM-KAJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | Judge Algenon L. Marbley |
| ALL ACTIONS. | ) ) ) | Magistrate Judge Kimberly A. Jolson |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES

MURRAY MURPHY MOUL
  + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com


Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com


Class Counsel

4905-1451-2806.v2

**Sixth Circuit District Court Cases Regarding "Party" Means "Party," Not "Side":**

1. *Laws v. Stevens Transport, Inc.*, 2013 WL 941435, at *2 (S.D. Ohio Mar. 8, 2013);

2. *Gray v. Price*, 2020 WL 12721645, at *4 (E.D. Mich. Feb. 12, 2020);

3. *Bradfield v. Donahue*, 2016 WL 5661855, at *1 (W.D. Tenn. Sep. 29, 2016);

4. *West v. Hilton*, 2012 WL 1186007, at *1 (S.D. Ohio Apr. 9, 2012);

5. *Knox Trailers, Inc. v. Clark*, 2022 WL 831432, at *8 (E.D. Tenn. Mar. 18, 2022);

6. *State Farm Mut., Auto. Ins. Co. v. Pain & Inj. Rehab. Clinic, Inc.*, 2008 WL 2605206, at *2 (E.D. Mich. June 30, 2008);

7. *Safelite Grp., Inc. v. Lockridge*, 2025 WL 2684126, at *1 (S.D. Ohio Sep. 19, 2025);

8. *Ryan v. Nagy*, 2022 WL 21988830, at *6 (E.D. Mich. Oct. 11, 2022); and

9. *Merrill v. King*, 2024 WL 4995557, at *1 (E.D. Mich. Dec. 5, 2024).

DATED: April 28, 2026

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)

s/ Joseph F. Murray

JOSEPH F. MURRAY

1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com

Class Counsel

- 1 -

4905-1451-2806.v2

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on April 28, 2026.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ Joseph F. Murray
Joseph F. Murray (0063373)

- 1 -