Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - -

IN RE: FIRSTENERGY CORP        ) CIVIL ACTION NO.
       SECURITIES LITIGATION   ) 2:20-cv-3785
                               )
                               )
THIS DOCUMENT RELATES TO:      )
ALL ACTIONS                    )

Remote Status Conference held before
Special Counsel Shawn Judge

Thursday, May 28, 2026
11:02 a.m. EDT

Reporter:  Kristin Wegryn, RMR, CRR

Job No. 8039803

Page 2

REMOTE APPEARANCES:
     On behalf of Class Plaintiffs:
             JASON A. FORGE, ESQ.
             LUCAS F. OLTS, ESQ.
             JEREMY DANIELS, ESQ.
             Robbins Geller Rudman & Dowd LLP
             655 West Broadway
             Suite 1900
             San Diego, California 92101
             619.231.1058
             jforge@rgrdlaw.com
             lolts@rgrdlaw.com
             jdaniels@rgrdlaw.com
                 and
             JOSEPH F. MURRAY, ESQ.
             Murray Murphy Moul + Basil LLP
             1114 Dublin Road
             Columbus, Ohio 43215
             614.488.0400
             murray@mmmb.com
     On behalf of Defendant Dennis M. Chack:
             KAREN POHLMANN, ESQ.
             Morgan, Lewis & Bockius LLP
             1701 Market Street
             Philadelphia, Pennsylvania 19103
             215.963.5000
             karen.pohlmann@morganlewis.com
     On behalf of Direct Action Plaintiffs:
             MICHAEL J. MIARMI, ESQ.
             Lieff Cabraser Heimann & Bernstein, LLP
             250 Hudson Street
             8th Floor
             New York, New York 10013
             212.355.9500
             mmiarmi@lchb.com
                 and
             RICHARD HEIMANN, ESQ.
             Lieff Cabraser Heimann & Bernstein, LLP
             275 Battery Street
             29th Floor
             San Francisco, California 94111
             415.956.1000
             rheimann@lchb.com

```
                                                       Page 3
```

REMOTE APPEARANCES:  (Continued)

On behalf of Defendant FirstEnergy Corp:
HILARY WILLIAMS, ESQ.
BETH D. NEWTON, ESQ.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
212.558.4000
williamsh@sullcrom.com
newtonb@sullcrom.com

On behalf of Defendant Donald R. Schneider:
BRIAN P. O'CONNOR, ESQ.
Santen & Hughes
600 Vine Street
Suite 700
Cincinnati, Ohio 45202
513.721.4450
bpo@santenhughes.com
        and
PRESTON BURTON, ESQ.
WHITNEY ALCORN, ESQ.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Columbia Center
Washington, D.C. 20005
202.349.7958
pburton@orrick.com
walcorn@orrick.com

On behalf of Defendant Robert P. Reffner:
JOHN C. FAIRWEATHER, ESQ.
Brouse McDowell
388 South Main Street
Suite 500
Akron, Ohio 44311
330.535.5711
jfairweather@brouse.com
        and
PAUL M.G. HELMS, ESQ.
McDermott Will & Emery LLP
444 West Lake Street
Suite 4000
Chicago, Illinois 60606
312.984.5380
phelms@mwe.com

```
                                                            Page 4
```

REMOTE APPEARANCES:  (Continued)

On behalf of Defendant Charles E. Jones:
                RACHAEL ISRAEL, ESQ.
                Baker & Hostetler LLP
                127 Public Square
                Suite 2000
                Cleveland, Ohio 44114
                216.621.0200
                risrael@bakerlaw.com
                        and
                JONATHAN R. BARR, ESQ.
                Baker & Hostetler LLP
                1050 Connecticut Avenue NW
                Suite 1100
                Washington, D.C. 20036
                202.861.1534
                jbarr@bakerlaw.com

On behalf of Defendant John Judge:
                ANDREW P. GURAN, ESQ.
                Vorys, Sater, Seymour and Pease LLP
                50 South Main Street
                Suite 1200
                Akron, Ohio 44308
                330.208.1000
                apguran@vorys.com

On behalf of Defendant Michael Dowling:
                JOHN MCCAFFREY, ESQ.
                JOHN A. FAVRET III, ESQ.
                Tucker Ellis LLP
                950 Main Avenue
                Suite 1100
                Cleveland, Ohio 44113
                216.696.2678
                john.mccaffrey@tuckerellis.com
                john.favret@tuckerellis.com

Page 5

REMOTE APPEARANCES:  (Continued)

On behalf of Defendants Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, Leslie M. Turner, Steven E. Strah, and K. John Taylor:

        MARJORIE P. DUFFY, ESQ.
        Jones Day
        325 John H. McConnell Boulevard
        Suite 600
        Columbus, Ohio 43215
        614.281.3655
        mpduffy@jonesday.com
                and
        GEOFFREY J. RITTS, ESQ.
        Jones Day
        North Point
        901 Lakeside Avenue
        Cleveland, Ohio 44114
        216.586.3939
        gjritts@jonesday.com

On behalf of Underwriter Defendants:
        HELEN M. FITE, ESQ.
        Porter, Wright, Morris & Arthur LLP
        41 South High Street
        Suite 2900
        Columbus, Ohio 43215
        614.227.2000
        hfite@porterwright.com
                and
        ERIC M. KIM, ESQ.
        Davis Polk & Wardwell LLP
        450 Lexington Avenue
        11th Floor
        New York, New York 10017
        212.450.3976
        eric.kim@davispolk.com

ALSO PRESENT:
        Paul J. Schumacher, Esq.
        JAP [as written]

Page 6

REPORTING REMOTELY FROM LORAIN COUNTY, OHIO

Thursday, May 28, 2026, 11:02 a.m.

