Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - -

IN RE: FIRSTENERGY CORP          ) CIVIL ACTION NO.
        SECURITIES LITIGATION    ) 2:20-cv-3785
                                 )
                                 )
THIS DOCUMENT RELATES TO:        )
ALL ACTIONS                      )


Remote Status Conference held before
Special Counsel Shawn Judge


Thursday, June 11, 2026
11:02 a.m. EDT


Reporter:  Kristin Wegryn, RMR, CRR


Job No. 8039805

Page 2

REMOTE APPEARANCES:

    On behalf of Class Plaintiffs:
            JASON A. FORGE, ESQ.
            JEREMY DANIELS, ESQ.
            KEVIN S. SCIARANI, ESQ.
            RACHEL COCALIS, ESQ.
            TING H. LIU, ESQ.
            Robbins Geller Rudman & Dowd LLP
            655 West Broadway
            Suite 1900
            San Diego, California 92101
            619.231.1058
            jforge@rgrdlaw.com
            jdaniels@rgrdlaw.com
            ksciarani@rgrdlaw.com
            rcocalis@rgrdlaw.com
            tliu@rgrdlaw.com
                    and
            JOSEPH F. MURRAY, ESQ.
            BRIAN K. MURPHY, ESQ.
            Murray Murphy Moul + Basil LLP
            1114 Dublin Road
            Columbus, Ohio 43215
            614.488.0400
            murray@mmmb.com
            murphy@mmmb.com
    On behalf of Defendant Dennis M. Chack:
            KAREN POHLMANN, ESQ.
            Morgan, Lewis & Bockius LLP
            1701 Market Street
            Philadelphia, Pennsylvania 19103
            215.963.5000
            karen.pohlmann@morganlewis.com
    On behalf of Direct Action Plaintiffs:
            MICHAEL J. MIARMI, ESQ.
            Lieff Cabraser Heimann & Bernstein, LLP
            250 Hudson Street
            8th Floor
            New York, New York 10013
            212.355.9500
            mmiarmi@lchb.com

Page 3

REMOTE APPEARANCES:  (Continued)
    On behalf of Defendant FirstEnergy Corp:
            ROBERT J. GIUFFRA, JR., ESQ.
            DAVID M.J. REIN, ESQ.
            Sullivan & Cromwell LLP
            125 Broad Street
            New York, New York 10004
            212.558.4000
            giuffrar@sullcrom.com
            reind@sullcrom.com
    On behalf of Defendant Donald R. Schneider:
            ADAM MILLER, ESQ.
            Orrick, Herrington & Sutcliffe LLP
            1152 15th Street NW
            Columbia Center
            Washington, D.C. 20005
            202.349.7958
            adam.miller@orrick.com

    On behalf of Defendant Robert P. Reffner:
            JOHN C. FAIRWEATHER, ESQ.
            Brouse McDowell
            388 South Main Street
            Suite 500
            Akron, Ohio 44311
            330.535.5711
            jfairweather@brouse.com
                and
            PAUL M.G. HELMS, ESQ.
            McDermott Will & Emery LLP
            444 West Lake Street
            Suite 4000
            Chicago, Illinois 60606
            312.984.5380
            phelms@mwe.com

    On behalf of Defendant James E. Pearson:
            JOSEPH J. BAILEY, ESQ.
            Ballard Spahr LLP
            1735 Market Street
            51st Floor
            Philadelphia, Pennsylvania 19103
            215.665.8500
            baileyj@ballardspahr.com

```
                                                    Page 4
```

REMOTE APPEARANCES:  (Continued)

On behalf of Defendant Charles E. Jones:
            RACHAEL ISRAEL, ESQ.
            Baker & Hostetler LLP
            127 Public Square
            Suite 2000
            Cleveland, Ohio 44114
            216.621.0200
            risrael@bakerlaw.com
                    and
            JONATHAN R. BARR, ESQ.
            Baker & Hostetler LLP
            1050 Connecticut Avenue NW
            Suite 1100
            Washington, D.C. 20036
            202.861.1534
            jbarr@bakerlaw.com

On behalf of Defendant John Judge:
            ANDREW P. GURAN, ESQ.
            Vorys, Sater, Seymour and Pease LLP
            50 South Main Street
            Suite 1200
            Akron, Ohio 44308
            330.208.1000
            apguran@vorys.com

