**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| | : | **Case No. 2:20-cv-3785** |
| *In re* **FIRSTENERGY CORP.** | : | |
| **SECURITIES LITIGATION** | : | **Judge Algenon L. Marbley** |
| | : | |
| **This document relates to:** | : | **Magistrate Judge Kimberly A. Jolson** |
| **ALL ACTIONS.** | : | |
| | : | |

<u>**ORDER RE SPECIAL MASTER INVOICE NO. 1**</u>

On September 12, 2023, this Court appointed Shawn K. Judge to serve as Special Master in this matter pursuant to Federal Rule of Civil Procedure 53.  (ECF No. 541).  The terms of Special Master Judge's compensation are set forth in that appointment order.  He would receive a one-time retainer payment of $25,000, and would not receive any additional payment until that retainer was fully earned.  Additional payments would be borne equally by Plaintiffs and Defendants absent reallocation for specific issues.  (*Id.* at 7–8).

On July 7, 2026, Special Master Judge submitted his first invoice in this matter, covering "services rendered from September 12, 2023 through 6/30/2026."  (ECF No. 1038 at 2).  The Special Master's Invoice No. 1 provides billing entries totaling fees of $241,200.00.  The parties have already made a total of $30,000.00 in retainer payments to the Special Master:  $12,500.00 from Class Action Plaintiffs and $17,500.00 from FirstEnergy.  Accounting for those retainer payments, the parties still owe the Special Master a total of **$211,200.00** for services rendered through June 2026.  Of that amount, Class Action Plaintiffs owe the Special Master $108,100.00, while FirstEnergy owes the Special Master $103,100.00.  (*Id.* at 3–4).

Having reviewed the Special Master's time entries, (ECF Nos. 1038-1; 1038-2), this Court determines that the Special Master's Invoice No. 1 (ECF No. 1038) is regular and reasonable, and

1

the fees incurred appear reasonably necessary to fulfill the Special Master's duties under the terms of the September 12, 2023 Appointment Order.  Class Action Plaintiffs and FirstEnergy **SHALL** each remit their respective payments to the Special Master within **twenty (20) calendar days** of the date of this Order.

After crediting the parties' retainer payments, **Class Action Plaintiffs** owe **$108,100.00**, and **Defendant FirstEnergy** owes **$103,100.00**.  These amounts, totaling **$211,200.00**, are **APPROVED FOR DISBURSEMENT** to the Special Master.  A copy of the Special Master's Invoice No. 1 (Ex. A) and accompanying time entries (Exs. B and C) are attached to this Order.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: July 8, 2026**

2