**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re FIRST ENERGY CORP. SECURITIES LITIGATION | ) | No. 2:20-cv-03785-ALM-KAJ |
| | ) | CLASS ACTION |
| This document relates to: | ) | Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |
| ALL ACTIONS. | ) | |

**MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT JAMES F. PEARSON**

Pursuant to Local Rule 83.4(b) and Prof.Cond.R. 1.16(b)(1), Attorney Hannah L. Welsh of the law firm Ballard Spahr LLP respectfully moves this Court for leave to withdraw as co-counsel of record for Defendant James F. Pearson ("***Mr. Pearson***").

In support thereof, counsel avers that on October 11, 2024, Attorney Welsh's colleagues at Ballard Spahr LLP moved this Court for admission, *pro hac vice*, to appear and participate as co-counsel in this case for Mr. Pearson for the purpose of substituting Attorneys Emilia McKee Vassallo and Brittany M. Wilson. (*See* ECF 696). Her withdrawal can be accomplished without material adverse effect on the interests of Mr. Pearson because Mr. Pearson will continue to be represented by co-counsel at Ballard Spahr LLP and Cavitch, Familo & Durkin Co. L.P.A. Attorney Welsh has also offered to provide to co-counsel any documents in her possession. A proposed order has been submitted for this Court's consideration.

Respectfully submitted,

*/s/ Hannah L. Welsh (admitted pro hac vice)*
Hannah L. Welsh (PA Bar No. 327454)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8405
Facsimile: (215) 864-8999
Email: welshh@ballardspahr.com
*One of the Attorneys for Defendant James F. Pearson*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on October 22nd, 2026, with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

*/s/ Hannah L. Welsh (admitted pro hac vice)*
Hannah L. Welsh (PA Bar No. 327454)
*One of the Attorneys for Defendant James F. Pearson*