**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE FIRSTENERGY CORP.**
**SECURITIES LITIGATION,**

**This document relates to:**

**ALL ACTIONS.**

**Civil Action 2:20-cv-3785**
**District Judge Algenon L. Marbley**
**Magistrate Judge Jolson**

**ORDER**

Defendant James F. Pearson's Motion for Leave to Withdraw (Doc.1090) is before the Court. Attorney Hannah L. Welsh seeks to withdraw from this action as Co-Counsel for Defendant James F. Pearson. (*Id.*). For good cause shown, and in compliance with Local Rule 83.4(b), the Motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Welsh from this action.

IT IS SO ORDERED.

Date: October 23, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE