**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | No. 2:20-cv-03785-ALM-KAJ<br><br>CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS | Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson<br>Special Master Shawn K. Judge |
| MFS Series Trust I, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FirstEnergy Corp., et al.,<br><br>Defendants. | Case No. 2:21-cv-05839-ALM-KAJ |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FirstEnergy Corp., et al.,<br><br>Defendants. | Case No. 2:22-cv-00865-ALM-KAJ |

**FIRSTENERGY AND CERTAIN OTHER DEFENDANTS' MOTION TO ENFORCE THE SCHEDULING ORDER AND FOR AN ORDER BARRING POST-APPEAL "SUPPLEMENTATION"**

Defendant FirstEnergy Corp. ("FirstEnergy") and certain other Defendants[1] respectfully move the Special Master for (i) an order enforcing the Special Master's June 24, 2026 Scheduling Order (ECF No. 1033) according to its terms, such that Plaintiffs' loss causation and damages expert report is due after resolution of Defendants' Rule 23(f) appeal to the Sixth Circuit; (ii) alternatively, if Plaintiffs are permitted to serve their loss causation and damages expert report on January 15, 2027, an order permitting Defendants to elect to serve their rebuttal report after the Rule 23(f) appeal is resolved; and (iii) if Defendants are compelled to serve their rebuttal report by March 15, 2027, an order barring Plaintiffs from serving any new or "supplemental" loss causation or damages expert report after the Sixth Circuit rules, regardless of the scope or content of that ruling.

The motion is based upon the accompanying memorandum of law in support thereof, and such other evidence and argument as the Court may consider.

---

[1] The other moving defendants are Paul T. Addison; Michael J. Anderson; Steven J. Demetriou; Julia L. Johnson; Donald T. Misheff; Thomas N. Mitchell; James F. O'Neil III; Christopher D. Pappas; Sandra Pianalto; Luis A. Reyes; George M. Smart; Jerry Sue Thornton; Leslie M. Turner; Dennis M. Chack; John Judge; Jason J. Lisowski; James F. Pearson; Robert P. Reffner; Donald R. Schneider; Steven E. Strah; K. Jon Taylor; Leila L. Vespoli; Barclays Capital Inc.; BofA Securities, Inc.; CIBC World Markets Corp.; Citigroup Global Markets Inc.; J.P. Morgan Securities LLC; KeyBanc Capital Markets Inc.; Mizuho Securities USA LLC; Morgan Stanley & Co. LLC; MUFG Securities Americas Inc.; PNC Capital Markets LLC; RBC Capital Markets, LLC; Santander Investment Securities Inc.; Scotia Capital (USA) Inc.; SMBC Nikko Securities America, Inc.; TD Securities (USA) LLC; and U.S. Bancorp Investments, Inc.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Paul J. Schumacher*

Paul J. Schumacher, Trial Attorney
(0014370)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
Telephone: (216) 685-1827
pschumacher@dmclaw.com
Richard J. Silk, Jr. (0074111)
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, Ohio 43215
Telephone: (614) 258-6000
rsilk@dmclaw.com
Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
giuffrar@sullcrom.com
nelless@sullcrom.com
reind@sullcrom.com
newtonb@sullcrom.com
menillon@sullcrom.com
williamsh@sullcrom.com
Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7040
shieldska@sullcrom.com
*Counsel for Defendant FirstEnergy Corp.*

*/s/ Brian P. O'Connor (with permission)*
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
Telephone: (513) 721-4450
bpo@santenhughes.com

Preston Burton (*pro hac vice*)
Jill Winter (*pro hac vice*)
Whitney Alcorn (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: (202) 349-8000
pburton@orrick.com
jwinter@orrick.com
whitney.busch@orrick.com
*Counsel for Defendant Donald R. Schneider*