- - - - -

MR. JUDGE:  All right.  Let's go on the record.

Good morning, everyone.  It's May 28th, 2026, at 11:01, and we are here for our weekly status conference.  Light attendance today. Unless there are some issues to be addressed, I wanted to thank the parties for providing Magistrate Judge Jolson, myself, as well as Judge Marbley, with the copies of the petition filings regarding the appeal after the post-certification proceedings.

Also, for the filing debriefing on the issues that we had talked about, I'm in the process of finalizing the order, which I hope to get out to you within the next seven to ten days, which should be an omnibus report and a recommendation in a combined order that resolves all of the pending issues and sets a schedule or a partial schedule framework.

One thing I did want to address early is for Ms. Israel.

Ms. Israel, if you recall, quite some

Page 7

time ago, you provided me with documents for in camera review that were related to the state court proceedings the things that were under review, and I believe you did that as a link that has, no doubt, expired by now.

I do want to spend this weekend looking at those documents to make sure my notes are correct before I release the decision.

Would you be able to resend me a new link to those documents?

MS. ISRAEL:  Yes, absolutely.  So the documents to the -- I'm sorry.  The link to the documents themselves?

MR. JUDGE:  Yes, the exact same link you provided me before that was accessed -- I think it was a share file.

MS. ISRAEL:  Yep.

MR. JUDGE:  Yeah.  And just -- because the prior one went to my old email, I could access it with great difficulty, but it would be just much easier -- because I just want to confirm.  It's been quite a while since I took notes and looked at those documents.  I want to make sure that we're squared away before I release anything.

Page 8

MS. ISRAEL:  Okay.  That is no problem.

MR. JUDGE:  I would appreciate that.

And are there any issues that we need to discuss today?  I know Mr. Forge, in the email from about 30, 40 minutes ago, you said that you were -- wanted to have the conference today.

Are there any issues that have arisen since we last met several weeks ago that we need to discuss?

MR. FORGE:  One issue has arisen.  I don't think we need to -- necessarily need to discuss it.  I just wanted to let you know that plaintiffs are going to move for court approval for the class notice.

The defendants chose not to weigh in on the form of the notice because they're going to oppose sending class notice.  We don't think they have standing to do that, but we can, we can litigate that.  I just wanted to let you know that that motion's coming next week.

MR. JUDGE:  Okay.

MR. FORGE:  And I assume --

MR. JUDGE:  Just when I thought I was going to get caught up.

MR. FORGE:  Well, I assume that's going

Page 9

to the Court.  I assume that's not -- it's not a discovery issue.

MR. JUDGE:  Yeah, unless, unless Judge Marbley refers it to me, I assume it's going to be for his contemplation, not mine.

MR. FORGE:  Right.

And the only other thing that I wanted to discuss regarding the scheduling order is, is it -- are you putting out a scheduling order or recommending a scheduling order?

Plaintiffs' position is that, now that Judge Marbley's order has issued and the order holds that the class remains certified, there's even -- there's just no justification not to have a trial date.  So we would like to be heard.  We would like to request a status conference with Judge Marbley in that regard.

I just -- like I said, I don't want to start an argument right now over it, but I just don't think there's any basis to not do that.

MR. JUDGE:  No, I understand.

I -- in my report and recommendation -- combined report and recommendation and orders, I will not be setting a trial date.  That is far above my meager pay grade here.  I will be making

Page 10

recommendations to the Court.  I would say hold off on requesting a status conference with Judge Marbley until you get my order in about a week, seven to ten days, because then everything will be in front of him.  If he wants to have a status conference, he can.  If not, he can deal with it on the papers.

But, at that point, it would be -- you would at least see what I'm ordering and what I'm recommending in two parts.  Then it will inform, I think, your ask a little bit, and the schedule.

MR. FORGE:  Okay.  Okay.  Thank you.

MR. JUDGE:  Yeah.

I will also -- I'll be speaking with his chambers shortly and I'll just give him a heads-up that it's coming down the road.  He can anticipate the request --

MR. FORGE:  Okay.

MR. JUDGE:  -- so he's aware of it.

MR. FORGE:  Okay.  That's --

MR. JUDGE:  I encourage the parties to talk about it and see if they can come to some kind of agreement.  I imagine that's an issue that there's not going to be a likelihood of agreement on, to put it mildly.

Page 11

MR. FORGE:  Yeah.  I think that that is wildly optimistic.