On behalf of Defendant Michael Dowling:
            JOHN MCCAFFREY, ESQ.
            Tucker Ellis LLP
            950 Main Avenue
            Suite 1100
            Cleveland, Ohio 44113
            216.696.2678
            john.mccaffrey@tuckerellis.com

```
                                                        Page 5
```

REMOTE APPEARANCES:  (Continued)

On behalf of Defendants Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, Leslie M. Turner, Steven E. Strah, and K. John Taylor:

MARJORIE P. DUFFY, ESQ.
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215
614.281.3655
mpduffy@jonesday.com
          and
GEOFFREY J. RITTS, ESQ.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216.586.3939
gjritts@jonesday.com

On behalf of Underwriter Defendants:
HELEN M. FITE, ESQ.
DAVID S. BLOOMFIELD, JR., ESQ.
Porter, Wright, Morris & Arthur LLP
41 South High Street
Suite 2900
Columbus, Ohio 43215
614.227.2000
hfite@porterwright.com
dbloomfield@porterwright.com

Page 6

REPORTING REMOTELY FROM LORAIN COUNTY, OHIO

Thursday, June 11, 2026, 11:02 a.m.

- - - - -

MR. JUDGE: Let's go on the record, please.

Good morning, everyone. It's June 11th, 2026, at 11:02 a.m. eastern time. We're here for our weekly status conference in which I understand we have a few issues, Mr. Forge, that you indicated by email.

Would you like to speak to what's on the agenda?

MR. FORGE: Sure. Thank you, Mr. Judge.

I have, basically, a micro and a macro issue. The micro issue is we desperately need this scheduling order. We, we need the fact discovery cutoff. We need to be able to ask Judge Marbley for a trial date because we need to get everybody's schedules in order. We would like to include that in a class notice. And there are a few witnesses who are out of the district, but if we have the trial date and we find the witnesses in the district, we can actually serve trial subpoenas on them so they

Page 7

have to return to the district for the trial.  So there's -- there are a number of practical reasons why that's really important to us.  So that's kind of the micro issue, and it ties into the macro issue, and that is:  I would like to plead with you.

The omnibus orders, they pose a bit of a problem for us because what happens with an omnibus order is the least significant or least complicated issue winds up taking as long as the most complicated issue to get a decision.  And so when we have these omnibus orders, essentially, these issues start to snowball.  And, you know, even issues where you were able to issue a tentative ruling, at first hearing, we don't get the actual decision for, you know, for months. And so from at least plaintiffs' perspective, we would respectfully ask you to maybe reconsider the omnibus order tactic because, like I said, it winds up making the most -- the least complicated issues take as long as the most complicated issues.

And then the other thing that happens is we stop raising new issues because we don't want to raise something, and then that gets tacked

Page 8

onto the omnibus order and then, therefore, delays everything else.  So that's another snowball effect.  Because what happens is you issue the omnibus order and, understandably, feel like, okay, we're all caught up.  But, in reality, then there's this avalanche of issues that have been building up.  And so we're right back in this, in this same cycle.

So, like I said, the micro issue is we would really, really, really appreciate the scheduling order, whatever, whatever you have on that, so then we can ask -- I know you were kind enough to let us know you're not going to include a trial date, but my understanding was, from the first time we talked about this, that was primarily because you didn't feel -- and I understand that.  You didn't feel like that's your place to give a trial date to Judge Marbley.  And so you're kind of setting the table for him, and then Judge Marbley would decide whether to give us a trial date and, if so, when.  But we can't -- practically speaking, we can't do that until we get the scheduling order from you.

MR. JUDGE:  Yeah.  Let me -- I'm going to try to address all of that.  As I sat here

Page 9

listening to you, I just didn't take notes, which is not the best way to do it. So if I missed something, remind me at the end of it.

Hopefully, this is the last omnibus order we do for a while because, as I don't think it's any secret, we've been very much slow walking some of these issues that are interrelated to try to see if they would work themselves out or if there was a way to finesse some of these issues. The order that I've written that I need to finish vetting, proofreading, and checking, again, some of the documents will clear the deck.