*/s/ Geoffrey J. Ritts (with permission)*
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Adrienne F. Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
gjritts@jonesday.com
rfaxon@jonesday.com
calee@jonesday.com
afmueller@jonesday.com
Marjorie P. Duffy (0083452)
M. Ryan Harmanis (0093642)
Shalini B. Goyal (0096743)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
mpduffy@jonesday.com
rharmanis@jonesday.com
sgoyal@jonesday.com
Jordan M. Walsh (*pro hac vice*)

*/s/ Derek P. Hartman (with permission)*
Derek P. Hartman (0087869)
CAVITCH FAMILO & DURKIN CO., L.P.A
1300 East Ninth Street, 20th Floor
Cleveland, Ohio 44114
Telephone: (216) 621-7860
dhartman@cavitch.com
David L. Axelrod (*pro hac vice*)
M. Norman Goldberger (*pro hac vice*)
Joe Bailey (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500
axelrodd@ballardspahr.com
goldbergerm@ballardspahr.com
jbailey@ballardspahr.com

*Counsel for Defendant James F. Pearson*

*/s/ Andrew P. Guran (with permission)*
Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP
50 South Main Street, Suite 1200
Akron, Ohio 44308
Telephone: (330) 208-1000
apguran@vorys.com
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE LLP
Great American Tower
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Telephone: (513) 723-4000
vawalton@vorys.com
jmbrunner@vorys.com
*Counsel for Defendant John Judge*

JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219
Telephone: (412) 391-3939
jmwalsh@jonesday.com

*Counsel for Defendants Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

*/s/ John C. Fairweather (with permission)*
John C. Fairweather (0018216)
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, Ohio 44308
Telephone: (330) 376-2700
jfairweather@ralaw.com

David Sporar (0086640)
ROETZEL & ANDRESS, LPA
600 Superior Avenue East, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 623-0150
dsporar@ralaw.com

Stephen S. Scholes (*pro hac vice*)
Paul M.G. Helms (*pro hac vice*)
Emilie E. O'Toole (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
sscholes@mwe.com
phelms@mwe.com
eotoole@mwe.com

*Counsel for Defendant Robert P. Reffner*

*/s/ David S. Bloomfield (with permission)*
David S. Bloomfield, Jr. (0068158)
Helen M. Fite (0102212)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215
Telephone: (614) 227-2000
dbloomfield@porterwright.com
hfite@porterwright.com
Brian S. Weinstein (*pro hac vice*)
Eric M. Kim (*pro hac vice*)
Joshua N. Shinbrot (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
brian.weinstein@davispolk.com
eric.kim@davispolk.com
joshua.shinbrot@davispolk.com
*Counsel for Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp*

*Investments, Inc., and MUFG Securities Americas Inc.*

*/s/ James E. Arnold (with permission)*
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, Ohio 43215
Telephone: (614) 460-1600
jarnold@arnlaw.com
ggosnell@arnlaw.com
Veronica E. Callahan (*pro hac vice*)
Aaron F. Miner (*pro hac vice*)
Yiqing Shi (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
aaron.miner@arnoldporter.com
veronica.callahan@arnoldporter.com
yiqing.shi@arnoldporter.com

*Counsel for Defendant Leila L. Vespoli*

*/s/ Laura H. McNally (with permission)*
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN & GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, Ohio 43065
Telephone: (614) 763-2316
dmansfield@lmng-law.com

Michael L. Kichline (*pro hac vice*)
Eric W. Sitarchuk (*pro hac vice*)
Laura H. McNally (*pro hac vice*)
Karen Pieslak Pohlmann (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com
karen.pohlmann@morganlewis.com
*Counsel for Defendant Dennis M. Chack*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically on November 3, 2026. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Paul J. Schumacher*
Paul J. Schumacher, Trial Attorney (0014370)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
Telephone: (216) 685-1827
pschumacher@dmclaw.com

Richard J. Silk, Jr. (0074111)
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, Ohio 43215
Telephone: (614) 258-6000
rsilk@dmclaw.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7040

*Counsel for Defendant FirstEnergy Corp.*