MR. JUDGE:  Hope springs eternal.

Are there any other issues of stuff that we need to talk about, anything that developed in the state court proceedings or anything else that the parties are discussing on the horizon?

MS. NEWTON:  Mr. Judge, Beth Newton for FirstEnergy.  If I could make just a couple -- a few quick points.

MR. JUDGE:  Absolutely.

MS. NEWTON:  The first is just to -- I just want the record to be clear on the class notice issue.  And we can talk about this offline further with Mr. Forge if necessary, but we do think we should have input into the content of the class notice.  We think it's premature to issue it at this stage in the case, given the ongoing class certification litigation.  But when that does happen, you know, we're not waiving the opportunity to negotiate the language of that, of that notice.  So that was point one.

And the second point was just as a housekeeping matter, just a heads-up that we will be seeking leave to file a reply in support of

Page 12

the 23(f) petition either today or tomorrow.  So we will, we will send a copy of that to you and to Judge Marbley and Magistrate Judge Jolson.

MR. JUDGE:  Okay.  Thank you.

A reply in the Sixth Circuit, a bold move.  I'll look forward to that.

Ms. Israel, you wanted to speak, as well?

MS. ISRAEL:  Yes.  I just wanted to clarify what we were talking about earlier to make sure that you're aware that the link to the in camera documents is separate from the link to the briefs.

Did you need both links sent to you? The substantive briefs were submitted also in camera, but they're not in the same database as the documents.

MR. JUDGE:  What I was referring to was the documents.  Why don't you send me both, though.

MS. ISRAEL:  Okay.

MR. JUDGE:  The briefs have so much of my chicken scratch on them, they look like a serial killer's map or something.  I don't know.

But if I have questions with the

Page 13

briefs -- but I do have copies of them sitting here, but just send me both if it's easy enough for you.

MS. ISRAEL:  No problem.  We'll do that.

MR. JUDGE:  Other than that, let's go through the documents.  I just want to make sure I'm characterizing it correctly.  And I haven't looked at the documents in several months, so I want to make sure that what I wrote still stands.  No, I appreciate that.

Any other issues we need to discuss?  I do encourage the parties to talk about notice.  I understand it's often the plaintiffs' position that it's their notice, it's their class members, it's their communication.  They get to talk about it the way they want and frame it the way they want.  I have never met a defendant that doesn't want input in it or to sign off on it.  So I understand that that's something that's going to get teed up for the Court, as well.

But to the extent we can --

MR. FORGE:  Just to be --

MR. JUDGE:  -- work anything out --

Yes, Mr. Forge.

MR. FORGE:  I apologize to interrupt.

Page 14

Just to be clear, we invited them to weigh in on the form of the notice.  They refused.  So it's -- Ms. Newton wants to eat her cake and have it, too.  She wants to refuse to engage with the form of the notice because they think it's premature, but then if the Court says it's not premature, then she wants to wind back the clock and engage.

So, you know, pick a lane.  You know, if they want, if they want to weigh in on the notice -- I'm not saying that they're waiving their right to object to the timing of it, but just engage on the form of the notice and then we can at least put an agreed upon form in front of the Court or narrow the disagreements on the form of the notice and then have a debate over whether the timing is right.

MR. JUDGE:  Mr. Forge, I'm not going to control what the parties do in this regard, but, to me, that makes a lot of sense.

Ms. Newton, I think you could always -- you don't have to tie yourself to it, but to the extent you can put in front of the Court the notice that would eventually go out, and then you could argue like hell over the timing.  But it

Page 15

makes sense if you could work things out now to work them out now and then put in front of the Court a cleaner notice.

Doing it as a two-part argument, that's fine if that's how it has to go, but I find it's often cleaner, and while you have the Court's attention devoted to the issue, let's try to put as much of it in front of the Court at one time to clean it up rather than doing it piecemeal.

So I encourage the parties to talk about that offline. I've found in my own practice it's often much easier that we can debate and argue over when, but let's get it squared away what. So...

MS. NEWTON: We're -- apologies.

MR. JUDGE: I'm sorry?

MS. NEWTON: Sure.

Mr. Judge, we're not opposed to discussing the content of the notice. The way the request was phrased was whether we would agree to an unopposed motion, to move forward with the notice. But we're amenable to discussing the content of the notice before that motion is filed and then fighting about the timing, which we think needs to, needs to be

Page 16

delayed until class cert is finally resolved because the content of the notice could change.

But we can, we can talk to Mr. Forge about what should be included in, in the language before that if they're willing to wait to file their motion until we do that.

MR. JUDGE: Great. I think that would be productive, and I encourage that. I appreciate that.

Are there any other issues we need to take up today?

MR. FORGE: Not from plaintiffs. Thank you.

MR. JUDGE: All right. Hearing nothing, we will adjourn and go off the record. I thank everyone for your time. If anything comes up before next week, please reach out.

I will be working on finalizing and getting the report and recommendation combined order out, as I said, within the next seven to ten days, if all goes well. Hopefully sooner than that even. And have a good weekend, everyone.