And my goal is, on a going-forward basis, we're going to have a stringent schedule fairly tight. And, as the issues come up, we'll knock them down hopefully one by one, you know, without, without the snowball effect of what you're talking about. Because it's a -- you know, I would also like to do a bill in this case, but I keep -- as we've delayed some of these issues, you know, what I've been -- what I found myself do the last couple weeks is, you know, update some of the research and rewrite some of the sections, and then I went in and just

Page 10

chunked out an entire portion of the bill, which I'm sure you guys don't mind. If stuff becomes stale or I'm doing redundant research to wrap it up, I don't think it's fair for the parties to have to pay for that twice in that order. I know that's a nonsubstantive issue.

But it's -- yeah. If -- I don't want to talk in circles. To be very transparent, what we were -- what the goal was, was hoping that the State Court proceedings would work out in such a way, one way or another, that it would moot a lot of the issues that are now going to be decided. And, you know, it's -- we need to make -- we need decisions and we need to keep moving on these decisions.

I had hoped already from a few days ago to get this thing on file. I'm behind in my review from the dockets that Ms. Rendon and Ms. Israel kindly provided me updated links to simply because, you know, I've been running back and forth to the hospital for a family medical issue. It should be resolved with an upcoming surgery on Monday. My goal is to have all of this work done by then so we can get it filed. So hopefully next week everyone could -- on both

Page 11

sides could see what's going on and figure out what's going to be objected to and request a status conference.

Judge Marbley's chambers and I had a meeting with Judge Olsen last Friday. Both are aware of my timetable and that the delay's been on me these last couple weeks and that it's coming.

So, you know, I have today, I have tomorrow completely blocked off, and both days of the weekend. You know, I hesitate to say, oh, it's going to be right here because every time I do that, something goes off track. But you should be getting the order.

And in terms of bundling together, you know, my approach is I want to keep this unbundled as much as possible so, as you have an issue, we can knock it down and get a decision out in a timely manner on a going-forward basis.

We're going to have a definite fact discovery date. We're going to have -- yeah, I'm trying to set the table, as you put it, for Judge Marbley to -- if he would like to -- to set the remainder of the case schedule. If he would not like to, at least we are teed up for -- you know,

Page 12

it's ready when it's ready, then.

All of this subject, of course, to -- you know, there's the current, you know, petition pending in the Sixth Circuit.  That could change things.  The State could change things.  But, you know, we'll cross those bridges when we come to it.

Did that answer all of your questions?

MR. FORGE:  Yes.  Thank you.

MR. JUDGE:  Okay.  Mr. Giuffra, I didn't want to cut you out of the dialogue either, but I wanted -- I thought it may be useful for you to hear what I'm thinking before we toss it over to you for anything, a response.

MR. GIUFFRA:  Yeah.  Mr. Judge, we have no comments.  This all sounds absolutely fine.  We'll go forward.  We'll wait for your order and we'll move forward.

MR. JUDGE:  Thank you.

Mr. Forge, what else do you have?

MR. FORGE:  Nothing.  That was it.

MR. JUDGE:  Okay.  None of these percolating concerns we should talk about now or just wait until next week?

MR. FORGE:  Yeah, we'll --

Page 13

MR. GIUFFRA:  We'll wait until next week.

MR. FORGE:  We'll let them simmer.

MR. GIUFFRA:  Thank you very much.

MR. JUDGE:  You just wanted to throw that out there so I had something to worry about for a week, right?

All right.  So thank you, guys.  Thank you for your patience.  And even if you're not being patient, thank you for your grace of not rolling your eyes when I say "it's coming."

You know, it's -- the one benefit is it gets shorter with every round of this.  So, you know, when it's done, Judge Marbley will be wondering what the hell took me so long.

But at least you're going to have some answers, and I think we'll be able to move forward from there.  If anything comes up, please reach out to me.  I will be monitoring even Monday.  I'll have my cell phone with me, my laptop.  And if anything comes up, we'll jump on it before next Thursday.  If not, you know, I'm hoping by then we're discussing how to implement everything that comes out of the omnibus order.

MR. GIUFFRA:  Okay.

MR. JUDGE:  Thank you, all.

MR. FORGE:  Thanks.  And hopefully all goes well for that family member on Monday.

MR. JUDGE:  I appreciate it.  Thank you, everyone.  Have a good weekend.

MR. FORGE:  You, too.

Status conference concluded at 11:12 a.m.)