Thank you.

(Status conference concluded at 11:13 a.m.)

Page 17

CERTIFICATE

The State of Ohio,      )
                        )          SS:
County of Cuyahoga.   )

           I, Kristin Wegryn, a Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby certify that the discussion was by me reduced to stenotypy, afterwards transcribed, and that the foregoing is a true and correct transcription of the discussion given.

           I do further certify that this conference was taken remotely at the time and place in the foregoing caption specified and was completed without adjournment.  I do further certify that I am not a relative, counsel or attorney for either party, or otherwise interested in the event of this action.

           IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio, on this 29th day of May 2026.

Kristin Wegryn, RMR, CRR
Notary Public State of Ohio
Commission expiration:  July 23, 2028

**[& - adjourn]**

| & | | | |
|---|---|---|---|

**&** 2:4,13,17,21 3:3,8,12,22 4:3 4:7 5:15,19

| 1 |
|---|

**10004** 3:4
**10013** 2:18
**10017** 5:20
**1050** 4:7
**1100** 4:8,18
**1114** 2:9
**1152** 3:13
**11:01** 6:7
**11:02** 1:14 6:2
**11:13** 16:25
**11th** 5:20
**1200** 4:13
**125** 3:4
**127** 4:3
**15th** 3:13
**1701** 2:13
**1900** 2:5
**19103** 2:14

| 2 |
|---|

**2000** 4:4
**20005** 3:14
**20036** 4:8
**202.349.7958** 3:14
**202.861.1534** 4:9

**2026** 1:14 6:2,7 17:17
**2028** 17:25
**212.355.9500** 2:19
**212.450.3976** 5:21
**212.558.4000** 3:5
**215.963.5000** 2:14
**216.586.3939** 5:12
**216.621.0200** 4:5
**216.696.2678** 4:19
**2232** 17:23
**23** 12:1 17:25
**250** 2:17
**275** 2:21
**28** 1:14 6:2
**28th** 6:6
**2900** 5:16
**29th** 2:22 17:17
**2:20** 1:4

| 3 |
|---|

**30** 8:5
**312.984.5380** 3:24
**325** 5:7
**330.208.1000** 4:14

**330.535.5711** 3:20
**3785** 1:4
**388** 3:18

| 4 |
|---|

**40** 8:5
**4000** 3:23
**41** 5:15
**415.956.1000** 2:23
**43215** 2:10 5:8 5:16
**44113** 4:19
**44114** 4:4 5:12
**44308** 4:13
**44311** 3:19
**444** 3:22
**450** 5:19
**45202** 3:9

| 5 |
|---|

**50** 4:12
**500** 3:19
**513.721.4450** 3:10

| 6 |
|---|

**600** 3:8 5:7
**60606** 3:23
**614.227.2000** 5:17
**614.281.3655** 5:8

**614.488.0400** 2:10
**619.231.1058** 2:6
**655** 2:4

| 7 |
|---|

**700** 3:9

| 8 |
|---|

**8039803** 1:25
**8th** 2:18

| 9 |
|---|

**901** 5:11
**92101** 2:5
**94111** 2:22
**950** 4:18

| a |
|---|

**a.m.** 1:14 6:2 16:25
**able** 7:9
**above** 9:25
**absolutely** 7:11 11:11
**access** 7:20
**accessed** 7:15
**action** 1:4 2:16 17:15
**actions** 1:6
**addison** 5:2
**address** 6:23
**addressed** 6:9
**adjourn** 16:15