- - - - -

Page 15

CERTIFICATE

The State of Ohio,      )
                        )          SS:
County of Cuyahoga.     )

          I, Kristin Wegryn, a Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby certify that the discussion was by me reduced to stenotypy, afterwards transcribed, and that the foregoing is a true and correct transcription of the discussion given.

          I do further certify that this conference was taken remotely at the time and place in the foregoing caption specified and was completed without adjournment. I do further certify that I am not a relative, counsel or attorney for either party, or otherwise interested in the event of this action.

          IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio, on this 12th day of June 2026.




Kristin Wegryn, RMR, CRR
Notary Public State of Ohio
Commission expiration: July 23, 2028

**[& - answers]**

| & | |
|---|---|
| **&** 2:5,16,20 3:3 3:8,17 4:3,7 5:15 | |

**1**

**10004** 3:4
**10013** 2:21
**1050** 4:7
**11** 1:14 6:2
**1100** 4:8,18
**1114** 2:12
**1152** 3:8
**11:02** 1:14 6:2 6:7
**11:12** 14:7
**11th** 6:6
**1200** 4:13
**125** 3:4
**127** 4:3
**12th** 15:16
**15th** 3:8
**1701** 2:16
**1735** 3:22
**1900** 2:6
**19103** 2:17 3:23

**2**

**2000** 4:4
**20005** 3:9
**20036** 4:8
**202.349.7958** 3:10
**202.861.1534** 4:9
**2026** 1:14 6:2,7 15:16
**2028** 15:25
**212.355.9500** 2:22
**212.558.4000** 3:5
**215.665.8500** 3:24
**215.963.5000** 2:17
**216.586.3939** 5:12
**216.621.0200** 4:5
**216.696.2678** 4:19
**2232** 15:23
**23** 15:25
**250** 2:20
**2900** 5:16
**2:20** 1:4

**3**

**312.984.5380** 3:19
**325** 5:7
**330.208.1000** 4:14
**330.535.5711** 3:15
**3785** 1:4
**388** 3:13

**4**

**4000** 3:18
**41** 5:16
**43215** 2:12 5:8 5:17
**44113** 4:18
**44114** 4:4 5:12
**44308** 4:13
**44311** 3:14
**444** 3:17

**5**

**50** 4:12
**500** 3:14
**51st** 3:23

**6**

**600** 5:7
**60606** 3:18
**614.227.2000** 5:17
**614.281.3655** 5:8
**614.488.0400** 2:13
**619.231.1058** 2:7
**655** 2:5

**8**

**8039805** 1:25
**8th** 2:21

**9**

**901** 5:11
**92101** 2:6
**950** 4:17

**a**

**a.m.** 1:14 6:2,7 14:7
**able** 6:18 7:14 13:17
**absolutely** 12:16
**action** 1:4 2:19 15:14
**actions** 1:6
**actual** 7:16
**actually** 6:25
**adam** 3:7
**adam.miller** 3:10
**addison** 5:2
**address** 8:25
**adjournment** 15:12
**affixed** 15:15
**agenda** 6:12
**ago** 10:16
**akron** 3:14 4:13
**anderson** 5:3
**andrew** 4:11
**answer** 12:8
**answers** 13:17

**[apguran - daniels]**

**apguran** 4:14
**appearances**
2:1 3:1 4:1 5:1
**appreciate** 8:10
14:4
**approach**
11:16
**arthur** 5:15
**attorney** 15:13
**avalanche** 8:6
**avenue** 4:7,17
5:11
**aware** 11:6

**b**

**back** 8:8 10:20
**bailey** 3:21
**baileyj** 3:24
**baker** 4:3,7
**bakerlaw.com**
4:5,9
**ballard** 3:22
**ballardspahr....**
3:24
**barr** 4:6
**basically** 6:15
**basil** 2:11
**basis** 9:15
11:19
**behalf** 2:2,15
2:19 3:2,7,12
3:21 4:2,11,16
5:2,14

**benefit** 13:12
**bernstein** 2:20
**best** 9:2
**bill** 9:20 10:1
**bit** 7:7
**blocked** 11:10
**bloomfield**
5:15
**bockius** 2:16
**boulevard** 5:7
**brian** 2:11
**bridges** 12:6
**broad** 3:4
**broadway** 2:5
**brouse** 3:13
**brouse.com**
3:15
**building** 8:7
**bundling** 11:15