**[adjournment - commissioned]** Page 2

**adjournment** 17:13

**affixed** 17:16

**ago** 7:1 8:5,8

**agree** 15:21

**agreed** 14:14

**agreement** 10:23,25

**akron** 3:19 4:13

**alcorn** 3:12

**amenable** 15:22

**anderson** 5:3

**andrew** 4:11

**anticipate** 10:17

**apguran** 4:14

**apologies** 15:15

**apologize** 13:25

**appeal** 6:13

**appearances** 2:1 3:1 4:1 5:1

**appreciate** 8:2 13:10 16:9

**approval** 8:13

**argue** 14:25 15:12

**argument** 9:19 15:4

**arisen** 8:7,10

**arthur** 5:15

**assume** 8:22,25 9:1,4

**attendance** 6:8

**attention** 15:7

**attorney** 17:14

**avenue** 4:7,18 5:11,19

**aware** 10:19 12:11

**b**

**back** 14:7

**baker** 4:3,7

**bakerlaw.com** 4:5,9

**barr** 4:6

**basil** 2:9

**basis** 9:20

**battery** 2:21

**behalf** 2:2,12 2:16 3:2,7,17 4:2,11,16 5:2 5:14

**believe** 7:4

**bernstein** 2:17 2:21

**beth** 3:3 11:8

**bit** 10:11

**bockius** 2:13

**bold** 12:5

**boulevard** 5:7

**bpo** 3:10

**brian** 3:7

**briefs** 12:13,15 12:22 13:1

**broad** 3:4

**broadway** 2:4

**brouse** 3:18

**brouse.com** 3:20

**burton** 3:11

**c**

**c** 3:17

**cabraser** 2:17 2:21

**cake** 14:4

**california** 2:5 2:22

**camera** 7:2 12:12,16

**caption** 17:13

**case** 11:18

**caught** 8:24

**center** 3:13

**cert** 16:1

**certificate** 17:2

**certification** 6:13 11:19

**certified** 9:13

**certify** 17:9,12 17:14

**chack** 2:12

**chambers** 10:15

**change** 16:2

**characterizing** 13:7

**charles** 4:2

**chicago** 3:23

**chicken** 12:23

**chose** 8:15

**christopher** 5:4

**cincinnati** 3:9

**circuit** 12:5

**civil** 1:4

**clarify** 12:10

**class** 2:2 8:14 8:17 9:13 11:13,17,19 13:14 16:1

**clean** 15:9

**cleaner** 15:3,6

**clear** 11:13 14:1

**cleveland** 4:4 4:19 5:12 17:17

**clock** 14:8

**columbia** 3:13

**columbus** 2:10 5:8,16

**combined** 6:20 9:23 16:19

**come** 10:22

**comes** 16:16

**coming** 8:20 10:16

**commission** 17:25

**commissioned** 17:9

[communication - extent]

communication 13:15
completed 17:13
concluded 16:25
conference 1:10 6:8 8:6 9:16 10:2,6 16:25 17:12
confirm 7:22
connecticut 4:7
contemplation 9:5
content 11:16 15:19,23 16:2
continued 3:1 4:1 5:1
control 14:19
copies 6:12 13:1
copy 12:2
corp 1:4 3:2
correct 7:8 17:10
correctly 13:7
counsel 1:10 17:14
county 6:1 17:6
couple 11:9
court 1:1 7:3 8:13 9:1 10:1 11:6 13:20 14:6,15,23

15:3,8
court's 15:6
cromwell 3:3
crr 1:21 17:24
cuyahoga 17:6
cv 1:4

**d**

d 3:3 5:4
d.c. 3:14 4:8
daniels 2:3
database 12:16
date 9:15,24
davis 5:19
davispolk.com 5:21
day 5:6,10 17:17
days 6:18 10:4 16:21
deal 10:6
debate 14:16 15:12
debriefing 6:15
decision 7:8
defendant 2:12 3:2,7,17 4:2,11 4:16 13:17
defendants 5:2 5:14 8:15
delayed 16:1
demetriou 5:3
dennis 2:12

developed 11:5
devoted 15:7
diego 2:5
difficulty 7:20
direct 2:16
disagreements 14:15
discovery 9:2
discuss 8:4,9,12 9:8 13:11
discussing 11:7 15:19,23
discussion 17:9 17:11
district 1:1,1
division 1:2
document 1:6
documents 7:1 7:7,10,12,13,23 12:12,17,19 13:6,8
doing 15:4,9
donald 3:7 5:3
doubt 7:5
dowd 2:4
dowling 4:16
dublin 2:9
duffy 5:6
duly 17:8

**e**

e 4:2 5:5
earlier 12:10

early 6:23
easier 7:21 15:12
eastern 1:2
easy 13:2
eat 14:3
edt 1:14
either 12:1 17:14
ellis 4:17
email 7:19 8:4
emery 3:22
encourage 10:21 13:12 15:10 16:8
engage 14:5,8 14:13
eric 5:18
eric.kim 5:21
esq 2:2,3,3,8,12 2:16,20 3:2,3,7 3:11,12,17,21 4:2,6,11,16,17 5:6,10,14,18,24
eternal 11:3
event 17:15
eventually 14:24
exact 7:14
expiration 17:25
expired 7:5
extent 13:21 14:23