**c**

**c** 3:12
**cabraser** 2:20
**california** 2:6
**caption** 15:12
**case** 9:21 11:24
**caught** 8:5
**cell** 13:20
**center** 3:9
**certificate** 15:1
**certify** 15:8,11
15:13
**chack** 2:15

**chambers** 11:4
**change** 12:4,5
**charles** 4:2
**checking** 9:12
**chicago** 3:18
**christopher** 5:4
**chunked** 10:1
**circles** 10:8
**circuit** 12:4
**civil** 1:4
**class** 2:2 6:21
**clear** 9:13
**cleveland** 4:4
4:18 5:12
15:16
**cocalis** 2:4
**columbia** 3:9
**columbus** 2:12
5:8,17
**come** 9:16 12:6
**comes** 13:18,21
13:24
**coming** 11:8
13:11
**comments**
12:16
**commission**
15:25
**commissioned**
15:8
**completed**
15:12
**completely**
11:10

**complicated**
7:10,11,20,21
**concerns** 12:23
**concluded** 14:7
**conference**
1:10 6:8 11:3
14:7 15:11
**connecticut** 4:7
**continued** 3:1
4:1 5:1
**corp** 1:4 3:2
**correct** 15:9
**counsel** 1:10
15:13
**county** 6:1 15:5
**couple** 9:23
11:7
**course** 12:2
**court** 1:1 10:10
**cromwell** 3:3
**cross** 12:6
**crr** 1:21 15:24
**current** 12:3
**cut** 12:11
**cutoff** 6:18
**cuyahoga** 15:5
**cv** 1:4
**cycle** 8:8

**d**

**d** 5:4
**d.c.** 3:9 4:8
**daniels** 2:3

**[date - going]** Page 3

date  6:19,23 8:14,18,21 11:21
david  3:3 5:15
day  5:6,10 15:16
days  10:16 11:10
dbloomfield  5:18
decide  8:20
decided  10:12
decision  7:11 7:16 11:18
decisions  10:14 10:15
deck  9:13
defendant  2:15 3:2,7,12,21 4:2 4:11,16
defendants  5:2 5:14
definite  11:20
delay's  11:6
delayed  9:21
delays  8:2
demetriou  5:3
dennis  2:15
desperately  6:16
dialogue  12:11
diego  2:6
direct  2:19

discovery  6:18 11:21
discussing  13:23
discussion  15:8 15:10
district  1:1,1 6:23,24 7:1
division  1:2
dockets  10:18
document  1:6
documents  9:13
doing  10:3
donald  3:7 5:3
dowd  2:5
dowling  4:16
dublin  2:12
duffy  5:6
duly  15:7

**e**

e  3:21 4:2 5:5
eastern  1:2 6:7
edt  1:14
effect  8:3 9:18
either  12:11 15:13
ellis  4:17
email  6:10
emery  3:17
entire  10:1
esq  2:2,3,3,4,4 2:10,11,15,19

3:2,3,7,12,16 3:21 4:2,6,11 4:16 5:6,10,14 5:15
essentially  7:12
event  15:14
everybody's  6:20
expiration  15:25
eyes  13:11

**f**

f  2:10 5:4
fact  6:17 11:20
fair  10:4
fairly  9:16
fairweather  3:12
family  10:21 14:3
feel  8:4,16,17
figure  11:1
file  10:17
filed  10:24
find  6:24
fine  12:16
finesse  9:9
finish  9:11
first  7:15 8:15
firstenergy  1:4 3:2
fite  5:14

floor  2:21 3:23
foregoing  15:9 15:12
forge  2:2 6:9,14 12:9,20,21,25 13:3 14:2,6
forth  10:21
forward  9:14 11:19 12:17,18 13:18
found  9:23
friday  11:5
further  15:11 15:12

**g**

geller  2:5
geoffrey  5:10
george  5:2
getting  11:14
giuffra  3:2 12:10,15 13:1 13:4,25
giuffrar  3:5
give  8:18,21
given  15:10
gjritts  5:13
go  6:4 12:17
goal  9:14 10:9 10:23
goes  11:13 14:3
going  8:13,24 9:14,15 10:12 11:1,2,12,19,20