**[f - jeremy]** Page 4

| f | | | |
|---|---|---|---|
| **f** 2:3,8 5:4 12:1 | **forward** 12:6 15:21 | **guran** 4:11 | **i** |
| **fairweather** 3:17 | **found** 15:11 | **h** | **iii** 4:17 5:4 |
| **far** 9:24 | **frame** 13:16 | **h** 5:7 | **illinois** 3:23 |
| **favret** 4:17 | **framework** 6:22 | **hand** 17:16 | **imagine** 10:23 |
| **fighting** 15:24 | **francisco** 2:22 | **happen** 11:20 | **included** 16:4 |
| **file** 7:16 11:25 16:5 | **front** 10:5 14:14,23 15:2 15:8 | **heads** 10:16 11:24 | **inform** 10:10 |
| **filed** 15:24 | **further** 11:15 17:12,13 | **heard** 9:15 | **input** 11:16 13:18 |
| **filing** 6:15 | | **hearing** 16:14 | **interested** 17:15 |
| **filings** 6:12 | **g** | **heimann** 2:17 2:20,21 | **interrupt** 13:25 |
| **finalizing** 6:17 16:18 | **geller** 2:4 | **held** 1:10 | **invited** 14:1 |
| **finally** 16:1 | **geoffrey** 5:10 | **helen** 5:14 | **israel** 4:2 6:24 6:25 7:11,17 8:1 12:7,9,21 13:4 |
| **find** 15:5 | **george** 5:2 | **hell** 14:25 | |
| **fine** 15:5 | **getting** 16:19 | **helms** 3:21 | |
| **first** 11:12 | **give** 10:15 | **hereunto** 17:16 | **issue** 8:10 9:2 10:23 11:14,18 15:7 |
| **firstenergy** 1:4 3:2 11:9 | **given** 11:18 17:11 | **herrington** 3:12 | |
| **fite** 5:14 | **gjritts** 5:13 | **hfite** 5:17 | **issued** 9:12 |
| **floor** 2:18,22 5:20 | **go** 6:4 13:5 14:24 15:5 16:15 | **high** 5:15 | **issues** 6:9,16,21 8:3,7 11:4 13:11 16:10 |
| **foregoing** 17:10,13 | **goes** 16:21 | **hilary** 3:2 | |
| **forge** 2:2 8:4,10 8:22,25 9:6 10:12,18,20 11:1,15 13:22 13:24,25 14:18 16:3,12 | **going** 8:13,16 8:24,25 9:4 10:24 13:19 14:18 | **hold** 10:1 | **j** |
| | **good** 6:6 16:22 | **holds** 9:13 | **j** 2:16 5:2,2,3 5:10,24 |
| | **grade** 9:25 | **hope** 6:17 11:3 | **james** 5:4 |
| | **great** 7:20 16:7 | **hopefully** 16:21 | **jap** 5:24 |
| **form** 8:16 14:2 14:5,13,14,15 | | **horizon** 11:7 | **jason** 2:2 5:2 |
| | | **hostetler** 4:3,7 | **jbarr** 4:9 |
| | | **housekeeping** 11:24 | **jdaniels** 2:7 |
| | | **hudson** 2:17 | **jeremy** 2:3 |
| | | **hughes** 3:8 | |

**[jerry - morning]** Page 5

**jerry** 5:4
**jfairweather** 3:20
**jforge** 2:6
**job** 1:25
**john** 3:17 4:11 4:16,17 5:5,7
**john.favret** 4:20
**john.mccaffrey** 4:20
**johnson** 5:3
**jolson** 6:11 12:3
**jonathan** 4:6
**jones** 4:2 5:6,10
**jonesday.com** 5:9,13
**joseph** 2:8
**judge** 1:10 4:11 6:4,11,11 7:14 7:18 8:2,21,23 9:3,3,12,17,21 10:2,13,19,21 11:3,8,11 12:3 12:3,4,18,22 13:5,23 14:18 15:16,18 16:7 16:14
**julia** 5:3
**july** 17:25
**justification** 9:14

**k**

**k** 5:5
**karen** 2:12
**karen.pohlma...** 2:15
**killer's** 12:24
**kim** 5:18
**kind** 10:23
**know** 8:4,12,19 11:20 12:24 14:9,9
**kristin** 1:21 17:8,24

**l**

**l** 5:3
**lake** 3:22
**lakeside** 5:11
**lane** 14:9
**language** 11:21 16:4
**lchb.com** 2:19 2:23
**leave** 11:25
**leslie** 5:5
**lewis** 2:13
**lexington** 5:19
**lieff** 2:17,21
**light** 6:8
**likelihood** 10:24
**link** 7:4,10,12 7:14 12:11,12

**links** 12:14
**lisowski** 5:2
**litigate** 8:19
**litigation** 1:4 11:19
**little** 10:11
**llp** 2:4,9,13,17 2:21 3:3,12,22 4:3,7,12,17 5:15,19
**lolts** 2:7
**look** 12:6,23
**looked** 7:23 13:8
**looking** 7:6
**lorain** 6:1
**lot** 14:20
**lucas** 2:3
**luis** 5:4

**m**

**m** 2:12 5:2,5,14 5:18
**m.g.** 3:21
**magistrate** 6:11 12:3
**main** 3:18 4:12 4:18
**make** 7:7,24 11:9 12:11 13:6,9
**makes** 14:20 15:1

**making** 9:25
**map** 12:24
**marbley** 6:12 9:4,17 10:3 12:3
**marbley's** 9:12
**marjorie** 5:6
**market** 2:13
**matter** 11:24
**mccaffrey** 4:16
**mcconnell** 5:7
**mcdermott** 3:22
**mcdowell** 3:18
**meager** 9:25
**members** 13:14
**met** 8:8 13:17
**miarmi** 2:16
**michael** 2:16 4:16 5:2
**mildly** 10:25
**mine** 9:5
**minutes** 8:5
**misheff** 5:3
**mitchell** 5:4
**mmiarmi** 2:19
**mmmb.com** 2:11
**months** 13:8
**morgan** 2:13
**morganlewis....** 2:15
**morning** 6:6