**[going - llp]** Page 4

11:21 13:16
**good** 6:6 14:5
**grace** 13:10
**guran** 4:11
**guys** 10:2 13:8

**h**

**h** 2:4 5:7
**hand** 15:15
**happens** 7:8,23 8:3
**hear** 12:13
**hearing** 7:15
**heimann** 2:20
**held** 1:10
**helen** 5:14
**hell** 13:15
**helms** 3:16
**hereunto** 15:15
**herrington** 3:8
**hesitate** 11:11
**hfite** 5:18
**high** 5:16
**hoped** 10:16
**hopefully** 9:4 9:17 10:25 14:2
**hoping** 10:9 13:23
**hospital** 10:21
**hostetler** 4:3,7
**hudson** 2:20

**i**

**iii** 5:4
**illinois** 3:18
**implement** 13:23
**important** 7:3
**include** 6:21 8:13
**indicated** 6:10
**interested** 15:14
**interrelated** 9:8
**israel** 4:2 10:19
**issue** 6:16,16 7:4,5,10,11,14 8:4,9 10:6,22 11:18
**issues** 6:9 7:13 7:14,21,22,24 8:6 9:7,10,16 9:22 10:12

**j**

**j** 2:19 3:2,21 5:2,2,3,10
**james** 3:21 5:4
**jason** 2:2 5:2
**jbarr** 4:9
**jdaniels** 2:8
**jeremy** 2:3
**jerry** 5:4
**jfairweather** 3:15

**jforge** 2:7
**job** 1:25
**john** 3:12 4:11 4:16 5:5,7
**john.mccaffrey** 4:19
**johnson** 5:3
**jonathan** 4:6
**jones** 4:2 5:6,10
**jonesday.com** 5:9,13
**joseph** 2:10 3:21
**jr** 3:2 5:15
**judge** 1:10 4:11 6:4,14,19 8:18 8:20,24 11:4,5 11:22 12:10,15 12:19,22 13:5 13:14 14:1,4
**julia** 5:3
**july** 15:25
**jump** 13:21
**june** 1:14 6:2,6 15:16

**k**

**k** 2:11 5:5
**karen** 2:15
**karen.pohlma...** 2:18
**keep** 9:21 10:14 11:16

**kevin** 2:3
**kind** 7:4 8:12 8:19
**kindly** 10:19
**knock** 9:17 11:18
**know** 7:13,16 8:12,13 9:17 9:20,22,24 10:5,13,20 11:9,11,16,25 12:3,3,6 13:12 13:14,22
**kristin** 1:21 15:7,24
**ksciarani** 2:8

**l**

**l** 5:3
**lake** 3:17
**lakeside** 5:11
**laptop** 13:21
**lchb.com** 2:22
**leslie** 5:5
**lewis** 2:16
**lieff** 2:20
**links** 10:19
**lisowski** 5:2
**listening** 9:1
**litigation** 1:4
**liu** 2:4
**llp** 2:5,11,16,20 3:3,8,17,22 4:3 4:7,12,17 5:15

**[long - place]**

**long** 7:10,21 13:15
**lorain** 6:1
**lot** 10:11
**luis** 5:4

**m**

**m** 2:15 5:2,5,14
**m.g.** 3:16
**m.j.** 3:3
**macro** 6:15 7:5
**main** 3:13 4:12 4:17
**make** 10:13
**making** 7:20
**manner** 11:19
**marbley** 6:19 8:18,20 11:23 13:14
**marbley's** 11:4
**marjorie** 5:6
**market** 2:16 3:22
**mccaffrey** 4:16
**mcconnell** 5:7
**mcdermott** 3:17
**mcdowell** 3:13
**medical** 10:21
**meeting** 11:5
**member** 14:3
**miarmi** 2:19
**michael** 2:19 4:16 5:2

**micro** 6:15,16 7:4 8:9
**miller** 3:7
**mind** 10:2
**misheff** 5:3
**missed** 9:2
**mitchell** 5:4
**mmiarmi** 2:22
**mmmb.com** 2:13,14
**monday** 10:23 13:20 14:3
**monitoring** 13:19
**months** 7:16
**moot** 10:11
**morgan** 2:16
**morganlewis....** 2:18
**morning** 6:6
**morris** 5:15
**moul** 2:11
**move** 12:18 13:17
**moving** 10:14
**mpduffy** 5:9
**murphy** 2:11 2:11,14
**murray** 2:10,11 2:13
**mwe.com** 3:19