**[morris - problem]** Page 6

| | | | |
|---|---|---|---|
| **morris** 5:15 | **north** 5:11 | **opposed** 15:18 | **petition** 6:12 |
| **motion** 15:21 | **notary** 17:8,24 | **optimistic** 11:2 | 12:1 |
| 15:24 16:6 | **notes** 7:7,23 | **order** 6:17,20 | **phelms** 3:24 |
| **motion's** 8:20 | **notice** 8:14,16 | 9:8,9,10,12,12 | **philadelphia** |
| **moul** 2:9 | 8:17 11:14,17 | 10:3 16:20 | 2:14 |
| **move** 8:13 12:6 | 11:22 13:12,14 | **ordering** 10:9 | **phrased** 15:20 |
| 15:21 | 14:2,5,11,13,16 | **orders** 9:23 | **pianalto** 5:4 |
| **mpduffy** 5:9 | 14:24 15:3,19 | **orrick** 3:12 | **pick** 14:9 |
| **murphy** 2:9 | 15:22,23 16:2 | **orrick.com** | **piecemeal** 15:9 |
| **murray** 2:8,9 | **nw** 3:13 4:7 | 3:15,15 | **place** 17:13 |
| 2:11 | **o** | **own** 15:11 | **plaintiffs** 2:2 |
| **mwe.com** 3:24 | **o'connor** 3:7 | **p** | 2:16 8:13 9:11 |
| **n** | **o'neil** 5:4 | **p** 3:7,17 4:11 | 13:13 16:12 |
| **n** 5:3 | **object** 14:12 | 5:6 | **please** 16:17 |
| **narrow** 14:15 | **office** 17:16 | **papers** 10:7 | **pohlmann** 2:12 |
| **necessarily** | **offline** 11:14 | **pappas** 5:4 | **point** 5:11 10:8 |
| 8:11 | 15:11 | **part** 15:4 | 11:22,23 |
| **necessary** | **ohio** 1:1 2:10 | **partial** 6:22 | **points** 11:10 |
| 11:15 | 3:9,19 4:4,13 | **parties** 6:10 | **polk** 5:19 |
| **need** 8:3,8,11 | 4:19 5:8,12,16 | 10:21 11:7 | **porter** 5:15 |
| 8:11 11:5 | 6:1 17:4,8,17 | 13:12 14:19 | **porterwright....** |
| 12:14 13:11 | 17:24 | 15:10 | 5:17 |
| 16:10 | **okay** 8:1,21 | **parts** 10:10 | **position** 9:11 |
| **needs** 15:25,25 | 10:12,12,18,20 | **party** 17:14 | 13:13 |
| **negotiate** 11:21 | 12:4,21 | **paul** 3:21 5:2 | **post** 6:13 |
| **never** 13:17 | **old** 7:19 | 5:24 | **practice** 15:11 |
| **new** 2:18,18 3:4 | **olts** 2:3 | **pay** 9:25 | **premature** |
| 3:4 5:20,20 7:9 | **omnibus** 6:19 | **pburton** 3:15 | 11:17 14:6,7 |
| **newton** 3:3 | **ongoing** 11:19 | **pease** 4:12 | **present** 5:23 |
| 11:8,8,12 14:3 | **opportunity** | **pending** 6:21 | **preston** 3:11 |
| 14:21 15:15,17 | 11:21 | **pennsylvania** | **prior** 7:19 |
| **newtonb** 3:6 | **oppose** 8:17 | 2:14 | **problem** 8:1 |
| | | | 13:4 |