**n**

**n** 5:3
**need** 6:16,17,18 6:19 9:11 10:13,13,14
**new** 2:21,21 3:4 3:4 7:24
**nonsubstantive** 10:6
**north** 5:11
**notary** 15:7,24
**notes** 9:1
**notice** 6:21
**number** 7:2
**nw** 3:8 4:7

**o**

**o'neil** 5:4
**objected** 11:2
**office** 15:15
**oh** 11:11
**ohio** 1:1 2:12 3:14 4:4,13,18 5:8,12,17 6:1 15:3,7,16,24
**okay** 8:5 12:10 12:22 13:25
**olsen** 11:5
**omnibus** 7:7,9 7:12,19 8:1,4 9:4 13:24
**order** 6:17,20 7:9,19 8:1,4,11 8:23 9:5,10

10:5 11:14 12:17 13:24
**orders** 7:7,12
**orrick** 3:8
**orrick.com** 3:10

**p**

**p** 3:12 4:11 5:6
**pappas** 5:4
**parties** 10:4
**party** 15:13
**patience** 13:9
**patient** 13:10
**paul** 3:16 5:2
**pay** 10:5
**pearson** 3:21
**pease** 4:12
**pending** 12:4
**pennsylvania** 2:17 3:23
**percolating** 12:23
**perspective** 7:17
**petition** 12:3
**phelms** 3:19
**philadelphia** 2:17 3:23
**phone** 13:20
**pianalto** 5:4
**place** 8:18 15:12

**[plaintiffs - specified]** Page 6

**plaintiffs** 2:2 2:19 7:17
**plead** 7:6
**please** 6:5 13:18
**pohlmann** 2:15
**point** 5:11
**porter** 5:15
**porterwright....** 5:18,18
**portion** 10:1
**pose** 7:7
**possible** 11:17
**practical** 7:2
**practically** 8:22
**primarily** 8:16
**problem** 7:8
**proceedings** 10:10
**proofreading** 9:12
**provided** 10:19
**public** 4:3 15:7 15:24
**put** 11:22

**q**

**qualified** 15:8
**questions** 12:8

**r**

**r** 3:7 4:6
**rachael** 4:2

**rachel** 2:4
**raise** 7:25
**raising** 7:24
**rcocalis** 2:9
**reach** 13:19
**ready** 12:1,1
**reality** 8:6
**really** 7:3 8:10 8:10,10
**reasons** 7:3
**reconsider** 7:18
**record** 6:4
**reduced** 15:8
**redundant** 10:3
**reffner** 3:12
**rein** 3:3
**reind** 3:6
**relates** 1:6
**relative** 15:13
**remainder** 11:24
**remind** 9:3
**remote** 1:10 2:1 3:1 4:1 5:1
**remotely** 6:1 15:11
**rendon** 10:18
**reporter** 1:21
**reporting** 6:1
**request** 11:2
**research** 9:24 10:3
**resolved** 10:22

**respectfully** 7:18
**response** 12:14
**return** 7:1
**review** 10:18
**rewrite** 9:24
**reyes** 5:4
**rgrdlaw.com** 2:7,8,8,9,9
**right** 8:7 11:12 13:7,8
**risrael** 4:5
**ritts** 5:10
**rmr** 1:21 15:24
**road** 2:12
**robbins** 2:5
**robert** 3:2,12
**rolling** 13:11
**round** 13:13
**rudman** 2:5
**ruling** 7:15
**running** 10:20

**s**

**s** 2:3 5:15
**san** 2:6
**sandra** 5:4
**sat** 8:25
**sater** 4:12
**schedule** 9:15 11:24
**schedules** 6:20
**scheduling** 6:17 8:11,23

**schneider** 3:7
**sciarani** 2:3
**seal** 15:15
**secret** 9:6
**sections** 9:25
**securities** 1:4
**see** 9:8 11:1
**serve** 6:25
**set** 11:22,23 15:15
**setting** 8:19
**seymour** 4:12
**shawn** 1:10
**shorter** 13:13
**sides** 11:1
**signature** 15:23
**significant** 7:9
**simmer** 13:3
**simply** 10:20
**sixth** 12:4
**slow** 9:6
**smart** 5:2
**snowball** 7:13 8:3 9:18
**sounds** 12:16
**south** 3:13 4:12 5:16
**southern** 1:1
**spahr** 3:22
**speak** 6:11
**speaking** 8:22
**special** 1:10
**specified** 15:12