**[proceedings - speak]**

**proceedings** 6:14 7:3 11:6

**process** 6:17

**productive** 16:8

**provided** 7:1 7:15

**providing** 6:10

**public** 4:3 17:8 17:24

**put** 10:25 14:14 14:23 15:2,7

**putting** 9:9

**q**

**qualified** 17:9

**questions** 12:25

**quick** 11:10

**quite** 6:25 7:22

**r**

**r** 3:7 4:6

**rachael** 4:2

**rather** 15:9

**reach** 16:17

**recall** 6:25

**recommendat...** 6:20 9:22,23 16:19

**recommendat...** 10:1

**recommending** 9:10 10:10

**record** 6:5 11:13 16:15

**reduced** 17:9

**referring** 12:18

**refers** 9:4

**reffner** 3:17

**refuse** 14:4

**refused** 14:3

**regard** 9:17 14:19

**regarding** 6:13 9:8

**related** 7:2

**relates** 1:6

**relative** 17:14

**release** 7:8,25

**remains** 9:13

**remote** 1:10 2:1 3:1 4:1 5:1

**remotely** 6:1 17:12

**reply** 11:25 12:5

**report** 6:19 9:22,23 16:19

**reporter** 1:21

**reporting** 6:1

**request** 9:16 10:17 15:20

**requesting** 10:2

**resend** 7:9

**resolved** 16:1

**resolves** 6:20

**review** 7:2,4

**reyes** 5:4

**rgrdlaw.com** 2:6,7,7

**rheimann** 2:23

**richard** 2:20

**right** 6:4 9:6,19 14:12,17 16:14

**risrael** 4:5

**ritts** 5:10

**rmr** 1:21 17:24

**road** 2:9 10:16

**robbins** 2:4

**robert** 3:17

**rudman** 2:4

**s**

**san** 2:5,22

**sandra** 5:4

**santen** 3:8

**santenhughes...** 3:10

**sater** 4:12

**saying** 14:11

**says** 14:6

**schedule** 6:21 6:22 10:11

**scheduling** 9:8 9:9,10

**schneider** 3:7

**schumacher** 5:24

**scratch** 12:23

**seal** 17:16

**second** 11:23

**securities** 1:4

**see** 10:9,22

**seeking** 11:25

**send** 12:2,19 13:2

**sending** 8:17

**sense** 14:20 15:1

**sent** 12:14

**separate** 12:12

**serial** 12:24

**set** 17:16

**sets** 6:21

**setting** 9:24

**seven** 6:18 10:4 16:20

**several** 8:8 13:8

**seymour** 4:12

**share** 7:16

**shawn** 1:10

**shortly** 10:15

**sign** 13:18

**signature** 17:23

**sitting** 13:1

**sixth** 12:5

**smart** 5:2

**sooner** 16:21

**sorry** 7:12 15:16

**south** 3:18 4:12 5:15

**southern** 1:1

**speak** 12:7

**[speaking - weekly]**

| | | | |
|---|---|---|---|
| speaking 10:14 | suite 2:5 3:9,19 | 15:25 16:7 | united 1:1 |
| special 1:10 | 3:23 4:4,8,13 | thomas 5:3 | unopposed |
| specified 17:13 | 4:18 5:7,16 | thornton 5:5 | 15:21 |
| spend 7:6 | sullcrom.com | thought 8:23 | **v** |
| springs 11:3 | 3:5,6 | thursday 1:14 | vine 3:8 |
| square 4:3 | sullivan 3:3 | 6:2 | vorys 4:12 |
| squared 7:24 | support 11:25 | tie 14:22 | vorys.com 4:14 |
| 15:13 | sure 7:7,24 | time 7:1 15:8 | **w** |
| ss 17:5 | 12:11 13:6,9 | 16:16 17:12 | wait 16:5 |
| stage 11:18 | 15:17 | timing 14:12,17 | waiving 11:20 |
| standing 8:18 | sutcliffe 3:12 | 14:25 15:25 | 14:11 |
| stands 13:9 | **t** | today 6:8 8:4,6 | walcorn 3:15 |
| start 9:19 | t 5:2,3 | 12:1 16:11 | want 6:23 7:6 |
| state 7:2 11:6 | take 16:11 | tomorrow 12:1 | 7:21,23 9:18 |
| 17:4,8,24 | taken 17:12 | took 7:22 | 11:13 13:6,9 |
| states 1:1 | talk 10:22 11:5 | transcribed | 13:16,17,18 |
| status 1:10 6:8 | 11:14 13:12,15 | 17:10 | 14:10,10 |
| 9:16 10:2,5 | 15:10 16:3 | transcription | wanted 6:10 |
| 16:25 | talked 6:16 | 17:10 | 8:6,12,19 9:7 |
| stenotypy | talking 12:10 | trial 9:15,24 | 12:7,9 |
| 17:10 | taylor 5:5 | true 17:10 | wants 10:5 |
| steven 5:3,5 | teed 13:20 | try 15:7 | 14:3,4,7 |
| strah 5:5 | ten 6:18 10:4 | tucker 4:17 | wardwell 5:19 |
| street 2:13,17 | 16:21 | tuckerellis.com | washington |
| 2:21 3:4,8,13 | thank 6:10 | 4:20,20 | 3:14 4:8 |
| 3:18,22 4:12 | 10:12 12:4 | turner 5:5 | way 13:16,16 |
| 5:15 | 16:12,15,24 | two 10:10 15:4 | 15:19 |
| stuff 11:4 | thing 6:23 9:7 | **u** | week 8:20 10:3 |
| submitted | things 7:3 15:1 | under 7:3 | 16:17 |
| 12:15 | think 7:15 8:11 | understand | weekend 7:6 |
| substantive | 8:17 9:20 | 9:21 13:13,19 | 16:22 |
| 12:15 | 10:11 11:1,16 | underwriter | weekly 6:7 |
| sue 5:5 | 11:17 14:6,21 | 5:14 | |

**[weeks - york]** Page 9

| |
|---|
| **weeks** 8:8 |
| **wegryn** 1:21 |
| 17:8,24 |
| **weigh** 8:15 |
| 14:2,10 |
| **went** 7:19 |
| **west** 2:4 3:22 |
| **whereof** 17:16 |
| **whitney** 3:12 |
| **wildly** 11:2 |
| **williams** 3:2 |
| **williamsh** 3:5 |
| **willing** 16:5 |
| **wind** 14:7 |
| **witness** 17:16 |
| **work** 13:23 |
| 15:1,2 |
| **working** 16:18 |
| **wright** 5:15 |
| **written** 5:24 |
| **wrote** 13:9 |
| **y** |
| **yeah** 7:18 9:3 |
| 10:13 11:1 |
| **yep** 7:17 |
| **york** 2:18,18 |
| 3:4,4 5:20,20 |