**[square - weekend]**                                              Page 7

| | | | |
|---|---|---|---|
| **square** 4:3 | **table** 8:19 | **timely** 11:19 | **understandably** |
| **ss** 15:4 | 11:22 | **timetable** 11:6 | 8:4 |
| **stale** 10:3 | **tacked** 7:25 | **ting** 2:4 | **understanding** |
| **start** 7:13 | **tactic** 7:19 | **tliu** 2:9 | 8:14 |
| **state** 10:10 | **take** 7:21 9:1 | **today** 11:9 | **underwriter** |
| 12:5 15:3,7,24 | **taken** 15:11 | **together** 11:15 | 5:14 |
| **states** 1:1 | **talk** 10:8 12:23 | **tomorrow** | **united** 1:1 |
| **status** 1:10 6:8 | **talked** 8:15 | 11:10 | **upcoming** |
| 11:3 14:7 | **talking** 9:19 | **took** 13:15 | 10:22 |
| **stenotypy** 15:9 | **taylor** 5:5 | **toss** 12:13 | **update** 9:24 |
| **steven** 5:3,5 | **teed** 11:25 | **track** 11:13 | **updated** 10:19 |
| **stop** 7:24 | **tentative** 7:15 | **transcribed** | **useful** 12:12 |
| **strah** 5:5 | **terms** 11:15 | 15:9 | **v** |
| **street** 2:16,20 | **thank** 6:14 12:9 | **transcription** | **vetting** 9:11 |
| 3:4,8,13,17,22 | 12:19 13:4,8,8 | 15:9 | **vorys** 4:12 |
| 4:12 5:16 | 13:10 14:1,4 | **transparent** | **vorys.com** 4:14 |
| **stringent** 9:15 | **thanks** 14:2 | 10:8 | **w** |
| **stuff** 10:2 | **thing** 7:23 | **trial** 6:19,23,25 | **wait** 12:17,24 |
| **subject** 12:2 | 10:17 | 7:1 8:14,18,21 | 13:1 |
| **subpoenas** 6:25 | **things** 12:5,5 | **true** 15:9 | **walking** 9:7 |
| **sue** 5:5 | **think** 9:5 10:4 | **try** 8:25 9:8 | **want** 7:24 10:7 |
| **suite** 2:6 3:14 | 13:17 | **trying** 11:22 | 11:16 12:11 |
| 3:18 4:4,8,13 | **thinking** 12:13 | **tucker** 4:17 | **wanted** 12:12 |
| 4:18 5:7,16 | **thomas** 5:3 | **tuckerellis.com** | 13:5 |
| **sullcrom.com** | **thornton** 5:5 | 4:19 | **washington** 3:9 |
| 3:5,6 | **thought** 12:12 | **turner** 5:5 | 4:8 |
| **sullivan** 3:3 | **throw** 13:5 | **twice** 10:5 | **way** 9:2,9 10:11 |
| **sure** 6:14 10:2 | **thursday** 1:14 | **u** | 10:11 |
| **surgery** 10:23 | 6:2 13:22 | **unbundled** | **we've** 9:6,21 |
| **sutcliffe** 3:8 | **ties** 7:4 | 11:17 | **week** 10:25 |
| **t** | **tight** 9:16 | **understand** 6:9 | 12:24 13:2,7 |
| **t** 5:2,3 | **time** 6:7 8:15 | 8:17 | **weekend** 11:11 |
| | 11:12 15:11 | | 14:5 |

**[weekly - york]**                                                  Page 8

| |
|---|
| **weekly**  6:8 |
| **weeks**  9:23 |
|   11:7 |
| **wegryn**  1:21 |
|   15:7,24 |
| **went**  9:25 |
| **west**  2:5 3:17 |
| **whereof**  15:15 |
| **winds**  7:10,20 |
| **witness**  15:15 |
| **witnesses**  6:22 |
|   6:24 |
| **wondering** |
|   13:15 |
| **work**  9:8 10:10 |
|   10:24 |
| **worry**  13:6 |
| **wrap**  10:3 |
| **wright**  5:15 |
| **written**  9:11 |
| **y** |
| **yeah**  8:24 10:7 |
|   11:21 12:15,25 |
| **york**  2:21,21 |
|   3:4,4 |

Veritext Legal Solutions

www.veritext.com                                              888-391-3376